# Exhibit B

# Exhibit B

**FILED & ENTERED**

MAY 26 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte        DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP, P.C.<br><br><br><br><br>Debtor(s). | Misc. Case No.: 8:23-mp-00102-SC<br>Ch 11 Case No. 8:23-bk-10571-SC<br><br>CHAPTER 11<br><br>**ORDER GRANTING MOTION TO SEAL**<br><br>Date:        May 25, 2023<br>Time:        4:00 p.m.<br>Courtroom:  5C |

Upon consideration of the Motion to Seal filed by Chapter 11 Trustee Richard Marshack on May 25, 2023, and for good cause shown, it is hereby ORDERED as follows:

    1. The Motion to Seal is GRANTED pursuant to 11 U.S.C. Section 107.

    2. The following documents shall be sealed and restricted from public access:

        a. Motion to Seal

-1-

    b.  Trustee, Richard Marshack's Omnibus Emergency Motion for: (1) Turnover of Estate Property and Recorded Information Pursuant to 11 U.S.C. §542; (2) Preliminary Injunction; (3) Lock-out; (4) Re-direction of United States Parcel Services Mail; (5) Order to Show Cause re: Compliance with Court Order; (6) Other Relief as Necessary to the Efficient Administration of this Matter.

    c.  Declaration of Russ Squires

    d.  Declaration of Darius Newbold

    e.  Declaration of Richard Marshack

    f.  Declaration of Christopher Ghio

    g.  Related Adversary Complaint

3. The Clerk of Court is directed to implement appropriate measures to restrict public access to the sealed documents listed in paragraph 2, in accordance with the Court's procedures and applicable laws and regulations.

4. Parties to this case, their respective attorneys, and any other individuals who have access to the sealed documents shall maintain the confidentiality of the sealed documents and shall not disclose their contents or any information contained therein, except as otherwise required by law or with the express permission of the Court.

5. This Order shall remain in effect until further order of the Court.

**IT IS SO ORDERED.**

Date: May 26, 2023

Scott C. Clarkson
United States Bankruptcy Judge

-2-