## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ALAN CHRISTOPHER REDMOND | Bankruptcy No.<br><br>Involuntary Chapter 11 |

### ORDER GRANTING MOTION TO SEAL

AND NOW, this _____ day of September, in the year 2024, and upon consideration of the Petitioners' Emergency Motion and Memorandum of Law to Seal the Record, and for good cause shown, it is hereby ORDERED as follows:

(1)    Such Motion is GRANTED pursuant to 11 U.S.C. § 107, and Petitioners are authorized to file in paper form their Emergency Motion for Special Relief together with all exhibits.

(2)    Until further order of Court, the following documents shall be immediately sealed by the Clerk and restricted from public access:

(a)    The Emergency Motion and Memorandum of Law to Seal the Record.

(b)    The Emergency Motion for Special Relief in its entirety, including all exhibits and the proposed order.

(3)    The Clerk of Court is directed to implement appropriate measures to restrict public access to the sealed documents in Paragraphs (1) and (2) in accordance with the Court's procedures and the applicable law.

(4)    Parties to this case, their respective attorneys, and any other persons who have access to the sealed documents shall maintain the confidentiality of the same and shall not disclose their contents or any information contained therein, except as otherwise required by law or with the express permission of the Court.

(5)     This Order shall remain in effect until further order of Court.

BY THE COURT

By: _____

Hon. _____, J.