*Form 236* (3/23)–doc 4 – 1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                             )

   Alan Christopher Redmond          )       Case No. 24–13093–pmm

                             )

                             )

   Debtor(s).                    )       Chapter: 11

                             )

                             )

## Fee Due Notice

Re:  Doc.# [1] Involuntary Petition (Chapter 11)

The above document(s) were filed in this office. Please be advised that the filing fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

- ☑ Voluntary Petition
- ☐ Adversary Proceeding
- ☐ Filing Fee for Amendments
- ☐ Claims Transfer Fee
- ☐ Motion Filing Fee
- ☐ Notice of Appeal

Total:    $1738.00

E–Filers, please submit the payment(s) as required by the court's standing order Misc. No. 15–3008mdc.

Non–e–filers, submit your Money Order made payable to Clerk, U.S. Bankruptcy Court by mail to:

Eastern District of Pennsylvania
United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

If the delinquency is not paid on or before September 10, 2024, this matter will be referred to the Chief Judge.

Date: September 3, 2024                               For The Court

                                                    Timothy B. McGrath
                                                    Clerk of Court