*Form L251* (4/23)–doc 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>    Alan Christopher Redmond<br><br>    Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24–13093–pmm<br><br>Chapter: 11 |

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

    A petition under title 11, United States Code was filed against you on September 3, 2024 in this bankruptcy court, requesting an order for relief under chapter 11 of the Bankruptcy Code (title 11 of the United States Code).

    YOU ARE SUMMONED and required to submit to the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

    Address of the clerk                                    Eastern District of Pennsylvania
                                                                                  United States Bankruptcy Court
                                                                                   Office of the Clerk, Gateway Building
                                                                                   201 Penn Street, 1st Floor
                                                                                   Reading, PA 19601

At the same time you must also serve a copy of your motion or answer on petitioner's attorney.

    Name/Address of petitioners Attorney                     Joel A. Ready, Esq
                                                                                    Cornerstone Law Firm, LLC
                                                                                                           8500 Allentown Pike, Suite 3
                                                                                                           Blandon, PA 19510

If you make a motion, your time to serve an answer is governed by Bankruptcy Rule 1011(c).

If you fail to respond to this summons, the order for relief will be entered.



                                                                                                For The Court

                                                                                                Timothy B. McGrath
                                                                                                Clerk of Court

Date: September 3, 2024