*Form 216* (3/23)–doc 6 – 3

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Alan Christopher Redmond | ) | Case No. 24–13093–pmm |
| | ) | |
| | ) | |
| Debtor(s). | ) | Chapter: 11 |
| | ) | |
| | ) | |

## Notice Requiring Fee

A review of the court record indicates that the following outstanding fee is due to the bankruptcy court relating to the filing of the document noted:

Notice of Fee Due $1738.00 Re: Chapter 11 Involuntary Petition filed by Petitioning Creditor Jason Scott Jordan, Petitioning Creditor Joel A. Ready, Petitioning Creditor Ethan Shalter (related document(s)1). Fee due by 9/10/2024. (B., Keith)

Please login into CM/ECF (https://ecf.paeb.uscourts.gov) and pay these fees by clicking on the Utilities Menu and selecting the "Internet Payment Due" option. If you are having technical difficulties in processing your payment, please contact the court at 215–408–2800.

If the payment is not processed on or before September 10, 2024, this matter will be referred to the Court.

Date: September 3, 2024

For The Court

Timothy B. McGrath
Clerk of Court