**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Alan Christopher Redmond,** | : | Chapter 11 |
| Debtor. | : | |
| | : | Bky. No. 24-13093 (PMM) |

## ORDER DENYING MOTION TO SEAL AND SETTING DEADLINE FOR FILING OF EMERGENCY MOTION FOR SPECIAL RELIEF

**AND NOW**, the above captioned involuntary petition having been filed by creditors Jason Scott Jordan, Joel A. Ready, and Ethan Shalter (the "Petitioning Creditors") on September 3, 2024;

**AND**, the Petitioning Creditors having filed the same day a Motion to Seal the Record (doc. #3, the "Motion");

**BUT** the Motion failing to provide sufficient reasons for the relief sought;

Therefore, it is hereby **ordered** that:

1. The Motion is **denied**; and

2. The Petitioning Creditors shall file on the docket an Emergency Motion for Special Relief, along with supporting exhibits, on or before **5:00 p.m. on Thursday, September 5, 2024**.

**Date: 9/4/24**

_Patricia M. Mayer_
**Hon. Patricia M. Mayer**
**U.S. Bankruptcy Judge**