United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                          Case No. 24-13093-pmm

Alan Christopher Redmond                                                         Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                    User: admin                              Page 1 of 2

Date Rcvd: Sep 03, 2024                 Form ID: pdf900                          Total Noticed: 7

The following symbols are used throughout this certificate:
**Symbol      Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
             regulations require that automation-compatible mail display the correct ZIP.

#            Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable,
             the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Alan Christopher Redmond, 2005 Regency Drive, Wyomissing, PA 19610-2712 |
| ptcrd | + | Ethan Shalter, 1360 Philip Ave, Birdsboro, PA 19508-8860 |
| ptcrd | + | Jason Scott Jordan, 10802 Northwest 56th Ct, Coral Springs, FL 33076-3103 |
| ptcrd | + | Joel A. Ready, 8500 Allentown Pike, Ste 3, Blandon, PA 19510-9101 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 04 2024 03:35:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| smg | + | Email/Text: taxclaim@countyofberks.com | Sep 04 2024 03:35:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 04 2024 03:36:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2024                      Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0313-4                              User: admin                                      Page 2 of 2

Date Rcvd: Sep 03, 2024                      Form ID: pdf900                              Total Noticed: 7

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| JOEL A. READY | |
| | on behalf of Petitioning Creditor Joel A. Ready info@cornerstonelaw.us |
| JOEL A. READY | |
| | on behalf of Petitioning Creditor Jason Scott Jordan info@cornerstonelaw.us |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Eastern District of Pennsylvania

Case number (if known): 24-13093 Chapter 11

☐ Check if this is an amended filing

## Official Form 105

# Involuntary Petition Against an Individual

12/15

Use this form to begin a bankruptcy case against an individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against a Non-individual* (Official Form 205). Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write name and case number (if known).

| Part 1: | Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed |
|---|---|

**1. Chapter of the Bankruptcy Code**

Check one:

☐ Chapter 7
☑ Chapter 11

| Part 2: | Identify the Debtor |
|---|---|

**2. Debtor's full name**

Alan
First name

Christopher
Middle name

Redmond
Last name

_____
Suffix (Sr., Jr., II, III)

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed, married, maiden, or trade names, or *doing business as* names.

**4. Only the last 4 digits of debtor's Social Security Number or federal Individual Taxpayer Identification Number (ITIN)**

☐ Unknown

XXX – XX – 5 0 9 2    OR    9 XX – XX – ___ ___ ___

**5. Any Employer Identification Numbers (EINs) used in the last 8 years**

☑ Unknown

___ – ___ ___ ___ ___ ___ ___
EIN

___ – ___ ___ ___ ___ ___ ___
EIN

Debtor    Alan Christopher Redmond                                    Case number (if known)_____

**6. Debtor's address**

**Principal residence**                                    **Mailing address, if different from residence**

2005    Regency Drive                                    _____
Number    Street                                         Number      Street

_____                        _____

Wyomissing                    PA      19610               _____
City                          State  ZIP Code            City                          State    ZIP Code

Berks
County

**Principal place of business**

_____
Number    Street

_____

_____
City                          State  ZIP Code

_____
County

**7. Type of business**

☐  Debtor does not operate a business

*Check one if the debtor operates a business:*

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))
☑  None of the above

**8. Type of debt**

**Each petitioner believes:**

☐  **Debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑  **Debts are primarily business debts.** *Business debts* are debts that were incurred to obtain money for a business or investment or through the operation of the business or investment.

**9. Do you know of any bankruptcy cases pending by or against any partner, spouse, or affiliate of this debtor?**

☐  No
☑  Yes. Debtor  National Brokers of America, Inc.          Relationship  Shareholder/Owner
    District  Eastern District          Date filed  09/03/2019          Case number, if known  19-15488
                                                    MM / DD / YYYY

    Debtor _____          Relationship _____
    District _____  Date filed _____  Case number, if known_____
                                       MM / DD / YYYY

Debtor    Alan Christopher Redmond

Case number *(if known)*_____

## Part 3:    Report About the Case

### 10. Venue

Reason for filing in this court.

*Check one:*

☑ Over the last 180 days before the filing of this bankruptcy, the debtor has resided, had the principal place of business, or had principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

☐ Other reason. Explain. (See 28 U.S.C. § 1408.) _____

### 11. Allegations

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☑ The debtor is generally not paying such debtor's debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

### 12. Has there been a transfer of any claim against the debtor by or to any petitioner?

☑ No

☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Jason Scott Jordan | Judgment for Unpaid Wages & Attorneys Fees | $ 13,105,197.2( |
| Cornerstone Law Firm LLC | Judgement for Attorney Fees | $ 10,484.50 |
| Ethan Shalter | Breach of Contract | $ 1,036.08 |
| | Total | $ 13,116,717.7£ |

If more than 3 petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's (or representative's) signature under the statement, along with the signature of the petitioner's attorney, and the information on the petitioning creditor, the petitioner's claim, the petitioner's representative, and the attorney following the format on this form.

Debtor   Alan Christopher Redmond _____     Case number (if known) _____

## Part 4:   Request for Relief

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

**Petitioners or Petitioners' Representative**

X  *Joel A. Ready*
Joel A. Ready (Aug 15, 2024 09:54 EDT)
Signature of petitioner or representative, including representative's title

**Cornerstone Law Firm, LLC**
Printed name of petitioner

Date signed   08/15/2024
                MM / DD / YYYY

**Mailing address of petitioner**

8500 Allentown Pike, Suite 3
Number    Street

Blandon                    PA         19510
City                       State            ZIP Code

**If petitioner is an individual and is not represented by an attorney:**

Contact phone   _____

Email           _____

**Name and mailing address of petitioner's representative, if any**

Joel Ready, Esquire
Name

8500 Allentown Pike, Suite 3
Number    Street

Blandon                    PA         19510
City                       State            ZIP Code

**Attorneys**

X  *Joel A. Ready*
Joel A. Ready (Aug 15, 2024 09:54 EDT)
Signature of attorney

**Joel A. Ready, Esquire**
Printed name

**Cornerstone Law Firm, LLC**
Firm name, if any

8500 Allentown Pike, Suite 3
Number    Street

Blandon                    PA         19510
City                       State            ZIP Code

Date signed   08/15/2024
                MM / DD / YYYY

Contact phone (610) 926-7875    Email joel@cornerstonelaw.us

Official Form 105                    Involuntary Petition Against an Individual                    page 4

Debtor    Alan Christopher Redmond                                    Case number _____

**X** _Jason Jordan_
Jason Jordan (Aug 15, 2024 09:35 EDT)
Signature of petitioner or representative, including representative's title

Jason Scott Jordan
Printed name of petitioner

Date signed    08/15/2024
                MM / DD / YYYY


**Mailing address of petitioner**

10802 Northwest 56th Ct.
Number    Street

Coral Springs                    FL        33046
City                            State        ZIP Code


**Name and mailing address of petitioner's representative, if any**

Name

Number    Street

City        State ZIP Code


**X** _Joel A. Ready_
Joel A. Ready (Aug 15, 2024 09:54 EDT)
Signature of Attorney

Joel A. Ready, Esquire
Printed name

Cornerstone Law Firm, LLC
Firm name, if any

8500 Allentown Pike, Suite 3
Number    Street

Blandon                        PA        19510
City                        State            ZIP Code

Date signed    08/15/2024
                MM / DD / YYYY

Contact phone (610) 926-7875    Email joel@cornerstonelaw.us


**X** _[signature]_
Ethan Shalter (Aug 15, 2024 09:54 EDT)
Signature of petitioner or representative, including representative's title

Ethan Shalter
Printed name of petitioner

Date signed    08/15/2024
                MM / DD / YYYY


**Mailing address of petitioner**

1360 Philip Ave.
Number    Street

Birdsboro                    PA        19508
City                        State        ZIP Code


**Name and mailing address of petitioner's representative, if any**

Name

Number    Street

City                State            ZIP Code


**X** _Joel A. Ready_
Joel A. Ready (Aug 15, 2024 09:54 EDT)
Signature of Attorney

Joel A. Ready, Esquire
Printed name

Cornerstone Law Firm, LLC
Firm name, if any

8500 Allentown Pike, Suite 3
Number    Street

Blandon                        PA        19510
City                        State            ZIP Code

Date signed    08/15/2024
                MM / DD / YYYY

Contact phone (610) 926-7875    Email joel@cornerstonelaw.us


Official Form 105            Involuntary Petition Against an Individual            page **5**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN   RE:   ALAN   CHRISTOPHER REDMOND | Bankruptcy No. |
| | Chapter 11. Involuntary Petition |

**INFORMATION IN SUPPORT OF OFFICIAL FORM 105**
**INVOLUNTARY PETITION AGAINST INDIVIDUAL**

NOW COMES Jason Scott Jordan, Cornerstone Law Firm, LLC., and Ethan Shulter (hereinafter "Creditors"), by and through Cornerstone Law Firm hereby files this Information in support of Official Form 105 Involuntary Petition Against Individual and offers the following:

1. Alan Christopher Redmond is an individual person who resides in 1198 Reading Blvd., Wyomissing, PA 19610 and is the subject of this Involuntary Petition as the Debtor.

2. Jason Scott Jordan resides in 10802 Northwest 56th Ct., Coral Springs, FL 33046 and is a holder of a claim against Debtor in the amount of $13,105,197.20 that is not contingent as to liability or the subject of a bona fide dispute under 11 U.S.C § 303(b)(1). *See Exhibit 1.*

3. Cornerstone Law Firm, LLC. is a business entity with its principal place of business in 8500 Allentown Pike #3, Blandon, PA 19510 and is a holder of a claim against Alan C. Redmond in the amount of $10,484.50 that is not contingent as to liability or the subject of a bona fide dispute under 11 U.S.C § 303(b)(1). *See Exhibit 2.*

4. Ethan Shalter resides in 1360 Philip Ave., Birdsboro, PA 19508 and is a holder of a claim against Alan C. Redmond in the amount of $1,036.00 that is not contingent as to liability or the subject of a bona fide dispute 11 U.S.C § 303(b)(1). *See Exhibit 3.*

5. Creditors in the aggregate hold claims against the Debtor in the amount over $18,600.00 meeting the requirements of 11 U.S.C § 303(b)(1).

1

6. Petitioners believe, and aver, that Debtor has fewer than 12 holders of a claim, excluding any employee or insider of the Debtor, as defined by 11 U.S.C. § 303(b)(1).

7. Creditors request this honorable court to oust the Debtor from possession of his assets and to immediately appoint an Interim Trustee for cause, including fraud, dishonesty, incompetence, or gross mismanagement of the Debtor by current management in the best interest of the creditors and for the preservation of assets to prevent loss of estate property as further set forth in the motion for emergent relief. See 11 U.S.C § 303(f); 11 U.S.C § 1104(a)(1).

8. In addition, the Creditors request this honorable court under its injunctive powers to limit the Debtor's right to continue to operate any business, and to use, acquire, or dispose of property as further set forth in the motion for emergent relief. See 11 U.S.C § 105; 11 U.S.C § 303(f).

9. Upon order for relief, Creditors request this honorable court to designate a responsible party to file Schedules on behalf of the Debtor to prevent the dissipation of assets by fraud, dishonesty, incompetence or gross mismanagement of the Debtor and to ensure compliance under the contempt procedures of the Bankruptcy Court. See Fed. R. Bankr. P. 9001(5); Fed. R. Bankr. P. 9020.

10. Upon service of process to the Debtor, Creditors request this honorable court to schedule a hearing and disposition of the Involuntary Petition at the earliest practicable time. See Fed. R. Bankr. P. 1013.

WHEREFORE, based on the foregoing, the Court should prospectively grant the Creditor's request and other relief as the Court deems necessary, just, or appropriate.

Respectfully submitted,

**CORNERSTONE LAW FIRM, LLC**

By: _Joel A. Ready_

2

Joel A. Ready, Esquire
PA Attorney I.D. # 321966
8500 Allentown Pike, Suite 3
Blandon, PA 19510
(610) 926-7875

3