United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 24-13093-pmm

Alan Christopher Redmond                                                                   Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Sep 05, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Alan Christopher Redmond, 2005 Regency Drive, Wyomissing, PA 19610-2712 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2024          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JOEL A. READY | |
| | on behalf of Petitioning Creditor Cornerstone Law Firm  LLC info@cornerstonelaw.us |
| JOEL A. READY | |
| | on behalf of Petitioning Creditor Jason Scott Jordan info@cornerstonelaw.us |
| JOEL A. READY | |
| | on behalf of Petitioning Creditor Ethan Shalter info@cornerstonelaw.us |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**

| | | |
|---|---|---|
| **Alan Christopher Redmond,** | : | **Chapter 11** |
| **Debtor.** | : | |
| _____ | : | **Bky. No. 24-13093 (PMM)** |

## ORDER DENYING MOTION TO SEAL AND SETTING DEADLINE FOR FILING OF EMERGENCY MOTION FOR SPECIAL RELIEF

**AND NOW**, the above captioned involuntary petition having been filed by creditors

Jason Scott Jordan, Joel A. Ready, and Ethan Shalter (the "Petitioning Creditors") on September

3, 2024;

**AND**, the Petitioning Creditors having filed the same day a Motion to Seal the Record

(doc. #3, the "Motion");

**BUT** the Motion failing to provide sufficient reasons for the relief sought;

Therefore, it is hereby **ordered** that:

1. The Motion is **denied**; and

2. The Petitioning Creditors shall file on the docket an Emergency Motion for Special Relief,

   along with supporting exhibits, on or before **5:00 p.m. on Thursday, September 5, 2024**.

**Date: 9/4/24**

_____
**Hon. Patricia M. Mayer**
**U.S. Bankruptcy Judge**