

8500 Allentown Pike, Suite 3
Blandon, PA 19510

September 9, 2024

**Hon. Patricia M. Mayer**
U.S. Bankruptcy Court for the Eastern District of Pennsylvania
201 Penn Street, Suite 103
Reading, PA 19601
Via ECF only

    **In Re: Alan Christopher Redmond**
    No. 24-13093

Dear Judge Mayer:

    Please accept this letter as an apology to the Court for the tardiness in filing the Emergency Motion for Special Relief on the docket. My ECF account for the U.S. Bankruptcy Court is new, as I do not regularly practice bankruptcy. When my staff created the ECF account, they failed to add my e-mail address to the recipient list. For that reason, I did not receive your Order entered on the docket on September 5, 2024, at **10:18 a.m.** directing me to file the Emergency Motion by **5 p.m.** that same day. My staff did not check the docket until today, because they assumed I would have received an e-mail notice of any ECF activity.

    Having filed the Emergency Motion today, I kindly point out to corrections: Page 3 was corrected to say, "Jordan's judgment against Redmond," whereas the original contained a typo, "against Jordan." On Page 2, "elderly man" was corrected to "older man," in respect of Arthur W. Walsh, Jr. No other corrections were made.

                                 Very truly yours,

                                   **CORNERSTONE LAW FIRM, LLC**

                                 By: _____
                                   Joel A. Ready, Esquire

Notice: Via ECF

Joel A. Ready, Esquire | Admitted to Practice in PA, NJ, MD
8500 Allentown Pike, Suite 3 | Blandon, Pennsylvania 19510
*phone* 610.926.7875 | *fax* 484.930.0054 | joel@cornerstonelaw.us