**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ALAN CHRISTOPHER REDMOND | Bankruptcy No. 24-13093-PMM |
| | Involuntary Chapter 11 |

**PROOF OF SERVICE BY U.S. MAIL**

I, Valeria Amato, paralegal, hereby certify that, on September 9, 2024, and in accordance with Fed. R. Bankr. P. 7004, I caused to be served the following from the docket in the above captioned case:

- Involuntary Petition Against an Individual

- Writ of Summon that issued on September 3, 2024

- Emergency Motion for Special Relief, together with the Proposed Order and Exhibits.

By depositing the foregoing papers with the U.S. Postal Service, certified mail postage pre-paid, to be delivered as follows:

**Debtor Alan Christopher Redmond**
1198 Reading Blvd.
Wyomissing, PA 19610

**Counsel for Debtor:**
George Bochetto, Esquire
David P. Heim, Esquire
Bochetto & Lentz, P.C.
1524 Locust Street
Philadelphia, PA 19102

**CORNERSTONE LAW FIRM, LLC**

By: _____
Valeria Amato, Paralegal