# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ALAN CHRISTOPHER REDMOND | Bankruptcy No. 24-13093-PMM |
| | Involuntary Chapter 11 |

## RETURN OF SERVICE

I served on Alan Christopher Redmond the following documents:

(1)     Involuntary Petition Against an Individual (filed September 3, 2024).

(2)     Writ of Summons (Issued September 3, 2024)

(3)     Emergency Motion for Special Relief, together with exhibits and proposed order.

By personal delivery at the following place: _DEBTORS PRINCIPAL PLACE OF BUSINESS — 8 MORGAN DRIVE, SINKING SPRING, PA. 19608 — PERSONAL HAND DELIVERY TO JESUS BERRIOS — VICE PRESIDENT —_

Date of service: _SEPTEMBER 9th, 2024 @ 4:30 PM_

I declare under penalty of perjury under the laws of the United States that the foregoing information is true and correct.

By: _Marty Straka_
Signature of Process Server

_MARTY STRAKA_
Printed Name of Process Server

1