**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **ALAN CHRISTOPHER REDMOND** | **Bky. No. 24-13093 (PMM)** |
| **Debtors.** | |

## ENTRY OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears for World Business Lenders, LLC; WBL SPO I, LLC; and WBL SPO II, LLC, creditors and parties-in-interest in the above-captioned case, and pursuant to Rule 2002 of the Bankruptcy Rules, demands that all notices and papers given or required to be given in this case, be served upon the undersigned at the office address and telephone number set forth below.

**LUNDY, BELDECOS & MILBY, P.C.**

Date:   9/11/2024       By:   */s/ Jessica M. Gulash*
**JESSICA M. GULASH, ESQUIRE**
PA ID # 208463
450 N. Narberth Avenue, Suite 200
Narberth, PA 19072
(610) 668-0772
jgulash@lbmlaw.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **ALAN CHRISTOPHER REDMOND** | **Bky. No. 24-13093 (PMM)** |
| **Debtors.** | |

## <u>CERTIFICATE OF SERVICE</u>

I, Jessica M. Gulash, Esquire, certify that on the date below I caused a true and correct copy of the foregoing Entry of Appearance and Demand for Service of Papers on the following parties via ECF:

Joel A. Ready, Esquire
Cornerstone Law Firm, LLC
8500 Allentown Pike, Suite 3
Blandon, PA 19510
*Attorney for Petitioning Creditors*

**LUNDY, BELDECOS & MILBY, P.C.**

Date:   9/11/2024        By:    */s/ Jessica M. Gulash*
                                    **JESSICA M. GULASH, ESQUIRE**
                                    PA ID # 208463
                                    450 N. Narberth Avenue, Suite 200
                                    Narberth, PA 19072
                                    (610) 668-0772
                                    jgulash@lbmlaw.com