**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | : |
| | : **INVOLUNTARY CHAPTER 11** |
| **ALAN CHRISTOPHER REDMOND,** | : |
| | : |
| **Debtor.** | : **Bankruptcy No. 24-13093 (PMM)** |
| | : |

**ORDER AUTHORIZING THE EMPLOYMENT AND**
**RETENTION OF CIARDI CIARDI & ASTIN AS COUNSEL**

AND NOW, upon consideration of the expedited application of putative debtor Alan Christopher Redmond for authority to employ and retain Ciardi Ciardi & Astin ("CC&A") as counsel (the "Application"), and upon the declaration of Albert A. Ciardi (the "Declaration"), a partner of CC&A, which is attached to the Application; and the Court being satisfied based on the representations made in the Application and the Declaration that said attorneys hold no interest adverse to the Debtor's estate with respect to the matters upon which they are to be engaged and are "disinterested persons" as that term is defined in the Bankruptcy Code, and it appearing that the Court has jurisdiction over this matter; and it appearing that due and proper notice of the Application has been given; and after due deliberation, and sufficient cause appearing therefor; it is hereby

ORDERED that the Application is approved, and it is further

ORDERED that the retention of CC&A as counsel to the Alan Christopher Redmond in connection with this involuntary Chapter 11 case is hereby authorized.