# Exhibit "A"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  ALAN CHRISTOPHER REDMOND  :  Bankruptcy No. 24-13093 (PMM)
:
:  Involuntary Chapter 11
:

## AFFIDAVIT OF TONYA HATMAKER

I, Tonya Hatmaker, being duly sworn according to law, deposes and says the following:

1. I am an employee of Seguro Medico, LLC ("Seguro").  One of my duties is to conduct on-boarding for new employees and exit interviews for former employees.

2. I personally conducted the exit interview for Ethan Shatler, a former Seguro employee with the title of "Fronter Manager."

3. On July 25, 2024, Ethan Shalter was terminated from Seguro Medico.  Upon termination he immediately exited the premises.

4. On August 6, 2024, Mr. Shalter returned to Seguro's office to complete his exit interview, sign the necessary documents and receive his final paycheck.

5. I conducted the exit interview with Mr. Shalter.  Mr. Shalter was seen by several current employees of Seguro, including Shira Shaeffer and Tara Dussinger during the exit interview.

6. Seguro's CEO, Arthur Walsh, briefly joined the exit meeting and witnessed Mr. Shalter completing the exit interview and signing the required documentation.

7. Attached as Exhibit "A" are the exit interview documents signed by Mr. Shalter. These include:

   a. August 6, 2024 Exit Interview Letter
   b. Exit Mutual Release form
   c. Final Pay Agreement and Release

8. Also attached as Exhibit B is a copy of Mr. Shalters final paystub and paycheck in the amount of $728.15 (gross).

9. Mr. Shalter read the above documents and indicated he understood them before signing them.

10. He did not object to the amount of his final paycheck, nor did he state that he was owed additional wages.

11. I am prepared to testify to the foregoing in Court.

Dated: 9/13/2024                           _____
                                           Tonya Hatmaker

# Commonwealth of PA
## County of Berks

Signed and sworn to before
me on ___9/13/24___
by___Tonya Hatmaker___

_____

Commonwealth of Pennsylvania - Notary Seal
Jaime Morlock, Notary Public
Berks County
My commission expires March 3, 2027
Commission number 1433193
Member, Pennsylvania Association of Notaries

2

  

08/06/2024
Ethan Shalter
1369 Claire Dr
Birdsboro, Pa 19508
610-944-4750
Ethan.shalter@gmail.com
Re: Separation and Release from Employment


Dear Ethan,

This letter is to inform you that your employment as Fronter Manager with Seguro Medico Powered by
Benefits Now, LLC in affiliation with Seguro Medico ("Company") has been terminated effective
07/25/2024 due to a mutual decision.

Your final paycheck has been provided to you on 08/06/2024 and will include payment up to and
including any hours worked until 07/25/2024 minus applicable taxes. Additionally, the Company reserves
the right to recoup all costs associated with the Licensed Training Program to include course cost, exam
fees, fingerprinting, etc. per the Pre-Licensed Reimbursement Non-Compete Agreement that you signed.



Signed agreements.

During the time that you have worked at the Company you were exposed to information that is
proprietary and/or confidential, including, but not limited to, customer, vendor, employee, and other
information as covered under all of the Company's Non-Compete, Non-Disclosure, and Confidentiality
Agreements that you signed on 04/15/2024.

We also ask that you not contact employees, customers, or vendors of the Company regarding matters
relating to its business, or termination of your employment, although certainly, you are free to maintain
such personal contacts and relationships as may have developed while employed here. We expect that
you have not and will not make any disparaging remarks about the Company to anyone, including but not
limited to any customer, or employee of the Company. This includes the use of social media to do so. We
likewise agree that we will not make any disparaging remarks about you.

Return of Company Property:

The Company also expects that you will return all documents and any other information or materials that
you have that are the property of the Company. These include but are not limited to: Office keys, Laptop,
Monitors, Printer, Cell Phone, Headsets, Keyboards, etc. Please note that any unreturned or damaged
company property will be deducted from your final pay. Should a deduction occur, you will be provided

an itemized list of the items unreturned/ missing/damaged, and their associated costs to fix or replace them.

We wish you the best of luck in your future endeavors.

Thank you,

8/6/2024

8/6/2024

Tonya Hatmaker                                                    Date

Exit Mutual Release, Waiver of Rights, Hold Harmless and Covenant Not to Bring Legal or Administrative Actions Against Other Party Related to Specific Matters

### SEGURO MEDICO, LLC/ ETHAN SHALTER

Seguro Medico, LLC. (hereinafter referred to in the alternative as "Seguro") an insurance brokerage with the primary business and address of 8 Morgan Drive, Sinking Spring, PA 19608 and its departing, Ethan Shalter hereby agree to the following releases, waivers and covenants.

Whereas, the parties are entering into this Agreement to enable a cleaner break in the employer/employee relationship, avoid future entanglements and the cost associated therewith, and prevent Ethan Shalter from suffering from unnecessary financial obligations and losing potential future employment opportunities.

1. Seguro specifically waives any obligations placed on Ethan Shalter to refrain from seeking employment in the insurance industry or with any company competing directly or indirectly with Seguro.
   NOTE: This waiver does NOT cover Ethan Shalter's surviving obligation to maintain the confidentiality of Seguro's business practices, trade secrets, vendors and customers. These obligations survive this agreement and remain surviving obligations under any and all employment contracts entered into between the parties to the Agreement.

2. Both parties mutually release the other for any acts or omissions that occurred during Ethan Shalter's employment with Seguro. This includes Seguro's business practices and Ethan Shalter's acts and omissions as a Fronter Manager.

3. For and in consideration of the above-given waivers and other good and valuable considerations, the receipt and sufficiency of which is hereby acknowledged, Ethan Shalter hereby agrees that I, my heirs, legal representatives and assigns will not make a claim against, sue, bring an administrative action against or prosecute Seguro or its employees, owners, officers, or agents, for any claims known or unknown resulting from the intentional or unintentional acts or omission, howsoever caused, by Seguro or its employees or agents. In addition, I hereby release and discharge Seguro and/or its owners, officers, employees and agents from all actions, claims and demands. I, my heirs, legal representatives or assigns now have or may hereafter have for injury or damage resulting from my past employment and insurance sales activities with Seguro.

4. ENTIRE AGREEMENT: Either party's initial breach of any terms of this Agreement nullifies the waivers granted by the other party.

5. **Acknowledgement by Ethan Shalter:** I have carefully read this agreement and fully understand its contents. I am aware that this is a release of liability and a contract between myself and Seguro, and I have signed it of my own free will.

Witness my signature this 6th day of August, 2024

Seguro Medico, LLC

Tonya Hatmaker

Departing Employee



**Seguro
Medico**

Date: August 6, 2024

Ethan Shalter

1369 Claire Dr.

Birsboro, PA 19508

Dear Ethan,

This is to inform you that your employment with Seguro Medico, LLC is separated effective July 25, 2024.

**Final pay:** As agreed, final pay has been personally handed to you in the amount of of $728.15 and provided to the employee on this day. This represents your final payment.

**Group Health Coverage:** Group health coverage will be terminated on the last day of the month following termination of employment.

**COBRA:** In accordance with federal regulations, under COBRA (Consolidated Omnibus Budget Reconciliation Act) all employees who have health insurance coverage shall receive proper notification from Optimed within fourteen (14) days from the end of the month following date of termination. As of the date of your termination you must return any company property that you may still have in your possession. Should you have further questions, please contact us at 484-332-3179.

Sincerely,

Arthur Walsh CEO

Acknowledged and accepted by:

Signature                                    Date

Current Mailing Address:

1369 Claire Dr

Birdsboro Pa 19508