**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | : |
| | : **INVOLUNTARY CHAPTER 11** |
| **ALAN CHRISTOPHER REDMOND,** | : |
| | : |
| **Debtor.** | : **Bankruptcy No. 24-13093 (PMM)** |
| | : |

### ORDER SCHEDULING EXPEDITED HEARING

Upon the motion (the "Motion to Expedite") of the above-captioned putative debtor

(the "Putative Debtor"), for the entry of this Order (the "Order") granting an expedited

hearing on: (i) *the Expedited Motion of Alan Christopher Redmond to (I) Dismiss the Involuntary*

*Chapter 11 Petition Because it Does Not Meet the Statutory Requirements of 11 U.S.C. §303 (B)*

*and It Is A Bad Faith Filing, (II) Vacate the Temporary Restraining Order, (III) Require a Bond*

*to Be Posted by Petitioning Creditors Pursuant to 11 U.S.C. §303 (E), and (IV) Award Punitive*

*Damages Against the Petitioning Creditors Pursuant to 11 U.S.C. 11 U.S.C. §303 (I) (2) (the*

*"Motion to Dismiss"); and (ii) the Expedited Application of Alan Christopher Redmond to Retain*

*Ciardi Ciardi & Astin as Counsel Pursuant to Temporary Restraining Order* (the "Application"),

and for an expedited hearing on this Motion; and it appearing that the Court has jurisdiction over

this matter pursuant to 28 U.S.C. § 1334; and it appearing that this proceeding is a core

proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding is

proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that notice of the Motion to

Expedite and opportunity for a hearing on the Motion to Expedite was appropriate under the

particular circumstances and that no other or further notice need be given; and after due

deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED** that:

1. The Motion to Expedite is granted as set forth herein.

2. A Hearing will be held on the Motion to Dismiss and Application on

**September 18, 2024** at **10:00 a.m.** (prevailing Eastern Time) before the Honorable Patricia M. Mayer, United States Bankruptcy Judge, presiding at The Gateway Building, Federal Courthouse, 201 Penn Street, Reading, PA 19601.

3.      Any objections or other responses to the Motion may be presented at or before the hearing.

4.      Within one (1) business day of the entry of this Order, counsel for the Putative Debtor shall give notice by serving a copy of this Order via electronic mail, ECF service, or first class mail on (a) the United States Trustee for the Eastern District of Pennsylvania; and (b) the Petitioning Creditors; and (c) all parties who have requested notice in this Involuntary Chapter 11 Case pursuant to Bankruptcy Rule 2002.