## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | : |
| | : **INVOLUNTARY CHAPTER 11** |
| **ALAN CHRISTOPHER REDMOND,** | : |
| | : |
| Debtor. | : **Bankruptcy No. 24-13093 (PMM)** |
| | : |

### CERTIFICATE OF SERVICE

I, Daniel S. Siedman, hereby certify that on the 13th day of September, 2024, a copy of

***Notice of Deposition of Cornerstone Law Firm, LLC*** was served via electronic mail, upon counsel

for the Petitioning Creditor as follows:

Cornerstone Law Firm, LLC
c/o Joel A. Ready, Esq
Cornerstone Law Firm, LLC
8500 Allentown Pike, Suite 3
Blandon, PA 19510
joel@cornerstonelaw.us

**CIARDI CIARDI & ASTIN**


By: ***/s/ Daniel S. Siedman***
Daniel S. Siedman, Esquire