IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                 :
                                    : INVOLUNTARY CHAPTER 11

ALAN CHRISTOPHER REDMOND,    :
                                    :

             Debtor.              : Bankruptcy No. 24-13093 (PMM)
                                    :

## CERTIFICATE OF SERVICE

I, Daniel S. Siedman, hereby certify that on the 13th day of September, 2024, a copy of

*Notice of Deposition of Ethan Shalter* was served via electronic mail, upon counsel for the

Petitioning Creditor as follows:

> Ethan Shalter
> c/o Joel A. Ready, Esq
> Cornerstone Law Firm, LLC
> 8500 Allentown Pike, Suite 3
> Blandon, PA 19510
> joel@cornerstonelaw.us

**CIARDI CIARDI & ASTIN**

By:     */s/ Daniel S. Siedman*
          Daniel S. Siedman, Esquire