**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ALAN CHRISTOPHER REDMOND | Bankruptcy No. 24-13093-PMM |
| | Involuntary Chapter 11 |

**PETITIONERS' EMERGENCY RULE 12(f) MOTION TO STRIKE
ANSWER AND FOR CURATIVE RELIEF**

AND NOW, this _____ day of September, 2024, upon the Emergency Rule 12(f)

Motion to Strike Answer and for Curative Relief by Petitioning Creditors, Jason Scott Jordan,

Cornerstone Law Firm, LLC, and Ethan Shalter, the same is GRANTED as follows:

(1)     Debtor's Answer at ECF No. 19 is hereby STRICKEN WITHOUT PREJUDICE.

(2)     Debtor is instructed to refile his Answer, giving full and complete information in

compliance with Fed. R. Bankr. P. 1003(b) and 1008, and Debtor's counsel is instructed to refrain

from aiding the Debtor in avoiding requirements imposed by law for submitting a verification.

(3)     To the extent Debtor's Motion at ECF No. 20 raises a Civil Rule 12 dismissal prior to any

final hearing under Fed. Bankr. P. 1013(a), the same is DISMISSED WITH PREJUDICE where,

as here, Debtor's grounds for relief are barred by 11 U.S.C. § 303(c) and Fed. R. Bankr. P. 1003(b).

(4)     To the extent Debtor's Motion at ECF No. 20 raises a request to dissolve the temporary

restraining order, the Court reserves judgment until after the presentation of all evidence on

September 18, 2024 and any additional submissions directed by the Court.

BY THE COURT:

By:     _____
Hon. Patricia M. Mayer
U.S. Bankruptcy Judge

1