**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : |
| | : **INVOLUNTARY CHAPTER 11** |
| **ALAN CHRISTOPHER REDMOND,** | : |
| | : |
| Debtor. | : **Bankruptcy No. 24-13093 (PMM)** |
| | : |

**CERTIFICATE OF SERVICE**

I, Nicole M. Nigrelli, Esquire hereby caused on this 13th day of September, 2024 a true and correct copy of the following via electronic case filing and email:

- **DN# 22 - Signed Order setting hrg re Expedited Motion of Alan Christopher Redmond to (I) Dismiss**
- **DN#20 – Expedited Motion of Alan Christopher Redmond to Dismiss the Involuntary Chapter 11 Petition**
- **DN#19 – Answer to Involuntary Petition; and**
- **DN#18 – Expedited Application to Employ Ciardi Ciardi & Astin**

| | |
|---|---|
| **Petitioning Creditors**<br>Joel A. Ready, Esquire<br>Cornerstone Law Firm LLC<br>8500 Allentown Pike, Suite 3<br>Blandon, PA 19510<br>joel@cornerstonelaw.us | Kevin Callahan, Esquire<br>**Office of US Trustee**<br>900 Market Street, Suite 320<br>Philadelphia, PA 19106<br>Kevin.p.callahan@usdoj.gov |
| **World Business Lenders, LLC**<br>**WBL SPO I, LLC**<br>**WBL SPO III, LLC**<br>Lundy, Beldecos & Milby, P.C.<br>450 N. Narberth Avenue<br>Narberth, PA 19072<br>jgulash@lbmlaw.com | |

**CIARDI CIARDI & ASTIN**

*/s/  Nicole M. Nigrelli*
Nicole M. Nigrelli, Esquire