**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ALAN CHRISTOPHER REDMOND | Bankruptcy No. 24-13093-PMM |
| | Involuntary Chapter 11 |

## <u>CERTIFICATE OF SERVICE OF TEMPORARY RESTRAINING ORDER ON DEBTOR'S CURRENT AND FORMER COUNSEL</u>

On September 12, 2024, I served true and correct copies of the Court's Order Granting

Temporary Restraining Order (ECF No. 15), by delivery to the U.S. Postal Service to be placed in

the mails, on each of the following persons known to be a current or former counsel of the Debtor:

Norman M. Valz, Esquire
441 Irvington Rd.
Drexel Hill, PA 19026

Joseph T. Bambrick, Esquire
529 Reading Ave., Suite K
West Reading, PA 19611

Fox Rothschild, LLP
C/o Deputy General Counsel Barbara B. Denys
980 Jolly Road, Suite 110
Blue Bell, PA 19422

William Rush, Esquire
Rush Law Group
38 N. 6th St.
Reading, PA 19606

Osmer Deming, Esquire
38 North 6th Street
Reading, PA 19601

And, on September 13, 2024, I additionally served a true and correct copy of the Court's

Order Granting Temporary Restraining Order (ECF No. 15), by delivery to the U.S. Postal Service

to be placed in the mails, as follows:

1

George Bochetto, Esquire
David P. Heim, Esquire
Bochetto & Lentz, P.C.
1524 Locust Street
Philadelphia, PA 19102

I declare under penalty of perjury under the laws of the United States that the foregoing information is true and correct.

**CORNERSTONE LAW FIRM, LLC**

By: _Kandy Kistler_

Kandy Kistler, Office Assistant

On September 10, 2024, acting directly and through my Legal Assistant, William Mulgrew, III, under my supervision, I certify that I caused electronic service by e-mail to be made of true and correct copies of the Court's Order Granting Temporary Restraining Order (ECF No. 15), on each of the following persons known to be a current or former counsel of the Debtor and at the e-mail addresses shown below:

Norman M. Valz, Esquire
NVALZ@msn.com

David P. Heim, Esquire
Bochetto & Lentz, P.C.
dheim@bochettoandlentz.com

Joseph T. Bambrick, Esquire
No1jtb@aol.com

Fox Rothschild, LLP
C/o Lauren McKenna
lmckenna@foxrothschild.com

Fox Rothschild, LLP
C/o Maryls Hickman
mhickman@foxrothschild.com

William Rush, Esquire

2

wrush@rushlawberks.com

Osmer Deming, Esquire
osmer@deminglawyer.com

**CORNERSTONE LAW FIRM, LLC**

By: _____
*Joel A. Ready*

Joel A. Ready, Esquire

I, additionally, declare under penalty of perjury under the laws of the United States that the

foregoing information on electronic service by e-mail is true and correct.

**CORNERSTONE LAW FIRM, LLC**

By: _____

William Mulgrew, III, Legal Assistant

3