# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ALAN CHRISTOPHER REDMOND | Bankruptcy No. 24-13093-PMM |
| | Involuntary Chapter 11 |

## RETURN OF SERVICE OF TEMPORARY RESTRAINING ORDER

I served on the Court's Order Granting Temporary Restraining Order and Scheduling Hearing to Consider the Imposition of a Preliminary Injunction (ECF No. 15), on the following persons and in the following manner:

(1)     By personal delivery to Jesus Barrios, placing a copy in his hands outside of what appeared to be an active and operating call center at 8 Morgan Drive, Sinking Spring, PA 19608 staffed by numerous persons.

(2)     By posting one copy for Alan Christopher Redmond and one copy for Shannon Kroemmelbein, on the front door to their residence at 1198 Reading Blvd., Wyomissing, PA 19610. A true and correct photograph of such posting is attached as Exhibit 1.

Date of service:     September 11, 2024

I declare under penalty of perjury under the laws of the United States that the foregoing information is true and correct.

By:     _Marty Straka_
        Signature of Process Server

        MARTY STRAKA
        Printed Name of Process Server