**SEGURO MEDICO LLC**
8 MORGAN DRIVE
READING PA 19608

**ETHAN SHALTER**
EMPLOYEE ID: 1108
DEPARTMENT: 50
CHECK:       1



FEIN: 84-4516926
Pay Period   07/12/2024  -  07/25/2024
Pay Date     08/05/2024

**FITWH**    **Filing Status: H**
**PA**       **Filing Status: M  Exemptions: 0**

| **Earnings** | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Hourly | | | 728.15 | | 12,109.90 |
| Hol | | | | 8.00 | 200.00 |
| Disc Bonus | | | | | 70.00 |
| Retro | | | | | -600.00 |
| **Total** | | | $728.15 | 8.00 | $11,779.90 |
| **Total Hours Worked** | | | | | |

| **Taxes** | CURRENT | YTD |
|---|---|---|
| FITWH | | 524.46 |
| MED | 10.56 | 170.81 |
| SOC | 45.15 | 730.36 |
| PA | 22.35 | 361.64 |
| PAEUC | 0.51 | 8.24 |
| PASRG | 7.28 | 117.80 |
| PASRGL | 2.00 | 19.00 |
| **Total** | $87.85 | $1,932.31 |
| | | |
| **Net Pay** | | $640.30 |

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**SEGURO MEDICO LLC**
8 MORGAN DRIVE
READING PA 19608

Check #  1

Date     08/05/2024

Pay this Amount

| SIX HUNDRED FORTY & 30/100 DOLLARS*** | $*******640.30 |
|---|---|

50

Pay to the
Order of          **ETHAN SHALTER**
                  1369 CLAIRE DR
                  BIRDSBORO PA 19508

