**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ALAN CHRISTOPHER REDMOND | Bankruptcy No. 24-13093-PMM |
| | Involuntary Chapter 11 |

### NOTICE OF WITHDRAWAL OF PETITIONERS' EMERGENCY MOTION TO STRIKE (ECF No. 27)

TO THE CLERK OF COURT:

PLEASE TAKE NOTICE that the Petitioners' Emergency Motion to Strike and for Curative Relief, at ECF No. 27, is hereby withdrawn.

Respectfully submitted,

**CORNERSTONE LAW FIRM, LLC**

Dated: September 17, 2024          By:     /s/ Joel A. Ready
                                                              Joel A. Ready, Esquire
                                                              PA Attorney I.D. # 321966
                                                              8500 Allentown Pike, Suite 3
                                                              Blandon, PA 19510
                                                              (610) 926-7875

1