B2550 (Form 2550 – Subpoena to Appear and Testify at a Hearing or Trial in a Bankruptcy Case or Adversary Proceeding) (Page 2)

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)*:  __Alan Redmond Charitable Foundation__
on *(date)* 09/11/2024 .

☑ I served the subpoena by delivering a copy to the named person as follows: Served personally to 441 Irvington Rd.,
Norman M. Valz (Male, White, Gray Hair, 195 lbs, 6'0", Glasses, 68) at

__Drexel Hill, PA 19026_____ on *(date)* __09/12/2024_____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the
witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____ .

My fees are $ _____ for travel and $_____ for services, for a total of $_____ .


I declare under penalty of perjury that this information is true and correct.

Date:  __09/13/2024_____

_____
*Server's signature*

Anthony Devers, Process Server
_____
*Printed name and title*

112 Haddontowne Ct., Ste 304
Cherry Hill, NJ 08034
800-637-1805
_____
*Server's address*


Additional information concerning attempted service, etc.:


Served on:  Alan Redmond Charitable Foundation
441 Irvington Rd., Drexel Hill, PA 19026

Served to: Norman M. Valz
(Male, White, Gray Hair, 195 lbs, 6'0", Glasses, 68)
09/12/2024 at 6:05 PM


Documents Served: SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A BANKRUPTCY
CASE, $113.06 WITNESS FEE CHECK

B2550 (Form 2550 – Subpoena to Appear and Testify at a Hearing or Trial in a Bankruptcy Case or Adversary Proceeding) (12/15)

# UNITED STATES BANKRUPTCY COURT

Eastern _____ District of  Pennsylvania _____

In re  Alan Christopher Redmond _____  _____
_____
              Debtor

*(Complete if issued in an adversary proceeding)*

_____
              Plaintiff

              V.

_____
              Defendant

Case No. 24-13093 _____

Chapter 11 _____

Adv. Proc. No. _____

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

To:  Alan Christopher Redmond by and through most knowledgeable bookkeeper and accountant of Alan Christopher
Redmond's estate                    *(Name of person to whom the subpoena is directed)*

☑ **YOU ARE COMMANDED** to appear in the United States Bankruptcy Court at the time, date, and place set forth below to testify at a hearing or trial in this bankruptcy case (or adversary proceeding). When you arrive, you must remain at the court until the judge or a court official allows you to leave.

| PLACE Bankruptcy Court for the Eastern District of Pennsylvania (Reading) 201 Penn Street, Suite 103 Reading, PA 19601 | COURTROOM Fourth Floor Courtroom |
|---|---|
| | DATE AND TIME Wednesday, Sept. 18, at 10:00 A.M. |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

Please see Attachment A

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  9/11/24

CLERK OF COURT

OR

_____          _____
*Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, email address, and telephone number of the attorney representing *(name of party)*
Jason Scott Jordan _____ , who issues or requests this subpoena, are:

Joel A. Ready, Esq.; joel@cornerstonelaw.us; (610) 926-7875

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed.  Fed. R. Civ. P. 45(a)(4).