**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | : |
| | : **INVOLUNTARY CHAPTER 11** |
| **ALAN CHRISTOPHER REDMOND,** | : |
| | : |
| **Debtor.** | : **Bankruptcy No. 24-13093 (PMM)** |
| | : |

**AMENDED VERIFICATION OF CREDITORS OF ALAN CHRISTOPHER REDMOND**

The attached amended list consists of all known creditors to date.  Under penalty of perjury, I declare that I have compiled this list of creditors and the information is true and correct to the best of my knowledge information and belief.  I reserve the right to amend this list of creditors in the event additional information is brought to my attention.

DATED: September 17, 2024                    By:  _____
                                                   Alan Christopher Redmond

**LIST OF CREDITORS ALAN CHRISTOPHER REDMOND AS OF 9/17/24**

| Creditor | Status | Venue | Amount | Comments |
|---|---|---|---|---|
| 1. Jason Scott Jordan [See Invol. Petition] | Disputed | Berks Co. No. 14-17117 | $13,105,197.20 (plus 6% interest from 3/31/22 judgment entry) | Petitioning Creditor Judgment Pending PA Supreme Court Allowance of Appeal |
| 2. Cornerstone Law Firm [See Invol. Petition] | Disputed | Berks Co. No. 14-17117 | $10,484.50 (plus 6% interest from 11/3/21 judgment entry) | Petitioning Creditor judgment from sanction award |
| 3. Complete Business Solutions Group, Inc. d/b/a PAR Funding 141 N.2d Street Philadelphia, PA 19106 | Disputed | Feb. 2022 Term No. 02794 (Phila. CCP) | $35,293,618.31 (amount claimed owed under MCAs) | CBSG d/b/a Par Funding controlled by Federal Receiver, seeking to collect on MCAs issued to NBOA and Bene, personally guaranteed by AR |
| 4. WBL SPO II LLC 150 Clearbrook Road, Suite 125, Elmsford, NY 10523 | Disputed | Berks Co. No. 23-13390 | $544,032.85 (as of 8/22/24), per diem interest $351.36 | Seguro Debt, personally guaranteed by AR, secured by Mtg. on 2005 Regency Dr., Wyomissing PA |
| 5. U.S. Department of Labor 1835 Market Street Mailstop SOL/22 Philadelphia, PA 19103-2968 | Disputed Amount | Su v. Bene Market, Redmond et al.; (20-cv-4265 EDPA) | $1,379,100.46 (claimed damages, including sanction award) | DOL claiming failure of Bene Market to pay proper overtime, AR personally liable as Bene Market owner. Summary Judgment on Liability Granted, pending Damages Hearing |
| 6. Cardflex. Inc. 2195 American Ave. #A, Costa Mesa, CA 92627 | Undisputed | Superior Court of California, No. 30-2024-01416941(AR named as personal defendant) | $805,000 (Settlement Amount) | Dispute with Credit Card Processor, agreements personally guaranteed by AR, Settlement Agreement signed Sept. 1 for installment payments, AR personal signatory |
| 7. Internal Revenue Service 600 Arch Street Philadelphia, PA | Disputed Amount | n/a | $1,054,856.04 | Combination of personal tax, Bene Market trust fund penalty, subject to processing of amended return reducing amount owed by $650,466.64 |
| 8. Producer Advance, LLC 1625 S Congress Avenue | Suite 200B | Delray Beach, FL 33445 | Disputed | n/a | $942,609.36 | Personal Guarantee by AR for Commission advances |

**LIST OF CREDITORS ALAN CHRISTOPHER REDMOND AS OF 9/17/24**

| | | | | |
|---|---|---|---|---|
| 9. American Workers Insurance Services, Inc. (AWIS) 2305 Ridge Rd, Unit 205, Rockwall, TX 75087 | Disputed | 1:23-cv-02081 (M.D. Pa.) | $8,000,000 (alleged and approximate) | AWIS former ins. carrier for which Bene Market sold health insurance. AWIS alleges unpaid advanced commissions against Bene (a claim pending in arbitration in TX) and in M.D. Pa AWIS claims AR personally liable |
| 10. All Web Leads 7300 RM 2222 Bldg 2 Ste 100 Austin, TX 78730 | Undisputed | n/a | $667,413.87 | AR Personal Guarantee for costs of lead generation |
| 11. Santander Bank | Undisputed | n/a | $7,602.93 | AR personal auto loan for 2017 Cadilac Escalade |
| 12. Duane Morris LLP 30 S. 17th Street Philadelphia, PA 19103 | Undisputed | n/a | $128,402.26 | Legal Fees Owed |
| 13. Rush Law Group, LLC 38 N. 6th Street, Reading, PA 19601 | Undisputed | n/a | $5,843.11 | Legal Fees Owed |
| 14. Pennsylvania UC Tax Services Suite 1113, Labor & Industry Building 651 Boas Street Harrisburg, PA 17121 | Undisputed | n/a | $103,589 | Bene Market PA UC, AR personal responsible |
| 15. Pennsylvania Dept. of Revenue 11th Floor Strawberry Square Harrisburg, Pennsylvania | Undisputed | n/a | $43,009 | AR State Income Tax Balance for 2022 |
| 16. Berks County Tax Claim Bureau 633 Court St # 2B, Reading, PA 19601 | Undisputed | n/a | $64,357.98 | Property Tax Lien for 2005 Regency Drive, Reading PA, Proof of claim filed w/BK Court 9/5/24 |
| 17. Bochetto Lentz 1524 Locust Street, Philadelphia, PA 19102 | Undisputed | n/a | $41,333.46 | Legal Fees for Defense of Alan Redmond against claims by CBSG |