**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ALAN CHRISTOPHER REDMOND | Bankruptcy No. 24-13093-PMM |
| | Involuntary Chapter 11 |

## ORDER

AND NOW, this _____ day of September, 2024, upon the Petitioners' Motin for Protective Relief, it is ORDERED that the same is GRANTED as follows:

(1)      The subpoenas to produce documents propounded on Jason Scott Jordan, Cornerstone Law Firm, LLC, and Ethan Shalter are to be limited by the exclusion of matter covered by the attorney-client and attorney work product doctrine; Petitioners are to produce all nonprivileged matter.

(2)      The subpoenas to attend and testify as to Jason Scott Jordan and Cornerstone Law Firm, LLC are QUASHED.

(3)      The notices of deposition propounded on Jason Scott Jordan, Cornerstone Law Firm, LLC, and Ethan Shalter are QUASHED.

BY THE COURT:

By:      _____
Hon. Patricia M. Mayer
U.S. Bankruptcy Judge

1