**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| **Alan Christopher Redmond,** | : | |
| Debtor. | : | **Case No. 24-13093 (PMM)** |

## ORDER

**AND NOW**, upon consideration of the Petitioning Creditors' Motion for Preliminary Injunction or Temporary Restraining Order (doc. #10, the "Motion");

AND an Order granting the Motion, in part, having been entered on September 10, 2024 (doc. #15, the "TRO");

AND a hearing with regard to the Motion to Dismiss (doc. #20) having been held on September 18, 2024;

AND for the reasons stated at the hearing, and upon consent of the Petitioning Creditors and Putative Debtor, it is hereby **ordered** that the TRO is **dissolved**.

Dated: 9/19/24

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge