**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| **Alan Christopher Redmond,** | : | |
| Debtor. | : | **Case No. 24-13093 (PMM)** |

**AMENDED ORDER TO CORRECT SERVICE REQUIREMENT IN PARAGRAPH 3**

**AND NOW**, upon consideration of the putative Debtor's Motion to Dismiss (doc. #20, the "Motion to Dismiss");

AND a hearing with regard to the Motion to Dismiss having been held on September 18, 2024;

AND for the reasons stated at the hearing it is hereby **ordered** that:

1) The Motion to Dismiss with regard to the numerosity requirements of 11 U.S.C. §303(b) is **denied**;

2) The Putative Debtor must file all schedules pursuant to Bankruptcy Rule 1007 on or before **September 27, 2024**;

3) The Putative Debtor must serve notice of the filing on all creditors listed in docket entry number 48 on or before **September 20, 2024** and shall file a certification of service on or before **September 23, 2024**;

4) Discovery shall be completed on or before **September 30, 2024**;

5) A hearing with regard to both the Motion to Dismiss for Bad Faith and with regard to the question of whether an order for relief should be entered in this involuntary petition will be held on **Tuesday, October 1, 2024 at 10:00 a.m.** in the United States Bankruptcy Court, Gateway Building, Fourth Floor Courtroom, 201

Penn St., Reading, Pennsylvania, 19601.

Dated: 9/19/24

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge