**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : |
| | : **INVOLUNTARY CHAPTER 11** |
| **ALAN CHRISTOPHER REDMOND,** | : |
| | : |
| Debtor. | : **Bankruptcy No. 24-13093 (PMM)** |
| | : |

## CERTIFICATE OF SERVICE

I, Nicole M. Nigrelli, Esquire hereby caused on this 19th day of September, 2024 a true and correct copy of the *Notice of Involuntary Bankruptcy* filing via United States first class mail, upon the following:

**CIARDI CIARDI & ASTIN**

*/s/ Nicole M. Nigrelli*
Nicole M. Nigrelli, Esquire
1905 Spruce Street
Philadelphia, PA  19103
(215) 557-3550 phone
(215) 557-3551 fax
nnigrelli@ciardilaw.com
Counsel to Putative Debtor

**ALAN CHRISTOPHER REDMOND**
**INVOLUNTARY PETITION**
**24-13093 (PMM)**

**Petitioning creditors**

Jason Scott Jordan
10802 Northwest 56th Court
Coral Springs, Florida 33046

Cornerstone Law Firm
c/o Joel Ready
8500 Allentown Pike, Suite 3
Blandon, PA  19510

Ethan Shalter
1360 Philip Ave
Birdsboro, PA  19508

**creditors**

All Web Leads
7300 RM 2222
Bldg 2 Ste 100
Austin, TX 78730

American Workers Insurance Services, Inc.
(AWIS)
2305 Ridge Rd, Unit 205,
Rockwall, TX 75087

Berks County Tax Claim Bureau
633 Court St # 2B,
Reading, PA 19601

Bochetto Lentz
1524 Locust Street,
Philadelphia, PA 19102

Cardflex. Inc.
2195 American Ave. #A,
Costa Mesa, CA 92627

Complete Business Solutions Group, Inc.
d/b/a PAR Funding
141 N. 2nd Street
Philadelphia, PA 19106

Duane Morris LLP
30 S. 17th Street
Philadelphia, PA 19103

Internal Revenue Service
600 Arch Street
Philadelphia, PA

Producer Advance, LLC
1625 S Congress Avenue | Suite 200B |
Delray Beach, FL 33445

Pennsylvania Dept. of Revenue
Strawberry Square, 11th Floor
Harrisburg, Pennsylvania

Pennsylvania UC Tax Services
Labor & Industry Building
651 Boas Street, Suite 1113
Harrisburg, PA 17121

Rush Law Group, LLC
38 N. 6th Street,
Reading, PA 19601

Santander Bank
601 Penn St, #1050
Reading, PA 19601

U.S. Department of Labor
1835 Market Street
Mailstop SOL/22
Philadelphia, PA 19103-2968

WBL SPO II LLC
150 Clearbrook Road, Suite 125,
Elmsford, NY 10523