**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ALAN CHRISTOPHER REDMOND | Bankruptcy No. 24-13093-PMM |
| | Involuntary Chapter 11 |

## CERTIFICATE OF SERVICE TO CREDITORS AND INTERESTED PERSONS

On September 20, 2024, I served the within Notice on Creditors and Interested Persons by delivery to the U.S. Postal Service to be placed in the mails, as follows:

**Creditor**

1 Complete Business Solutions Group, Inc. c/o John Kettering, Esquire
141 N. 2nd Street
Philadelphia, PA 19106

2 WBL SPO II LLC
150 Clearbrook Road
Suite 125, Elmsford, NY 10523

AND Jessica Gulash, Esquire
450 N. Narberth Ave., Suite 200
Narberth, PA 19072

3 U.S. Department of Labor
1835 Market St., Mailstop SOL/22
Philadelphia, PA 19103-2968

4 Cardflex, Inc.
2195 American Ave. #A
Costa Mesa, CA 92627

5 Internal Revenue Service
600 Arch Street
Philadelphia, PA 19106

6 Producer Advance, LLC
1625 S. Congress Ave., Suite 200B
Delray Beach, FL 33445

7 American Workers Insurance Services, Inc.

1

2305 Ridge Rd., Unit 205
Rockwall, TX 75087

8 All Web Leads
7300 RM 2222
Bldg. 2, Suite 100
Austin, TX 78730

9 Santander Bank
3420 N. 5th Street Highway
Laureldale, PA 19605

10 Duane Morris, LLP
30 S. 17th Street
Philadelphia, PA 19103

11 Rush Law Group, LLC
38 N. 6th Street
Reading, PA 19601

12 Pennsylvania UC Tax Services
Suite 1113, Labor & Industry Building
651 Boas Street
Harrisburg, PA 17121

13 Pennsylvania Dep't of Revenue
11th Floor,
1131 Strawberry Square
Harrisburg, PA 17128

14 Berks County Tax Claim Bureau
633 Court Street #2B
Reading, PA 19601

15 Bochetto & Lentz, P.C.
1524 Locust Street
Philadelphia, PA 19102

I declare under penalty of perjury under the laws of the United States that the foregoing information is true and correct.

By: _Kandy Kistler_

Kandy Kistler, Office Assistant

2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ALAN CHRISTOPHER REDMOND | Bankruptcy No. 24-13093-PMM |
| | Involuntary Chapter 11 |

## NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

NOTICE IS GIVEN that certain petitioning creditors filed an involuntary Chapter 11 petition against Alan Christopher Redmond in the U.S. Bankruptcy Court for the Eastern District of Pennsylvania at Case No. 24-13093. A copy of such Petition is attached as Exhibit 1. A hearing to determine a motion to dismiss and whether an order for relief should issue is scheduled to be held on Tuesday, October 1, 2024, at 10:00 a.m., in the United States Bankruptcy Court, Gateway Building, Fourth Floor Courtroom, 201 Penn St., Reading, Pennsylvania 19601.

Respectfully submitted,

**CORNERSTONE LAW FIRM, LLC**

Dated: September 19, 2024        By:    /s/ Joel A. Ready
Joel A. Ready, Esquire
PA Attorney I.D. # 321966
8500 Allentown Pike, Suite 3
Blandon, PA 19510
(610) 926-7875

1

# Exhibit 1

# Exhibit 1

Fill in this information to identify the case:

United States Bankruptcy Court for the:

Eastern District of Pennsylvania

Case number (if known): __24-13093__ Chapter __11__

☐ Check if this is an
amended filing

## Official Form 105

# Involuntary Petition Against an Individual

12/15

Use this form to begin a bankruptcy case against an individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against a Non-individual* (Official Form 205). Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write name and case number (if known).

| Part 1: | Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed |
| --- | --- |

**1. Chapter of the Bankruptcy Code**

*Check one:*

☐ Chapter 7
☑ Chapter 11

| Part 2: | Identify the Debtor |
| --- | --- |

**2. Debtor's full name**

Alan
First name

Christopher
Middle name

Redmond
Last name

_____
Suffix (Sr., Jr., II, III)

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed, married, maiden, or trade names, or *doing business as* names.

_____
_____
_____

**4. Only the last 4 digits of debtor's Social Security Number or federal Individual Taxpayer Identification Number (ITIN)**

☐ Unknown

XXX – XX – _5_ _0_ _9_ _2_      OR      **9** XX – XX – ___ ___ ___

**5. Any Employer Identification Numbers (EINs) used in the last 8 years**

☑ Unknown

EIN ___ – ___ ___ ___ ___ ___ ___

EIN ___ – ___ ___ ___ ___ ___ ___

Debtor    Alan Christopher Redmond

Case number *(if known)*_____

**6. Debtor's address**

**Principal residence**

**Mailing address, if different from residence**

| 2005 | Regency Drive | | | |
|---|---|---|---|---|
| Number | Street | | | |

| | |
|---|---|
| Number | Street |

| Wyomissing | | PA | 19610 |
|---|---|---|---|
| City | | State | ZIP Code |

| | | | |
|---|---|---|---|
| City | | State | ZIP Code |

Berks
County

**Principal place of business**

Number    Street

City    State    ZIP Code

County

**7. Type of business**

☐ Debtor does not operate a business

*Check one if the debtor operates a business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☑ None of the above

**8. Type of debt**

**Each petitioner believes:**

☐ **Debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ **Debts are primarily business debts.** *Business debts* are debts that were incurred to obtain money for a business or investment or through the operation of the business or investment.

**9. Do you know of any bankruptcy cases pending by or against any partner, spouse, or affiliate of this debtor?**

☐ No

☑ Yes. Debtor National Brokers of America, Inc.    Relationship Shareholder/Owner

District Eastern District    Date filed 09/03/2019    Case number, if known 19-15488
MM / DD / YYYY

Debtor _____    Relationship _____

District _____ Date filed _____ Case number, if known_____
MM / DD / YYYY

Official Form 105    Involuntary Petition Against an Individual    page **2**

Debtor    Alan Christopher Redmond _____    Case number (if known)_____

| Part 3: | Report About the Case |

**10. Venue**

Reason for filing in this court.

*Check one:*

☑ Over the last 180 days before the filing of this bankruptcy, the debtor has resided, had the principal place of business, or had principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

☐ Other reason. Explain. (See 28 U.S.C. § 1408.) _____

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☑ The debtor is generally not paying such debtor's debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☑ No

☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Jason Scott Jordan | Judgment for Unpaid Wages & Attorneys Fees | $ 13,105,197.2( |
| Cornerstone Law Firm LLC | Judgement for Attorney Fees | $ 10,484.50 |
| Ethan Shalter | Breach of Contract | $ 1,036.08 |
| | Total | $ 13,116,717.7( |

If more than 3 petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's (or representative's) signature under the statement, along with the signature of the petitioner's attorney, and the information on the petitioning creditor, the petitioner's claim, the petitioner's representative, and the attorney following the format on this form.

Debtor    **Alan Christopher Redmond**    Case number *(if known)* _____

| Part 4: | Request for Relief |

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

**Petitioners or Petitioners' Representative**

✗ _Joel A. Ready_
Joel A. Ready (Aug 15, 2024 09:54 EDT)
Signature of petitioner or representative, including representative's title

**Cornerstone Law Firm, LLC**
Printed name of petitioner

Date signed    **08/15/2024**
MM  /  DD  / YYYY

**Mailing address of petitioner**

8500 Allentown Pike, Suite 3
Number    Street

Blandon                PA        19510
City                          State              ZIP Code

**If petitioner is an individual and is not represented by an attorney:**

Contact phone    _____

Email    _____

**Name and mailing address of petitioner's representative, if any**

Joel Ready, Esquire
Name

8500 Allentown Pike, Suite 3
Number    Street

Blandon                PA        19510
City                          State              ZIP Code

**Attorneys**

✗ _Joel A. Ready_
Joel A. Ready (Aug 15, 2024 09:54 EDT)
Signature of attorney

**Joel A. Ready, Esquire**
Printed name

**Cornerstone Law Firm, LLC**
Firm name, if any

8500 Allentown Pike, Suite 3
Number    Street

Blandon                PA        19510
City                          State              ZIP Code

Date signed    **08/15/2024**
MM  / DD  / YYYY

Contact phone (610) 926-7875    Email joel@cornerstonelaw.us

Debtor    Alan Christopher Redmond                                    Case number *(if known)*_____

**✗** *Jason Jordan*                                                  **✗** *Joel A. Ready*
Jason Jordan (Aug 15, 2024 09:35 EDT)                                Joel A. Ready (Aug 15, 2024 09:54 EDT)
Signature of petitioner or representative, including representative's title    Signature of Attorney

Jason Scott Jordan                                                   Joel A. Ready, Esquire
Printed name of petitioner                                           Printed name

Date signed    08/15/2024                                            Cornerstone Law Firm, LLC
               MM / DD / YYYY                                        Firm name, if any

                                                                     8500 Allentown Pike, Suite 3
                                                                     Number    Street

Mailing address of petitioner                                        Blandon                    PA        19510
                                                                     City                       State     ZIP Code
10802 Northwest 56th Ct.
Number    Street                                                     Date signed    08/15/2024
                                                                                    MM / DD / YYYY
Coral Springs              FL        33046
City                       State     ZIP Code                        Contact phone (610) 926-7875    Email joel@cornerstonelaw.us


Name and mailing address of petitioner's representative, if any


Name


Number    Street


City          State ZIP Code




**✗** ~~_____~~                                                      **✗** *Joel A. Ready*
Ethan Shalter (Aug 15, 2024 09:... EDT)                              Joel A. Ready (Aug 15, 2024 09:54 EDT)
Signature of petitioner or representative, including representative's title    Signature of Attorney

Ethan Shalter                                                        Joel A. Ready, Esquire
Printed name of petitioner                                           Printed name

Date signed    08/15/2024                                            Cornerstone Law Firm, LLC
               MM / DD / YYYY                                        Firm name, if any

                                                                     8500 Allentown Pike, Suite 3
                                                                     Number    Street

Mailing address of petitioner                                        Blandon                    PA        19510
                                                                     City                       State     ZIP Code
1360 Philip Ave.
Number    Street                                                     Date signed    08/15/2024
                                                                                    MM / DD / YYYY
Birdsboro                  PA        19508
City                       State     ZIP Code                        Contact phone (610) 926-7875    Email joel@cornerstonelaw.us


Name and mailing address of petitioner's representative, if any


Name


Number    Street


City                       State        ZIP Code

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ALAN CHRISTOPHER REDMOND | Bankruptcy No. |
| | Chapter 11. Involuntary Petition |

**INFORMATION IN SUPPORT OF OFFICIAL FORM 105
INVOLUNTARY PETITION AGAINST INDIVIDUAL**

NOW COMES Jason Scott Jordan, Cornerstone Law Firm, LLC., and Ethan Shulter (hereinafter "Creditors"), by and through Cornerstone Law Firm hereby files this Information in support of Official Form 105 Involuntary Petition Against Individual and offers the following:

1. Alan Christopher Redmond is an individual person who resides in 1198 Reading Blvd., Wyomissing, PA 19610 and is the subject of this Involuntary Petition as the Debtor.

2. Jason Scott Jordan resides in 10802 Northwest 56th Ct., Coral Springs, FL 33046 and is a holder of a claim against Debtor in the amount of $13,105,197.20 that is not contingent as to liability or the subject of a bona fide dispute under 11 U.S.C § 303(b)(1). *See Exhibit 1.*

3. Cornerstone Law Firm, LLC. is a business entity with its principal place of business in 8500 Allentown Pike #3, Blandon, PA 19510 and is a holder of a claim against Alan C. Redmond in the amount of $10,484.50 that is not contingent as to liability or the subject of a bona fide dispute under 11 U.S.C § 303(b)(1). *See Exhibit 2.*

4. Ethan Shalter resides in 1360 Philip Ave., Birdsboro, PA 19508 and is a holder of a claim against Alan C. Redmond in the amount of $1,036.00 that is not contingent as to liability or the subject of a bona fide dispute 11 U.S.C § 303(b)(1). *See Exhibit 3.*

5. Creditors in the aggregate hold claims against the Debtor in the amount over $18,600.00 meeting the requirements of 11 U.S.C § 303(b)(1).

6. Petitioners believe, and aver, that Debtor has fewer than 12 holders of a claim, excluding any employee or insider of the Debtor, as defined by 11 U.S.C. § 303(b)(1).

7. Creditors request this honorable court to oust the Debtor from possession of his assets and to immediately appoint an Interim Trustee for cause, including fraud, dishonesty, incompetence, or gross mismanagement of the Debtor by current management in the best interest of the creditors and for the preservation of assets to prevent loss of estate property as further set forth in the motion for emergent relief. See 11 U.S.C § 303(f); 11 U.S.C § 1104(a)(1).

8. In addition, the Creditors request this honorable court under its injunctive powers to limit the Debtor's right to continue to operate any business, and to use, acquire, or dispose of property as further set forth in the motion for emergent relief. See 11 U.S.C § 105; 11 U.S.C § 303(f).

9. Upon order for relief, Creditors request this honorable court to designate a responsible party to file Schedules on behalf of the Debtor to prevent the dissipation of assets by fraud, dishonesty, incompetence or gross mismanagement of the Debtor and to ensure compliance under the contempt procedures of the Bankruptcy Court. See Fed. R. Bankr. P. 9001(5); Fed. R. Bankr. P. 9020.

10. Upon service of process to the Debtor, Creditors request this honorable court to schedule a hearing and disposition of the Involuntary Petition at the earliest practicable time. See Fed. R. Bankr. P. 1013.

WHEREFORE, based on the foregoing, the Court should prospectively grant the Creditor's request and other relief as the Court deems necessary, just, or appropriate.

Respectfully submitted,

**CORNERSTONE LAW FIRM, LLC**

By: _Joel A. Ready_

Joel A. Ready, Esquire
PA Attorney I.D. # 321966
8500 Allentown Pike, Suite 3
Blandon, PA 19510
(610) 926-7875