United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Alan Christopher Redmond

    Debtor

Case No. 24-13093-pmm

Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 19, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Alan Christopher Redmond, 2005 Regency Drive, Wyomissing, PA 19610-2712 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2024        Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Anthony Ciardi, III | on behalf of Debtor Alan Christopher Redmond aciardi@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| DANIEL S. SIEDMAN | on behalf of Debtor Alan Christopher Redmond dsiedman@ciardilaw.com  dtorres@ciardilaw.com;sfrizlen@ciardilaw.com |
| DAVID P. HEIM | on behalf of Debtor Alan Christopher Redmond dheim@bochettoandlentz.com  mtrout@bochettoandlentz.com |
| JESSICA M. GULASH | on behalf of Creditor WBL SPO II  LLC jgulash@lbmlaw.com |
| JESSICA M. GULASH | on behalf of Creditor WBL SPO I  LLC jgulash@lbmlaw.com |

District/off: 0313-4                                         User: admin                                              Page 2 of 2

Date Rcvd: Sep 19, 2024                                Form ID: pdf900                                        Total Noticed: 1

JESSICA M. GULASH

          on behalf of Creditor World Business Lenders  LLC jgulash@lbmlaw.com

JOEL A. READY

          on behalf of Petitioning Creditor Ethan Shalter joel@cornerstonelaw.us

JOEL A. READY

          on behalf of Petitioning Creditor Cornerstone Law Firm  LLC joel@cornerstonelaw.us

JOEL A. READY

          on behalf of Petitioning Creditor Jason Scott Jordan joel@cornerstonelaw.us

NICOLE MARIE NIGRELLI

          on behalf of Debtor Alan Christopher Redmond nnigrelli@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

United States Trustee

          USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 11

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **Alan Christopher Redmond,** | : | |
| **Debtor.** | : | **Case No. 24-13093 (PMM)** |

**ORDER**

    **AND NOW**, upon consideration of the Motion to Quash (doc. #35);

    AND a hearing with regard to the Putative Debtor's Motion to Dismiss (doc. #20) having

been held on September 18, 2024;

    AND for the reasons stated at the hearing, it is hereby **ordered** that the Motion to Quash

is **denied**.

Dated: 9/19/24

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge