United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                            Case No. 24-13093-pmm

Alan Christopher Redmond                                                           Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 19, 2024 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Alan Christopher Redmond, 2005 Regency Drive, Wyomissing, PA 19610-2712 |
| ptcrd | + | Cornerstone Law Firm, LLC, 8500 Allentown Pike, Ste 3, Blandon, PA 19510-9101 |
| ptcrd | + | Ethan Shalter, 1360 Philip Ave, Birdsboro, PA 19508-8860 |
| ptcrd | + | Jason Scott Jordan, 10802 Northwest 56th Ct, Coral Springs, FL 33076-3103 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2024        Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Anthony Ciardi, III | on behalf of Debtor Alan Christopher Redmond aciardi@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| DANIEL S. SIEDMAN | on behalf of Debtor Alan Christopher Redmond dsiedman@ciardilaw.com  dtorres@ciardilaw.com;sfrizlen@ciardilaw.com |
| DAVID P. HEIM | on behalf of Debtor Alan Christopher Redmond dheim@bochettoandlentz.com  mtrout@bochettoandlentz.com |
| JESSICA M. GULASH | |

District/off: 0313-4                            User: admin                                    Page 2 of 2
Date Rcvd: Sep 19, 2024                         Form ID: pdf900                                 Total Noticed: 4

                                   on behalf of Creditor WBL SPO II  LLC jgulash@lbmlaw.com

JESSICA M. GULASH

                                   on behalf of Creditor WBL SPO I  LLC jgulash@lbmlaw.com

JESSICA M. GULASH

                                   on behalf of Creditor World Business Lenders  LLC jgulash@lbmlaw.com

JOEL A. READY

                                   on behalf of Petitioning Creditor Jason Scott Jordan joel@cornerstonelaw.us

JOEL A. READY

                                   on behalf of Petitioning Creditor Ethan Shalter joel@cornerstonelaw.us

JOEL A. READY

                                   on behalf of Petitioning Creditor Cornerstone Law Firm  LLC joel@cornerstonelaw.us

NICOLE MARIE NIGRELLI

                                   on behalf of Debtor Alan Christopher Redmond nnigrelli@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

United States Trustee

                                   USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 11

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                  :        **Chapter 11**

**Alan Christopher Redmond,**                          :

               **Debtor.**                             :        **Case No. 24-13093 (PMM)**

_____

<u>**AMENDED ORDER TO CORRECT SERVICE REQUIREMENT IN PARAGRAPH 3**</u>

**AND NOW**, upon consideration of the putative Debtor's Motion to Dismiss (doc. #20, the "Motion to Dismiss");

AND a hearing with regard to the Motion to Dismiss having been held on September 18, 2024;

AND for the reasons stated at the hearing it is hereby **ordered** that:

1)   The Motion to Dismiss with regard to the numerosity requirements of 11 U.S.C. §303(b) is **denied**;

2)   The Putative Debtor must file all schedules pursuant to Bankruptcy Rule 1007 on or before **September 27, 2024**;

3)   The Putative Debtor must serve notice of the filing on all creditors listed in docket entry number 48 on or before **September 20, 2024** and shall file a certification of service on or before **September 23, 2024**;

4)   Discovery shall be completed on or before **September 30, 2024**;

5)   A hearing with regard to both the Motion to Dismiss for Bad Faith and with regard to the question of whether an order for relief should be entered in this involuntary petition will be held on **Tuesday, October 1, 2024 at 10:00 a.m.** in the United States Bankruptcy Court, Gateway Building, Fourth Floor Courtroom, 201

Penn St., Reading, Pennsylvania, 19601.

Dated: 9/19/24

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge