**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **Alan Christopher Redmond,** | : | |
| Debtor. | : | **Case No. 24-13093 (PMM)** |

## ORDER

**AND NOW**, upon consideration of the Motion to Quash filed by Cornerstone Law Firm, LLC, Jason Scott Jordan, and Ethan Shalter (doc. #50);

AND a hearing with regard to the Putative Debtor's Motion to Dismiss (doc. #20) having been held on September 18, 2024;

AND for the reasons stated at the hearing, it is hereby **ordered** that the Motion to Quash is **denied**.

Dated: 9/23/24

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge