# Exhibit A

# Exhibit A

## William Mulgrew

| | |
|---|---|
| **From:** | Joel A. Ready, Esq. |
| **Sent:** | Monday, September 23, 2024 1:38 PM |
| **To:** | Albert A. Ciardi III; Nicole Nigrelli |
| **Cc:** | Dorene Torres; Daniel Siedman; David Heim; William Mulgrew; Benjamin J. Lewis, Esq. |
| **Subject:** | RE: Alan Christopher Redmond - deposition notices/ Motion to Dismiss |

You're being intentionally evasive. Do you represent the entities or individuals named below? You have not answered that question.

If you are unwilling to turn over the original to us, I ask that you immediately turn over the digital scan/photo from Ms. Hatmaker's phone. That should be in your possession already since you attached it to your petition. I want that scan/photo original with all metadata.

Joel Ready

**From:** Albert A. Ciardi III <Aciardi@ciardilaw.com>
**Sent:** Monday, September 23, 2024 1:06 PM
**To:** Joel A. Ready, Esq. <joel@cornerstonelaw.us>; Nicole Nigrelli <nnigrelli@ciardilaw.com>
**Cc:** Dorene Torres <dtorres@ciardilaw.com>; Daniel Siedman <dSiedman@ciardilaw.com>; David Heim <dheim@bochettoandlentz.com>; William Mulgrew <william@cornerstonelaw.us>; Benjamin J. Lewis, Esq. <Benjamin@cornerstonelaw.us>
**Subject:** RE: Alan Christopher Redmond - deposition notices/ Motion to Dismiss

I have already clarified twice who we represent. We will also not turn over the original to your possession. We can make it available at my office or at Court.

**From:** Joel A. Ready, Esq. <joel@cornerstonelaw.us>
**Sent:** Monday, September 23, 2024 1:04 PM
**To:** Albert A. Ciardi III <Aciardi@ciardilaw.com>; Nicole Nigrelli <nnigrelli@ciardilaw.com>
**Cc:** Dorene Torres <dtorres@ciardilaw.com>; Daniel Siedman <dSiedman@ciardilaw.com>; David Heim <dheim@bochettoandlentz.com>; William Mulgrew <william@cornerstonelaw.us>; Benjamin J. Lewis, Esq. <Benjamin@cornerstonelaw.us>
**Subject:** RE: Alan Christopher Redmond - deposition notices/ Motion to Dismiss

Mr. Ciardi,

I can confirm we will supplement, if necessary, what we've already provided by close of business tomorrow. We'll also issue revised discovery today per my agreement with Ms. Nigrelli. However, please prioritize providing the original (or first generation copy if no original is found) of the document Mr. Shalter is alleged to have signed at his "exit interview" at your earliest convenience. It can be brought to my office and we'll sign for it being in our possession. I also need a thumb drive with the photo/scan taken by Ms. Hatmaker. If you can provide those by close of business tomorrow as well, that would be appreciated.

Again, we're willing to accommodate your deposition requests by either zoom or in person here in Blandon.

1

Finally, as previously requested, kindly clarify whether you or your office currently represent any of the following persons: Shannon Kroemmelbein, Stephanie Miller, ARC Realty, LLC, Seguro Medico, LLC, Benefits Now, LLC, Bene Market, LLC, National Brokers of America, Inc., Alan Redmond Charitable Foundation, The Redmond Group, LLC, The Leads House, Redmond Marketing, LLC, Redmond Group Investments, LLC, QuickHealth Care, Jesus Barrios, Arthur W. Walsh, Jr., Tonya Hatmaker, Norman M. Valz, and any legal person associated with any of the foregoing persons.

Joel Ready

**From:** Albert A. Ciardi III <Aciardi@ciardilaw.com>
**Sent:** Monday, September 23, 2024 9:21 AM
**To:** Joel A. Ready, Esq. <joel@cornerstonelaw.us>; Nicole Nigrelli <nnigrelli@ciardilaw.com>; Benjamin J. Lewis, Esq. <Benjamin@cornerstonelaw.us>
**Cc:** Dorene Torres <dtorres@ciardilaw.com>; Daniel Siedman <dSiedman@ciardilaw.com>; David Heim <dheim@bochettoandlentz.com>
**Subject:** RE: Alan Christopher Redmond - deposition notices/ Motion to Dismiss

Mr. Ready

That's not how depositions work. Before we address that issue with the Court, please confirm that we are receiving all responsive documents to all our document requests by tomorrow. Given the breadth of the allegations in the TRO and Involuntary Petition, I am sure there are a substantial amount of documents and we will want ample time to review.

Mr. Stalter's transportation issues are not mine. He needs to appear where the notice indicates.


Albert A Ciardi III
1905 Spruce Street
Philadelphia PA 19103
215-599 2018 (o)


**From:** Joel A. Ready, Esq. <joel@cornerstonelaw.us>
**Sent:** Monday, September 23, 2024 8:31 AM
**To:** Albert A. Ciardi III <Aciardi@ciardilaw.com>; Nicole Nigrelli <nnigrelli@ciardilaw.com>; Benjamin J. Lewis, Esq. <Benjamin@cornerstonelaw.us>
**Cc:** Dorene Torres <dtorres@ciardilaw.com>; Daniel Siedman <dSiedman@ciardilaw.com>; David Heim <dheim@bochettoandlentz.com>
**Subject:** RE: Alan Christopher Redmond - deposition notices/ Motion to Dismiss


Mr. Ciardi,

If you wish to do in person, you're welcome at my Blandon office on Thursday. I can't make it into Philadelphia and back on the schedule I have, but I could do it here. In addition, Mr. Shalter is without transportation, so it will have to be local for him.

Joel Ready

2

**From:** Albert A. Ciardi III <Aciardi@ciardilaw.com>
**Sent:** Saturday, September 21, 2024 2:44 PM
**To:** Joel A. Ready, Esq. <joel@cornerstonelaw.us>; Nicole Nigrelli <nnigrelli@ciardilaw.com>; Benjamin J. Lewis, Esq. <Benjamin@cornerstonelaw.us>
**Cc:** Dorene Torres <dtorres@ciardilaw.com>; Daniel Siedman <dSiedman@ciardilaw.com>; David Heim <dheim@bochettoandlentz.com>
**Subject:** RE: Alan Christopher Redmond - deposition notices/ Motion to Dismiss

Mr. Ready

We would prefer in person so let us know if Friday would work for that.  Please confirm we will have all of the responsive documents y Tuesday.


Albert A Ciardi III
1905 Spruce Street
Philadelphia PA 19103
215-599 2018 (o)



**From:** Joel A. Ready, Esq. <joel@cornerstonelaw.us>
**Sent:** Friday, September 20, 2024 4:21 PM
**To:** Nicole Nigrelli <nnigrelli@ciardilaw.com>; Benjamin J. Lewis, Esq. <Benjamin@cornerstonelaw.us>
**Cc:** Albert A. Ciardi III <Aciardi@ciardilaw.com>; Dorene Torres <dtorres@ciardilaw.com>; Daniel Siedman <dSiedman@ciardilaw.com>
**Subject:** Re: Alan Christopher Redmond - deposition notices/ Motion to Dismiss


Nicole,

I'll be back in on Monday. I can't do travel to and from Philadelphia on Thursday with my schedule, but I could do these all by zoom. Please advise on whether you would agree to that.

Joel Ready

Get Outlook for iOS

**From:** Nicole Nigrelli <nnigrelli@ciardilaw.com>
**Sent:** Friday, September 20, 2024 2:00:33 PM
**To:** Joel A. Ready, Esq. <joel@cornerstonelaw.us>; Benjamin J. Lewis, Esq. <Benjamin@cornerstonelaw.us>
**Cc:** Albert A. Ciardi III <Aciardi@ciardilaw.com>; Dorene Torres <dtorres@ciardilaw.com>; Daniel Siedman <dSiedman@ciardilaw.com>
**Subject:** Alan Christopher Redmond - deposition notices/ Motion to Dismiss

Hi Joel-
Please see attached notices of deposition regarding our Motion to Dismiss scheduled for hearing on October 1, 2024.  Please note that I have agreed to take Mr. Jordan's testimony via zoom; all other deponents are required to

come to my office, 1905 Spruce Street, Philadelphia PA on Thursday September 26th.   Please confirm that you will provide the documents requested by Tuesday **September 24, 2024 at noon**.

Thanks,
Nicole

# Exhibit B

Exhibit B

## William Mulgrew

| | |
|---|---|
| **From:** | Albert A. Ciardi III <Aciardi@ciardilaw.com> |
| **Sent:** | Monday, September 16, 2024 1:54 PM |
| **To:** | William Mulgrew; Nicole Nigrelli; Joel A. Ready, Esq.; Daniel Siedman |
| **Subject:** | RE: In re Alan Christopher Redmond - Case No. 24-13093 (pmm) |

Mr. Mulgrew

It should be pretty clear that we represent the Putative Debtor.

Albert A Ciardi III
1905 Spruce Street
Philadelphia PA 19103
215-599 2018 (o)

**From:** William Mulgrew <william@cornerstonelaw.us>
**Sent:** Monday, September 16, 2024 1:12 PM
**To:** Nicole Nigrelli <nnigrelli@ciardilaw.com>; Joel A. Ready, Esq. <joel@cornerstonelaw.us>; Daniel Siedman
<dSiedman@ciardilaw.com>
**Cc:** Albert A. Ciardi III <Aciardi@ciardilaw.com>
**Subject:** RE: In re Alan Christopher Redmond - Case No. 24-13093 (pmm)

> You don't often get email from william@cornerstonelaw.us. Learn why this is important

Dear Counsel for Alan Christopher Redmond,

Attached, kindly receive three subpoenas directed to Mr. Redmond relative to the Emergency Hearing on
September 18th, and note the documents requested to be produced.

On behalf of Attorney Ready for the Petitioning Creditors, kindly clarify whether you represent any of the following
persons: Shannon Kroemmelbein, Stephanie Miller, ARC Realty, LLC, Seguro Medico, LLC, Benefits Now, LLC,
Bene Market, LLC, National Brokers of America, Inc., Alan Redmond Charitable Foundation, The Redmond Group,
LLC, The Leads House, Redmond Marketing, LLC, Redmond Group Investments, LLC, QuickHealth Care, Jesus
Barrios, Arthur W. Walsh, Jr., Tonya Hatmaker, Norman M. Valz, and any legal person associated with any of the
foregoing persons.

Very truly yours,

William Mulgrew
Legal Assistant



CORNERSTONE
LAW FIRM
8500 Allentown Pike, Suite 3

1