IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : INVOLUNTARY CHAPTER 11 |
| ALAN CHRISTOPHER REDMOND, | : |
| | : |
| Putative Debtor. | : Bankruptcy No. 24-13093 (PMM) |
| | : |

**REPLY TO PETITIONING CREDITORS' RESPONSE TO EXPEDITED
APPLICATION OF ALAN CHRISTOPHER REDMOND TO RETAIN
CIARDI CIARDI & ASTIN AS COUNSEL**

Ciardi Ciardi & Astin hereby replies to the Response filed by Jason Scott Jordan,

Cornerstone Law, LLC and Ethan Shalter (the "Petitioning Creditors") to the Application to

Employ Ciardi Ciardi & Astin as Counsel for the Debtor.  First off, it should be noted that the

Response of Petitioning Creditors is untimely and being filed for the pure purpose of harassment.

In further support, Ciardi Ciardi & Astin avers as follows:

1.      It is readily apparent that counsel to Petitioning Creditors either did not or cannot

read the Application to Employ Counsel.

2.      Ciardi Ciardi & Astin represents the Putative Debtor.  We have said it twice in an

email and we have said it in the Declaration.

3.      Counsel merely needs to read the words on the page and he will see we represent

the Putative Debtor.

4.      Ciardi Ciardi & Astin is under no obligation to make affirmative statements about

our representation or non-representation of any other person or party other than to say for the

third time:  We only represent the Putative Debtor.

5.      Ciardi Ciardi & Astin represents the Putative Debtor because the Petitioning

Creditors submitted a perjurious affidavit and made false oaths in the Involuntary Petition.

1

6.    To be abundantly clear and direct, the Putative Debtor will be seeking attorney fees and punitive damages for the bad faith filing and, when successful each of those Petitioning Creditors will reimburse the Putative Debtor for the hourly rates and time expended on this bad faith filing.

7.    Nothing raised as an objection warrants denial of the Application.  The proposed rates are the agreed rates with the client and commensurate with a case of this size.

8.    Ciardi Ciardi & Astin has no conflicts and represents only the Putative Debtor.

**WHEREFORE**, the Objection should be denied and sanctions awarded against Petitioning Creditors for this nonsensical and frivolous objection.

Dated:  September 24, 2024                     **CIARDI CIARDI & ASTIN**


                                             */s/ Albert A. Ciardi, III*
                                             Albert A. Ciardi, III, Esquire
                                             Nicole M. Nigrelli, Esquire
                                             1905 Spruce Street
                                             Philadelphia, PA  19103
                                             (215) 557-3550
                                             (215) 557-3551 fax
                                             aciardi@ciardilaw.com
                                             nnigrelli@ciardilaw.com