**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ALAN CHRISTOPHER REDMOND | Bankruptcy No. 24-13093-PMM |
| | Involuntary Chapter 11 |

**EXPEDITED SCHEDULING AND DISCOVERY ORDER**

AND NOW, this _____ day of September, 2024, upon the Petitioners' Expedited Motion for Sanctions for Fraud on the Court and for Related Relief, it is ORDERED as follows:

(1)     The Court will hear and determine such Motion at the hearing on October 1, 2024, at 10:00 a.m. and Debtor is directed to respond to the same at such hearing. Debtor is on notice that the Court may grant relief requested in such Motion as a result of such hearing.

(2)     The record does not establish a basis for overriding the Petitioners' attorney-client privilege or work product of their counsel, and Debtor and his counsel will refrain from harassing Petitioners by seeking to inquire into privileged matter or to call Petitioners' counsel as a witness.

(3)     Any depositions to be held before October 1, 2024 will be conducted by electronic means or at Cornerstone Law Firm, LLC's Blandon office, and Jason Scott Jordan is authorized to testify by electronic means if called by any party at the hearing on October 1, 2024.

(4)     Debtor is compelled to immediately produce to Petitioners' counsel, by electronic means, the original photocopy of the purported Separation Agreement and Release in lieu of the photograph or scan that Debtor offered at ECF No. 20-1, together with a thumb drive containing all related meta data.

(5)     Debtor is on notice that his failure to give full and complete answers to Petitioners' written discovery may result in sanctions being entered against him on October 1, 2024.

1

BY THE COURT:

By: _____

Hon. Patricia M. Mayer
U.S. Bankruptcy Judge