**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **Alan Christopher Redmond,** | : | |
| **Debtor.** | : | **Case No. 24-13093 (PMM)** |

## ORDER

**AND NOW**, upon consideration of the Motion for Sanctions (doc. #69, the "Motion");

AND a status conference with regard to, *inter alia*, the Motion having been held on

September 26, 2024;

AND for the reasons stated at the conference, it is hereby **ordered** that:

1) The Motion is not ripe for review; and, therefore

2) The Motion is **denied without prejudice.**

Dated: 9/26/24

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge