B2550 (Form 2550 – Subpoena to Appear and Testify at a Hearing or Trial in a Bankruptcy Case or Adversary Proceeding) (Page 2)

# PROOF OF SERVICE
## (This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)*: __SEGURO MEDICO, LLC_____
on *(date)* __09/20/2024__ .

[X] I served the subpoena by delivering a copy to the named person as follows: __SEGURO MEDICO, LLC_____
C/O THE CORPORATION TRUST COMPANY, AS AGENT, 1209 ORANGE ST., WILMINGTON, DE 19801; ACCEPTED BY: ROBIN
__HUTT-BANKS (MANAGING AGENT)_____ on *(date)* 09/20/2024 AT 2:45 PM__ ; or

[ ] I returned the subpoena unexecuted because: _____
_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the
witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____46.50_____ .

My fees are $ _____ for travel and $_____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true and correct.

Date: __09/20/2024_____

_____
*Server's signature*

__GILBERT DEL VALLE_____ PROCESS SERVER____
*Printed name and title*
BRANDYWINE PROCESS SERVERS, LTD.
PO BOX 1360, WILMINGTON, DE 19899
302-475-2600
*Server's address*

Additional information concerning attempted service, etc.:

SERVED SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)
WITH SCHEDULE A;



13761

**BRANDYWINE PROCESS SERVERS, LTD**
P.O. BOX 1360
WILMINGTON, DE 19899-1360
(302) 475-2600

Citizens
62-114/311

9/19/2024

$ ******46.50

PAY TO THE
ORDER OF   Seguro Medico, LLC,

Forty-Six and 50/100********************************************************

Seguro Medico, LLC,

DOLLARS

AUTHORIZED SIGNATURE

MEMO CORNERSTONE

⑈013761⑈ ⑆031101143⑆ 820390950 5⑈

B2550 (Form 2550 – Subpoena to Appear and Testify at a Hearing or Trial in a Bankruptcy Case or Adversary Proceeding) (12/15)

# UNITED STATES BANKRUPTCY COURT

Eastern                                    District of Pennsylvania

In re Alan Christopher Redmond
                Debtor

*(Complete if issued in an adversary proceeding)*

Case No. 24-13093

Chapter 11

_____
                Plaintiff
                v.
_____
                Defendant

Adv. Proc. No. _____

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

To: Seguro Medico, LLC, by and through most knowledgeable witness
                *(Name of person to whom the subpoena is directed)*

☑ **YOU ARE COMMANDED** to appear in the United States Bankruptcy Court at the time, date, and place set forth below to testify at a hearing or trial in this bankruptcy case (or adversary proceeding). When you arrive, you must remain at the court until the judge or a court official allows you to leave.

| PLACE Bankruptcy Court for the Eastern District of Pennsylvania (Reading) | COURTROOM Fourth Floor Courtroom |
|---|---|
| 201 Penn Street, Suite 103 Reading, PA 19601 | DATE AND TIME Tuesday, Oct. 1, 2024, at 10:00 A.M. |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

All documents in Schedule A

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 9/20/2024

CLERK OF COURT

_____                    OR     *Joel A. Ready*
*Signature of Clerk or Deputy Clerk*                    _____
                                                        *Attorney's signature*

The name, address, email address, and telephone number of the attorney representing *(name of party)*
Jason Scott Jordan _____ , who issues or requests this subpoena, are:

Joel A. Ready, Esq.; joel@cornerstonelaw.us; (610) 926-7875

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

p.  Any entity owned, in whole or in part, by any relative of Alan Christopher Redmond.

9.  All unexpired contracts between you and any of your managers.

**AND BE PREPARED TO TESTIFY ABOUT THE FOLLOWING SUBJECTS**:

(1)  All compensation paid to Alan Christopher Redmond and the manner of payment.

(2)  All transfers of assets, directly or indirectly, between you and Alan Christopher Redmond and between you and any business entity in which Alan Christopher Redmond has an ownership interest (of any kind), managerial authority, or control, or had formed a partnership with, or where owned or controlled by any relative of or person associated with Alan Christopher Redmond.

(3)  Your compliance with Pennsylvania's Insurance Department Act of 1921, Wage Payment and Collection Law, and Uniform Trade Practices Act and Consumer Protection Law.

**DEFINITIONS**:

"You" means the person to whom this subpoena is directed and any related person, including Benefits Now, LLC.

"Concerning" means relating to, supporting, referring to, describing, evidencing, regarding or constituting.

2

**SCHEDULE A**

**DOCUMENTS TO BE PRODUCED**:

1.  All documents evidencing payment, including the person who is the source of such payment, owed by you to Ethan Shalter.

2.  Any IRS Form W-2 you issued to Ethan Shalter.

3.  Any other documents bearing Ethan Shalter's signature in your possession or control.

4.  Proof of the most recent payment made by you to Ethan Shalter.

5.  Original copies, including metadata, of your document titled, "Separation and Release from Employment," purportedly signed by Ethan Shalter on August 6, 2024 and purportedly in the presence of Tonya Hatmaker and Arthur W. Walsh, Jr.

6.  Your operating agreement (or shareholders' agreement) and any evidence of your ownership interests.

7.  Since your formation, your federal income tax returns with all schedules showing payment of money to your owners.

8.  All contracts between you and each of the following persons, if any:

 a.  Alan Christopher Redmond.

 b.  Bene Market, LLC.

 c.  National Brokers of America, Inc.

 d.  ARC Realty, LLC.

 e.  Benefits Now, LLC.

 f.  Alan Redmond Charitable Foundation.

 g.  The Redmond Group, LLC.

 h.  Redmond Marketing, LLC.

 i.  Redmond Group Investments, LLC.

 j.  Arthur W. Walsh, Jr.

 k.  Jesus Barrios.

 l.  Shannon Kroemmelbein.

 m.  Any entity owned, in whole or in part, by Alan Christopher Redmond.

 n.  Any person acting on behalf of Alan Christopher Redmond.

 o.  Any entity owned, in whole or in part, by Shannon Kroemmelbein.

1

       p.  Any entity owned, in whole or in part, by any relative of Alan Christopher Redmond.

9.     All unexpired contracts between you and any of your managers.

**AND BE PREPARED TO TESTIFY ABOUT THE FOLLOWING SUBJECTS**:

(1)     All compensation paid to Alan Christopher Redmond and the manner of payment.

(2)     All transfers of assets, directly or indirectly, between you and Alan Christopher Redmond and between you and any business entity in which Alan Christopher Redmond has an ownership interest (of any kind), managerial authority, or control, or had formed a partnership with, or where owned or controlled by any relative of or person associated with Alan Christopher Redmond.

(3)     Your compliance with Pennsylvania's Insurance Department Act of 1921, Wage Payment and Collection Law, and Uniform Trade Practices Act and Consumer Protection Law.

**DEFINITIONS**:

"You" means the person to whom this subpoena is directed and any related person, including Benefits Now, LLC.

"Concerning" means relating to, supporting, referring to, describing, evidencing, regarding or constituting.

2