**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ALAN CHRISTOPHER REDMOND | Bankruptcy No. 24-13093-PMM |
| | Involuntary Chapter 11 |

**CERTIFICATE OF SERVICE OF DISCOVERY BY BENJAMIN J. LEWIS, ESQUIRE**

This certifies that, on September 17, 2024, I electronically served the within discovery on

counsel for Alan Christopher Redmond, for each of e-mail addresses as follows:

Nicole Nigrelli, Esquire:      nnigrelli@ciadilaw.com
Daniel Siedman, Esquire:      dsiedman@ciadilaw.com
Albert A. Ciardi, Esquire      aciardi@ciadilaw.com

Specifically, the following documents in PDF format were served:

| Date (YEAR/MO/DAY) | Document |
|---|---|
| 20240917 | Records Custodian Affidavit of Mike Fissel with attachments (28 pages) |
| 20240903 | UCC Financing Statement as to Arthur W. Walsh, Jr. (2 pages) |
| 20240903 | UCC Financing Statement as to Shannon Kroemmelbein (3 pages) |
| 20240903 | UCC Financing Statement as to Alan Redmond (4 pages) |

By: _____
Benjamin J. Lewis, Esquire

1

**William Mulgrew**

---

| | |
|---|---|
| **From:** | Benjamin J. Lewis, Esq. |
| **Sent:** | Tuesday, September 17, 2024 4:30 PM |
| **To:** | Nicole Nigrelli; Joel A. Ready, Esq.; Daniel Siedman |
| **Cc:** | William Mulgrew |
| **Subject:** | Redmond - Exhibit Exchange |
| **Attachments:** | 20240917 - Mike Fissel Records Custodian Affidavit.pdf; 20240903 - UCC Report (Arthur W. Walsh, Jr.).pdf; 20240903 - UCC Report (Shannon Kroemmelbein).pdf; 20240903 - UCC Report (Alan Redmond).pdf |

Dear counsel,

As per our exhibit exchange for Monday's hearing, and any degree that evidence may come in tomorrow, Petitioners make reliance on all exhibits that were submitted to the Court with the Emergency Motion for Special Relief at ECF No. 10-2, as previously made available to you and served on Debtor's attorney, Bochetto & Lentz, P.C. We make reliance on any State court proceeding where Mr. Redmond is a party. We make reliance on the attached records custodian affidavit from Mike Fissel for the Pennsylvania Department of Insurance. We make reliance on the following Uniform Commercial Code filings for Shannon Kroemmelbein, Alan Redmond, and Arthur W. Walsh, Jr., and any other, publicly-available UCC filings we may locate. We make reliance on all publicly-available articles of incorporation or similar organizational documents that are public record in any state filing office for business entities, including Alan Redmond Charitable Foundation with the Pennsylvania Department of State and Benefits Now, LLC with the Michigan Department of State. We make reliance on any additional evidence that may be found before such times, as our investigation is ongoing.

We do not have any exhibits pre-marked and are unable to have that done in advance of any hearing.

Best,
Ben

**Benjamin J. Lewis, Esq.**
*Licensed in PA*



## CORNERSTONE LAW FIRM

8500 Allentown Pike
Suite 3
Blandon, PA 19510
610-926-7875
CornerstoneLaw.us

1