**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ALAN CHRISTOPHER REDMOND | Bankruptcy No. 24-13093-PMM |
| | Involuntary Chapter 11 |

## <u>CERTIFICATE OF SERVICE OF EXPERT REPORT AND CURRICULUM VITAE</u>

This certifies that, on September 28, 2024, I electronically served the Final Report of Examination of Khody R. Detwiler (Sept. 28, 2024), together with all attachments to that report (total of 113 pages), and the Curriculum Vitae of Sandra Miller Raudabaugh on counsel for Alan Christopher Redmond, for each of e-mail addresses as follows:

Nicole Nigrelli, Esquire:     nnigrelli@ciadilaw.com
Daniel Siedman, Esquire:     dsiedman@ciadilaw.com
Albert A. Ciardi, Esquire     aciardi@ciadilaw.com

I declare under penalty of perjury under the laws of the United States that the foregoing information is true and correct.

By:    _____
William Mulgrew, III, Legal Assistant

1