B2550 (Form 2550 – Subpoena to Appear and Testify at a Hearing or Trial in a Bankruptcy Case or Adversary Proceeding) (Page 2)

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)*: __Norman M. Valz__
on *(date)* __09/24/2024__.

☑ I served the subpoena by delivering a copy to the named person as follows: __Norman M. Valz__

_____ on *(date)* __09/26/2024__ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____ .

My fees are $ _____ for travel and $_____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true and correct.

Date: __09/27/2024__

_____
*Server's signature*

Ron Brown, Process Server
_____
*Printed name and title*
112 Haddontowne Ct, Ste 304
Cherry Hill, NJ 08034
800-637-1805
_____
*Server's address*

Additional information concerning attempted service, etc.:

Service on: Norman M. Valz
441 Irvington Rd., Drexel Hill, PA 19026
(Male, white, 63, 5'8", 170 lbs, gray hair, glasses)
09/26/2024 at 7:50 PM

Documents served: SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING), $113.09 Witness Fee Check

B2550 (Form 2550 – Subpoena to Appear and Testify at a Hearing or Trial in a Bankruptcy Case or Adversary Proceeding) (12/15)

# UNITED STATES BANKRUPTCY COURT

Eastern _____     District of Pennsylvania _____

In re Alan Christopher Redmond _____

_____Debtor_____

*(Complete if issued in an adversary proceeding)*

Case No. 24-13093 _____

Chapter 11 _____

_____

_____Plaintiff_____

v.

_____

_____Defendant_____

Adv. Proc. No. _____

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

To: Norman M. Valz and Alan Redmond Charitable Foundation by and through most knowledgeable witness

*(Name of person to whom the subpoena is directed)*

☑ **YOU ARE COMMANDED** to appear in the United States Bankruptcy Court at the time, date, and place set forth below to testify at a hearing or trial in this bankruptcy case (or adversary proceeding). When you arrive, you must remain at the court until the judge or a court official allows you to leave.

| PLACE Bankruptcy Court for the Eastern District of Pennsylvania (Reading) | COURTROOM Fourth Floor Courtroom |
|---|---|
| 201 Penn Street, Suite 103 Reading, PA 19601 | DATE AND TIME Tuesday, Oct. 1, 2024, at 10:00 A.M. |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

Please see Attachment A

     The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 9/24/2024 _____

CLERK OF COURT

_____          OR          *Joel A. Ready* (signature)
*Signature of Clerk or Deputy Clerk*                               *Attorney's signature*

The name, address, email address, and telephone number of the attorney representing *(name of party)*
Jason Scott Jordan _____ , who issues or requests this subpoena, are:

Joel A. Ready, Esq.; joel@cornerstonelaw.us; (610) 926-7875

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

# ATTACHMENT A

**DOCUMENTS TO BE PRODUCED:**

(1)   The general ledger for the Alan Redmond Charitable Foundation.

(2)   All records evidencing donors of the Alan Redmond Charitable Foundation and the amount of such donations since its formation.

(3)   Alan Redmond Charitable Foundation's U.S. income tax returns since formation.

(4)   All contracts in the possession or control of Norman M. Valz and which were used by Alan Christopher Redmond to transfer assets of any origin since 2020, including transfers of assets to Alan Christopher Redmond and his wife as tenants by the entireties and transfers of assets from Bene Market, LLC as a result of Alan Christopher Redmond causing it to cease operations.

(5)   All internal governing documents (including articles of incorporation, certificates of formation, bylaws, shareholders' agreements, managers' agreements, and operating agreements) for Benefits Now, LLC, Seguro Medico, LLC, Bene Market, LLC, ARC Realty, LLC, Alan Redmond Charitable Foundation, The Redmond Group, LLC, The Leads House, Redmond Marketing, LLC, Redmond Group Investments, LLC, QuickHealth Care, and any person with a reasonable variation of any of the foregoing names.

1