B2550 (Form 2550 – Subpoena to Appear and Testify at a Hearing or Trial in a Bankruptcy Case or Adversary Proceeding) (Page 2)

24-13093

## PROOF OF SERVICE

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)**

I received this subpoena for *(name of individual and title, if any):*  __C. MALCOLM SMITH__
on *(date)* __9-28-24__ .

☑ I served the subpoena by delivering a copy to the named person as follows: __PERSONAL HAND DELIVERY__
__TO ANITA J. SMITH – WIFE OF C. MALCOLM SMITH WHO ACCEPTED ON__
__HIS BEHALF_____ on *(date)* ___9-28-24___ ; or

☐ I returned the subpoena unexecuted because: _____
_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ __47.54_____ .

My fees are $ _____ for travel and $_____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true and correct.

Date: __9-28-24__

_Marty Straka_
_____
Server's signature

MARTY STRAKA
_____
Printed name and title

## SUBPOENAS.COM
### 4521 Farming Ridge Blvd.
### Reading, PA 19606

Additional information concerning attempted service, etc.:

B2550 (Form 2550 – Subpoena to Appear and Testify at a Hearing or Trial in a Bankruptcy Case or Adversary Proceeding) (12/15)

# UNITED STATES BANKRUPTCY COURT

_____Eastern_____ District of _Pennsylvania_____

In re _Alan Christopher Redmond_____
                                  Debtor

*(Complete if issued in an adversary proceeding)*

Case No. _24-13093_____

Chapter __11_____

_____
                                  Plaintiff
                                    v.

Adv. Proc. No. _____

_____
                                  Defendant

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

To: C. Malcolm Smith, III and C. Malcolm Smith & Company, P.C. by and through most knowledgeable witness
_____
*(Name of person to whom the subpoena is directed)*

☑ **YOU ARE COMMANDED** to appear in the United States Bankruptcy Court at the time, date, and place set forth below to testify at a hearing or trial in this bankruptcy case (or adversary proceeding). When you arrive, you must remain at the court until the judge or a court official allows you to leave.

| PLACE       201 Penn Street, Suite 103<br>Reading, PA 19601 | COURTROOM   Fourth Floor Courtroom |
|---|---|
|  | DATE AND TIME<br>Tuesday, Oct. 1, 2024, at 10:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

 See Attachment A

        The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _9/26/2024_____

CLERK OF COURT

_____          OR    _Joel A. Ready_____
*Signature of Clerk or Deputy Clerk*              *Attorney's signature*

The name, address, email address, and telephone number of the attorney representing *(name of party)*
_Jason Scott Jordan_____ , who issues or requests this subpoena, are:

 Joel A. Ready, Esquire: joel@cornerstonelaw.us; (610) 926-7875

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed.  Fed. R. Civ. P. 45(a)(4).

**SCHEDULE A**

**DOCUMENTS TO BE PRODUCED**:

To the extent of your possession and control, including the possession and control of your agents:

1.      General ledger for Bene Market, LLC.

2.      General ledger for Alan Redmond Charitable Foundation.

3.      General ledger for ARC Realty, LLC.

4.      Any records concerning transfer of assets of Bene Market, LLC, including contracts.

5.      Any records concerning leases of assets of Bene Market, LLC.

6.      All governing documents and evidence concerning ownership (including shareholders' agreements, operating agreements, and bylaws) for Bene Market, LLC, ARC Realty, LLC, and Alan Redmond Charitable Foundation.

7.      All U.S. income tax returns filed on behalf of Alan Christopher Redmond beginning for the year 2019 through the present.

8.      All U.S. income tax returns filed on behalf of Bene Market, LLC since its formation.

9.      All U.S. income tax returns filed on behalf of Alan Redmond Charitable Foundation since its formation.

10.     All U.S. income tax returns filed on behalf of ARC Realty, LLC since 2019.

11.     All contracts between you and each of the following persons, if any:

      a.   Alan Christopher Redmond.

      b.   Bene Market, LLC.

      c.   Seguro Medico, LLC.

      d.   ARC Realty, LLC.

      e.   Benefits Now, LLC.

      f.   Alan Redmond Charitable Foundation.

      g.   The Redmond Group, LLC.

      h.   Redmond Marketing, LLC.

      i.   Redmond Group Investments, LLC.

      j.   Arthur W. Walsh, Jr.

      k.   Shannon Kroemmelbein.

      l.   Any entity owned, in whole or in part, by Alan Christopher Redmond.

m.  Any person acting on behalf of Alan Christopher Redmond.

n.  Any entity owned, in whole or in part, by Shannon Kroemmelbein.

o.  Any entity owned, in whole or in part, by any relative of Alan Christopher Redmond.

**DEFINITIONS**:

"You" and "your" mean both C. Malcolm Smith & Company, P.C. and C. Malcolm Smith, III.

"Concerning" means relating to, supporting, referring to, describing, evidencing, regarding or constituting.