**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ALAN CHRISTOPHER REDMOND | Bankruptcy No. 24-13093-PMM |
| | Involuntary Chapter 11 |

**CERTIFICATE OF SERVICE OF ADDITIONAL DISCOVERY**

On September 30, 2024, I electronically served the within discovery on counsel for Alan Christopher Redmond, for each individual by sending a Dropbox.com URL to each of e-mail addresses as follows:

Nicole Nigrelli, Esquire:     nnigrelli@ciadilaw.com
Daniel Siedman, Esquire:     dsiedman@ciadilaw.com
Albert A. Ciardi, Esquire     aciardi@ciadilaw.com

Specifically, I provided to the foregoing persons a dropbox.com link to the following PDFs:

| Date (YEAR/MO/DAY) | Document |
|---|---|
| 20211028 | Certified Copy of Order for Judgment, National Brokers of America, Inc., and Alan Christopher Redmond v. Jason Scott Jordan, C.A. No. 14-17117, Berks County Court of Common Pleas |
| 20211120 | Certified Copy of Decision and Verdict, , National Brokers of America, Inc., and Alan Christopher Redmond v. Jason Scott Jordan, C.A. No. 14-17117, Berks County Court of Common Pleas |
| 20211120 | Certified Copy of Notice of Entry of Judgment, , National Brokers of America, Inc., and Alan Christopher Redmond v. Jason Scott Jordan, C.A. No. 14-17117, Berks County Court of Common Pleas |
| 20220324 | Notice of Trustee's Motion to Approve Settlement Agreement, ECF No. 153, *In re* National Brokers of America, Inc., Case No. 19-15488-PMM |
| 20220324 | Certificate of Service, ECF No. 153-1, *In re* National Brokers of America, Inc., Case No. 19-15488-PMM |
| 20220419 | Order approving Settlement Agreement, ECF No. 156, *In re* National Brokers of America, Inc., Case No. 19-15488-PMM |
| 20230831 | Certified Copy of Certification Regarding Status of Foreclosed Premises, WBL SPO II, LLC v. Alan C. Redmond, C.A. |
| | Certified Copy of Certification Regarding Status of Foreclosed Premises, |

1

| | |
|---|---|
| 20231013 | WBL SPO II, LLC v. ARC REALTY, LLC, C.A. NO. 23-13582 |
| 20231213 | Certified Copy of Defendant's Amended Answer with New Matter, WBL SPO II, LLC v. ARC REALTY, LLC, C.A. NO. 23-13582 |
| 20231213 | Certified Copy of Plaintiff's Answer to Defendant's New Matter, WBL SPO II, LLC v. ARC REALTY, LLC, C.A. NO. 23-13582 |
| 20240524 | Debtor's Motion for Enforcement of Automatic Stay, ECF No. 179, *In re* National Brokers of America, Inc., Case No. 19-15488-PMM |
| 20240617 | Response in Opposition to Debtor's Motion, ECF No. 184, *In re* National Brokers of America, Inc., Case No. 19-15488-PMM |
| 20240703 | Order and Redmond's Motion to Intervene, ECF No. 189, *In re* National Brokers of America, Inc., Case No. 19-15488-PMM |
| 20240710 | Certification of Fees Incurred by Redmond with all attachments, ECF No. 201, *In re* National Brokers of America, Inc., Case No. 19-15488-PMM |
| 20240711 | Reply in Opposition to Redmond's Motion together with exhibits, ECF No. 202, *In re* National Brokers of America, Inc., Case No. 19-15488-PMM |
| 20180529 | Divorce Decree, Carolyn L. Redmond v. Alan Christopher Redmond, Case No. 2016-09017, Montgomery County Court of Common Pleas |
| 20211230 | Affidavit of Norman M. Valz, C.A. No. 14-17117, Berks County Court of Common Pleas |
| 20231013 | Amended Complaint, WBL SPO II, LLC v. ARC Realty, LLC, C.A. No. 23-13582, Berks County Court of Common Pleas |
| 20231213 | Redmond's Answer with New Matter, WBO SPO II, LLC v. ARC Realty, LLC, C.A. No. 23-13582, Berks County Court of Common Pleas |
| 20240930 | Docket Sheet, Complete Business Solutions Group, Inc. v. Alan Redmond, C.A. 2022-2794, Philadelphia County Court of Common Pleas |
| 20240709 | Joinder Complaint, Complete Business Solutions Group, Inc. v. Alan Redmond, C.A. 2022-2794, Philadelphia County Court of Common Pleas |
| 20240729 | Jordan's Preliminary Objections, Complete Business Solutions Group, Inc. v. Alan Redmond, C.A. 2022-2794, Philadelphia County Court of Common Pleas |
| 20240729 | Brief in Support of Jordan's Preliminary Objections, Complete Business Solutions Group, Inc. v. Alan Redmond, C.A. 2022-2794, Philadelphia County Court of Common Pleas |
| 20240729 | Exhibits to Jordan's Preliminary Objections, Complete Business Solutions Group, Inc. v. Alan Redmond, C.A. 2022-2794, Philadelphia County Court of Common Pleas |
| 20240729 | Proposed Order to Jordan's Preliminary Objections, Complete Business |

| | |
|---|---|
| | Solutions Group, Inc. v. Alan Redmond, C.A. 2022-2794, Philadelphia County Court of Common Pleas |
| 20240729 | Certificate of Service to Jordan's Preliminary Objections, Complete Business Solutions Group, Inc. v. Alan Redmond, C.A. 2022-2794, Philadelphia County Court of Common Pleas |
| 20240819 | Amended Joinder Complaint, Complete Business Solutions Group, Inc. v. Alan Redmond, C.A. 2022-2794, Philadelphia County Court of Common Pleas |
| 20240830 | Jordan's Preliminary Objections to Amended Joinder Complaint, Complete Business Solutions Group, Inc. v. Alan Redmond, C.A. 2022-2794, Philadelphia County Court of Common Pleas |
| 20240830 | Brief in Support of Jordan's Preliminary Objections to Amended Joinder Complaint, Complete Business Solutions Group, Inc. v. Alan Redmond, C.A. 2022-2794, Philadelphia County Court of Common Pleas |
| 20240830 | Exhibits to Jordan's Preliminary Objections to Amended Joinder Complaint, Complete Business Solutions Group, Inc. v. Alan Redmond, C.A. 2022-2794, Philadelphia County Court of Common Pleas |
| 20240830 | Proposed Order to Jordan's Preliminary Objections to Amended Joinder Complaint, Complete Business Solutions Group, Inc. v. Alan Redmond, C.A. 2022-2794, Philadelphia County Court of Common Pleas |
| 20240830 | Certificate of Service to Jordan's Preliminary Objections to Amended Joinder Complaint, Complete Business Solutions Group, Inc. v. Alan Redmond, C.A. 2022-2794, Philadelphia County Court of Common Pleas |
| 20240912 | Notice of Involuntary Chapter 11 Petition, Complete Business Solutions Group, Inc. v. Alan Redmond, C.A. 2022-2794, Philadelphia County Court of Common Pleas |
| 20240912 | Certificate of Service of Notice of Involuntary Chapter 11 Petition, Complete Business Solutions Group, Inc. v. Alan Redmond, C.A. 2022-2794, Philadelphia County Court of Common Pleas |
| 20240930 | Certified Copy of Docket Summary for Jason Scott Jordan v. Bene Market, LLC, and Alan Christopher Redmond, Individually, C.A., Case No. 22-11757 |
| 20240930 | Certified Copy of Docket Summary for WBL SPO II, LLC v. Alan C. Redmond, C.A., Case No. 23-13390 |
| 20240930 | Certified Copy of Docket Summary for WBL SPO I, LLC v. ARC REALTY, LLC, C.A., Case No. 23-13582 |

| | |
|---|---|
| 20240930 | Certified Copy of Docket Summary for National Brokers of America, Inc. v. Jason Scott Jordan, C.A., Case No. 14-17117 |
| 20220224 | Order on Petitioner's Motion for Summary Decision, Division of Insurance v. Alan C. Redmond, Docket No. E2019-19, Commonwealth of Massachusetts, Office of Consumer Affairs and Business Regulation |
| 20220228 | Complaint (Feb. 28, 2022) with all exhibits (261 pages), Complete Business Solutions Group, Inc. v. Alan Redmond, Case No. 220202794, Philadelphia Court of Common Pleas |
| 20230831 | Complaint (Aug. 31, 2023) with all exhibits (90 pages), WBL SPO II, LLC v. Alan C. Redmond, C.A. No. 23-13390, Berks County Court of Common Pleas |
| 20240930 | Screenshots of Seguro Medico's Website |
| 20240930 | Screenshots of Tonya Hatmaker (Seguro Medico's Website) |
| 20240930 | Screenshots of Norman Valz (Seguro Medico's Website) |
| 20240927 | Records Custodian Affidavit—Berks County Tax Claims Bureau, with responsive documents to subpoena |
| 20240702 | Transcript (July 2, 2024), In re National Brokers of America, Case No. 19-15488-PMM,  U.S. Bankruptcy Court for the Eastern District of Pennsylvania. |
| 20240320 | Cease and Desist Order, In re Seguro Medico, LLC and Arthur Walsh, No. 24-0020, Washington State Office of Insurance Commissioner |
| 20240930 | Order Summary No. 24-0020, Seguro Medico, LLC, Washington State Office of the Insurance Commissioner |
| 20240715 | Final Order (July 15, 2024), In re Seguro Medico, LLC and Arthur Walsh, Docket No,. 24-0020, Washington State Office of Insurance Commissioner. |

I declare under penalty of perjury under the laws of the United States that the foregoing information is true and correct.

By: _Valeria Amato_

Valeria Amato, Paralegal

**Valeria Amato**

| | |
|---|---|
| **From:** | Valeria Amato |
| **Sent:** | Monday, September 30, 2024 4:51 PM |
| **To:** | nnigrelli@ciardilaw.com; dSiedman@ciardilaw.com; Aciardi@ciardilaw.com |
| **Cc:** | Joel A. Ready, Esq.; William Mulgrew |
| **Subject:** | Additional Production - In re: Alan Christopher Redmond |
| **Attachments:** | 20240320 - In re Seguro Medico & Walsh, Docket No. 24-0020 (Washington Insurance Commissioner).pdf; 20240715 - In re Seguro Medico & Walsh, Docket No. 24-0020 (Washington Insurance Commissioner) - Final Order.pdf; Berks Tax Claims Bureau - Affidavit.pdf; 20240930 - Norman Valz Screenshot.pdf; 20240930 - OrderProfile - Seguro Medico, Washington Insurance Commissioner.pdf; 20240930 - Screenshots of Seguro Medico.pdf; 20240930 - Tonya Hatmaker Screenshot.pdf; 20220224 - Order on Petitioner's Motion for Summary Decision (E2019-19).pdf |

Good Afternoon:

On behalf of Attorney Ready, for the petitioners, please receive this Dropbox link for courtesy copies of litigation documents where Mr. Redmond is a party or any business entity associated with Mr. Redmond is a party:

https://www.dropbox.com/t/XpEcTJem1E4aNGdi

Additionally, Joel informs you that the attached PDFs became relevant today as a result of your questioning of the deponents. Also, see the Records Custodian Affidavit from the Berks County Tax Claims Bureau.

Thank you,