**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ALAN CHRISTOPHER REDMOND | Bankruptcy No. 24-13093-PMM |
| | Involuntary Chapter 11 |

## <u>CERTIFICATE OF SERVICE OF DISCOVERY AND F.R.E. 201 NOTICE</u>

On September 27, 2024, I electronically served the within discovery and Fed. R. Evid. 201

notice on counsel for Alan Christopher Redmond, for each individual by sending a Dropbox.com

URL to each of the e-mail addresses as follows:

Nicole Nigrelli, Esquire:      nnigrelli@ciadilaw.com
Daniel Siedman, Esquire:      dsiedman@ciadilaw.com
Albert A. Ciardi, Esquire      aciardi@ciadilaw.com

I declare under penalty of perjury under the laws of the United States that the foregoing

information is true and correct.

By:   Valeria Amato
Valeria Amato, Paralegal

AND I further certify that the within discovery was produced in the manner recited in the
within letter, attached.

By:   /s/ Joel A. Ready
Joel A. Ready, Esquire



8500 Allentown Pike, Suite 3
Blandon, PA 19510


September 27, 2024


**Albert A. Ciardi, III, Esquire**
**Nicole M. Nigrelli, Esquire**
**Daniel S. Siedman, Esquire**
Ciardi Ciardi & Astin
1905 Spruce Street
Philadelphia, PA 19103


Via e-mail only: dSiedman@ciardilaw.com; nnigrelli@ciardilaw.com; Aciardi@ciardilaw.com

**Re:    Additional Production of Documents (Corrected)**
**In re Alan Christopher Redmond, Case No. 24-13093**

Dear Counsel,

Per my letter dated September 23, 2024, I had put you on notice that any papers filed with a court where Alan Christopher Redmond was or is now a party may be presented to the U.S. Bankruptcy Court as evidence on October 1, 2024 and judicial notice requested under Fed. R. Evid. 201. For the same purpose, please accept this letter as in addition to that notice as to the following proceedings where judicial notice may be requested as to docket entries and papers:

| Case | Docket | Court |
|---|---|---|
| National Brokers of America et al. v. Jason Scott Jordan | 14-17117 | Berks County Court of Common Pleas |
| Jason Scott Jordan v. Bene Market, LLC et al. | 22-11757 | Berks County Court of Common Pleas |
| Complete Business Solutions Group, Inc. v. Alan Redmond | 220202794 | Philadelphia County Court of Common Pleas |
| WBL SPO II, LLC v. Alan C. Redmond | 23-13390 | Berks County Court of Common Pleas |
| U.S. Secretary of Labor v. Bene Market, LLC et al. | 5:20-CV-04265-JLS | U.S. District Court for the Eastern District of Pennsylvania |
| American Workers Insurance Servs., Inc. v. Bene Market, LLC et al. | 1:23-CV-02081-SES | U.S. District Court for the Middle District of Pennsylvania |

| | | |
|---|---|---|
| *In re* National Brokers of America, Inc. | 19-15488-PMM | U.S. Bankruptcy Court for the Eastern District of Pennsylvania |
| Jason Scott Jordan v. Alan Christopher Redmond (*In re* National Brokers of America, Inc.) | 20-00016-PMM | U.S. Bankruptcy Court for the Eastern District of Pennsylvania |
| *In re* National Brokers of America, Inc. | 19-11045-JKF | U.S. Bankruptcy Court for the Eastern District of Pennsylvania |

Without waiving the foregoing, the following PDF documents are produced to you by dropbox.com as a courtesy being already in your client's possession or control from the case of <u>National Brokers of America, et al. v. Jason Scott Jordan</u>, C.A. No. 14-17117 (C.P. Berks):

| Date (YEAR/MO/DAY) | Document |
|---|---|
| 20220302 | Letter from Norman M. Valz enclosing Redmond's objections to interrogatories in aid of execution |
| 20220405 | Jordan's Motion to Compel |
| 20220405 | Exhibits to Jordan's Motion to Compel |
| 20220427 | Letter from Norman M. Valz to Judge Jeffrey K. Sprecher, objecting to participation in discovery |
| 20220427 | Redmond's Motion to Stay Judgment Pending Appeal |
| 20220427 | Exhibits to Redmond's Motion to Stay Judgment Pending Appeal |
| 20220427 | Proposed Order to Redmond's Motion to Stay Judgment Pending Appeal |
| 20220428 | Order of the Court |
| 20220504 | Redmond's Motion for Reconsideration |
| 20220504 | Order of the Court |
| 20221021 | Order of the Court |
| 20231006 | Withdrawal of Appearance of William Rush |
| 20240524 | Redmond's Answer to Motion for Charging Order against ARC Realty |
| 20240524 | Verification to Redmond's Answer to Motion for Charging Order against ARC Realty |
| 20240524 | Proposed Order to Redmond's Answer to Motion for Charging Order against ARC Realty |
| 20240524 | Certificate of Service of Redmond's Answer to Motion for Charging Order against ARC Realty |

| | |
|---|---|
| 20240528 | Redmond's Answer to Motion to Compel Responses to Discovery in Aid of Execution |
| 20240528 | Exhibit A to Redmond's Answer to Motion to Compel Responses to Discovery in Aid of Execution |
| 20240528 | Exhibit B to Redmond's Answer to Motion to Compel Responses to Discovery in Aid of Execution |
| 20240528 | Verification to Redmond's Answer to Motion to Compel Responses to Discovery in Aid of Execution |
| 20240528 | Proposed Order to Redmond's Answer to Motion to Compel Responses to Discovery in Aid of Execution |
| 20240528 | Certificate of Service to Redmond's Answer to Motion to Compel Responses to Discovery in Aid of Execution |
| 20240528 | Redmond's Answer to Motion for Charging Order against Bene Market, LLC and Redmond Group |
| 20240528 | Exhibit A to Redmond's Answer to Motion for Charging Order against Bene Market, LLC and Redmond Group |
| 20240528 | Exhibit B to Redmond's Answer to Motion for Charging Order against Bene Market, LLC and Redmond Group |
| 20240528 | Verification to Redmond's Answer to Motion for Charging Order against Bene Market, LLC and Redmond Group |
| 20240528 | Proposed Order to Redmond's Answer to Motion for Charging Order against Bene Market, LLC and Redmond Group |
| 20240528 | Certificate of Service to Redmond's Answer to Motion for Charging Order against Bene Market, LLC and Redmond Group |
| 20240617 | Jordan's Motion to Correct the Judgment |
| 20240617 | Exhibits to Jordan's Motion to Correct the Judgment |
| 20240617 | Proposed Order to Jordan's Motion to Correct the Judgment |
| 20240617 | Certificate of Service to Jordan's Motion to Correct the Judgment |
| 20240709 | Redmond's Brief in Partial Opposition to Motion to Correct Judgment |
| 20240709 | Verification to Redmond's Brief in Partial Opposition to Motion to Correct Judgment |
| 20240709 | Proposed Order to Redmond's Brief in Partial Opposition to Motion to Correct Judgment |
| 20240709 | Certificate of Service to Redmond's Brief in Partial Opposition to Motion to Correct Judgment |
| 20240904 | Redmond's Brief in Opposition to Motions for Charging Orders with Exhibits |

| | |
|---|---|
| 20240906 | Redmond's Notice of Appeal |
| 20240909 | Redmond's Motion to Adjourn Hearing |

The URL to access the foregoing documents is as follows:
https://www.dropbox.com/t/Wqhjy61Zj19bnTsB

This will additionally certify that, on September 24, 2024, I produced to you the following documents by e-mail:

- Offer of Employment to Ethan Shalter (Apr. 3, 2024) (5 pages)
- Paycheck dated 5/10/2024 from Seguro Medico, LLC for $1,157.29 (1 page)
- Paycheck dated 5/15/2024 from Seguro Medico, LLC for $200.00 (1 page)
- Paycheck dated 5/28/2024 from Seguro Medico, LLC for $1,436.02 (1 page)
- PayCor Statement dated 5/28/2024 (1 page)
- PayCor Statement dated 7/22/2024 (1 page)
- Screenshots of Deposit Pay slips (9 pages)

This will additionally certify that, on September 25, 2024, I produced to you the following documents by e-mail:

- Preliminary Report of Examination by Khody R. Detwiler, with attachments (55 pages)

Sincerely,

CORNERSTONE LAW FIRM, LLC

By: _Joel A. Ready_

Joel A. Ready

## William Mulgrew

| | |
|---|---|
| **From:** | Valeria Amato |
| **Sent:** | Friday, September 27, 2024 4:08 PM |
| **To:** | dSiedman@ciardilaw.com; nnigrelli@ciardilaw.com; Aciardi@ciardilaw.com |
| **Cc:** | Joel A. Ready, Esq. |
| **Subject:** | RE: In re Alan Christopher Redmond, Case No. 24-13093 |
| **Attachments:** | 20240927 - LTOC - Additional Productions of Documents (Corrected).pdf |

Good Afternoon:

Attached, please find the corrected letter from Attorney Ready which contains a Dropbox link to access the documents mentioned.

Thank you,
Valeria

**From:** Valeria Amato
**Sent:** Friday, September 27, 2024 9:23 AM
**To:** dSiedman@ciardilaw.com; nnigrelli@ciardilaw.com; Aciardi@ciardilaw.com
**Cc:** Joel A. Ready, Esq. <joel@cornerstonelaw.us>
**Subject:** In re Alan Christopher Redmond, Case No. 24-13093

Good Morning:

I am contacting you on behalf of Attorney Joel Ready.

Please see the attached letter from Attorney Ready which contains a Dropbox link to access the documents mentioned.

Thank you,

1

## William Mulgrew

| | |
|---|---|
| **From:** | Joel A. Ready, Esq. |
| **Sent:** | Tuesday, September 24, 2024 5:18 PM |
| **To:** | Nicole Nigrelli |
| **Cc:** | Albert A. Ciardi III; Daniel Siedman; Benjamin J. Lewis, Esq.; William Mulgrew; Dorene Torres |
| **Subject:** | Additional Disclosures |
| **Attachments:** | 20240403 - QSM - Offer Letter - Ethan Shalter (1).pdf; 20240510 - Check for $1,157.29.pdf; 20240515 - Check for $200 (Lawn Mowing Check).pdf; 20240528 - Check for $ $1,436.02.pdf; 20240528 - Paycor Paystub $1,436.02.pdf; 20240722 - Paycor Paystub $1,264.04.pdf; Deposit Pay Slips - Screenshots.pdf |

Dear Nicole,

In addition to documents previously disclosed, please find attached various documents relating to Ethan Shalter's pay and employment relationship.

We do not withdraw our previous discovery requests, which are reasonable and relevant.

Joel Ready

**Joel A. Ready, Esq.**
*Licensed in Pennsylvania, New Jersey and Maryland*



8500 Allentown Pike
Suite 3
Blandon, PA 19510
610-926-7875
CornerstoneLaw.us

1