**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **Alan Christopher Redmond,** | : | |
| Debtor. | : | **Case No. 24-13093 (PMM)** |

## <u>ORDER</u>

**AND NOW**, upon consideration of the Motion to Quash filed by C. Malcolm Smith, III

(doc. #83, the "Motion");

AND a hearing with regard to the Debtor's Motion to Dismiss (doc. #20) and Answer to

Involuntary (doc. #19) having been held and concluded on October 1, 2024;

AND for the reasons stated at the hearing, it is hereby **ordered** that the Motion to Quash

is **denied as moot**.

Dated: 10/2/24

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge