**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| **Alan Christopher Redmond,** | : | |
| Debtor. | : | **Case No. 24-13093 (PMM)** |

## ORDER

**AND NOW**, upon consideration of the Putative Debtor's Motion to Dismiss (doc. #20, the "Motion");

AND upon further consideration of the Answer to the involuntary petition filed by the Putative Debtor (doc. #19, the "Answer");

AND a hearing with regard to the Motion and the Answer having been held and concluded on October 1, 2024;

AND for the reasons stated at hearing, it is hereby **ordered** that:

1) The Motion is **denied**; and

2) Pursuant to 11 U.S.C. §303(b), an **Order for Relief is entered** under chapter 11 of the Bankruptcy Code.

Dated: 10/2/24

_Patricia M. Mayer_

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge