United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                Case No. 24-13093-pmm

Alan Christopher Redmond                                                         Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 01, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Alan Christopher Redmond, 2005 Regency Drive, Wyomissing, PA 19610-2712 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2024                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Anthony Ciardi, III | on behalf of Debtor Alan Christopher Redmond aciardi@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| DANIEL S. SIEDMAN | on behalf of Debtor Alan Christopher Redmond dsiedman@ciardilaw.com  dtorres@ciardilaw.com;sfrizlen@ciardilaw.com |
| DAVID P. HEIM | on behalf of Debtor Alan Christopher Redmond dheim@bochettoandlentz.com  mtrout@bochettoandlentz.com |
| DAVID P. HEIM | on behalf of Seguro Medico  LLC dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com |
| JESSICA M. GULASH | on behalf of Creditor WBL SPO II  LLC jgulash@lbmlaw.com |

District/off: 0313-4                          User: admin                                    Page 2 of 2

Date Rcvd: Oct 01, 2024                       Form ID: pdf900                               Total Noticed: 1

JESSICA M. GULASH
                        on behalf of Creditor WBL SPO I  LLC jgulash@lbmlaw.com

JESSICA M. GULASH
                        on behalf of Creditor World Business Lenders  LLC jgulash@lbmlaw.com

JOEL A. READY
                        on behalf of Petitioning Creditor Ethan Shalter joel@cornerstonelaw.us

JOEL A. READY
                        on behalf of Petitioning Creditor Cornerstone Law Firm  LLC joel@cornerstonelaw.us

JOEL A. READY
                        on behalf of Petitioning Creditor Jason Scott Jordan joel@cornerstonelaw.us

MATTHEW GREGORY BRUSHWOOD
                        on behalf of C. Malcolm Smith  III mbrushwood@barley.com,
                        jrachor@barley.com;cbrelje@barley.com;tshober@barley.com;dkline@barley.com;ageoghegan@barley.com

NICOLE MARIE NIGRELLI
                        on behalf of Debtor Alan Christopher Redmond nnigrelli@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

United States Trustee
                        USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 13

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : |
| | : INVOLUNTARY CHAPTER 11 |
| ALAN CHRISTOPHER REDMOND, | : |
| | : |
| Debtor. | : Bankruptcy No. 24-13093 (PMM) |
| | : |

**ORDER AUTHORIZING THE EMPLOYMENT AND
RETENTION OF CIARDI CIARDI & ASTIN AS COUNSEL**

AND NOW, upon consideration of the expedited application of putative debtor Alan Christopher Redmond for authority to employ and retain Ciardi Ciardi & Astin ("CC&A") as counsel (the "Application"), and upon the declaration of Albert A. Ciardi (the "Declaration"), a partner of CC&A, which is attached to the Application; and the Court being satisfied based on the representations made in the Application and the Declaration that said attorneys hold no interest adverse to the Debtor's estate with respect to the matters upon which they are to be engaged and are "disinterested persons" as that term is defined in the Bankruptcy Code, and it appearing that the Court has jurisdiction over this matter; and it appearing that due and proper notice of the Application has been given; and after due deliberation, and sufficient cause appearing therefor; it is hereby

ORDERED that the Application is approved, and it is further

ORDERED that the retention of CC&A as counsel to the Alan Christopher Redmond in connection with this involuntary Chapter 11 case is hereby authorized.

**Date: October 1, 2024**

Hon. Patricia M. Mayer
United States Bankruptcy Judge