**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re   **Alan Christopher Redmond** _____   Case No.   **24-13093** _____

Debtor(s)                                        Chapter   **11** _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **October 4, 2024** _____        **/s/ Alan Christopher Redmond** _____
                                              **Alan Christopher Redmond**
                                              Signature of Debtor