All Web Leads
7300 Rm 2222
Bldg 2 Suite 100
Austin, TX 78730


American Workers Ins Services, Inc.
2305 Ridge Rd, Unit 205
Rockwall, TX 75087


Berks County Tax Claim Bureau
633 Court Street # 2B
Reading, PA 19601


Bochetto Lentz
1524 Locust Street
Philadelphia, PA 19102


Cardflex, Inc.
2195 American Ave #A
Costa Mesa, CA 92627


Complete Business Solutions Group, Inc
dba PAR Funding
141 N. 2nd Street
Philadelphia, PA 19106


Cornerstone Law Firm
c/o Joel A. Ready, Esquire
8500 Allentown Pike, Suite 3
Blandon, PA 19510


Duane Morris LLP
30 S. 17th Street
Philadelphia, PA 19103


Internal Revenue Service
600 Arch Street
Philadelphia, PA 19106

Jason Scott Jordan
c/o Joel A. Ready, Esquire
Cornerstone Law Firm, LLC
8500 Allentown Pike, Suite 3
Blandon, PA 19510


Pennsylvania Dept of Revenue
Strawberry Square, 11th Floor
Harrisburg, PA 17101


Pennsylvania UC Tax Services
Labor & Industry Bldg
651 Boas Street, Ste 1113
Harrisburg, PA 17121


Producer Advance, LLC
1625 S. Congress Avenue
Suite 200B
Delray Beach, FL 33445


Rush Law Group, LLC
38 N. 6th Street
Reading, PA 19601


Santander Bank
2220 State Hill Road
Reading, PA 19610


Seguro Medico, LLC
2706 Philmay Terrace
Reading, PA 19606


US Dept of Labor
1835 Market Street
Mailstop SOL/22
Philadelphia, PA 19103

WBL SPO II, LLC
150 Clearbrook Road
Suite 125
Elmsford, NY 10523