United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Alan Christopher Redmond

Debtor

Case No. 24-13093-pmm

Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 02, 2024 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Alan Christopher Redmond, 2005 Regency Drive, Wyomissing, PA 19610-2712 |
| ptcrd | + | Cornerstone Law Firm, LLC, 8500 Allentown Pike, Ste 3, Blandon, PA 19510-9101 |
| ptcrd | + | Ethan Shalter, 1360 Philip Ave, Birdsboro, PA 19508-8860 |
| ptcrd | + | Jason Scott Jordan, 10802 Northwest 56th Ct, Coral Springs, FL 33076-3103 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2024          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Anthony Ciardi, III | on behalf of Debtor Alan Christopher Redmond aciardi@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| DANIEL S. SIEDMAN | on behalf of Debtor Alan Christopher Redmond dsiedman@ciardilaw.com  dtorres@ciardilaw.com;sfrizlen@ciardilaw.com |
| DAVID P. HEIM | on behalf of Debtor Alan Christopher Redmond dheim@bochettoandlentz.com  mtrout@bochettoandlentz.com |
| DAVID P. HEIM | |

District/off: 0313-4                                    User: admin                                                Page 2 of 2
Date Rcvd: Oct 02, 2024                                 Form ID: pdf900                                         Total Noticed: 4

                                on behalf of Seguro Medico  LLC dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com

JESSICA M. GULASH
                                on behalf of Creditor WBL SPO II  LLC jgulash@lbmlaw.com

JESSICA M. GULASH
                                on behalf of Creditor WBL SPO I  LLC jgulash@lbmlaw.com

JESSICA M. GULASH
                                on behalf of Creditor World Business Lenders  LLC jgulash@lbmlaw.com

JOEL A. READY
                                on behalf of Petitioning Creditor Jason Scott Jordan joel@cornerstonelaw.us

JOEL A. READY
                                on behalf of Petitioning Creditor Ethan Shalter joel@cornerstonelaw.us

JOEL A. READY
                                on behalf of Petitioning Creditor Cornerstone Law Firm  LLC joel@cornerstonelaw.us

MATTHEW GREGORY BRUSHWOOD
                                on behalf of C. Malcolm Smith  III mbrushwood@barley.com,
jrachor@barley.com;cbrelje@barley.com;tshober@barley.com;dkline@barley.com;ageoghegan@barley.com

NICOLE MARIE NIGRELLI
                                on behalf of Debtor Alan Christopher Redmond nnigrelli@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

United States Trustee
                                USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 13

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **Alan Christopher Redmond,** | : | |
| **Debtor.** | : | **Case No. 24-13093 (PMM)** |

### ORDER

**AND NOW**, upon consideration of the Putative Debtor's Motion to Dismiss (doc. #20, the "Motion");

AND upon further consideration of the Answer to the involuntary petition filed by the Putative Debtor (doc. #19, the "Answer");

AND a hearing with regard to the Motion and the Answer having been held and concluded on October 1, 2024;

AND for the reasons stated at hearing, it is hereby **ordered** that:

1)The Motion is **denied**; and

2) Pursuant to 11 U.S.C. §303(b), an **Order for Relief is entered** under chapter 11 of the Bankruptcy Code.

Dated: 10/2/24

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge