United States Bankruptcy Court

Eastern District of Pennsylvania

In re:    Case No. 24-13093-pmm

Alan Christopher Redmond    Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 25, 2024 | Form ID: 309E1 | Total Noticed: 34 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Alan Christopher Redmond, 2005 Regency Drive, Wyomissing, PA 19610-2712 |
| aty | + | DANIEL S. SIEDMAN, Ciardi Ciardi & Astin, 1905 Spruce Street, Philadelphia, PA 19103-5732 |
| aty | + | DAVID P. HEIM, Bochetto & Lentz, P.C., 1524 Locust Street, Philadelphia, PA 19102-4401 |
| aty | + | NICOLE MARIE NIGRELLI, Ciardi Ciardi & Astin, 1905 Spruce Street, Philadelphia, PA 19103-5732 |
| 14927553 | + | All Web Leads, 7300 Rm 2222, Bldg 2 ste 100, Austin, TX 78730-3233 |
| 14927552 | + | American Workers, Insurance Services Inc., 2305 Ridge Road Unit 205, Rockwall TX 75087-5163 |
| 14933454 | + | American Workers Ins Services, Inc., 2305 Ridge Rd, Unit 205, Rockwall, TX 75087-5163 |
| 14933456 | + | Bochetto Lentz, 1524 Locust Street, Philadelphia, PA 19102-4401 |
| 14927549 | + | Cardflex Inc., 2195 American AVe, #A, Costa Mesa, CA 92627-3922 |
| 14927546 | + | Complete Business, Solutions Group Inc., dba PAR Funding, 141 N. 2nd Street, Philadelphia Pa 19106-2009 |
| 14927545 | + | Cornerstone Law Firm, c/o Joel A. Ready, Equire, 8500 Allentown Pike, Suite 3, Blandon, PA 19510-9101 |
| 14927544 | + | Jason Scott Jordan, c/o Joel A. Ready, Esquire, Cornerstone Law Firm, LLC, 8500 Allentown Pike, Suite 3, Blandon, PA 19510-9101 |
| 14927558 | | Pennsylvania Dept of Revenue, 11th Floor, Strawberry Square, Harrisburg, Pennsylvania |
| 14933463 | | Pennsylvania Dept of Revenue, Strawberry Square, 11th Floor, Harrisburg, PA 17101 |
| 14933464 | + | Pennsylvania UC Tax Services, Labor & Industry Bldg, 651 Boas Street, Ste 1113, Harrisburg, PA 17121-0751 |
| 14927557 | + | Pennsylvania UC Tax Services, ste 1113, Labor & Industry Building, 651 Boas Street, Harrisburg, Pa 17121-0751 |
| 14927551 | + | Producer Advance LLC, 1625 S. Congress Avenue, Ste 200B, Delray Beach FL 33445-6304 |
| 14927556 | + | Rush Law Group LLC, 38 N. 6th Street, Reading, Pa 19601-3523 |
| 14927554 | + | Santander Bank, 2220 State Hill Road, Reading, PA 19610-1904 |
| 14933468 | + | Seguro Medico, LLC, 2706 Philmay Terrace, Reading, PA 19606-2220 |
| 14927548 | + | U.S. Department of Labor, 1835 Market Street, Mail stop SOL /22, Philadelphia Pa 19103-2914 |
| 14933469 | + | US Dept of Labor, 1835 Market Street, Mailstop SOL/22, Philadelphia, PA 19103-2968 |
| 14927547 | + | WBL SPO II LLC, 150 Clearbrook Road, Ste 125, Elmsford NY 10523-1147 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: aciardi@ciardilaw.com | Oct 26 2024 01:13:00 | Albert Anthony Ciardi, III, Ciardi Ciardi & Astin, 1905 Spruce Street, Philadelphia, PA 19103 |
| smg | EDI: IRS.COM | Oct 26 2024 04:32:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| smg | + Email/Text: taxclaim@countyofberks.com | Oct 26 2024 01:13:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 26 2024 01:14:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| ust | + Email/Text: ustpregion03.ph.ecf@usdoj.gov | Oct 26 2024 01:14:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |

| 14923063 | + Email/Text: taxclaim@countyofberks.com | Oct 26 2024 01:13:00 | Berks County Tax Claim Bureau, 633 Court Street 2nd Floor, Reading, PA 19601-3552 |
| 14927559 | + Email/Text: taxclaim@countyofberks.com | Oct 26 2024 01:13:00 | Berks County Tax Claim Bureau, 633 Court Ste #2B, Reading, Pa 19601-4300 |
| 14933455 | + Email/Text: taxclaim@countyofberks.com | Oct 26 2024 01:13:00 | Berks County Tax Claim Bureau, 633 Court Street # 2B, Reading, PA 19601-4300 |
| 14927555 | ^ MEBN | Oct 26 2024 00:26:52 | Duane Morris LLP, 30 S. 17th Street, Philadelphia Pa 19103-4196 |
| 14936172 | EDI: PENNDEPTREV | Oct 26 2024 04:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14936172 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 26 2024 01:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14933962 | + Email/Text: enotifications@santanderconsumerusa.com | Oct 26 2024 01:14:00 | SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |

TOTAL: 12

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 14933459 | | Cornerstone Law Firm |
| 14933462 | | Jason Scott Jordan |
| 14933467 | | Santander Bank |
| 14933453 | *+ | All Web Leads, 7300 Rm 2222, Bldg 2 Suite 100, Austin, TX 78730-3233 |
| 14933457 | *+ | Cardflex, Inc., 2195 American Ave #A, Costa Mesa, CA 92627-3922 |
| 14933458 | *+ | Complete Business Solutions Group, Inc, dba PAR Funding, 141 N. 2nd Street, Philadelphia, PA 19106-2009 |
| 14933460 | *+ | Duane Morris LLP, 30 S. 17th Street, Philadelphia, PA 19103-4196 |
| 14927550 | *+ | Internal Revenue Service, 600 Arch Street, Philadelphia Pa 19106-1695 |
| 14933461 | *+ | Internal Revenue Service, 600 Arch Street, Philadelphia, PA 19106-1695 |
| 14933465 | *+ | Producer Advance, LLC, 1625 S. Congress Avenue, Suite 200B, Delray Beach, FL 33445-6304 |
| 14933466 | *+ | Rush Law Group, LLC, 38 N. 6th Street, Reading, PA 19601-3523 |
| 14933470 | *+ | WBL SPO II, LLC, 150 Clearbrook Road, Suite 125, Elmsford, NY 10523-1147 |

TOTAL: 3 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2024            Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2024 at the address(es) listed below:**

**Name**                        **Email Address**

District/off: 0313-4                                     User: admin                                          Page 3 of 3

Date Rcvd: Oct 25, 2024                              Form ID: 309E1                                 Total Noticed: 34

Albert Anthony Ciardi, III
                    on behalf of Debtor Alan Christopher Redmond aciardi@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

DANIEL S. SIEDMAN
                    on behalf of Debtor Alan Christopher Redmond dsiedman@ciardilaw.com  dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

DAVID P. HEIM
                    on behalf of Debtor Alan Christopher Redmond dheim@bochettoandlentz.com  mtrout@bochettoandlentz.com

DAVID P. HEIM
                    on behalf of Seguro Medico  LLC dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com

JESSICA M. GULASH
                    on behalf of Creditor WBL SPO I  LLC jgulash@lbmlaw.com

JESSICA M. GULASH
                    on behalf of Creditor World Business Lenders  LLC jgulash@lbmlaw.com

JESSICA M. GULASH
                    on behalf of Creditor WBL SPO II  LLC jgulash@lbmlaw.com

JOEL A. READY
                    on behalf of Petitioning Creditor Cornerstone Law Firm  LLC joel@cornerstonelaw.us

JOEL A. READY
                    on behalf of Petitioning Creditor Jason Scott Jordan joel@cornerstonelaw.us

JOEL A. READY
                    on behalf of Petitioning Creditor Ethan Shalter joel@cornerstonelaw.us

MATTHEW GREGORY BRUSHWOOD
                    on behalf of C. Malcolm Smith  III mbrushwood@barley.com,
                    jrachor@barley.com;cbrelje@barley.com;tshober@barley.com;dkline@barley.com;ageoghegan@barley.com

NICOLE MARIE NIGRELLI
                    on behalf of Debtor Alan Christopher Redmond nnigrelli@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 13

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | **Alan Christopher Redmond**<br>First Name   Middle Name   Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _ – _ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court:   Eastern District of Pennsylvania | | Date case filed for chapter:   11   9/3/24 |
| Case number:   24–13093–pmm | | |

## Official Form 309E1 (For Individuals or Joint Debtors)
# Notice of Chapter 11 Bankruptcy Case

**12/22**

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 11 plan may result in a discharge of debt. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 10 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Alan Christopher Redmond | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2005 Regency Drive<br>Wyomissing, PA 19610 | |
| 4. | **Debtor's attorney**<br>Name and address | Albert Anthony Ciardi III<br>Ciardi Ciardi & Astin<br>1905 Spruce Street<br>Philadelphia, PA 19103 | Contact phone  215–557–3550<br><br>Email  aciardi@ciardilaw.com |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | United States Bankruptcy Court<br>Office of the Clerk, Gateway Building<br>201 Penn Street, 1st Floor<br>Reading, PA 19601 | Hours open:<br>Philadelphia Office –– 9:00 A.M. to 4:00 P.M;<br>Reading Office –– 9:00 A.M. to 4:00 P.M.<br><br>Contact phone  (610)2085040<br><br>Date: 10/25/24 |

**For more information, see page 2 >**

Debtor  **Alan Christopher Redmond**                                            Case number **24–13093–pmm**

| **6.** **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 22, 2024 at 10:30 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **The Mtg of Creditors will be conducted, via telephonic conference.All interested, parties shall contact the Trustee, for connection details** |
|---|---|---|

| **7.** **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint objecting to discharge or to challenge whether certain debts are dischargeable (see line 10 for more information):** • if you assert that the debtor is not entitled to receive a discharge of any debts under 11 U.S.C. § 1141(d)(3), the deadline is the first date set for hearing on confirmation of the plan. The court or its designee will send you notice of that date later. • if you want to have a debt excepted from discharge under 11 U.S.C. § 523(a)(2), (4), or (6), **the deadline is: _____.**<br><br>**Deadline for filing proof of claim:**<br>**For a governmental unit:**                          3/3/25<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless: • your claim is designated as *disputed*, *contingent*, or *unliquidated*; • you file a proof of claim in a different amount; or • you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.<br><br>**Deadline to object to exemptions:**                    **Filing Deadline:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection.                    30 days after the *conclusion* of the meeting of creditors |
|---|---|

| **8.** **Creditors with a foreign address** | If you are a creditor receiving mailed notice at a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|

| **9.** **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate the debtor's business. |
|---|---|

| **10.** **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of a debt. See 11 U.S.C. § 1141(d). However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you believe that a particular debt owed to you should be excepted from the discharge under 11 U.S.C. § 523 (a)(2), (4), or (6), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1141 (d)(3), you must file a complaint and pay the filing fee in the clerk's office by the first date set for the hearing on confirmation of the plan. The court will send you another notice telling you of that date. |
|---|---|

| **11.** **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 7. |
|---|---|