UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE                                        :        Chapter 11
                                             :
ALAN CHRISTOPHER REDMOND                     :
                                             :
                                             :
                                             :
                                             :
               Debtor.                       :        Bankruptcy No.:  24-13093 (PMM)


**NOTICE OF TELEPHONE NUMBER FOR SECTION 341(a) MEETING OF
CREDITORS**


The Section 341(a) Meeting of Creditors will be held telephonically on **Friday,
November 22, 2024 at 10:30 AM (EST).**

Any party wishing to participate may call the conference line at that time at **1-877-685-
3103 authorization code 6249335.**


ANDREW R. VARA
United States trustee
for Regions 3 and 9


By:        ___*/s/ Kevin P. Callahan*_____
           Kevin P. Callahan, Trial Attorney
           Office of the United States Trustee
           Robert N.C. Nix Sr. Federal Bldg.
           900 Market Street, Room 320
           Philadelphia, PA 19107
           Telephone: (215) 597-4411
           E-Mail: Kevin.P.Callahan@usdoj.gov

DATED:  October 28, 2024