**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| *In re:* | : | **Chapter 11** |
| | : | |
| **ALAN CHRISTOPHER REDMOND,** | : | |
| | : | **No. 24-13093 (PMM)** |
| Debtor. | : | |

**NOTICE OF DEBTOR'S APPLICATION TO EMPLOY RUSH LAW GROUP
AS SPECIAL COUNSEL TO DEBTOR NUNC PRO TUNC TO THE PETITION DATE**

TO:  Office of the U.S. Trustee, Rule 2002 Parties, All Creditors and Parties-in-Interest:

NOTICE IS HEREBY GIVEN THAT:

1.  On September 3, 2024, an Involuntary Petition was filed against Alan Christopher Redmond under Chapter 11 of Title 11 of the United States Code.

2.  An Application of Debtor to Employ Rush Law Group as Special Counsel to the Debtor Nunc Pro Tunc to the Petition Date (the "Application") has been filed with the United States Bankruptcy Court for the Eastern District of Pennsylvania, Robert N.C. Nix, Sr. Federal Building, Attn:  Clerk's Office, 900 Market Street, Philadelphia, PA  19107, where it is available for inspection during normal business hours.

3.  The Debtor has determined that it requires the services of special counsel.

4.  The fees and services to be provided to the Debtor by Rush Law Group are fully outlined in the Declaration of William Rush, Esquire, which is attached to the Application, and are incorporated herein by reference.

5.  Any creditor, party in interest, or the Office of the United States Trustee, may file an answer, objection, or other responsive pleading to the Application with the United States Bankruptcy Court for the Eastern District of Pennsylvania, Robert N.C. Nix, Sr. Federal Building, Attn:  Clerk's Office, 900 Market Street, Philadelphia, PA  19107, and serve a copy upon counsel

for the Debtor whose name and address appear below within eight (8) calendar days of the date of this Notice. Any creditor, party in interest, or the United States Trustee, may request a hearing in writing stating the reason why a hearing is necessary.

6. In the absence of any answers, objections, responsive pleadings, or requests for a hearing, the Court may enter an Order approving the Application to Employ Rush Law Group as Special Counsel to the Debtor Nunc Pro Tunc to the Petition Date.

**CIARDI CIARDI & ASTIN**

Dated: October 29, 2024

By: */s/ Nicole M. Nigrelli*

Albert A. Ciardi, III, Esquire
Nicole M. Nigrelli, Esquire
1905 Spruce Street
Philadelphia, PA  19103
(215) 557-3550
(215) 557-3551 fax
aciardi@ciardilaw.com
nnigrelli@ciardilaw.com

*Counsel to Debtor*