**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| *In re:* | | **Chapter 11** |
| | : | |
| **ALAN CHRISTOPHER REDMOND,** | : | |
| | : | **No. 24-13093 (PMM)** |
| **Debtor.** | : | |

**ORDER APPROVING APPLICATION OF RUSH LAW GROUP, LLC**
**AS SPECIAL COUNSEL NUNC PRO TUNC TO THE PETITION DATE**

**AND NOW**, this     day of          , 2024 upon consideration of the

Application of the Debtor to Employ Rush Law Group, LLC as Special Counsel *Nunc*

*Pro Tunc* to the Petition Date, it is ORDERED and DECREED that Debtor's Application

to Employ Rush Law Group, LLC as Special Counsel *nunc pro tunc* to the Petition Date

is APPROVED; and it is further

ORDERED and DECREED that Debtor may employ Rush Law Group, LLC as

special counsel in the Litigation (as defined in the Application) to advise him upon all

matters which may arise, or which may be incident to this proceeding, said firm to be

paid at such compensation as the Court shall allow, pursuant to a proper Application in

accordance with Sections 330 and 331 of the Bankruptcy Code as well as In re Busy

Beaver Building Centers, Inc., 19 F.3d 833 (3rd Cir. 1994); and it is further

ORDERED and DECREED that, by agreement of Rush Law Group, LLC, the

$5,750.00 owed to Rush Law Group, LLC in pre-petition fees, which is not waived by

Rush Law Group, LLC, will only be paid by the Debtor through a confirmed Plan of

Reorganization or other distribution to all similarly situated creditors (or by a guarantor

or other obligor of such fees outside of the bankruptcy case).

BY THE COURT:

_____

THE HONORABLE PATRICIA M. MAYER,
UNITED STATES BANKRUPTCY JUDGE