**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

*In re:*

                                                   **Chapter 11**

**ALAN CHRISTOPHER REDMOND,**

              **Debtor.**                        **Case No. 24-13093 (PMM)**

## CERTIFICATE OF SERVICE

I, Daniel S. Siedman, Esquire, hereby caused on this 29th day of October, 2024 served the

*Notice of Application and Application to Retain Rush Law Group as Special Counsel to the*

*Debtor, Nunc Pro Tunc to the Petition Date* via United States first class mail upon the

following:

                                       **CIARDI CIARDI & ASTIN**

                          By:      ***/s/ Daniel S. Siedman***
                                     Daniel S. Siedman, Esquire
                                     1905 Spruce Street
                                     Philadelphia, PA  19103
                                     T (215) 557-3550
                                     F (215) 557-3551
                                     dsiedman@ciardilaw.com

**ALAN CHRISTOPHER REDMOND**
**24-13093 (PMM)**

**2002 & US Trustee list**

Kevin Callahan, Esquire
**Office of US Trustee**
900 Market Street, Suite 320
Philadelphia, PA 19106

**Alan Christopher Redmond**
c/o David P. Heim, Esquire
Bochetto & Lentz PC
1524 Locust Street
Philadelphia, PA 19102

**World Business Lenders, LLC**
**WBL SPO I, LLC & WBL SPO III, LLC**
c/o Jessica Gulash, Esquire
Lundy, Beldecos & Milby, P.C.
450 N. Narberth Avenue
Narberth, PA 19072

**Cornerstone Law Firm**
**Ethan Shalter & Jason Scott Jordan**
c/o Joel A. Ready, Esquire
Cornerstone Law Firm
8500 Allentown Pike, Ste 3
Blandon, PA 19510

**C. Malcolm Smith, III**
c/o Matthew Gregory Brushwood, Esquire
Barley Snyder
2755 Century Blvd
Wyomissing, PA 19610

**Santander Consumer USA**
c/o William E. Craig, Esquire
Eisenberg Gold & Agrawal, P.C.
1040 Kings Hwy N #200
Cherry Hill, NJ 08034

**Petitioning creditors**

Jason Scott Jordan
10802 Northwest 56th Court
Coral Springs, Florida 33046

Cornerstone Law Firm
c/o Joel Ready
8500 Allentown Pike, Suite 3
Blandon, PA 19510

Ethan Shalter
1360 Philip Ave
Birdsboro, PA 19508

**creditors**

All Web Leads
7300 RM 2222
Bldg 2 Ste 100
Austin, TX 78730

American Workers Insurance Services, Inc.
(AWIS)
2305 Ridge Rd, Unit 205,
Rockwall, TX 75087

Berks County Tax Claim Bureau
633 Court St # 2B,
Reading, PA 19601

Cardflex. Inc.
2195 American Ave. #A,
Costa Mesa, CA 92627

Complete Business Solutions Group, Inc.
d/b/a PAR Funding
141 N.2nd Street
Philadelphia, PA 19106

Duane Morris LLP
30 S. 17th Street
Philadelphia, PA 19103

Producer Advance, LLC
1625 S Congress Avenue | Suite 200B |
Delray Beach, FL 33445

Rush Law Group, LLC
38 N. 6th Street,
Reading, PA 19601

Santander Bank
601 Penn St, #1050
Reading, PA 19601

Santander Consumer USA
PO Box 961245
Fort Worth, TX 76161-0244

Santander Bank
2220 State Hill Road
Reading, PA 19610-1904

Seguro Medico, LLC
2706 Philmay Terrace
Reading, PA 19606-2220

U.S. Department of Labor
1835 Market Street
Mailstop SOL/22
Philadelphia, PA 19103-2968

**Government agencies**

Internal Revenue Service
600 Arch Street
Philadelphia, PA

Pennsylvania Dept of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

Pennsylvania UC Tax Services
Labor & Industry Building
651 Boas Street, Suite 1113
Harrisburg, PA 17121

Pennsylvania Dept. of Revenue
Strawberry Square, 11th Floor
Harrisburg, Pennsylvania

PA Dept of Labor and Industry – UCTS
c/o Carla Arias
Bankruptcy & Compliance Unit
625 Cherry Street; Room 203
Reading, PA 19602-1152

Office of Attorney General
c/o Carol E. Momjian, Esquire
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603

Commonwealth of PA
Pennsylvania Office of Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120

PA Dept of Labor & Industry – UCTS
Bankruptcy & Compliance Unit
c/o Joseph Kots
625 Cherry Street; Room 203
Reading, PA 19602-1152

SEC
One Penn Center
1617 JFK Blvd., Suite 520
Philadelphia, PA 19103

Office of Tax & Revenue
Office of the Chief Financial Officer
1101 4th Street, SW - Suite W270
Washington, DC 20024

United States Attorney's Office
For the Eastern District of PA
615 Chestnut Street, Suite 1250
Philadelphia, PA 19107