**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ALAN CHRISTOPHER REDMOND | Bankruptcy No. 24-13093-PMM |
| | Involuntary Chapter 11 |

## ORDER

AND NOW, this _____ day of November, 2024, upon consideration of Debtor's Application to Employ Rush Law Group as Special Counsel Nunc Pro Tunc to the Petition Date (the "Application") [ECF No. 103-1], the Declaration by Attorney William Rush [ECF No. 103-2], and the Response in Opposition by Jason Scott Jordan and Cornerstone Law Firm, LLC, it is ORDERED as follows:

(1)     The Application is denied without prejudice to renew following the Section 341 meeting, after requesting the concurrence of the Assistant U.S. Trustee and determining whether Debtor is obligated to amend his Schedules, and in compliance by Debtor's counsel with this Order.

(2)     Counsel for Debtor shall sign any renewed Application itself in accordance with Fed. R. Bank. P. 9011 and refrain from hybrid representation. Counsel for Debtor is instructed to fully and reasonably investigate the merits of the Application and to look for evidence corroborating any assertions by the Debtor and to identify the source, manner, and purposes of the payments to Rush Law Group and to any other creditors pre-Petition, and whether the same are subject to any provisions of the Bankruptcy Code or as a special fund payable to the Government of the United States under 26 U.S.C. § 7501.

(3)     The Court hereby refers such Application to the Assistant U.S. Trustee in this district to reasonably investigate the merits of the same and any other pre-Petition transfer by the Debtor and

1

to permit questioning into any pre-Petition transfers at the Section 341 meeting.

BY THE COURT:

By: _____

Hon. Patricia M. Mayer
U.S. Bankruptcy Judge

2