**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In Re: Alan Christopher Redmond
     Debtor(s)

Case No: 24–13093–pmm

Chapter: 11

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Judge to consider:

Jason Scott Jordan's Response in Opposition to Debtor's Application to Employ Rush Law Group as Special Counsel Nunc Pro Tunc.

     on: 11/26/24

     at: 11:00 AM

     in: 201 Penn Street, 4th Floor, Reading, PA 19601

For The Court

Date:  11/7/24

Timothy B. McGrath
Clerk of Court

107 – 106
Form 167