**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Alan Christopher Redmond** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known) | **24-13093** |

■ Check if this is an amended filing

## B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders                    12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1**    **List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.**

| | | **Unsecured claim** |
|---|---|---|

**1**

**All Web Leads**
**7300 Rm 2222**
**Bldg 2 Suite 100**
**Austin, TX 78730**

What is the nature of the claim? _____    **$667,413.87**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  Value of security:    - _____
  Unsecured claim    _____

Contact _____

Contact phone _____

**2**

**American Workers Ins Services, Inc.**
**2305 Ridge Rd, Unit 205**
**Rockwall, TX 75087**

What is the nature of the claim? _____    **$8,000,000.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  Value of security:    - _____

Contact _____

Debtor 1   **Alan Christopher Redmond**                          Case number *(if known)*   **24-13093**

Contact phone                          Unsecured claim

---

**3**

**Berks County Tax Claim Bureau**
**633 Court Street # 2B**
**Reading, PA 19601**

| What is the nature of the claim? | | $64,357.98 |
|---|---|---|

**As of the date you file, the claim is: Check all that apply**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security:  -
  - Unsecured claim

Contact

Contact phone

---

**4**

**Bochetto Lentz**
**1524 Locust Street**
**Philadelphia, PA 19102**

| What is the nature of the claim?  **Legal Fees** | $41,333.46 |
|---|---|

**As of the date you file, the claim is: Check all that apply**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security:  -
  - Unsecured claim

Contact

Contact phone

---

**5**

**Cardflex, Inc.**
**2195 American Ave #A**
**Costa Mesa, CA 92627**

| What is the nature of the claim? | | $805,000.00 |
|---|---|---|

**As of the date you file, the claim is: Check all that apply**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security:  -
  - Unsecured claim

Contact

Contact phone

---

**6**

**Complete Business Solutions**
**Group, Inc**
**dba PAR Funding**
**141 N. 2nd Street**
**Philadelphia, PA 19106**

| What is the nature of the claim? | | $35,239,618.31 |
|---|---|---|

**As of the date you file, the claim is: Check all that apply**
- ■ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

---

Debtor 1    **Alan Christopher Redmond**                                    Case number *(if known)*    **24-13093**

---

Does the creditor have a lien on your property?

■ No

☐ Yes. Total claim (secured and unsecured)

Contact                                                Value of security:    - _____

Contact phone                                          Unsecured claim       _____

---

**7** ■

**Cornerstone Law Firm**
**c/o Joel A. Ready, Esquire**
**8500 Allentown Pike, Suite 3**
**Blandon, PA 19510**

What is the nature of the claim?    _____    **$10,484.50**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?

■ No

☐ Yes. Total claim (secured and unsecured)

Contact                                                Value of security:    - _____

Contact phone                                          Unsecured claim       _____

---

**8** ■

**Duane Morris LLP**
**30 S. 17th Street**
**Philadelphia, PA 19103**

What is the nature of the claim?    _____    **$128,402.26**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No

☐ Yes. Total claim (secured and unsecured)

Contact                                                Value of security:    - _____

Contact phone                                          Unsecured claim       _____

---

**9** ■

**Holly Smith Miller, Esq.**
**Gellert Scali Busenkell & Brown,**
**LLC**
**901 Market Street, Suite 3020**
**Philadelphia, PA 19107**

What is the nature of the claim?    **Counsel to the Trustee**    **$41,000.00**
**in the National**
**Brokers Bankruptcy**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No

☐ Yes. Total claim (secured and unsecured)

Contact                                                Value of security:    - _____

Contact phone                                          Unsecured claim       _____

---

| Debtor 1 | **Alan Christopher Redmond** | Case number *(if known)* | **24-13093** |
|---|---|---|---|

**10**

**Internal Revenue Service**
**600 Arch Street**
**Philadelphia, PA 19106**

What is the nature of the claim?     **$1,054,856.04**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

Contact

Contact phone

---

**11**

**Jason Scott Jordan**
**c/o Joel A. Ready, Esquire**
**Cornerstone Law Firm, LLC**
**8500 Allentown Pike, Suite 3**
**Blandon, PA 19510**

What is the nature of the claim?     **$13,105,197.20**

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

Contact

Contact phone

---

**12**

**Pennsylvania Dept of Revenue**
**Strawberry Square, 11th Floor**
**Harrisburg, PA 17101**

What is the nature of the claim?     **$43,009.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

Contact

Contact phone

---

**13**

**Pennsylvania UC Tax Services**
**Labor & Industry Bldg**
**651 Boas Street, Ste 1113**
**Harrisburg, PA 17121**

What is the nature of the claim?     **$103,589.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ■ No

---

| Debtor 1 | Alan Christopher Redmond | Case number *(if known)* | 24-13093 |
|---|---|---|---|

| Contact | | ☐ Yes. Total claim (secured and unsecured) | |
| | | Value of security: | - |
| Contact phone | | Unsecured claim | |

---

**14**

Producer Advance, LLC
1625 S. Congress Avenue
Suite 200B
Delray Beach, FL 33445

**What is the nature of the claim?**     $942,609.36

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security: -
    Unsecured claim

Contact

Contact phone

---

**15**

Rush Law Group, LLC
38 N. 6th Street
Reading, PA 19601

**What is the nature of the claim?**     $5,843.11

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security: -
    Unsecured claim

Contact

Contact phone

---

**16**

Small Business Association
14925 Kingsport Road
Fort Worth, TX 76155

**What is the nature of the claim?**     Gauranty for EIDL Loan related to National Brokers     $2,000,000.00

**As of the date you file, the claim is: Check all that apply**
■ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security: -
    Unsecured claim

Contact

Contact phone

---

**17**

Small Business Association

**What is the nature of the claim?**     Guaranty for EIDL Loan related to Bene Market, LLC     $2,000,000.00

---

Debtor 1    **Alan Christopher Redmond**                          Case number *(if known)*    **24-13093**

**14925 Kingsport Road**
**Fort Worth, TX 76155**

**As of the date you file, the claim is: Check all that apply**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)

Contact

Value of security:

Contact phone

Unsecured claim

---

18    **US Dept of Labor**
**1835 Market Street**
**Mailstop SOL/22**
**Philadelphia, PA 19103**

**What is the nature of the claim?**                    **$1,379,100.46**

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)

Contact

Value of security:

Contact phone

Unsecured claim

---

**Part 2:    Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X _____        X _____
**Alan Christopher Redmond**                   Signature of Debtor 2
Signature of Debtor 1

Date    **November 6, 2024**                   Date _____