**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re   **Alan Christopher Redmond** _____   Case No.   **24-13093** _____

Debtor(s)                              Chapter   **11** _____

## VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **November 6, 2024** _____

_____
**Alan Christopher Redmond**
Signature of Debtor

All Web Leads
7300 Rm 2222
Bldg 2 Suite 100
Austin, TX 78730


American Workers Ins Services, Inc.
2305 Ridge Rd, Unit 205
Rockwall, TX 75087


Bene Market, LLC
8 Morgan Drive
Reading, PA 19608


Berks County Tax Claim Bureau
633 Court Street # 2B
Reading, PA 19601


Bochetto Lentz
1524 Locust Street
Philadelphia, PA 19102


Cardflex, Inc.
2195 American Ave #A
Costa Mesa, CA 92627


Complete Business Solutions Group, Inc
dba PAR Funding
141 N. 2nd Street
Philadelphia, PA 19106


Cornerstone Law Firm
c/o Joel A. Ready, Esquire
8500 Allentown Pike, Suite 3
Blandon, PA 19510


Duane Morris LLP
30 S. 17th Street
Philadelphia, PA 19103

Holly Smith Miller, Esq.
Gellert Scali Busenkell & Brown, LLC
901 Market Street, Suite 3020
Philadelphia, PA 19107


Internal Revenue Service
600 Arch Street
Philadelphia, PA 19106


Jason Scott Jordan
c/o Joel A. Ready, Esquire
Cornerstone Law Firm, LLC
8500 Allentown Pike, Suite 3
Blandon, PA 19510


Matthew Murrary
2005 Regency Drive
Reading, PA 19610


Mercedes Benz of West Chester
1260 Wilmington Pike
West Chester, PA 19382


National Brokers of America, Inc.
354 Penn Street,
PA 19062


National Brokers of America, Inc.
354 Penn Street,
Reading, PA 19062


Pennsylvania Dept of Revenue
Strawberry Square, 11th Floor
Harrisburg, PA 17101


Pennsylvania UC Tax Services
Labor & Industry Bldg
651 Boas Street, Ste 1113
Harrisburg, PA 17121

Producer Advance, LLC
1625 S. Congress Avenue
Suite 200B
Delray Beach, FL 33445


Rush Law Group, LLC
38 N. 6th Street
Reading, PA 19601


Santander Bank
2220 State Hill Road
Reading, PA 19610


Seguro Medico, LLC
2706 Philmay Terrace
Reading, PA 19606


Small Business Association
14925 Kingsport Road
Fort Worth, TX 76155


US Dept of Labor
1835 Market Street
Mailstop SOL/22
Philadelphia, PA 19103


Verizon -
PO Box 15124
Albany, NY 12212-5124


WBL SPO II, LLC
150 Clearbrook Road
Suite 125
Elmsford, NY 10523