**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| *In re:* | : | **Chapter 11** |
| | : | |
| **ALAN CHRISTOPHER REDMOND,** | : | |
| | : | **No. 24-13093 (PMM)** |
| Debtor. | : | |
| | : | |

**SECOND SUPPLEMENTAL DECLARATION OF WILLIAM RUSH, ESQUIRE, PURSUANT TO 11 U.S.C. § 327(e) AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 2014, IN SUPPORT OF THE DEBTOR'S APPLICATION TO EMPLOY RUSH LAW GROUP, LLC AS SPECIAL COUNSEL TO THE DEBTOR**

I, William Rush, Esquire, being duly sworn according to law, make this Second Supplemental Declaration and state as follows:

1.      As I previously stated, I am a Member of Rush Law Group, LLC ("RLG"), with offices located at 38 N. 6th Street, Reading, Pennsylvania, and I am admitted to practice in the Commonwealth of Pennsylvania, the United States District Court for the Eastern District of Pennsylvania and this Court, among others.

2.      I submit this second supplemental declaration pursuant to Federal Rule of Bankruptcy Procedure 2014 and in further support of the application (the "Application") of Alan Christopher Redmond (the "Debtor") to retain RLG as Special Counsel.

3.      On November 6, 2024, Jason Scott Jordan filed an objection ("Jordan Objection") to the Application. *See* 106.

4.      In response to the Jordan Objection and to clarify my proposed employment, on November 19, 2024, I filed a supplemental declaration (the "Supplemental Declaration") in support of the Application. *See* DN 122.

5.      As set forth in the Supplemental Declaration, within the ninety (90) days prior to the filing of the involuntary bankruptcy petition, RLG did not receive any money from the Debtor

1

but rather received funds from Third Parties *on behalf of the debtor*, namely Shannon Kroemmelbein and entities that Ms. Kroemmelbein controls. Those payments received by RLG were listed in paragraph 5 of the Application and set forth the date and the amount paid to RLG. *See* DN 103 at ¶5. Further, RLG has not received a 1099 from Debtor in every year RLG was able to examine dating back to 2018.

6.    To be clear, RLG has represented and continues to represent Shannon Kroemmelbein and entities that Ms. Kroemmelbein controls including: Seguro Medico, LLC and ARC Realty, LLC. Further, I have worked for and with Ms. Kroemmelbein on various personal legal matters. My representation of Ms. Kroemmelbein and her business interests date back to January of 2019. Ms. Kroemmelbein and Debtor have each executed conflict waivers where the potential for conflicts may have arisen or may potentially arise.

7.    RLG has listed all the matters where it is representing the Debtor in both its Application and Supplemental Declaration.

8.    As this Court is aware, RLG is seeking to be retained as special counsel to the Debtor which is governed by 11 U.S.C. §327 (e). RLG has and will continue to comply with the statute.

9.    As acknowledged in the Supplemental Declaration, RLG is aware that the Debtor will be unable to pay any fees to RLG until further order of this Court and upon proper application to the Court.

10.    Moreover, as set forth in its prior pleadings, RLG is seeking approval of its employment from the date it filed the Application, October 29, 2024 (not the Petition Date). RLG reserves all rights to seek compensation for any amounts from the Petition Date forward and all parties reserve their rights to object to such compensation.

11. As previously acknowledged, there have been no payments to RLG by the Debtor since the Petition Date.

12. To the best of my knowledge, information and belief, other than that which has been previously disclosed, neither I nor any member of RLG, holds any interest adverse to the above-entitled bankruptcy estate which would disqualify it from representing the Debtor, and said law firm is a disinterested person as defined in 11 U.S.C. § 101(14).

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information and belief.

Dated: December 6, 2024

By: _____
William Rush, Esquire