**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ALAN CHRISTOPHER REDMOND | Bankruptcy No. 24-13093-PMM |
| | Involuntary Chapter 11 |

**ORDER**

AND NOW, this _____ day of the month of _____, 2025, upon consideration of Jason Scott Jordan's Objections to Property Claimed as Exempt by the Debtor under 11 U.S.C. § 522, and having afforded the Debtor and parties-in-interest an opportunity to be heard, it is ORDERED and DECREED as follows:

(1)    The objection under 11 U.S.C. § 522(d)(1) to the $27,900.00 exemption on the real property at 2005 Regency Drive, Reading, PA 19610, is SUSTAINED WITH PREJUDICE.

(2)    The objection under 11 U.S.C. § 522(d)(2) to the 2021 Mercedes Benz S580 and 2017 Cadillac Escalade is SUSTAINED WITHOUT PREJUDICE of the Debtor to amend by specifying only one vehicle and at the statutory limit.

(3)    The objection under 11 U.S.C. § 522(d)(3) to the $10,000.00 in Household Furniture and $1,000.00 in Miscellaneous Electronic Devices, all situated at 2005 Regency Drive, Reading, PA 19610, is SUSTAINED WITH PREJUDICE.

(4)    The objection under 11 U.S.C. § 522(d)(4) to the $10,000.00 Cartier Watch is SUSTAINED WITHOUT PREJUDICE of the Debtor to amend by specifying the statutory limit.

BE IT FURTHER ORDERED that any equity in any property claimed as exempt by the Debtor, over and above any statutory limits under 11 U.S.C. § 522(d), be preserved for the benefit of the creditors of this estate.

BY THE COURT

By: _____

Hon. Patricia M. Mayer, *J.*