**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ALAN CHRISTOPHER REDMOND | Bankruptcy No. 24-13093-PMM |
| | Involuntary Chapter 11 |

**NOTICE OF JASON SCOTT JORDAN'S APPLICATION TO PARTIALLY LIFT THE
AUTOMATIC STAY**

1.      NOTICE IS HEREBY GIVEN to the Debtor, the U.S. Trustee, their attorneys, and to other interested parties that on January 7, 2025 at 11:00 a.m., in Courtroom 4th Floor, United States Bankruptcy Court, Reading Office, 201 Penn Street, Suite 103, Reading, PA 19601, Jason Scott Jordan in the above-captioned matter will apply to this Court for an Order granting partial relief from the automatic stay as to Debtor and Debtor's bankruptcy estate on the grounds set forth in the within Application.

2.      This Application is being heard on REGULAR NOTICE pursuant to Local Bankruptcy Rule 9013-1. If you wish to oppose this Application, you must file a written response to this Application with the Bankruptcy Court and serve a copy of it upon undersigned counsel at the address set forth above no less than 14 days before the above hearing and appear at the hearing on this Application.

3.      You may contact the Bankruptcy Clerk's office to obtain a copy of an approved court form for use in preparing your response, or you may prepare your response using the format required by Local Bankruptcy Rule 1002-1.

4.      If you fail to fail to file a response to the Application or fail to appear at the hearing, the Court may treat such failure as a waiver of your right to oppose the Application and may grant the requested relief.

1

Respectfully submitted,

**CORNERSTONE LAW FIRM, LLC**

Dated: December 6, 2024          By:     /s/ Joel A. Ready
                                         Joel A. Ready, Esquire
                                         PA Attorney I.D. # 321966
                                         Benjamin J. Lewis, Esquire
                                         PA Attorney I.D. # 313733
                                         8500 Allentown Pike, Suite 3
                                         Blandon, PA 19510
                                         (610) 926-7875

2