**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ALAN CHRISTOPHER REDMOND | Bankruptcy No. 24-13093-PMM |
| | Involuntary Chapter 11 |

**ORDER**

AND NOW, this _____ day of the month of _____, 2025, upon consideration of Jason Scott Jordan's Application to Partially Lift the Automatic Stay, and having afforded the Debtor and parties-in-interest an opportunity to be heard, it is ORDERED and DECREED that such Application is GRANTED as follows: The automatic stay under 11 U.S.C. § 362 is hereby lifted as it applies to all claims and defenses by any party to the Removed State Action of <u>Jason Scott Jordan v. Bene Market, LLC et al.</u>, C.A. No. 22-11757 (C.P. Berks), provided such action is removed into this Court. The Clerk is directed to docket and assign an Adversary Proceeding Number to the Removed State Action, if not already done.

BY THE COURT

By: _____
Hon. Patricia M. Mayer, *J.*