**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ALAN CHRISTOPHER REDMOND | Bankruptcy No. 24-13093-PMM |
| | Involuntary Chapter 11 |

**NOTICE OF JASON SCOTT JORDAN'S MOTION (FIRST) TO COMPEL THE
ASSISTANT U.S. TRUSTEE AND TO EXTEND THE AUTOMATIC STAY TO ARC
REALITY, LLC**

1.      NOTICE IS HEREBY GIVEN to the Debtor, the U.S. Trustee, their attorneys, and to other interested parties that on January 7, 2025 at 11:00 a.m., in Courtroom 4th Floor, United States Bankruptcy Court, Reading Office, 201 Penn Street, Suite 103, Reading, PA 19601, Jason Scott Jordan in the above-captioned matter will apply to this Court for an Order granting relief on the grounds set forth in the within Motion.

2.      This Motion is being heard on REGULAR NOTICE pursuant to Local Bankruptcy Rule 9013-1. If you wish to oppose this Motion, you must file a written response to this Motion with the Bankruptcy Court and serve a copy of it upon undersigned counsel at the address set forth above no less than 14 days before the above hearing and appear at the hearing on this Motion.

3.      You may contact the Bankruptcy Clerk's office to obtain a copy of an approved court form for use in preparing your response, or you may prepare your response using the format required by Local Bankruptcy Rule 1002-1.

4.      If you fail to fail to file a response to the Motion or fail to appear at the hearing, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

Respectfully submitted,

1

**CORNERSTONE LAW FIRM, LLC**

Dated: December 6, 2024          By:     /s/ Joel A. Ready_____
                                                  Joel A. Ready, Esquire
                                                  PA Attorney I.D. # 321966
                                                  Benjamin J. Lewis, Esquire
                                                  PA Attorney I.D. # 313733
                                                  8500 Allentown Pike, Suite 3
                                                  Blandon, PA 19510
                                                  (610) 926-7875

2