**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ALAN CHRISTOPHER REDMOND | Bankruptcy No. 24-13093-PMM |
| | Involuntary Chapter 11 |

**ORDER**

AND NOW, this _____ day of the month of _____, 2025, upon consideration of Jason Scott Jordan's Motion (First) to Compel the Assistant U.S. Trustee and to Extend the Automatic Stay to ARC Realty, LLC, and having afforded the Debtor and parties-in-interest an opportunity to be heard, it is ORDERED and DECREED that such Motion is GRANTED as follows:

1.      Effective immediately, the Assistant U.S. Trustee in this district is ordered to identify the assets of Shannon Kroemmelbein and to direct Shannon Kroemmelbein to segregate her wages and compensation from the Pottstown School District from all other assets transferred to her by the Debtor and that all income from the latter and all income from Seguro Medico, LLC, ABN Network, LLC, and ARC Realty, LLC, should be paid into a Debtor-in-Possession account. If Ms. Kroemmelbein does not voluntarily cooperate, then the Assistant U.S. Trustee is directed to make application to the Court for appropriate relief.

2.      Effective immediately, the automatic stay under 11 U.S.C. § 362 is hereby extended to ARC Realty, LLC, a Delaware limited liability company, until further order of the Court.

BY THE COURT

By:      _____
Hon. Patricia M. Mayer, *J.*