*Form 216* (3/23)–doc 133 – 128

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Alan Christopher Redmond | ) | Case No. 24–13093–pmm |
| | ) | |
| | ) | |
|    Debtor(s). | ) | Chapter: 11 |
| | ) | |
| | ) | |

## Notice Requiring Fee

A review of the court record indicates that the following outstanding fee is due to the bankruptcy court relating to the filing of the document noted:

Notice of Fee Due $199 Re: Application to Partially Lift the Automatic Stay filed by Petitioning Creditor Jason Scott Jordan, Petitioning Creditor Cornerstone Law Firm, LLC, Petitioning Creditor Ethan Shalter (related document(s)128). Fee due by 12/16/2024. (R., Donna)

Please login into CM/ECF (https://ecf.paeb.uscourts.gov) and pay these fees by clicking on the Utilities Menu and selecting the "Internet Payment Due" option. If you are having technical difficulties in processing your payment, please contact the court at 215–408–2800.

If the payment is not processed on or before December 16, 2024, this matter will be referred to the Court.

Date: December 9, 2024

For The Court

Timothy B. McGrath
Clerk of Court