IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :        Chapter 11
                                                :
ALAN CHRISTOPHER REDMOND,                       :        Bankruptcy No. 24-13093-PMM
                                                :
        Debtor.                                 :

**CERTIFICATE OF SERVICE**

I, Valeria Amato, Paralegal hereby certify that I served or caused to be served the documents listed below upon all counsel of record alerted by the ECF system and on the attached service list via first class mail postage pre-paid on the date indicated below.

Documents Served:

- Jason Scott Jordan's Objections to Property Claimed as Exempt with Notice of Jason Scott Jordan's Objections to Property Claimed as Exempt, and a Proposed Order
- Jason Scott Jordan's Application to Partially Lift the Automatic Stay with Notice of Jason Scott Jordan's Application to Partially Lift the Automatic Stay, and a Proposed Order

DATE: <u>December 9, 2024</u>                  By: _____
                                                     Valeria Amato
                                                     *Paralegal*