**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ALAN CHRISTOPHER REDMOND | Bankruptcy No. 24-13093-PMM |
| | Involuntary Chapter 11 |

**PRAECIPE FOR WITHDRAWAL OF JASON SCOTT JORDAN'S MOTION (FIRST) TO COMPEL THE ASSISTANT U.S. TRUSTEE AND TO EXTEND THE AUTOMATIC STAY TO ARC REALTY, LLC**

TO THE CLERK:

**PLEASE TAKE NOTICE** that Jason Scott Jordan hereby withdraws, without prejudice, his Motion (First) to Compel the Assistant U.S. Trustee and to Extend the Automatic Stay to ARC Realty, LLC at ECF No. 129, which has not been previously granted by this Court.

Respectfully submitted,

**CORNERSTONE LAW FIRM, LLC**

Dated: December 13, 2024      By:      /s/ Joel A. Ready
Joel A. Ready, Esquire
PA Attorney I.D. # 321966
Benjamin J. Lewis, Esquire
PA Attorney I.D. # 313733
8500 Allentown Pike, Suite 3
Blandon, PA 19510
(610) 926-7875

1