IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| ALAN CHRISTOPHER REDMOND, | : | Bankruptcy No. 24-13093-PMM |
| | : | |
| Debtor. | : | |

**CERTIFICATE OF SERVICE**

I, Valeria Amato, Paralegal hereby certify that I served or caused to be served the documents listed below and this Certificate of Service upon all counsel of record alerted by the ECF system, the addressees as listed below via first class mail postage pre-paid, and on the attached service list via first class mail postage pre-paid on the date indicated below.

**Documents served:**

- Jason Scott Jordan's Motion to Compel the Debtor to Deliver Property, to Extend the Automatic Stay to Arc Realty, LLC, and Related Relief – Document No. 140
- Proposed Order - Document No. 140-1
- Notice of Jason Scott Jordan's Motion to Compel the Debtor to Deliver Property, to Extend the Automatic Stay to Arc Realty, LLC, and Related Relief – Document No. 140-2
- Exhibits - Document No. 140-3

**Served via first class mail postage pre-paid:**

Shannon Kroemmelbein
c/o William Rush, Esq.
Rush Law Group, LLC
38 N. 6th Street
Reading, PA 19606

Shannon Kroemmelbein
2 High Road
Wyomissing, PA 19610

DATE: December 16, 2024

By: _Valeria Amato_____
Valeria Amato
*Paralegal*