**24-13093-pmm** Alan Christopher Redmond
**Case type:** bk **Chapter:** 11 **Vol:** i **Judge:** Patricia M. Mayer
**Date filed:** 09/03/2024 **Date of last filing:** 11/26/2024

# Creditors

**All Web Leads**
7300 FM 2222
Bldg 2, Ste 100
Austin, TX 78730

**American Workers Insurance Services Inc**.
c/o Justin J. Boron, Esquire
1600 Market St, Suite 1210
Philadelphia, PA 19103

**Alan Christopher Redmond, President of Bene
Market, LLC**
8 Morgan Drive
Reading, PA 19608

**Bene Market, LLC**
c/o Norman M. Valz, Esq.
441 Irvington Road
Drexel Hill, PA 19026

**Berks County Tax Claim Bureau**
c/o Socrates J. Georgeadis, Esq.
633 Court Ste #2B
Reading, Pa 19601

**Bochetto & Lentz, P.C.**
1524 Locust St.
Philadelphia, PA 19102

**Cardflex Inc.**
2195 American Ave, #A
Costa Mesa, CA 92627

**Complete Business Solutions Group Inc.**
c/o John W. Kettering, Esquire
1818 Market St., Suite 3402

Philadelphia, PA 19103

**Cornerstone Law Firm**
c/o Joel A. Ready, Esquire
8500 Allentown Pike, Suite 3
Blandon, PA 19510

**Duane Morris LLP**
30 S. 17th Street
Philadelphia, PA 19103

**Holly Smith Miller, Esquire**
Gellert Seitz Busenkell & Brown, LLC
901 Market Street, Suite 3020
Philadelphia, PA 19107

**Internal Revenue Service**
600 Arch Street
Philadelphia, PA 19106

**Jason Scott Jordan**
10802 Northwest 56th Ct.
Coral Springs, FL 33064

**Matthew Murray**
2005 Regency Drive
Reading, PA 19610

**Mercedes Benz of West Chester**
1260 Wilmington Pike
West Chester, PA 19382

**National Brokers of America, Inc.**
354 Penn Street
Reading, PA 19062

**Pennsylvania Department of Revenue**
Department 280946
Attn: Bankruptcy Division
Harrisburg, PA 17128-0946

**Pennsylvania UC Tax Services**
UC Tax Review Office
Labor & Industry Building
651 Boas Street, Suite 1113
Harrisburg, PA 17121

**Producer Advance LLC**
1625 S. Congress Ave, Suite 200
Delray Beach, FL 33445

**Rush Law Group LLC**
38 N. 6th Street
Reading, Pa 19601

**Santander Bank**
2220 State Hill Road
Reading, PA 19610

**Santander Consumer Usa Inc.**
P.O. Box 961245
Fort Worth, TX 76161

**Santander Consumer USA Inc.**
c/o William E. Craig, Esquire
Eisenberg Gold & Agrawal, P.C.
1040 Kings Hwy N #200
Cherry Hill Township, NJ 08034

**Seguro Medico, LLC**
2706 Philmay Terrace
Reading, PA 19606

**Seguro Medico, LLC**
c/o David P. Heim, Esquire
1524 Locust St.
Philadelphia, PA 19102

**Small Business Association**
14925 Kingsport Road
Fort Worth, TX 76155-2243

**U.S. Department of Labor**
c/o Kyle Stelmack, Esquire
1835 Market Street
Mail stop SOL /22
Philadelphia PA, 19103-2968

**United States Trustee**
Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Verizon**
c/o American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

**Verizon**
PO Box 15124
Albany, NY 12212-5124

**WBL SPO II LLC**
c/o Jessica Gulash, Esquire
450 N. Narberth Ave., Suite 200
Narberth, PA 19072

**Alan Christopher Redmond**
2005 Regency Drive
Wyomissing, PA 19610

**Albert Anthony Ciardi III**
Ciardi Ciardi & Astin
1905 Spruce Street
Philadelphia, PA 19103

**Daniel S. Siedman**
Ciardi Ciardi & Astin
1905 Spruce Street
Philadelphia, PA 19103

**David P. Heim, Esquire**
Bochetto & Lentz, P.C.
1524 Locust Street
Philadelphia, PA 19102

**Ethan Shalter**
1360 Phillip Ave.
Birdsboro, PA 19508

**Nicole Marie Nigrelli**
Ciardi Ciardi & Astin
1905 Spruce Street
Philadelphia, PA 19103