**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN THE MATTER OF:                                    Chapter 11

ALAN CHRISTOPHER REDMOND

    Debtor-in-Possession                          Case No.  24-13093 (PMM)

---

**STATEMENT THAT UNSECURED CREDITORS**
**COMMITTEE HAS NOT BEEN APPOINTED**

---

**TO: THE CLERK OF THE BANKRUPTCY COURT**

As of the date of this statement, a committee of unsecured creditors has not been appointed by the UNITED STATES TRUSTEE.

( )   No unsecured creditor response to the United States Trustee communication/contact for service on the committee.

( X )   Insufficient response to the United States Trustee communication/contact for service on the committee.

( )   No unsecured creditor interest

( )   Non-operating debtor-in-possession - - No creditor interest.

( )   Application to convert to Chapter 7 or to dismiss pending.

( )   Converted or dismissed.

( )   Other:

**ANDREW R. VARA,**
**UNITED STATES TRUSTEE REGION THREE**

By: */s/ Kevin P. Callahan*
   Kevin P. Callahan
   Trial Attorney
   Office of the U.S. Trustee
   Robert N.C. Nix Sr. Federal Bldg.
   900 Market Street, Room 320
   Philadelphia, PA 19107
   Work Phone: (215) 597-4411

Dated:  December 16, 2024