**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| *In re:* | : | **Chapter 11** |
| | : | |
| **ALAN CHRISTOPHER REDMOND,** | : | |
| | : | **No. 24-13093 (PMM)** |
| Debtor. | : | |
| | : | |

**PRAECIPE TO WITHDRAW DOCKET NUMBER 103**

**TO THE CLERK OF COURT**:

Kindly withdraw docket number 103, the Application of the Debtor to Employ Rush Law

Group, LLC as special counsel to the Debtor.

**CIARDI CIARDI & ASTIN**

Dated December 19, 2024        By:    */s/ Nicole M. Nigrelli*
Nicole M. Nigrelli, Esquire
1905 Spruce Street
Philadelphia, PA  19103
(215) 557-3550 office
(215) 557-3551 fax
nnigrelli@ciardilaw.com

Counsel to Debtor
Alan Christopher Redmond