**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| *In re:* | : **Chapter 11** |
| | : |
| **ALAN CHRISTOPHER REDMOND,** | : |
| | : **Bankruptcy No. 24- 13093(PMM)** |
| **Debtor.** | : |

**APPLICATION OF THE DEBTOR TO EMPLOY**
**C. MALCOLM SMITH & COMPANY P.C., AS ACCOUNTANTS TO THE DEBTOR,**
***NUNC PRO TUNC* TO THE DATE OF FILING OF THE APPLICATION**

1. On September 3, 2024, an involuntary petition was filed against Alan Christopher Redmond.

2. On October 3, 2024 (the "Petition Date"), an order for relief was entered under chapter 11 of title 11 of the United States Code, as amended (the "Bankruptcy Code"). The Debtor remains in possession of his property and continues to operate his business as a debtor-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

3. Through this application (the "Application"), the Debtor seeks authority to retain C. Malcolm Smith & Company, P.C. (the "Firm") as his accountants to assist him with following services. Specifically, the Firm will:

- Provide assistance in recording all income and expenses, deposits, and adjusting entries needed each month.
- Assist in the preparation of required monthly operating report for the Debtor under the Chapter 11 requirements.
- Prepare the federal state and local income tax returns for 2023 and years thereafter.
- Prepare any bookkeeping entries necessary in connection with preparation of the income tax returns.
- Provide any consulting and tax planning as needed.
- Provide tax resolution services as needed.

4. The Debtor has made careful and diligent inquiry into the qualifications and competence of the Firm and is advised that the Firm, by reason of ability, integrity and professional experience, is capable of providing proper accounting services to the Debtor.

5. Subject to this Court's approval, the Firm will charge the Debtor for accounting services on an hourly basis in accordance with its ordinary and customary rates in effect on the date that such services are rendered and submits that such rates are reasonable.

6. In addition to the hourly rates, the Firm customarily charges its clients for all costs incurred, including photocopying charges, long distance telephone calls, outgoing facsimile transmissions, messengers, courier mail, printing, transcripts, court fees, document retrieval and similar items (collectively, the "Expenses").

7. The Firm agrees to file the appropriate fee applications requesting approval of compensation and reimbursement of Expenses as required under 11 U.S. C. §§ 330 and 331. The Firm understands that such fee applications cannot be filed more than once every 120 days. Moreover, in accordance with 11 U.S.C. §§ 330 and 331, the Firm will provide in its fee application a listing of any and all Expenses for which it seeks to be reimbursed. The Firm understands that the Bankruptcy Court may review all fees and Expenses filed by the Firm to determine if the compensation requested is reasonable.

8. Based on the Declaration of C. Malcolm Smith & Company, P.C., the Firm provided the following services to the Debtor prior to the Petition Date: bookkeeping, accounting, tax preparation and tax resolution. These services were concluded and paid by Shannon Kroemmelbein in the normal course on 9/3/24. In addition, the Firm provided work for Shannon Kroemmelbein, Seguro Medico, LLC, National Brokers of America, Inc., Arc Realty LLC, Next

Gen Leads LLC, U.C. Consolidation, Inc. and US Trifecta LLC prior to 2024. The firm provided services to Bene Market LLC that were concluded and paid in the normal course as of 9/3/24. Based upon the above, the Firm believes it does not hold any interest adverse to the Debtor's estate. Further based upon the Declaration of C. Malcolm Smith, III, CPA, the Debtor believes the accountants are a "disinterested person" as such term is defined in section 101(14) of the Bankruptcy Code.

9.      The Debtor believes that the employment of the Firm is necessary and in the best interest of the Debtor's estates. Accordingly, the Debtor seeks to engage the services of the Firm as its accountants on the terms set forth in the Application.

**WHEREFORE**, the Debtor seeks approval to engage C. Malcolm Smith & Company, P.C., as its accountants.

Dated:  December 19, 2024

CIARDI CIARDI & ASTIN

By:     /s/ Nicole M. Nigrelli
        Albert A. Ciardi, III, Esquire
        Nicole M. Nigrelli, Esquire
        1905 Spruce Street
        Philadelphia, PA 19103
        (215) 557-3550- Tel.
        (215) 557-3551- Fax

        *Attorneys for Debtor*