**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| *In re:* | : | **Chapter 11** |
|  | : |  |
| **ALAN CHRISTOPHER REDMOND,** | : |  |
|  | : | **Bankruptcy No. 24- 13093(PMM)** |
| Debtor. | : |  |

**NOTICE OF DEBTOR'S APPLICATION TO EMPLOY
C. MALCOLM SMITH & COMPANY P.C., AS ACCOUNTANTS TO DEBTOR**

**TO**: Office of the U.S. Trustee, Rule 2002 Parties, All Creditors and Parties-in-Interest:

**NOTICE IS HEREBY GIVEN THAT**:

1.      On September 3, 2024, an involuntary petition was filed against Alan Christopher Redmond.  On October 3, 2024 (the "Petition Date"), an order for relief was entered under chapter 11 of title 11 of the United States Code, as amended (the "Bankruptcy Code").  The Debtor remains in possession of his property and continues to operate his business as a debtor-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

2.  The Application of the Debtor to C. Malcom Smith & Company, P.C. (the "Firm") as Accountants to the Debtor (the "Application") has been filed with the United States Bankruptcy Court for the Eastern District of Pennsylvania, The Gateway Building, 201 Penn Street, Reading, PA  19107, where it is available for inspection during normal business hours.

3.  The Debtor requires the services of the Firm to assist it with bookkeeping, monthly operating reports, and other services as is specifically laid out in the Application.

4.  The fees and services are fully outlined in the Declaration of C. Malcom Smith, CPA, attached to the Application and are incorporated herein by reference.

5.  Any creditor or party in interest or the U.S. Trustee may file an answer, objection or other responsive pleading to this Application with the Clerk's Office, United States Bankruptcy

Court, The Gateway Building, 201 Penn Street, Suite 103, Reading, PA  19107, and served upon counsel for the Debtor whose name and address appear below within eight (8) days of the date of this Notice.  Any creditor, party of interest or the U.S. Trustee may request a hearing in writing stating the reason why a hearing is necessary.

6.  In the absence of any answer, objection, or responsive pleading, the Court may enter an Order approving the Application to Employ C. Malcom Smith & Company, P.C. as the Debtor's Accountant.

**CIARDI CIARDI & ASTIN**

Dated: December 19, 2024

By:   */s/ Nicole M. Nigrelli*
Albert A. Ciardi, III, Esquire
Nicole M. Nigrelli, Esquire
1905 Spruce Street
Philadelphia, PA  19103
T (215) 557-3550
F (215) 557-3551
aciardi@ciardilaw.com
nnigrelli@ciardilaw.com
*Counsel to the Debtor*