**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| *In re:* | : | **Chapter 11** |
|  | : |  |
| **ALAN CHRISTOPHER REDMOND,** | : |  |
| Debtor. | : | **Bankruptcy No. 24- 13093 (PMM)** |
|  | : |  |
|  | : |  |

**DECLARATION OF C. MALCOLM SMITH & COMPANY, P.C. IN SUPPORT OF DEBTOR'S APPLICATION TO EMPLOY C. MALCOLM SMITH COMPANY, P.C., AS ACCOUNTANTS TO THE DEBTOR**

In accordance with Federal Rule of Bankruptcy Procedure 2014, I, C. Malcolm Smith, III, CPA, hereby declare as follows:

1.      I am a Partner at C. Malcolm Smith & Company, P.C. (the "Firm").

2.      The Firm is located at 3020 Penn Avenue, West Lawn, Pennsylvania 19609.

3.      The Firm has extensive experience in all facets of accounting and has previously been engaged by the Debtor prior to the bankruptcy case.  The firm is well qualified to assist the Debtor with bookkeeping, the compilation of tax returns, monthly operating reports, along with the other duties mentioned in the Application.

4.      To the best of my knowledge, information and belief, neither I nor any member of my firm have any connection with the Debtor, creditors or any other party in interest, except as set forth herein.  The Firm has represented the Debtor, Shannon Krommelbein, Seguro Medico, Bene Market, LLC, National Brokers of America Inc., Arc Realty LLC, Next Gen Leads LLC, U.C. Consolidation LLC and US Trifecta LLC.

5.      Prior to the Petition Date, the Firm provided the following services to the Debtor: Preparation of individual tax returns, consulting, tax planning and tax resolution services.  The last

services were concluded as of 9/3/24 and payment was made in full by Shannon Kroemmelbein in the amount of 1,500.00.

5.      Although the Firm performed services for the Debtor in the past, all services were paid currently and there is no balance owing as of the Petition Date.

6.      The Firm agrees to file the appropriate fee applications requesting approval of compensation and reimbursement of Expenses as required under 11 U.S. C. §§ 330 and 331.   The Firm understands that such fee applications cannot be filed more than once every 120 days. Moreover, in accordance with 11 U.S.C. §§ 330 and 331, the Firm will provide in its fee application a listing of any and all Expenses for which it seeks to be reimbursed.

7.      To the best of my knowledge, information and belief, neither I nor any member of the Firm, holds any interest adverse to the Debtor which would disqualify the Firm from representing the Debtor, and said accounting firm is a disinterested person as that term is defined in 11 U.S.C. § 101(1).

8.      Our current schedule of hourly rates is as follows:

a. Partner                                      $ 150 to 220 per hour

b. Accounting & Tax Managers            $110 to 145 per hour

c. Accounting Supervisors                 $ 75 to 125 per hour

d. Accounting Staff                         $65 to 85 per hour

e. Clerical                                   $ 35 to 70 per hour

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information and belief.

**C. MALCOLM SMITH & COMPANY, P.C.**

Dated: December 19, 2024

By:

_____

Name: C. Malcolm Smith, III, CPA, CITP

Title: