**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| *In re:* | : | |
| | : | **Chapter 11** |
| **ALAN CHRISTOPHER REDMOND,** | : | |
| | : | |
| Debtor. | : | **Bankruptcy No. 24- 13093(PMM)** |

**ORDER GRANTING APPLICATION TO EMPLOY
C. MALCOM SMITH CO., P.C., AS ACCOUNTANTS TO THE DEBTOR *NUNC PRO
TUNC* TO THE DATE OF FILING OF THE APPLICATION**

**AND NOW**, this     day of January, 2025, upon consideration of the Application of C.

Malcom Smith Co., P.C., as Accountants to Alan Christopher Redmond (the "Debtor") and any

response thereto, it is hereby

**ORDERED** and **DECREED** that the Application to Employ C. Malcom Smith Co., P.C.

is Approved as of the filing of the Application (the "Retention Date"); and it is further

**ORDERED** and **DECREED** that Debtor may employ the Firm of C. Malcom Smith Co.,

P.C., as Accountants pursuant to 11 U.S.C. §327, said firm to be paid consistent with In re Busy

Beaver Building Centers, Inc., 19 F. 3d 833 (3rd Cir. 1994).

BY THE COURT:

_____

HONORABLE PATRICIA M. MAYER,
UNITED STATES BANKRUPTCY JUDGE