**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

*In re:*

                              **Chapter 11**

**ALAN CHRISTOPHER REDMOND,**

       **Debtor.**                  **Case No. 24-13093 (PMM)**

## CERTIFICATE OF SERVICE

I, Nicole M. Nigrelli, Esquire, hereby caused on this 20th day of December, 2024 served

the *Notice of Application and Application to Retain C. Malcom Smith & Company PC as*

*Accountants to Debtor* via United States first class mail upon the following:

**CIARDI CIARDI & ASTIN**

By:    */s/ Nicole M. Nigrelli*
        Nicole M. Nigrelli, Esquire
        1905 Spruce Street
        Philadelphia, PA  19103
        T (215) 557-3550
        F (215) 557-3551
        nnigrelli@ciardilaw.com

ALAN CHRISTOPHER REDMOND
24-13093 (PMM)

**2002 & US Trustee list**

Kevin Callahan, Esquire
**Office of US Trustee**
900 Market Street, Suite 320
Philadelphia, PA 19106

**World Business Lenders, LLC**
**WBL SPO I, LLC & WBL SPO III, LLC**
c/o Jessica Gulash, Esquire
Lundy, Beldecos & Milby, P.C.
450 N. Narberth Avenue
Narberth, PA 19072

**C. Malcolm Smith, III**
c/o Matthew Gregory Brushwood, Esquire
Barley Snyder
2755 Century Blvd
Wyomissing, PA 19610

**Alan Christopher Redmond**
c/o David P. Heim, Esquire
Bochetto & Lentz PC
1524 Locust Street
Philadelphia, PA 19102

**Cornerstone Law Firm**
**Ethan Shalter & Jason Scott Jordan**
c/o Joel A. Ready, Esquire
Cornerstone Law Firm
8500 Allentown Pike, Ste 3
Blandon, PA 19510

**Santander Consumer USA**
c/o William E. Craig, Esquire
Eisenberg Gold & Agrawal, P.C.
1040 Kings Hwy N #200
Cherry Hill, NJ 08034

**Petitioning creditors**

Jason Scott Jordan
10802 Northwest 56th Court
Coral Springs, Florida 33046

Cornerstone Law Firm
c/o Joel Ready
8500 Allentown Pike, Suite 3
Blandon, PA 19510

Ethan Shalter
1360 Philip Ave
Birdsboro, PA 19508

**creditors**

All Web Leads
7300 RM 2222
Bldg 2 Ste 100
Austin, TX 78730

American Workers Insurance Services, Inc.
(AWIS)
2305 Ridge Rd, Unit 205,
Rockwall, TX 75087

Berks County Tax Claim Bureau
633 Court St # 2B,
Reading, PA 19601

Cardflex, Inc.
2195 American Ave. #A,
Costa Mesa, CA 92627

Complete Business Solutions Group, Inc.
d/b/a PAR Funding
141 N. 2nd Street
Philadelphia, PA 19106

Duane Morris LLP
30 S. 17th Street
Philadelphia, PA 19103

Producer Advance, LLC
1625 S Congress Avenue | Suite 200B |
Delray Beach, FL 33445

Rush Law Group, LLC
38 N. 6th Street,
Reading, PA 19601

Santander Bank
601 Penn St, #1050
Reading, PA 19601

Santander Consumer USA
PO Box 961245
Fort Worth, TX  76161-0244

Santander Bank
2220 State Hill Road
Reading, PA  19610-1904

Seguro Medico, LLC
2706 Philmay Terrace
Reading, PA  19606-2220

U.S. Department of Labor
1835 Market Street
Mailstop SOL/22
Philadelphia, PA 19103-2968