**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | : |
| | : **CHAPTER 11** |
| **ALAN CHRISTOPHER REDMOND,** | : |
| | : **BANKRUPTCY NO. 24-13093pmm** |
| **Debtor.** | : |
| | : |

### DEBTOR'S RESPONSE TO THE OBJECTION OF JASON SCOTT JORDAN TO THE DEBTOR'S EXEMPTIONS

Alan Christopher Redmond, the Debtor and Debtor-in-possession (the "Debtor"), by and through his undersigned counsel, Ciardi, Ciardi & Astin, hereby files this response (the "Response") to the objection of Jason Scott Jordan to the Debtor's exemptions (the "Objection"), and respectfully avers as follows:

1. The Objection raises issues relating to the house on Regency Drive, the exemption relating to the motor vehicles, the furniture and household items in Regency Drive, and the Cartier Watch.

2. Section 522(d)(5) allows a debtor to take up to $15,425.00 and apply to any property. *See* 11 U.S.C § 522(d)(5). This "Catchall" exemption can be applied to the Debtor's interest in multiple property. Moreover, section 522 (d)(4) allows jewelry up to $1875 to be exempted. Applying these exemption, the Debtor can exempt the Cartier watch and in furniture and household items in Regency Drive.

3. Moreover, the Debtor is putting together a plan of reorganization which will have an equity infusion in excess of $2,200,000.00, which more than exceeds any equity in the Regency Drive house, the motor vehicles, or any other property listed on the Debtor's schedules.

4.    Accordingly, the Debtor believes, and therefore avers, that the objection to his exemptions were premature and without merit.

5.    As set forth in Federal Rule of Bankruptcy Procedure 4003, the Creditor bears the burden to prove the exemptions are not proper.  The Debtor leaves the creditor to his proofs.

WHEREFORE, Alan Christopher Redmond, requests this Honorable Court to deny the Objection of Jason Scott Jordan to the Debtor's claimed exemptions and grant such other and further relief as is just and proper.

**CIARDI CIARDI & ASTIN**

Dated:  December 20, 2024          By:    */s/ Nicole M. Nigrelli*
                                          Albert A. Ciardi, III, Esquire
                                          Nicole M. Nigrelli, Esquire
                                          1905 Spruce Street
                                          Philadelphia, PA  19103
                                          (215) 557-3550 office
                                          (215) 557-3551 fax
                                          aciardi@ciardilaw.com
                                          nnigrelli@ciardilaw.com

                                          Counsel to Debtor
                                          Alan Christopher Redmond