## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

*In re:*

                                **Chapter 11**

**ALAN CHRISTOPHER REDMOND,**

              **Debtor.**                    **Case No. 24-13093 (PMM)**

### CERTIFICATE OF SERVICE

I, Nicole M. Nigrelli, Esquire, hereby caused on this 20th day of December, 2024 served the ***DEBTOR'S RESPONSE TO THE OBJECTION OF JASON SCOTT JORDAN TO THE DEBTOR'S EXEMPTIONS*** via United States first class mail upon the following parties on the attached list.

                                    **CIARDI CIARDI & ASTIN**

By:    ***/s/ Nicole M. Nigrelli***
          Nicole M. Nigrelli, Esquire
          1905 Spruce Street
          Philadelphia, PA  19103
          T (215) 557-3550
          F (215) 557-3551
          nnigrelli@ciardilaw.com

**ALAN CHRISTOPHER REDMOND**
**24-13093 (PMM)**

**2002 & US Trustee list**

Kevin Callahan, Esquire
John Henry Schanne, Esquire
**Office of US Trustee**
900 Market Street, Suite 320
Philadelphia, PA 19106

**World Business Lenders, LLC**
**WBL SPO I, LLC & WBL SPO III, LLC**
c/o Jessica Gulash, Esquire
Lundy, Beldecos & Milby, P.C.
450 N. Narberth Avenue
Narberth, PA 19072

**C. Malcolm Smith, III**
c/o Matthew Gregory Brushwood, Esquire
Barley Snyder
2755 Century Blvd
Wyomissing, PA 19610

**Alan Christopher Redmond**
c/o David P. Heim, Esquire
Bochetto & Lentz PC
1524 Locust Street
Philadelphia, PA 19102

**Cornerstone Law Firm**
**Ethan Shalter & Jason Scott Jordan**
c/o Joel A. Ready, Esquire
Cornerstone Law Firm
8500 Allentown Pike, Ste 3
Blandon, PA 19510

**Santander Consumer USA**
c/o William E. Craig, Esquire
Eisenberg Gold & Agrawal, P.C.
1040 Kings Hwy N #200
Cherry Hill, NJ 08034

**Petitioning creditors**

Jason Scott Jordan
10802 Northwest 56th Court
Coral Springs, Florida 33046

Cornerstone Law Firm
c/o Joel Ready
8500 Allentown Pike, Suite 3
Blandon, PA 19510

Ethan Shalter
1360 Philip Ave
Birdsboro, PA 19508

**Debtor**

Alan C. Redmond
2005 Regency Drive
Wyomissing, PA 19610

**creditors**

All Web Leads
7300 RM 2222
Bldg 2 Ste 100
Austin, TX 78730

American Workers Insurance Services, Inc.
(AWIS)
2305 Ridge Rd, Unit 205,
Rockwall, TX 75087

Berks County Tax Claim Bureau
633 Court St # 2B,
Reading, PA 19601

Cardflex, Inc.
2195 American Ave. #A,
Costa Mesa, CA 92627

Complete Business Solutions Group, Inc.
d/b/a PAR Funding
141 N. 2nd Street
Philadelphia, PA 19106

Duane Morris LLP
30 S. 17th Street
Philadelphia, PA 19103

Producer Advance, LLC
1625 S Congress Avenue | Suite 200B |
Delray Beach, FL 33445

Rush Law Group, LLC
38 N. 6th Street,
Reading, PA 19601

Santander Bank
601 Penn St, #1050
Reading, PA 19601

Santander Consumer USA
PO Box 961245
Fort Worth, TX 76161-0244

Santander Bank
2220 State Hill Road
Reading, PA 19610-1904

Seguro Medico, LLC
2706 Philmay Terrace
Reading, PA 19606-2220

U.S. Department of Labor
1835 Market Street
Mailstop SOL/22
Philadelphia, PA 19103-2968

Bene Market, LLC
8 Morgan Drive
Reading, PA 19608-1753

Matthew Murray
2005 Regency Drive
Reading, PA 19610

Mercedes Benz of West Chester
1260 Wilmington Pike
West Chester, PA 19382-8429

National Brokers of America
354 Penn Street
Reading PA 19602

Verizon
PO Box 15124
Albany, NY 12212

Verizon by American InfoSource
4515 N. Santa Fe Ave
Oklahoma City, OK 73118

Small Business Association
14925 Kingsport Rd
Fort Worth, TX 76155