## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: ALAN CHRISTOPHER REDMOND | Bankrupcty No. 24-13093-PMM |
|---|---|
| | Involuntary Chapter 11 |

### ORDER

AND NOW, this _____ day of the month of _____, 2025, upon consideration of Jason Scott Jordan and Cornerstone Law Firm, LLC's Expedited Motion to Compel the Assistant U.S. Trustee to Appoint a Creditors' Committee and for Other Relief, and having afforded parties-in-interest an opportunity to be heard, it is ORDERED and DECREED that such Motion is GRANTED as follows: The Assistant U.S. Trustee for this district is hereby compelled under 11 U.S.C. § 105 to immediately appoint an Official Unsecured Creditors' Committee under Section 1102 of the Code which members shall consist of representatives designated by Jason Scott Jordan and Cornerstone Law Firm, LLC. Such Committee may apply to this Court for the retention of any professionals.

BY THE COURT

By: _____

Hon. Patricia M. Mayer, *J.*