**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ALAN CHRISTOPHER REDMOND | Bankruptcy No. 24-13093-PMM |
| | Involuntary Chapter 11 |

## O R D E R

**AND NOW**, upon consideration of Jason Scott Jordan and Cornerstone Law Firm, LLC's Expedited Motion to Compel the Assistant U.S. Trustee to Appoint a Creditors' Committee and for Other Relief ("the Motion")*,* and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby **ORDERED** that:

1. The request for an expedited hearing is **GRANTED**.

2. Counsel for the Assistant U.S. Trustee shall file a response not later than December 30, 2024. Unless the Court decides the matter on the papers sooner, a  hearing to consider the Motion shall be held on January 7, 2024, at 11 a.m.in the United States Bankruptcy Court, Gateway Building, Fourth Floor Courtroom, 201 Penn St., Reading, Pennsylvania, 19601.

3. Written objections or other responsive pleadings to the Motion (while not required) by any other creditor must be filed as soon as possible and all objections may be considered by the Court on the papers or at the hearing.

4. The Movant(s) shall serve the Motion on the U.S. Trustee and all parties-in-interest only through the court's CM/ECF system and on counsel for the U.S. Trustee by e-mail.

5. The Movant(s) shall serve this Order and a Notice of the Motion in conformity with Local Bankruptcy Form 9014-3  on all other parties in interest, including creditors, by regular mail

   no later than 5:00 p.m. on  _____ .

6. The Movant  shall file a Certification of Service as required by Local Rule 9014-4.

BY THE COURT,

**Date:**  _____

_____
**PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE**