IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| ALAN CHRISTOPHER REDMOND, | : | Bankruptcy No. 24-13093-PMM |
| | : | |
| Debtor. | : | |

**CERTIFICATE OF SERVICE**

I, Valeria Amato, Paralegal hereby certify that I served or caused to be served the documents listed below and this Certificate of Service upon all counsel of record alerted by the ECF system, and the addressees as listed below via electronic mail on the date indicated below.

**Documents served:**

- Jason Scott Jordan and Cornerstone Law Firm, LLC's Expedited Motion to Compel the Assistant U.S. Trustee to Appoint a Creditors' Committee and for Other Relief
  o Proposed Order
  o Proposed Expedited Scheduling Order

**Served via electronic mail:**

| | |
|---|---|
| Kevin P. Callahan, Esq. | John Schanne, Esq. |
| Office of the United States Trustee | Office of the United States Trustee |
| Robert NC Nix, Sr. Federal Building | Robert NC Nix, Sr. Federal Building |
| 900 Market Street, Suite 320 | 900 Market Street, Suite 320 |
| Philadelphia, PA 19107 | Philadelphia, PA 19107 |
| kevin.p.callahan@usdoj.gov | john.schanne@usdoj.gov |

DATE: <u>December 20, 2024</u>

By: _____

Valeria Amato
*Paralegal*