**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ALAN CHRISTOPHER REDMOND | Bankruptcy No. 24-13093-PMM |
| | Involuntary Chapter 11 |

**ORDER**

AND NOW, this _____ day of the month of _____, 2025, upon

consideration of Jason Scott Jordan and Cornerstone Law Firm, LLC's Motion to Compel Rule

2004 Production as to Nonparty Registered Agents and State Departments, and having afforded

the Debtor and parties-in-interest an opportunity to be heard, it is ORDERED and DECREED that

such Motion is GRANTED as follows: All objections to the Rule 2004 production are overruled

as to A Registered Agent, Inc., Corporation Trust Company, Harvard Business Services, Inc.,

Northwest Registered Agent, LLC, Paracorp Incorporated, Delaware Department of State, and

Pennsylvania Department of State.

BY THE COURT

By:   _____
Hon. Patricia M. Mayer, *J.*