IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| ALAN CHRISTOPHER REDMOND, | : | Bankruptcy No. 24-13093-PMM |
| | : | |
| Debtor. | : | |

## CERTIFICATE OF SERVICE

I, Valeria Amato, Paralegal hereby certify that I served or caused to be served the documents listed below and this Certificate of Service upon all counsel of record alerted by the ECF system, the addressees as listed below via first class mail postage pre-paid on the date indicated below.

**Documents served:**

- Jason Scott Jordan and Cornerstone Law Firm, LLC's Motion to Compel Rule 2004 Production as to Nonparty Registered Agents and State Departments
    o Proposed Order
    o Exhibits

**Served via first class mail postage pre-paid:**

| | |
|---|---|
| A Registered Agent, Inc.<br>8 The Green, Suite A<br>Dover, DE 19901 | Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange St.<br>Wilmington, De 19801 |
| Harvard Business Services, Inc.<br>16192 Coastal Highway<br>Lewis, DE 19958 | Northwest Registered Agent, LLC<br>7901 4th St. N, Suite 300<br>St. Petersburg, FL 33702 |
| Paracorp Incorporated<br>2140 S. Dupont Highway<br>Camden, DE 19934 | Delaware Department of State<br>Division of Corporations<br>P.O. Box 898<br>Dover, DE 19903<br>corp@delaware.gov |

| | |
|---|---|
| Pennsylvania Department of State<br>Bureau of Corporations, etc.<br>401 North Street, Room 206<br>Harrisburg, PA 17120<br>RA-CORPS@pa.gov | Albert Anthony Ciardi III, Esq.<br>Nicole Marie Nigrelli, Esq.<br>Ciardi Ciardi & Astin<br>1905 Spruce Street<br>Philadelphia, PA 19103 |
| John Schanne, Esq.<br>Kevin P. Callahan, Esq.<br>Office of the United States Trustee<br>Robert NC Nix, Sr. Federal Building<br>900 Market Street, Suite 320<br>Philadelphia, PA 19107 | |

DATE: <u>December 20, 2024</u>

By: _Valeria Amato_

Valeria Amato
*Paralegal*