**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Alan Christopher Redmond,       :       Chapter 11
                                       :
Debtor.                                :       Bky. No. 24-13093 (PMM)


## ORDER DENYING EXPEDITED HEARING

**AND NOW,** upon consideration of the Motion to Compel the U.S. Trustee to Appoint a

Creditors' Committee and for Other Relief filed by Cornerstone Law Firm, LLC, Jason Scott

Jordan, and Ethan Shalte (doc. #155, the "Motion");

AND the Motion seeking an expedited hearing with regard to the relief sought;

BUT the Motion failing to state a necessity for immediate relief or expedited

consideration;

It is therefore hereby **ordered** that:

1)      The request for expedited consideration of the Motion is **denied**; and

2)      Counsel for the movants shall notice the Motion in the ordinary course.


Date: 12/23/24                       _____
                                     **HON. PATRICIA M. MAYER**
                                     **U.S. BANKRUPTCY JUDGE**