IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| ALAN CHRISTOPHER REDMOND, | : | Bankruptcy No. 24-13093-PMM |
| | : | |
| Debtor. | : | |

**CERTIFICATE OF SERVICE**

I, Kandy Kistler, Office Assistant, hereby certify that I served or caused to be served the following documents upon all counsel of record alerted by the ECF system and on the attached service list via first class mail postage pre-paid on the date indicated below:

- Jason Scott Jordan and Cornerstone Law Firm, LLC's Expedited Motion to Compel the Assistant U.S. Trustee to Appoint a Creditors' Committee and for Other Relief (ECF No. 155)
- Proposed Order to the foregoing (ECF No. 155-1)
- Notice of the foregoing (ECF No. 160)
- This Certificate of Service

DATE: <u>December 23, 2024</u>                 By: <u>Kandy Kistler</u>
                                                         Kandy Kistler
                                                         *Office Assistant*