IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :
                                          :        CHAPTER 11
ALAN CHRISTOPHER REDMOND                  :
                                          :        BANKR. NO.  24-13092 (PMM)
                          Debtor          :
                                          :

**JUDGMENT ORDER DISMISSING CASE**

AND NOW, upon consideration of the United States Trustee's Motion to Dismiss and the

debtors' response, if any, it is now, therefore,

ORDERED:

That the United States Trustee's Motion to Dismiss is GRANTED and this case is hereby

DISMISSED.

_____
HONORABLE PATRICIA M. MAYER
United States Bankruptcy Judge