**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| IN RE: | : | |
| | : | CHAPTER 11 |
| ALAN CHRISTOPHER REDMOND | : | |
| | : | BANKR. NO.  24-13093 (PMM) |
| Debtor | : | |
| | : | |

**ORDER CONVERTING CASE TO CHAPTER 7**

AND NOW, this _____ day of _____, 2025, upon consideration of the Motion to Convert or Dismiss filed by the United States Trustee in the above-captioned case, after notice and hearing, the Court concludes that cause exists under Bankruptcy Code Section 1112(b) for the granting the relief requested therein, it is hereby

ORDERED that the Motion of the United States Trustee to Convert or Dismiss Case is GRANTED and the above-captioned case is converted to Chapter 7; and it is further

ORDERED as follows:

1. Within 30 days of the date of this Order, or on or before the Meeting of Creditors scheduled in the converted Chapter 7 case, the debtor (s) shall file a schedule of current income, current expenditures, all monthly operating reports, and statement of intention, if applicable, required by 11 U.S.C. Sections 521(1), (2);

2. The debtor (s) shall file all applicable statements, schedules, and reports in a timely manner in accordance with Rule 1019, Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 1019.2;

      3.      All professionals employed by the debtor (s) shall file with the Court and serve upon all interested parties an application for compensation within 30 days from entry of this Order for outstanding fees and expenses incurred during the Chapter 11 administration or, alternatively, turn over prepetition retainers for which Court allowance has not been obtained, if applicable, to the appointed Chapter 7 trustee.

_____
HONORABLE PATRICIA M. MAYER
United States Bankruptcy Judge

c:      United States Trustee
Debtor's Counsel
Debtor