**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **ALAN CHRISTOPHER REDMOND** | : | |
| | : | **Bky. No.  24-13093 (PMM)** |
| **Debtor** | : | |
| | : | |

**CERTIFICATION OF SERVICE**

I, <u>Kevin P. Callahan,</u> certify that on <u>December 27, 2024</u>, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Motion of the U.S. Trustee to Dismiss Debtor's Case or Convert to Chapter 7 For Failure to File Operating Reports

- Order Converting Case

- Judgment Order Dismissing Case

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: December 27, 2024

        */s/ Kevin P. Callahan*
Kevin P. Callahan
Trial Attorney
Office of the U.S. Trustee
Robert N.C. Nix Sr. Federal Building
900 Market Street, Room 320
Philadelphia, PA 19107
Phone: (215) 597-4411
Kevin.P.Callahan@usdoj.gov

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

**Alan Christopher Redmond**
2005 Regency Drive
Wyomissing, PA 19610
***(Debtor)***
Via: _____ CM/ECF     __X___ 1st Class Mail _____Certified Mail ____ e-mail

\_\_\_\_\_Other:

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Albert Anthony Ciardi, III, Esquire
Ciardi Ciardi & Astin
1905 Spruce Street
Philadelphia, PA 19103
***(Debtor's Counsel)***
***Email:*** *aciardi@ciardilaw.com*
Via:      \_\_\_\_\_CM/ECF          \_\_\_\_\_1st Class Mail      \_\_\_\_\_Certified Mail __X_ e-mail
          \_\_\_\_\_Other: