United States Bankruptcy Court

Eastern District of Pennsylvania

In re:
Alan Christopher Redmond
    Debtor

Case No. 24-13093-pmm

Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Dec 27, 2024 | Form ID: pdf900 | Total Noticed: 45 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Alan Christopher Redmond, 2005 Regency Drive, Wyomissing, PA 19610-2712 |
| 3pd | + | Bene Market, c/o Norman Valz, 441 Irvington Road, Drexel Hill, PA 19026-1320 |
| ptcrd | + | Ethan Shalter, 1360 Philip Ave, Birdsboro, PA 19508-8860 |
| ptcrd | + | Jason Scott Jordan, 10802 Northwest 56th Ct, Coral Springs, FL 33076-3103 |
| 14927553 | + | All Web Leads, 7300 Rm 2222, Bldg 2 ste 100, Austin, TX 78730-3233 |
| 14927552 | + | American Workers, Insurance Services Inc., 2305 Ridge Road Unit 205, Rockwall TX 75087-5163 |
| 14933454 | + | American Workers Ins Services, Inc., 2305 Ridge Rd, Unit 205, Rockwall, TX 75087-5163 |
| 14933456 | + | Bochetto Lentz, 1524 Locust Street, Philadelphia, PA 19102-4401 |
| 14927549 | + | Cardflex Inc., 2195 American AVe, #A, Costa Mesa, CA 92627-3922 |
| 14927546 | + | Complete Business, Solutions Group Inc., dba PAR Funding, 141 N. 2nd Street, Philadelphia Pa 19106-2009 |
| 14927545 | + | Cornerstone Law Firm, c/o Joel A. Ready, Equire, 8500 Allentown Pike, Suite 3, Blandon, PA 19510-9101 |
| 14958292 | + | Cornerstone Law Firm, LLC, 8500 Allentown Pike, Suite 3, Blandon, PA 19510-9101 |
| 14960707 | + | Ethan Shalter, c/o Cornerstone Law Firm, LLC, 8500 Allentown Pike, Suite 3, Blandon, PA 19510-9101 |
| 14945323 | + | Holly Smith Miller, Esq., Gellert Scali Busenkell & Brown, LLC, 901 Market Street, Suite 3020, Philadelphia, PA 19107-3133 |
| 14958294 | + | Jason Scott Jordan, c/o Cornerstone Law Firm, LLC, 8500 Allentown Pike, Suite 3, Blandon, PA 19510-9101 |
| 14927544 | + | Jason Scott Jordan, c/o Joel A. Ready, Esquire, Cornerstone Law Firm, LLC, 8500 Allentown Pike, Suite 3, Blandon, PA 19510-9101 |
| 14945362 | + | Matthew Murrary, 2005 Regency Drive, Reading, PA 19610-2712 |
| 14945363 | + | Mercedes Benz of West Chester, 1260 Wilmington Pike, West Chester, PA 19382-8429 |
| 14945364 | + | National Brokers of America, Inc., 354 Penn Street, Reading, PA 19602-1010 |
| 14927558 | | Pennsylvania Dept of Revenue, 11th Floor, Strawberry Square, Harrisburg, Pennsylvania |
| 14933463 | | Pennsylvania Dept of Revenue, Strawberry Square, 11th Floor, Harrisburg, PA 17101 |
| 14933464 | + | Pennsylvania UC Tax Services, Labor & Industry Bldg, 651 Boas Street, Ste 1113, Harrisburg, PA 17121-0751 |
| 14927557 | + | Pennsylvania UC Tax Services, ste 1113, Labor & Industry Building, 651 Boas Street, Harrisburg, Pa 17121-0751 |
| 14927551 | + | Producer Advance LLC, 1625 S. Congress Avenue, Ste 200B, Delray Beach FL 33445-6304 |
| 14927556 | + | Rush Law Group LLC, 38 N. 6th Street, Reading, Pa 19601-3523 |
| 14927554 | + | Santander Bank, 2220 State Hill Road, Reading, PA 19610-1904 |
| 14940699 | + | Santander Consumer USA Inc., William E. Craig, Esquire, Eisenberg Gold & Agrawal, P.C., 1040 Kings Hwy N #200, Cherry Hill, NJ 08034-1925 |
| 14933468 | + | Seguro Medico, LLC, 2706 Philmay Terrace, Reading, PA 19606-2220 |
| 14927548 | + | U.S. Department of Labor, 1835 Market Street, Mail stop SOL /22, Philadelphia Pa 19103-2914 |
| 14933469 | + | US Dept of Labor, 1835 Market Street, Mailstop SOL/22, Philadelphia, PA 19103-2968 |
| 14927547 | + | WBL SPO II LLC, 150 Clearbrook Road, Ste 125, Elmsford NY 10523-1147 |
| 14925812 | + | World Business Lenders LLC, WBL SPO I, LLC, c/o 450 N. Narberth Avenue, Suite 200, Narberth, PA 19072-1822 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 27 2024 23:44:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 27, 2024 | Form ID: pdf900 | Total Noticed: 45 |

| | | | | |
|---|---|---|---|---|
| smg | + Email/Text: taxclaim@countyofberks.com | | Dec 27 2024 23:43:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | | Dec 27 2024 23:44:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + Email/Text: bk@szjlaw.com | | Dec 27 2024 23:43:00 | Santander Consumer USA Inc., 2860 Patton rd, Roseville, MN 55113-1100 |
| 14923063 | + Email/Text: taxclaim@countyofberks.com | | Dec 27 2024 23:43:00 | Berks County Tax Claim Bureau, 633 Court Street 2nd Floor, Reading, PA 19601-3552 |
| 14927559 | + Email/Text: taxclaim@countyofberks.com | | Dec 27 2024 23:43:00 | Berks County Tax Claim Bureau, 633 Court Ste #2B, Reading, Pa 19601-4300 |
| 14933455 | + Email/Text: taxclaim@countyofberks.com | | Dec 27 2024 23:43:00 | Berks County Tax Claim Bureau, 633 Court Street # 2B, Reading, PA 19601-4300 |
| 14927555 | ^ MEBN | | Dec 27 2024 23:37:53 | Duane Morris LLP, 30 S. 17th Street, Philadelphia Pa 19103-4196 |
| 14936172 | Email/Text: RVSVCBICNOTICE1@state.pa.us | | Dec 27 2024 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14933962 | + Email/Text: enotifications@santanderconsumerusa.com | | Dec 27 2024 23:44:00 | SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 14945357 | + Email/Text: PDELINQ@sba.gov | | Dec 27 2024 23:43:00 | Small Business Association, 14925 Kingsport Road, Fort Worth, TX 76155-2243 |
| 14941426 | + Email/PDF: ebn_ais@aisinfo.com | | Dec 27 2024 23:53:17 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14945361 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | Dec 27 2024 23:43:00 | Verizon, PO Box 15124, Albany, NY 12212-5124 |

TOTAL: 13

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14933459 | | Cornerstone Law Firm |
| 14933462 | | Jason Scott Jordan |
| 14933467 | | Santander Bank |
| ptcrd | *+ | Cornerstone Law Firm, LLC, 8500 Allentown Pike, Ste 3, Blandon, PA 19510-9101 |
| 14933453 | *+ | All Web Leads, 7300 Rm 2222, Bldg 2 Suite 100, Austin, TX 78730-3233 |
| 14933457 | *+ | Cardflex, Inc., 2195 American Ave #A, Costa Mesa, CA 92627-3922 |
| 14933458 | *+ | Complete Business Solutions Group, Inc, dba PAR Funding, 141 N. 2nd Street, Philadelphia, PA 19106-2009 |
| 14933460 | *+ | Duane Morris LLP, 30 S. 17th Street, Philadelphia, PA 19103-4196 |
| 14927550 | *+ | Internal Revenue Service, 600 Arch Street, Philadelphia Pa 19106-1695 |
| 14933461 | *+ | Internal Revenue Service, 600 Arch Street, Philadelphia, PA 19106-1695 |
| 14933465 | *+ | Producer Advance, LLC, 1625 S. Congress Avenue, Suite 200B, Delray Beach, FL 33445-6304 |
| 14933466 | *+ | Rush Law Group, LLC, 38 N. 6th Street, Reading, PA 19601-3523 |
| 14933470 | *+ | WBL SPO II, LLC, 150 Clearbrook Road, Suite 125, Elmsford, NY 10523-1147 |
| 14945360 | ##+ | Bene Market, LLC, 8 Morgan Drive, Reading, PA 19608-1753 |

TOTAL: 3 Undeliverable, 10 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Dec 27, 2024 | Form ID: pdf900 | Total Noticed: 45

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2024                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 26, 2024 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Albert Anthony Ciardi, III | on behalf of Defendant Alan Christopher Redmond aciardi@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Albert Anthony Ciardi, III | on behalf of Debtor Alan Christopher Redmond aciardi@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| DANIEL S. SIEDMAN | on behalf of Debtor Alan Christopher Redmond dsiedman@ciardilaw.com  dtorres@ciardilaw.com;sfrizlen@ciardilaw.com |
| DAVID P. HEIM | on behalf of Debtor Alan Christopher Redmond dheim@bochettoandlentz.com  mtrout@bochettoandlentz.com |
| DAVID P. HEIM | on behalf of Seguro Medico  LLC dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com |
| JESSICA M. GULASH | on behalf of Creditor WBL SPO I  LLC jgulash@lbmlaw.com |
| JESSICA M. GULASH | on behalf of Creditor World Business Lenders  LLC jgulash@lbmlaw.com |
| JESSICA M. GULASH | on behalf of Creditor WBL SPO II  LLC jgulash@lbmlaw.com |
| JOEL A. READY | on behalf of Petitioning Creditor Cornerstone Law Firm  LLC joel@cornerstonelaw.us, valeria@cornerstonelaw.us |
| JOEL A. READY | on behalf of Petitioning Creditor Jason Scott Jordan joel@cornerstonelaw.us  valeria@cornerstonelaw.us |
| JOEL A. READY | on behalf of Plaintiff Jason Scott Jordan joel@cornerstonelaw.us  valeria@cornerstonelaw.us |
| JOEL A. READY | on behalf of Petitioning Creditor Ethan Shalter joel@cornerstonelaw.us  valeria@cornerstonelaw.us |
| JOHN HENRY SCHANNE | on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov |
| KEVIN P. CALLAHAN | on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov |
| MATTHEW GREGORY BRUSHWOOD | on behalf of C. Malcolm Smith  III mbrushwood@barley.com, jrachor@barley.com;cbrelje@barley.com;tshober@barley.com;dkline@barley.com;ageoghegan@barley.com |
| NICOLE MARIE NIGRELLI | on behalf of Defendant Alan Christopher Redmond nnigrelli@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| NICOLE MARIE NIGRELLI | on behalf of Debtor Alan Christopher Redmond nnigrelli@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| NORMAN M. VALZ | on behalf of 3rd Pty Defendant Bene Market nvalz@msn.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com  mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 20

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                              :        **Chapter 11**
                                                    :
**ALAN CHRISTOPHER REDMOND**        :
                                                    :        **Bky. No.  24-13093 (PMM)**
                        **Debtor**           :
                                                    :

**NOTICE OF MOTION, RESPONSE DEADLINE
AND IN-PERSON HEARING DATE**

- Kevin P. Callahan has a filed Motion of the U.S. Trustee to Dismiss Debtor's Case or Convert to Chapter 7 For Failure to File Operating Reports with the Court.

1. **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

2. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the Motion, then on or before **01-21-2025, you or your attorney must file a response to the Motion**. *(see Instructions on next page).*

3. A hearing on the Motion is scheduled to be held on **Tuesday, 02-04-2025, at 11:00 a.m**., in **Courtroom 4th Floor,** United States Bankruptcy Court, 201 Penn Street, Reading, PA 19601. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing. Requests for participation other than in person must be made pursuant to Local Bankruptcy Rule 9076-1.

4. **If you do not file a response to the Motion,** the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's Office for Reading cases at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response.

6. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

### **Filing Instructions**

1.  If you are required to file documents electronically by Local Bankruptcy Rule 5005-2, you must file your response electronically.

2.  If you are not required to file electronically, you must file your response at

### **201 Penn Street, Suite 103, Reading, PA 19601**

3.  If you mail your response to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

4.  On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

> Kevin P. Callahan
> Trial Attorney
> Office of the U.S. Truste
> Robert N.C. Nix Sr. Federal Building
> 900 Market Street, Room 320
> Philadelphia, PA  19107
> Phone:  (215) 597-4411
> Kevin.P.Callahan@usdoj.gov

Date: December 26, 2024