**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

*In re:*

                      **Chapter 11**

**ALAN CHRISTOPHER REDMOND,**

        **Debtor.**           **Case No. 24-13093 (PMM)**

## CERTIFICATE OF SERVICE

I, Albert A. Ciardi, III, Esquire, hereby caused on this 30th day of December, 2024 served

the *Debtor's Response to the Motion to Compel Rule 2004 Production on Nonparty Registered*

*Agent* via United States first class mail upon the following parties on the attached list.

**CIARDI CIARDI & ASTIN**

By:    ***/s/ Albert A. Ciardi, III***
        Albert A. Ciardi, III, Esquire
        1905 Spruce Street
        Philadelphia, PA 19103
        T (215) 557-3550
        F (215) 557-3551
        aciardi@ciardilaw.com

**2002 & US Trustee list**

| | | |
|---|---|---|
| Kevin Callahan, Esquire<br>John Henry Schanne, Esquire<br>**Office of US Trustee**<br>900 Market Street, Suite 320<br>Philadelphia, PA 19106 | **World Business Lenders, LLC**<br>**WBL SPO I, LLC & WBL SPO III, LLC**<br>c/o Jessica Gulash, Esquire<br>Lundy, Beldecos & Milby, P.C.<br>450 N. Narberth Avenue<br>Narberth, PA 19072 | **C. Malcolm Smith, III**<br>c/o Matthew Gregory Brushwood, Esquire<br>Barley Snyder<br>2755 Century Blvd<br>Wyomissing, PA 19610 |
| **Alan Christopher Redmond**<br>c/o David P. Heim, Esquire<br>Bochetto & Lentz PC<br>1524 Locust Street<br>Philadelphia, PA 19102 | **Cornerstone Law Firm**<br>**Ethan Shalter & Jason Scott Jordan**<br>c/o Joel A. Ready, Esquire<br>Cornerstone Law Firm<br>8500 Allentown Pike, Ste 3<br>Blandon, PA 19510 | **Santander Consumer USA**<br>c/o William E. Craig, Esquire<br>Eisenberg Gold & Agrawal, P.C.<br>1040 Kings Hwy N #200<br>Cherry Hill, NJ 08034 |

**Petitioning creditors**

| | | |
|---|---|---|
| Jason Scott Jordan<br>10802 Northwest 56th Court<br>Coral Springs, Florida 33046 | Cornerstone Law Firm<br>c/o Joel Ready<br>8500 Allentown Pike, Suite 3<br>Blandon, PA 19510 | Ethan Shalter<br>1360 Philip Ave<br>Birdsboro, PA 19508 |

| | | |
|---|---|---|
| **Debtor** | Alan C. Redmond<br>2005 Regency Drive<br>Wyomissing, PA 19610 | |

**creditors**

| | | |
|---|---|---|
| All Web Leads<br>7300 RM 2222<br>Bldg 2 Ste 100<br>Austin, TX 78730 | American Workers Insurance Services, Inc.<br>(AWIS)<br>2305 Ridge Rd, Unit 205<br>Rockwall, TX 75087 | Berks County Tax Claim Bureau<br>633 Court St # 2B<br>Reading, PA 19601 |

4

Cardflex, Inc.
2195 American Ave. #A,
Costa Mesa, CA 92627

Complete Business Solutions Group, Inc.
d/b/a PAR Funding
141 N. 2nd Street
Philadelphia, PA 19106

Duane Morris LLP
30 S. 17th Street
Philadelphia, PA 19103

Producer Advance, LLC
1625 S Congress Avenue | Suite 200B |
Delray Beach, FL 33445

Rush Law Group, LLC
38 N. 6th Street,
Reading, PA 19601

Santander Bank
601 Penn St, #1050
Reading, PA 19601

Santander Consumer USA
PO Box 961245
Fort Worth, TX 76161-0244

Santander Bank
2220 State Hill Road
Reading, PA 19610-1904

Seguro Medico, LLC
2706 Philmay Terrace
Reading, PA 19606-2220

U.S. Department of Labor
1835 Market Street
Mailstop SOL/22
Philadelphia, PA 19103-2968

Bene Market, LLC
8 Morgan Drive
Reading, PA 19608-1753

Matthew Murray
2005 Regency Drive
Reading, PA 19610

Mercedes Benz of West Chester
1260 Wilmington Pike
West Chester, PA 19382-8429

National Brokers of America
354 Penn Street
Reading PA 19602

Verizon
PO Box 15124
Albany, NY 12212

Verizon by American InfoSource
4515 N. Santa Fe Ave
Oklahoma City, OK 73118

Small Business Association
14925 Kingsport Rd
Fort Worth, TX 76155