**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **ALAN CHRISTOPHER REDMOND** | : | |
| | : | **Bky. No.  24-13093 (PMM)** |
| **Debtor** | : | |
| | : | |

**CERTIFICATION OF SERVICE**

I, <u>Kevin P. Callahan</u>, certify that on <u>December 27, 2024</u>, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Notice of In-Person Hearing set for **Tuesday, 02-04-2025**, **at 11:00 a.m**.

- Motion of the U.S. Trustee For Entry of an Order Determining Counsel Has Failed to Comply With Bankruptcy Rule 2019(b) and Imposing Remedies Pursuant to Bankruptcy Rule 2019(e).

- Order Determining Counsel Has Failed to Comply With Bankruptcy Rule 2019(b) and Imposing Remedies Pursuant to Bankruptcy Rule 2019(e)

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: <u>December 27, 2024</u>

 <u>*/s/ Kevin P. Callahan*</u>
Kevin P. Callahan,
Trial Attorney
Robert N.C. Nix Sr. Federal Bldg.
900 Market Street, Room 320
Philadelphia, PA 19107
Phone: (215) 597-4411
Kevin.P.Callahan@usdoj.gov

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Albert Anthony Ciardi, III, Esquire
Ciardi Ciardi & Astin
1905 Spruce Street
Philadelphia, PA 19103
**_Email:_** _aciardi@ciardilaw.com_
**_(Debtor's Counsel)_**
Via:     _____ CM/ECF     _____1st Class Mail     _____Certified Mail  _X__  e-mail
         _____Other:

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Joel A. Ready, Esquire
Cornerstone Law Firm, LLC.
8500 Allentown Pike, Suite 3
Blandon, PA  19510
**_Email:_** _joel@cornerstonelaw.us_
**_(Counsel for a Creditor)_**

Via:     _____ CM/ECF     _____1st Class Mail     _____Certified Mail  _X__  e-mail
         _____Other: