**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

*In re:*

                                         **Chapter 11**

**ALAN CHRISTOPHER REDMOND,**

             **Debtor.**                     **Case No. 24-13093 (PMM)**

## CERTIFICATE OF NO OBJECTION

I, Nicole M. Nigrelli, Esquire, of Ciardi Ciardi & Astin, hereby certify that:

1.    On December 19, 2024, the Debtor filed an Application to Employ C. Malcom Smith & Co., as Accountant to the Debtor, ("Application") and Notice of Application at Docket Number 148.

2.    On December 20, 2024, true and correct copies of the Notice of Application and Application to C. Malcom Smith & Co., PC as Accountant to the Debtor, were served upon 2002 list, the Office of the U.S. Trustee, petitioning creditors, all creditors, as evidenced by the Certificate of Service filed at Docket Number149.

3.    More than eight (8) days have expired since service of the Notice of Application and Application. The undersigned certifies that I have reviewed the Court's Docket in this case and no answer, objection, or other responsive pleading relating to the Application have been filed with the Clerk of the United States Bankruptcy Court or served upon Counsel for the Debtor as of the date of this Certification.

**WHEREFORE**, Ciardi Ciardi & Astin, respectfully requests that the proposed Order approving the Application be entered.

                                        **CIARDI CIARDI & ASTIN**

Dated: December 31, 2024          By:    */s/ Nicole M. Nigrelli*
                                        Nicole M. Nigrelli, Esquire
                                        1905 Spruce Street
                                        Philadelphia, PA 19103
                                        dsiedman@ciardilaw.com
                                        *Counsel to Debtor*