United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Alan Christopher Redmond

Debtor

Case No. 24-13093-pmm

Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 03, 2025 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Alan Christopher Redmond, 2005 Regency Drive, Wyomissing, PA 19610-2712 |
| acc | + | C. Malcom Smith Co. P.C., 3020 Penn Avenue, West Lawn, Pa 19609-1443 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2025                     Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Anthony Ciardi, III | on behalf of Defendant Alan Christopher Redmond aciardi@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Albert Anthony Ciardi, III | on behalf of Debtor Alan Christopher Redmond aciardi@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| DANIEL S. SIEDMAN | on behalf of Debtor Alan Christopher Redmond dsiedman@ciardilaw.com  dtorres@ciardilaw.com;sfrizlen@ciardilaw.com |
| DAVID P. HEIM | on behalf of Debtor Alan Christopher Redmond dheim@bochettoandlentz.com  mtrout@bochettoandlentz.com |
| DAVID P. HEIM | |

District/off: 0313-4                         User: admin                                      Page 2 of 2

Date Rcvd: Jan 03, 2025                       Form ID: pdf900                                  Total Noticed: 2

                              on behalf of Seguro Medico  LLC dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com

JESSICA M. GULASH
                              on behalf of Creditor WBL SPO I  LLC jgulash@lbmlaw.com

JESSICA M. GULASH
                              on behalf of Creditor World Business Lenders  LLC jgulash@lbmlaw.com

JESSICA M. GULASH
                              on behalf of Creditor WBL SPO II  LLC jgulash@lbmlaw.com

JOEL A. READY
                              on behalf of Petitioning Creditor Ethan Shalter joel@cornerstonelaw.us  valeria@cornerstonelaw.us

JOEL A. READY
                              on behalf of Petitioning Creditor Cornerstone Law Firm  LLC joel@cornerstonelaw.us, valeria@cornerstonelaw.us

JOEL A. READY
                              on behalf of Petitioning Creditor Jason Scott Jordan joel@cornerstonelaw.us  valeria@cornerstonelaw.us

JOEL A. READY
                              on behalf of Plaintiff Jason Scott Jordan joel@cornerstonelaw.us  valeria@cornerstonelaw.us

JOHN HENRY SCHANNE
                              on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov

KEVIN P. CALLAHAN
                              on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

MATTHEW GREGORY BRUSHWOOD
                              on behalf of C. Malcolm Smith  III mbrushwood@barley.com,
                              jrachor@barley.com;cbrelje@barley.com;tshober@barley.com;dkline@barley.com;ageoghegan@barley.com

NICOLE MARIE NIGRELLI
                              on behalf of Defendant Alan Christopher Redmond nnigrelli@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

NICOLE MARIE NIGRELLI
                              on behalf of Debtor Alan Christopher Redmond nnigrelli@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

NORMAN M. VALZ
                              on behalf of 3rd Pty Defendant Bene Market nvalz@msn.com

United States Trustee
                              USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
                              on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com
                              mortoncraigecf@gmail.com;alapinski@egalawfirm.com


TOTAL: 20

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| *In re:* | : | **Chapter 11** |
|  | : |  |
| **ALAN CHRISTOPHER REDMOND,** | : |  |
|  | : | **Bankruptcy No. 24- 13093(PMM)** |
| Debtor. | : |  |

**ORDER GRANTING APPLICATION TO EMPLOY
<u>C. MALCOM SMITH CO., P.C., AS ACCOUNTANTS TO THE DEBTOR</u>**

**AND NOW**, upon consideration of the Application of C. Malcom Smith Co., P.C., as

Accountants to Alan Christopher Redmond (the "Debtor") and any response thereto, it is hereby

**ORDERED** and **DECREED** that the Application to Employ C. Malcom Smith Co., P.C.

is Approved as of the filing of the Application (the "Retention Date"); and it is further

**ORDERED** and **DECREED** that Debtor may employ the Firm of C. Malcom Smith Co.,

P.C., as Accountants pursuant to 11 U.S.C. §327, said firm to be paid consistent with <u>In re Busy</u>

<u>Beaver Building Centers, Inc.,</u> 19 F. 3d 833 (3rd Cir. 1994).

BY THE COURT:

*Patricia M. Mayer*

_____

**Date: January 3, 2025**    HONORABLE PATRICIA M. MAYER,
UNITED STATES BANKRUPTCY JUDGE