**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

*In re:*

                                **Chapter 11**

**ALAN CHRISTOPHER REDMOND,**

          **Debtor.**            **Case No. 24-13093(PMM)**

### CERTIFICATE OF SERVICE

I, Albert A. Ciardi, III, Esquire, do hereby certify that on this 6th day of January 2025, I caused to be served a true and correct copy of the ***Debtor's Objection to the Motion of Jason Scott Jordan to Compel the Debtor to Deliver Property, to Extend the Automatic Stay to ARC Realty, LLC, and for Related Relief***, via the Court's electronic filing transmission and electronic mail, upon the following parties as listed below:

> Joel A. Ready, Esquire
> Benjamin J. Lewis, Esquire
> Cornerstone Law Firm, LLC
> 8500 Allentown Pike
> Suite 3
> Blandon, PA  19510
> joel@cornerstonelaw.us
> benjamin@cornerstonelaw.us

                                **CIARDI CIARDI & ASTIN**

                       By:     ***/s/ Albert A. Ciardi, III***
                              Albert A. Ciardi, III, Esquire