**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Reading)**

*In re:*

                                                  **Chapter 11**

**ALAN CHRISTOPHER REDMOND,**

              **Debtor.**                         **Case No. 24-13093 (PMM)**

## <u>CERTIFICATE OF SERVICE</u>

I, Albert A. Ciardi, III, Esquire, do hereby certify that I caused to be served on the 6th day of January 2025, a true and correct copy of the ***Response and Objection of the Debtor to Jason Scott Jordan and Cornerstone Law Firm, LLC's Expedited Motion to Compel the Assistant U.S. Trustee to Appoint a Creditors' Committee and for Other Relief***, via the Court's electronic filing transmission and via electronic mail, upon the following parties:

Joel A. Ready, Esquire
Benjamin J. Lewis, Esquire
Cornerstone Law Firm, LLC
8500 Allentown Pike
Suite 3
Blandon, PA  19510
joel@cornerstonelaw.us
benjamin@cornerstonelaw.us

Kevin P. Callahan, Esquire
Office of the U.S. Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA  19107
Kevin.p.callahan@usdoj.gov

                                        **CIARDI CIARDI & ASTIN**

                             By:     ***/s/ Albert A. Ciardi, III***
                                     Albert A. Ciardi, III, Esquire