**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ALAN CHRISTOPHER REDMOND | Bankruptcy No. 24-13093-PMM |
| | Involuntary Chapter 11 |

### ORDER

AND NOW, this _____ day of the month of _____, 2025, upon consideration of the Motion by the Moving Creditors, Jason Scott Jordan, Cornerstone Law Firm, LLC, and Ethan Shalter, to Compel Rule 2004 Examination and Production of Debtor and His Spouse and Associates, and having afforded the Debtor and parties-in-interest an opportunity to be heard, it is ORDERED and DECREED that such Motion is GRANTED as follows:

1.      All objections to the Rule 2004 examinations and productions are overruled and Debtor, Shannon Kroemmelbein, Seguro Medico, LLC, Arthur W. Walsh, Jr., Stephanie Farris Miller, C. Malcolm Smith, III, C. Malcolm Smith & Company, P.C., and Mid Penn Bank are ordered to submit to examination and produce the requested documents under Fed. R. Bankr. P. 2004, and their respective counsel are directed to reasonably cooperate in scheduling the examinations for each examinee as requested by counsel for Moving Creditors.

2.      Should Debtor's counsel reasonably believe that any responsive material is protected by the attorney-client privilege, other than concerning Norman Valz, Esquire, then Debtor may apply to the Court for *in camera* review of the same. Debtor may not redact any material such review.

3.      Debtor's attorney-client privilege as to Norman Valz, Esquire is overridden.

BY THE COURT

By:  _____
Hon. Patricia M. Mayer, *J.*