**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ALAN CHRISTOPHER REDMOND | Bankruptcy No. 24-13093-PMM |
| | Involuntary Chapter 11 |

**NOTICE OF JASON SCOTT JORDAN, CORNERSTONE LAW FIRM, LLC, AND ETHAN SHALTER'S MOTION TO COMPEL RULE 2004 EXAMINATION AND PRODUCTION OF DEBTOR AND HIS SPOUSE AND ASSOCIATES**

1.      NOTICE IS HEREBY GIVEN to the Debtor, the U.S. Trustee, their attorneys, and to other interested parties that on February 11, 2025 at 11:00 a.m., in Courtroom 4th Floor, United States Bankruptcy Court, Reading Office, 201 Penn Street, Suite 103, Reading, PA 19601, Jason Scott Jordan, Cornerstone Law Firm, LLC, and Ethan Shalter in the above-captioned matter will apply to this Court for an Order granting relief on the grounds set forth in their Motion to Compel Rule 2004 Examination and Production of Debtor and His Spouse and Associates.

2.      **Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).

3.      This Motion is being heard on REGULAR NOTICE pursuant to Local Bankruptcy Rule 9013-1. If you wish to oppose this Motion, you must file a written response to this Motion with the Bankruptcy Court and serve a copy of it upon undersigned counsel at the address set forth above no less than 14 days before the above hearing and appear at the hearing on this Motion.

4.      You may contact the Bankruptcy Clerk's office to obtain a copy of an approved court form for use in preparing your response, or you may prepare your response using the format required by Local Bankruptcy Rule 1002-1.

1

5.      If you fail to fail to file a response to the Motion or fail to appear at the hearing, the Court

may treat such failure as a waiver of your right to oppose the Motion and may grant the requested

relief.

Respectfully submitted,

**CORNERSTONE LAW FIRM, LLC**

Dated: January 7, 2025          By:     /s/ Joel A. Ready
                                        Joel A. Ready, Esquire
                                        PA Attorney I.D. # 321966
                                        Benjamin J. Lewis, Esquire
                                        PA Attorney I.D. # 313733
                                        8500 Allentown Pike, Suite 3
                                        Blandon, PA 19510
                                        (610) 926-7875