IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| ALAN CHRISTOPHER REDMOND, | : | Bankruptcy No. 24-13093-PMM |
| | : | |
| Debtor. | : | |

**CERTIFICATE OF SERVICE**

I, Valeria Amato, Paralegal hereby certify that I served or caused to be served the documents listed below and this Certificate of Service upon all counsel of record alerted by the ECF system, the addressees listed on the attached service list, and the addressees as listed below via first class mail postage pre-paid on the date indicated below.

**Documents served:**

- Notice of Jason Scott Jordan and Cornerstone Law Firm, LLC's Motion to Compel Rule 2004 Production as to Nonparty Registered Agents and State Departments

**Served via first class mail postage pre-paid:**

| | |
|---|---|
| Nicole Marie Nigrelli, Esq.<br>Albert Anthony Ciardi III, Esq.<br>Ciardi Ciardi & Astin<br>1905 Spruce Street<br>Philadelphia, PA 19103 | Kevin P. Callahan, Esq.<br>John Schanne, Esq.<br>Office of the United States Trustee<br>Robert NC Nix, Sr. Federal Building<br>900 Market Street, Suite 320<br>Philadelphia, PA 19107 |
| C. Malcolm Smith Co., P.C.<br>c/o Brandon D. Pack<br>2755 Century Boulevard<br>Wyomissing, PA 19610 | |

DATE: January 7, 2025

By: _Valeria Amato_
　　 Valeria Amato
　　 *Paralegal*