**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **ALAN CHRISTOPHER REDMOND** | : | |
| | : | **Bky. No.  24-13093 (PMM)** |
| **Debtor** | : | |
| | : | |

**CERTIFICATION OF SERVICE**

I, <u>Kevin P. Callahan</u>, certify that on <u>January 8, 2025,</u> I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- **Objection of the United States Trustee to Jason Scott Jordan and Cornerstone Law Firm, LLC's Expedited Motion to Compel the Assistant U.S. Trustee to Appoint a Creditors' Committee and For Other Relief**

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: <u>January 8, 2025</u>

<u>*/s/ Kevin P. Callahan*</u>
Kevin P. Callahan,
Trial Attorney
Robert N.C. Nix Sr. Federal Bldg.
900 Market Street, Room 320
Philadelphia, PA 19107
Phone: (215) 597-4411
Kevin.P.Callahan@usdoj.gov

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Albert Anthony Ciardi, III, Esquire
Ciardi Ciardi & Astin
1905 Spruce Street
Philadelphia, PA 19103
***Email:*** *aciardi@ciardilaw.com*
***(Debtor's Counsel)***
Via:  _____ CM/ECF  _____ 1st Class Mail  _____ Certified Mail  _X_ e-mail
  _____ Other:

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Joel A. Ready, Esquire
Cornerstone Law Firm, LLC.
8500 Allentown Pike, Suite 3
Blandon, PA  19510
***Email:*** *joel@cornerstonelaw.us*
***(Counsel for a Creditor)***

Via:      _____ CM/ECF        _____1st Class Mail      _____Certified Mail  _X__  e-mail
          _____Other: