IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| ALAN CHRISTOPHER REDMOND, | : | Bankruptcy No. 24-13093-PMM |
| | : | |
| Debtor. | : | |

## CERTIFICATE OF SERVICE

I, Valeria Amato, Paralegal hereby certify that I served or caused to be served the *Nonparty Joel A. Ready's Verified Response in Opposition to the Motion of the United States Trustee for Entry of an Order Determining Counsel has Failed to Comply with Bankruptcy Rule 2019(b) and Imposing Remedies Pursuant to Bankruptcy Rule 2019(e)* upon all counsel of record alerted by the ECF system and on the attached service list via first class mail postage pre-paid on the date indicated below. Attorney Joel A. Ready accepted service via hand-delivery on behalf of Jason Scott Jordan, Cornerstone Law Firm, LLC, and Ethan Shalter.

DATE: <u>January 10, 2025</u>

By: _____
Valeria Amato
*Paralegal*