**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: ALAN CHRISTOPHER REDMOND | Bankruptcy No. 24-13093-PMM |
|---|---|
| | Involuntary Chapter 11 |

**ORDER**

AND NOW, this _____ day of the month of _____, 2025, upon

consideration of the Motion of the U.S. Trustee to Dismiss Debtor's Case or Convert to Chapter 7

for Failure to File Operating Reports [ECF No. 163], the Response and Cross-Motion for Relief

by Petitioning Creditors, Jason Scott Jordan, Cornerstone Law Firm, LLC, and Ethan Shalter [ECF

No. 188], and having afforded the Debtor and parties-in-interest an opportunity to be heard, it is

ORDERED and DECREED that the U.S. Trustee's Motion to dismiss or to convert to Chapter 7

is DENIED WITHOUT PREJUDICE and the Petitioning Creditor's Cross-Motion for Relief is

GRANTED as follows:

1.      The Debtor is compelled to comply with the *United States Trustee's Operating Guidelines*

for so long as he remains a debtor-in-possession or else this Court may submit a referral to the

United States Attorney in this district for criminal prosecution.

2.      By this Order, the Court certifies that Debtor has materially violated the *United States*

*Trustee's Operating Guidelines* by not timely submitting monthly operating reports for the months

of September, October, and November of 2024 and reference is made to the U.S. District Court

for the Eastern District of Pennsylvania for an order compelling the Debtor to comply with the

*United States Trustee's Operating Guidelines* for so long as he remains a debtor-in-possession or

else any willful violations may be punished as criminal contempt.

IT IS SO ORDERED.

BY THE COURT

By: _____
Hon. Patricia M. Mayer, *J.*