IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| ALAN CHRISTOPHER REDMOND, | : | Bankruptcy No. 24-13093-PMM |
| | : | |
| Debtor. | : | |

**CERTIFICATE OF SERVICE**

I, Valeria Amato, Paralegal hereby certify that I served or caused to be served the documents listed below and this Certificate of Service upon all counsel of record alerted by the ECF system and on the attached service list via first class mail postage pre-paid on the date indicated below. Attorney Joel A. Ready accepted service via hand-delivery on behalf of Jason Scott Jordan, Cornerstone Law Firm, LLC, and Ethan Shalter.

Documents Served:

- Jason Scott Jordan, Cornerstone Law Firm, LLC, And Ethan Shalter's Response to the Motion of the United States Trustee to Dismiss Debtor's Case or Convert to Chapter 7 for Failure to File Operating Reports and Cross-Motion for Relief
- Notice of Jason Scott Jordan, Cornerstone Law Firm, LLC, and Ethan Shalter's Response to the Motion of the United States Trustee to Dismiss Debtor's Case or Convert to Chapter 7 for Failure to File Operating Reports and Cross-Motion for Relief
- Proposed Order

DATE: <u>January 10, 2025</u>

By: _Valeria Amato_____
Valeria Amato
*Paralegal*