B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (12/15)

# UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania

In re Alan Christopher Redmond

Debtor

*(Complete if issued in an adversary proceeding)*

Plaintiff

v.

Defendant

Case No. 24-13093

Chapter 11

Adv. Proc. No. _____

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

To: Paracorp Incorporated    2140 S. Dupont Highway
Camden, DE 19934

*(Name of person to whom the subpoena is directed)*

☑ *Production*: **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Schedule A

| PLACE Cornerstone Law Firm, LLC, 8500 Allentown Pike, Suite 3 Blandon, PA 19510 | DATE AND TIME February 10, 2025 |
|---|---|

☐ *Inspection of Premises*: **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| PLACE | DATE AND TIME |
|---|---|
|  |  |

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 01/10/2025

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

OR    *Joel A. Ready*
_____
*Attorney's signature*

The name, address, email address, and telephone number of the attorney representing *(name of party)* Jason Scott Jordan _____ , who issues or requests this subpoena, are:

Joel A. Ready, Esq.; joel@cornerstonelaw.us; (610) 926-7875

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

B257 (Form 257 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (Page 2)

# PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)*: PARACORP INCORPORATED
on *(date)* 01/13/2025 .

[X] I served the subpoena by delivering a copy to the named person as follows: PARACORP INCORPORATED
2140 SOUTH DUPONT HIGHWAY, CAMDEN, DE 19934; ACCEPTED BY KEONDRA MANLOVE (MANAGING AGENT)
AT 3:00 PM _____ on *(date)* 01/13/2025 _____ ; or

[ ] I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the
witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____ .

My fees are $ _____ for travel and $_____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true and correct.

Date: 01/13/2025

_____
Server's signature

FRANK PRITCHETT      PROCESS SERVER
_____
*Printed name and title*
BRANDYWINE PROCESS SERVERS, LTD.
PO BOX 1360, WILMINGTON, DE 19899
302-475-2600
_____
*Server's address*

Additional information concerning attempted service, etc.:

SERVED SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A
BANKRUPTCY CASE (OR ADVERSARY PROCEEDING); RULE 45; SCHEDULE A;

## SCHEDULE A

**DOCUMENTS TO BE PRODUCED**:

1.      All of your current or former service agreements with Alan Christopher Redmond or with any legal entity associated with Alan Christopher Redmond.

2.      All of your current or former service agreements with Shannon Kroemmelbein (a/k/a Shannon Redmond) or with any legal entity associated with Shannon Kroemmelbein (a/k/a Shannon Redmond).

3.      All of your current or former service agreements with any of the following persons:

    a.   ABN Health

    b.   ABN Network, LLC

    c.   Alan Redmond Charitable Foundation

    d.   ARC Realty, LLC

    e.   ARC Realty 1, LLC

    f.   Bene Market, LLC

    g.   Benefits Now, LLC

    h.   The Leads House, LLC

    i.   National Brokers of America, Inc.

    j.   NextGen Leads, LLC

    k.   Phase 1 Technology, LLC

    l.   Q H Quick Health

    m.   The Redmond Group, LLC

    n.   Redmond Group Investments, LLC

    o.   Redmond Holdings, Inc.

    p.   Redmond Holdings 2, Inc.

    q.   Redmond Holdings, LLC

    r.   Redmond Investments, LLC

    s.   Redmond Marketing, LLC

    t.   Saoirse, LLC

    u.   Saoirse, LLP

    v.   Saoirse Enterprise, LLC

w. Saoirse Holdings, Inc.

x. Seguro Medico, LLC

y. The Turner House of Reading, LLC

z. Two High Properties, LLC

aa. U.C. Consolidation, Inc.

bb. U.S. Trifecta Limited Liability Company

4. All of your current or former service agreements with any of the following persons or any legal entity owned by or controlled by the following persons, including reasonable variants in spelling:

a. Teresa Ammon

b. Heather Briscoe

c. Lindsey K. Briscoe

d. Katherine Downing

e. Gaia Gebbia

f. Stephanie Miller

g. Seni Sok

h. Arthur W. Walsh, Jr.

i. Norman M. Valz

5. All of your current or former service agreements with any person, regardless of the name of the person, that used any of the following addresses for contact purposes, including any related suite or apartment numbers or variants in ZIP code:

a. 2 High Rd., Wyomissing, PA 19610

b. 2005 Regency Dr., Reading, PA 19610

c. 8 Morgan Dr., Sinking Spring, PA 19608

d. 1198 Reading Blvd., Wyomissing, PA 19610

e. 4 S. 4th Street, Reading, PA 19606

f. 485 Knorr Rd., Gettysburg, PA 17325

g. 4960 NE 27th Ave., Lighthouse Point, FL 33064

h. 39 Lancaster Ave., Strasburg, PA 17579

**ADDITIONAL IDENTIFYING INFORMATION**

Alan Christopher Redmond currently resides at 2 High Rd., Wyomissing, PA 19610. His date of birth is Oct. 1, 1982.

Shannon Kroemmelbein is married to Alan Christopher Redmond and currently resides at 2 High Rd., Wyomissing, PA 19610.

Other addresses associated with Alan Christopher Redmond and Shannon Kroemmelbein:

- 2005 Regency Dr., Reading, PA 19610
- 8 Morgan Dr., Sinking Spring, PA 19608
- 1198 Reading Blvd, Wyomissing, PA 19610

Stephanie Miller's middle-name is Farris, and she resides at 485 Knorr Rd., Gettysburg, PA 17325.

**DEFINITIONS**:

"Organizational documents" refer to all documents filed for the purpose to create, change proper name, convert, merge, or dissolve a legal entity of any kind, including a corporation, limited liability company, limited partnership, limited liability partnership, etc.

"Insider" has the same meaning as 11 U.S.C. § 101(31).

"You" means the recipient of this subpoena and all predecessors-in-title.