# UNITED STATES BANKRUPTCY COURT

## Eastern District of Pennsylvania

In re Alan Christopher Redmond
_____
Debtor

*(Complete if issued in an adversary proceeding)*

_____
Plaintiff

v.

_____
Defendant

Case No. 24-13093

Chapter 11

Adv. Proc. No. _____

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

To: Pennsylvania Department of State, Bureau of Corporations and Charitable Organizations
_____
*(Name of person to whom the subpoena is directed)*

☑ *Production*: **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See attachment.

| PLACE   Cornerstone Law Firm, LLC, 8500 Allentown Pike, Suite 3, Blandon, PA 19510 | DATE AND TIME February 10, 2025 |
|---|---|

☐ *Inspection of Premises*: **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| PLACE | DATE AND TIME |
|---|---|
|  |  |

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 01/10/2025
_____

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

OR

*Joel A. Ready*
*Attorney's signature*

The name, address, email address, and telephone number of the attorney representing *(name of party)* Jason Scott Jordan _____ , who issues or requests this subpoena, are:

Joel A. Ready, Esq.; joel@cornerstonelaw.us; (610) 926-7875

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or to Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (Page 2)

Document    Page 2 of 4

# PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

Pennsylvania Department of State

I received this subpoena for *(name of individual and title, if any)*: Bureau of Corporations and Charitable Organizations

on *(date)* 01/11/2025 .

☑ I served the subpoena by delivering a copy to the named person as follows: _____

Victor DOE (refused last name), Authorized Representative / Front Desk Receptionist _____

_____ on *(date)* 01/14/2025 _____; or

☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true and correct.

Date: 01/14/2025 _____

_____
*Server's signature*

Maura A. Jenkins, Process Server
_____
*Printed name and title*

53 W. Main Street, Apt. 2
Mechanicsburg, PA 17055
800-637-1805
_____
*Server's address*

Additional information concerning attempted service, etc.:

Service on: Pennsylvania Department of State
Bureau of Corporations and Charitable Organizations
401 North Street, Room 206, Harrisburg, PA 17120

Served to: Victor DOE (refused last name), Authorized Representative
(M, 20s-30s, 5'6", dark hair)
01/14/2025 at 3:20 PM

Documents served: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING), SCHEDULE A

**SCHEDULE A**

**DOCUMENTS TO BE PRODUCED**:

1.      Uncertified copies of all documents filed with you, on behalf of any person, since January 1, 2014 and which were submitted by, signed by, or relate to any of the following individuals:

   a.   Alan Christopher Redmond

   b.   Alan C. Redmond

   c.   Alan Redmond

   d.   A. C. Redmond

   e.   Shannon Kroemmelbein

   f.   Shannon Redmond

   g.   Arthur W. Walsh, Jr.

   h.   Arthur Walsh, Jr.

   i.   Seni Sok

   j.   Theresa Ammon

   k.   Stephanie Miller

   l.   Norman Valz

   m.   Norman M. Valz

   n.   Katherine Downing

   o.   Heather Briscoe

   p.   Lindsey K. Briscoe

   q.   Gaia Gebbia

2.      Uncertified copies of all documents filed with you, on behalf of any person, since January 1, 2014 and which were submitted by, signed by, or relate to any filer using any of the following addresses:

   a.   2 High Rd., Wyomissing, PA 19610

   b.   2005 Regency Dr., Reading, PA 19610

   c.   8 Morgan Dr., Sinking Spring, PA 19608

   d.   1198 Reading Blvd., Wyomissing, PA 19610

   e.   4 S. 4th Street, Reading, PA 19606

   f.   485 Knorr Rd., Gettysburg, PA 17325

    g.  4960 NE 27th Ave., Lighthouse Point, FL 33064

    h.  39 Lancaster Ave., Strasburg, PA 17579

## ADDITIONAL IDENTIFYING INFORMATION

Alan Christopher Redmond currently resides at 2 High Rd., Wyomissing, PA 19610. His date of birth is Oct. 1, 1982.

Shannon Kroemmelbein is married to Alan Christopher Redmond and currently resides at 2 High Rd., Wyomissing, PA 19610.

Other addresses associated with Alan Christopher Redmond and Shannon Kroemmelbein:

- 2005 Regency Dr., Reading, PA 19610
- 8 Morgan Dr., Sinking Spring, PA 19608
- 1198 Reading Blvd, Wyomissing, PA 19610

Stephanie Miller's middle-name is Farris, and she resides at 485 Knorr Rd., Gettysburg, PA 17325.

## DEFINITIONS:

"DOB" means Date of Birth.

"Organizational documents" refer to all documents filed with the Delaware Department of State, Division of Corporations, to create, change proper name, convert, merge, or dissolve a legal entity, including a corporation, limited liability company, limited partnership, limited liability partnership, etc.