IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :        Chapter 11
                                                    :
ALAN CHRISTOPHER REDMOND,                           :        Bankruptcy No. 24-13093-PMM
                                                    :
        Debtor.                                     :

**CERTIFICATE OF SERVICE**

I, Valeria Amato, Paralegal hereby certify that I served or caused to be served the documents listed below upon all counsel of record alerted by the ECF system and on the parties listed below via electronic mail.

*Documents served*:

-   Certificate of Service of Subpoena to A Registered Agent, Inc.
-   Certificate of Service of Subpoena to C. Malcolm Smith, III, individually, and C. Malcolm Smith & Company, P.C.
-   Certificate of Service of Subpoena to Delaware Department of State, Division of Corporations
-   Certificate of Service of Subpoena to Harvard Business Services, Inc.
-   Certificate of Service of Subpoenas to Arthur W. Walsh, Jr., Norman M. Valz, Esq., Seguro Medico, LLC, Shannon Kroemmelbein (a/k/a Mrs. Shannon Redmond), and Stephanie Miller
-   Certificate of Service of Subpoena to Mid Penn Bank
-   Certificate of Service of Subpoena to Paracorp Incorporated
-   Certificate of Service of Subpoena to Pennsylvania Department of State, Bureau of Corporations and Charitable Organizations

*Recipients served via e-mail*:

| Nicole Marie Nigrelli, Esq. | Albert A. Ciardi III, Esq. |
|---|---|
| Ciardi Ciardi & Astin | Ciardi Ciardi & Astin |
| 1905 Spruce Street | 1905 Spruce Street |
| Philadelphia, PA 19103 | Philadelphia, PA 19103 |
| nnigrelli@ciardilaw.com | aciardi@ciardilaw.com |

DATE: <u>January 16, 2025</u>                     By: *Valeria Amato*

                                                       Valeria Amato
                                                       *Paralegal*