UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :
                                                    : CHAPTER 11
ALAN CHRISTOPHER REDMOND,                           :
                                                    : BANKRUPTCY NO. 24-13093pmm
                                    Debtor.         :
                                                    :

DEBTOR'S RESPONSE TO (I) THE MOTION OF THE OFFICE OF THE UNITED
STATES TRUSTEE TO DISMISS OR CONVERT THE CASE FOR FAILURE TO FILE
MONTHLY OPERATING REPORTS, AND (II) THE CROSS MOTION OF JASON
SCOTT JORDAN FOR CRIMINAL PROSECUTION OF
DEBTOR FOR FAILURE TO FILE REPORTS

Alan Christopher Redmond, the debtor and debtor-in-possession, by and through his

undersigned counsel, Ciardi, Ciardi & Astin, hereby files this response (the "Response") to the

motion to dismiss or convert the Debtor's case for failure to file Monthly Operating Reports filed

by the Office of the United States Trustee and the Cross- Motion of Jason Scott Jordan for criminal

prosecution of the Debtor for failure to file monthly operating reports("Jordan Cross Motion"),

and respectfully avers as follows:

BACKGROUND

1.      On September 3, 2024, Jason Scott Jordan, Cornerstone Law Group, LLC and

Ethan Shalter (the "Petitioning Creditors") filed an involuntary petition against Alan Christopher

Redmond (the "Debtor").

2.      On October 3, 2024 (the "Petition Date"), an order for relief was entered under

chapter 11 of title 11 of the United States Code, as amended (the "Bankruptcy Code"). The Debtor

remains in possession of his property and continues to operate his business as a debtor-in-

possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

1

3.     On December 26, 2024, the Office of the United States Trustee filed the motion to dismiss or convert the Debtor's case for failure to file Monthly Operating (the "Trustee Motion"). DN 164.

4.     On December 31, 2024, the Debtor filed the outstanding monthly operating reports of September, October and November, 2024.  DN 173, 174 and 175.

5.     Accordingly, all outstanding reports have been filed and the December report is not due until January 21, 2025.  As such, this Court should deny the relief sought in the Trustee Motion.

6.     The Debtor also responds to the non-sensical Jordan Cross Motion by simply noting that the relief requested in the Jordan Cross Motion is too silly to address.

**WHEREFORE**, Alan Christopher Redmond respectfully requests that this Court deny both the Trustee Motion and the Jordan Cross Motion and grant such further relief as is just and proper.

**CIARDI CIARDI & ASTIN**

Dated: January 16, 2025          By:     */s/ Nicole M. Nigrelli*
                                          Albert A. Ciardi, III, Esquire
                                          Nicole M. Nigrelli, Esquire
                                          1905 Spruce Street
                                          Philadelphia, PA  19103
                                          (215) 557-3550 office
                                          (215) 557-3551 fax
                                          aciardi@ciardilaw.com
                                          nnigrelli@ciardilaw.com

                                          Counsel to Debtor
                                          Alan Christopher Redmond