**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                          :      Bankruptcy No. 24-13093-pmm
                                                :
Alan Christopher Redmond,                       :      Chapter 11
                                Debtor   :

**<u>CERTIFICATE OF SERVICE</u>**

I, Brenda S. Bishop, hereby certify that Entry of Appearance and Request for Notice has

been filed electronically on this day, and is available for viewing and downloading from the Court's

Electronic Case Filing System.

DATE: January 17, 2025                          Respectfully submitted,

                                                MICHELLE A. HENRY
                                                ATTORNEY GENERAL

COMMONWEALTH OF PENNSYLVANIA                     BY: */s/ Brenda S. Bishop*
OFFICE OF ATTORNEY GENERAL                      BRENDA S. BISHOP
15TH Floor, Strawberry Square                   Senior Deputy Attorney General
Harrisburg, PA 17101                            PA Attorney No. 91761
Tel: (717) 783-8035
Fax: (717) 772-4526
Cell: (717) 574-9444                            MELISSA L. VAN ECK
E-mail: bbishop@attorneygeneral.gov             Chief Deputy Attorney General