**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re: ALAN CHRISTOPHER REDMOND,                Case No: 24-13093
                                                Chapter 11

_____/

## RETURN OF SERVICE

I, Elizabeth Ostman, being first duly sworn for my position by the Sheriff of Pinellas County, depose and say:

1. I am over the age of 18 years.
2. I am not party to nor interested in the outcome of the above entitled suit.
3. PURSUANT TO FLORIDA STATUTE 92.525 AND UNDER PENALTY OF PERJURY, I DECLARE THAT THE FACTS SET FORTH ARE TRUE AND CORRECT. EXECUTED ON 1/14/2025.
4. I have received the following to hand at 4:42pm on 1/10/2025:
    SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARIAL PROCEEDING)
    Schedule A
    Additional Identifying Information
**5. Directed to be served upon NORTHWEST REGISTERED AGENT LLC at 7901 4th Street North, St Petersburg FL.**
6. Affiant is SPECIAL PROCESS SERVER appointed by Sheriff Bob Gualtieri to serve NON-ENFORCEABLE PROCESS for the Circuit and County Courts in and for Pinellas County, Florida.


   _X_ CORPORATE SERVICE: By delivering to DAVID PACKARD, AUTHORIZED PERSON AND EMPLOYEE OF AGENT, a true copy of this process with the date and hour of service endorsed thereon by me **on JANUARY 13, 2025 at 2:45pm.**

                                          ELIZABETH OSTMAN
                                          SPECIAL PROCESS SERVER
                                          PINELLAS COUNTY
                                          APPOINTMENT #APS59336


**Attorney:**
**Joel A. Ready, Esq.**
CORNERSTONE LAW FIRM
8500 Allentown Pike, Suite 3
Blandon, PA 19510
610-926-7875


STATE OF FLORIDA
COUNTY OF PINELLAS

On the _14_ th day of January 2025, before me, a notary public in and for said county and state, personally appeared ELIZABETH OSTMAN, who has provided Florida Driver's License, and who executed the foregoing and acknowledged to me that she voluntarily executed same.



                                          NOTARY PUBLIC



BARBARA CHRISTINE BRAMANTE
Notary Public - State of Florida
Commission # HH 399760
My Comm. Expires Jul 2, 2027
Bonded through National Notary Assn.

B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Eastern District of Pennsylvania

In re Alan Christopher Redmond
_____
Debtor

*(Complete if issued in an adversary proceeding)*

_____
Plaintiff

v.

_____
Defendant

Case No. 24-13093

Chapter 11

Adv. Proc. No. _____

*[handwritten: 5-AJSJS536 1/13/2025 2:45p]*

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

To:   Northwest Registered Agent, LLC
_____
*(Name of person to whom the subpoena is directed)*

☑ *Production*: **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Schedule A

| PLACE   Cornerstone Law Firm, LLC, 8500 Allentown Pike, Suite 3 Blandon, PA 19510 | DATE AND TIME February 10, 2025 |
|---|---|

☐ *Inspection of Premises*: **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| PLACE | DATE AND TIME |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 01/10/2025

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

OR   *Joel A. Ready*
_____
*Attorney's signature*

The name, address, email address, and telephone number of the attorney representing *(name of party)*
Jason Scott Jordan_____ , who issues or requests this subpoena, are:
   Joel A. Ready, Esq.; joel@cornerstonelaw.us; (610) 926-7875

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**SCHEDULE A**

**DOCUMENTS TO BE PRODUCED**:

1.      All of your current or former service agreements with Alan Christopher Redmond or with any legal entity associated with Alan Christopher Redmond.

2.      All of your current or former service agreements with Shannon Kroemmelbein (a/k/a Shannon Redmond) or with any legal entity associated with Shannon Kroemmelbein (a/k/a Shannon Redmond).

3.      All of your current or former service agreements with any of the following persons:

      a.  ABN Health

      b.  ABN Network, LLC

      c.  Alan Redmond Charitable Foundation

      d.  ARC Realty, LLC

      e.  ARC Realty 1, LLC

      f.  Bene Market, LLC

      g.  Benefits Now, LLC

      h.  The Leads House, LLC

      i.  National Brokers of America, Inc.

      j.  NextGen Leads, LLC

      k.  Phase 1 Technology, LLC

      l.  Q H Quick Health

      m.  The Redmond Group, LLC

      n.  Redmond Group Investments, LLC

      o.  Redmond Holdings, Inc.

      p.  Redmond Holdings 2, Inc.

      q.  Redmond Holdings, LLC

      r.  Redmond Investments, LLC

      s.  Redmond Marketing, LLC

      t.  Saoirse, LLC

      u.  Saoirse, LLP

      v.  Saoirse Enterprise, LLC

    w. Saoirse Holdings, Inc.

    x. Seguro Medico, LLC

    y. The Turner House of Reading, LLC

    z. Two High Properties, LLC

    aa. U.C. Consolidation, Inc.

    bb. U.S. Trifecta Limited Liability Company

4. All of your current or former service agreements with any of the following persons or any legal entity owned by or controlled by the following persons, including reasonable variants in spelling:

    a. Teresa Ammon

    b. Heather Briscoe

    c. Lindsey K. Briscoe

    d. Katherine Downing

    e. Gaia Gebbia

    f. Stephanie Miller

    g. Seni Sok

    h. Arthur W. Walsh, Jr.

    i. Norman M. Valz

5. All of your current or former service agreements with any person, regardless of the name of the person, that used any of the following addresses for contact purposes, including any related suite or apartment numbers or variants in ZIP code:

    a. 2 High Rd., Wyomissing, PA 19610

    b. 2005 Regency Dr., Reading, PA 19610

    c. 8 Morgan Dr., Sinking Spring, PA 19608

    d. 1198 Reading Blvd., Wyomissing, PA 19610

    e. 4 S. 4th Street, Reading, PA 19606

    f. 485 Knorr Rd., Gettysburg, PA 17325

    g. 4960 NE 27th Ave., Lighthouse Point, FL 33064

    h. 39 Lancaster Ave., Strasburg, PA 17579

**ADDITIONAL IDENTIFYING INFORMATION**

Alan Christopher Redmond currently resides at 2 High Rd., Wyomissing, PA 19610. His date of birth is Oct. 1, 1982.

Shannon Kroemmelbein is married to Alan Christopher Redmond and currently resides at 2 High Rd., Wyomissing, PA 19610.

Other addresses associated with Alan Christopher Redmond and Shannon Kroemmelbein:

- 2005 Regency Dr., Reading, PA 19610
- 8 Morgan Dr., Sinking Spring, PA 19608
- 1198 Reading Blvd, Wyomissing, PA 19610

Stephanie Miller's middle-name is Farris, and she resides at 485 Knorr Rd., Gettysburg, PA 17325.

**DEFINITIONS**:

"Organizational documents" refer to all documents filed for the purpose to create, change proper name, convert, merge, or dissolve a legal entity of any kind, including a corporation, limited liability company, limited partnership, limited liability partnership, etc.

"Insider" has the same meaning as 11 U.S.C. § 101(31).

"You" means the recipient of this subpoena and all predecessors-in-title.