IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| ALAN CHRISTOPHER REDMOND, | : | Bankruptcy No. 24-13093-PMM |
| | : | |
| Debtor. | : | |

**CERTIFICATE OF SERVICE**

I, Valeria Amato, Paralegal hereby certify that I served or caused to be served the document(s) listed below upon all counsel of record alerted by the ECF system and on the parties listed below via electronic mail.

*Document(s) served*:

- Certificate of Service of Subpoena to Northwest Registered Agent, LLC

*Recipients served via e-mail*:

| | |
|---|---|
| Nicole Marie Nigrelli, Esq.<br>Ciardi Ciardi & Astin<br>1905 Spruce Street<br>Philadelphia, PA 19103<br>nnigrelli@ciardilaw.com | Albert A. Ciardi III, Esq.<br>Ciardi Ciardi & Astin<br>1905 Spruce Street<br>Philadelphia, PA 19103<br>aciardi@ciardilaw.com |

DATE: January 17, 2025

By: *Valeria Amato*
Valeria Amato
*Paralegal*