**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| Alan Christopher Redmond | : | |
| | : | |
| | : | Bankruptcy Case No. 24- 13093 |
| | : | |
| Debtor | : | |
| | : | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that pursuant to Federal Bankruptcy Rules 2002 and 9010, the undersigned hereby appears in the above captioned matter on behalf of the United States of America – U.S. Small Business Administration, and demands that all notices, motions, etc., given or required to be given in this case, and that all papers, etc., served in this case, be given to and served upon the following:

Anthony St. Joseph, Assistant United States Attorney
U.S. Attorneys' Office for the
Eastern District of Pennsylvania
615 Chestnut Street
Suite 1250
Philadelphia, PA  19106

Respectfully submitted,

JACQUELINE C. ROMERO
United States Attorney

/s/Anthony St. Joseph
Dated:  January 17, 2025       ANTHONY ST. JOSEPH
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA  19106
Tel:  215-861-8267
Fax:  215-861-8618
Anthony.Stjoseph@usdoj.gov