IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

*In re:*

                                        **Chapter 11**

**ALAN CHRISTOPHER REDMOND,**

             **Debtor.**                   **Case No. 24-13093 (PMM)**

## CERTIFICATE OF SERVICE

I, Nicole M. Nigrelli, Esquire, hereby caused, on this 17th day of January, 2025, to be served the *Debtor's Response to (I) the Motion of The Office of The United States Trustee to Dismiss or Convert the Case for Failure to file monthly operating reports, and (II) the Cross Motion of Jason Scott Jordan for Criminal Prosecution of Debtor for Failure to File Reports (DN#203)* via electronic case filing (ecf) and United States first class mail upon the following parties on the attached list.

                                              **CIARDI CIARDI & ASTIN**

By:     */s/ Nicole M. Nigrelli*
           Albert A. Ciardi, III, Esquire
           Nicole M. Nigrelli, Esquire
           1905 Spruce Street
           Philadelphia, PA  19103
           T (215) 557-3550
           F (215) 557-3551
           aciardi@ciardilaw.com
           nnigrelli@ciardilaw.com

ALAN CHRISTOPHER REDMOND
24-13093 (PMM)

**2002 & US Trustee list**

Kevin Callahan, Esquire
John Henry Schanne, Esquire
**Office of US Trustee**
900 Market Street, Suite 320
Philadelphia, PA 19106

**Alan Christopher Redmond**
c/o David P. Heim, Esquire
Bochetto & Lentz PC
1524 Locust Street
Philadelphia, PA 19102

**Commonwealth of PA
Dept of Revenue**
Office of Attorney General
c/o Brenda S. Bishop, Esquire
15th Floor, Strawberry Square
Harrisburg, PA 17120

**World Business Lenders, LLC
WBL SPO I, LLC & WBL SPO III, LLC**
c/o Jessica Gulash, Esquire
Lundy, Beldecos & Milby, P.C.
450 N. Narberth Avenue
Narberth, PA 19072

**Cornerstone Law Firm
Ethan Shalter & Jason Scott Jordan**
c/o Joel A. Ready, Esquire
Cornerstone Law Firm
8500 Allentown Pike, Ste 3
Blandon, PA 19510

**Bene Market**
c/o Norman Mount Valz, Esquire
Norman M. Valz & Associates, C
441 Irvington Road
Drexel Hill, PA 19026

**C. Malcolm Smith, III**
c/o Matthew Gregory Brushwood, Esquire
Barley Snyder
2755 Century Blvd
Wyomissing, PA 19610

**Santander Consumer USA**
c/o William E. Craig, Esquire
Eisenberg Gold & Agrawal, P.C.
1040 Kings Hwy N #200
Cherry Hill, NJ 08034

**Petitioning creditors**

Jason Scott Jordan
10802 Northwest 56th Court
Coral Springs, Florida 33046

Cornerstone Law Firm
c/o Joel Ready
8500 Allentown Pike, Suite 3
Blandon, PA 19510

Ethan Shalter
1360 Philip Ave
Birdsboro, PA 19508

**Debtor**

Alan C. Redmond
2005 Regency Drive
Wyomissing, PA 19610