**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| Alan Christopher Redmond | : | |
| | : | |
| | : | Bankruptcy Case No. 24- 13093 |
| | : | |
| Debtor | : | |
| | : | |

## <u>STIPULATION FOR EXTENSION OF TIME TO FILE ADVERSARY PROCEEDING</u>

It is stipulated by undersigned counsel, subject to the Court's approval, that the time for creditor United States Small Business Administration (SBA) to file an adversary proceeding in this matter shall be extended to and including **February 18, 2024,** for SBA to file an Adversary Complaint regarding discharge.

<div style="margin-left:50%">

Respectfully submitted,

JACQUELINE C. ROMERO
United States Attorney

</div>

| | |
|---|---|
| /s/ Nicole Nigrelli | /s/ Anthony St. Joseph |
| Nicole N. Nigrelli, Esq. | Anthony St. Joseph |
| Ciardi Ciardi & Astin | Assistant United States Attorney |
| 1905 Spruce Street | 615 Chestnut St., Suite 1250 |
| Philadelphia, PA 19103 | Philadelphia, PA 19106 |
| | |
| *Counsel for Debtor* | *Counsel for SBA* |

Dated: January 17, 2025