**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ALAN CHRISTOPHER REDMOND | Bankruptcy No. 24-13093-PMM |
| | Involuntary Chapter 11 |

**ORDER**

AND NOW, this _____ day of the month of _____, 2025, upon consideration of the Moving Creditors, Jason Scott Jordan and Cornerstone Law Firm, LLC's Amended Motion to Compel Rule 2004 Production as to Nonparty Registered Agents and State Departments, and having afforded the Debtor and parties-in-interest an opportunity to be heard, it is ORDERED and DECREED that such Motion is GRANTED as follows:

(1)     All objections to the Rule 2004 production are overruled as to A Registered Agent, Inc., Corporation Trust Company, Harvard Business Services, Inc., Northwest Registered Agent, LLC, Paracorp Incorporated, Delaware Department of State, and Pennsylvania Department of State.

(2)     Moving Creditors are authorized to serve additional subpoenas to produce documents on the foregoing persons and on any additional registered agents and business formation service-providers that  may have an association with the Debtor, with Shannon Kroemmelbein, or with the associates of either of them, provided that such persons retain the right to object under Fed. R. Civ. P. 45.

BY THE COURT

By:     _____
Hon. Patricia M. Mayer, *J.*