IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| ALAN CHRISTOPHER REDMOND, | : | Bankruptcy No. 24-13093-PMM |
| | : | |
| Debtor. | : | |

**CERTIFICATE OF SERVICE**

I, Valeria Amato, Paralegal hereby certify that I served or caused to be served the documents listed below and this Certificate of Service upon all counsel of record alerted by the ECF system, the addressees listed on the attached service list, and the addressees as listed below via first class mail postage pre-paid on the date indicated below.

I.    **Amended Motion to Compel Rule 2004 Examination of Debtor and His Spouse and Associates**

- Amended Motion to Compel Rule 2004 Examination of Debtor and His Spouse and Associates, together with Notice, Proposed Order, and Exhibits

A.    **Service Via E-mail Only.**

**The foregoing documents were served via e-mail only as follows**

| Counsel for Debtor:<br>Nicole Marie Nigrelli, Esq.<br>Nnigrelli@ciardilaw.com<br>Albert Anthony Ciardi III, Esq.<br>aciardi@ciardilaw.com<br>Daniel Siedman, Esq.<br>dsiedman@ciardilaw.com | U.S. Trustee:<br>Kevin P. Callahan, Esq.<br>Kevin.p.callahan@usdoj.gov<br>John Schanne, Esq.<br>John.schanne@usdoj.gov |
|---|---|
| Anthony St. Joseph, Esq.<br>Anthony.stjoseph@usdoj.gov<br>Counsel for United States of America—U.S.<br>Small Business Administration | Branda S. Bishop, Esq.<br>bbishop@attorneygeneral.gov<br>Counsel for Commonwealth of Pennsylvania,<br>Department of Revenue |

1

**B.**      **Service by U.S. Mail and E-mail.**

The foregoing documents were served via U.S. mail, and via e-mail if shown below, as follows:

| | |
|---|---|
| William Rush, Esq.<br>38 N. 6th St.<br>Reading, PA 19606<br>wrush@rushlawberks.com<br>Counsel for Shannon Kroemmelbein, Arthur W. Walsh, Jr., Stephanie Farris Miller, Norman M. Valz, Esquire, and Seguro Medico, LLC: | Lindsey E. Snavely, Esquire<br>Pillar + Aught<br>4201 E. Park Cir.<br>Harrisburg, PA 17111<br>lsnavely@pillaraught.com<br>Counsel for Mid Penn Bank |
| Brandon D. Pack, Esq.<br>2755 Century Boulevard<br>Wyomissing, PA 19610<br>bpack@barley.com<br>Counsel for C. Malcolm Smith, III and C. Malcolm Smith & Company, P.C. | Katherine Downing, Esquire<br>918 Morgantown Rd.<br>Reading, PA 19607<br>Pro Se |

**II.**      **Amended Motion to Compel Rule 2004 Production as to Nonparty Registered Agents and State Departments.**

- Amended Motion to Compel Rule 2004 Production as to Nonparty Registered Agents and State Departments, together with Notice, Proposed Order, and Exhibits

**A.**      **Service Via E-mail Only.**

The foregoing documents were served via e-mail only as follows

| | |
|---|---|
| Counsel for Debtor:<br>Nicole Marie Nigrelli, Esq.<br>Nnigrelli@ciardilaw.com<br>Albert Anthony Ciardi III, Esq.<br>aciardi@ciardilaw.com<br>Daniel Siedman, Esq.<br>dsiedman@ciardilaw.com | U.S. Trustee:<br>Kevin P. Callahan, Esq.<br>Kevin.p.callahan@usdoj.gov<br>John Schanne, Esq.<br>John.schanne@usdoj.gov |
| Anthony St. Joseph, Esq.<br>Anthony.stjoseph@usdoj.gov | Branda S. Bishop, Esq.<br>bbishop@attorneygeneral.gov |

2

| Counsel for United States of America—U.S. Small Business Administration | Counsel for Commonwealth of Pennsylvania, Department of Revenue |
|---|---|

**B.    Service by U.S. Mail and E-mail.**

The foregoing documents were served via U.S. mail, and via e-mail if shown below, as follows:

| | |
|---|---|
| William Rush, Esq.<br>38 N. 6th St.<br>Reading, PA 19606<br>wrush@rushlawberks.com<br>Counsel for Shannon Kroemmelbein, Arthur W. Walsh, Jr., Stephanie Farris Miller, Norman M. Valz, Esquire, and Seguro Medico, LLC: | Katherine Downing, Esquire<br>918 Morgantown Rd.<br>Reading, PA 19607<br>Pro Se |
| Harvard Business Services, Inc.<br>16192 Coastal Highway<br>Lewes, DE 19958 | Paracorp Incorporated<br>2140 S. Dupont Highway<br>Camden, DE 19934 |
| A Registered Agent, Inc.<br>8 The Green, Suite A<br>Dover, DE 19901 | Delaware Department of State<br>Division of Corporations<br>401 Federal St., Suite 4<br>Dover, DE 19901 |
| Pennsylvania Department of State<br>Bureau of Corporations and Charitable Organizations<br>401 North Street, Room 206<br>Harrisburg, PA 17120 | The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange St.<br>Wilmington, DE 19801 |
| Northwest Registered Agent, LLC<br>7901 4th Street North<br>St. Petersburg, FL 33702 | |

DATE: <u>January 21, 2025</u>

By: _Valeria Amato_____
Valeria Amato
*Paralegal*