**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| Alan Christopher Redmond | : | |
| | : | |
| | : | Bankruptcy Case No. 24- 13093 |
| | : | |
| Debtor | : | |
| | : | |

## <u>ORDER</u>

AND NOW, this 22nd day of January        , 2025, upon consideration of

the Stipulation to Extend Time between Alan Christopher Redmond and creditor,

U.S. Small Business Administration (SBA), it is hereby ORDERED that the

Stipulation is GRANTED. The SBA's deadline to file an adversary proceeding

regarding discharge is February 18, 2025.

BY THE COURT:

*Patricia M. Mayer*

HONORABLE PATRICIA M. MAYER
*Judge, United States Bankruptcy Court*

Dated:        January 22        , 2025