B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (12/15)

# UNITED STATES BANKRUPTCY COURT

### Eastern District of Pennsylvania

In re Alan Christopher Redmond
_____
Debtor

_(Complete if issued in an adversary proceeding)_

Case No. 24-13093

Chapter 11

_____
Plaintiff

v.

Adv. Proc. No. _____

_____
Defendant

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

To:    Katherine Downing, Esquire
_____

_(Name of person to whom the subpoena is directed)_

☑ _Production_: **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:  See Schedule A

| PLACE  Cornerstone Law Firm, LLC, 8500 Allentown Pike, Suite 3 Blandon, PA 19510 | DATE AND TIME February 6, 2025 |
|---|---|

☐ _Inspection of Premises_: **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| PLACE | DATE AND TIME |
|---|---|

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 01/20/2025

CLERK OF COURT

_____                OR    _Joel A. Ready_
Signature of Clerk or Deputy Clerk                          _Attorney's signature_

The name, address, email address, and telephone number of the attorney representing _(name of party)_
Jason Scott Jordan_____ , who issues or requests this subpoena, are:
Joel A. Ready, Esq.; joel@cornerstonelaw.us; (610) 926-7875

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed.  Fed. R. Civ. P. 45(a)(4).

B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (Page 2)

*24-13093*

## PROOF OF SERVICE

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)**

I received this subpoena for *(name of individual and title, if any):* KATHERINE DOWNING, ESQUIRE
on *(date)* 1-21-25

☑ I served the subpoena by delivering a copy to the named person as follows: PERSONAL HAND DELIVERY
TO KATHERINE DOWNING, ESQUIRE at 918 MORGANTOWN ROAD
READING PA 19607  on *(date)* 1-21-25  ; or

☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of  $ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true and correct.

Date:  1-21-25

*Marty Straka*
_____
Server's signature

MARTY STRAKA PSC MBA
_____
Printed name and title

**SUBPOENAS.COM**
4521 Farming Ridge Blvd.
**Reading, PA 19606**

Additional information concerning attempted service, etc.:

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                        :        Chapter 11
                                              :
ALAN CHRISTOPHER REDMOND,                     :        Bankruptcy No. 24-13093-PMM
                                              :
        Debtor.                               :

**CERTIFICATE OF SERVICE OF MOTION
ON KATHERINE DOWNING**

In addition to the foregoing subpoena, I certify that I served the following documents on Katherine Downing, Esquire, on January 21, 2025 by personal hand delivery to her at 918 Morgantown Road, Reading, PA 19607: Jason Scott Jordan, Cornerstone Law Firm, LLC, and Ethan Shalter's Amended Motion to Compel Rule 2004 Examination and Production of Debtor and His Spouse and Associates, together with its Notice, Exhibits, and Proposed Order.

I declare under penalty of perjury that this information is true and correct.

DATE: _1- 21- 25_                     By: _Marty Straka_
                                              Marty Straka

1