Brenda Tengan
Wyomissing



# ALAN CHRISTOPHER REDMOND ⓘ

**Account Servicing**

---

**EZChoice Checking** 9890950166  › **Date Opened** 10/21/2024  **Date Closed** 01/13/2025    **CLOSED**

| $0.00 | $0.00 | **IND:** ALAN CHRISTOPHER REDMOND | ALAN CHRISTOPHER REDMOND |
|---|---|---|---|
| **Available Balance** | **Total Balance** **Account Holders** | | DEBTOR IN POSSESSION CASE # 24-13093 |
| | | | **Account Title Fields** |

## Account Details

| Service Charge Waiver | ATM Fee Waiver | Account Cost Center | Branch Name |
|---|---|---|---|
| Change Waiver | No Active Fee Waiver | 6767 | Wyomissing |
| No Active Waiver | | | |

--- **Rate Details** ---

| Standard Rate | Current Bonus Rate | Current Expiry Date | Pricing Region |
|---|---|---|---|
| None | None | None | PHIL |

## Account Transactions     Dash Wire Transfers

| 🔍 **Search Transactions by Date** | | ↻ **Reset Dates** | | 🖨 **Print Transaction History** |
|---|---|---|---|---|

**Posted**

| Date | Type | Description | Credit | Debit | Balance |
|---|---|---|---|---|---|
| AN 3 | | CLOSEOUT | | -$7,300.05 | $0.00 |
| AN | | LAM LLC DBA THE CONS COLL | | -$1,455.00 | $7,300.05 |
| AN | | ELITE FUEL SERVI ELITE FUEL | | -$1,600.00 | $8,75... |

| Date | Description | Amount | Balance |
|---|---|---|---|
| AN | PP ELEC BILL | -$1,410.00 | $10,355.05 |
| | END 12-31-24 | | |
| )EC :0 :024 | OVERDRAFT FEE -QUARTERLY FEE PAYMENT | -$15.00 | $11,765.05 BALANCE ! |
| )EC :7 :024 | QUARTERLY FEE PAYMENT | -$250.00 | $11,780.05 |
| )EC :4 :024 | FLOAT ADJUSTMENT DECREASE | $0.00 | $12,030.05 |
| )EC :4 :024 | FLOAT ADJUSTMENT INCREASE | $0.00 | $12,030.05 |
| )EC :3 :024 | MOBILE DEPOSIT - XXXXXXXXX2393 | $4,000.00 RENT | $12,030.05 |
| )EC :3 :024 | DEPOSIT | $8,000.00 CONSULTING FEE | $8,030.05 |
| )EC :3 :024 | FLOAT ADJUSTMENT INCREASE | $0.00 | $30.05 |
| IOV ; :024 | DELUXE CHECK CHECK/ACC. | -$29.95 | $30.05 |

Accessibility   Member FDIC   Feature Flags   Permissions

Member
FDIC   Equal Housing Lender NMLS#381076   Entrust

Users of this website agree to be bound by the provisions of the M&T website Terms of Use and Privacy.

Versions

© 2025 M&T Bank. All rights reserved.

# M&T Bank

**FOR INQUIRIES CALL:** (800) 724-2440

00    0 06767M NM  017

000000                          N

**ALAN CHRISTOPHER REDMOND**
**DEBTOR IN POSSESSION CASE # 24-13093**
**2 HIGH RD**
**WYOMISSING PA 19610**

| ACCOUNT TYPE | |
|---|---|
| EZCHOICE CHECKING | |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| 9890950166 | NOV.22-DEC.20,2024 |

| | |
|---|---|
| BEGINNING BALANCE | $30.05 |
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 0.00 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $30.05 |

INTEREST EARNED FOR STATEMENT PERIOD          $0.00                          WYOMISSING

## ACCOUNT SUMMARY

| BEGINNING BALANCE | DEPOSITS & OTHER CREDITS (+) | | CHECKS PAID | | OTHER DEBITS (-) | | CURRENT INTEREST PD | ENDING BALANCE |
|---|---|---|---|---|---|---|---|---|
| | NO. | AMOUNT | NO. | AMOUNT | NO. | AMOUNT | | |
| $30.05 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | $0.00 | $30.05 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 11/22/2024 | BEGINNING BALANCE | | | $30.05 |
| | ENDING BALANCE | | | $30.05 |

STANDARD FEES TO USE NON-M&T ELECTRONIC FACILITIES INCLUDE: (1)$3 PER ATM WITHDRAWAL, CASH ADVANCE OR ELECTRONIC FUNDS TRANSFER (THE GREATER OF $5 OR 3% OF THE U.S. DOLLAR AMOUNT OF THE TRANSACTION IF MADE OUTSIDE THE 50 UNITED STATES & WASHINGTON DC) (2)$3 PER ATM BALANCE INQUIRY ($5 IF MADE OUTSIDE THE 50 UNITED STATES & WASHINGTON DC); AND (3)THE GREATER OF $0.50 OR 3% OF THE U.S. DOLLAR AMOUNT OF VISA NETWORK POINT OF SALE TRANSACTIONS MADE IN FOREIGN COUNTRIES. WITHDRAWALS WILL BE DEEMED MADE WHEN RECORDED ON M&T'S BOOKS, NOT NECESSARILY WHEN INITIATED, AND THERE IS NO LIMIT ON THE NUMBER OF WITHDRAWALS.

## How To Balance Your M&T Bank Deposit Account

**Follow these steps to bring your register balance into agreement with this statement.**

| STEP 1: | Beginning with the first item on this statement place a checkmark (✔) beside each item that has a corresponding entry in your register. (Place the checkmark next to each item in your register and on this statement ) |

| STEP 2: | TO DETERMINE YOUR CURRENT BALANCE: |

ADD   to the balance shown in your register by writing in the amount of:
- (a)   Any deposits and other additions shown on this statement which you have not already added, and
- (b)   Any interest this statement shows as credited to your account, if it is an interest earning account.

SUBTRACT   to the balance shown in your register by writing in the amount of:
- (a)   Any checks or other subtractions shown on this statement which you did not enter into your register; and
- (b)   Any automatic payments or other electronic transfers shown on this statement which you have not already subtracted; and
- (c)   Any service charges shown on this statement which you have not already subtracted.

**Complete STEPS 3 through 8 to determine the current balance in your account.**

| STEP 3: | List any outstanding checks (written but not yet paid by M&T Bank) and other subtractions not appearing on your statement in the spaces provided below. |

| CHECKS OUTSTANDING AND OTHER SUBTRACTIONS | |
| --- | --- |
| NUMBER | AMOUNT |
| | $ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL AMOUNT OF CHECKS OUTSTANDING AND OTHER SUBTRACTIONS | $ |

| STEP 4: | Enter on this line the Ending Balance shown on the front of this statement. | $ | |
| --- | --- | --- | --- |
| STEP 5: | Enter the total of any deposits or other additions shown in your register which are not shown on this statement. | $ | |
| STEP 6: | Add the amounts in STEPS 4 and 5, enter the total here. | $ | |
| STEP 7: | Enter the total of "Checks Outstanding and Other Subtractions" (from STEP 3) here. | $ | |
| STEP 8: | Subtract total of STEP 7 from STEP 6 and enter the difference here. *This amount should be your current account balance.* | $ | |

HAVE YOU MOVED? If so, please contact the M&T Telephone Banking Center at (800) 724-2440 or contact your local branch of M&T Bank or write to:

M&T BANK
ATTN: M&T TELEPHONE BANKING CENTER
P.O. BOX 767
BUFFALO, NY 14240-0767

CALL (800) 724-2440 TO DETERMINE IF ANY SCHEDULED DIRECT DEPOSIT OR PREAUTHORIZED TRANSFER TO YOUR ACCOUNT HAS OCCURRED.

## In Case of Errors or Questions About Your Electronic Transfers

Telephone us at (800) 724-2440 or write to us at:

M&T BANK
ATTN: M&T TELEPHONE BANKING CENTER
P.O. BOX 767
BUFFALO, NY 14240-0767

as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
- (1)   Tell us your name and account number (if any).
- (2)   Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- (3)   Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

©2016 Manufacturers and Traders Trust Company

   

L008A (11/16)

| US Bankruptcy Court Report | | | | |
|---|---|---|---|---|
| Debtor:  Alan C. Redmond  Case No. 24-13093 | | | | |
| Schedule of Cash Receipts and Disbursements | | | | |
| | | | | |
| **Cash Receipts** | | | | |
| Payee | Date | Memo | Category | Amount |
| Shannon Kroemmelbein | 10/21/24 | Cash advance to open DIP account | loan | 60.00 |
| Seguro Medico, LLC | 12/23/24 | Consulting Fee | Income - consulting | 8,000.00 |
| Matthew Murray | 12/23/24 | November Rent Regency Drive | Income - rent | 4,000.00 |
| | | | | |
| | | | | |
| Total | | | | 12,060.00 |
| | | | | |
| **Cash Disbursements** | | | | |
| Payee | Date | Memo | Category | Amount |
| Deluxe Checks | 11/05/24 | DIP account checks | Office supplies | 29.95 |
| US Court | 12/24/24 | Quarterly Chapter 11 Fee | | 250.00 |
| M&T Bank | 12/30/24 | Overdraft Fee | Bank Fee | 15.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Total | | | | 294.95 |
| | | | | |
| Balance | | | | 11,765.05 |