## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In Re:** | **Chapter 11** |
| **Alan Christopher Redmond** | |
| **Debtor** | **Bankruptcy Case No. 24- 13093** |

## STIPULATION FOR EXTENSION OF TIME
## TO FILE ADVERSARY PROCEEDING

It is stipulated by undersigned counsel, subject to the Court's approval, that the time for

creditor American Workers Insurance Services, Inc. ("AWIS") to file an adversary proceeding in

this matter shall be extended to and including **February 18, 2024**.

Date:    January 21, 2025

| | |
|---|---|
| */s/Nicole M. Nigrelli* | */s/ Justin J. Boron* |
| Nicole M. Nigrelli, Esq. | Justin J. Boron (324797) |
| Ciardi Ciardi & Astin | Freeman Mathis & Gary, LLP |
| 1905 Spruce Street | 1600 Market Street, Suite 1210 |
| Philadelphia, PA 19103 | Philadelphia, PA 19103 |
| | |
| *Counsel for Debtor* | *Counsel for AWIS* |

**IT IS SO ORDERED.**

BY THE COURT

Dated: _____, 2025

_____

Hon. Patricia M. Mayer
U.S. Bankruptcy Judge