**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In Re:** | **Chapter 11** |
| **Alan Christopher Redmond** | **Bankruptcy Case No. 24- 13093** |
| **Debtor** | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

PLEASE TAKE NOTICE that pursuant to Federal Bankruptcy Rules 2002 and 9010, the undersigned hereby appears in the above captioned matter on behalf of American Workers Insurance Services, Inc. ("AWIS"), and demands that all notices, motions, etc., given or required to be given in this case, and that all papers, etc., served in this case, be given to and served upon the following:

Justin J. Boron (324797)
FREEMAN MATHIS & GARY, LLP
1600 Market Street, Suite 1210
Philadelphia, PA 19103
Phone: (215) 789-4919
jboron@fmglaw.com

Date:    January 22, 2025

Respectfully submitted,

**FREEMAN MATHIS & GARY, LLP**

By:  */s/ Justin J. Boron*
JUSTIN J. BORON (324797)
1600 Market Street, Suite 1210
Philadelphia, PA 19103
Phone: (215) 279-8072
jboron@fmglaw.com
ATTORNEY FOR AMERICAN WORKERS
INSURANCE SERVICES, INC.

## CERTIFICATE OF SERVICE

I, Justin J. Boron, Esquire hereby certify that a true and correct copy of this document has been served upon all interested parties on January 22, 2025.

*/s/ Justin J. Boron*
JUSTIN J. BORON