**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | : |
| | : **CHAPTER 11** |
| **ALAN CHRISTOPHER REDMOND,** | : |
| | : **BANKRUPTCY NO. 24-13093(PMM)** |
| | : |
| **Debtor.** | : |
| | : |

**ORDER PURSUANT TO 11 U.S.C. § 1125, FEDERAL RULES OF BANKRUPTCY
PROCEDURE 3016, 3017, AND LOCAL RULE 3016-1 APPROVING DISCLOSURE
STATEMENT RELATED TO PLAN OF REORGANIZATION PROPOSED BY ALAN
CHRISTOPHER REDMOND, THE DEBTOR AND DEBTOR-IN-POSSESSION AND
FIXING DATES FOR THE FILING OF ACCEPTANCES, REJECTIONS, OR
<u>OBJECTIONS TO THE PLAN OF REORGANIZATION</u>**

AND NOW, this _____ day of _____, 2025 upon consideration of the

motion (the "Motion") of Alan Christopher Redmond (the "Debtor") for order pursuant to 11

U.S.C. § 1125, Federal Rules of Bankruptcy Procedure 3016, 3017, and Local Rule 3016-1 for

approval of the disclosure statement (the "Disclosure Statement") related to the plan of

reorganization (the "Plan") and the Motion having been filed on January 21, 2025, and the

Motion requesting a date for filing Acceptances, Rejections, or Objections to the Plan; and

It having been determined by the Court after hearing and notice on the Motion that the

Disclosure Statement contains adequate information in accordance with the requirements of

11 U.S.C. §1125 and that the proposed voting materials and procedures comply with the

provisions of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure;

It is **ORDERED,** and Notice is hereby given, that:

1.      The Disclosure Statement is hereby **APPROVED.**

2.      The proposed voting procedures and the proposed voting materials, consisting of

a ballot are hereby approved.

3.      On or before _____, 2025, as required by Bankruptcy Rule 3017(d), the Debtor shall transmit by mail to all creditors, equity security holders, and other parties in interest copies of the following: (1) the Plan of Reorganization; (2) the Disclosure Statement Related to Plan of Reorganization; (3) this Order; (4) a Ballot; and (5) a self-addressed envelope by which the Ballot may be returned to the Debtor's counsel.

4.      _____, 2025, is hereby set as the last date by which ballots must be received in order to be considered as acceptances or rejections of the Plan of Reorganization. Ballots should be returned to:

> Albert A. Ciardi, III, Esquire
> Nicole M. Nigrelli, Esquire
> CIARDI CIARDI & ASTIN
> 1905 Spruce Street
> Philadelphia, PA 19103
> aciardi@ciardilaw.com
> nnigrelli@ciardilaw.com

so as to be received on or before 5:00 p.m. on _____, 2025.  The Debtor may receive completed ballots by mail or email.  Ballots arriving after such time shall not be opened or counted in the voting unless the Court otherwise orders.

5.      In accordance with Bankruptcy Rule 3020(b)(1), _____, 2025, is fixed as the date on or before which any written objection to confirmation of the Plan of Reorganization is required to have been filed with the Court and served upon counsel for the Debtor.

6.      The Debtor shall file its Report of Plan Voting with the Clerk of the United States Bankruptcy Court on or before _____, 2025.

7.     The hearing on confirmation of the Plan shall be held on _____,

2025 at ___:___ __.m. in the United States Bankruptcy Court for the Eastern District of

Pennsylvania, The Gateway Building, 201 Penn Street, 4th Floor, Reading, Pennsylvania.


BY THE COURT:


_____
HONORABLE PATRICIA M. MAYER,
UNITED STATES BANKRUPTCY JUDGE