**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : CHAPTER 11 |
| | : |
| ALAN CHRISTOPHER REDMOND, | : BANKRUPTCY NO. 24-13093 (PMM) |
| | : |
| Debtor. | : |
| | : |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Alan Christopher Redmond (the "Debtor") by and through his counsel, Ciardi Ciardi & Astin, has filed a Motion for an Order Pursuant to 11 U.S.C. §1125, Federal Rules of Bankruptcy Procedure 3016, 3017, and Local Rule 3016-1 for: (I) Approval of Disclosure Statement Related to Plan of Reorganization Proposed by the Debtor, and (II) for Authority to Fix the Dates for the Filing of Acceptances, Rejections or Objections to the Plan of Reorganization (the "Motion") with the Court.

1.      **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have any attorney, you may wish to consult an attorney.)**

2.      If you do not want the court to grant the relief sought in this Motion or if you want the Court to consider your views on the Motion, then on or before, **February 18, 2025** objection date) you or your attorney must file a response to the Motion.

3.      A hearing on the Motion is scheduled to be held on **February 25, 2025 at 11:00 a.m.,** in Courtroom 4th Floor, before the Honorable Patricia M. Mayer, at the United States Bankruptcy Court, The Gateway Building, 201 Penn Street, Reading, PA 19601. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing. Requests for participation other than in person must be made pursuant to Local Bankruptcy Rule 9076-1.

4.      If you do not file a response to the Motion, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5.      You may contact the Bankruptcy Clerk's Office for Philadelphia cases at (215) 408-2800 and for Reading cases at 610-208-5040 to find out whether the hearing has been cancelled because no one filed a response.

6.      If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this notice.

### *FILING INSTRUCTIONS*

1. If you are required to file documents electronically by Local Bankruptcy Rule 5005-2, you must file your response electronically.

2. If you are not required to file electronically, you must file your response at

U.S. Bankruptcy Court for the Eastern District of Pennsylvania
Attn:  Clerk's Office
United States Bankruptcy Court
Eastern District of Pennsylvania
The Gateway Building
201 Penn Street, Suite 103
Reading, PA 19601

3. If you mail your answer to the Bankruptcy Court Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

4. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

Albert A. Ciardi, III, Esquire
Nicole M. Nigrelli, Esquire
CIARDI CIARDI & ASTIN
1905 Spruce Street
Philadelphia, PA  19103
Telephone: 215-557-3550
Telecopier: 215-557-3551
aciardi@ciardilaw.com
nnigrelli@ciardilaw.com

CIARDI CIARDI & ASTIN

Date: January 22, 2025                By:    */s/ Albert A. Ciardi, III*
                                             Albert A. Ciardi, III, Esquire
                                             Nicole M. Nigrelli, Esquire
                                             1905 Spruce Street
                                             Philadelphia, Pa 19103
                                             Telephone: (215) 557-3550
                                             Facsimile: (215) 557-3551
                                             *Attorneys for Debtor*