**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| *In re:* | : | |
| | : | **Chapter 11** |
| **ALAN CHRISTOPHER REDMOND,** | : | |
| | : | |
| Debtor. | : | **No. 24-13093 (PMM)** |

<u>**PRAECIPE TO CHANGE ADDRESS**</u>

**TO THE CLERK OF COURT**:

Kindly change the address of Debtor, Alan Christopher Redmond.

**<u>OLD ADDRESS</u>**:    Alan Christopher Redmond, Debtor
2005 Regency Drive
Wyomissing, PA 19610

**<u>NEW ADDRESS</u>**:    Alan Christopher Redmond, Debtor
2 High Road
Wyomissing, PA 19610

**CIARDI CIARDI & ASTIN**

Dated January 23, 2025           By:    */s/ Nicole M. Nigrelli*
Nicole M. Nigrelli, Esquire
1905 Spruce Street
Philadelphia, PA 19103
(215) 557-3550 office
(215) 557-3551 fax
nnigrelli@ciardilaw.com

Counsel to Debtor
Alan Christopher Redmond