**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ALAN CHRISTOPHER REDMOND | Bankruptcy No. 24-13093-PMM |
| | Involuntary Chapter 11 |

**ORDER**

AND NOW, this _____ day of the month of _____, 2025, upon consideration of Jason Scott Jordan's Amended Motion to Compel the Debtor to Delivery Property and Related Relief, and having afforded the Debtor and parties-in-interest an opportunity to be heard, it is ORDERED and DECREED that such Motion is GRANTED as follows:

1. Effective immediately, the Debtor is ordered to surrender all income from sources he transferred to Shannon Kroemmelbein, except for her wages and compensation from the Pottstown School District, and all income from Seguro Medico, LLC, Benefits Now, LLC, ABN Network, LLC, ARC Realty, LLC, and any other business entity associated with Shannon Kroemmelbein, into a Debtor-in-Possession account with a qualified depository and segregated from Debtor's existing DIP account.

2. The Debtor is compelled to provide an accounting, within 30 days, of all assets that were transferred into the name of Shannon Kroemmelbein and the sources of all income to her, other than her wages and compensation from the Pottstown School District, which became deposited into the DIP account.

BY THE COURT

By: _____
Hon. Patricia M. Mayer, *J.*