## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In Re:** | **Chapter 11** |
| **Alan Christopher Redmond** | |
| **Debtor** | **Bankruptcy Case No. 24- 13093** |

## STIPULATION FOR EXTENSION OF TIME
### TO FILE ADVERSARY PROCEEDING

It is stipulated by undersigned counsel, subject to the Court's approval, that the time for creditor American Workers Insurance Services, Inc. ("AWIS") to file an adversary proceeding in this matter shall be extended to and including **February 18, 2025**.

Date:   January 21, 2025

*/s/Nicole M. Nigrelli*
Nicole M. Nigrelli, Esq.
Ciardi Ciardi & Astin
1905 Spruce Street
Philadelphia, PA 19103

*Counsel for Debtor*

*/s/ Justin J. Boron*
Justin J. Boron (324797)
Freeman Mathis & Gary, LLP
1600 Market Street, Suite 1210
Philadelphia, PA 19103

*Counsel for AWIS*

**IT IS SO ORDERED.**

BY THE COURT

Dated:  January 23, 2025

*Patricia M. Mayer*
Hon. Patricia M. Mayer
U.S. Bankruptcy Judge