UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                  :
                                                        : CHAPTER 11
ALAN CHRISTOPHER REDMOND,                               :
                                                        : BANKRUPTCY NO. 24-13093 pmm
                                       Debtor.          :
                                                        : Related DN. 157, 170, 211

OBJECTION OF DEBTOR TO *AMENDED* MOTION TO COMPEL
RULE 2004 PRODUCTION OF DOCUMENTS DIRECTED TO NONPARTY
REGISTERED AGENTS AND STATE DEPARTMENTS

Alan C. Redmond, the debtor and debtor-in-possession (the "Debtor"), by and through his undersigned counsel, Ciardi Ciardi & Astin, hereby files this objection to the AMENDED Motion to Compel 2004 Production of Documents directed to NonParty Registered Agents and State Departments (the "Amended Motion") filed by Jason Scott Jordan and Cornerstone Law Firm, LLC, and respectfully avers as follows:

1.      The Debtor fully incorporates his prior Objection filed at docket number 170. Furthermore, the Debtor reserves and preserves all attorney client privileges which he may have.

2.      In the Amended Motion, Jason Scott Jordan and Cornerstone Law Firm, LLC (the "Movants") acknowledge that they have 1) served subpoenas on companies which the Debtor *does not* have an interest in, and 2) those subpoenas were **_NOT_** served on counsel for those entities or the entities themselves.   That means, entities owned by third parties were not made aware of the Amended Motion but the Movants have subpoenaed their corporate records anyway.

3.      As set forth in our previous objection, due process dictates that those parties receive notice before any of their records are provided.  However, instead of providing due

1

process, the Movants have sent the subpoenas and have requested documents **_BEFORE_** this

Court has a hearing on the Amended Motion.

4. Moreover, as to any Debtor related entity, the Movants are in litigation with the

Debtor and in the past month and a half have filed nine (9) motions, including the amended

motions, and two (2) adversary proceeding raising similar issues to those raised in the Amended

Motion. Therefore, Federal Rule of Bankruptcy Procedure 2004 is not appropriate, and the

Movants must use Federal Rule of Bankruptcy Procedure 7001 *et seq.*

**WHEREFORE,** the Debtor respectfully requests that this Honorable Court deny the

Amended Motion (as well as the original motion filed at Docket No. 157) and grant such further

and other relief as is just and proper.

**CIARDI CIARDI & ASTIN**

Dated: January 23, 2025

**_/s/ Nicole M. Nigrelli, Esquire_**
Albert A. Ciardi, III, Esquire
Nicole M. Nigrelli, Esquire
1905 Spruce Street
Philadelphia, PA  19103
(215) 557-3550 office
(215) 557-3551 fax
aciardi@ciardilaw.com
nnigrelli@ciardilaw.com
**Counsel to Debtor, Alan C. Redmond**

2