IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| ALAN CHRISTOPHER REDMOND, | : | Bankruptcy No. 24-13093-PMM |
| | : | |
| Debtor. | : | |

**CERTIFICATE OF SERVICE**

We, Valeria Amato, Paralegal, and William Mulgrew, Legal Assistant, hereby certify that we served or caused to be served the documents listed below and this Certificate of Service upon all counsel of record alerted by the ECF system, the addressees listed on the attached service list, and the addressees as listed below via electronic mail and/or first class mail postage pre-paid on the date indicated below.

I.      **Jason Scott Jordan's Amended Motion to Compel the Debtor to Deliver Property and Related Relief**

-    Jason Scott Jordan's Amended Motion to Compel the Debtor to Deliver Property and Related Relief, together with Exhibits, Notice, and Proposed Order.

A.      **Service by E-mail.**

**The foregoing documents were served via e-mail if shown below, as follows:**

| | |
|---|---|
| Counsel for Debtor:<br>Nicole Marie Nigrelli, Esq.<br>Nnigrelli@ciardilaw.com<br>Albert Anthony Ciardi III, Esq.<br>aciardi@ciardilaw.com<br>Daniel Siedman, Esq.<br>dsiedman@ciardilaw.com | U.S. Trustee:<br>Kevin P. Callahan, Esq.<br>Kevin.p.callahan@usdoj.gov<br>John Schanne, Esq.<br>John.schanne@usdoj.gov |
| World Business Lenders, LLC, WBL SPO I, LLC, and WBL SPO II LLC<br>c/o Jessica Gulash, Esquire<br>jgulash@lbmlaw.com | Counsel for Shannon Kroemmelbein, Stephanie Farris Miller, Arthur W. Walsh, Jr., Norman M. Valz, and Seguro Medico, LLC:<br>William Rush<br>Rush Law Group, LLC<br>wrush@rushlawberks.com |

1

**II.     Jason Scott Jordan's Amended Motion to Compel the Debtor to Deliver Property and Related Relief**

-     Jason Scott Jordan's Amended Motion to Compel the Debtor to Deliver Property and Related Relief, together with only Notice and Proposed Order.

    **B.     Service by first class mail postage pre-paid on addressees listed on the attached Service List.**

DATE: <u>January 24, 2025</u>          By: _____
                                    Valeria Amato
                                    *Paralegal*

                              By: _____
                                    William Mulgrew,
                                    *Legal Assistant*

2