**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| | |
| | CASE NO. 24-13093 (PMM) |
| ALAN CHRISTOPHER REDMOND, | |
| | |
| Debtor. | |
| | |

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that Daniel M. Pereira, Esquire, of Stradley Ronon Stevens

& Young, LLP, hereby enters his appearance in the above-captioned case on behalf of THE

CORPORATION TRUST COMPANY, pursuant to Rules 2002, 9007 and 9010(b) of the Federal

Rules of Bankruptcy Procedure and 11 U.S.C. § 1109(b), and hereby demands that all notices

given or required to be given and all papers served or required to be served in this Chapter 11

case be delivered and served upon THE CORPORATION TRUST COMPANY at the address set

forth below:

Daniel M. Pereira, Esquire
Stradley, Ronon, Stevens & Young, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
Telephone: (215) 564-8747
Facsimile: (215) 564-8120
E-mail: dpereira@stradley.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes all notices,

papers and pleadings referred to in the above-mentioned Federal Rules of Bankruptcy Procedure

together with all orders and notices of applications, motions, petitions, pleadings, complaints or

other documents which, in any way, affect the above-captioned debtor or its property.

5206374v.1

**PLEASE TAKE FURTHER NOTICE** that THE CORPORATION TRUST COMPANY does not intend for this request for notice or any later pleading, claim or suit to constitute a waiver of (1) the right of THE CORPORATION TRUST COMPANY to have final orders in non-core matters entered only after _de novo_ review by the District Court, (2) the right of THE CORPORATION TRUST COMPANY to a trial by jury in any proceeding so triable in this case or in any case, controversy or proceeding related to this case, (3) the right of THE CORPORATION TRUST COMPANY to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other right, claim, action, defense, set off or recoupment to which THE CORPORATION TRUST COMPANY is or may be entitled.

STRADLEY, RONON, STEVENS & YOUNG, LLP

By: _/s/ Daniel M. Pereira_
Daniel M. Pereira (ID No. 6450)
2005 Market Street, Suite 2600
Philadelphia, PA 19103
Telephone: (215) 564-8747
Facsimile: (215) 564-8120
Email: dpereira@stradley.com

January 27, 2025

2

5206374v.1

## <u>CERTIFICATE OF SERVICE</u>

I, Daniel M. Pereira, do hereby certify that a true and correct copy of the

foregoing request for notices was filed via the Court's CM/ECF system on January 27, 2025, and

served on all counsel of record via electronic notification.


January 27, 2025                                                    /s/ Daniel M. Pereira
                                                                   Daniel M. Pereira, Esq.

5206374v.1