**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

*In re:*

ALAN CHRISTOPHER REDMOND,

     Debtor.

**Chapter 11**

**Case No. 24-13093(PMM)
Rel DN 140, 187 and 227**

**DEBTOR'S OBJECTION TO THE AMENDED MOTION FILED
BY JASON SCOTT JORDAN TO COMPEL THE DEBTOR
TO DELIVER PROPERTY AND FOR RELATED RELIEF**

Alan Christopher Redmond ("Debtor"), by and through his undersigned counsel, hereby

objects to the Amended Motion to Compel the Debtor to Deliver Property and for Related Relief

(the "Amended Motion") filed by Jason Scott Jordan and incorporates his previous objection

filed at docket number 187 in full.

**WHEREFORE** the Debtor requests the Court deny the Amended Motion and enter such

other and further relief as the Court deems just and necessary.

        **CIARDI CIARDI & ASTIN**

Dated:  January 27, 2025

By: */s/ Albert A. Ciardi, III*
   Albert A. Ciardi, III, Esquire
   Nicole M. Nigrelli, Esquire
   1905 Spruce Street
   Philadelphia, PA  19103
   (215) 557-3550 office
   (215) 557-3551 fax
   aciardi@ciardilaw.com
   nnigrelli@ciardilaw.com

   *Counsel to the Debtor, Alan C. Redmond*