### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

*In re:*

**ALAN CHRISTOPHER REDMOND,**

**Chapter 11**

**Debtor.**

**Case No. 24-13093 (PMM)**

### CERTIFICATE OF SERVICE

I, Nicole M. Nigrelli, Esquire, hereby caused on this 28th day of January, 2025 served the

*Objection of Debtor to Amended Motion to Compel Rule 2004 filed by Jason Scott Jordan to*

*Compel the Debtor to Deliver Property and for Related Relief* to be served via electronic case

filing (ecf) and United States first class mail upon the following parties on the attached list.

**CIARDI CIARDI & ASTIN**

By:   */s/ Nicole M. Nigrelli, Esquire*
      Albert A. Ciardi, III, Esquire
      Nicole M. Nigrelli, Esquire
      1905 Spruce Street
      Philadelphia, PA  19103
      T (215) 557-3550
      F (215) 557-3551
      aciardi@ciardilaw.com
      dsiedman@ciardilaw.com

**2002 & US Trustee list**

Kevin Callahan, Esquire
John Henry Schanne, Esquire
**Office of US Trustee**
900 Market Street, Suite 320
Philadelphia, PA 19106

**World Business Lenders, LLC**
**WBL SPO I, LLC & WBL SPO III, LLC**
c/o Jessica Gulash, Esquire
Lundy, Beldecos & Milby, P.C.
450 N. Narberth Avenue
Narberth, PA 19072

**C. Malcolm Smith, III**
c/o Matthew Gregory Brushwood, Esquire
Barley Snyder
2755 Century Blvd
Wyomissing, PA 19610

**Alan Christopher Redmond**
c/o David P. Heim, Esquire
Bochetto & Lentz PC
1524 Locust Street
Philadelphia, PA 19102

**Cornerstone Law Firm**
**Ethan Shalter & Jason Scott Jordan**
c/o Joel A. Ready, Esquire
Cornerstone Law Firm
8500 Allentown Pike, Ste 3
Blandon, PA 19510

**Santander Consumer USA**
c/o William E. Craig, Esquire
Eisenberg Gold & Agrawal, P.C.
1040 Kings Hwy N #200
Cherry Hill, NJ 08034

**Commonwealth of PA**
**Dept of Revenue**
Office of Attorney General
c/o Brenda S. Bishop, Esquire
15th Floor, Strawberry Square
Harrisburg, PA 17120

**SBA**
c/o Anthony St. Joseph, Esquire
US Attorney Office
615 Chestnut Street, Ste 1250
Philadelphia, PA 19106

**Bene Market**
c/o Norman Valz
Norman M. Valz & Associates
441 Irvington Road
Drexel Hill, PA 19026

John W. Kettering, Esquire
Pietragallo Gordon Alfano
Bosick & Raspanti, LLP
7 West State Street, Suite 100
Sharon, PA 16146

**AWIS**
c/o Justin J. Boron, Esquire
Freeman Mathis & Gary, LLP
1600 Market Street, Suite 1210
Philadelphia, PA 19103

**The Corporation Trust Company**
c/o Daniel M. Pereira, Esquire
Stradley, Ronon, Stevens & Young, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103

**Petitioning creditors**

Jason Scott Jordan
10802 Northwest 56th Court
Coral Springs, Florida 33046

Ethan Shalter
1360 Philip Ave
Birdsboro, PA 19508

**creditors**

All Web Leads
7300 RM 2222
Bldg 2 Ste 100
Austin, TX 78730

Berks County Tax Claim Bureau
633 Court St # 2B,
Reading, PA 19601

Cardflex. Inc.
2900 Bristol Street, Bldg F
Costa Mesa, CA 92626

Duane Morris LLP
30 S. 17th Street
Philadelphia, PA 19103

Producer Advance, LLC
1625 S Congress Ave., Suite 200B
Delray Beach, FL 33445

Mercedes Benz of West Chester
1260 Wilmington Pike
West Chester, PA  19382

Cardflex Inc
2195 American Ave #A
Costa Mesa, CA  92627

Santander Consumer USA
PO Box 961245
Fort Worth, TX  76161-0244

U.S. Department of Labor
1835 Market Street
Mailstop SOL/22
Philadelphia, PA 19103-2968

Verizon
By American InfoSource as agent
4515 N. Santa Fe Ave
Oklahoma City, OK  73118

**Government agencies**

Internal Revenue Service
600 Arch Street
Philadelphia, PA 19106

Pennsylvania Dept of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA  17128-0946

Pennsylvania UC Tax Services
Labor & Industry Building
651 Boas Street, Suite 1113
Harrisburg, PA 17121

Pennsylvania Dept. of Revenue
Strawberry Square, 11th Floor
Harrisburg, Pennsylvania

PA Dept of Labor and Industry – UCTS
c/o Carla Arias
Bankruptcy & Compliance Unit
625 Cherry Street; Room 203
Reading, PA 19602-1152

Office of Attorney General
c/o Carol E. Momjian, Esquire
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA  19107-3603

Office of Tax & Revenue
Office of the Chief Financial Officer
1101 4th Street, SW - Suite W270
Washington, DC 20024

PA Dept of Labor & Industry – UCTS
Bankruptcy & Compliance Unit
c/o Joseph Kots
625 Cherry Street; Room 203
Reading, PA 19602-1152

SEC
One Penn Center
1617 JFK Blvd., Suite 520
Philadelphia, PA  19103