NICOLE M. NIGRELLI, ESQUIRE
NNigrelli@ciardilaw.com

# CIARDI CIARDI & ASTIN

1905 Spruce Street
Philadelphia, PA 19103
Phone: 215-557-3550 x 115
Fax: 215-557-3551

January 29, 2025

*__Via Electronic Case Filing__*
Honorable Patricia M. Mayer
United States Bankruptcy Court
    For the Eastern District of Pennsylvania
The Gateway Building
201 Penn Street, 4th Floor
Reading, PA 19601

   *Re:* *In re Alan Christopher Redmond, Case No. 24-13093 (PMM)*

Dear Judge Mayer,

   As you are aware, Ciardi, Ciardi & Astin represents Alan Christopher Redmond (the "Debtor") in the above-referenced bankruptcy proceeding.  I am writing with respect to the *Amended Motion of Jason Scott Jordan, Cornerstone Law Firm, LLC and Ethan Shalter to Compel 2004 Examination and Production of Documents directed to the Debtor, his Spouse and Other Associates* filed on the docket at DN 210 (original motion filed at DN 183 on January 7, 2025)(the "2004 Motion") and the *Amended Motion of Jason Scott Jordan and Cornerstone Law Firm, LLC to Compel Rule 2004 Production of Documents as to Non-Party Registered Agents and State Departments*, DN 211(original motion filed at DN 157) (the "RA 2004 Motion").  The Debtor, and others, have filed objections to the 2004 Motion and the RA 2004 Motion (collectively, the "Motions"). *See* DN 170,193, 229, 230, 237.  The Motions are scheduled to be heard before Your Honor on February 11, 2025 at 11:00 a.m.  Despite the fact that Your Honor has not ruled on either the RA 2004 Motion or the 2004 Motion, Mr. Ready, has served subpoenas on multiple non-debtor entities, Debtor's former attorneys as well as Debtor's spouse, requesting documents ***PRIOR*** to any ruling from Your Honor.  With respect to the 2004

| **PHILADELPHIA** | **WILMINGTON** | **NEW JERSEY** |
|---|---|---|
| 1905 Spruce Street | 1204 North King Street | 52 Haddonfield-Berlin Road |
| Philadelphia, PA 19103 | Wilmington, DE 19801 | Suite 1000 |
| Phone: (215) 557-3550 | Phone: (302) 658-1100 | Cherry Hill, NJ 08034 |
| Fax: (215) 557-3551 | Fax: (302) 658-1300 | Phone: (856) 368-2001 |
| | | Fax: (856) 368-2002 |

Motion subpoenas were served and request documents by February 6, 2025.[1]  Mr. Ready, without any authority, served eight (8) subpoenas.   It is unclear whether Mr. Ready alerted the subpoenaed parties that he did ***NOT*** have a court order.  What is clear from the docket is that Mr. Ready is attempting to receive the information requested in his subpoenas without either the opportunity for the objections to the Motions to be heard or the Court's ruling on the Motion, in both instances inappropriate.

Your Honor, I set forth the above background to show the immediate necessity of a conference call with the parties as soon as Your Honor's schedule permits.

Respectfully submitted,

*/s/ **Nicole M. Nigrelli***
Nicole M. Nigrelli, Esquire

NMN/dt

cc:   Albert A. Ciardi, III, Esquire (via email aciardi@ciardilaw.com)
Kevin Callahan, Esquire (via email Kevin.P.Callahan@usdoj.gov)
John Schanne, Esquire (via email John.Schanne@usdoj.gov)
Joel Ready, Esquire (via email joel@cornerstonelaw.us)
Norman Mount Valz, Esquire (via email nvalz@msn.com)
*ECF* service list

---

[1] Ms. Miller's subpoena requested documents to be produced by February 7, 2025.