**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ALAN CHRISTOPHER REDMOND | Bankruptcy No. 24-13093-PMM |
| | Involuntary Chapter 11 |

**ORDER DIRECTING DEBTOR TO RESPOND**

AND NOW, this _____ day of the month of _____, 2025, upon

consideration of Jason Scott Jordan, Cornerstone Law Firm, LLC, and Ethan Shalter's Emergency

Motion for Sanctions, it is ORDERED:

1.      Debtor is directed to file a response by _____, 2025.

2.      Moving Creditors shall immediately serve this Order and a Notice of the Motion by e-mail

and U.S. mail on counsel for the Debtor and on counsel for the U.S. Trustee. Moving Creditors are

exempt from service on the Creditor's Matrix.

3.      Moving Creditors shall file a Certification of Service as required by Local Rule 9014-4.

BY THE COURT

By:    _____
         Hon. Patricia M. Mayer, *J.*