**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ALAN CHRISTOPHER REDMOND | Bankruptcy No. 24-13093-PMM |
| | Involuntary Chapter 11 |

**ORDER**

AND NOW, this _____ day of the month of _____, 2025, upon consideration of Jason Scott Jordan, Cornerstone Law Firm, LLC, and Ethan Shalter's Emergency Motion for Sanctions, the Court agrees there is an emergent basis to set a deadline for the Debtor to amend his forms and schedules: The Debtor shall, on or before February 7, 2025, amend all official forms and schedules, inclusive of Official Form 107, to correct any deficiencies or else, thereafter, the Court will exercise its power under 18 U.S.C. § 158(d) to make referral to the U.S. Attorney in this district for investigation if subsequent evidence shows the Debtor made a materially false or fraudulent statement in such forms and schedules, and may impose additional sanctions against the Debtor.

IT IS SO ORDERED.

BY THE COURT

By: _____
Hon. Patricia M. Mayer, *J.*