**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ALAN CHRISTOPHER REDMOND | Bankruptcy No. 24-13093-PMM |
| | Involuntary Chapter 11 |

**ORDER**

AND NOW, this _____ day of the month of _____, 2025, upon consideration of Jason Scott Jordan, Cornerstone Law Firm, LLC, and Ethan Shalter's Motion for a Case Management Order, and after the Debtor and interested parties an opportunity to be heard, the foregoing Motion is GRANTED as follows:

(1)     The plan confirmation process for ECF No. 221 and 222, and any amended plan and amended disclosure statement submitted by the Debtor, is hereby STAYED pending further order of the Court.

(2)     A teleconference is hereby scheduled for _____, 2025, at ____ m., for counsel for Moving Creditors, for the Debtor, and for the U.S. Trustee to determine a case management schedule setting a bar-date for claims and pertinent deadlines, including the conduct of discovery, objections to claims, adversary proceedings, and lift stay applications.

(3)     Under Fed. R. Bankr. P. 2002(m), the Court directs that the manner of submitting notice to interested parties shall be governed by this Order and not the Rules of Bankruptcy Procedure and the Local Rules, as follows:

(a)     If an attorney has filed an entry of appearance on the docket, then such parties represented by that attorney is deemed to have notice by the Court's Electronic Document Filing System without further action.

(b)      Other than motions, documents, and papers, relating to plan confirmation, inclusive of a proposed Disclosure Statement, notice by regular mail on the Creditor Matrix is no longer required. The U.S. Trustee is directed to maintain and file on the docket a list of Core Parties, and any creditor desiring to be included in the Core Parties list may contact the Clerk and provide a pertinent e-mail address for service. All service to the e-mails provided to the Core Parties list shall constitute sufficient notice.

(4)      Moving Creditors are directed to serve this Order on Debtor, the U.S. Trustee, and the Creditors Matrix by regular, U.S. mail and, this being done, to file on the docket a Certificate of Service.

IT IS SO ORDERED.

BY THE COURT

By: _____

Hon. Patricia M. Mayer, *J.*