**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: Alan Christopher Redmond,** | : | **Chapter 11** |
| | : | |
| **Debtor.** | : | **Bky. No. 24-13093 (PMM)** |

## ORDER DENYING EXPEDITED HEARING

**AND NOW,** upon consideration of the Motion for Sanctions filed by Cornerstone Law

Firm, LLC, Jason Scott Jordan, and Ethan Shalter (doc. #247, the "Motion");

AND the Motion seeking an expedited hearing with regard to the relief sought;

BUT the Motion failing to state a necessity for immediate relief or expedited

consideration;

It is therefore hereby **ordered** that:

1)      The request for expedited consideration of the Motion is **denied**; and

2)      Counsel for the movants shall notice the Motion for **February 25, 2025 at 11:00**

**a.m.**

**Date: 1/30/25**

_____

**HON. PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**