# EXHIBIT "A"



# CORNERSTONE
# LAW FIRM LLC

8500 Allentown Pike, Suite 3
Blandon, PA 19510

January 30, 2025

[Insert Subpoena Recipient]

    **Re:**   *In re* **Alan Christopher Redmond, Chapter 11, 24-13093 (PMM)**

Dear (insert name of Subpoena Recipient),

Please accept this letter in light of the subpoena that was served on you in the above-noted case. The subpoena recited that you had until February 10, 2025 to comply unless an objection was raised. Today, in light of an objection from the Debtor, the Court in this case has determined that you should postpone compliance until the Court has had opportunity for review on February 11, 2025 at 11:00 a.m., where you and any other interested party may choose to appear and be heard, at the United States Bankruptcy Court, Reading Office, 201 Penn Street, Suite 103, Reading, PA 19601.

Thank you for your time and attention and please do not hesitate to contact me if you have any questions.

Sincerely,

CORNERSTONE LAW FIRM, LLC

By: _Joel A. Ready_
Joel A. Ready