# EXHIBIT "B"

[Insert Subpoena Recipient]

    Re:    *In re* **Alan Christopher Redmond, Chapter 11, 24-13093 (PMM)**

Dear (insert name of Subpoena Recipient),

Please accept this letter in light of the subpoena that was served on you in the above-noted case. The subpoena sent to you was sent prematurely, without a court order and recited that you had to produce documents by a date until certain. ~~February 10, 2025 to comply unless an objection was raised~~. Because the Court has not ruled on the underlying motion or the breadth of the subpoena issued to you, no compliance is necessary at this time.  Furthermore, no compliance with the subpoena should be made unless and until a further order of the Court is entered.  As set forth in the motion and amended motion served upon you (or your counsel) the hearing on the motion and the information requested in the subpoenas will be heard on ~~Today, in light of an objection from the Debtor, the Court in this case has determined that you should postpone compliance until the Court has had opportunity for review on~~ February 11, 2025 at 11:00 a.m., where you and any other interested party may choose to appear and be heard, at the United States Bankruptcy Court for the Eastern District of Pennsylvania, Reading ~~Vicinage~~ ~~Office~~, 201 Penn Street, 4th Floor ~~Suite 103~~, Reading, PA 19601.

Thank you for your time and attention and please do not hesitate to contact me if you have any questions.

Formatted: Superscript