# EXHIBIT "C"

## Nicole Nigrelli

| | |
|---|---|
| **From:** | Nicole Nigrelli |
| **Sent:** | Thursday, January 30, 2025 3:33 PM |
| **To:** | Joel A. Ready Esq. |
| **Cc:** | Albert A. Ciardi III; Daniel Siedman; William Mulgrew |
| **Subject:** | Re: Redmond - Proposed Letter to Subpoena Recipients |
| | |
| **Categories:** | LEAP |

Joel,
I sent you a markup of the letter we would like you to send. I am not going to debate your letter with you. As I said previously, it is factually inaccurate. Your subpoenas should never have been served on the parties without a court order.  Hence, why I have included a sentence stating that the subpoenas were premature and were served without a court order.
You have already wasted too much of the estate's time and money by serving the subpoenas prematurely and I am not going to debate the language that I want included. If you have an issue with my letter, please let me know and we can discuss it with the court.
Nicole
Sent from my iPhone

> On Jan 30, 2025, at 3:22 PM, Joel A. Ready, Esq. <joel@cornerstonelaw.us> wrote:
>
> I just told you that we're going to correct the date on the letter for those that had February 6th. The letter will conform to the date in each subpoena.
>
> Is there something else you believe is "factually incorrect" in the letter? The Court's instruction was to get out a letter telling them to hold off compliance until further order of Court. That is what this letter says.
>
> If you want to email the Court, we can, but that will just delay me getting this out.
>
> Joel Ready
>
> **From:** Nicole Nigrelli <nnigrelli@ciardilaw.com>
> **Sent:** Thursday, January 30, 2025 3:06 PM
> **To:** Joel A. Ready, Esq. <joel@cornerstonelaw.us>; Albert A. Ciardi III <Aciardi@ciardilaw.com>; Daniel Siedman <dSiedman@ciardilaw.com>
> **Cc:** William Mulgrew <william@cornerstonelaw.us>
> **Subject:** RE: Redmond - Proposed Letter to Subpoena Recipients
>
> Joel,
> Your letter is factually incorrect.  The registered agents had until February 6th and the other motion was compliance by Feb 10th.  You prematurely sent out subpoenas without a court order.I am not sure what is confusing about my letter; those are the facts.  If you don't like my language, lets email the court.

1

**From:** Joel A. Ready, Esq. <joel@cornerstonelaw.us>
**Sent:** Thursday, January 30, 2025 3:02 PM
**To:** Nicole Nigrelli <nnigrelli@ciardilaw.com>; Albert A. Ciardi III <Aciardi@ciardilaw.com>; Daniel Siedman <dSiedman@ciardilaw.com>
**Cc:** William Mulgrew <william@cornerstonelaw.us>
**Subject:** RE: Redmond - Proposed Letter to Subpoena Recipients


Nicole:

Some of your changes strike me as confusing and also go beyond what's necessary. Attached is a version with an additional sentence addressing, again, that they don't need to comply until further Order of Court. This is what we intend to send. The date, February 10, will be conformed to whatever was shown in the subpoena served on each person.

Joel Ready

**From:** Nicole Nigrelli <nnigrelli@ciardilaw.com>
**Sent:** Thursday, January 30, 2025 2:55 PM
**To:** William Mulgrew <william@cornerstonelaw.us>; Albert A. Ciardi III <Aciardi@ciardilaw.com>; Daniel Siedman <dSiedman@ciardilaw.com>
**Cc:** Joel A. Ready, Esq. <joel@cornerstonelaw.us>
**Subject:** RE: Redmond - Proposed Letter to Subpoena Recipients

William,
Thank you.  Please see attached.  Please make sure that this letter is sent to all parties sent a subpoena under both motions (Registered Agent 2004 Motion as well as Debtor, Spouse and Associates 2004 Motion).  A copy should also be efiled.

Let me know if you have any questions
Thanks
Nicole

**From:** William Mulgrew <william@cornerstonelaw.us>
**Sent:** Thursday, January 30, 2025 2:41 PM
**To:** Nicole Nigrelli <nnigrelli@ciardilaw.com>; Albert A. Ciardi III <Aciardi@ciardilaw.com>; Daniel Siedman <dSiedman@ciardilaw.com>
**Cc:** Joel A. Ready, Esq. <joel@cornerstonelaw.us>
**Subject:** RE: Redmond - Proposed Letter to Subpoena Recipients


See attached.

Very truly yours,

William Mulgrew
Legal Assistant

8500 Allentown Pike, Suite 3
Blandon, PA 19510
Phone: 610-926-7875
Fax: 484-930-0054
CornerstoneLaw.us

---

**From:** Nicole Nigrelli <nnigrelli@ciardilaw.com>
**Sent:** Thursday, January 30, 2025 2:37 PM
**To:** William Mulgrew <william@cornerstonelaw.us>; Albert A. Ciardi III <Aciardi@ciardilaw.com>; Daniel Siedman <dSiedman@ciardilaw.com>
**Cc:** Joel A. Ready, Esq. <joel@cornerstonelaw.us>
**Subject:** RE: Redmond - Proposed Letter to Subpoena Recipients

Please send me the letter in word version so I can make appropriate changes.  Thank you!

---

**From:** William Mulgrew <william@cornerstonelaw.us>
**Sent:** Thursday, January 30, 2025 2:34 PM
**To:** Albert A. Ciardi III <Aciardi@ciardilaw.com>; Nicole Nigrelli <nnigrelli@ciardilaw.com>; Daniel Siedman <dSiedman@ciardilaw.com>
**Cc:** Joel A. Ready, Esq. <joel@cornerstonelaw.us>
**Subject:** Redmond - Proposed Letter to Subpoena Recipients


Dear Counsel,

On behalf of Attorney Ready, kindly accept the attached, proposed draft letter to the subpoena recipients. Please promptly inform us if you have any objections to the form. The recipient addresses will be the same as shown on the subpoenas.

Very truly yours,

William Mulgrew
Legal Assistant

<image001.png>
8500 Allentown Pike, Suite 3
Blandon, PA 19510
Phone: 610-926-7875
Fax: 484-930-0054
CornerstoneLaw.us


LEAP Email Reference |F:43eeb685-0a94-4e69-a61b-75a130b33bab|M:67779c1b-e553-364d-80fb-9faa5feb739a|O:0ef71efa-4333-440f-bfb4-790f29a27451| (Please do not delete)