# EXHIBIT "D"



# CORNERSTONE LAW FIRM LLC

8500 Allentown Pike, Suite 3
Blandon, PA 19510

January 31, 2025

**Nicole M. Nigrelli, Esquire**
Ciardi Ciardi & Astin
1905 Spruce St.
Philadelphia, PA 19103
Counsel for Debtor
Via e-mail: nnigrelli@ciardilaw.com

   **Re:**  **Subpoena Notices**
      **In re Alan Christopher Redmond, Case No. 24-13093**
      **U.S. Bankruptcy Court for the Eastern District of Pennsylvania**

Dear Attorney Nigrelli,

  Following the Court's guidance from yesterday's teleconference, I enclose the notices that my office submitted to all subpoena recipients with the exception of your client. Enjoy your weekend.

         Sincerely,

       By: _Joel A. Ready_

         Joel A. Ready, Esquire

Enclosures

Cc:
Albert A. Ciardi, III, Esquire, aciardi@ciardilaw.com
Daniel Siedman, Esquire, dSiedman@ciardilaw.com

---



# CORNERSTONE
# LAW ▰ FIRM <sub>LLC</sub>

8500 Allentown Pike, Suite 3
Blandon, PA 19510

January 30, 2025

**Delaware Department of State**
Division of Corporations
401 Federal Street, Suite 4
Dover, DE 19901

   **Re:** *In re* **Alan Christopher Redmond, Chapter 11, 24-13093 (PMM)**

Dear Delaware Department of State,

  Please accept this letter in light of the subpoena that was served on you in the above-noted case. The subpoena recited that you had until February 10, 2025 to comply unless an objection was raised. Today, in light of an objection from the Debtor, the Court in this case has determined that you should postpone compliance until the Court has had opportunity for review on February 11, 2025 at 11:00 a.m., where you and any other interested party may choose to appear and be heard, at the United States Bankruptcy Court for the Eastern District of Pennsylvania, Reading Office, 201 Penn Street, Suite 103, Reading, PA 19601.

  Until the Court has entered an Order, you do not need to comply with the subpoena. Thank you for your time and attention and please do not hesitate to contact me if you have any questions.

       Sincerely,

       CORNERSTONE LAW FIRM, LLC

     By: _Joel A. Ready_
       Joel A. Ready

---



# CORNERSTONE
# LAW ■ FIRM
LLC

8500 Allentown Pike, Suite 3
Blandon, PA 19510

January 30, 2025

**Pennsylvania Department of State**
Bureau of Corporations and Charitable Organizations
401 North Street, Room 206
Harrisburg, PA 17120

      **Re:**    *In re* **Alan Christopher Redmond, Chapter 11, 24-13093 (PMM)**

Dear Pennsylvania Department of State,

Please accept this letter in light of the subpoena that was served on you in the above-noted case. The subpoena recited that you had until February 10, 2025 to comply unless an objection was raised. Today, in light of an objection from the Debtor, the Court in this case has determined that you should postpone compliance until the Court has had opportunity for review on February 11, 2025 at 11:00 a.m., where you and any other interested party may choose to appear and be heard, at the United States Bankruptcy Court for the Eastern District of Pennsylvania, Reading Office, 201 Penn Street, Suite 103, Reading, PA 19601.

Until the Court has entered an Order, you do not need to comply with the subpoena. Thank you for your time and attention and please do not hesitate to contact me if you have any questions.

Sincerely,

CORNERSTONE LAW FIRM, LLC

By: *Joel A. Ready*

Joel A. Ready

---



# CORNERSTONE
# LAW ⬛ FIRM ᴸᴸᶜ

8500 Allentown Pike, Suite 3
Blandon, PA 19510

January 30, 2025

**A Registered Agent, Inc.**
8 The Green, Suite A
Dover, DE 19901

**Re:**  *In re* **Alan Christopher Redmond, Chapter 11, 24-13093 (PMM)**

Dear A Registered Agent, Inc.,

Please accept this letter in light of the subpoena that was served on you in the above-noted case. The subpoena recited that you had until February 10, 2025 to comply unless an objection was raised. Today, in light of an objection from the Debtor, the Court in this case has determined that you should postpone compliance until the Court has had opportunity for review on February 11, 2025 at 11:00 a.m., where you and any other interested party may choose to appear and be heard, at the United States Bankruptcy Court for the Eastern District of Pennsylvania, Reading Office, 201 Penn Street, Suite 103, Reading, PA 19601.

Until the Court has entered an Order, you do not need to comply with the subpoena. Thank you for your time and attention and please do not hesitate to contact me if you have any questions.

Sincerely,

CORNERSTONE LAW FIRM, LLC

By: _Joel A. Ready_

Joel A. Ready

---



# CORNERSTONE
# LAW FIRM LLC

8500 Allentown Pike, Suite 3
Blandon, PA 19510

January 30, 2025

**C. Malcolm Smith, III**
**C. Malcolm Smith & Company**
C/o Brandon Pack
Barley Snyder
2755 Century Blvd.
Wyomissing, PA 19610

Via e-mail: Bpack@barley.com

Re: *In re* **Alan Christopher Redmond, Chapter 11, 24-13093 (PMM)**

Dear Attorney Pack for C. Malcolm Smith, III and C. Malcolm Smith & Company,

Please accept this letter in light of the subpoena that was served on you in the above-noted case. The subpoena recited that you had until February 6, 2025 to comply unless an objection was raised. Today, in light of an objection from the Debtor, the Court in this case has determined that you should postpone compliance until the Court has had opportunity for review on February 11, 2025 at 11:00 a.m., where you and any other interested party may choose to appear and be heard, at the United States Bankruptcy Court for the Eastern District of Pennsylvania, Reading Office, 201 Penn Street, Suite 103, Reading, PA 19601.

Until the Court has entered an Order, you do not need to comply with the subpoena. Thank you for your time and attention and please do not hesitate to contact me if you have any questions.

Sincerely,

CORNERSTONE LAW FIRM, LLC

By: *Joel A Ready*

Joel A. Ready

---

Joel A. Ready, Esquire
8500 Allentown Pike, Suite 3 | Blandon, Pennsylvania 19510
*phone* 610.926.7875 | *fax* 484.930.0054 | joel@cornerstonelaw.us



# CORNERSTONE
# LAW ▮ FIRM
LLC

8500 Allentown Pike, Suite 3
Blandon, PA 19510

January 30, 2025

**Harvard Business Services, Inc.**
16192 Coastal Highway
Lewes, DE 19958

   **Re:** *In re* **Alan Christopher Redmond, Chapter 11, 24-13093 (PMM)**

Dear Harvard Business Services, Inc.,

   Please accept this letter in light of the subpoena that was served on you in the above-noted case. The subpoena recited that you had until February 10, 2025 to comply unless an objection was raised. Today, in light of an objection from the Debtor, the Court in this case has determined that you should postpone compliance until the Court has had opportunity for review on February 11, 2025 at 11:00 a.m., where you and any other interested party may choose to appear and be heard, at the United States Bankruptcy Court for the Eastern District of Pennsylvania, Reading Office, 201 Penn Street, Suite 103, Reading, PA 19601.

   Until the Court has entered an Order, you do not need to comply with the subpoena. Thank you for your time and attention and please do not hesitate to contact me if you have any questions.

        Sincerely,

        CORNERSTONE LAW FIRM, LLC

    By: *Joel A Ready*
      Joel A. Ready

---



# CORNERSTONE
# LAW ▤ FIRM
LLC

8500 Allentown Pike, Suite 3
Blandon, PA 19510

January 30, 2025

**Northwest Registered Agent, LLC**
7901 4th Street North
St. Petersburg, FL 33702

      **Re:**    *In re* **Alan Christopher Redmond, Chapter 11, 24-13093 (PMM)**

Dear Northwest Registered Agent, LLC,

      Please accept this letter in light of the subpoena that was served on you in the above-noted case. The subpoena recited that you had until February 10, 2025 to comply unless an objection was raised. Today, in light of an objection from the Debtor, the Court in this case has determined that you should postpone compliance until the Court has had opportunity for review on February 11, 2025 at 11:00 a.m., where you and any other interested party may choose to appear and be heard, at the United States Bankruptcy Court for the Eastern District of Pennsylvania, Reading Office, 201 Penn Street, Suite 103, Reading, PA 19601.

      Until the Court has entered an Order, you do not need to comply with the subpoena. Thank you for your time and attention and please do not hesitate to contact me if you have any questions.

                           Sincerely,

                           CORNERSTONE LAW FIRM, LLC

                    By: *Joel A Ready*
                        Joel A. Ready



# CORNERSTONE
# LAW FIRM LLC

8500 Allentown Pike, Suite 3
Blandon, PA 19510

January 31, 2025

**The Corporation Trust Company**
c/o A. Colin Wexler
Goldberg Kohn
55 E. Monroe St., Suite 3300
Chicago, IL 60603
Via e-mail: colin.wexler@goldbergkohn.com

      **Re:**    *In re* **Alan Christopher Redmond, Chapter 11, 24-13093 (PMM)**

Dear Attorney Wexler for The Corporation Trust Company,

Please accept this letter in light of the subpoena that was served on you in the above-noted case. The subpoena recited that you had until February 10, 2025 to comply unless an objection was raised. Today, in light of an objection from the Debtor, the Court in this case has determined that you should postpone compliance until the Court has had opportunity for review on February 11, 2025 at 11:00 a.m., where you and any other interested party may choose to appear and be heard, at the United States Bankruptcy Court for the Eastern District of Pennsylvania, Reading Office, 201 Penn Street, Suite 103, Reading, PA 19601.

Until the Court has entered an Order, you do not need to comply with the subpoena. Thank you for your time and attention and please do not hesitate to contact me if you have any questions.

Sincerely,

CORNERSTONE LAW FIRM, LLC

By: _Joel A. Ready_
Joel A. Ready

---

# CORNERSTONE
# LAW ■ FIRM LLC

8500 Allentown Pike, Suite 3
Blandon, PA 19510

January 31, 2025

**Christina Hamilton, Esquire**
Duggan McHugh
641 Fulton Ave., Suite 100
Sacramento, CA 95825

    **Re:**    *In re* **Alan Christopher Redmond, Chapter 11, 24-13093 (PMM)**

Dear Attorney Hamilton for Paracorp, Incorporated,

    Please accept this letter in light of the subpoena that was served on you in the above-noted case. The subpoena recited that you had until February 10, 2025 to comply unless an objection was raised. Today, in light of an objection from the Debtor, the Court in this case has determined that you should postpone compliance until the Court has had opportunity for review on February 11, 2025 at 11:00 a.m., where you and any other interested party may choose to appear and be heard, at the United States Bankruptcy Court for the Eastern District of Pennsylvania, Reading Office, 201 Penn Street, Suite 103, Reading, PA 19601.

    Until the Court has entered an Order, you do not need to comply with the subpoena. Thank you for your time and attention and please do not hesitate to contact me if you have any questions.

Sincerely,

CORNERSTONE LAW FIRM, LLC

By: *Joel A Ready*

Joel A. Ready

---

Joel A. Ready, Esquire
8500 Allentown Pike, Suite 3 | Blandon, Pennsylvania 19510
*phone* 610.926.7875 | *fax* 484.930.0054 | joel@cornerstonelaw.us



# CORNERSTONE
## LAW ▰ FIRM LLC

8500 Allentown Pike, Suite 3
Blandon, PA 19510

January 31, 2025

**Katherine Downing, Esquire**
918 Morgan Rd.
Reading, PA 19607

   **Re:** *In re* **Alan Christopher Redmond, Chapter 11, 24-13093 (PMM)**

Dear Attorney Downing,

   Please accept this letter in light of the subpoena that was served on you in the above-noted case. The subpoena recited that you had until February 6, 2025 to comply unless an objection was raised. Yesterday, in light of an objection from the Debtor, the Court in this case has determined that you should postpone compliance until the Court has had opportunity for review on February 11, 2025 at 11:00 a.m., where you and any other interested party may choose to appear and be heard, at the United States Bankruptcy Court for the Eastern District of Pennsylvania, Reading Office, 201 Penn Street, Suite 103, Reading, PA 19601.

   Until the Court has entered an Order, you do not need to comply with the subpoena. Thank you for your time and attention and please do not hesitate to contact me if you have any questions. Additionally, please notify me if, subsequently, you choose to be represented by an attorney in this matter.

        Sincerely,

        CORNERSTONE LAW FIRM, LLC

   By: *Joel A. Ready*

      Joel A. Ready

---



# CORNERSTONE
## LAW FIRM LLC

8500 Allentown Pike, Suite 3
Blandon, PA 19510

January 31, 2025

**Lindsey E. Snavely, Esquire**
Pillar Aught
4201 E. Park Cir.
Harrisburg, PA 17111
Via e-mail: lsnavely@pillaraught.com

   **Re: *In re* Alan Christopher Redmond, Chapter 11, 24-13093 (PMM)**

Dear Attorney Snavely for Mid Penn Bank,

   Please accept this letter in light of the subpoena that was served on you in the above-noted case. The subpoena recited that you had until February 6, 2025 to comply unless an objection was raised. Yesterday, in light of an objection from the Debtor, the Court in this case has determined that you should postpone compliance until the Court has had opportunity for review on February 11, 2025 at 11:00 a.m., where you and any other interested party may choose to appear and be heard, at the United States Bankruptcy Court for the Eastern District of Pennsylvania, Reading Office, 201 Penn Street, Suite 103, Reading, PA 19601.

   Until the Court has entered an Order, you do not need to comply with the subpoena. Thank you for your time and attention and please do not hesitate to contact me if you have any questions.

        Sincerely,

        CORNERSTONE LAW FIRM, LLC

     By: _____
      Joel A. Ready

---



# CORNERSTONE LAW FIRM LLC

8500 Allentown Pike, Suite 3
Blandon, PA 19510

January 31, 2025

**Norman M. Valz, Esquire**
441 Irvington Rd.
Drexel Hill, PA 19026
Via e-mail: nvalz@msn.com

   **Re:**   *In re* **Alan Christopher Redmond, Chapter 11, 24-13093 (PMM)**

Dear Attorney Valz,

   Please accept this letter in light of the subpoena that was served on you in the above-noted case. The subpoena recited that you had until February 6, 2025 to comply unless an objection was raised. On January 27, 2025, you filed on the docket objections to the subpoena on your own behalf and you had formed no agreement with me to be examined or to produce documents under Bankruptcy Rule 2004 in the absence of an order. Yesterday, in light of an objection from the Debtor, the Court in this case has determined that you should postpone compliance until the Court has had opportunity for review on February 11, 2025 at 11:00 a.m., where you and any other interested party may choose to appear and be heard, at the United States Bankruptcy Court for the Eastern District of Pennsylvania, Reading Office, 201 Penn Street, Suite 103, Reading, PA 19601.

   Consistent with your own understanding of the matter, until the Court has entered an Order, you do not need to comply with the subpoena. Thank you for your time and attention and please do not hesitate to contact me if you have any questions. Additionally, please notify me if, subsequently, you choose to obtain representation by an attorney in this matter.

       Sincerely,

       CORNERSTONE LAW FIRM, LLC

       By: _Joel A. Ready_____
       Joel A. Ready

# CORNERSTONE
## LAW ▦ FIRM LLC

8500 Allentown Pike, Suite 3
Blandon, PA 19510

January 31, 2025

**William R. A. Rush, Esquire**
Rush Law Group, LLC
36 N. 6th St.
Reading, PA 19606
Via e-mail: wrush@rushlawberks.com

      **Re:**    *In re* **Alan Christopher Redmond, Chapter 11, 24-13093 (PMM)**

Dear Attorney Rush on behalf of Shannon Kroemmelbein, Arthur W. Walsh, Jr., Stephanie Farris Miller, and Seguro Medico, LLC,

Please accept this letter in light of the subpoenas that were served on your clients in the above-noted case. The subpoenas recited that your clients had until February 6, 2025 (and February 7, 2025 as to Ms. Miller) to comply unless an objection was raised. On January 30, 2025, you filed on the docket objections to the subpoenas on behalf of each of your clients and you had formed no agreement with me for any of your clients to be examined or to produce documents under Bankruptcy Rule 2004 in the absence of an order. Yesterday, in light of an objection from the Debtor, the Court in this case has determined that you should postpone compliance until the Court has had opportunity for review on February 11, 2025 at 11:00 a.m., where you and any other interested party may choose to appear and be heard, at the United States Bankruptcy Court for the Eastern District of Pennsylvania, Reading Office, 201 Penn Street, Suite 103, Reading, PA 19601.

Consistent with your own understanding of the matter, until the Court has entered an Order, you do not need to comply with the subpoena. Thank you for your time and attention and please do not hesitate to contact me if you have any questions. Additionally, please notify me if, subsequently, there is any change of attorney representation for any of your current clients.

Sincerely,

CORNERSTONE LAW FIRM, LLC

By: *Joel A Ready*
Joel A. Ready

---

Joel A. Ready, Esquire
8500 Allentown Pike, Suite 3 | Blandon, Pennsylvania 19510
*phone* 610.926.7875 | *fax* 484.930.0054 | joel@cornerstonelaw.us