**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : |
| | : CHAPTER 11 |
| ALAN CHRISTOPHER REDMOND, | : |
| | : BANKRUPTCY NO. 24-13093 pmm |
| Debtor. | : |
| | : |

**ORDER DENYING *AMENDED* MOTION TO COMPEL**
**RULE 2004 EXAMINATIONS AND PRODUCTION OF DOCUMENTS**
**OF DEBTOR, HIS SPOUSE AND ASSOCIATES AND DENYING *AMENDED* MOTION**
**TO COMPEL RULE 2004 PRODUCTION OF DOCUMENTS AS TO NON-PARTY**
**REGISTERED AGENTS AND STATE DEPARTMENTS**

AND NOW, on this ___ day of February, 2025, upon the *AMENDED* Motion to Compel Rule 2004 Examinations and Production of Documents of Debtor, his spouse and associates filed by Jason Scott Jordan, Cornerstone Law Firm, LLC and Ethan Shalter, D.N. 210 and the *AMENDED* Motion to Compel Rule 2004 Production of Documents as to Non-Party Registered Agents and State Departments filed by Jason Scott Jordan and Cornerstone Law Firm, LLC, D.N. 211 (collectively, the "Amended Motions") and the objections filed by the Debtor, and others, to the Amended Motions, it is hereby,

**ORDERED** that the Amended Motions are **DENIED**; and it is further

**ORDERED** that Jason Scott Jordan and Cornerstone Law Firm, LLC are directed to notify each party who received a Subpoena was premature and that such party SHALL NOT COMPLY until further order of the Court; and it is further

**ORDERED** that Jason Scott Jordan and Cornerstone Law Firm, LLC are directed to notify each person whose data was improperly accessed and each registered agent who improperly provided such access that the subpoenas had no authority and the personal information of such person was accessed; and it is further

**ORDERED** that Jason Scott Jordan and Cornerstone Law Firm, LLC are directed to file such notification on the docket; and it is further

**ORDERED** that Jason Scott Jordan and Cornerstone Law Firm, LLC be directed to reimburse the Debtor for the costs attendant to these supplemental filings.

**BY THE COURT:**

_____

**THE HONORABLE PATRICIA M. MAYER,
UNITED STATES BANKRUPTCY JUDGE**