## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

*In re:*

                                          **Chapter 11**

**ALAN CHRISTOPHER REDMOND,**

                 **Debtor.**                  **Case No. 24-13093 (PMM)**

### CERTIFICATE OF SERVICE

I, Nicole M. Nigrelli, Esquire, hereby caused on this 3rd day of February, 2025 served the

*Supplemental objection of Debtor to Amended Motion to Compel Rule 2004 Examinations*

*and Production of Documents of Debtor, His Spouse and Associates and Amended Motion to*

*Compel Rule 2004 Production of Documents as to Non-Party Registered Agents and State*

*Departments* via United States first class mail upon the following parties on the attached list.

                                     **CIARDI CIARDI & ASTIN**

By:     */s/ Nicole M. Nigrelli*
            Nicole M. Nigrelli, Esquire
            1905 Spruce Street
            Philadelphia, PA  19103
            T (215) 557-3550
            F (215) 557-3551
            nnigrelli@ciardilaw.com

9

**ALAN CHRISTOPHER REDMOND**
**24-13093 (PMM)**

**2002 & US Trustee list**

Kevin Callahan, Esquire
John Henry Schanne, Esquire
**Office of US Trustee**
900 Market Street, Suite 320
Philadelphia, PA 19106

**World Business Lenders, LLC**
**WBL SPO I, LLC & WBL SPO III, LLC**
c/o Jessica Gulash, Esquire
Lundy, Beldecos & Milby, P.C.
450 N. Narberth Avenue
Narberth, PA 19072

**C. Malcolm Smith, III**
c/o Matthew Gregory Brushwood, Esquire
Barley Snyder
2755 Century Blvd
Wyomissing, PA 19610

**Alan Christopher Redmond**
c/o David P. Heim, Esquire
Bochetto & Lentz PC
1524 Locust Street
Philadelphia, PA 19102

**Cornerstone Law Firm**
**Ethan Shalter & Jason Scott Jordan**
c/o Joel A. Ready, Esquire
Cornerstone Law Firm
8500 Allentown Pike, Ste 3
Blandon, PA 19510

**Santander Consumer USA**
c/o William E. Craig, Esquire
Eisenberg Gold & Agrawal, P.C.
1040 Kings Hwy N #200
Cherry Hill, NJ 08034

**Commonwealth of PA**
**Dept of Revenue**
Office of Attorney General
c/o Brenda S. Bishop, Esquire
15th Floor, Strawberry Square
Harrisburg, PA 17120

**SBA**
c/o Anthony St. Joseph, Esquire
US Attorney Office
615 Chestnut Street, Ste 1250
Philadelphia, PA 19106

**Bene Market**
c/o Norman Valz
Norman M. Valz & Associates
441 Irvington Road
Drexel Hill, PA 19026

John W. Kettering, Esquire
Pietragallo Gordon Alfano
Bosick & Raspanti, LLP
7 West State Street, Suite 100
Sharon, PA 16146

**AWIS**
c/o Justin J. Boron, Esquire
Freeman Mathis & Gary, LLP
1600 Market Street, Suite 1210
Philadelphia, PA 19103

**Petitioning creditors**

Jason Scott Jordan
10802 Northwest 56th Court
Coral Springs, Florida 33046

Cornerstone Law Firm
c/o Joel Ready
8500 Allentown Pike, Suite 3
Blandon, PA 19510

Ethan Shalter
1360 Philip Ave
Birdsboro, PA 19508

**creditors**

10

All Web Leads
7300 RM 2222
Bldg 2 Ste 100
Austin, TX 78730

American Workers Insurance Services, Inc.
(AWIS)
2305 Ridge Rd, Unit 205,
Rockwall, TX 75087

Berks County Tax Claim Bureau
633 Court St # 2B,
Reading, PA 19601

Cardflex. Inc.
2900 Bristol Street, Bldg F
Costa Mesa, CA 92626

Complete Business Solutions Group, Inc. d/b/a
PAR Funding
205 Arch Street
Philadelphia, PA 19106

Duane Morris LLP
30 S. 17th Street
Philadelphia, PA 19103

Producer Advance, LLC
1625 S Congress Ave., Suite 200B
Delray Beach, FL 33445

Rush Law Group, LLC
38 N. 6th Street,
Reading, PA 19601

Santander Consumer USA
PO Box 961245
Fort Worth, TX  76161-0244

Santander Bank
2220 State Hill Road
Reading, PA  19610-1904

Seguro Medico, LLC
2706 Philmay Terrace
Reading, PA  19606-2220

U.S. Department of Labor
1835 Market Street
Mailstop SOL/22
Philadelphia, PA 19103-2968

Complete Business Solutions
20 N. 3rd Street
Philadelphia, PA  19106

Cardflex Inc
2195 American Ave #A
Costa Mesa, CA  92627

Complete Business Solutions
d/b/a PAR Funding
141 N. 2nd Street
Philadelphia, PA  19106

Verizon
PO Box 15124
Albany, NY  12212-5124

Verizon
By American InfoSource as agent
4515 N. Santa Fe Ave
Oklahoma City, OK  73118

Matthew Murrary
2005 Regency Drive
Reading, PA 19610

Mercedes Benz of West Chester
1260 Wilmington Pike
West Chester, PA  19382

National Brokers of America Inc
354 Penn Street
Reading, PA  19062

**Government agencies**

Internal Revenue Service
600 Arch Street
Philadelphia, PA

Pennsylvania Dept of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA  17128-0946

Pennsylvania UC Tax Services
Labor & Industry Building
651 Boas Street, Suite 1113
Harrisburg, PA 17121

Pennsylvania Dept. of Revenue
Strawberry Square, 11th Floor
Harrisburg, Pennsylvania

PA Dept of Labor and Industry – UCTS
c/o Carla Arias
Bankruptcy & Compliance Unit
625 Cherry Street; Room 203
Reading, PA 19602-1152

Office of Attorney General
c/o Carol E. Momjian, Esquire
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603

Office of Tax & Revenue
Office of the Chief Financial Officer
1101 4th Street, SW - Suite W270
Washington, DC 20024

PA Dept of Labor & Industry – UCTS
Bankruptcy & Compliance Unit
c/o Joseph Kots
625 Cherry Street; Room 203
Reading, PA 19602-1152

SEC
One Penn Center
1617 JFK Blvd., Suite 520
Philadelphia, PA 19103

**Subpoenaed recipients**

**Delaware Dept of State**
**Div of Corporations**
401 Federal Street, Ste 4
Dover, DE 19901

**Pennsylvania Dept of State**
**Bureau of Corps & Charitable Organizations**
401 North Street, Room 206
Harrisburg, PA 17120

**A Registered Agent, Inc.**
8 The Green Ste A
Dover, DE 19901

**C. Malcolm Smith, III**
c/o Brandon Pack, Esquire
Barley Snyder
2755 Century Blvd
Wyomissing, PA 19610

**Harvard Business Services, Inc.**
16192 Coastal Highway
Lewes, DE 19958

**Northwest Registered Agent, LLC**
7901 4th Street North
St. Petersburg, FL 33702

**The Corporation Trust Co**
c/o A. Colin Wexler
Goldberg Kohn
55 E. Monroe Street, Suite 3300
Chicago, IL 60603

**Christina Hamilton, Esquire**
Duggan McHugh
641 Fulton Ave., Ste 100
Sacramento, CA 95825

**Katherine Downing, Esquire**
918 Morgan Road
Reading, PA 19607

**Lindsey E. Snavely, Esquire**
Pillar Aught
4201 E. Park Circle
Harrisburg, PA 17111

**Norman M. Valz, Esquire**
441 Irvington Rd
Drexel Hill, PA 19026

**William R. A. Rush, Esquire**
Rush Law Group, LLC
36 N. 6th Street
Reading, PA 19606

12