United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                           Case No. 24-13093-pmm

Alan Christopher Redmond                                                                          Chapter 11

　　Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                          User: admin                                Page 1 of 2

Date Rcvd: Feb 03, 2025                       Form ID: pdf900                           Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol       Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2025:**

**Recip ID                 Recipient Name and Address**
db                      +  Alan Christopher Redmond, 2 High Road, Wyomissing, PA 19610-2500

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2025                    Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2025 at the address(es) listed below:**

**Name                       Email Address**

ANTHONY ST. JOSEPH
                           on behalf of Creditor United States of America on behalf of SBA anthony.stjoseph@usdoj.gov
                           Mardella.Suarez@usdoj.gov,CaseView.ECF@usdoj.gov

Albert Anthony Ciardi, III
                           on behalf of Defendant Alan Christopher Redmond aciardi@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Albert Anthony Ciardi, III
                           on behalf of Debtor Alan Christopher Redmond aciardi@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

BRENDA SUE BISHOP
                           on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue bbishop@attorneygeneral.gov

DANIEL MICHAEL PEREIRA
                           on behalf of Interested Party THE CORPORATION TRUST COMPANY dpereira@stradley.com

DANIEL S. SIEDMAN

District/off: 0313-4            User: admin            Page 2 of 2

Date Rcvd: Feb 03, 2025            Form ID: pdf900            Total Noticed: 1

on behalf of Debtor Alan Christopher Redmond dsiedman@ciardilaw.com  dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

**DAVID P. HEIM**

on behalf of Seguro Medico  LLC dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com

**DAVID P. HEIM**

on behalf of Debtor Alan Christopher Redmond dheim@bochettoandlentz.com  mtrout@bochettoandlentz.com

**JESSICA M. GULASH**

on behalf of Creditor WBL SPO I  LLC jgulash@lbmlaw.com

**JESSICA M. GULASH**

on behalf of Creditor World Business Lenders  LLC jgulash@lbmlaw.com

**JESSICA M. GULASH**

on behalf of Creditor WBL SPO II  LLC jgulash@lbmlaw.com

**JOEL A. READY**

on behalf of Petitioning Creditor Cornerstone Law Firm  LLC joel@cornerstonelaw.us, valeria@cornerstonelaw.us

**JOEL A. READY**

on behalf of Plaintiff Jason Scott Jordan joel@cornerstonelaw.us  valeria@cornerstonelaw.us

**JOEL A. READY**

on behalf of Attorney Joel A. Ready joel@cornerstonelaw.us  valeria@cornerstonelaw.us

**JOEL A. READY**

on behalf of Petitioning Creditor Ethan Shalter joel@cornerstonelaw.us  valeria@cornerstonelaw.us

**JOEL A. READY**

on behalf of Petitioning Creditor Jason Scott Jordan joel@cornerstonelaw.us  valeria@cornerstonelaw.us

**JOHN HENRY SCHANNE**

on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov

**JUSTIN BORON**

on behalf of Creditor American Workers Insurance Services  Inc. jboron@fmglaw.com

**KEVIN P. CALLAHAN**

on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

**MATTHEW GREGORY BRUSHWOOD**

on behalf of C. Malcolm Smith  III mbrushwood@barley.com,
jrachor@barley.com;cbrelje@barley.com;tshober@barley.com;dkline@barley.com;ageoghegan@barley.com

**NICOLE MARIE NIGRELLI**

on behalf of Debtor Alan Christopher Redmond nnigrelli@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

**NICOLE MARIE NIGRELLI**

on behalf of Defendant Alan Christopher Redmond nnigrelli@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

**NORMAN M. VALZ**

on behalf of 3rd Pty Defendant Bene Market nvalz@msn.com

**NORMAN M. VALZ**

on behalf of Norman M. Valz nvalz@msn.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

**WILLIAM EDWARD CRAIG**

on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com
mortoncraigecf@gmail.com;alapinski@egalawfirm.com

**WILLIAM R.A. RUSH**

on behalf of C. Malcolm Smith  III wrush@rushlawberks.com

**WILLIAM R.A. RUSH**

on behalf of Seguro Medico  LLC wrush@rushlawberks.com

**WILLIAM R.A. RUSH**

on behalf of Arthur W. Walsh  Jr. wrush@rushlawberks.com

**WILLIAM R.A. RUSH**

on behalf of Accountant C. Malcom Smith Co. P.C. wrush@rushlawberks.com

**WILLIAM R.A. RUSH**

on behalf of Stephanie Miller wrush@rushlawberks.com

**WILLIAM R.A. RUSH**

on behalf of Shannon Kroemmelbein wrush@rushlawberks.com

TOTAL: 32

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: Alan Christopher Redmond,** | : | **Chapter 11** |
| | : | |
| **Debtor.** | : | **Bky. No. 24-13093 (PMM)** |

## ORDER DENYING EXPEDITED HEARING

**AND NOW,** upon consideration of the Motion for Sanctions filed by Cornerstone Law

Firm, LLC, Jason Scott Jordan, and Ethan Shalter (doc. #247, the "Motion");

AND the Motion seeking an expedited hearing with regard to the relief sought;

BUT the Motion failing to state a necessity for immediate relief or expedited

consideration;

It is therefore hereby **ordered** that:

1)      The request for expedited consideration of the Motion is **denied**; and

2)      Counsel for the movants shall notice the Motion for **February 25, 2025 at 11:00**

**a.m.**

**Date: 1/30/25**
_____
**HON. PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**