## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

*In re:*

                                 **Chapter 11**

**ALAN CHRISTOPHER REDMOND,**

          **Debtor.**                   **Case No. 24-13093 (PMM)**

## CERTIFICATE OF SERVICE

I, Nicole M. Nigrelli, Esquire, hereby caused on this 10th day of February, 2025 served the *OBJECTION OF DEBTOR TO (I) EMERGENCY MOTION FOR SANCTIONS, AND (II) MOTION FOR A CASE MANAGEMENT ORDER FILED BY JASON SCOTT JORDAN, CORNERSTONE LAW FIRM, LLC, AND ETHAN SHALTER* via electronic case filing (ecf) upon the following parties on the attached list.

                                     **CIARDI CIARDI & ASTIN**

By:     */s/ Nicole M. Nigrelli*
           Nicole M. Nigrelli, Esquire
           1905 Spruce Street
           Philadelphia, PA 19103
           T (215) 557-3550
           F (215) 557-3551
           nnigrelli@ciardilaw.com

**ALAN CHRISTOPHER REDMOND**
**24-13093 (PMM)**

**2002 & US Trustee list**

Kevin Callahan, Esquire
John Henry Schanne, Esquire
**Office of US Trustee**
900 Market Street, Suite 320
Philadelphia, PA 19106

**Alan Christopher Redmond**
c/o David P. Heim, Esquire
Bochetto & Lentz PC
1524 Locust Street
Philadelphia, PA 19102

**Commonwealth of PA**
**Dept of Revenue**
Office of Attorney General
c/o Brenda S. Bishop, Esquire
15th Floor, Strawberry Square
Harrisburg, PA 17120

John W. Kettering, Esquire
Pietragallo Gordon Alfano
Bosick & Raspanti, LLP
7 West State Street, Suite 100
Sharon, PA 16146

**C Malcolm Smith Co. PC**
c/o William R. A. Rush, Esquire
Rush Law Group
38 N. 6th Street
PO Box 0758
Reading, PA 19601

**World Business Lenders, LLC**
**WBL SPO I, LLC & WBL SPO III, LLC**
c/o Jessica Gulash, Esquire
Lundy, Beldecos & Milby, P.C.
450 N. Narberth Avenue
Narberth, PA 19072

**Cornerstone Law Firm**
**Ethan Shalter & Jason Scott Jordan**
c/o Joel A. Ready, Esquire
Cornerstone Law Firm
8500 Allentown Pike, Ste 3
Blandon, PA 19510

**SBA**
c/o Anthony St. Joseph, Esquire
US Attorney Office
615 Chestnut Street, Ste 1250
Philadelphia, PA 19106

**AWIS**
c/o Justin J. Boron, Esquire
Freeman Mathis & Gary, LLP
1600 Market Street, Suite 1210
Philadelphia, PA 19103

**C. Malcolm Smith, III**
c/o Matthew Gregory Brushwood, Esquire
Barley Snyder
2755 Century Blvd
Wyomissing, PA 19610

**Santander Consumer USA**
c/o William E. Craig, Esquire
Eisenberg Gold & Agrawal, P.C.
1040 Kings Hwy N #200
Cherry Hill, NJ 08034

**Bene Market**
c/o Norman Valz
Norman M. Valz & Associates
441 Irvington Road
Drexel Hill, PA 19026

**The Corporation Trust Co**
c/o Daniel Pereira, Esquire
Stradley Ronon Stevens & Young
2005 Market St., Ste 2600
Philadelphia, PA 19103