**Alan C. Redmond Bankruptcy**

| Third Party Payment Schedule | SCH J | Sep 24 | OCT 24 | payee | NOV 24 | payee | DEC 24 | payee | JAN 25 | payee |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | (Sept and Oct / | | | | |
| Telephone/cable | 405 | 205 | - | Third Party/Shannon | 497 | Shannon | 233 | Third party/shanon | 217 | Third party/Shannon |
| Food, housekeeping, supplies | 1,250 | 625 | 625 | Third Party/Shannon | 505 | Third Party/Shannon | 656 | Third Party/Shannon | 642 | Third Party/Shannon |
| Childcard, Education | 7,500 | 3,303 | 3,303 | Third Party/Shannon | 728 | Third Party/Shannon | 728 | Third Party/Shannon | 728 | Third Party/Shannon |
| Personal Care/Medical/Clothing | 700 | 350 | 350 | Third Party/Shannon | 350 | Third Party/Shannon | 350 | Third Party/Shannon | 350 | Third Party/Shannon |
| Transportation (Gas, Maintenance, Bus, Train | 250 | 102 | 102 | Third party/ Shannon | 132 | Third party/ Shannon | 76 | Third party/ Shannon | 152 | Third party/ Shannon |
| Entertainment, Recreation, Books | 500 | - | - | | - | | - | | - | |
| vehicle insurance | 585 | 217 | 217 | Third party/ Shannon | 217 | Third party/ Shannon | 217 | Third party/ Shannon | 217 | Third party/ Shannon |
| Vehicle Insurance - escalade | 585 | 119 | 119 | Third party/ Shannon | 119 | Third party/ Shannon | 119 | Third party/ Shannon | 119 | Third party/ Shannon |
| Self Employment Tax | 2,000 | - | - | NOT PAID | - | NOT PAID | - | NOT PAID | - | NOT PAID |
| Car Payment for Vehicle 1 - ESCALADE | 964 | - | - | NOT PAID | - | NOT PAID | - | NOT PAID | - | NOT PAID |
| Car Payment 4 - mercedes S580 | 1,911 | 1,911 | 1,911 | Third Party/Shannon | - | NOT PAID | - | NOT PAID | - | NOT PAID |
| Child Support | 5,000 | - | - | NOT PAID | - | NOT PAID | - | NOT PAID | - | NOT PAID |
| Homeowner, Renter, Insurance | 165 | 177 | 177 | Third Party/Shannon | 181 | Third Party/Shannon | 181 | Third Party/Shannon | 181 | Third Party/Shannon |
| Home Maintenance, Repair, and Upkeep | 250 | 125 | 125 | Third Party/Shannon | 125 | Third Party/Shannon | 125 | Third Party/Shannon | 125 | Third Party/Shannon |
| | 22,064.89 | 7,134 | 6,929 | | 2,853 | | 2,685 | | 2,731 | |
| **Cumulative Total** | | | 14,063 | | 16,916 | | 19,601 | | 22,332 | |

| Schedule of Unpaid Debts | SCH J | Sep 24 | OCT 24 | payee | NOV 24 | payee | DEC 24 | payee | JAN 25 | payee |
|---|---|---|---|---|---|---|---|---|---|---|
| Self Employment Tax | 2,000 | 2,000 | 2,000 | NOT PAID | - | Not Owed | - | Not Owed | - | Not owed |
| Child Support | 5,000 | 5,000 | 5,000 | NOT PAID | 5,000 | NOT PAID | 5,000 | NOT PAID | 5,000 | NOT PAID |
| Car Payment for Vehicle 1 - ESCALADE | 964 | 964 | 964 | NOT PAID | 964 | NOT PAID | 964 | NOT PAID | 964 | NOT PAID |
| Car Payment 4 - mercedes S580 | 1,911 | - | - | NOT PAID | 1,911 | NOT PAID | 1,911 | NOT PAID | 1,911 | NOT PAID |
| | | 7,964 | 7,964 | | 7,875 | | 7,875 | | 7,875 | |
| **Cumulative Total** | | | 15,928 | | 23,803 | | 31,678 | | 39,553 | |