**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Alan Christopher Redmond | § | Case No.  24-13093 (PMM) |
| | § | |
| Debtor. | § | |
| | § | |

**ORDER DETERMINING COUNSEL HAS FAILED TO COMPLY WITH
BANKRUPTCY RULE 2019(b) AND IMPOSING REMEDIES
PURSUANT TO BANKRUPTCY RULE 2019(e)**

Upon consideration of the *Motion of the United States Trustee for Entry of an Order Determining Counsel has Failed to Comply with Bankruptcy Rule 2019(b) and Imposing Remedies Pursuant to Bankruptcy Rule 2019(e)* (the "Motion");[1] and finding that due and sufficient notice of the Motion was given; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and this is a core proceeding under 28 U.S.C. § 157(b)(2); and the record as a whole, and after due deliberation and finding that there is good and sufficient cause for the relief set forth herein; and finding that Attorney Ready is required to submit a verified statement under Bankruptcy Rule 2019(b), has not submitted the required verified statement, and therefore has failed to comply with Bankruptcy Rule 2019, it is hereby ORDERED as follows:

1.      The Motion is GRANTED.

---

[1] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Motion.

2. Attorney Ready shall not be heard or intervene in the Debtor's bankruptcy case until such time as Attorney Ready submits a verified statement under Bankruptcy Rule 2019(b) that includes the information required by Bankruptcy Rule 2019(c).

3. If Attorney Ready does not comply with paragraph 2 of this Order ~~within~~ by February 25, 2025 ~~fourteen (14) calendar days after entry of this Order~~, then Attorney Ready shall be permanently prohibited from being heard or intervening in the Debtor's bankruptcy case.

4. The Court shall retain jurisdiction over any and all matters arising, from or related to the interpretation or implementation of this Order.

Dated: **February 11, 2025**

_____
HONORABLE PATRICIA M. MAYER
United States Bankruptcy Judge

2