**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **Alan Christopher Redmond,** | : | |
| **Debtor.** | : | **Case No. 24-13093(PMM)** |

## ORDER

**AND NOW**, upon consideration of the Debtor's Motion to Compel the U.S. Trustee to Appoint a Creditor's Committee (doc. #155, the "Motion");

AND a hearing with regard to the Motion having been held and concluded on February 11, 2025;

AND for the reasons stated on the record at the hearing;

It is hereby **ordered** that the Motion is **denied**.

Dated: 2/11/25

_____
**PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE**