## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                     :        **Chapter 11**

**Alan Christopher Redmond,**              :

            **Debtor.**            :        **Case No. 24-13093(PMM)**

---

## ORDER

    **AND NOW**, upon consideration of the Debtor's Motion to Compel the Debtor to Deliver Property and related relief (doc. #140, the "Motion");

    AND a hearing with regard to the Motion having been held and concluded on February 11, 2025;

    AND for the reasons stated on the record at the hearing;

    It is hereby **ordered** that the Motion is **denied**.

Dated: 2/11/25

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**