**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                    :        **Chapter 11**

**Alan Christopher Redmond,**                            :

                    Debtor.                 :        **Case No. 24-13093 (PMM)**

---

### ORDER

**AND NOW**, upon consideration of the Motion of Jason Scott Jordan's Motion to

Partially Lift the Stay (doc. #132, the "Motion");

AND a hearing with regard to the Motion having been held and concluded on February

11, 2025;

AND for the reasons stated at hearing, it is hereby **ordered** that the Motion is **granted** to

the extent that it seeks permission to remove Common Pleas action 22-11757 (the "State Court

Action") to this Court.[1]

Dated: 2/12/25

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge

---

[1] The removed State Court Action has been remanded to the Berks County Court of Common Please. See doc. #65
in Adversary Proceeding no. 24-144.