United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                            Case No. 24-13093-pmm

Alan Christopher Redmond                                                                           Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Feb 11, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Alan Christopher Redmond, 2 High Road, Wyomissing, PA 19610-2500 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2025                     Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANTHONY ST. JOSEPH | on behalf of Creditor United States of America on behalf of SBA anthony.stjoseph@usdoj.gov Mardella.Suarez@usdoj.gov,CaseView.ECF@usdoj.gov |
| Albert Anthony Ciardi, III | on behalf of Defendant Alan Christopher Redmond aciardi@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Albert Anthony Ciardi, III | on behalf of Debtor Alan Christopher Redmond aciardi@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| BRENDA SUE BISHOP | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue bbishop@attorneygeneral.gov |
| DANIEL MICHAEL PEREIRA | on behalf of Interested Party THE CORPORATION TRUST COMPANY dpereira@stradley.com |
| DANIEL S. SIEDMAN | |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 3 |
| Date Rcvd: Feb 11, 2025 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Debtor Alan Christopher Redmond dsiedman@ciardilaw.com dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

DAVID P. HEIM

on behalf of Seguro Medico  LLC dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com

DAVID P. HEIM

on behalf of Debtor Alan Christopher Redmond dheim@bochettoandlentz.com mtrout@bochettoandlentz.com

JESSICA M. GULASH

on behalf of Creditor WBL SPO I  LLC jgulash@lbmlaw.com

JESSICA M. GULASH

on behalf of Creditor World Business Lenders  LLC jgulash@lbmlaw.com

JESSICA M. GULASH

on behalf of Creditor WBL SPO II  LLC jgulash@lbmlaw.com

JOEL A. READY

on behalf of Petitioning Creditor Cornerstone Law Firm  LLC joel@cornerstonelaw.us, valeria@cornerstonelaw.us

JOEL A. READY

on behalf of Plaintiff Jason Scott Jordan joel@cornerstonelaw.us valeria@cornerstonelaw.us

JOEL A. READY

on behalf of Attorney Joel A. Ready joel@cornerstonelaw.us valeria@cornerstonelaw.us

JOEL A. READY

on behalf of Petitioning Creditor Ethan Shalter joel@cornerstonelaw.us valeria@cornerstonelaw.us

JOEL A. READY

on behalf of Petitioning Creditor Jason Scott Jordan joel@cornerstonelaw.us valeria@cornerstonelaw.us

JOHN HENRY SCHANNE

on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov

JUSTIN BORON

on behalf of Creditor American Workers Insurance Services  Inc. jboron@fmglaw.com, rmacdonald@fmglaw.com;jwoods@spencerfane.com;jtankersley@spencerfane.com

KEVIN P. CALLAHAN

on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

MATTHEW GREGORY BRUSHWOOD

on behalf of C. Malcolm Smith  III mbrushwood@barley.com, jrachor@barley.com;cbrelje@barley.com;tshober@barley.com;dkline@barley.com;ageoghegan@barley.com

NICOLE MARIE NIGRELLI

on behalf of Debtor Alan Christopher Redmond nnigrelli@ciardilaw.com sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

NICOLE MARIE NIGRELLI

on behalf of Defendant Alan Christopher Redmond nnigrelli@ciardilaw.com sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

NORMAN M. VALZ

on behalf of 3rd Pty Defendant Bene Market nvalz@msn.com

NORMAN M. VALZ

on behalf of Norman M. Valz nvalz@msn.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG

on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com

WILLIAM R.A. RUSH

on behalf of C. Malcolm Smith  III wrush@rushlawberks.com

WILLIAM R.A. RUSH

on behalf of Seguro Medico  LLC wrush@rushlawberks.com

WILLIAM R.A. RUSH

on behalf of Arthur W. Walsh  Jr. wrush@rushlawberks.com

WILLIAM R.A. RUSH

on behalf of Accountant C. Malcom Smith Co. P.C. wrush@rushlawberks.com

WILLIAM R.A. RUSH

on behalf of Stephanie Miller wrush@rushlawberks.com

WILLIAM R.A. RUSH

on behalf of Shannon Kroemmelbein wrush@rushlawberks.com

District/off: 0313-4                                    User: admin                                    Page 3 of 3
Date Rcvd: Feb 11, 2025                            Form ID: pdf900                        Total Noticed: 1
TOTAL: 32

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ALAN CHRISTOPHER REDMOND | Bankruptcy No. 24-13093-PMM |
| | Involuntary Chapter 11 |

**ORDER**

AND NOW, this ___11th___ day of the month of __February__, 2025, upon consideration of the Moving Creditors, Jason Scott Jordan and Cornerstone Law Firm, LLC's Amended Motion to Compel Rule 2004 Production as to Nonparty Registered Agents and State Departments, and having afforded the Debtor and parties-in-interest an opportunity to be heard, it is ORDERED and DECREED that such Motion is GRANTED as follows:

(1)     All objections to the Rule 2004 production are overruled as to A Registered Agent, Inc., Corporation Trust Company, Harvard Business Services, Inc., Northwest Registered Agent, LLC, Paracorp Incorporated, Delaware Department of State, and Pennsylvania Department of State.

(2)     Moving Creditors are authorized to serve additional subpoenas to produce documents on the foregoing persons and on any additional registered agents and business formation service-providers that  may have an association with the Debtor, with Shannon Kroemmelbein, or with the associates of either of them, provided that such persons retain the right to object under Fed. R. Civ. P. 45.

BY THE COURT

**Date: February 11, 2025**

By: _Patricia M. Mayer_
_____
Hon. Patricia M. Mayer, *J.*