## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In Re:**<br><br>**Alan Christopher Redmond**<br><br><br>**Debtor** | **Chapter 11**<br><br><br>**Bankruptcy Case No. 24- 13093** |

## STIPULATION FOR EXTENSION OF TIME
## TO FILE ADVERSARY PROCEEDING

Creditor American Workers Insurance Services, Inc. ("AWIS") and Debtor Alan Chrisopher Redmond previously filed a Stipulation for Extension of Time to File Adversary Proceeding (Doc 220) to and including February 18, 2025, which was approved by the Court (Doc 228). It is stipulated by undersigned counsel, subject to the Court's approval, that the time for AWIS to file an adversary proceeding in this matter shall be extended to and including **February 21, 2025**.

Date:    February 17, 2025

| | |
|---|---|
| */s/Nicole M. Nigrelli* | */s/ Justin J. Boron* |
| Nicole M. Nigrelli, Esq. | Justin J. Boron (324797) |
| Ciardi Ciardi & Astin | Freeman Mathis & Gary, LLP |
| 1905 Spruce Street | 1600 Market Street, Suite 1210 |
| Philadelphia, PA 19103 | Philadelphia, PA 19103 |
| *Counsel for Debtor* | *Counsel for AWIS* |

**IT IS SO ORDERED.**

BY THE COURT

Dated:  _____, 2025

_____
Hon. Patricia M. Mayer
U.S. Bankruptcy Judge