# Exhibit A

# Exhibit A

FILED
FILED

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Eastern District of Pennsylvania

Case number (If known): __24-13093__ Chapter __11__

☐ Check if this is an
amended filing

## Official Form 105

# Involuntary Petition Against an Individual

12/15

Use this form to begin a bankruptcy case against an individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against a Non-individual* (Official Form 205). Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

Check one:

☐ Chapter 7
☑ Chapter 11

### Part 2: Identify the Debtor

**2. Debtor's full name**

Alan
First name

Christopher
Middle name

Redmond
Last name

_____
Suffix (Sr., Jr., II, III)

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed, married, maiden, or trade names, or *doing business as* names.

**4. Only the last 4 digits of debtor's Social Security Number or federal Individual Taxpayer Identification Number (ITIN)**

☐ Unknown

XXX – xx – 5 0 9 2     OR     9 xx – xx – ___ ___ ___

**5. Any Employer Identification Numbers (EINs) used in the last 8 years**

☑ Unknown

EIN __ __ - __ __ __ __ __ __ __

EIN __ __ - __ __ __ __ __ __ __

Debtor    Alan Christopher Redmond           Case number *(if known)*_____

**6. Debtor's address**

**Principal residence**                  **Mailing address, if different from residence**

| 2005 Regency Drive | | |
| --- | --- | --- |
| Number   Street | | Number   Street |

| Wyomissing | PA | 19610 | |
| --- | --- | --- | --- |
| City | State | ZIP Code | City       State    ZIP Code |

Berks
_____
County

**Principal place of business**

_____
Number   Street

_____

City           State   ZIP Code

_____
County

**7. Type of business**

☐ Debtor does not operate a business

*Check one if the debtor operates a business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☑ None of the above

**8. Type of debt**

**Each petitioner believes:**

☐ **Debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ **Debts are primarily business debts.** *Business debts* are debts that were incurred to obtain money for a business or investment or through the operation of the business or investment.

**9. Do you know of any bankruptcy cases pending by or against any partner, spouse, or affiliate of this debtor?**

☐ No

☑ Yes. Debtor National Brokers of America, Inc.     Relationship Shareholder/Owner

District Eastern District    Date filed 09/03/2019    Case number, if known 19-15488
                                      MM / DD / YYYY

Debtor _____    Relationship _____

District _____ Date filed _____ Case number, if known_____
                                      MM / DD / YYYY

Debtor    __Alan Christopher Redmond__      Case number *(if known)*_____

| Part 3: | Report About the Case |
|---|---|

**10. Venue**

Reason for filing in this court.

*Check one:*

☑ Over the last 180 days before the filing of this bankruptcy, the debtor has resided, had the principal place of business, or had principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

☐ Other reason. Explain. (See 28 U.S.C. § 1408.) _____

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☑ The debtor is generally not paying such debtor's debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☑ No

☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Jason Scott Jordan | Judgment for Unpaid Wages & Attorneys Fees | $ 13,105,197.2( |
| Cornerstone Law Firm LLC | Judgement for Attorney Fees | $ 10,484.50 |
| Ethan Shalter | Breach of Contract | $ 1,036.08 |
| | Total | $ 13,116,717.7( |

If more than 3 petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's (or representative's) signature under the statement, along with the signature of the petitioner's attorney, and the information on the petitioning creditor, the petitioner's claim, the petitioner's representative, and the attorney following the format on this form.

Debtor   Alan Christopher Redmond     Case number *(if known)*_____

## Part 4:   Request for Relief

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|
| **✗** *Joel A. Ready* <br> Joel A. Ready (Aug 15, 2024 09:54 EDT) <br> Signature of petitioner or representative, including representative's title | **✗** *Joel A. Ready* <br> Joel A. Ready (Aug 15, 2024 09:54 EDT) <br> Signature of attorney |
| **Cornerstone Law Firm, LLC** <br> Printed name of petitioner | **Joel A. Ready, Esquire** <br> Printed name |
| Date signed   **08/15/2024** <br> MM / DD / YYYY | **Cornerstone Law Firm, LLC** <br> Firm name, if any |
| | **8500 Allentown Pike, Suite 3** <br> Number   Street |
| **Mailing address of petitioner** | **Blandon**    **PA**    **19510** <br> City     State     ZIP Code |
| **8500 Allentown Pike, Suite 3** <br> Number   Street | Date signed   **08/15/2024** <br> MM / DD / YYYY |
| **Blandon**    **PA**    **19510** <br> City     State     ZIP Code | Contact phone **(610) 926-7875**   Email **joel@cornerstonelaw.us** |

**If petitioner is an individual and is not represented by an attorney:**

Contact phone    _____

Email    _____

**Name and mailing address of petitioner's representative, if any**

**Joel Ready, Esquire**
Name

**8500 Allentown Pike, Suite 3**
Number   Street

**Blandon**    **PA**    **19510**
City     State     ZIP Code

Debtor    Alan Christopher Redmond                          Case number (*if known*)

---

**X** *Jason Jordan*
Jason Jordan (Aug 15, 2024 09:35 EDT)

Signature of petitioner or representative, including representative's title

Jason Scott Jordan
Printed name of petitioner

Date signed   08/15/2024
              MM / DD / YYYY

**Mailing address of petitioner**

10802 Northwest 56th Ct.
Number    Street

Coral Springs              FL      33046
City                       State   ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number    Street

City        State ZIP Code

---

**X** *Joel A. Ready*
Joel A. Ready (Aug 15, 2024 09:54 EDT)

Signature of Attorney

Joel A. Ready, Esquire
Printed name

Cornerstone Law Firm, LLC
Firm name, if any

8500 Allentown Pike, Suite 3
Number    Street

Blandon                    PA      19510
City                       State   ZIP Code

Date signed   08/15/2024
              MM / DD / YYYY

Contact phone (610) 926-7875   Email joel@cornerstonelaw.us

---

**X** ~~[signature]~~
Ethan Shalter (Aug 15, 2024 09:00 EDT)

Signature of petitioner or representative, including representative's title

Ethan Shalter
Printed name of petitioner

Date signed   08/15/2024
              MM / DD / YYYY

**Mailing address of petitioner**

1360 Philip Ave.
Number    Street

Birdsboro                  PA      19508
City                       State   ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number    Street

City            State         ZIP Code

---

**X** *Joel A. Ready*
Joel A. Ready (Aug 15, 2024 09:54 EDT)

Signature of Attorney

Joel A. Ready, Esquire
Printed name

Cornerstone Law Firm, LLC
Firm name, if any

8500 Allentown Pike, Suite 3
Number    Street

Blandon                    PA      19510
City                       State   ZIP Code

Date signed   08/15/2024
              MM / DD / YYYY

Contact phone (610) 926-7875   Email joel@cornerstonelaw.us

---

Official Form 105        Involuntary Petition Against an Individual        page **5**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: ALAN CHRISTOPHER REDMOND | Bankruptcy No. |
|---|---|
| | Chapter 11. Involuntary Petition |

## INFORMATION IN SUPPORT OF OFFICIAL FORM 105 INVOLUNTARY PETITION AGAINST INDIVIDUAL

NOW COMES Jason Scott Jordan, Cornerstone Law Firm, LLC., and Ethan Shulter (hereinafter "Creditors"), by and through Cornerstone Law Firm hereby files this Information in support of Official Form 105 Involuntary Petition Against Individual and offers the following:

1. Alan Christopher Redmond is an individual person who resides in 1198 Reading Blvd., Wyomissing, PA 19610 and is the subject of this Involuntary Petition as the Debtor.

2. Jason Scott Jordan resides in 10802 Northwest 56th Ct., Coral Springs, FL 33046 and is a holder of a claim against Debtor in the amount of $13,105,197.20 that is not contingent as to liability or the subject of a bona fide dispute under 11 U.S.C § 303(b)(1). *See Exhibit 1.*

3. Cornerstone Law Firm, LLC. is a business entity with its principal place of business in 8500 Allentown Pike #3, Blandon, PA 19510 and is a holder of a claim against Alan C. Redmond in the amount of $10,484.50 that is not contingent as to liability or the subject of a bona fide dispute under 11 U.S.C § 303(b)(1). *See Exhibit 2.*

4. Ethan Shalter resides in 1360 Philip Ave., Birdsboro, PA 19508 and is a holder of a claim against Alan C. Redmond in the amount of $1,036.00 that is not contingent as to liability or the subject of a bona fide dispute 11 U.S.C § 303(b)(1). *See Exhibit 3.*

5. Creditors in the aggregate hold claims against the Debtor in the amount over $18,600.00 meeting the requirements of 11 U.S.C § 303(b)(1).

1

6. Petitioners believe, and aver, that Debtor has fewer than 12 holders of a claim, excluding any employee or insider of the Debtor, as defined by 11 U.S.C. § 303(b)(1).

7. Creditors request this honorable court to oust the Debtor from possession of his assets and to immediately appoint an Interim Trustee for cause, including fraud, dishonesty, incompetence, or gross mismanagement of the Debtor by current management in the best interest of the creditors and for the preservation of assets to prevent loss of estate property as further set forth in the motion for emergent relief. See 11 U.S.C § 303(f); 11 U.S.C § 1104(a)(1).

8. In addition, the Creditors request this honorable court under its injunctive powers to limit the Debtor's right to continue to operate any business, and to use, acquire, or dispose of property as further set forth in the motion for emergent relief. See 11 U.S.C § 105; 11 U.S.C § 303(f).

9. Upon order for relief, Creditors request this honorable court to designate a responsible party to file Schedules on behalf of the Debtor to prevent the dissipation of assets by fraud, dishonesty, incompetence or gross mismanagement of the Debtor and to ensure compliance under the contempt procedures of the Bankruptcy Court. See Fed. R. Bankr. P. 9001(5); Fed. R. Bankr. P. 9020.

10. Upon service of process to the Debtor, Creditors request this honorable court to schedule a hearing and disposition of the Involuntary Petition at the earliest practicable time. See Fed. R. Bankr. P. 1013.

WHEREFORE, based on the foregoing, the Court should prospectively grant the Creditor's request and other relief as the Court deems necessary, just, or appropriate.

Respectfully submitted,

**CORNERSTONE LAW FIRM, LLC**

By: _Joel A. Ready_

2

Joel A. Ready, Esquire
PA Attorney I.D. # 321966
8500 Allentown Pike, Suite 3
Blandon, PA 19510
(610) 926-7875

3

# Exhibit B

# Exhibit B



# CORNERSTONE LAW FIRM

February 18, 2025

**Jason Scott Jordan**
10802 Northwest 56th Ct.
Coral Springs, FL 33046

### Re:    Amended Representation Agreement

Dear Jason:

This Amended Agreement is intended to clarify and continue our relationship regarding the Involuntary Petition against Alan Christopher Redmond in the U.S. Bankruptcy Court for the Eastern District of Pennsylvania and any and all related appeals, adversary proceedings, and removal of actions from State court. By signing below, you confirm that I am authorized to act on your behalf in these matters and that you consent to joint representation with Ethan Shalter and Cornerstone Law Firm, LLC. This Amended Agreement relates only to the aforementioned matters and does not affect any other matter we currently represent you on.

### Hourly Rates

My current hourly rate is $380.00. Our other attorneys are billed between $275.00 and $350.00 per hour. Our paralegals and other staff bill between $160.00 and $245.00 per hour. We assign other attorneys and paralegals to tasks in your case in our sole discretion.

Other hourly rates may also apply to other staff within the firm. This firm reserves the right to change its billing rates from time to time. We will also pass on the additional costs incurred in the course of our work—such as travel expenses, postage, photocopy fees, and fees advanced to others. These are billed in addition to the fees for our services.

We measure time in tenths of hours, including phone calls and travel time, and round up to the nearest tenth of an hour. Because every email, phone call, update or response requires our attorneys and staff to formulate advice to you and to advocate on your behalf, this is all billable work. Our minimum charge for most tasks is .2—twelve minutes. This means that on a given day, any work done will be a minimum of .2. Additional tasks may be added on in .2 or .1 increments depending on the type of work invested in the project.

8500 Allentown Pike, Suite 3 | Blandon, Pennsylvania 19510
*phone* 610.926.7875 | *fax* 484.930.0054 | joel@cornerstonelaw.us

# Exhibit C

Exhibit C



# CORNERSTONE
# LAW FIRM

February 18, 2025

**VIA EMAIL:** *ethansh26@yahoo.com*

Ethan Shalter
1360 Philip Ave
Birdsboro, PA 19508

### Re:    Amended Representation Agreement

Dear Ethan:

This Amended Agreement is intended to clarify and continue our relationship regarding the Involuntary Petition against Alan Christopher Redmond in the U.S. Bankruptcy Court for the Eastern District of Pennsylvania and any and all related appeals, adversary proceedings, and removal of actions from State court. By signing below, you confirm that I am authorized to act on your behalf in these matters and that you consent to joint representation with Jason Scott Jordan and Cornerstone Law Firm, LLC. This Amended Agreement relates only to the aforementioned matters and does not affect any other matter we currently represent you on.

You will be invoiced for all work performed under this Agreement but your obligation to pay is contingent on our recovery under all fee-shifting statutes, such as provided in the federal Fair Labor Standards Act and Pennsylvania's Wage Payment and Collection Law, as well as any fee-shifting in the Bankruptcy Code. In the event that we are unable to collect those fees from any opposing party, you will not owe us any additional funds.

### Hourly Rates

My current hourly rate is <u>$380.00</u>. Our other attorneys are billed between $275.00 and $350.00 per hour. Our paralegals and other staff bill between $160.00 and $245.00 per hour. We assign other attorneys and paralegals to tasks in your case in our sole discretion.

Other hourly rates may also apply to other staff within the firm. This firm reserves the right to change its billing rates from time to time. We will also pass on the additional costs incurred in the course of our work—such as travel expenses, postage, photocopy fees, and fees advanced to others. These are billed in addition to the fees for our services.

We measure time in tenths of hours, including phone calls and travel time, and round up to the nearest tenth of an hour. Because every email, phone call, update or response requires our attorneys and

February 18, 2025
Page 2

staff to formulate advice to you and to advocate on your behalf, this is all billable work. Our minimum charge for most tasks is .2—twelve minutes. This means that on a given day, any work done will be a minimum of .2. Additional tasks may be added on in .2 or .1 increments depending on the type of work invested in the project.

## Forum and Choice of Law

Any dispute or controversy arising out of or relating to the above matter or any allied or related matter, including a claim of negligent handling of any such matter, shall be settled by arbitration in accordance with the rules, then in effect, of the Berks County Bar Association's Alternative Dispute Resolution Program in Berks County, Pennsylvania. Such dispute shall be governed by Pennsylvania law. You agree to pay our legal fees necessitated in bringing or defending such an action.

## Signing Up

This Firm will endeavor to maintain a copy of your file for up to 5 years after our representation ends. In the event this file is requested, we may not, in our sole discretion, provide our notes, word documents or drafts of documents, which are considered work product. We generally provide the rest of the file, to the degree we are able. Applicable law also sometimes restricts what we can provide.

If you agree with all of the above terms and conditions, and you would like to engage our firm to represent you, please sign a copy of this letter and return it to us as soon as possible. By signing below, you agree that this agreement will override our prior agreement on how to handle this matter.

Please be advised that if you do not return this representation agreement within 30 days, our hourly rates and other costs may rise. Furthermore, the retainer amount may be different if circumstances in your case have changed. Accordingly, this offer to represent you remains active for 14 days. If we do not hear from you in that time, we will consider your matters closed and will need to "reissue" this representation agreement to you after that time if you still wish to proceed. Furthermore, if you were advised of any deadlines in our initial consultation with you, those deadlines may be sooner than the 14 days mentioned above.

I look forward to our association with you. If you have any questions about these arrangements, please talk to us before signing below.

Very truly yours,

CORNERSTONE LAW FIRM, LLC

By: _Joel A Ready_
Joel A. Ready, Esq.

Kindly acknowledge acceptance of these terms of our representation by signing a copy of this letter and returning it to me as soon as possible.

February 18, 2025
Page 3

Date: **Feb 18, 2025** _____

By: _____
Ethan Shalter (Feb 18, 2025 14:32 EST)

Ethan Shalter

# CORNERSTONE LAW FIRM - Amended Rep Agreement

Final Audit Report                                        2025-02-18

| | |
|---|---|
| Created: | 2025-02-18 |
| By: | Valeria Amato (valeria@cornerstonelaw.us) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAZIGdFeH9OmIOHyBlyQ6qut_NaC6yMjJ9 |

## "CORNERSTONE LAW FIRM - Amended Rep Agreement" History

📄 Document created by Valeria Amato (valeria@cornerstonelaw.us)
2025-02-18 - 6:51:46 PM GMT

✉ Document emailed to Ethan Shalter (ethansh26@yahoo.com) for signature
2025-02-18 - 6:51:50 PM GMT

📄 Email viewed by Ethan Shalter (ethansh26@yahoo.com)
2025-02-18 - 7:07:02 PM GMT

✍ Document e-signed by Ethan Shalter (ethansh26@yahoo.com)
Signature Date: 2025-02-18 - 7:32:05 PM GMT - Time Source: server

✅ Agreement completed.
2025-02-18 - 7:32:05 PM GMT

**Adobe Acrobat Sign**

# Exhibit D

# Exhibit D

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ALAN CHRISTOPHER REDMOND | Bankruptcy No. 24-13093-PMM |
| | Involuntary Chapter 11 |

## AFFIDAVIT

Timothy Crossett, being duly sworn according to law, deposes and says that:

1.    I am a Firm Administrator employed by Cornerstone Law Firm, LLC ("CLF") and, by reason of my employment, I am a custodian of employment records of CLF and I am part of the litigation control group whenever CLF is a party to litigation.

2.    CLF is the same person that signed and joined with the filing of the Involuntary Petition in this case, such Petition sets forth the address of CLF and Attorney Ready had authority to sign the same on behalf of CLF.

3.    By signing below, I certify that Joel A. Ready, Esquire represents CLF in this case and is authorized to act on behalf of CLF and that CLF consented to joint representation in this case with Jason Scott Jordan and Ethan Shalter (the "Petitioning Creditors").

4.    At this time, there is no agreement among the Petitioning Creditors as to voting for or against any plan of reorganization.

Timothy Crossett

Sworn to and subscribed before me this

___17___ day of __February_____ 20_25_

Notary Public

Commonwealth of Pennsylvania - Notary Seal
Anyi D. Aybar, Notary Public
Berks County
My commission expires January 31, 2028
Commission number 1442933
Member, Pennsylvania Association of Notaries

1