# Exhibit E

SBA Loan #████8209



## U.S. Small Business Administration
# AMENDED UNCONDITIONAL GUARANTEE
## (DISASTER LOANS)

| | |
|---|---|
| SBA Loan # | ████8209 |
| Application # | ██████ |
| Guarantor(s) | Alan Redmond |
| Borrower | Bene Market, LLC |
| Date | 02.09.2022 |
| Note Amount | $1,950,000.00 |

1. **GUARANTEE.**

Guarantor(s) unconditionally guarantee(s) payment to SBA of all amounts owing under the Note and any modifications of the Note. This Guarantee remains in effect until the Note and any modifications of the Note is paid in full. Guarantor(s) must pay all amounts due under the Note and any modifications of the Note when SBA makes written demand upon Guarantor(s). SBA is not required to seek payment from any other source before demanding payment from Guarantor(s).

2. **NOTE.**

The "Note" is the promissory note dated 11.04.2020 and any modifications thereto in the total principal amount of **one million nine hundred and fifty thousand  and 00/100 Dollars ($1,950,000.00.**) from Borrower to SBA. It includes any assumption, renewal, substitution, modifications or replacement of the Note.

3. **DEFINITIONS.**

"Collateral" means property, if any, taken as security for payment of the Note and any modifications of the Note or any guarantee of the Note.
"Loan" means the loan evidenced by the Note and any modifications of the Note.
"Loan Documents" means the documents related to the Loan signed by Borrower, Guarantor(s) or any other guarantor, or anyone who pledges Collateral.
"SBA" means the Small Business Administration, an Agency of the United States of America.

SBA FORM 2128

4. **SBA'S GENERAL POWERS.**

SBA may take any of the following actions at any time, without notice, without Guarantor(s)' consent, and without making demand upon Guarantor(s):
A. Modify the terms of the Note or any other Loan Document except to increase the amounts due under the Note and any modifications of the Note;
B. Refrain from taking any action on the Note and any modifications of the Note, the Collateral, or any guarantee;
C. Release any Borrower or any guarantor of the Note and any modifications of the Note;
D. Compromise or settle with the Borrower or any guarantor of the Note and any modifications of the Note;
E. Substitute or release any of the Collateral, whether or not SBA receives anything in return;
F. Foreclose upon or otherwise obtain, and dispose of, any Collateral at public or private sale, with or without advertisement;
G. Bid or buy at any sale of Collateral by SBA or any other lienholder, at any price SBA chooses; and
H. Exercise any rights it has, including those in the Note and any modifications of the Note and other Loan Documents.
These actions will not release or reduce the obligations of Guarantor(s) or create any rights or claims against SBA.

5. **FEDERAL LAW.**

When SBA is the holder, the Note and any modifications of the Note and this Guarantee will be construed and enforced under federal law, including SBA regulations. SBA may use state or local procedures for filing papers, recording documents, giving notice, foreclosing liens, and other purposes. By using such procedures, SBA does not waive any federal immunity from state or local control, penalty, tax, or liability. As to this Guarantee, Guarantor(s) may not claim or assert any local or state law against SBA to deny any obligation, defeat any claim of SBA, or preempt federal law.

6. **RIGHTS, NOTICES, AND DEFENSES THAT GUARANTOR(S) WAIVE(S).**

To the extent permitted by law,
I. Guarantor(s) waive(s) all rights to:
1) Require presentment, protest, or demand upon Borrower;
2) Redeem any Collateral before or after SBA disposes of it;
3) Have any disposition of Collateral advertised; and
4) Require a valuation of Collateral before or after SBA disposes of it.
J. Guarantor(s) waive(s) any notice of:
1) Any default under the Note and/or any modifications of the Note;
2) Presentment, dishonor, protest, or demand;
3) Execution of the Note and/or any modifications of the Note;
4) Any action or inaction on the Note and/or any modifications of the Note or Collateral, such as disbursements, payment, nonpayment, acceleration, intent to accelerate, assignment, collection activity, and incurring enforcement expenses;
5) Any change in the financial condition or business operations of Borrower or any guarantor(s);
6) Any changes in the terms of the Note and/or any modifications of the Note or other Loan Documents, except increases in the amounts due under the Note and/or any modifications of the Note; and
7) The time or place of any sale or other disposition of Collateral.
K. Guarantor(s) waive(s) defenses based upon any claim that
1) SBA failed to obtain any guarantee;
2) SBA failed to obtain, perfect, or maintain a security interest in any property offered or taken as Collateral;
3) SBA or others improperly valued or inspected the Collateral;
4) The Collateral changed in value, or was neglected, lost, destroyed, or underinsured;

SBA FORM 2128

SBA Loan █████8209

5) SBA impaired the Collateral;
6) SBA did not dispose of any of the Collateral;
7) SBA did not conduct a commercially reasonable sale;
8) SBA did not obtain the fair market value of the Collateral;
9) SBA did not make or perfect a claim upon the death or disability of Borrower or any guarantor of the Note;
10) The financial condition of Borrower or any guarantor was overstated or has adversely changed;
11) SBA made errors or omissions in Loan Documents or administration of the Loan;
12) SBA did not seek payment from the Borrower, any other guarantor(s), or any Collateral before demanding payment from Guarantor(s);
13) SBA impaired Guarantor(s)' suretyship rights;
14) SBA modified the Note terms, other than to increase amounts due under the Note and/or any modifications of the Note. If SBA modifies the Note to increase the amounts due under the Note without Guarantor(s)' consent, Guarantor(s) will not be liable for the increased amounts and related interest and expenses, but remains liable for all other amounts;
15) Borrower has avoided liability on the Note and/or any modifications of the Note; or
16) SBA has taken an action allowed under the Note and/or any modifications of the Note, this Guarantee, or other Loan Documents.

7. **DUTIES AS TO COLLATERAL.**

Guarantor(s) will preserve the Collateral, if any, pledged by Guarantor(s) to secure this Guarantee. SBA has no duty to preserve or dispose of any Collateral.

8. **SUCCESSORS AND ASSIGNS.**

Under this Guarantee, Guarantor(s) include(s) successors, and SBA includes successors and assigns.

9. **GENERAL PROVISIONS.**

L. ENFORCEMENT EXPENSES. Guarantor(s) promise(s) to pay all expenses SBA incurs to enforce this Guarantee, including, but not limited to, attorney's fees and costs.

M. SUBROGRATION RIGHT. Guarantor(s) has/have no subrogation rights as to the Note or the Collateral until the Note or any modifications of the Note is/are paid in full.

N. JOINT AND SEVERAL LIABILITY. All individuals and entities signing as Guarantor(s) is/are jointly and severally liable.

O. DOCUMENT SIGNING. Guarantor(s) must sign all documents necessary at any time to comply with the Loan Documents and to enable SBA to acquire, perfect, or maintain SBA's liens on Collateral.

P. FINANCIAL STATEMENTS. Guarantor(s) must give SBA financial statements as SBA requires.

Q. SBA'S RIGHTS CUMULATIVE, NOT WAIVED. SBA may exercise any of its rights separately or together, as many times as it chooses. SBA may delay or forgo enforcing any of its rights without losing or impairing any of them.

R. ORAL STATEMENTS NOT BINDING. Guarantor(s) may not use an oral statement to contradict or alter the written terms of the Note and/or any modifications of the Note or this Guarantee, or to raise a defense to this Guarantee.

S. SEVERABILITY. If any part of this Guarantee is found to be unenforceable, all other parts will remain in effect.

SBA FORM 2128

Case 24-10005-pmm Doc 2040 Filed 02/19/25 Entered 02/19/25 12:03:0... Desc ...

E - 2022 2d Modification Guarantee v.1    Page 5 of 5

SBA Loan # ████ 8209

T.    CONSIDERATION. The consideration for this Guarantee is the Loan or any accommodation by SBA as to the Loan.

10.    **GUARANTOR(S) ACKNOWLEDGMENT OF TERMS.**

Guarantor(s) acknowledge(s) that Guarantor(s) has/have read and understands the significance of all terms of the Loan Authorization Agreement, Note and/or any modifications of the Note, this Guarantee, including all waivers, and certifies, to the best of its, his or her knowledge and belief, that the certifications and representations in the attached Certification Regarding Lobbying are true, correct and complete and are offered to induce SBA to make this Loan.

11.    **GUARANTOR(S) NAME(S) AND SIGNATURE(S).**

By signing below, each individual or entity becomes obligated as Guarantor under this Guarantee.

GUARANTOR:

DocuSigned by:

*Alan Redmond*

17B7BB2B365F46F...

Alan Redmond, individually

SBA FORM 2128