**L.B.F. 9014-4**

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 13** |
| | : | |
| **ALAN CHRISTOPHER REDMOND** | : | |
| | : | **Bky. No. 24-13093-PMM** |
| | : | |
| **Debtor.** | : | |

**\* \* \* \* \* \* \* \* \* \* \* \* \* \* \***

**CERTIFICATION OF SERVICE**

I, Valeria Amato, Paralegal, hereby certify that I caused a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Rule 2019 Verified Statement together with Exhibits.

- Jason Scott Jordan, Cornerstone Law Firm, LLC, and Ethan Shalter's Response in Opposition to Debtor's Motion to Approve Disclosure Statement together with Exhibits.

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

DATE: <u>February 19, 2025</u>    By: _Valeria Amato_____

Valeria Amato
*Paralegal*

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Nicole Marie Nigrelli, Esq.
Counsel for Debtor
Via:      **CM/ECF**        1st Class Mail        Certified Mail        **e-mail: Nnigrelli@ciardilaw.com**

Albert Anthony Ciardi III, Esq.
Counsel for Debtor
Via:      **CM/ECF**        1st Class Mail        Certified Mail        **e-mail:aciardi@ciardilaw.com**

Daniel Siedman, Esq.
Counsel for Debtor
Via:      **CM/ECF**        1st Class Mail        Certified Mail        **e-mail:dsiedman@ciardilaw.com**

Kevin P. Callahan, Esq.
On behalf of U.S. Trustee
Via:      **CM/ECF**        1st Class Mail        Certified Mail        **e-mail:Kevin.p.callahan@usdoj.gov**

John Schanne, Esq.
On behalf of U.S. Trustee
Via:      **CM/ECF**        1st Class Mail        Certified Mail        **e-mail:John.schanne@usdoj.gov**

All Web Leads
9004 Anderson Mill Road
Unit A
Austin, TX 78729
Via:      CM/ECF        **1st Class Mail**        Certified Mail        e-mail:

American Workers Insurance Services Inc.
c/o Justin J. Boron, Esquire
1600 Market St, Suite 1210
Philadelphia, PA 19103
Via:      CM/ECF        **1st Class Mail**        Certified Mail        e-mail:

Bene Market, LLC
c/o Norman M. Valz, Esq.
441 Irvington Road
Drexel Hill, PA 19026
Via:      CM/ECF        **1st Class Mail**        Certified Mail        e-mail:

Berks County Tax Claim Bureau
c/o Socrates J. Georgeadis, Esq.
633 Court Street, 2nd Floor
Reading, Pa 19601
Via:      CM/ECF        **1st Class Mail**        Certified Mail        e-mail:

Bochetto & Lentz, P.C.
1524 Locust St.
Philadelphia, PA 19102
Via:      CM/ECF      **1st Class Mail**      Certified Mail      e-mail:

Cardflex Inc.
2195 American Ave, #A
Costa Mesa, CA 92627
Via:      CM/ECF      **1st Class Mail**      Certified Mail      e-mail:

Complete Business Solutions Group Inc.
c/o John W. Kettering, Esquire
1818 Market St., Suite 3402
Philadelphia, PA 19103
Via:      CM/ECF      **1st Class Mail**      Certified Mail      e-mail:

Complete Business Solutions Group Inc.
20 N. 3rd Street
Philadelphia, PA 19106
Via:      CM/ECF      **1st Class Mail**      Certified Mail      e-mail:

Duane Morris LLP
30 S. 17th Street
Philadelphia, PA 19103
Via:      CM/ECF      **1st Class Mail**      Certified Mail      e-mail:

Holly Smith Miller, Esquire
Gellert Seitz Busenkell & Brown, LLC
901 Market Street, Suite 3020
Philadelphia, PA 19107
Via:      CM/ECF      **1st Class Mail**      Certified Mail      e-mail:

Internal Revenue Service
600 Arch Street
Philadelphia, PA 19106
Via:      CM/ECF      **1st Class Mail**      Certified Mail      e-mail:

Matthew Murray
2005 Regency Drive
Reading, PA 19610
Via:      CM/ECF      **1st Class Mail**      Certified Mail      e-mail:

Mercedes Benz of West Chester
1260 Wilmington Pike
West Chester, PA 19382
Via:      CM/ECF      **1st Class Mail**      Certified Mail      e-mail:

National Brokers of America, Inc.
354 Penn Street
Reading, PA 19062
Via:      CM/ECF      **1st Class Mail**      Certified Mail      e-mail:

Pennsylvania Department of Revenue
Department 280946
Attn: Bankruptcy Division
Harrisburg, PA 17128-0946
Via:        CM/ECF        **1st Class Mail**        Certified Mail        e-mail:

Pennsylvania UC Tax Services
UC Tax Review Office
Labor & Industry Building
651 Boas Street, Suite 1113
Harrisburg, PA 17121
Via:        CM/ECF        **1st Class Mail**        Certified Mail        e-mail:

Producer Advance LLC
1625 S. Congress Ave, Suite 200
Delray Beach, FL 33445
Via:        CM/ECF        **1st Class Mail**        Certified Mail        e-mail:

Rush Law Group LLC
38 N. 6th Street
Reading, Pa 19601
Via:        CM/ECF        **1st Class Mail**        Certified Mail        e-mail:

Santander Bank
2220 State Hill Road
Wyomissing, PA 19610
Via:        CM/ECF        **1st Class Mail**        Certified Mail        e-mail:

Santander Consumer Usa Inc.
P.O. Box 961245
Fort Worth, TX 76161
Via:        CM/ECF        **1st Class Mail**        Certified Mail        e-mail:

Santander Consumer USA Inc.
c/o William E. Craig, Esquire
Eisenberg Gold & Agrawal, P.C.
1040 Kings Hwy N #200
Cherry Hill Township, NJ 08034
Via:        CM/ECF        **1st Class Mail**        Certified Mail        e-mail:

Small Business Association
14925 Kingsport Road
Fort Worth, TX 76155-2243
Via:        CM/ECF        **1st Class Mail**        Certified Mail        e-mail:

U.S. Department of Labor
c/o Kyle Stelmack, Esquire
1835 Market Street
Mail stop SOL /22
Philadelphia PA, 19103-2968
Via:        CM/ECF        **1st Class Mail**        Certified Mail        e-mail:

United States Trustee
Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
Via:      **CM/ECF**      **1ˢᵗ Class Mail**        Certified Mail        e-mail:

Verizon
c/o American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118
Via:      CM/ECF      **1ˢᵗ Class Mail**        Certified Mail        e-mail:

Verizon
PO Box 15124
Albany, NY 12212-5124
Via:      CM/ECF      **1ˢᵗ Class Mail**        Certified Mail        e-mail:

WBL SPO II LLC
c/o Jessica Gulash, Esquire
450 N. Narberth Ave., Suite 200
Narberth, PA 19072
Via:      CM/ECF      **1ˢᵗ Class Mail**        Certified Mail        e-mail:

David P. Heim, Esquire
Bochetto & Lentz, P.C.
1524 Locust Street
Philadelphia, PA 19102
Via:      CM/ECF      **X 1ˢᵗ Class Mail**        Certified Mail        e-mail:

Seguro Medico, LLC
The Corporation Trust Co.
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801
Via:      CM/ECF      **X 1ˢᵗ Class Mail**        Certified Mail        e-mail: