United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 24-13093-pmm

Alan Christopher Redmond                                                    Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Feb 19, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+                       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2025:**

**Recip ID                    Recipient Name and Address**
db                       + Alan Christopher Redmond, 2 High Road, Wyomissing, PA 19610-2500

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2025                              Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANTHONY ST. JOSEPH | on behalf of Plaintiff United States Small Business Administration Anthony.Stjoseph@usdoj.gov Mardella.Suarez@usdoj.gov,CaseView.ECF@usdoj.gov |
| ANTHONY ST. JOSEPH | on behalf of Creditor United States of America on behalf of SBA anthony.stjoseph@usdoj.gov Mardella.Suarez@usdoj.gov,CaseView.ECF@usdoj.gov |
| Albert Anthony Ciardi, III | on behalf of Defendant Alan Christopher Redmond aciardi@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Albert Anthony Ciardi, III | on behalf of Debtor Alan Christopher Redmond aciardi@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| BRENDA SUE BISHOP | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue bbishop@attorneygeneral.gov |

District/off: 0313-4                     User: admin                              Page 2 of 3

Date Rcvd: Feb 19, 2025                  Form ID: pdf900                          Total Noticed: 1

DANIEL MICHAEL PEREIRA
    on behalf of Interested Party THE CORPORATION TRUST COMPANY dpereira@stradley.com

DANIEL S. SIEDMAN
    on behalf of Debtor Alan Christopher Redmond dsiedman@ciardilaw.com  dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

DAVID P. HEIM
    on behalf of Seguro Medico  LLC dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com

DAVID P. HEIM
    on behalf of Debtor Alan Christopher Redmond dheim@bochettoandlentz.com  mtrout@bochettoandlentz.com

JESSICA M. GULASH
    on behalf of Creditor WBL SPO I  LLC jgulash@lbmlaw.com

JESSICA M. GULASH
    on behalf of Creditor World Business Lenders  LLC jgulash@lbmlaw.com

JESSICA M. GULASH
    on behalf of Creditor WBL SPO II  LLC jgulash@lbmlaw.com

JOEL A. READY
    on behalf of Petitioning Creditor Cornerstone Law Firm  LLC joel@cornerstonelaw.us, valeria@cornerstonelaw.us

JOEL A. READY
    on behalf of Plaintiff Jason Scott Jordan joel@cornerstonelaw.us  valeria@cornerstonelaw.us

JOEL A. READY
    on behalf of Attorney Joel A. Ready joel@cornerstonelaw.us  valeria@cornerstonelaw.us

JOEL A. READY
    on behalf of Petitioning Creditor Ethan Shalter joel@cornerstonelaw.us  valeria@cornerstonelaw.us

JOEL A. READY
    on behalf of Petitioning Creditor Jason Scott Jordan joel@cornerstonelaw.us  valeria@cornerstonelaw.us

JOHN HENRY SCHANNE
    on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov

JUSTIN BORON
    on behalf of Creditor American Workers Insurance Services  Inc. jboron@fmglaw.com,
rmacdonald@fmglaw.com;jwoods@spencerfane.com;jtankersley@spencerfane.com

KEVIN P. CALLAHAN
    on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

MATTHEW GREGORY BRUSHWOOD
    on behalf of C. Malcolm Smith  III mbrushwood@barley.com,
jrachor@barley.com;cbrelje@barley.com;tshober@barley.com;dkline@barley.com;ageoghegan@barley.com

NICOLE MARIE NIGRELLI
    on behalf of Debtor Alan Christopher Redmond nnigrelli@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

NICOLE MARIE NIGRELLI
    on behalf of Defendant Alan Christopher Redmond nnigrelli@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

NORMAN M. VALZ
    on behalf of 3rd Pty Defendant Bene Market nvalz@msn.com

NORMAN M. VALZ
    on behalf of Norman M. Valz nvalz@msn.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com
mortoncraigecf@gmail.com;alapinski@egalawfirm.com

WILLIAM R.A. RUSH
    on behalf of C. Malcolm Smith  III wrush@rushlawberks.com

WILLIAM R.A. RUSH
    on behalf of Seguro Medico  LLC wrush@rushlawberks.com

WILLIAM R.A. RUSH
    on behalf of Arthur W. Walsh  Jr. wrush@rushlawberks.com

WILLIAM R.A. RUSH
    on behalf of Stephanie Miller wrush@rushlawberks.com

WILLIAM R.A. RUSH
    on behalf of Accountant C. Malcom Smith Co. P.C. wrush@rushlawberks.com

District/off: 0313-4                         User: admin                                    Page 3 of 3
Date Rcvd: Feb 19, 2025                      Form ID: pdf900                                 Total Noticed: 1

WILLIAM R.A. RUSH
                    on behalf of Shannon Kroemmelbein wrush@rushlawberks.com


TOTAL: 33

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In Re:**<br><br>**Alan Christopher Redmond**<br><br><br><br>**Debtor** | **Chapter 11**<br><br><br>**Bankruptcy Case No. 24- 13093** |

**STIPULATION FOR EXTENSION OF TIME
TO FILE ADVERSARY PROCEEDING**

Creditor American Workers Insurance Services, Inc. ("AWIS") and Debtor Alan Chrisopher Redmond previously filed a Stipulation for Extension of Time to File Adversary Proceeding (Doc 220) to and including February 18, 2025, which was approved by the Court (Doc 228). It is stipulated by undersigned counsel, subject to the Court's approval, that the time for AWIS to file an adversary proceeding in this matter shall be extended to and including **February 21, 2025**.

Date:    February 17, 2025

| | |
|---|---|
| _/s/Nicole M. Nigrelli_<br>Nicole M. Nigrelli, Esq.<br>Ciardi Ciardi & Astin<br>1905 Spruce Street<br>Philadelphia, PA 19103<br>_Counsel for Debtor_ | _/s/ Justin J. Boron_<br>Justin J. Boron (324797)<br>Freeman Mathis & Gary, LLP<br>1600 Market Street, Suite 1210<br>Philadelphia, PA 19103<br>_Counsel for AWIS_ |

**IT IS SO ORDERED.**

BY THE COURT

Dated: ___**February 19**___, 2025

_Patricia M. Mayer_
_____
Hon. Patricia M. Mayer
U.S. Bankruptcy Judge