**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **Alan Christopher Redmond,** | : | |
| **Debtor.** | : | **Case No. 24-13093 (PMM)** |

_____

**ORDER**

     **AND NOW**, upon consideration of the Amended Motion to Compel Rule 2004 Examination filed

by Petitioning Creditors (doc. #210, the "Motion") and the Objection thereto (doc. #'s 230, 237, 241, 242,

243, 244, 245, 246);

     AND a hearing with regard to the Motion having been held and concluded on February 11, 2025;

     AND for the reasons stated at the hearing and upon further consideration of the post-hearing

submissions by the parties;

     It is hereby **ordered** that

1) The Motion is **granted** pursuant to the terms of this Order and Exhibit;

2) The following parties are directed to submit to examination and to produce the requested

   documents pursuant to the respective subpoenas served under Fed. R. Bankr. P. 2004:

   Shannon Kroemmelbein, Seguro Medico, LLC, Arthur W. Walsh, Jr., Stephanie Farris

   Miller, C. Malcolm Smith, III, C. Malcolm Smith & Company, P.C., Norman Valz, Esquire,

   Katherine Downing, Esquire, and Mid Penn Bank; and

3) The Debtor is directed to submit to an examination and to produce the requested documents

   as specified in Exhibit A to this Order.

Dated: 2/24/25

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge

**SCHEDULE A**

**DOCUMENTS TO BE PRODUCED**:

1.      Copy of your original birth certificate, including any amendments to the same.

2.      Your Social Security card.

3.      All your active driver's licenses in any jurisdiction.

4.      All of your federal income tax returns, with all schedules, including Form W2s and 1099s, for the past four years.

5.      All invoices you received for any debt within one year before September 3, 2024.

6.      All documents evidencing payments made by you and within one year before September 3, 2024.

7.      All documents evidencing payments made on your behalf, by Shannon Kroemmelbein, and within one year before September 3, 2024.

8.      All documents evidencing payments made on your behalf, by any person other than Shannon Kroemmelbein, and within one year before September 3, 2024.

9.      All documents evidencing transfer of your assets, valued at $1,000.00 or more, within four years before September 3, 2024.

10.     All documents evidencing transfer of assets (1) regardless of the title of those assets, (2) caused by, or requested by, you, (3) valued at $1,000.00 or more, and (4) within four years before September 3, 2024.

11.     All monthly statements for all your accounts at Mid Penn Bank since 2020 to the present.

12.     All monthly statements for all your accounts which Shannon Kroemmelbein caused, or permitted, to be used by you and beginning five years before September 3, 2024 to the present.

13.     All monthly statements for any account (1) within your possession or control, regardless of how the account is titled, and (2) five years before September 3, 2024.

14.     All judicial orders imposing child support obligations on you.

15.     All judicial orders imposing alimony obligations on you.

16.     All judicial orders on equitable distribution of marital property relating to the divorce of Carolyn Redmond.

17.     All powers of attorney and proxy instruments that you signed at any time over the past six years.

18.     All leases that you have signed at any time over the past six years.

19.     All deeds to all real property located anywhere in the world and recorded during the years 2020 through the present, and which are titled in your name or titled in the name of a business entity (or nonprofit entity) in which you have an ownership interest, or membership interest, or managerial authority or control, in whole or in part.

20.     All unrecorded deeds to real property located anywhere in the world and which are titled in your name or titled in your name or titled in the name of a business entity (or nonprofit entity) in which you have an ownership interest, or membership interest, or managerial authority or control, in whole or in part.

21.     All contracts between you and Shannon Kroemmelbein (a/k/a Shannon Redmond).

22.     All contracts between you and any relative, former spouse, or insider of Shannon Kroemmelbein (a/k/a Shannon Redmond).

23.     All contracts between you and any creditor of Shannon Kroemmelbein (a/k/a Shannon Redmond).

24.     All contracts between you and any of your relatives, former spouses, or insiders.

25.     All contracts between you and any current or former joint account holder, including Gaia Gebbia.

26.     All contracts between you and any of the following entities, or between you and any current or former owner, or current or former member, of the following entities:

  a.  ABN Health

  b.  ABN Network, LLC

  c.  Alan Redmond Charitable Foundation

  d.  ARC Realty, LLC

  e.  ARC Realty 1, LLC

  f.  Bene Market, LLC

  g.  Benefits Now, LLC

  h.  The Leads House, LLC

  i.  National Brokers of America, Inc.

  j.  NextGen Leads, LLC

  k.  Phase 1 Technology, LLC

  l.  Q H Quick Health

m.  The Redmond Group, LLC

n.  Redmond Group Investments, LLC

o.  Redmond Holdings, Inc.

p.  Redmond Holdings 2, Inc.

q.  Redmond Holdings, LLC

r.  Redmond Investments, LLC

s.  Redmond Marketing, LLC

t.  Saoirse, LLC

u.  Saoirse, LLP

v.  Saoirse Enterprise, LLC

w.  Saoirse Holdings, Inc.

x.  Seguro Medico, LLC

y.  The Turner House of Reading, LLC

z.  Two High Properties, LLC

aa. U.C. Consolidation, Inc.

bb. U.S. Trifecta Limited Liability Company

27.    All federal income tax returns, with all schedules, filed for all business entities in which you currently or previously had a relationship of any kind, including (but not limited to) the following:

a.  ABN Health

b.  ABN Network, LLC

c.  Alan Redmond Charitable Foundation

d.  ARC Realty, LLC

e.  ARC Realty 1, LLC

f.  Bene Market, LLC

g.  Benefits Now, LLC

h.  The Leads House, LLC

i.  National Brokers of America, Inc.

j.  NextGen Leads, LLC

k.  Phase 1 Technology, LLC

l.  Q H Quick Health

m.  The Redmond Group, LLC

n.  Redmond Group Investments, LLC

o.  Redmond Holdings, Inc.

p.  Redmond Holdings 2, Inc.

q.  Redmond Holdings, LLC

r.  Redmond Investments, LLC

s.  Redmond Marketing, LLC

t.  Saoirse, LLC

u.  Saoirse, LLP

v.  Saoirse Enterprise, LLC

w.  Saoirse Holdings, Inc.

x.  Seguro Medico, LLC

y.  The Turner House of Reading, LLC

z.  Two High Properties, LLC

aa. U.C. Consolidation, Inc.

bb. U.S. Trifecta Limited Liability Company

28.     All contracts between you and each and every one of the following persons:

a.  Teresa Ammon

b.  Heather Briscoe

c.  Lindsey K. Briscoe

d.  Katherine Downing Attorney, including engagement letters

e.  Stephanie Miller

f.  Gaia Gebbia

g.  Seni Sok

h.  Arthur W. Walsh, Jr

i.  Norman M. Valz, including engagement letters

29.     All contracts in your possession, or control, where any of the following persons are a party (even if you are not a party):

a.  Teresa Ammon

b.  Heather Briscoe

c.  Lindsey K. Briscoe

       d.  Katherine Downing

       e.  Stephanie Miller

       f.  Gaia Gebbia

       g.  Seni Sok

       h.  Arthur W. Walsh, Jr.

       i.  Norman M. Valz

30. All contracts between you and NP, Inc. and with any owner, insider, or affiliate of NP, Inc.

31. All applications for a mortgage, with all supporting documentation relating to personal wealth and ownership of assets, that you submitted to NP, Inc. or to any of its managers, servicers, affiliates, or subsidiaries, including Primary Residential Mortgage, Inc. and Timothy Patrick Horn.

32. All contracts between you and each of your creditors.

33. All documents evidencing each and every debt you disclosed on your schedules, including any amendments to the schedules, filed on the docket in the instant case.

34. All documents evidencing the disposition of all money borrowed from Complete Business Solutions Group, Inc. by National Brokers of America, Inc., _after_ such money was deposited upon receipt from Complete Business Solutions Group, Inc.

35. All documents evidencing the disposition of all money borrowed from Complete Business Solutions Group, Inc. by Bene Market, LLC, _after_ such money was deposited upon receipt from Complete Business Solutions Group, Inc.

36. All applications for loans, with all supporting documentation relating to personal wealth and ownership of assets, that you submitted to World Business Lenders, LLC and its affiliates or subsidiaries, including WBL SPO I, LLC and WBL SPO II, LLC.

37. All trust agreements, or trust indentures, in which you are a trustee or a beneficiary.

38. All trust agreements, or trust indentures, in which any of your relatives are a trustee or a beneficiary.

39. All organizational documents, bylaws and operating agreements for any business entity (or nonprofit entity) in which you have an ownership interest, membership interest, managerial authority, or control, or which you filed with a government agency on behalf of another person. .

40. All written contracts in which you were a party in your personal capacity and which you

signed at any time during the past six years, including bank service agreements, accounting services, employment contracts, promissory notes, mortgages, escrow, brokerage, personal guarantees, suretyship agreements, and attorney-client agreements.

41.     Your written budget for personal and household expenses.

42.     All Uniform Commercial Code filings, in any jurisdiction, which list you as a creditor or debtor.

43.     Certificates of title in your name as to any motor vehicle, mobile home, aircraft, or watercraft.

44.     Documents evidencing your title in personal property acquired prior to your marriage to Shannon Kroemmelbein (a/k/a Shannon Redmond) and which is valued in excess of $1,000.00.

**DEFINITIONS**:

"Account," in addition to its ordinary meaning, includes brokerage, business, nonprofit, investment, and personal banking.

The term "documents" is an all-inclusive term referring to any writing and/or recorded or graphic matter, however produced or reproduced. The term "documents" includes, without limitation, correspondence, memoranda, interoffice communications, minutes, reports, notes, schedules, computations, analyses, drawings, diagrams, specifications, tables, graphs, charts, maps, surveys, books of account, ledgers, invoices, receipts, quotations, bids, purchase orders, pleadings, questionnaires, contracts, agreements, bills, checks, drafts, diaries, logs, proposals, printouts, recordings, telegrams, photographs, films, tests, studies, and all other documents, tangible or retrievable of any kind, including all documents stored in a computer or on a computer disk or thumb drive.

"Documents" also includes any preliminary notes and drafts of all the forgoing, in whatever form, for example: printed, typed, long-hand, short-hand, on paper, paper tape, tabulating cards, computer disks or computer stored or other forms. In all cases where originals and/or non-identified copies are available, "document" also means copies thereof.

"Contracts," in addition to its ordinary meaning, includes those that expired.

"Organizational documents" refer to all documents filed for the purpose to create, change proper name, convert, merge, or dissolve a legal entity of any kind, including a corporation, limited liability company, limited partnership, limited liability partnership, etc.

"Insider" has the same meaning as 11 U.S.C. § 101(31).