**Alan C. Redmond Bankruptcy**

| Third Party Payment Schedule | SCH J | Sep 24 | OCT 24 | payee | NOV 24 | payee | DEC 24 | payee | JAN 25 | payee |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | (Sept and Oct / | | | | |
| Telephone/cable | 405 | 205 | - | Third Party/Shannon | 497 | Shannon | 233 | Third party/shanon | 217 | Third party/Shannon |
| Food, housekeeping, supplies | 1,250 | 625 | 625 | Third Party/Shannon | 505 | Third Party/Shannon | 656 | Third Party/Shannon | 642 | Third Party/Shannon |
| Childcard, Education | 7,500 | 3,303 | 3,303 | Third Party/Shannon | 728 | Third Party/Shannon | 728 | Third Party/Shannon | - | Alan paid |
| Personal Care/Medical/Clothing | 700 | 350 | 350 | Third Party/Shannon | 350 | Third Party/Shannon | 350 | Third Party/Shannon | 350 | Third Party/Shannon |
| Transportation (Gas, Maintenance, Bus, Train | 250 | 102 | 102 | Third party/ Shannon | 132 | Third party/ Shannon | 76 | Third party/ Shannon | 152 | Third party/ Shannon |
| Entertainment, Recreation, Books | 500 | - | - | | - | | - | | - | |
| vehicle insurance | 585 | 217 | 217 | Third party/ Shannon | 217 | Third party/ Shannon | 217 | Third party/ Shannon | 217 | Third party/ Shannon |
| Vehicle Insurance - escalade | 585 | 119 | 119 | Third party/ Shannon | 119 | Third party/ Shannon | 119 | Third party/ Shannon | 119 | Third party/ Shannon |
| Self Employment Tax | 2,000 | - | - | NOT PAID | - | NOT PAID | - | NOT PAID | - | NOT PAID |
| Car Payment for Vehicle 1 - ESCALADE | 964 | - | - | NOT PAID | - | NOT PAID | - | NOT PAID | - | NOT PAID |
| Car Payment 4 - mercedes S580 | 1,911 | 1,911 | 1,911 | Third Party/Shannon | - | NOT PAID | - | NOT PAID | - | NOT PAID |
| Child Support | 5,000 | - | - | NOT PAID | - | NOT PAID | - | NOT PAID | - | NOT PAID |
| Homeowner, Renter, Insurance | 165 | 177 | 177 | Third Party/Shannon | 181 | Third Party/Shannon | 181 | Third Party/Shannon | 181 | Third Party/Shannon |
| Home Maintenance, Repair, and Upkeep | 250 | 125 | 125 | Third Party/Shannon | 125 | Third Party/Shannon | 125 | Third Party/Shannon | 125 | Third Party/Shannon |
| | 22,064.89 | 7,134 | 6,929 | | 2,853 | | 2,685 | | 2,003 | |
| **Cumulative Total** | | | 14,063 | | 16,916 | | 19,601 | | 21,604 | |

| Schedule of Unpaid Debts | SCH J | Sep 24 | OCT 24 | payee | NOV 24 | payee | DEC 24 | payee | JAN 25 | payee |
|---|---|---|---|---|---|---|---|---|---|---|
| Self Employment Tax | 2,000 | 2,000 | 2,000 | NOT PAID | - | Not Owed | - | Not Owed | - | Not owed |
| Child Support | 5,000 | 5,000 | 5,000 | NOT PAID | 5,000 | NOT PAID | 5,000 | NOT PAID | 5,000 | NOT PAID |
| Car Payment for Vehicle 1 - ESCALADE | 964 | 964 | 964 | NOT PAID | 964 | NOT PAID | 964 | NOT PAID | 964 | NOT PAID |
| Car Payment 4 - mercedes S580 | 1,911 | - | - | NOT PAID | 1,911 | NOT PAID | 1,911 | NOT PAID | 1,911 | NOT PAID |
| | | 7,964 | 7,964 | | 7,875 | | 7,875 | | 7,875 | |
| **Cumulative Total** | | | 15,928 | | 23,803 | | 31,678 | | 39,553 | |

**US Bankruptcy Court Report**
**Debtor: Alan C. Redmond  Case No. 24-13093**
**Schedule of Cash Receipts and Disbursements**

| Cash Receipts | | | | |
|---|---|---|---|---|
| **Payee** | **Date** | **Memo** | **Category** | **Amount** |
| Shannon Kroemmelbein | 10/21/24 | Cash advance to open DIP account | loan | 60.00 |
| Seguro Medico, LLC | 12/23/24 | Consulting Fee | Income - consulting | 8,000.00 |
| Matthew Murray | 12/23/24 | November Rent Regency Drive | Income - rent | 4,000.00 |

| **Total** | | | | **12,060.00** |
|---|---|---|---|---|

| Cash Disbursements | | | | |
|---|---|---|---|---|
| **Payee** | **Date** | **Memo** | **Category** | **Amount** |
| Deluxe Checks | 11/05/24 | DIP account checks | Office supplies | 29.95 |
| US Court | 12/24/24 | Quarterly Chapter 11 Fee | | 250.00 |
| M&T Bank | 12/30/24 | Overdraft Fee | Bank Fee | 15.00 |
| PP&L | 01/02/25 | 2 High Road | Electric | 1,410.00 |
| Elite Fuel Services | 01/02/25 | 2 High Road | Heating Fuel | 1,600.00 |
| LAM LLC | 01/05/25 | Sophia's Daycare | Child Care | 1,455.00 |
| Alan Redmond | 01/13/25 | Bank check to close out account to transfer to new DIP | Transfer | 7,300.05 |

| **Total** | | | | **12,060.00** |
|---|---|---|---|---|

| **Balance** | | | | **-** |
|---|---|---|---|---|

| Alan Redmond Sole Proprietor Income Statement - December 2024 | | |
|---|---|---|
| | **Current Month** | **Y-T-D** |
| Income/Sales | $            - | $     8,000 |
| Expenses | | |
| Bank Fee | - | 15 |
| Fees and licenses | | 250 |
| Office expense | - | 30 |
| Total Expenses | - | 295 |
| Net Income (Loss) | - | 7,705 |

Brenda Tengan
Wyomissing



# ALAN CHRISTOPHER REDMOND ⓘ

> Account Servicing

---

**EZChoice Checking** 9890950166  › **Date Opened** 10/21/2024  **Date Closed** 01/13/2025    **CLOSED**

| $0.00 | $0.00 | **IND:** ALAN CHRISTOPHER REDMOND | ALAN CHRISTOPHER REDMOND DEBTOR IN POSSESSION CASE # 24-13093 |
|---|---|---|---|
| **Available Balance** | **Total Balance** | **Account Holders** | **Account Title Fields** |

## Account Details

| **Service Charge Waiver** | **ATM Fee Waiver** | **Account Cost Center** | **Branch Name** |
|---|---|---|---|
| Change Waiver | No Active Fee Waiver | 6767 | Wyomissing |
| No Active Waiver | | | |

--- **Rate Details** ---

| **Standard Rate** | **Current Bonus Rate** | **Current Expiry Date** | **Pricing Region** |
|---|---|---|---|
| None | None | None | PHIL |

## Account Transactions      Dash Wire Transfers

🔍 **Search Transactions by Date**          ↻ Reset Dates          🖨 Print Transaction History

### Posted

| Date | Type | Description | Credit | Debit | Balance |
|---|---|---|---|---|---|
| AN 3 | | CLOSEOUT | | -$7,300.05 | $0.00 |
| AN | | LAM LLC DBA THE CONS COLL | | -$1,455.00 | $7,300.05 |
| AN | | ELITE FUEL SERVI ELITE FUEL | | -$1,600.00 | $8,755 |

| AN | PP ELEC BILL | | -$1,410.00 | $10,355.05 |

END. 12-31-24

| DEC 30 2024 | OVERDRAFT FEE -QUARTERLY FEE PAYMENT | | -$15.00 | $11,765.05 |

BALANCE

| DEC 27 2024 | QUARTERLY FEE PAYMENT | | -$250.00 | $11,780.05 |

| DEC 24 2024 | FLOAT ADJUSTMENT DECREASE | | $0.00 | $12,030.05 |

| DEC 24 2024 | FLOAT ADJUSTMENT INCREASE | $0.00 | | $12,030.05 |

| DEC 23 2024 | MOBILE DEPOSIT - XXXXXXXXX2393 | $4,000.00 | | $12,030.05 |

 RENT

| DEC 23 2024 | DEPOSIT | $8,000.00 | | $8,030.05 |

  CONSULTING FEE

| DEC 23 2024 | FLOAT ADJUSTMENT INCREASE | $0.00 | | $30.05 |

Balance at 11-30-24

| NOV 5 2024 | DELUXE CHECK CHECK/ACC. | | -$29.95 | $30.05 |

Accessibility    Member FDIC    Feature Flags    Permissions

Member
FDIC    Equal Housing Lender    Entrust
NMLS#381076

Users of this website agree to be bound by the provisions of the M&T website Terms of Use and Privacy.

Versions

© 2025 M&T Bank. All rights reserved.