## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In Re:**

**Alan Christopher Redmond**

**Debtor**

**Chapter 11**

**Bankruptcy Case No. 24- 13093**

## ORDER GRANTING STIPULATION FOR EXTENSION OF TIME
## TO FILE ADVERSARY PROCEEDING

The Stipulation for Extension of Time to File Adversary Proceeding filed by Creditor American Workers Insurance Services, Inc. ("AWIS") and Debtor Alan Chrisopher Redmond extending the time for AWIS to file an adversary proceeding in this matter to and including **March 21, 2025** is GRANTED.

**IT IS SO ORDERED.**

BY THE COURT

Dated: _____**March 12**_____,2025

*Patricia M. Mayer*

Hon. Patricia M. Mayer
U.S. Bankruptcy Judge