**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Alan Christopher Redmond, | § | Case No.  24-13093-PMM |
| | § | |
| Debtor. | § | |

**NOTICE OF WITHDRAWAL, WITHOUT PREJUDICE, OF MOTION OF THE
UNITED STATES TRUSTEE TO DISMISS DEBTOR'S CASE OR CONVERT
TO CHAPTER 7 FOR FAILURE TO FILE OPERATING REPORTS**

PLEASE TAKE NOTICE that Andrew R. Vara, the United States Trustee for

Region 3, by and through his undersigned counsel, hereby withdraws, without

prejudice, the *Motion of the United States Trustee to Dismiss Debtor's Case or*

*Convert to Chapter 7 for Failure to File Operating Reports* (Docket No. 163).

Dated: March 14, 2025          Respectfully submitted,

ANDREW R. VARA
UNITED STATES TRUSTEE
For Regions 3 and 9

By:  /s/ *John Schanne*
John Schanne, Trial Attorney
Office of The United States Trustee
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
Phone: 202.934.4154
John.Schanne@usdoj.gov

1