United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 24-13093-pmm

Alan Christopher Redmond                                                                   Chapter 11

   Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                          User: admin                                 Page 1 of 3

Date Rcvd: Mar 12, 2025                       Form ID: pdf900                              Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2025:**

**Recip ID              Recipient Name and Address**
cr                    +  American Workers Insurance Services, Inc., c/o FREEMAN MATHIS & GARY, LLP, 1600 Market Street, Suite 1210, Philadelphia, PA
                         19103-7206

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2025                          Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2025 at the address(es) listed
below:**

**Name**                        **Email Address**

ANTHONY ST. JOSEPH

                               on behalf of Plaintiff United States Small Business Administration Anthony.Stjoseph@usdoj.gov
                               Mardella.Suarez@usdoj.gov,CaseView.ECF@usdoj.gov

ANTHONY ST. JOSEPH

                               on behalf of Creditor United States of America on behalf of SBA anthony.stjoseph@usdoj.gov
                               Mardella.Suarez@usdoj.gov,CaseView.ECF@usdoj.gov

Albert Anthony Ciardi, III

                               on behalf of Defendant Alan Christopher Redmond aciardi@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Albert Anthony Ciardi, III

                               on behalf of Debtor Alan Christopher Redmond aciardi@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

BRENDA SUE BISHOP

                               on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue bbishop@attorneygeneral.gov

District/off: 0313-4      User: admin      Page 2 of 3

Date Rcvd: Mar 12, 2025      Form ID: pdf900      Total Noticed: 1

DANIEL MICHAEL PEREIRA
on behalf of Interested Party THE CORPORATION TRUST COMPANY dpereira@stradley.com

DANIEL S. SIEDMAN
on behalf of Debtor Alan Christopher Redmond dsiedman@ciardilaw.com  dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

DAVID P. HEIM
on behalf of Seguro Medico  LLC dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com

DAVID P. HEIM
on behalf of Debtor Alan Christopher Redmond dheim@bochettoandlentz.com  mtrout@bochettoandlentz.com

JESSICA M. GULASH
on behalf of Creditor WBL SPO I  LLC jgulash@lbmlaw.com

JESSICA M. GULASH
on behalf of Creditor World Business Lenders  LLC jgulash@lbmlaw.com

JESSICA M. GULASH
on behalf of Creditor WBL SPO II  LLC jgulash@lbmlaw.com

JOEL A. READY
on behalf of Petitioning Creditor Cornerstone Law Firm  LLC joel@cornerstonelaw.us, valeria@cornerstonelaw.us

JOEL A. READY
on behalf of Plaintiff Jason Scott Jordan joel@cornerstonelaw.us  valeria@cornerstonelaw.us

JOEL A. READY
on behalf of Attorney Joel A. Ready joel@cornerstonelaw.us  valeria@cornerstonelaw.us

JOEL A. READY
on behalf of Petitioning Creditor Ethan Shalter joel@cornerstonelaw.us  valeria@cornerstonelaw.us

JOEL A. READY
on behalf of Petitioning Creditor Jason Scott Jordan joel@cornerstonelaw.us  valeria@cornerstonelaw.us

JOHN HENRY SCHANNE
on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov

JUSTIN BORON
on behalf of Creditor American Workers Insurance Services  Inc. jboron@fmglaw.com,
rmacdonald@fmglaw.com;jwoods@spencerfane.com;jtankersley@spencerfane.com

KEVIN P. CALLAHAN
on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

MATTHEW GREGORY BRUSHWOOD
on behalf of C. Malcolm Smith  III mbrushwood@barley.com,
jrachor@barley.com;cbrelje@barley.com;tshober@barley.com;dkline@barley.com;ageoghegan@barley.com

NICOLE MARIE NIGRELLI
on behalf of Debtor Alan Christopher Redmond nnigrelli@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

NICOLE MARIE NIGRELLI
on behalf of Defendant Alan Christopher Redmond nnigrelli@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

NORMAN M. VALZ
on behalf of 3rd Pty Defendant Bene Market nvalz@msn.com

NORMAN M. VALZ
on behalf of Norman M. Valz nvalz@msn.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com
mortoncraigecf@gmail.com;alapinski@egalawfirm.com

WILLIAM R.A. RUSH
on behalf of C. Malcolm Smith  III wrush@rushlawberks.com

WILLIAM R.A. RUSH
on behalf of Seguro Medico  LLC wrush@rushlawberks.com

WILLIAM R.A. RUSH
on behalf of Arthur W. Walsh  Jr. wrush@rushlawberks.com

WILLIAM R.A. RUSH
on behalf of Stephanie Miller wrush@rushlawberks.com

WILLIAM R.A. RUSH
on behalf of Accountant C. Malcom Smith Co. P.C. wrush@rushlawberks.com

District/off: 0313-4                    User: admin                                    Page 3 of 3
Date Rcvd: Mar 12, 2025                 Form ID: pdf900                              Total Noticed: 1

WILLIAM R.A. RUSH
                    on behalf of Shannon Kroemmelbein wrush@rushlawberks.com


TOTAL: 33

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In Re:** | **Chapter 11** |
| **Alan Christopher Redmond** | |
| **Debtor** | **Bankruptcy Case No. 24- 13093** |

**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME
TO FILE ADVERSARY PROCEEDING**

The Stipulation for Extension of Time to File Adversary Proceeding filed by Creditor American Workers Insurance Services, Inc. ("AWIS") and Debtor Alan Chrisopher Redmond extending the time for AWIS to file an adversary proceeding in this matter to and including **March 21, 2025** is GRANTED.

**IT IS SO ORDERED.**

BY THE COURT

Dated: _____**March 12**_____, 2025

_Patricia M. Mayer_

Hon. Patricia M. Mayer
U.S. Bankruptcy Judge