UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :        Chapter 11
                                          :
ALAN CHRISTOPHER REDMOND,                 :        No. 24-13093-PMM
        Debtor                            :

## WITHDRAWAL OF APPEARANCE

TO THE CLERK, U.S. BANKRUPTCY COURT:

Kindly withdraw my appearance on behalf of C. Malcolm Smith, III and C. Malcolm Smith & Company, P.C.

By: /s/ Matthew G. Brushwood, Esquire
Matthew G. Brushwood, Esquire
Barley Snyder LLP
PA Attorney I.D. No. 310592
2755 Century Boulevard
Wyomissing, PA 19610
(610) 372-3500

12768516.1