**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In Re:** | **Chapter 11** |
| **Alan Christopher Redmond** | |
| **Debtor** | **Bankruptcy Case No. 24- 13093** |

**STIPULATION FOR EXTENSION OF TIME
TO FILE ADVERSARY PROCEEDING**

Creditor American Workers Insurance Services, Inc. ("AWIS") and Debtor Alan Chrisopher Redmond previously filed a Stipulation for Extension of Time to File Adversary Proceeding (Doc 220) to and including February 18, 2025, which was approved by the Court (Doc 228), a Stipulation for Extension of Time to File Adversary Proceeding (Doc 281) to and including February 21, 2025, which was approved by the Court (Doc 285), a Stipulation for Extension of Time to File Adversary Proceeding (Doc 287) to and including March 7, 2025, which was approved by the Court (Doc 295), and a Stipulation for Extension of Time to File Adversary Proceeding (Doc 297) to and including March 21, 2025, which was approved by the Court (Doc 298). It is stipulated by undersigned counsel, subject to the Court's approval, that the time for AWIS to file an adversary proceeding in this matter shall be extended to and including **April 4, 2025**.

Date:    March 20, 2025

| | |
|---|---|
| */s/Nicole M. Nigrelli* | */s/ Justin J. Boron* |
| Nicole M. Nigrelli, Esq. | Justin J. Boron (324797) |
| Ciardi Ciardi & Astin | Freeman Mathis & Gary, LLP |
| 1905 Spruce Street | 1600 Market Street, Suite 1210 |
| Philadelphia, PA 19103 | Philadelphia, PA 19103 |
| *Counsel for Debtor* | *Counsel for AWIS* |