**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In Re:** | **Chapter 11** |
| **Alan Christopher Redmond** | |
| **Debtor** | **Bankruptcy Case No. 24- 13093** |

**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME
TO FILE ADVERSARY PROCEEDING**

The Stipulation for Extension of Time to File Adversary Proceeding filed by Creditor American Workers Insurance Services, Inc. ("AWIS") and Debtor Alan Chrisopher Redmond extending the time for AWIS to file an adversary proceeding in this matter to and including **April 4, 2025** is GRANTED.

**IT IS SO ORDERED.**

BY THE COURT

Dated: __March 21__, 2025

*Patricia M. Mayer*  _____

Hon. Patricia M. Mayer
U.S. Bankruptcy Judge