# Exhibit "B"

EXHIBIT "B"

LIQUIDATION ANALYSIS

I.    ASSETS

| PROPERTY | VALUE LISTED IN SCHEDULE A/B | LIQUIDATION VALUE (IF DIFFERENT) | SECURED CLAIM | NET AVAILABLE FOR UNSECURED CREDITORS |
|---|---|---|---|---|
| 2017 Cadillac Escalade | $22,500.00 | | $0 | $22,500.00 |
| 2021 Mercedes Benz S580 | $60,507.00 | | $30,000.00 | $30,507.00 |
| Household goods and furniture at Regency Drive, clothing, jewelry | $42,750.00 | | | $42,750.00 |
| 2005 Regency Drive, Reading PA | $1,000,000.00 | | $548,750.76(filed claim)[1] | $451,249.24 |
| **Interest in ARC Realty, LLC aka ARC Realty 1 Limited Liability Company | $50,000.00 | | | $50,000.00[2] |
| TOTAL | $1,175,757.00 | | | $597,006.24 |

[1] WBL filed a proof of claim in the amount of $548,750.76; the Debtor believes the secured claim is $336,181.41. However, because there is a dispute as to the amount of the secured claim, the Debtor has used the higher number.

[2] As listed in the Schedules, the Debtor has attributed $50,000 to his value in ARC Realty, LLC aka ARC Realty 1 Limited Liability Company.  However, as set forth below, upon liquidation, we believe that value is $0.

## II.   LIABILITIES

### Priority and Secured Claim of Government

Department of Treasury, Internal Revenue Service (the "IRS") - The IRS has filed an amended claim for $1,165, 067.82.  While the Debtor believes this amount has been fully paid and not valid, the Debtor lists this so as to inform all creditors.

Pennsylvania Department of Revenue(the "PADOR")- The PaDOR has filed an amended claim for $808,407.25.  This amount includes both secured and priority amounts.

After payment of the PADOR (the Debtor believes the IRS claim has been fully paid), there is no money remaining for unsecured creditors.

** Arc Realty LLC aka ARC Realty 1 Limited Liability Company owns 2 properties with the following value:

| PROPERTY ADDRESS | FAIR MARKET VALUE | SECURED DEBT | EQUITY | DEBTOR OWNERSHIP INTEREST |
|---|---|---|---|---|
| 1198 Reading Blvd, Wyomissing, PA | $1,500,000.00 (purchase price 2020) | $1,367,605.27 (as of 8/10/23) (World Business Lenders) | $0.00 (after interest, fees and costs are added to secured debt) | 50% OF $0= $0 |
| 8 Morgan Drive, Reading, PA | $1,075,000.00 (purchase price 2022) | $1,035,000 (as of January 2025) (NuBridge Capital) | $0.00 (after interest, fees and costs are added to secured debt) | 50% OF $0= $0 |

The Debtor has not reduced the amounts in the Liquidation Analysis by the hypothetical chapter 7 trustee commissions or counsel fees, brokerage or liquidation costs or costs to carry. Therefore, the amount on the liquidation analysis is approximately 10% higher than what may be achieved in a chapter7 liquidation.

Regardless, under a Chapter 7 liquidation, the Debtor has gross assets of $597,000 less a sale discount of 10% and using another 10% for the costs of a Chapter 7 Trustee and professionals, the net available to unsecured creditors is $477,000. The Priority claim of the Commonwealth of PA alone exceeds the amount available to unsecured creditors which assumes that the IRS claim is 0. If the IRS claim is not satisfied, the Debtor would need to have net value in excess of $2,000,000 for unsecured creditors to receive a one dollar distribution.

Unsecured creditors are receiving a distribution of 2,900,000 under the Plan in under 12 months. Creditors should compare that distribution to a Chapter 7 distribution of 0 and the proposed litigation path suggested by counsel to the Petitioning Creditors.