# Exhibit "C"

**EXHIBIT "C"**

| NAME OF ENTITY | OPERATING OR NOT | OWNERSHIP INTEREST | VALUE |
|---|---|---|---|
| Arc Realty LLC aka ARC Realty 1 Limited Liability Company | Operating | 50% | $50,000.00 |
| Bene Market, LLC | Not Operating | 96% | $0 |
| National Brokers of America, Inc. | Not Operating | 50% | $0 |
| The Redmond Group, LLC | Not Operating/Defunct | | $0 |
| The Leads House | Not Operating/ Defunct | | $0 |
| Redmond Marketing, LLC | Not Operating/Defunct | | $0 |
| UC Consolidations, Inc. | Not Operating/Defunct | 100% | $0 |
| Next Gen Leads, LLC | Not Operating/Defunct | 100% | $0 |
| US Trifecta, LLC | Not Operating/Defunct | 50% | $0 |
| Turner House, LLC | Not Operating/Defunct | 100% | $0 |