**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| *In re:* | : | **Chapter 11** |
| | : | |
| **Alan Christopher Redmond** | : | |
| | : | |
| Debtor. | : | **Case No. 24-13093(PMM)** |
| | : | |

## EXPEDITED ORDER

**AND NOW,** this _____ day of _____, 2025, upon consideration of the

Motion of the Debtor to Quash Subpoena and Request for Expedited Hearing, and after notice, it

is hereby **ORDERED,** as follows:

1. The request for an expedited hearing is **GRANTED**.

2. A hearing to consider this Motion shall be and hereby is scheduled on

_____ __, 2025, at __:__ _.m., in the United States Bankruptcy Court,

_____

3. Written objections or other responsive pleadings to the Motion (while not

required) may be filed up to the time of the hearing and all will be considered at the hearing.

4. The Debtor shall serve the Motion and this Order on (i) the Office of the

United States Trustee for the Eastern District of Pennsylvania; and (ii) Counsel for Jason Scott

Jordan; via electronic mail or facsimile no later than _____ on _____.

5. Prior to the hearing, the Movant shall file a Certificate setting forth

compliance with the service requirements of Paragraph 4 above as applicable.

BY THE COURT:

_____
Honorable Patricia M. Mayer
United States Bankruptcy Judge