# EXHIBIT A

B2550 (Form 2550 – Subpoena to Appear and Testify at a Hearing or Trial in a Bankruptcy Case or Adversary Proceeding) (12/15)

# UNITED STATES BANKRUPTCY COURT

__Eastern__ District of __Pennsylvania__

In re __Alan Christopher Redmond__
Debtor

*(Complete if issued in an adversary proceeding)*

Case No. __24-13093-PMM__

Chapter __11__

Plaintiff
v.

Adv. Proc. No. _____

Defendant

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

To:    Alan Christopher Redmond
*(Name of person to whom the subpoena is directed)*

☒ **YOU ARE COMMANDED** to appear in the United States Bankruptcy Court at the time, date, and place set forth below to testify at a hearing or trial in this bankruptcy case (or adversary proceeding). When you arrive, you must remain at the court until the judge or a court official allows you to leave.

| PLACE | COURTROOM 4 |
|---|---|
| 201 Penn Street, Suite 103, Reading PA 19601 | DATE AND TIME<br>April 1, 2025, at 11:00AM |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*: All agreements and signature cards for any account where you are a signatory, even if the account is titled in the name of another person.

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: __3/26/2025__

CLERK OF COURT

OR

_____
*Signature of Clerk or Deputy Clerk*

/s/ Joel A. Ready, Esq.
_____
*Attorney's signature*

The name, address, email address, and telephone number of the attorney representing Jason Scott Jordan, Cornerstone Law Firm, LLC, and Ethan Shalter who issues or requests this subpoena, is: Joel A. Ready, Esquire
8500 Allentown Pike, STE 3
Blandon, PA 19510
joel@cornerstonelaw.us
610-926-7875

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).