**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Chapter 11** |
| **Alan Christopher Redmond** | : | |
| | : | |
| Debtor. | : | **Case No. 24-13093(PMM)** |

**CERTIFICATION OF SERVICE**

I, Albert A. Ciardi, III, certify that on March 27, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the Mailing List Exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated, and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

1. *Motion of the Debtor to Quash Subpoena and Request for Expedited Hearing; and*

2. *Expedited Order.*

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  March 27, 2025                    By:    */s/ Albert A. Ciardi, III*
                                                          Albert A. Ciardi, III

## Mailing List Exhibit

| Name and Address | Relationship of Party | Mode of Service |
|---|---|---|
| Joel A. Ready, Esquire<br>Cornerstone Law Firm<br>8500 Allentown Pike<br>Suite 3<br>Blandon, PA  19510 | Counsel to Jason Scott Jordan | Via CM/ECF and Electronic Mail |
| Office of the U.S. Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street<br>Suite 320<br>Philadelphia, PA  19107 | Office of the United States Trustee | Via CM/ECF and Electronic Mail |