**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF
PENNSYLVANIA**

| | | |
|---|---|---|
| **In re Alan Christopher Redmond,** | : | **Chapter 11** |
| | : | |
| **Debtor.** | : | **Bky.  No. 24-13093 (PMM)** |

# Order Setting Expedited Hearing

       **AND NOW**, upon consideration of the Debtor's Motion to Quash Subpoena (doc. # 314, the "Motion") and the request for expedited consideration of the Motion;

    It is hereby **ORDERED** that:

1.      The request for an expedited hearing is **granted**.

2.      A hearing to consider the Motion will be held on **Monday, March 31, 2025, at 1:00 p.m. by Zoom Teleconference**:

https://www.zoomgov.com/j/1609935555?pwd=aaYMaP3EhQM1sWjUiR8bMKxaiCcNm8.1
Meeting ID: 160 993 5555
Passcode: 500421

3.    Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4.    The Movant shall serve the Motion and this Order on the case and U.S. Trustee, the individual Respondent, all secured creditors, and all priority creditors by e-mail transmission no later than **5:00 p.m. on Friday, March 28, 2025.**   Service under this Paragraph is effective if made to each party identified above through the court's CM/ECF system.

5.    The Movant shall serve this Order and a Notice in conformity with Local Bankruptcy Form 9014-3 on all other parties in interest, including creditors, by regular mail no later than **5:00 p.m. on Friday, March 28, 2025**.   The Movant shall file a Certification of Service as required by Local Rule 9014-4.

**Date:  3/28/25**

                                      **PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE**