**L.B.F. 9014-4**

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 13** |
| | : | |
| **ALAN CHRISTOPHER REDMOND** | : | |
| | : | **Bky. No. 24-13093-PMM** |
| | : | |
| **Debtor.** | : | |

**\* \* \* \* \* \* \* \* \* \* \* \* \* \* \***

**CERTIFICATION OF SERVICE**

I, Valeria Amato, Paralegal hereby certify that I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Jason Scott Jordan, Cornerstone Law Firm, LLC, and Ethan Shalter's Opposition to Debtor's First Amended Disclosure Statement, together with Exhibits and a Motion Appendix

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

DATE: <u>March 31, 2025</u>                  By: _____
                                                            Valeria Amato
                                                            *Paralegal*

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Nicole Marie Nigrelli, Esq.
Counsel for Debtor
Via:       CM/ECF       1st Class Mail       Certified Mail       **e-mail: Nnigrelli@ciardilaw.com**

Albert Anthony Ciardi III, Esq.
Counsel for Debtor
Via:       CM/ECF       1st Class Mail       Certified Mail       **e-mail:aciardi@ciardilaw.com**

Daniel Siedman, Esq.
Counsel for Debtor
Via:       CM/ECF       1st Class Mail       Certified Mail       **e-mail:dsiedman@ciardilaw.com**

John Schanne, Esq.
On behalf of U.S. Trustee
Via:       CM/ECF       1st Class Mail       Certified Mail       **e-mail:John.schanne@usdoj.gov**