

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

*In re:*

**ALAN CHRISTOPHER REDMOND,**

**Chapter 11**

**Debtor.**

**Case No. 24-13093 (PMM)**

## PROPOSED ORDER

AND NOW, this _____ day of _____, 2025, upon consideration of Third Party

Shannon Kroemmelbein's Motion to Quash or Modify Jason Scott Jordan's Subpoena Dated

January 7, 2025, it is hereby ORDERED that said Motion is hereby Quashed.

Alternatively, it is hereby ORDERED that such subpoena be modified so that all such

requests contained in said subpoena are limited to the four-year period ending on September 3,

2024.

Further, requests for information and documents shall be limited to those that are not

privileged and shall not include information exclusive to Shannon Kroemmelbein and

unconnected to Debtor.

SO ORDERED.

BY THE COURT,

By: _____

_____, J.

1