**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **Alan Christopher Redmond,** | : | |
| **Debtor.** | : | **Case No. 24-13093 (PMM)** |

## **ORDER**

**AND NOW**, upon consideration of the Debtor's Expedited Motion to Quash Subpoena

(doc. #314, the "Motion);

AND an expedited hearing with regard to the Motion having been held and concluded on

March 31, 2025;

AND for the reasons stated at hearing, it is hereby **ordered** that the Motion is **granted**.

Dated: 3/31/25

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge