# EXHIBIT D

3/3/2025

To Whom It May Concern,

This letter is to confirm the details of the accounts held by Shannon Kroemmelbein at ██████ █████████████████ank.

Account Numbers: 2335, 4060, 4017

Overall Current Balance: $ 821,022



2 HIGH RD
WYOMISSING PA 19610-2500

01/01/25 through 01/31/25

## Account Summary

Checking, Savings, and Certificates

| Description | | Beginning Balance | Ending Balance |
|---|---|---|---|
| S 0001 Savings | $ | 5.00 $ | 5.00 |
| S 0004 Checking | | 480,059.13 | 528,449.46 |
| Total Checking and Savings | $ | 480,064.13 $ | 528,454.46 |