**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| **Alan Christopher Redmond,** | : | |
| Debtor. | : | **Case No. 24-13093 (PMM)** |

## ORDER

**AND NOW**, upon consideration of the Shannon Kroemmelbein's Motion to Quash Subpoena (doc. #321, the "Motion);

AND the Court, after notice and hearing, having previously determined that the movant, Shannon Kroemmelbein, is "directed to submit to examination and to produce the requested documents pursuant to the . . . subpoena[]." Doc. #289.

AND the Motion failing to articulate reason for reconsideration of the previous Order;

It is therefore hereby **ordered** that the Motion is **denied**.

Dated: 4/2/25

_Patricia M. Mayer_

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge