UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:

Alan Christopher Redmond                              Case No. 4:24-bk-13093-pmm

     Debtor.                                          Chapter 11

_____/

## MOTION FOR ADMISSION *PRO HAC VICE*

Angelina E. Lim ("**Movant**") hereby moves this Court for admission *pro hac vice* before

the United States Bankruptcy Court for the Eastern District of Pennsylvania in the above-styled

action.  In support of this motion, Movant states as follows:

1.     **Party/Parties for whom you are requesting to appear**: Producer Advance LLC

("Creditor").

2.     **State**:

    a.     **Full name**:  Angelina Engeng Lim

    b.     **Present business address**:  400 North Ashley Drive, Suite 3100, Tampa, Florida 33602.

    c.     **Office telephone number and email**:  813-225-2500; AngelinaL@jpfirm.com.

    d.     **Name of your firm, company or agency**:  Johnson Pope Bokor Ruppel & Burns, LLP

3.     **State the law school(s) you have attended, specifying the dates and degree(s)**

**you have received**: Rutgers University Law School, J.D., 1993, High Honors, Order of the Coif

4.     **Are you a member of good standing of the Bar of the Supreme Court of**

**Pennsylvania?** No

    a.     **If so, state the month and year you were admitted:**

b. **Are you a member in good standing of the bar of any other state's highest court?** Yes

c. **If so, name the state(s) and the month and year you were admitted:**

Florida (1998)

New York (1993); and

New Jersey (1993)

5. **Name the federal courts, if any, to which you are presently admitted to practice, and are in good standing:**

U.S. District Court, Middle District of Florida – 2005

U.S. District Court, Southern District of Florida – 2013

U.S. District Court, Northern District of Florida -- 2024

U.S. District Court, Southern Districts – of New York – 1993

U.S. District Court, Eastern Districts – of New York – 1993

US District of New Jersey

6. **Are you regularly engaged in the practice of law in the State of Pennsylvania?** No.

7. **Have you ever sought admission to practice before any federal or state appellate or trial court and been refused admission, either on a temporary or permanent basis?** No

a. **If so, describe fully the circumstances:**

8. **Do you presently have pending against you any disciplinary charges by any court or bar association?** No

a. **If so, describe fully the circumstances:**

2

9. **Have you ever been cited for contempt by a federal or state court:**  No

   a. **If so, describe fully the circumstances:**

10. **Have you ever been disbarred or suspended from practice or in any other way disciplined in any federal or state appellate or trail court?**  No

    a. **If so, describe fully the circumstances:**

11. **Do you understand the Code of Professional Responsibility of the State of Pennsylvania State Bar, as amended to date, and do you agree to abide by it in this Court.** Yes and I agree.

12. **Do you agree to read and abide by the Local Rules of the United States District court and the United States Bankruptcy Court for the Eastern District of Pennsylvania, the Standing Orders of these Courts, and the Administrative Procedures for Electronic Filing, and to become familiar with all of them prior to making any filings or appearance before these Courts?  (The Standing Orders of this Court and Administrative Procedure for Electronic Filing are available for your review in the Clerk's Office or on the web at: www.paeb.uscourts.gov and www.paeb.uscourts.gov).** Yes.

13. **I declare under penalty of perjury that the foregoing is true and correct.**

   _____
   Angelina E. Lim

**Oath of Admission:**

I do solemnly swear (or affirm) that I will demean myself as an attorney, according to the best of my learning and ability, and with all good fidelity, as well to the court as to the client; that I will use no falsehood or delay any person's cause for lucre or malice, and that I will

support the Constitution of the State of Pennsylvania and of the United States, so long as I

continue a citizen thereof, so help me God.

_____

Angelina E. Lim

SPONSORS STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Angelina E. Lim to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquire believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good.  I certify that this application form was on this date mailed, with postage prepared to all interested counsel.

Craig A. Taraszki _____ 9/14/2005 _____ 95034 _____
(Sponsor's Name)   (Sponsor's Signature)   (Admission Date)   (Attorney ID No. )

Respectfully submitted on January 8, 2025.

_____

Craig A. Taraszki
Florida Bar No. 107765
Johnson Pope Bokor Ruppel & Burns, LLP
360 Central Avenue, Suite 500
St. Petersburg, FL 33701
Telephone:  727-999-9900
CraigT@jpfirm.com
*Local Counsel*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing *Motion to Appear Pro Hac Vice* was furnished on this 3rd day of April , 2025, by the Court's CM/ECF system to all parties receiving electronic notice.

_____

Craig A. Taraszki

10326939.1

4