

# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

**Joshua E. Doyle**
**Executive Director**

**850/561-5600**
**www.FLORIDABAR.org**

State of Florida        )

County of Leon        )          In Re:  0158313
Angelina Engeng Lim
Johnson, Pope, Bokor, Ruppel & Burns, LL
400 N Ashley Dr Ste 3100
Tampa, FL 33602-4337

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **November 24, 1998**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this  8th  day of **January, 2025**.

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-324224

