**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **Alan Christopher Redmond,** | : | |
| **Debtor.** | : | **Case No. 24-13093 (PMM)** |

### ORDER

AND NOW, upon consideration of the Motion to Appear pro hac vice on behalf of

Angelina Engeng Lim Filed by Producer Advance, LLC (doc. #331, the "Motion");

It is hereby **ordered** that the Motion is **granted**.

Dated: 4/10/25

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge