**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Chapter 11 |
| Alan Christopher Redmond | ) | |
| | ) | Bankruptcy Case No. 24-13093 |
| Debtor | ) | |

**WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF COURT:

Kindly withdraw my appearance as counsel of record for Seguro Medico, LLC and Alan

Christopher Redmond in this action.

Respectfully submitted,

Dated:  April 11, 2025          By:     */s/ David P. Heim*
David P. Heim, Esquire
**BOCHETTO & LENTZ, P.C.**
1524 Locust Street
Philadelphia, PA 19102
(215) 735-3900
dheim@bochettoandlentz.com

## **CERTIFICATE OF SERVICE**

I, *David P. Heim, Esquire*, hereby certify that a true and correct copy of the forgoing was filed electronically through this Court's ECF System and is available for viewing and downloading from this Court's ECF System. I further certify that an electronic copy of the foregoing was served upon all parties of record through this Court's ECF System.

Respectfully submitted,

Dated: April 11, 2025

By: */s/ David P. Heim*
David P. Heim, Esquire
**BOCHETTO & LENTZ, P.C.**
1524 Locust Street
Philadelphia, PA 19102
(215) 735-3900
dheim@bochettoandlentz.com