NICOLE M. NIGRELLI, ESQUIRE
NNigrelli@ciardilaw.com

# CIARDI CIARDI & ASTIN

1905 Spruce Street
Philadelphia, PA 19103
Phone: 215-557-3550 x 115
Fax: 215-557-3551

April 11, 2025

***Via Electronic Case Filing***
Honorable Patricia M. Mayer
United States Bankruptcy Court
   For the Eastern District of Pennsylvania
The Gateway Building
201 Penn Street, 4th Floor
Reading, PA 19601

     ***Re:***    ***In re Alan Christopher Redmond, Case No. 24-13093 (PMM)***

Dear Judge Mayer,

     As you are aware, Ciardi, Ciardi & Astin represents Alan Christopher Redmond (the "Debtor") in the above-referenced bankruptcy proceeding. I am writing with respect to the *Second Amended Disclosure Statement (the "Disclosure Statement") and Second Amended Plan of Reorganization (the "Plan")* that was due to be filed today, April 11, 2025. As Your Honor is aware, the first tranche of money due under the Plan was to be placed in escrow with an attorney. After confirmation from the Office of the United States Trustee that it will not allow counsel for the Debtor to hold the money, Ms. Krommelbein is in the process of obtaining new counsel who we believe the Court, and other parties, will find acceptable. As a result, the Debtor will need additional time to confirm that 1) Ms. Krommelbein has retained new counsel; 2) that new counsel has received the funds per the Plan; and 3) update the Disclosure Statement with the appropriate documentation. Due to the above and the upcoming holidays, counsel for the Debtor respectfully requests that the Court push all dates back three (3) weeks with a new confirmation date being held the third week in June (week of June 16th).

| **PHILADELPHIA** | **WILMINGTON** | **NEW JERSEY** |
|---|---|---|
| 1905 Spruce Street | 1204 North King Street | 52 Haddonfield-Berlin Road |
| Philadelphia, PA 19103 | Wilmington, DE 19801 | Suite 1000 |
| Phone: (215) 557-3550 | Phone: (302) 658-1100 | Cherry Hill, NJ 08034 |
| Fax: (215) 557-3551 | Fax: (302) 658-1300 | Phone: (856) 368-2001 |
| | | Fax: (856) 368-2002 |

Respectfully submitted,

*/s/ Nicole M. Nigrelli*
Nicole M. Nigrelli, Esquire

NMN/dt

cc:   Albert A. Ciardi, III, Esquire (via email aciardi@ciardilaw.com)
      Samantha Lieb, Esquire (via email samantha.lieb2@usdoj.gov)
      Rachel Wolf, Esquire (via email Rachel.wolf@usdoj.gov)
      Frederic Baker, Esquire (via email frederic.j.baker@usdoj.gov
      John Schanne, Esquire (via email John.Schanne@usdoj.gov)
      Joel Ready, Esquire (via email joel@cornerstonelaw.us)
      *ECF* service list