**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ALAN CHRISTOPHER REDMOND | Bankruptcy No. 24-13093-PMM |
| | Involuntary Chapter 11 |

**ORDER**

AND NOW, this _____ day of the month of _____, 2025, upon consideration of the Expedited Motion to Compel Compliance with Rule 2004 Orders and for Other Relief by the Moving Creditors, Jason Scott Jordan, Cornerstone Law Firm, LLC, and Ethan Shalter, and as to the respondents, the Debtor, Shannon Kroemmelbein, Seguro Medico, LLC, Arthur W. Walsh, Jr., Stephanie Farris Miller, C. Malcolm Smith & Company, P.C., C. Malcolm Smith, III, Norman Valz, Esquire, and Katherine Downing, Esquire, it is ORDERED and DECREED that such Motion is GRANTED as follows:

(1)     Within 14 days of this Order, the Debtor must produce all responsive material within the subpoena approved at ECF No. 289, and make a good faith participation in an examination once noticed by the Moving Creditors, or else he will be further sanctioned under 11 U.S.C. §§ 727(a)(6), 1141(d)(3) and that the Court may further stay any plan confirmation hearing. The Debtor must produce his 2019 and 2020 federal income tax returns with all schedules and IRS Forms, including W2s and 1099s. All federal income tax returns produced, with their schedules, must disclose all persons and entities from which income was derived. The Debtor is directed that documents belonging to any entity he owns or has control is deemed to be within his possession or control and that any account on which he is a signatory is deemed to be within his possession or control. The Debtor is further ordered to refrain from any conduct which has the effect of

limiting, hindering, or preventing any person from giving testimony or evidence in this case or in any related adversary proceeding.

(3)     Within 14 days, the non-party respondents must produce all documents within the subpoenas that were served on them respectively at ECF No. 210-3 or else any of them, to the extent of their own non-compliance, will be held in contempt and sanctioned accordingly.

(4)     In compliance with this Order, all documents produced by the Debtor and non-party respondents may not have any whiteout or redactions or any other means of concealing, tampering with, erasing, or preventing the disclosure of information.

(5)     The non-party respondents are ordered to make a good faith participation in a Rule 2004 examination once noticed by the Moving Creditors or else they will be held in contempt and sanctioned accordingly.

(6)     No attorney, other than counsel for the Moving Creditors, may be physically present during the Rule 2004 examinations of Shannon Kroemmelbein, Seguro Medico, LLC, Arthur W. Walsh, Jr., Stephanie Farris Miller, C. Malcolm Smith & Company, P.C., C. Malcolm Smith, III, Norman Valz, Esquire, and Katherine Downing, Esquire. Moving Creditors must advance the costs of transcribing all such examinations and furnish copies of the transcripts of such to counsel for the Debtor and for any of the examinees or any interested creditor who requests a copy in writing from counsel for Moving Creditors.

IT IS SO ORDERED.

BY THE COURT

By: _____
Hon. Patricia M. Mayer, *J.*