# Exhibit 1

# Exhibit 1

# RUSH LAW GROUP LLC

**William R.A. Rush**
PA-NY-NJ-DC

**38 N. 6ᵗʰ Street**
**Reading, PA 19601**

www.rushlawberks.com
wrush@rushlawberks.com
P. 610-413-5337 | F. 610-927-6219

**March 6, 2025**

**CORNERSTONE LAW FIRM**
**Attn: Joel Ready, Esq.**
**8500 Allentown Pike**
**Suite 3**
**Blandon, PA 19510**

*Copy via email to joel@cornerstonelaw.us*

Re:     **2004 Examination Requests and Related Subpoenas Issued To:**
             **Shannon Kroemmelbein**
             **C. Malcolm Smith**
             **Seguro Medico, LLC**
             **Arthur Walsh, Jr.**
             **Stephanie Miller**

Dear Joel,

I am writing in regard to your updated 2004 examination requests, which I will note appear to be identical to the ones issued in early January, 2025. As you are aware, the Court in this matter specifically stated that the requests and information sought would be limited to a four-year period ending September 3, 2024. In light of the hearing before the Court on February 11, 2025, I would propose the following changes to the requests.

**Shannon Kroemmelbein**

First, for everything requested there must be a four-year lookback only from September 3, 2024. Your requests should reflect that and therefore date back no earlier than September 4, 2020.

Secondly, the following documents, have no probative value and are an invasion of privacy and exceed any scope of useful investigative or probative value: documents 1, 2, 4, and 5 are of no probative value. Further, they exceed the four-year lookback.

Documents 6 and 7 have the same issue.

Documents 8, 9, 10, 11 and 12 are all seeking proof of employment. Those should be narrowed in scope to include either the information contained on Ms. Kroemmelbein's tax

# RUSH LAW GROUP<sub>LLC</sub>

**William R.A. Rush**
PA-NY-NJ-DC

**38 N. 6th Street**
**Reading, PA 19601**

www.rushlawberks.com
wrush@rushlawberks.com
P. 610-413-5337 | F. 610-927-6219

returns or W2/1099 filings which would be sufficient to prove here employment. Further, the requests as written exceed the four-year lookback.

Document 13 is vaguely worded and I cannot determine what specifically it would refer to. The same issue exists for number 14. It is confusing and I do not know how my client can respond to this vaguely-worded item, and the same is true for numbers 15 and 16.

Document 17 is vague. I do not understand specifically what you mean by "your assets", nor do I know what is meant by "value" in establishing the $1,000 threshold. Further, the requests extend too far back and should be narrowed to September 4, 2020 through September 3, 2024. Documents 18 and 19 suffer from the same flaw. Further, the requests as written exceed the four-year lookback. Additionally, the request of 19 presumably refers to Ms. Kroemmelbein's individual accounts as this subpoena is directed to her, though this is unclear. Again, the requests as written exceed the four-year lookback.

Document 20 is vaguely worded and the requests as written exceed the four-year lookback.

For Document 21, you do not refer to what type of account that you're seeking information regarding and the requests as written exceed the four-year lookback.

The Document 22 requests as written exceed the four-year lookback.

The Document 23 requests as written exceed the four-year lookback.

The Document 24 requests as written exceed the four-year lookback.

The Document 25 request is unclear as to "unrecorded" and overly vague.

No objection to Document 26.

The Document 27 request is overly vague. The term "insider" is undefined, unaffiliated and therefore unclear.

No objection to Document 28 provided the scope is limited to the four-year lookback.

No objection to Document 29

No objection to Document 30 provided the scope is limited to the four-year lookback.

# RUSH LAW GROUP LLC

**William R.A. Rush**
PA-NY-NJ-DC

**38 N. 6th Street**
**Reading, PA 19601**

www.rushlawberks.com
wrush@rushlawberks.com
P. 610-413-5337 | F. 610-927-6219

No objection to Document 31 provided the scope is limited to the four-year lookback.

No objection to Document 32 provided the scope is limited to the four-year lookback.

No objection to Document 33 provided the scope is limited to the four-year lookback.

No objection to Document 34 provided the scope is limited to the four-year lookback.

No objection to Document 35 provided the scope is limited to the four-year lookback.

No objection to Document 36 provided the scope is limited to the four-year lookback.

No objection to Document 37 provided the scope is limited to the four-year lookback.

No objection to Document 38 provided the scope is limited to the four-year lookback.

No objection to Document 39.

No objection to Document 40.

No objection to Document 41 provided the scope is limited to the four-year lookback.

No objection to Document 42 provided the scope is limited to the four-year lookback.

No objection to Document 43.

No objection to Document 44 provided the scope is limited to the four-year lookback.

No objection to Document 45 provided the scope is limited to the four-year lookback.

Document 46 is vague as to how "value" is defined and goes beyond the four-year lookback.

No objection to Document 47 provided the scope is limited to the four-year lookback.

# RUSH LAW GROUP<sub>LLC</sub>

**William R.A. Rush**
PA-NY-NJ-DC

**38 N. 6th Street**
**Reading, PA 19601**

www.rushlawberks.com
wrush@rushlawberks.com
P. 610-413-5337 | F. 610-927-6219

**Seguro Medico, LLC**

In regard to the subpoena to produce documents issued to Segura Medical LLC, they appear largely the same as those issued in early January of 2025.

No objection to Document 1.

No objection to Document 2 provided the scope is limited to the four-year lookback.

No objection to Document 3 provided the scope is limited to the four-year lookback.

No objection to Document 4 provided the scope is limited to the four-year lookback.

No objection to Documents 5 and Document 6.

No objection to Document 7 provided the scope is limited to the four-year lookback.

No objection to Document 8 provided the scope is limited to the four-year lookback.

No objection to Document 9 provided the scope is limited to the four-year lookback.

No objection to Document 10 provided the scope is limited to the four-year lookback.

No objection to Document 11 provided the scope is limited to the four-year lookback.

No objection to Document 12 provided the scope is limited to the four-year lookback.

No objection to Document 13 provided the scope is limited to the four-year lookback.

No objection to Document 14 provided the scope is limited to the four-year lookback.

No objection to Document 15 provided the scope is limited to the four-year lookback.

Document 16 is overly vague and broad and must be limited to the four-year lookback.

Document 17 refers to an agency license, presumably, and not the licenses of individuals employed, however temporarily by Seguro Medico, LLC. Presuming that the wording of your question relates to whether or not Suguro Medico has licenses to engage in the business of

# RUSH LAW GROUPLLC

**William R.A. Rush**
PA-NY-NJ-DC

**38 N. 6th Street**
**Reading, PA 19601**

www.rushlawberks.com
wrush@rushlawberks.com
P. 610-413-5337 | F. 610-927-6219

insurance, which in and of itself is problematic in its wording, such must be limited to the four-year lookback.

No objection to Document 18.

No objection to Document 19.

No objection to Document 20.

No objection to Document 21.

No objection to Document 22.

No objection to Document 23.

No objection to Document 24. However, if deposition transcriptions have not been ordered by Seguro Medico, LLC, we will put you in contact with the appropriate individuals through which you can purchase such written transcript(s).

**Arthur Walsh, Jr.**

In regard to the subpoenas sent to Arthur Walsh, Jr., which largely appear to be identical to the overly broad subpoenas sent to Mr. Walsh in early January, these exceed the scope set forth by the Court in this matter.

No objection to Document 1 provided the scope is limited to the four-year lookback.

No objection to Document 2 provided the scope is limited to the four-year lookback.

Document 3 must be limited to the four-year lookback. Further items b, c, and o are overly vague and not clearly defined so as to make production extraordinarily difficult. Additionally, p must be limited to the last four years.

No objection to Document 4 provided the scope is limited to the four-year lookback.

No objection to Document 5 provided the scope is limited to the four-year lookback.

No objection to Document 6 provided the scope is limited to the four-year lookback.

# RUSH LAW GROUP<sub>LLC</sub>

**William R.A. Rush**
PA-NY-NJ-DC

**38 N. 6th Street**
**Reading, PA 19601**

www.rushlawberks.com
wrush@rushlawberks.com
P. 610-413-5337 | F. 610-927-6219

No objection to Document 7 provided the scope is limited to the four-year lookback.

No objection to Document 8 provided the scope is limited to the four-year lookback.

No objection to Document 9 provided the scope is limited to the four-year lookback.

No objection to Document 10 provided the scope is limited to the four-year lookback.

No objection to Document 11 provided the scope is limited to the four-year lookback.

No objection to Document 12 provided the scope is limited to the four-year lookback.

No objection to Document 13 provided the scope is limited to the four-year lookback.

No objection to Document 14 provided the scope is limited to the four-year lookback.

As to Document 15, any such transcripts not in the possession of Mr. Walsh would have to be paid for by Mr. Walsh to obtain. Obviously, this would amount to an expense he otherwise has no obligation to incur. If you would wish to purchase these, I will happily put you in contact with the individuals necessary to pay for such transcriptions.

No objection to Document 16 provided the scope is limited to the four-year lookback.

No objection to Document 17 provided the scope is limited to the four-year lookback.

## C. Malcolm Smith

In regard to C. Malcolm Smith individually and the documents requested, they appear largely identical to the requests of early January.

No objection to Document 1 provided the scope is limited to the four-year lookback.

No objection to Document 2 provided the scope is limited to the four-year lookback. Additionally, Ms. Kroemmelbein does not go by "Mrs. Redmond" or "Shannon Redmond".

No objection to Document 3 provided the scope is limited to the four-year lookback.

No objection to Document 4 provided the scope is limited to the four-year lookback, although this request appears to be repetitive.

# RUSH LAW GROUP LLC

**William R.A. Rush**
PA-NY-NJ-DC

**38 N. 6th Street**
**Reading, PA 19601**

www.rushlawberks.com
wrush@rushlawberks.com
P. 610-413-5337 | F. 610-927-6219

No objection to Document 5 provided the scope is limited to the four-year lookback, although this request appears to be repetitive.

No objection to Document 6 provided the scope is limited to the four-year lookback, although this request appears to be repetitive.

Document 7 is overly vague, overly broad and unclear as to what legal entity may have a relationship with Alan Christopher Redmond or Shannon Kroemmelbein. For example, one may argue that if Mr. Smith performs the general taxes and/or maintains ledgers and books of the Reading IMAX Theater, and Mr. Redmond or Ms. Kroemmelbein attended a film there, by your vague and lose definition, Mr. Smith would have to provide the books for the Reading Imax Theater. Or, for that matter, if Mr. Smith provided accounting services for PennDOT, by your wording, Mr. Smith would be required to produce all PennDOT expenses if Mr. Redmond or Ms. Kroemmelbein happened to use a toll road anywhere in the Commonwealth of Pennsylvania for any business purpose. Further, this request, as with all others, must be limited to the four-year period ending on September 3, 2024.

Document 8 is overly vague in that the lack of specificity makes it nearly impossible to respond. Further, the request must be limited to the four-year period ending on September 3, 2024.

Document 9 is overly vague in that the lack of specificity makes it nearly impossible to respond. Further, the request must be limited to the four-year period ending on September 3, 2024.

Document 10 is overly vague in that the lack of specificity makes it nearly impossible to respond. Further, the request must be limited to the four-year period ending on September 3, 2024.

Document 11 is overly vague in that the lack of specificity makes it nearly impossible to respond. Further, the request must be limited to the four-year period ending on September 3, 2024.

Document 12 is overly vague in that the lack of specificity makes it nearly impossible to respond. Further, the request must be limited to the four-year period ending on September 3, 2024.

# RUSH LAW GROUP<span style="font-size:smaller">LLC</span>

**William R.A. Rush**
PA-NY-NJ-DC

**38 N. 6th Street**
**Reading, PA 19601**

www.rushlawberks.com
wrush@rushlawberks.com
P. 610-413-5337 | F. 610-927-6219

**Stephanie Miller**

In regard to Stephanie Miller, the subpoena appears to be largely identical to the one issued in January of 2025. The following limitations, as expressly set forth by the Court, lead me to raise the following matters and issues.

No objection to Document 1 provided the scope is limited to the four-year lookback.

No objection to Document 2.

No objection to Document 3 provided the scope is limited to the four-year lookback.

Document 4 must be limited to the four-year period ending on September 3, 2024. Additionally, item o is overly vague as "relationship" is undefined. I have a fairly good relationship with the nice lady at the nearby Mobile gas station, but I must assume this is not what you mean. Further, item d does not carefully define "insider".

No objection to Document 5 provided the scope is limited to the four-year lookback.

No objection to Document 6 provided the scope is limited to the four-year lookback.

No objection to Document 7 provided the scope is limited to the four-year lookback.

No objection to Document 8 provided the scope is limited to the four-year lookback.

No objection to Document 9 provided the scope is limited to the four-year lookback.

No objection to Document 10 provided the scope is limited to the four-year lookback.

No objection to Document 11 provided the scope is limited to the four-year lookback.

No objection to Document 12 provided the scope is limited to the four-year lookback.

No objection to Document 13 provided the scope is limited to the four-year lookback.

No objection to Document 14 provided the scope is limited to the four-year lookback.

No objection to Document 15 provided the scope is limited to the four-year lookback.

# RUSH LAW GROUP LLC

**William R.A. Rush**
PA-NY-NJ-DC

**38 N. 6th Street**
**Reading, PA 19601**

www.rushlawberks.com
wrush@rushlawberks.com
P. 610-413-5337 | F. 610-927-6219

No objection to Document 16 provided the scope is limited to the four-year lookback.

I suggest a time to meet and confer regarding the above at some point during the next few business days to attempt to resolve these issues.

Very Truly Yours,

William R.A. Rush, Esq.

# Exhibit 2

# Exhibit 2

| | |
|---|---|
| **From:** | Joel A. Ready, Esq. |
| **Sent:** | Friday, March 14, 2025 5:23 PM |
| **To:** | wrush@rushlawberks.com |
| **Cc:** | Valeria Amato |
| **Subject:** | Rule 2004 Discovery |
| **Attachments:** | 20250214 - LT Judge Mayer re Additional Submission re ECF No. 210.pdf |

Bill,

Please let this e-mail respond to your letter dated March 6, 2025. On behalf of my clients, we do not consent to any of the proposed limitations that you have requested and under the local rules you already conferred with me on December 23, 2024.

By order dated February 24, 2025, at ECF No. 289, the Court overruled all objections and directed your clients to respond. The order did not limit the scope of our subpoenas to four-years. The Court made clear that this resulted from "further consideration of the post-hearing submissions by the parties." We pointed out to the Court in our post-hearing submission (attached) that the Uniform Voidable Transactions Act has a one-year "discovery exception," and therefore can reach back more than four years. We further showed the Court that we requested relevant information, such as relating to the formation of Seguro Medico, LLC, which goes back more than four-years prepetition.

Your clients, including the Debtor, have already delayed this matter by three months. Therefore, the veil of secrecy needs to come off now. All transfers from Debtor to other persons, directly or indirectly, must be disclosed, including by way of Seguro Medico. The Court did not approve any limitation on our subpoenas that would allow Debtor, Kroemmelbein, or any of the subpoenaed persons to conceal those transfers by artfully invoking a time-limitation.

On behalf of my clients, I respectfully demand a production from your clients as previously subpoenaed. Kroemmelbein can make reliance on Mid Penn Bank to produce the Mid Penn Bank records, which I believe I have just received in full but can get back to you on.

If any of your clients relied on an accountant, such as C. Malcolm Smith and C. Malcolm Smith & Company, P.C., then perhaps they can make an arrangement with that accountant to produce their income tax returns on their behalf, provided there are no further delays.

Very truly yours,

**Joel A. Ready, Esq.**
*Licensed in Pennsylvania, New Jersey and Maryland*



8500 Allentown Pike
Suite 3

1

Blandon, PA 19510
610-926-7875
CornerstoneLaw.us

# CORNERSTONE
# LAW■FIRM

8500 Allentown Pike, Suite 3
Blandon, PA 19510

February 14, 2025

**Honorable Patricia M. Mayer**
United States Bankruptcy Court for the Eastern District of Pennsylvania
The Gateway Building
201 Penn Street, 4th Floor
Reading, PA 19601

Via Courtroom Deputy, Sara_Roman@paeb.uscourts.gov

> **Re:    Additional Submission Regarding ECF No. 210.**
> *In re* **Alan Christopher Redmond, Case No. 24-13093-PMM**

Your Honor,

From Schedule A in Debtor's subpoena, submitted to the Court at ECF No. 210-3, at 14,
Moving Creditors propose the Court reject the Debtor's submission and, instead, use the following:

| Item | Description | Proposal |
|------|-------------|----------|
| 1 | Birth certificate | Debtor can produce a copy or testify at the examination what reasonable efforts were made to locate it. |
| 4. | Passports | Debtor can make application to the Clerk, or to the U.S. District Court, to remit a copy to my office. He has standing to make the request. |
| 5 | Income tax returns | Debtor is excused if C. Malcolm Smith, III and C. Malcolm Smith & Company produce the same. |
| 12 | Mid Penn Bank records | Debtor is excused if Mid Penn Bank produces the same. Mid Penn Bank does not oppose its subpoena. |
| 18 | Powers of attorney and proxies | Reduce 10-year window to six years. |
| 19 | Leases | Reduce 10-year prepetition lookback to six years. |
| 41 | Written contracts | Reduce 10-year prepetition lookback to six years. |

**Proposed Compromise on the "Lookback" Window:**

For Rule 2004 examinations, the moving party's "latitude should be greater where there
has been a showing that the debtor has engaged in questionable conduct." *In re* Vantage Petroleum
Corp., 34 B.R. 650, 651 (Bankr. E.D.N.Y. 1983).

We ask the Court to consider a six-year prepetition lookback window for certain documents: Debtor began personally guaranteeing the $32 million borrowed from Complete Business Solutions Group, Inc. in 2019, which was six years pre-petition. Another major question in this case is the formation of Seguro Medico, LLC, which may have occurred on December 27, 2019. [File No. 7772685, Delaware Department of State]. Similarly, Debtor formed Bene Market, LLC in the State of Delaware on May 25, 2016. [File No. 6052234, Delaware Department of State].

The Uniform Voidable Transactions Act has a one-year "discovery exception" in cases of fraudulent concealment. 12 Pa.C.S. § 5109(1) (last clause). Thus, documents more than four years pre-petition are relevant here.

Based on the foregoing, we ask the Court to reduce Items 18, 19, and 41 from 10 years to six years. We further request that the Court *not* modify any five-year lookback window. We further ask that the Court *not* impose a lookback window where none is stated.

**No Opposition to Subpoena:**

Attached as Exhibit A is an e-mail from Attorney Lindsey Snavely showing no objection to the subpoena to Mid Penn Bank.

No objections were filed by Katherine Downing, Esquire.

Sincerely,

By: *Joel A. Ready*

Joel A. Ready, Esquire

Cc:
Counsel for Debtor:
Albert A. Ciardi, III, Esquire, aciardi@ciardilaw.com
Nicole Nigrelli, Esquire, nnigrelli@ciardilaw.com
Daniel Siedman, Esquire, dSiedman@ciardilaw.com

U.S. Trustee Program:
Kevin P. Callahan, Esquire, kevin.p.callahan@usdoj.gov
John Schanne, Esquire, john.schanne@usdoj.gov

# Exhibit A

# Exhibit A

## William Mulgrew

**From:** Lindsey Snavely <lsnavely@pillaraught.com>
**Sent:** Friday, January 31, 2025 4:58 PM
**To:** William Mulgrew
**Subject:** Re: Redmond Bankruptcy - Notice

Confirming receipt.

Please note that, at the present time, Mid Penn does not intend to object to the subpoena or attend the hearing on February 11th. Should that change, I will let you know. Please update me after the Court enters an Order in this matter.

Thank you,

Lindsey

**Lindsey E. Snavely**
**PILLAR+AUGHT®**

**From:** William Mulgrew <william@cornerstonelaw.us>
**Date:** Friday, January 31, 2025 at 1:21 PM
**To:** Lindsey Snavely <lsnavely@pillaraught.com>
**Subject:** Redmond Bankruptcy - Notice

Attorney Snavely,

On behalf of Attorney Ready, kindly receive the attached notice. Paper copy to be in the mail to you as well.

Very truly yours,

William Mulgrew
Legal Assistant



CORNERSTONE
LAW FIRM
8500 Allentown Pike, Suite 3
Blandon, PA 19510
Phone: 610-926-7875
Fax: 484-930-0054
CornerstoneLaw.us

PILLAR+AUGHT is not providing advice in this communication with respect to any federal tax matters.

THIS ELECTRONIC MAIL TRANSMISSION AND ANY ATTACHMENTS MAY CONTAIN PRIVILEGED, CONFIDENTIAL, OR PROPRIETARY INFORMATION INTENDED ONLY FOR THE PERSON(S) NAMED. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE AUTHORIZED REPRESENTATIVE OF THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISTRIBUTION, COPYING, OR DISCLOSURE OF THIS COMMUNICATION IS STRICTLY PROHIBITED.

IF YOU HAVE RECEIVED THIS MESSAGE IN ERROR, PLEASE CONTACT THE SENDER.

# Exhibit 3

# Exhibit 3

| | |
|---|---|
| **From:** | Joel A. Ready, Esq. |
| **Sent:** | Friday, March 7, 2025 12:48 PM |
| **To:** | William Rush |
| **Subject:** | RE: Redmond Bankruptcy 2004 Examination |

Hi Bill,

I received this from Norman today. To avoid any ethical issues, I'm forwarding to you. Let me know about scheduling on your end and I'll go through you to confirm.

Joel Ready

**From:** NORMAN VALZ <nvalz@msn.com>
**Sent:** Thursday, March 6, 2025 5:04 PM
**To:** Joel A. Ready, Esq. <joel@cornerstonelaw.us>; William Rush <wrush@rushlawberks.com>; aciardi@ciardilaw.com
**Subject:** Redmond Bankruptcy 2004 Examination

Hello Joel,

Bill Rush is going to represent me throughout the Rule 2004 Examination process.   I am not on any trial list last week of March, first week of April.   Let me know which dates work for you and include Bill on this as he may be tied up.

Best regards,

Norm

Norman M. Valz & Associates, P.C.
441 Irvington Road
Drexel Hill, PA  19026
Tel. 215.756.2424
Fax 215.827.5758
email: nvalz@msn.com

This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, the reader is hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited.  If you have received this in error, please reply immediately to the sender and delete this message.

**Document May Be Subject to A Claim of the Following Privileges: Attorney Client/Attorney Work Product – Review and Protect Accordingly**

1

# Exhibit 4

# Exhibit 4

Joel Ready, Esq.
Cornerstone Law Firm
8500 Allentown Pike, Suite 3
Blandon PA 19510

March 6, 2025

Dear Counsel,

Enclosed please find my response to the Subpoena to Produce Documents, Information or Objects and to Permit Inspection of Premises in a Bankruptcy Case.

Thank you.


Sincerely,

Katherine Downing, Esq.
610-763-3522

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA : CHAPTER 11

IN RE: ALAN CHRISTOPHER REDMOND, : BANKRUPTCY NO. 24-13093 pmm

Debtor : Rel DN 157, 183, 210, 211

OBJECTIONS AND RESPONSES TO SUBPONEA DUCES TECUM ISSUED TO

KATHERINE DOWNING

COMES NOW, non-party Respondent, Katherine Downing, who hereby replies to the *"Subpoena to Produce Documents and Permit Inspection of Premises In a Bankruptcy Case, Schedule A"* as follows:

1. **All of your IRS Form W2s and 1099s, for the years 2014 through the most recent fling.**

   Response:

   > Objection, this request is overly broad, seeks irrelevant information and is not reasonably calculated to lead to admissible evidence.  The respondent was employed by Bene Market LLC from June 2019 through approximately the end of May 2020.  However, this request seeks over 10 years of personal tax documents, even though these tax documents are only required to be kept for a period of three years.

2. **All organizational documents and fictitious business name filing that you have drafted or filed at the request of any of the following persons:**
   **a. Alan Christopher Redmond**
   **b. Shannon Kroemmelbein (a/k/a Shannon Redmond)**
   **c. Teresa Ammon**
   **d. Heather Briscoe**
   **e. Lindsey K. Briscoe**
   **f. Gaia Gerber**
   **g. Stephanie Farris Miller**
   **h. Seni Sok**

**i. Arthur W. Walsh, Jr.**

**j. Norman M. Valz**

Response:

a. None in Respondents custody, possession, or control.  The Respondent was employed as an in-house legal counsel for Bene Market, LLC in and around June 2019 through approximately the end of May 2020.  Upon leaving employment, all corporate records remained with the employer, Bene Market, LLC.

b. None.

c. None.

d. None.

e. None.

f. None.

g. None.

h. None.

i. None.

j. None.

3. **All contracts between you and Alan Christopher Redmond.**

Response: None.

4. **All contracts between you and Shannon Kroemmelbein (a/k/a Shannon Redmond)**

Response: None.

5. **All contracts between you and any relative, former spouse, or insider of Alan Christopher Redmond.).**

Response: None.

6. **All contracts between you and any relative, former spouse, or insider of Shannon Kroemmelbein (a/k/a Shannon Redmond).**

Response: None.

7. **All contracts that you drafted and which Alan Chrisopher Redmond signed.**

Response: None in Respondents possession, custody or control. The Respondent was employed as an in-house legal counsel for Bene Market, LLC in and around

*K. Downing Response to Subpoena*          2

June 2019 through approximately the end of May 2020.  Upon leaving employment, all corporate records remained with the employer, Bene Market, LLC.

8. **All contracts that you drafted and which Shannon Kroemmelbein (a/k/a Shannon Redmond) signed.**

Response: None in Respondents possession, custody or control. The Respondent was employed as an in-house legal counsel for Bene Market, LLC in and around June 2019 through approximately the end of May 2020.  Upon leaving employment, all corporate records remained with the employer, Bene Market, LLC.

9. **All general ledgers and books of account from the years 2014 through present as applied to each of the following: a-bb** *(subsections referenced rather than listed, for brevity)*

Response: None.  Respondent does not possess any general ledgers or books of account for any of the named entities, or any entities at all.  Respondent doesn't keep any books of account of general ledgers for clients.  Respondent has never maintained an IOLTA account. Respondent does not work in a private law practice and does not, nor is required to, maintain an IOLTA account as Respondent does not receive "Qualified Funds" as defined under Pa. R.P.C. 1.15.

10. **All general ledgers and books of account maintained for any legal entity that has a relationship with Alan Christopher Redmond or Shannon Kroemmelbein (a/k/a Shannon Redmond)**

Response: None. See response to request No. 9

11. **All documents evidencing ownership of assets submitted to you by Alan Christopher Redmond.**

Response: None.

12. **All documents evidencing ownership of assets submitted to you by Shannon Kroemmelbein (a/k/a Shannon Redmond).**

Response: None.

13. **All documents evidencing transfer of assets (regardless of title of the assets), directly or indirectly, at the request of Alan Chirstopher Redmond or by any entity he controls or owns, in whole or part.**

Response: None.

14. **All documents evidencing transfer of assets (regardless of title of the assets), directly or indirectly, at the request of Shannon Kroemmelbein (a/k/a Shannon Redmond) or by any entity she controls or owns, in whole or part.**

Response: None.

15. **All notes and records in your possession or control, which relate to the transfer of asserts of, or transfer of ownership interests in, ARC Realty, LLC.**

Response: None in Respondents possession, custody or control. The Respondent was employed as an in-house legal counsel for Bene Market, LLC in and around June 2019 through approximately the end of May 2020.  Upon leaving employment, all corporate records remained with the employer, Bene Market, LLC

16.  **All notes and records in your possession or control which relate to the transfer of assets of Alan Christopher Redmond.**

Response: None.

17.  **All orders submitted by you to any registered agent or business formation service provider at the request of Alan Chirstopher Redmond, Shannon Kroemmelbein, Stephanie Farris Miller, or any person associated with any of them.**

Response: None in Respondents possession, custody or control. The Respondent was employed as an in-house legal counsel for Bene Market, LLC in and around June 2019 through approximately the end of May 2020.  Upon leaving employment, all corporate records remained with the employer, Bene Market, LLC

Respectfully submitted,

_____
Katherine Downing

# Exhibit 5

Exhibit 5

Form **1040**  Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return**   **2022**  OMB No. 1545-0074 | IRS Use Only—Do not write or staple in this space.

**Filing Status**
Check only one box.
☐ Single  ☒ Married filing jointly  ☐ Married filing separately (MFS)  ☐ Head of household (HOH)  ☐ Qualifying surviving spouse (QSS)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QSS box, enter the child's name if the qualifying person is a child but not your dependent:

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| Alan C | Redmond | ███ |
| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |
| Shannon | Kroemmelbein | ███ |

Home address (number and street). If you have a P.O. box, see instructions. **2 High Road**   Apt. no.

| City, town, or post office. If you have a foreign address, also complete spaces below. | State | ZIP code |
|---|---|---|
| Wyomissing | PA | 19610 |

Foreign country name | Foreign province/state/county | Foreign postal code

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.   ☐ You  ☐ Spouse

**Digital Assets**  At any time during 2022, did you: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, gift, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? (See instructions.)  ☐ Yes  ☒ No

**Standard Deduction**  Someone can claim: ☐ You as a dependent  ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness**  You: ☐ Were born before January 2, 1958  ☐ Are blind   **Spouse:** ☐ Was born before January 2, 1958  ☐ Is blind

**Dependents** (see instructions):

| (1) First name    Last name | (2) Social security number | (3) Relationship to you | (4) Check the box if qualifies for (see instructions): Child tax credit | Credit for other dependents |
|---|---|---|---|---|
| Sophia V    Redmond | ███ | Daughter | ☒ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |

If more than four dependents, see instructions and check here . . ☐

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.
If you did not get a Form W-2, see instructions.

| | | |
|---|---|---|
| 1a | Total amount from Form(s) W-2, box 1 (see instructions) | **1a** 48,205. |
| b | Household employee wages not reported on Form(s) W-2 | **1b** |
| c | Tip income not reported on line 1a (see instructions) | **1c** |
| d | Medicaid waiver payments not reported on Form(s) W-2 (see instructions) | **1d** |
| e | Taxable dependent care benefits from Form 2441, line 26 | **1e** |
| f | Employer-provided adoption benefits from Form 8839, line 29 | **1f** |
| g | Wages from Form 8919, line 6 | **1g** |
| h | Other earned income (see instructions) | **1h** 0. |
| i | Nontaxable combat pay election (see instructions)   1i | |
| z | Add lines 1a through 1h | **1z** 48,205. |

| | | | |
|---|---|---|---|
| Attach Sch. B if required. | 2a | Tax-exempt interest . . . 2a | b Taxable interest   **2b** 149. |
| | 3a | Qualified dividends . . . 3a | b Ordinary dividends   **3b** |
| | 4a | IRA distributions . . . . 4a | b Taxable amount .   **4b** |
| | 5a | Pensions and annuities . . 5a | b Taxable amount .   **5b** |
| | 6a | Social security benefits . . 6a | b Taxable amount .   **6b** |
| | c | If you elect to use the lump-sum election method, check here (see instructions) ☐ | |

**Standard Deduction for—**
• Single or Married filing separately, $12,950
• Married filing jointly or Qualifying surviving spouse, $25,900
• Head of household, $19,400
• If you checked any box under Standard Deduction, see instructions.

| | | |
|---|---|---|
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here . . ☐ | **7** |
| 8 | Other income from Schedule 1, line 10 | **8** -13,213,042. |
| 9 | Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** | **9** -13,164,688. |
| 10 | Adjustments to income from Schedule 1, line 26 | **10** 23,456. |
| 11 | Subtract line 10 from line 9. This is your **adjusted gross income** | **11** -13,188,144. |
| 12 | **Standard deduction or itemized deductions** (from Schedule A) | **12** 25,900. |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A | **13** 0. |
| 14 | Add lines 12 and 13 | **14** 25,900. |
| 15 | Subtract line 14 from line 11. If zero or less, enter -0-. This is your **taxable income** | **15** 0. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.   Form **1040** (2022)

**Debtor 2004 - 0010**

Form 1040 (2022)                                                                                                                Page **2**

| Tax and Credits | 16 | Tax (see instructions). Check if any from Form(s): 1 ☐ 8814  2 ☐ 4972  3 ☐ _____ | 16 | 0. |
| | 17 | Amount from Schedule 2, line 3 | 17 | 0. |
| | 18 | Add lines 16 and 17 | 18 | 0. |
| | 19 | Child tax credit or credit for other dependents from Schedule 8812 | 19 | |
| | 20 | Amount from Schedule 3, line 8 | 20 | |
| | 21 | Add lines 19 and 20 | 21 | |
| | 22 | Subtract line 21 from line 18. If zero or less, enter -0- | 22 | 0. |
| | 23 | Other taxes, including self-employment tax, from Schedule 2, line 21 | 23 | 56,046. |
| | 24 | Add lines 22 and 23. This is your **total tax** | 24 | 56,046. |

| Payments | 25 | Federal income tax withheld from: | | | |
| | a | Form(s) W-2 | 25a | 8,136. | |
| | b | Form(s) 1099 | 25b | | |
| | c | Other forms (see instructions) | 25c | 0. | |
| | d | Add lines 25a through 25c | | | 25d | 8,136. |

| If you have a qualifying child, attach Sch. EIC. | 26 | 2022 estimated tax payments and amount applied from 2021 return | | | 26 | |
| | 27 | Earned income credit (EIC) | No | 27 | | |
| | 28 | Additional child tax credit from Schedule 8812 | | 28 | 1,500. | |
| | 29 | American opportunity credit from Form 8863, line 8 | | 29 | | |
| | 30 | Reserved for future use | | 30 | | |
| | 31 | Amount from Schedule 3, line 15 | | 31 | | |
| | 32 | Add lines 27, 28, 29, and 31. These are your **total other payments and refundable credits** | | | 32 | 1,500. |
| | 33 | Add lines 25d, 26, and 32. These are your **total payments** | | | 33 | 9,636. |

| Refund | 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** | 34 | |
| | 35a | Amount of line 34 you want **refunded to you.** If Form 8888 is attached, check here ☐ | 35a | |
| Direct deposit? See instructions. | b | Routing number X X X X X X X X X   c Type: ☐ Checking  ☐ Savings | | |
| | d | Account number X X X X X X X X X X X X X X X X X | | |
| | 36 | Amount of line 34 you want **applied to your 2023 estimated tax** . . . | 36 | |

| Amount You Owe | 37 | Subtract line 33 from line 24. This is the **amount you owe.** For details on how to pay, go to *www.irs.gov/Payments* or see instructions | 37 | 48,052. |
| | 38 | Estimated tax penalty (see instructions) | 38 | 1,642. |

| Third Party Designee | Do you want to allow another person to discuss this return with the IRS? See instructions | ☒ **Yes.** Complete below.  ☐ **No** |
| | Designee's name  C. Malcolm Smith, III, CPA, CITP | Phone no.  (610)375-6330 | Personal identification number (PIN) [2][2][2][2][2] |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation  Self Employed | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
| Joint return? See instructions. Keep a copy for your records. | Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation  Self Employed | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) |
| Phone no.  (814)440-9068 | Email address  alanredmond23@gmail.com | | |

| Paid Preparer Use Only | Preparer's name  C. Malcolm Smith, III, CPA, CITP | Preparer's signature  C. Malcolm Smith III CPA | Date  10/16/2023 | PTIN  P00167500 | Check if: ☐ Self-employed |
| | Firm's name  C. MALCOLM SMITH & COMPANY, P.C. | | | Phone no. (610)375-6330 |
| | Firm's address  3020 PENN AVENUE SUITE 2 WEST LAWN PA 19609 | | | Firm's EIN  27-0008725 |

Go to *www.irs.gov/Form1040* for instructions and the latest information.          BAA          REV 07/23/23 PRO          Form **1040** (2022)

Debtor 2004 - 0011

| **SCHEDULE 1**<br>**(Form 1040)**<br><br>Department of the Treasury<br>Internal Revenue Service | **Additional Income and Adjustments to Income**<br>Attach to Form 1040, 1040-SR, or 1040-NR.<br>Go to *www.irs.gov/Form1040* for instructions and the latest information. | OMB No. 1545-0074<br>**2022**<br>Attachment<br>Sequence No. 01 |
|---|---|---|

| Name(s) shown on Form 1040, 1040-SR, or 1040-NR | Your social security number |
|---|---|
| Alan C Redmond & Shannon Kroemmelbein | ███████ |

## Part I    Additional Income

| | | | |
|---|---|---|---:|
| 1 | Taxable refunds, credits, or offsets of state and local income taxes | 1 | |
| 2a | Alimony received | 2a | |
| b | Date of original divorce or separation agreement (see instructions): _____ | | |
| 3 | Business income or (loss). Attach Schedule C | 3 | 316,620. |
| 4 | Other gains or (losses). Attach Form 4797 | 4 | -139,705. |
| 5 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 5 | 602,239. |
| 6 | Farm income or (loss). Attach Schedule F | 6 | |
| 7 | Unemployment compensation | 7 | |
| 8 | Other income: | | |
| a | Net operating loss | 8a ( 13,992,196. ) | |
| b | Gambling | 8b | |
| c | Cancellation of debt | 8c | |
| d | Foreign earned income exclusion from Form 2555 | 8d ( ) | |
| e | Income from Form 8853 | 8e | |
| f | Income from Form 8889 | 8f | |
| g | Alaska Permanent Fund dividends | 8g | |
| h | Jury duty pay | 8h | |
| i | Prizes and awards | 8i | |
| j | Activity not engaged in for profit income | 8j | |
| k | Stock options | 8k | |
| l | Income from the rental of personal property if you engaged in the rental for profit but were not in the business of renting such property | 8l | |
| m | Olympic and Paralympic medals and USOC prize money (see instructions) | 8m | |
| n | Section 951(a) inclusion (see instructions) | 8n | |
| o | Section 951A(a) inclusion (see instructions) | 8o | |
| p | Section 461(l) excess business loss adjustment | 8p | |
| q | Taxable distributions from an ABLE account (see instructions) | 8q | |
| r | Scholarship and fellowship grants not reported on Form W-2 | 8r | |
| s | Nontaxable amount of Medicaid waiver payments included on Form 1040, line 1a or 1d | 8s ( ) | |
| t | Pension or annuity from a nonqualifed deferred compensation plan or a nongovernmental section 457 plan | 8t | |
| u | Wages earned while incarcerated | 8u | |
| z | Other income. List type and amount: _____ | 8z | |
| 9 | Total other income. Add lines 8a through 8z | 9 | -13,992,196. |
| 10 | Combine lines 1 through 7 and 9. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 8 | 10 | -13,213,042. |

For Paperwork Reduction Act Notice, see your tax return instructions.    Schedule 1 (Form 1040) 2022

**Debtor 2004 - 0012**

Schedule 1 (Form 1040) 2022                                                                    Page **2**

## Part II   Adjustments to Income

| | | | |
|---|---|---|---|
| 11 | Educator expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . | 11 | |
| 12 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 . . . . . . . . . . . . . . . . . . . | 12 | |
| 13 | Health savings account deduction. Attach Form 8889 . . . . . . . . . . . | 13 | |
| 14 | Moving expenses for members of the Armed Forces. Attach Form 3903 . . . . . . | 14 | |
| 15 | Deductible part of self-employment tax. Attach Schedule SE . . . . . . . . . | 15 | 23,456. |
| 16 | Self-employed SEP, SIMPLE, and qualified plans . . . . . . . . . . . . . | 16 | |
| 17 | Self-employed health insurance deduction . . . . . . . . . . . . . . . | 17 | |
| 18 | Penalty on early withdrawal of savings . . . . . . . . . . . . . . . . | 18 | |
| 19a | Alimony paid . . . . . . . . . . . . . . . . . . . . . . . . . | 19a | |
| b | Recipient's SSN . . . . . . . . . . . . . . . . . . . . . . _____ | | |
| c | Date of original divorce or separation agreement (see instructions): _____ | | |
| 20 | IRA deduction . . . . . . . . . . . . . . . . . . . . . . . . . | 20 | |
| 21 | Student loan interest deduction . . . . . . . . . . . . . . . . . . | 21 | |
| 22 | Reserved for future use . . . . . . . . . . . . . . . . . . . . . | 22 | |
| 23 | Archer MSA deduction . . . . . . . . . . . . . . . . . . . . . | 23 | |
| 24 | Other adjustments: | | |

| | | | |
|---|---|---|---|
| a | Jury duty pay (see instructions) . . . . . . . . . . . . . . . | 24a | |
| b | Deductible expenses related to income reported on line 8l from the rental of personal property engaged in for profit . . . . . . . . | 24b | |
| c | Nontaxable amount of the value of Olympic and Paralympic medals and USOC prize money reported on line 8m . . . . . . . . . . | 24c | |
| d | Reforestation amortization and expenses . . . . . . . . . . . | 24d | |
| e | Repayment of supplemental unemployment benefits under the Trade Act of 1974 . . . . . . . . . . . . . . . . . . . . | 24e | |
| f | Contributions to section 501(c)(18)(D) pension plans . . . . . . . | 24f | |
| g | Contributions by certain chaplains to section 403(b) plans . . . . . | 24g | |
| h | Attorney fees and court costs for actions involving certain unlawful discrimination claims (see instructions) . . . . . . . . . . . | 24h | |
| i | Attorney fees and court costs you paid in connection with an award from the IRS for information you provided that helped the IRS detect tax law violations . . . . . . . . . . . . . . . . . . | 24i | |
| j | Housing deduction from Form 2555 . . . . . . . . . . . . . | 24j | |
| k | Excess deductions of section 67(e) expenses from Schedule K-1 (Form 1041) . . . . . . . . . . . . . . . . . . . . . . | 24k | |
| z | Other adjustments. List type and amount: _____ | 24z | |

| | | | |
|---|---|---|---|
| 25 | Total other adjustments. Add lines 24a through 24z . . . . . . . . . . . . . . | 25 | |
| 26 | Add lines 11 through 23 and 25. These are your **adjustments to income.** Enter here and on Form 1040 or 1040-SR, line 10, or Form 1040-NR, line 10a . . . . . . . . . . . . | 26 | 23,456. |

BAA                          REV 07/23/23 PRO          Schedule 1 (Form 1040) 2022

**Debtor 2004 - 0013**

**SCHEDULE 2**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

**Additional Taxes**

Attach to Form 1040, 1040-SR, or 1040-NR.
Go to *www.irs.gov/Form1040* for instructions and the latest information.

OMB No. 1545-0074

2022

Attachment
Sequence No. 02

Name(s) shown on Form 1040, 1040-SR, or 1040-NR

Alan C Redmond & Shannon Kroemmelbein

Your social security number

███████████

### Part I    Tax

| | | | |
|---|---|---|---|
| 1 | Alternative minimum tax. Attach Form 6251 . . . . . . . . . . . . . | 1 | |
| 2 | Excess advance premium tax credit repayment. Attach Form 8962 . . . . . . . | 2 | |
| 3 | Add lines 1 and 2. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 17 . . | 3 | |

### Part II    Other Taxes

| | | | | |
|---|---|---|---|---|
| 4 | Self-employment tax. Attach Schedule SE . . . . . . . . . . . . | | 4 | 46,912. |
| 5 | Social security and Medicare tax on unreported tip income. Attach Form 4137 . . . . . . . . . . . . . | 5 | | |
| 6 | Uncollected social security and Medicare tax on wages. Attach Form 8919 . . . . . . . . . . . . | 6 | | |
| 7 | Total additional social security and Medicare tax. Add lines 5 and 6 . . . . . . | | 7 | |
| 8 | Additional tax on IRAs or other tax-favored accounts. Attach Form 5329 if required. If not required, check here . . . . . . . . . . . . . . ☐ | | 8 | |
| 9 | Household employment taxes. Attach Schedule H . . . . . . . . . . | | 9 | |
| 10 | Repayment of first-time homebuyer credit. Attach Form 5405 if required . . . . | | 10 | |
| 11 | Additional Medicare Tax. Attach Form 8959 . . . . . . . . . . . | | 11 | 9,134. |
| 12 | Net investment income tax. Attach Form 8960 . . . . . . . . . . . | | 12 | |
| 13 | Uncollected social security and Medicare or RRTA tax on tips or group-term life insurance from Form W-2, box 12 . . . . . . . . . . . . . . | | 13 | |
| 14 | Interest on tax due on installment income from the sale of certain residential lots and timeshares . . . . . . . . . . . . . . . . . | | 14 | |
| 15 | Interest on the deferred tax on gain from certain installment sales with a sales price over $150,000 . . . . . . . . . . . . . . . . . | | 15 | |
| 16 | Recapture of low-income housing credit. Attach Form 8611 . . . . . . . . | | 16 | |

*(continued on page 2)*

For Paperwork Reduction Act Notice, see your tax return instructions.

Schedule 2 (Form 1040) 2022

Debtor 2004 - 0014

Schedule 2 (Form 1040) 2022                                                                          Page **2**

## Part II   Other Taxes (continued)

**17**   Other additional taxes:

**a**   Recapture of other credits. List type, form number, and amount:

_____   **17a**

**b**   Recapture of federal mortgage subsidy, if you sold your home
see instructions  . . . . . . . . . . . . . . .   **17b**

**c**   Additional tax on HSA distributions. Attach Form 8889 . . . .   **17c**

**d**   Additional tax on an HSA because you didn't remain an eligible
individual. Attach Form 8889  . . . . . . . . . . . .   **17d**

**e**   Additional tax on Archer MSA distributions. Attach Form 8853 .   **17e**

**f**   Additional tax on Medicare Advantage MSA distributions. Attach
Form 8853  . . . . . . . . . . . . . . . . . .   **17f**

**g**   Recapture of a charitable contribution deduction related to a
fractional interest in tangible personal property . . . . . . .   **17g**

**h**   Income you received from a nonqualified deferred compensation
plan that fails to meet the requirements of section 409A  . . .   **17h**

**i**   Compensation you received from a nonqualified deferred
compensation plan described in section 457A . . . . . . .   **17i**

**j**   Section 72(m)(5) excess benefits tax  . . . . . . . . . .   **17j**

**k**   Golden parachute payments  . . . . . . . . . . . .   **17k**

**l**   Tax on accumulation distribution of trusts . . . . . . . .   **17l**

**m**   Excise tax on insider stock compensation from an expatriated
corporation  . . . . . . . . . . . . . . . . . . .   **17m**

**n**   Look-back interest under section 167(g) or 460(b) from Form
8697 or 8866  . . . . . . . . . . . . . . . . . .   **17n**

**o**   Tax on non-effectively connected income for any part of the
year you were a nonresident alien from Form 1040-NR . . . .   **17o**

**p**   Any interest from Form 8621, line 16f, relating to distributions
from, and dispositions of, stock of a section 1291 fund . . . .   **17p**

**q**   Any interest from Form 8621, line 24  . . . . . . . . . .   **17q**

**z**   Any other taxes. List type and amount: _____

**17z**

| | | |
|---|---|---|
| **18** | Total additional taxes. Add lines 17a through 17z . . . . . . . . . . . . . . . | **18** |
| **19** | Reserved for future use  . . . . . . . . . . . . . . . . . . . | **19** |
| **20** | Section 965 net tax liability installment from Form 965-A . . .   **20** | |
| **21** | Add lines 4, 7 through 16, and 18. These are your **total other taxes.** Enter here and on Form 1040 or 1040-SR, line 23, or Form 1040-NR, line 23b . . . . . . . . . | **21**    56,046. |

BAA                          REV 07/23/23 PRO         Schedule 2 (Form 1040) 2022

**Debtor 2004 - 0015**

| SCHEDULE C (Form 1040) | **Profit or Loss From Business** | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | (Sole Proprietorship)<br>Go to *www.irs.gov/ScheduleC* for instructions and the latest information.<br>Attach to Form 1040, 1040-SR, 1040-NR, or 1041; partnerships must generally file Form 1065. | 2022<br>Attachment Sequence No. **09** |

**Name of proprietor**  Alan C Redmond

**Social security number (SSN)** ▮▮▮▮▮▮

**A** Principal business or profession, including product or service (see instructions)  Insurance Sales

**B** Enter code from instructions  5 2 4 2 1 0

**C** Business name. If no separate business name, leave blank.

**D** Employer ID number (EIN) (see instr.)

**E** Business address (including suite or room no.)  2 High Road

City, town or post office, state, and ZIP code  Wyomissing, PA 19610

**F** Accounting method: (1) ☒ Cash (2) ☐ Accrual (3) ☐ Other (specify) _____

**G** Did you "materially participate" in the operation of this business during 2022? If "No," see instructions for limit on losses . ☒ Yes ☐ No

**H** If you started or acquired this business during 2022, check here . . . . . . . . . . ☐

**I** Did you make any payments in 2022 that would require you to file Form(s) 1099? See instructions . . . . . ☐ Yes ☒ No

**J** If "Yes," did you or will you file required Form(s) 1099? . . . . . . . . . . . . . ☐ Yes ☐ No

### Part I   Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked . . . . . . . . ☐ | 1 | 168,981. |
| 2 | Returns and allowances . . . . . . . . . . . . . . . . . . . . . . . | 2 | |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . | 3 | 168,981. |
| 4 | Cost of goods sold (from line 42) . . . . . . . . . . . . . . . . . . | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3 . . . . . . . . . . . . . . . . | 5 | 168,981. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) . . . | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 . . . . . . . . . . . . . . . . . . . | 7 | 168,981. |

### Part II   Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising . . . . . | 8 | | 18 | Office expense (see instructions) . | 18 | |
| 9 | Car and truck expenses (see instructions) . . . | 9 | | 19 | Pension and profit-sharing plans . | 19 | |
| 10 | Commissions and fees . | 10 | 0. | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | 11 | | a | Vehicles, machinery, and equipment | 20a | |
| 12 | Depletion . . . . . . | 12 | | b | Other business property . . . | 20b | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) . . . . | 13 | | 21 | Repairs and maintenance . . . | 21 | |
| | | | | 22 | Supplies (not included in Part III) . | 22 | |
| | | | | 23 | Taxes and licenses . . . . . | 23 | |
| | | | | 24 | Travel and meals: | | |
| 14 | Employee benefit programs (other than on line 19) . | 14 | | a | Travel . . . . . . . . . | 24a | |
| 15 | Insurance (other than health) | 15 | | b | Deductible meals (see instructions) . . . . . . | 24b | |
| 16 | Interest (see instructions): | | | 25 | Utilities . . . . . . . | 25 | |
| a | Mortgage (paid to banks, etc.) | 16a | | 26 | Wages (less employment credits) | 26 | |
| b | Other . . . . . . | 16b | | 27a | Other expenses (from line 48) . . | 27a | |
| 17 | Legal and professional services | 17 | | b | **Reserved for future use** . . . | 27b | |

| | | | |
|---|---|---|---|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27a . . . . . . | 28 | 0. |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 . . . . . . . . . . | 29 | 168,981. |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method. See instructions.<br>**Simplified method filers only:** Enter the total square footage of (a) your home: _____ and (b) the part of your home used for business: _____ . Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 . . . . . . . . . | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29.<br>• If a profit, enter on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions.) Estates and trusts, enter on **Form 1041, line 3.**<br>• If a loss, you **must** go to line 32. | 31 | 168,981. |
| 32 | If you have a loss, check the box that describes your investment in this activity. See instructions.<br>• If you checked 32a, enter the loss on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions.) Estates and trusts, enter on **Form 1041, line 3.**<br>• If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | 32a ☐ All investment is at risk.<br>32b ☐ Some investment is not at risk. | |

For Paperwork Reduction Act Notice, see the separate instructions.    BAA    REV 07/23/23 PRO    Schedule C (Form 1040) 2022

Debtor 2004 - 0016

Schedule C (Form 1040) 2022　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page **2**

**Part III**　**Cost of Goods Sold** (see instructions)

33　Method(s) used to
value closing inventory:　**a** ☐ Cost　　**b** ☐ Lower of cost or market　　**c** ☐ Other (attach explanation)

34　Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes　☐ No

| | | |
|---|---|---|
| 35　Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . . | 35 | |
| 36　Purchases less cost of items withdrawn for personal use . . . . . . . . . . . . | 36 | |
| 37　Cost of labor. Do not include any amounts paid to yourself . . . . . . . . . . . | 37 | |
| 38　Materials and supplies . . . . . . . . . . . . . . . . . . . | 38 | |
| 39　Other costs . . . . . . . . . . . . . . . . . . . . | 39 | |
| 40　Add lines 35 through 39 . . . . . . . . . . . . . . . . . | 40 | |
| 41　Inventory at end of year . . . . . . . . . . . . . . . . . | 41 | |
| 42　**Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4 . . . . . . | 42 | |

**Part IV**　**Information on Your Vehicle.** Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43　When did you place your vehicle in service for business purposes? (month/day/year) ----------------------

44　Of the total number of miles you drove your vehicle during 2022, enter the number of miles you used your vehicle for:

**a**　Business ------------------------------ **b** Commuting (see instructions) ---------------------------- **c** Other ------------------------------

45　Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . ☐ Yes　☐ No

46　Do you (or your spouse) have another vehicle available for personal use?. . . . . . . . . . . . ☐ Yes　☐ No

47a　Do you have evidence to support your deduction? . . . . . . . . . . . . . . . ☐ Yes　☐ No

**b**　If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . ☐ Yes　☐ No

**Part V**　**Other Expenses.** List below business expenses not included on lines 8–26 or line 30.

| | |
|---|---|
| ------------------------------------------- | |
| ------------------------------------------- | |
| ------------------------------------------- | |
| ------------------------------------------- | |
| ------------------------------------------- | |
| ------------------------------------------- | |
| ------------------------------------------- | |
| ------------------------------------------- | |
| ------------------------------------------- | |
| 48　**Total other expenses.** Enter here and on line 27a . . . . . . . . . . . . | 48 |

**Debtor 2004 - 0017**

| SCHEDULE C<br>(Form 1040)<br><br>Department of the Treasury<br>Internal Revenue Service | **Profit or Loss From Business**<br>(Sole Proprietorship)<br>Go to *www.irs.gov/ScheduleC* for instructions and the latest information.<br>Attach to Form 1040, 1040-SR, 1040-NR, or 1041; partnerships must generally file Form 1065. | OMB No. 1545-0074<br><br>2022<br><br>Attachment<br>Sequence No. 09 |
|---|---|---|

| Name of proprietor<br>Shannon Kroemmelbein | Social security number (SSN)<br>▮▮▮▮▮▮▮▮▮ |
|---|---|

**A** Principal business or profession, including product or service (see instructions)
Commissions

**B** Enter code from instructions
5 2 4 2 1 0

**C** Business name. If no separate business name, leave blank.

**D** Employer ID number (EIN) (see instr.)

**E** Business address (including suite or room no.) ▸ 2 High Road
City, town or post office, state, and ZIP code   Wyomissing, PA 19610

**F** Accounting method: (1) ☒ Cash (2) ☐ Accrual (3) ☐ Other (specify) _____

**G** Did you "materially participate" in the operation of this business during 2022? If "No," see instructions for limit on losses . ☒ Yes ☐ No

**H** If you started or acquired this business during 2022, check here . . . . . . . . . ☐

**I** Did you make any payments in 2022 that would require you to file Form(s) 1099? See instructions . . . . ☐ Yes ☒ No

**J** If "Yes," did you or will you file required Form(s) 1099? . . . . . . . . . . . . . . ☐ Yes ☐ No

### Part I   Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked . . . . . . ☐ | 1 | 201,024. |
| 2 | Returns and allowances . . . . . . . . . . . . . . . . . . . . | 2 | |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . | 3 | 201,024. |
| 4 | Cost of goods sold (from line 42) . . . . . . . . . . . . . . . | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3 . . . . . . . . . . . . | 5 | 201,024. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) . . . . | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 . . . . . . . . . . . . . . | 7 | 201,024. |

### Part II   Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising . . . . . | 8 | | 18 | Office expense (see instructions) . | 18 | |
| 9 | Car and truck expenses (see instructions) . . . | 9 | | 19 | Pension and profit-sharing plans . | 19 | |
| | | | | 20 | Rent or lease (see instructions): | | |
| 10 | Commissions and fees . | 10 | | a | Vehicles, machinery, and equipment | 20a | |
| 11 | Contract labor (see instructions) | 11 | | b | Other business property . . . | 20b | |
| 12 | Depletion . . . . . | 12 | | 21 | Repairs and maintenance . . . | 21 | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) . . . . | 13 | | 22 | Supplies (not included in Part III) . | 22 | |
| | | | | 23 | Taxes and licenses . . . . . | 23 | |
| | | | | 24 | Travel and meals: | | |
| 14 | Employee benefit programs (other than on line 19) . | 14 | | a | Travel . . . . . . . . . | 24a | 22,722. |
| 15 | Insurance (other than health) | 15 | | b | Deductible meals (see instructions) . . . . . . | 24b | 10,331. |
| 16 | Interest (see instructions): | | | 25 | Utilities . . . . . . . | 25 | |
| a | Mortgage (paid to banks, etc.) | 16a | | 26 | Wages (less employment credits) | 26 | |
| b | Other . . . . . | 16b | 3,712. | 27a | Other expenses (from line 48) . . | 27a | 16,620. |
| 17 | Legal and professional services | 17 | | b | **Reserved for future use** . . . | 27b | |

| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27a . . . . . . . | 28 | 53,385. |
|---|---|---|---|
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 . . . . . . . . . . . . . . | 29 | 147,639. |

30 Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method. See instructions.
**Simplified method filers only:** Enter the total square footage of (a) your home: _____
and (b) the part of your home used for business: _____ . Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 . . . . . . . . . | 30 |

31 **Net profit or (loss).** Subtract line 30 from line 29.
• If a profit, enter on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions.) Estates and trusts, enter on **Form 1041, line 3.**
• If a loss, you **must** go to line 32. | 31 | 147,639. |

32 If you have a loss, check the box that describes your investment in this activity. See instructions.
• If you checked 32a, enter the loss on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions.) Estates and trusts, enter on **Form 1041, line 3.**
• If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited.

32a ☐ All investment is at risk.
32b ☐ Some investment is not at risk.

For Paperwork Reduction Act Notice, see the separate instructions.   BAA   REV 07/23/23 PRO   Schedule C (Form 1040) 2022

Debtor 2004 - 0018

Schedule C (Form 1040) 2022 — Page **2**

**Part III**   **Cost of Goods Sold** (see instructions)

33   Method(s) used to value closing inventory:   **a** ☐ Cost   **b** ☐ Lower of cost or market   **c** ☐ Other (attach explanation)

34   Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes   ☐ No

| | | |
|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . . | 35 |
| 36 | Purchases less cost of items withdrawn for personal use . . . . . . . . . . . | 36 |
| 37 | Cost of labor. Do not include any amounts paid to yourself . . . . . . . . . . | 37 |
| 38 | Materials and supplies . . . . . . . . . . . . . . . | 38 |
| 39 | Other costs . . . . . . . . . . . . . . . | 39 |
| 40 | Add lines 35 through 39 . . . . . . . . . . . | 40 |
| 41 | Inventory at end of year . . . . . . . . . . . . . | 41 |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4 . . . . . . | 42 |

**Part IV**   **Information on Your Vehicle.** Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43   When did you place your vehicle in service for business purposes? (month/day/year) _____

44   Of the total number of miles you drove your vehicle during 2022, enter the number of miles you used your vehicle for:

a   Business _____   **b** Commuting (see instructions) _____   **c** Other _____

45   Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . . ☐ Yes   ☐ No

46   Do you (or your spouse) have another vehicle available for personal use?. . . . . . . . . . . . ☐ Yes   ☐ No

47a   Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . ☐ Yes   ☐ No

b   If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes   ☐ No

**Part V**   **Other Expenses.** List below business expenses not included on lines 8–26 or line 30.

| | |
|---|---|
| Telephone | 152. |
| Gifts | 726. |
| Leads | 12,250. |
| Licenses and Permits | 3,492. |
| | |
| | |
| | |
| | |
| 48   **Total other expenses.** Enter here and on line 27a . . . . . . . . . . . . . . .   48 | 16,620. |

REV 07/23/23 PRO — Schedule C (Form 1040) 2022

**Debtor 2004 - 0019**

| SCHEDULE E<br>(Form 1040)<br><br>Department of the Treasury<br>Internal Revenue Service | **Supplemental Income and Loss**<br>(From rental real estate, royalties, partnerships, S corporations, estates, trusts, REMICs, etc.)<br>Attach to Form 1040, 1040-SR, 1040-NR, or 1041.<br>Go to *www.irs.gov/ScheduleE* for instructions and the latest information. | OMB No. 1545-0074<br><br>20**22**<br>Attachment<br>Sequence No. **13** |
|---|---|---|

| Name(s) shown on return | Your social security number |
|---|---|
| Alan C Redmond & Shannon Kroemmelbein | ███████ |

### Part I   Income or Loss From Rental Real Estate and Royalties

**Note:** If you are in the business of renting personal property, use **Schedule C**. See instructions. If you are an individual, report farm rental income or loss from **Form 4835** on page 2, line 40.

A  Did you make any payments in 2022 that would require you to file Form(s) 1099? See instructions . . . . . ☒ Yes ☐ No
B  If "Yes," did you or will you file required Form(s) 1099? . . . . . . . . . . . . . . . . . . ☒ Yes ☐ No

**1a**  Physical address of each property (street, city, state, ZIP code)

| | |
|---|---|
| A | 354 Penn St Reading PA 19602 |
| B | 8 Morgan Drive Reading PA 19608 |
| C | |

| 1b Type of Property<br>(from list below) | 2 For each rental real estate property listed above, report the number of fair rental and personal use days. Check the QJV box only if you meet the requirements to file as a qualified joint venture. See instructions. | | Fair Rental Days | Personal Use Days | QJV |
|---|---|---|---|---|---|
| A | 4 | A | 365 | 0 | ☐ |
| B | 4 | B | 275 | 0 | ☐ |
| C | | C | | | ☐ |

**Type of Property:**

1 Single Family Residence       3 Vacation/Short-Term Rental       5 Land       7 Self-Rental
2 Multi-Family Residence        4 Commercial                      6 Royalties   8 Other (describe) _____

| | | | Properties: | | |
|---|---|---|---|---|---|
| | | | **A** | **B** | **C** |
| **Income:** | | | | | |
| 3 | Rents received . . . . . . . . . . . . . . . | 3 | 28,406. | 140,000. | |
| 4 | Royalties received . . . . . . . . . . . . . | 4 | | | |
| **Expenses:** | | | | | |
| 5 | Advertising . . . . . . . . . . . . . . | 5 | | | |
| 6 | Auto and travel (see instructions) . . . . . | 6 | 8,092. | 859. | |
| 7 | Cleaning and maintenance . . . . . . . . . | 7 | | | |
| 8 | Commissions . . . . . . . . . . . . . | 8 | | | |
| 9 | Insurance . . . . . . . . . . . . . . | 9 | 3,832. | 11,631. | |
| 10 | Legal and other professional fees . . . . . . | 10 | | 2,700. | |
| 11 | Management fees . . . . . . . . . . . . | 11 | | | |
| 12 | Mortgage interest paid to banks, etc. (see instructions) | 12 | | | |
| 13 | Other interest . . . . . . . . . . . . | 13 | | | |
| 14 | Repairs . . . . . . . . . . . . . . . | 14 | 3,497. | 14,053. | |
| 15 | Supplies . . . . . . . . . . . . . . | 15 | 4,335. | 511. | |
| 16 | Taxes . . . . . . . . . . . . . . . | 16 | 51,542. | 9,222. | |
| 17 | Utilities . . . . . . . . . . . . . . | 17 | 80,678. | 12,648. | |
| 18 | Depreciation expense or depletion . . . . . . | 18 | 17,478. | 29,794. | |
| 19 | Other (list)   See Line 19 Other Expenses | 19 | 2,976. | 1,966. | |
| 20 | Total expenses. Add lines 5 through 19 . . . . . | 20 | 172,430. | 83,384. | |
| 21 | Subtract line 20 from line 3 (rents) and/or 4 (royalties). If result is a (loss), see instructions to find out if you must file **Form 6198** . . . . . . . . . . . | 21 | -144,024. | 56,616. | |
| 22 | Deductible rental real estate loss after limitation, if any, on **Form 8582** (see instructions) . . . . . . . . | 22 | ( 144,024. )( | )( | ) |

| 23a | Total of all amounts reported on line 3 for all rental properties . . . . . | 23a | 168,406. |
|---|---|---|---|
| b | Total of all amounts reported on line 4 for all royalty properties . . . . . | 23b | |
| c | Total of all amounts reported on line 12 for all properties . . . . . . | 23c | |
| d | Total of all amounts reported on line 18 for all properties . . . . . . | 23d | 47,272. |
| e | Total of all amounts reported on line 20 for all properties . . . . . . | 23e | 255,814. |
| 24 | **Income.** Add positive amounts shown on line 21. **Do not** include any losses . . . . . . | 24 | 56,616. |
| 25 | **Losses.** Add royalty losses from line 21 and rental real estate losses from line 22. Enter total losses here | 25 | ( 144,024. ) |
| 26 | **Total rental real estate and royalty income or (loss).** Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 40 on page 2 do not apply to you, also enter this amount on Schedule 1 (Form 1040), line 5. Otherwise, include this amount in the total on line 41 on page 2 . | 26 | -87,408. |

For Paperwork Reduction Act Notice, see the separate instructions.       NPA       -144,024.       Schedule E (Form 1040) 2022

BAA   REV 07/23/23 PRO

**Debtor 2004 - 0020**

Schedule E (Form 1040) 2022 | Attachment Sequence No. **13** | Page **2**

Name(s) shown on return. Do not enter name and social security number if shown on other side. | Your social security number

Alan C Redmond & Shannon Kroemmelbein | ▇▇▇▇▇▇▇

**Caution:** The IRS compares amounts reported on your tax return with amounts shown on Schedule(s) K-1.

## Part II   Income or Loss From Partnerships and S Corporations

**Note:** If you report a loss, receive a distribution, dispose of stock, or receive a loan repayment from an S corporation, you **must** check the box in column (e) on line 28 and attach the required basis computation. If you report a loss from an at-risk activity for which **any** amount is **not** at risk, you **must** check the box in column (f) on line 28 and attach **Form 6198**. See instructions.

27  Are you reporting any loss not allowed in a prior year due to the at-risk or basis limitations, a prior year unallowed loss from a passive activity (if that loss was not reported on Form 8582), or unreimbursed partnership expenses? If you answered "Yes," see instructions before completing this section . . . . . . . . . . . . . . . . . . ☐ Yes ☒ No

| 28 | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | (e) Check if basis computation is required | (f) Check if any amount is not at risk |
|---|---|---|---|---|---|---|
| A | Bene Market LLC | P | ☐ | 81-2680613 | ☐ | ☐ |
| B | US Trifecta LLC | P | ☐ | 85-2200698 | ☐ | ☐ |
| C | Seguro Medico LLC | P | ☐ | 84-4516926 | ☐ | ☐ |
| D | See line 28 information | | ☐ | | ☐ | ☐ |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (g) Passive loss allowed (attach Form 8582 if required) | (h) Passive income from Schedule K-1 | (i) Nonpassive loss allowed (see Schedule K-1) | (j) Section 179 expense deduction from Form 4562 | (k) Nonpassive income from Schedule K-1 |
| A | | | 484,949. | | |
| B | | | | | 7,848. |
| C | | | 728,573. | 75,697. | 1,969,678. |
| D | 1,340. | | | | 0. |
| 29a Totals | 1,340. | | | | 1,977,526. |
| b Totals | | | 1,213,522. | 75,697. | |

30  Add columns (h) and (k) of line 29a . . . . . . . . . . . **30** | 1,978,866.
31  Add columns (g), (i), and (j) of line 29b . . . . . . . . . **31** ( 1,289,219. )
32  **Total partnership and S corporation income or (loss).** Combine lines 30 and 31 . . . . . **32** | 689,647.

## Part III   Income or Loss From Estates and Trusts

| 33 | (a) Name | (b) Employer identification number |
|---|---|---|
| A | | |
| B | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
| A | | | | |
| B | | | | |
| 34a Totals | | | | |
| b Totals | | | | |

35  Add columns (d) and (f) of line 34a . . . . . . . . . . . **35**
36  Add columns (c) and (e) of line 34b . . . . . . . . . . . **36** ( )
37  **Total estate and trust income or (loss).** Combine lines 35 and 36 . . . . . . . . . **37**

## Part IV   Income or Loss From Real Estate Mortgage Investment Conduits (REMICs)—Residual Holder

| 38 | (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c (see instructions) | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|---|
| | | | | | |

39  Combine columns (d) and (e) only. Enter the result here and include in the total on line 41 below . **39**

## Part V   Summary

40  Net farm rental income or (loss) from **Form 4835**. Also, complete line 42 below . . . . . . . . **40**
41  **Total income or (loss).** Combine lines 26, 32, 37, 39, and 40. Enter the result here and on Schedule 1 (Form 1040), line 5 . . . . . . . . . . . . . . . . . . . . **41** | 602,239.
42  **Reconciliation of farming and fishing income.** Enter your **gross** farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), box 14, code B; Schedule K-1 (Form 1120-S), box 17, code AD; and Schedule K-1 (Form 1041), box 14, code F. See instructions . **42**
43  **Reconciliation for real estate professionals.** If you were a real estate professional (see instructions), enter the net income or (loss) you reported anywhere on Form 1040, Form 1040-SR, or Form 1040-NR from all rental real estate activities in which you materially participated under the passive activity loss rules . . . . . . . . . . . **43**

REV 07/23/23 PRO | Schedule E (Form 1040) 2022

| SCHEDULE SE (Form 1040) | Self-Employment Tax | OMB No. 1545-0074 |
|---|---|---|

**SCHEDULE SE**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

## Self-Employment Tax

Go to *www.irs.gov/ScheduleSE* for instructions and the latest information.
Attach to Form 1040, 1040-SR, or 1040-NR.

OMB No. 1545-0074

**2022**

Attachment
Sequence No. **17**

Name of person with self-employment income (as shown on Form 1040, 1040-SR, or 1040-NR)

Shannon Kroemmelbein

Social security number of person
with **self-employment** income ▮▮▮▮

**Part I    Self-Employment Tax**

**Note:** If your only income subject to self-employment tax is **church employee income**, see instructions for how to report your income and the definition of church employee income.

**A**    If you are a minister, member of a religious order, or Christian Science practitioner **and** you filed Form 4361, but you had $400 or more of **other** net earnings from self-employment, check here and continue with Part I  . . . . . . . . . . . . ☐

Skip lines 1a and 1b if you use the farm optional method in Part II. See instructions.

| | | | |
|---|---|---|---|
| **1a** | Net farm profit or (loss) from Schedule F, line 34, and farm partnerships, Schedule K-1 (Form 1065), box 14, code A . | **1a** | |
| **b** | If you received social security retirement or disability benefits, enter the amount of Conservation Reserve Program payments included on Schedule F, line 4b, or listed on Schedule K-1 (Form 1065), box 20, code AH | **1b** | ( ) |

Skip line 2 if you use the nonfarm optional method in Part II. See instructions.

| | | | |
|---|---|---|---|
| **2** | Net profit or (loss) from Schedule C, line 31; and Schedule K-1 (Form 1065), box 14, code A (other than farming). See instructions for other income to report or if you are a minister or member of a religious order | **2** | 1,313,047. |
| **3** | Combine lines 1a, 1b, and 2 . . . . . . | **3** | 1,313,047. |
| **4a** | If line 3 is more than zero, multiply line 3 by 92.35% (0.9235). Otherwise, enter amount from line 3 . | **4a** | 1,212,599. |
| | **Note:** If line 4a is less than $400 due to Conservation Reserve Program payments on line 1b, see instructions. | | |
| **b** | If you elect one or both of the optional methods, enter the total of lines 15 and 17 here . . . . . | **4b** | |
| **c** | Combine lines 4a and 4b. If less than $400, **stop;** you don't owe self-employment tax. **Exception:** If less than $400 and you had **church employee income,** enter -0- and continue . . . . . . . . | **4c** | 1,212,599. |
| **5a** | Enter your **church employee income** from Form W-2. See instructions for definition of church employee income   . . . . . . . . . . **5a** | | |
| **b** | Multiply line 5a by 92.35% (0.9235). If less than $100, enter -0- . . . . . . . . . | **5b** | 0. |
| **6** | Add lines 4c and 5b . . . . . . . . . . . . . . . . | **6** | 1,212,599. |
| **7** | Maximum amount of combined wages and self-employment earnings subject to social security tax or the 6.2% portion of the 7.65% railroad retirement (tier 1) tax for 2022 . . . | **7** | 147,000 |
| **8a** | Total social security wages and tips (total of boxes 3 and 7 on Form(s) W-2) and railroad retirement (tier 1) compensation. If $147,000 or more, skip lines 8b through 10, and go to line 11 . . . . . . . . . **8a** 52,270. | | |
| **b** | Unreported tips subject to social security tax from Form 4137, line 10 . . . . **8b** | | |
| **c** | Wages subject to social security tax from Form 8919, line 10 . . . . . . **8c** | | |
| **d** | Add lines 8a, 8b, and 8c . . . . . . . . . . . . . . . | **8d** | 52,270. |
| **9** | Subtract line 8d from line 7. If zero or less, enter -0- here and on line 10 and go to line 11 . . . . | **9** | 94,730. |
| **10** | Multiply the **smaller** of line 6 or line 9 by 12.4% (0.124) . . . . . . . . | **10** | 11,747. |
| **11** | Multiply line 6 by 2.9% (0.029) . . . . . . . . . . . . . . | **11** | 35,165. |
| **12** | **Self-employment tax.** Add lines 10 and 11. Enter here and on **Schedule 2 (Form 1040), line 4** . . | **12** | 46,912. |
| **13** | **Deduction for one-half of self-employment tax.** Multiply line 12 by 50% (0.50). Enter here and on **Schedule 1 (Form 1040), line 15** . . . . . . . . . . . . . . . . . **13** 23,456. | | |

**Part II    Optional Methods To Figure Net Earnings (see instructions)**

**Farm Optional Method.** You may use this method **only** if (a) your gross farm income[1] wasn't more than $9,060. **or** (b) your net farm profits[2] were less than $6,540.

| | | | |
|---|---|---|---|
| **14** | Maximum income for optional methods . . . . . . . . . . . . . . | **14** | 6,040 |
| **15** | Enter the **smaller** of: two-thirds (2/3) of gross farm income[1] (not less than zero) or $6,040. Also, include this amount on line 4b above . . . . . . . . . . . . | **15** | |

**Nonfarm Optional Method.** You may use this method **only** if (a) your net nonfarm profits[3] were less than $6,540 and also less than 72.189% of your gross nonfarm income,[4] **and** (b) you had net earnings from self-employment of at least $400 in 2 of the prior 3 years. **Caution:** You may use this method no more than five times.

| | | | |
|---|---|---|---|
| **16** | Subtract line 15 from line 14 . . . . . . . . . . . . . . . | **16** | |
| **17** | Enter the **smaller** of: two-thirds (2/3) of gross nonfarm income[4] (not less than zero) **or** the amount on line 16. Also, include this amount on line 4b above . . . . . . . | **17** | |

[1] From Sch. F, line 9; and Sch. K-1 (Form 1065), box 14, code B.
[2] From Sch. F, line 34; and Sch. K-1 (Form 1065), box 14, code A—minus the amount you would have entered on line 1b had you not used the optional method.
[3] From Sch. C, line 31; and Sch. K-1 (Form 1065), box 14, code A.
[4] From Sch. C, line 7; and Sch. K-1 (Form 1065), box 14, code C.

For Paperwork Reduction Act Notice, see your tax return instructions.      BAA      REV 07/23/23 PRO      Schedule SE (Form 1040) 2022

**Debtor 2004 - 0022**

**Form 4797**

Department of the Treasury
Internal Revenue Service

# Sales of Business Property
(Also Involuntary Conversions and Recapture Amounts
Under Sections 179 and 280F(b)(2))

Attach to your tax return.
Go to www.irs.gov/Form4797 for instructions and the latest information.

OMB No. 1545-0184

**2022**

Attachment
Sequence No. **27**

Name(s) shown on return

Alan C Redmond & Shannon Kroemmelbein

Identifying number

| | | |
|---|---|---|
| **1a** | Enter the gross proceeds from sales or exchanges reported to you for 2022 on Form(s) 1099-B or 1099-S (or substitute statement) that you are including on line 2, 10, or 20. See instructions | **1a** |
| **b** | Enter the total amount of gain that you are including on lines 2, 10, and 24 due to the partial dispositions of MACRS assets. | **1b** |
| **c** | Enter the total amount of loss that you are including on lines 2 and 10 due to the partial dispositions of MACRS assets | **1c** |

### Part I   Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft—Most Property Held More Than 1 Year (see instructions)

| 2 | (a) Description of property | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) Gain or (loss) Subtract (f) from the sum of (d) and (e) |
|---|---|---|---|---|---|---|---|
| | Leasehold Improvements | 06/30/2019 | 06/15/2022 | 0. | 10,018. | 130,237. | -120,219. |
| | From K-1 | | | | | | -34,966. |
| | | | | | | | |
| | | | | | | | |

| | | | |
|---|---|---|---|
| **3** | Gain, if any, from Form 4684, line 39 | **3** | |
| **4** | Section 1231 gain from installment sales from Form 6252, line 26 or 37 | **4** | |
| **5** | Section 1231 gain or (loss) from like-kind exchanges from Form 8824. | **5** | |
| **6** | Gain, if any, from line 32, from other than casualty or theft | **6** | 147,099. |
| **7** | Combine lines 2 through 6. Enter the gain or (loss) here and on the appropriate line as follows | **7** | -8,086. |

**Partnerships and S corporations.** Report the gain or (loss) following the instructions for Form 1065, Schedule K, line 10, or Form 1120-S, Schedule K, line 9. Skip lines 8, 9, 11, and 12 below.

**Individuals, partners, S corporation shareholders, and all others.** If line 7 is zero or a loss, enter the amount from line 7 on line 11 below and skip lines 8 and 9. If line 7 is a gain and you didn't have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain from line 7 as a long-term capital gain on the Schedule D filed with your return and skip lines 8, 9, 11, and 12 below.

| | | | |
|---|---|---|---|
| **8** | Nonrecaptured net section 1231 losses from prior years. See instructions | **8** | |
| **9** | Subtract line 8 from line 7. If zero or less, enter -0-. If line 9 is zero, enter the gain from line 7 on line 12 below. If line 9 is more than zero, enter the amount from line 8 on line 12 below and enter the gain from line 9 as a long-term capital gain on the Schedule D filed with your return. See instructions. | **9** | |

### Part II   Ordinary Gains and Losses (see instructions)

| 10 | Ordinary gains and losses not included on lines 11 through 16 (include property held 1 year or less): | | | | | | |
|---|---|---|---|---|---|---|---|
| | Leasehold Improvements | 06/30/2021 | 06/15/2022 | 0. | 3,464. | 135,083. | -131,619. |
| | | | | | | | |
| | | | | | | | |

| | | | |
|---|---|---|---|
| **11** | Loss, if any, from line 7 | **11** | ( 8,086. ) |
| **12** | Gain, if any, from line 7 or amount from line 8, if applicable | **12** | |
| **13** | Gain, if any, from line 31 | **13** | 0. |
| **14** | Net gain or (loss) from Form 4684, lines 31 and 38a | **14** | |
| **15** | Ordinary gain from installment sales from Form 6252, line 25 or 36 | **15** | |
| **16** | Ordinary gain or (loss) from like-kind exchanges from Form 8824 | **16** | |
| **17** | Combine lines 10 through 16. | **17** | -139,705. |
| **18** | For all except individual returns, enter the amount from line 17 on the appropriate line of your return and skip lines a and b below. For individual returns, complete lines a and b below. | | |
| **a** | If the loss on line 11 includes a loss from Form 4684, line 35, column (b)(ii), enter that part of the loss here. Enter the loss from income-producing property on Schedule A (Form 1040), line 16. (Do not include any loss on property used as an employee.) Identify as from "Form 4797, line 18a." See instructions | **18a** | |
| **b** | Redetermine the gain or (loss) on line 17 excluding the loss, if any, on line 18a. Enter here and on Schedule 1 (Form 1040), Part I, line 4 | **18b** | -139,705. |

For Paperwork Reduction Act Notice, see separate instructions.   **BAA**     REV 07/23/23 PRO     Form **4797** (2022)

**Debtor 2004 - 0023**

Form 4797 (2022)

Page **2**

### Part III — Gain From Disposition of Property Under Sections 1245, 1250, 1252, 1254, and 1255 (see instructions)

| 19 | (a) Description of section 1245, 1250, 1252, 1254, or 1255 property: | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) |
|---|---|---|---|
| A | Building - 354 Penn | 12/30/2020 | 06/15/2022 |
| B | Roof | 06/30/2020 | 06/15/2022 |
| C | | | |
| D | | | |

| | These columns relate to the properties on lines 19A through 19D. | | Property A | Property B | Property C | Property D |
|---|---|---|---|---|---|---|
| 20 | Gross sales price (**Note:** *See line 1a before completing.*) | 20 | 1,450,000. | 57,250. | | |
| 21 | Cost or other basis plus expense of sale | 21 | 1,370,398. | 37,225. | | |
| 22 | Depreciation (or depletion) allowed or allowable | 22 | 45,564. | 1,908. | | |
| 23 | Adjusted basis. Subtract line 22 from line 21 | 23 | 1,324,834. | 35,317. | | |
| 24 | Total gain. Subtract line 23 from line 20 | 24 | 125,166. | 21,933. | | |
| 25 | **If section 1245 property:** | | | | | |
| a | Depreciation allowed or allowable from line 22 | 25a | | | | |
| b | Enter the **smaller** of line 24 or 25a. | 25b | | | | |
| 26 | **If section 1250 property:** If straight line depreciation was used, enter -0- on line 26g, except for a corporation subject to section 291. | | | | | |
| a | Additional depreciation after 1975. See instructions | 26a | 0. | 0. | | |
| b | Applicable percentage multiplied by the **smaller** of line 24 or line 26a. See instructions. | 26b | | | | |
| c | Subtract line 26a from line 24. If residential rental property or line 24 isn't more than line 26a, skip lines 26d and 26e | 26c | 125,166. | 21,933. | | |
| d | Additional depreciation after 1969 and before 1976. | 26d | | | | |
| e | Enter the **smaller** of line 26c or 26d | 26e | | | | |
| f | Section 291 amount (corporations only) | 26f | | | | |
| g | Add lines 26b, 26e, and 26f | 26g | 0. | 0. | | |
| 27 | **If section 1252 property:** Skip this section if you didn't dispose of farmland or if this form is being completed for a partnership. | | | | | |
| a | Soil, water, and land clearing expenses | 27a | | | | |
| b | Line 27a multiplied by applicable percentage. See instructions | 27b | | | | |
| c | Enter the **smaller** of line 24 or 27b | 27c | | | | |
| 28 | **If section 1254 property:** | | | | | |
| a | Intangible drilling and development costs, expenditures for development of mines and other natural deposits, mining exploration costs, and depletion. See instructions | 28a | | | | |
| b | Enter the **smaller** of line 24 or 28a. | 28b | | | | |
| 29 | **If section 1255 property:** | | | | | |
| a | Applicable percentage of payments excluded from income under section 126. See instructions | 29a | | | | |
| b | Enter the **smaller** of line 24 or 29a. See instructions | 29b | | | | |

**Summary of Part III Gains.** Complete property columns A through D through line 29b before going to line 30.

| 30 | Total gains for all properties. Add property columns A through D, line 24 | 30 | 147,099. |
|---|---|---|---|
| 31 | Add property columns A through D, lines 25b, 26g, 27c, 28b, and 29b. Enter here and on line 13 | 31 | 0. |
| 32 | Subtract line 31 from line 30. Enter the portion from casualty or theft on Form 4684, line 33. Enter the portion from other than casualty or theft on Form 4797, line 6 | 32 | 147,099. |

### Part IV — Recapture Amounts Under Sections 179 and 280F(b)(2) When Business Use Drops to 50% or Less (see instructions)

| | | | (a) Section 179 | (b) Section 280F(b)(2) |
|---|---|---|---|---|
| 33 | Section 179 expense deduction or depreciation allowable in prior years. | 33 | | |
| 34 | Recomputed depreciation. See instructions | 34 | | |
| 35 | Recapture amount. Subtract line 34 from line 33. See the instructions for where to report | 35 | | |

REV 07/23/23 PRO

Form **4797** (2022)

Debtor 2004 - 0024

| SCHEDULE 8812<br>(Form 1040)<br><br>Department of the Treasury<br>Internal Revenue Service | **Credits for Qualifying Children<br>and Other Dependents**<br>Attach to Form 1040, 1040-SR, or 1040-NR.<br>Go to *www.irs.gov/Schedule8812* for instructions and the latest information. | OMB No. 1545-0074<br><br>**2022**<br><br>Attachment<br>Sequence No. **47** |
|---|---|---|

| Name(s) shown on return | Your social security number |
|---|---|
| Alan C Redmond & Shannon Kroemmelbein | |

**Part I   Child Tax Credit and Credit for Other Dependents**

| | | | | |
|---|---|---|---|---:|
| 1 | Enter the amount from line 11 of your Form 1040, 1040-SR, or 1040-NR | | **1** | -13,188,144. |
| 2a | Enter income from Puerto Rico that you excluded | **2a** | | |
| b | Enter the amounts from lines 45 and 50 of your Form 2555 | **2b** | 0. | |
| c | Enter the amount from line 15 of your Form 4563 | **2c** | | |
| d | Add lines 2a through 2c | | **2d** | 0. |
| 3 | Add lines 1 and 2d | | **3** | -13,188,144. |
| 4 | Number of qualifying children under age 17 with the required social security number | **4** | 1 | |
| 5 | Multiply line 4 by $2,000 | | **5** | 2,000. |
| 6 | Number of other dependents, including any qualifying children who are not under age 17 or who do not have the required social security number | **6** | 0 | |
| | **Caution:** Do not include yourself, your spouse, or anyone who is not a U.S. citizen, U.S. national, or U.S. resident alien. Also, do not include anyone you included on line 4. | | | |
| 7 | Multiply line 6 by $500 | | **7** | |
| 8 | Add lines 5 and 7 | | **8** | 2,000. |
| 9 | Enter the amount shown below for your filing status.<br>• Married filing jointly—$400,000<br>• All other filing statuses—$200,000 | | **9** | 400,000. |
| 10 | Subtract line 9 from line 3.<br>• If zero or less, enter -0-.<br>• If more than zero and not a multiple of $1,000, enter the next multiple of $1,000. For example, if the result is $425, enter $1,000; if the result is $1,025, enter $2,000, etc. | | **10** | 0. |
| 11 | Multiply line 10 by 5% (0.05) | | **11** | 0. |
| 12 | Is the amount on line 8 more than the amount on line 11? | | **12** | 2,000. |
| | ☐ **No. STOP.** You cannot take the child tax credit, credit for other dependents, or additional child tax credit. Skip Parts II-A and II-B. Enter -0- on lines 14 and 27.<br>☒ **Yes.** Subtract line 11 from line 8. Enter the result. | | | |
| 13 | Enter the amount from the **Credit Limit Worksheet A** | | **13** | 0. |
| 14 | Enter the smaller of line 12 or 13. **This is your child tax credit and credit for other dependents** | | **14** | 0. |
| | Enter this amount on Form 1040, 1040-SR, or 1040-NR, line 19. | | | |

If the amount on line 12 is more than the amount on line 14, you may be able to take the **additional child tax credit** on Form 1040, 1040-SR, or 1040-NR, line 28. Complete your Form 1040, 1040-SR, or 1040-NR through line 27 (also complete Schedule 3, line 11) before completing Part II-A.

For Paperwork Reduction Act Notice, see your tax return instructions.        BAA        REV 07/23/23 PRO        Schedule 8812 (Form 1040) 2022

**Debtor 2004 - 0025**

Schedule 8812 (Form 1040) 2022 — Page **2**

| **Part II-A** | **Additional Child Tax Credit for All Filers** | | |
|---|---|---|---|

Caution: If you file Form 2555, you cannot claim the additional child tax credit.

| | | | |
|---|---|---|---|
| 15 | Check this box if you **do not** want to claim the additional child tax credit. Skip Parts II-A and II-B. Enter -0- on line 27 . . . . . . ☐ | | |
| 16a | Subtract line 14 from line 12. If zero, **stop here**; you cannot take the additional child tax credit. Skip Parts II-A and II-B. Enter -0- on line 27 . . . . . . . . . . . . . . . . . . . | **16a** | 2,000. |
| b | Number of qualifying children under 17 with the required social security number: _____1_____ x $1,500. Enter the result. If zero, **stop here**; you cannot claim the additional child tax credit. Skip Parts II-A and II-B. Enter -0- on line 27 . . . . . . . . . . . . . . . . . . . . . | **16b** | 1,500. |
| | TIP: The number of children you use for this line is the same as the number of children you used for line 4. | | |
| 17 | Enter the **smaller** of line 16a or line 16b . . . . . . . . . . . . . . . . | **17** | 1,500. |
| 18a | Earned income (see instructions) . . . . . . . . . . . . . . . . . **18a** 1,016,291. | | |
| b | Nontaxable combat pay (see instructions) . . . . . . . **18b** | | |
| 19 | Is the amount on line 18a more than $2,500? | | |
| | ☐ **No.** Leave line 19 blank and enter -0- on line 20. | | |
| | ☒ **Yes.** Subtract $2,500 from the amount on line 18a. Enter the result . . . **19** 1,013,791. | | |
| 20 | Multiply the amount on line 19 by 15% (0.15) and enter the result . . . . . . . . . . . . . . | **20** | 152,069. |
| | Next. On line 16b, is the amount $4,500 or more? | | |
| | ☒ **No.** If you are a bona fide resident of Puerto Rico, go to line 21. Otherwise, skip Part II-B and enter the **smaller** of line 17 or line 20 on line 27. | | |
| | ☐ **Yes.** If line 20 is equal to or more than line 17, skip Part II-B and enter the amount from line 17 on line 27. Otherwise, go to line 21. | | |

| **Part II-B** | **Certain Filers Who Have Three or More Qualifying Children and Bona Fide Residents of Puerto Rico** | | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 21 | Withheld social security, Medicare, and Additional Medicare taxes from Form(s) W-2, boxes 4 and 6. If married filing jointly, include your spouse's amounts with yours. If your employer withheld or you paid Additional Medicare Tax or tier 1 RRTA taxes, see instructions . . . . . . . . . . . . . . . . . . | **21** | |
| 22 | Enter the total of the amounts from Schedule 1 (Form 1040), line 15; Schedule 2 (Form 1040), line 5; Schedule 2 (Form 1040), line 6; and Schedule 2 (Form 1040), line 13 . | **22** | |
| 23 | Add lines 21 and 22 . . . . . . . . . . . . . . . . . . . . | **23** | |
| 24 | **1040 and 1040-SR filers:** Enter the total of the amounts from Form 1040 or 1040-SR, line 27, and Schedule 3 (Form 1040), line 11. **1040-NR filers:** Enter the amount from Schedule 3 (Form 1040), line 11. | **24** | |
| 25 | Subtract line 24 from line 23. If zero or less, enter -0- . . . . . . . . . . . . . | **25** | |
| 26 | Enter the **larger** of line 20 or line 25 . . . . . . . . . . . . . . . | **26** | |
| | Next, enter the **smaller** of line 17 or line 26 on line 27. | | |

| **Part II-C** | **Additional Child Tax Credit** | | |
|---|---|---|---|
| 27 | This is your additional child tax credit. Enter this amount on Form 1040, 1040-SR, or 1040-NR, line 28 . . | **27** | 1,500. |

BAA    REV 07/23/23 PRO    Schedule 8812 (Form 1040) 2022

**Debtor 2004 - 0026**

Form **8995**

Department of the Treasury
Internal Revenue Service

## Qualified Business Income Deduction
## Simplified Computation

Attach to your tax return.

Go to *www.irs.gov/Form8995* for instructions and the latest information.

OMB No. 1545-2294

**2022**

Attachment
Sequence No. **55**

Name(s) shown on return

Alan C Redmond & Shannon Kroemmelbein

Your taxpayer identification number

███████████

**Note.** You can claim the qualified business income deduction **only** if you have qualified business income from a qualified trade or business, real estate investment trust dividends, publicly traded partnership income, or a domestic production activities deduction passed through from an agricultural or horticultural cooperative. See instructions.

Use this form if your taxable income, before your qualified business income deduction, is at or below $170,050 ($340,100 if married filing jointly), and you aren't a patron of an agricultural or horticultural cooperative.

| 1 | (a) Trade, business, or aggregation name | (b) Taxpayer identification number | (c) Qualified business income or (loss) |
|---|---|---|---|
| i | Bene Market LLC | 81-2680613 | -519,915. |
| ii | Alan C Redmond | ████████ | 168,981. |
| iii | Alan C Redmond | ████████ | -248,763. |
| iv | US Trifecta LLC | 85-2200698 | 7,848. |
| v | See Stmt. | | |

| | | | | |
|---|---|---|---|---|
| 2 | Total qualified business income or (loss). Combine lines 1i through 1v, column (c) | 2 | -1,193,161. | |
| 3 | Qualified business net (loss) carryforward from the prior year | 3 | ( 17,850,543.) | |
| 4 | Total qualified business income. Combine lines 2 and 3. If zero or less, enter -0- | 4 | 0. | |
| 5 | Qualified business income component. Multiply line 4 by 20% (0.20) | | | 5 | 0. |
| 6 | Qualified REIT dividends and publicly traded partnership (PTP) income or (loss) (see instructions) | 6 | | |
| 7 | Qualified REIT dividends and qualified PTP (loss) carryforward from the prior year | 7 | ( ) | |
| 8 | Total qualified REIT dividends and PTP income. Combine lines 6 and 7. If zero or less, enter -0- | 8 | | |
| 9 | REIT and PTP component. Multiply line 8 by 20% (0.20) | | | 9 | |
| 10 | Qualified business income deduction before the income limitation. Add lines 5 and 9 | | | 10 | 0. |
| 11 | Taxable income before qualified business income deduction (see instructions) | 11 | 0. | |
| 12 | Net capital gain (see instructions) | 12 | 0. | |
| 13 | Subtract line 12 from line 11. If zero or less, enter -0- | 13 | 0. | |
| 14 | Income limitation. Multiply line 13 by 20% (0.20) | | | 14 | 0. |
| 15 | Qualified business income deduction. Enter the smaller of line 10 or line 14. Also enter this amount on the applicable line of your return (see instructions) | | | 15 | 0. |
| 16 | Total qualified business (loss) carryforward. Combine lines 2 and 3. If greater than zero, enter -0- | | | 16 | ( 19,043,704.) |
| 17 | Total qualified REIT dividends and PTP (loss) carryforward. Combine lines 6 and 7. If greater than zero, enter -0- | | | 17 | ( 0.) |

For Privacy Act and Paperwork Reduction Act Notice, see instructions.

REV 07/23/23 PRO

Form **8995** (2022)

Debtor 2004 - 0027

# Form 8867

(Rev. November 2022)

Department of the Treasury
Internal Revenue Service

## Paid Preparer's Due Diligence Checklist

Earned Income Credit (EIC), American Opportunity Tax Credit (AOTC),
Child Tax Credit (CTC) (including the Additional Child Tax Credit (ACTC) and
Credit for Other Dependents (ODC)), and Head of Household (HOH) Filing Status

**To be completed by preparer and filed with Form 1040, 1040-SR, 1040-NR, 1040-PR, or 1040-SS.**
**Go to www.irs.gov/Form8867 for instructions and the latest information.**

OMB No. 1545-0074

For tax year
20 _____

Attachment
Sequence No. **70**

| Taxpayer name(s) shown on return | Taxpayer identification number |
|---|---|
| Alan C Redmond & Shannon Kroemmelbein | ▆▆▆▆▆▆▆▆ |
| Preparer's name | Preparer tax identification number |
| C. Malcolm Smith, III, CPA, CITP | P00167500 |

## Part I — Due Diligence Requirements

Please check the appropriate box for the credit(s) and/or HOH filing status claimed on the return and complete the related Parts I–V for the benefit(s) claimed (check all that apply).   ☐ EIC   ☒ CTC/ACTC/ODC   ☐ AOTC   ☐ HOH

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1 | Did you complete the return based on information for the applicable tax year provided by the taxpayer or reasonably obtained by you? (See instructions if relying on prior year earned income.) | ☒ | ☐ | |
| 2 | If credits are claimed on the return, did you complete the applicable EIC and/or CTC/ACTC/ODC worksheets found in the Form 1040, 1040-SR, 1040-NR, 1040-PR, 1040-SS, or Schedule 8812 (Form 1040) instructions, and/or the AOTC worksheet found in the Form 8863 instructions, or your own worksheet(s) that provides the same information, and all related forms and schedules for each credit claimed? | ☒ | ☐ | ☐ |
| 3 | Did you satisfy the knowledge requirement? To meet the knowledge requirement, you must do both of the following. <br> • Interview the taxpayer, ask questions, and contemporaneously document the taxpayer's responses to determine that the taxpayer is eligible to claim the credit(s) and/or HOH filing status. <br> • Review information to determine that the taxpayer is eligible to claim the credit(s) and/or HOH filing status and to figure the amount(s) of any credit(s) | ☒ | ☐ | |
| 4 | Did any information provided by the taxpayer or a third party for use in preparing the return, or information reasonably known to you, appear to be incorrect, incomplete, or inconsistent? (If "Yes," answer questions 4a and 4b. If "No," go to question 5.) | ☐ | ☒ | |
| a | Did you make reasonable inquiries to determine the correct, complete, and consistent information? | ☐ | ☐ | |
| b | Did you contemporaneously document your inquiries? (Documentation should include the questions you asked, whom you asked, when you asked, the information that was provided, and the impact the information had on your preparation of the return.) | ☐ | ☐ | |
| 5 | Did you satisfy the record retention requirement? To meet the record retention requirement, you must keep a copy of your documentation referenced in question 4b, a copy of this Form 8867, a copy of any applicable worksheet(s), a record of how, when, and from whom the information used to prepare Form 8867 and any applicable worksheet(s) was obtained, and a copy of any document(s) provided by the taxpayer that you relied on to determine eligibility for the credit(s) and/or HOH filing status or to figure the amount(s) of the credit(s) | ☒ | ☐ | |
| | List those documents provided by the taxpayer, if any, that you relied on: <br><br> _____ <br><br> _____ | | | |
| 6 | Did you ask the taxpayer whether he/she could provide documentation to substantiate eligibility for the credit(s) and/or HOH filing status and the amount(s) of any credit(s) claimed on the return if his/her return is selected for audit? | ☒ | ☐ | |
| 7 | Did you ask the taxpayer if any of these credits were disallowed or reduced in a previous year? <br> **(If credits were disallowed or reduced, go to question 7a; if not, go to question 8.)** | ☒ | ☐ | ☐ |
| a | Did you complete the required recertification Form 8862? | ☐ | ☐ | ☐ |
| 8 | If the taxpayer is reporting self-employment income, did you ask questions to prepare a complete and correct Schedule C (Form 1040)? | ☒ | ☐ | ☐ |

**For Paperwork Reduction Act Notice, see separate instructions.**   REV 07/23/23 PRO   Form **8867** (Rev. 11-2022)

**Debtor 2004 - 0028**

Form 8867 (Rev. 11-2022)                                                                                                          Page **2**

| **Part II** | Due Diligence Questions for Returns Claiming EIC (If the return does not claim EIC, go to Part III.) | Yes | No | N/A |
|---|---|---|---|---|
| 9a | Have you determined that the taxpayer is eligible to claim the EIC for the number of qualifying children claimed, or is eligible to claim the EIC without a qualifying child? **(If the taxpayer is claiming the EIC and does not have a qualifying child, go to question 10.)** | ☐ | ☐ | |
| b | Did you ask the taxpayer if the child lived with the taxpayer for over half of the year, even if the taxpayer has supported the child the entire year? | ☐ | ☐ | |
| c | Did you explain to the taxpayer the rules about claiming the EIC when a child is the qualifying child of more than one person (tiebreaker rules)? | ☐ | ☐ | ☐ |

| **Part III** | Due Diligence Questions for Returns Claiming CTC/ACTC/ODC (If the return does not claim CTC, ACTC, or ODC, go to Part IV.) | Yes | No | N/A |
|---|---|---|---|---|
| 10 | Have you determined that each qualifying person for the CTC/ACTC/ODC is the taxpayer's dependent who is a citizen, national, or resident of the United States? | ☒ | ☐ | |
| 11 | Did you explain to the taxpayer that he/she may not claim the CTC/ACTC if the child has not lived with the taxpayer for over half of the year, even if the taxpayer has supported the child, unless the child's custodial parent has released a claim to exemption for the child? | ☒ | ☐ | ☐ |
| 12 | Did you explain to the taxpayer the rules about claiming the CTC/ACTC/ODC for a child of divorced or separated parents (or parents who live apart), including any requirement to attach a Form 8332 or similar statement to the return? | ☒ | ☐ | ☐ |

| **Part IV** | Due Diligence Questions for Returns Claiming AOTC (If the return does not claim AOTC, go to Part V.) | Yes | No |
|---|---|---|---|
| 13 | Did the taxpayer provide substantiation for the credit, such as a Form 1098-T and/or receipts for the qualified tuition and related expenses for the claimed AOTC? | ☐ | ☐ |

| **Part V** | Due Diligence Questions for Claiming HOH (If the return does not claim HOH filing status, go to Part VI.) | Yes | No |
|---|---|---|---|
| 14 | Have you determined that the taxpayer was unmarried or considered unmarried on the last day of the tax year and provided more than half of the cost of keeping up a home for the year for a qualifying person? | ☐ | ☐ |

**Part VI**    Eligibility Certification

**You will have complied with all due diligence requirements for claiming the applicable credit(s) and/or HOH filing status on the return of the taxpayer identified above if you:**

    A. Interview the taxpayer, ask adequate questions, contemporaneously document the taxpayer's responses on the return or in your notes, review adequate information to determine if the taxpayer is eligible to claim the credit(s) and/or HOH filing status and to figure the amount(s) of the credit(s);

    B. Complete this Form 8867 truthfully and accurately and complete the actions described in this checklist for any applicable credit(s) claimed and HOH filing status, if claimed;

    C. Submit Form 8867 in the manner required; **and**

    D. Keep all five of the following records for 3 years from the latest of the dates specified in the Form 8867 instructions under *Document Retention.*

        1. A copy of this Form 8867.

        2. The applicable worksheet(s) or your own worksheet(s) for any credit(s) claimed.

        3. Copies of any documents provided by the taxpayer on which you relied to determine the taxpayer's eligibility for the credit(s) and/or HOH filing status and to figure the amount(s) of the credit(s).

        4. A record of how, when, and from whom the information used to prepare this form and the applicable worksheet(s) was obtained.

        5. A record of any additional information you relied upon, including questions you asked and the taxpayer's responses, to determine the taxpayer's eligibility for the credit(s) and/or HOH filing status and to figure the amount(s) of the credit(s).

**If you have not complied with all due diligence requirements, you may have to pay a penalty for each failure to comply related to a claim of an applicable credit or HOH filing status (see instructions for more information).**

| | | Yes | No |
|---|---|---|---|
| 15 | Do you certify that all of the answers on this Form 8867 are, to the best of your knowledge, true, correct, and complete? | ☒ | ☐ |

REV 07/23/23 PRO                                                          Form **8867** (Rev. 11-2022)

**Debtor 2004 - 0029**

# Form 8959 — Additional Medicare Tax

**Form 8959**

Department of the Treasury
Internal Revenue Service

**Additional Medicare Tax**

If any line does not apply to you, leave it blank. See separate instructions.
Attach to Form 1040, 1040-SR, 1040-NR, 1040-PR, or 1040-SS.
Go to www.irs.gov/Form8959 for instructions and the latest information.

OMB No. 1545-0074

**2022**

Attachment Sequence No. **71**

Name(s) shown on return: Alan C Redmond & Shannon Kroemmelbein

Your social security number: ▮▮▮▮

## Part I — Additional Medicare Tax on Medicare Wages

| # | Description | | Amount |
|---|---|---|---|
| 1 | Medicare wages and tips from Form W-2, box 5. If you have more than one Form W-2, enter the total of the amounts from box 5 | 1 | 52,270. |
| 2 | Unreported tips from Form 4137, line 6 | 2 | |
| 3 | Wages from Form 8919, line 6 | 3 | |
| 4 | Add lines 1 through 3 | 4 | 52,270. |
| 5 | Enter the following amount for your filing status: Married filing jointly $250,000; Married filing separately $125,000; Single, Head of household, or Qualifying surviving spouse $200,000 | 5 | 250,000. |
| 6 | Subtract line 5 from line 4. If zero or less, enter -0- | 6 | 0. |
| 7 | Additional Medicare Tax on Medicare wages. Multiply line 6 by 0.9% (0.009). Enter here and go to Part II | 7 | 0. |

## Part II — Additional Medicare Tax on Self-Employment Income

| # | Description | | Amount |
|---|---|---|---|
| 8 | Self-employment income from Schedule SE (Form 1040), Part I, line 6. If you had a loss, enter -0- (Form 1040-PR or 1040-SS filers, see instructions.) | 8 | 1,212,599. |
| 9 | Enter the following amount for your filing status: Married filing jointly $250,000; Married filing separately $125,000; Single, Head of household, or Qualifying surviving spouse $200,000 | 9 | 250,000. |
| 10 | Enter the amount from line 4 | 10 | 52,270. |
| 11 | Subtract line 10 from line 9. If zero or less, enter -0- | 11 | 197,730. |
| 12 | Subtract line 11 from line 8. If zero or less, enter -0- | 12 | 1,014,869. |
| 13 | Additional Medicare Tax on self-employment income. Multiply line 12 by 0.9% (0.009). Enter here and go to Part III | 13 | 9,134. |

## Part III — Additional Medicare Tax on Railroad Retirement Tax Act (RRTA) Compensation

| # | Description | | Amount |
|---|---|---|---|
| 14 | Railroad retirement (RRTA) compensation and tips from Form(s) W-2, box 14 (see instructions) | 14 | |
| 15 | Enter the following amount for your filing status: Married filing jointly $250,000; Married filing separately $125,000; Single, Head of household, or Qualifying surviving spouse $200,000 | 15 | |
| 16 | Subtract line 15 from line 14. If zero or less, enter -0- | 16 | |
| 17 | Additional Medicare Tax on railroad retirement (RRTA) compensation. Multiply line 16 by 0.9% (0.009). Enter here and go to Part IV | 17 | |

## Part IV — Total Additional Medicare Tax

| # | Description | | Amount |
|---|---|---|---|
| 18 | Add lines 7, 13, and 17. Also include this amount on Schedule 2 (Form 1040), line 11 (Form 1040-PR or 1040-SS filers, see instructions), and go to Part V | 18 | 9,134. |

## Part V — Withholding Reconciliation

| # | Description | | Amount |
|---|---|---|---|
| 19 | Medicare tax withheld from Form W-2, box 6. If you have more than one Form W-2, enter the total of the amounts from box 6 | 19 | 758. |
| 20 | Enter the amount from line 1 | 20 | 52,270. |
| 21 | Multiply line 20 by 1.45% (0.0145). This is your regular Medicare tax withholding on Medicare wages | 21 | 758. |
| 22 | Subtract line 21 from line 19. If zero or less, enter -0-. This is your Additional Medicare Tax withholding on Medicare wages | 22 | 0. |
| 23 | Additional Medicare Tax withholding on railroad retirement (RRTA) compensation from Form W-2, box 14 (see instructions) | 23 | |
| 24 | **Total Additional Medicare Tax withholding.** Add lines 22 and 23. Also include this amount with federal income tax withholding on Form 1040, 1040-SR, or 1040-NR, line 25c (Form 1040-PR or 1040-SS filers, see instructions) | 24 | 0. |

For Paperwork Reduction Act Notice, see your tax return instructions.   BAA   REV 07/23/23 PRO   Form **8959** (2022)

Debtor 2004 - 0030

| Form **4562** | | **Depreciation and Amortization**<br>(Including Information on Listed Property)<br>Attach to your tax return.<br>Go to *www.irs.gov/Form4562* for instructions and the latest information. | OMB No. 1545-0172 |
|---|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | | | **2022**<br>Attachment<br>Sequence No. **179** |

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| Alan C Redmond & Shannon Kroemmelbein | Sch E 8 Morgan Drive | |

**Part I  Election To Expense Certain Property Under Section 179**
Note: If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) | 1 | 1,080,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | 3 | 2,700,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 . . . . . . . .   **7** | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | 9 | |
| 10 | Carryover of disallowed deduction from line 13 of your 2021 Form 4562 | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instructions | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | 12 | |
| 13 | Carryover of disallowed deduction to 2023. Add lines 9 and 10, less line 12 . **13** | | |

Note: Don't use Part II or Part III below for listed property. Instead, use Part V.

**Part II  Special Depreciation Allowance and Other Depreciation (Don't** include listed property. See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions. | 14 | |
| 15 | Property subject to section 168(f)(1) election | 15 | |
| 16 | Other depreciation (including ACRS) | 16 | |

**Part III  MACRS Depreciation (Don't** include listed property. See instructions.)

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2022 | 17 | |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here . . . . . ☐ | | |

**Section B—Assets Placed in Service During 2022 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only—see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real property | 03/22 | 1,467,723. | 39 yrs. | MM | S/L | 29,794. |
| | | | | MM | S/L | |

**Section C—Assets Placed in Service During 2022 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  30-year | | | 30 yrs. | MM | S/L | |
| d  40-year | | | 40 yrs. | MM | S/L | |

**Part IV  Summary** (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | 21 | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations—see instructions | 22 | 29,794. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs . **23** | | |

For Paperwork Reduction Act Notice, see separate instructions.       BAA      REV 07/23/23 PRO          Form **4562** (2022)

Debtor 2004 - 0031

| Form **4562** | **Depreciation and Amortization** | OMB No. 1545-0172 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | (Including Information on Listed Property) Attach to your tax return. Go to *www.irs.gov/Form4562* for instructions and the latest information. | **2022** Attachment Sequence No. **179** |

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| Alan C Redmond & Shannon Kroemmelbein | Section 179 Summary | ▮▮▮ |

### Part I  Election To Expense Certain Property Under Section 179
**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) | 1 | 1,080,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) | 2 | 0. |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | 3 | 2,700,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | 0. |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | 1,080,000. |

| 6 (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|
| from Schedule K-1 | | 75,697. |
| | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | **7** | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | 75,697. |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | 9 | 75,697. |
| 10 | Carryover of disallowed deduction from line 13 of your 2021 Form 4562 | 10 | 0. |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instructions | 11 | 1,080,000. |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | 12 | 75,697. |
| 13 | Carryover of disallowed deduction to 2023. Add lines 9 and 10, less line 12 . | **13** | 0. |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

### Part II  Special Depreciation Allowance and Other Depreciation (Don't include listed property. See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions | 14 | |
| 15 | Property subject to section 168(f)(1) election | 15 | |
| 16 | Other depreciation (including ACRS) | 16 | |

### Part III  MACRS Depreciation (Don't include listed property. See instructions.)
**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2022 | 17 | |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here | ☐ | |

**Section B—Assets Placed in Service During 2022 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only—see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

**Section C—Assets Placed in Service During 2022 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  30-year | | | 30 yrs. | MM | S/L | |
| d  40-year | | | 40 yrs. | MM | S/L | |

### Part IV  Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | 21 | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations—see instructions | 22 | |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | **23** | |

For Paperwork Reduction Act Notice, see separate instructions.   BAA   REV 07/23/23 PRO   Form **4562** (2022)

Debtor 2004 - 0032

| Form **7203** | S Corporation Shareholder Stock and Debt Basis Limitations | OMB No. 1545-2302 |
|---|---|---|
| (Rev. December 2022) Department of the Treasury Internal Revenue Service | Attach to your tax return. Go to *www.irs.gov/Form7203* for instructions and the latest information. | Attachment Sequence No. **203** |

| Name of shareholder | Identifying number |
|---|---|
| Shannon Kroemmelbein | ▮▮▮▮▮ |

| **A** Name of S corporation | **B** Employer identification number |
|---|---|
| Digital Bridge Network Corporation | 87-1434775 |

**C** Stock block (see instructions): _____

**D** Check applicable box(es) to indicate how stock was acquired:

(1) ☐ Original shareholder   (2) ☐ Purchased   (3) ☐ Inherited   (4) ☐ Gift   (5) ☐ Other: _____

**E** Check if you have a Regulations section 1.1367-1(g) election in effect during the tax year for this S corporation . . . . . . ☐

### Part I  Shareholder Stock Basis

| | | | |
|---|---|---|---:|
| 1 | Stock basis at the beginning of the corporation's tax year | **1** | 1,474. |
| 2 | Basis from any capital contributions made or additional stock acquired during the tax year | **2** | |
| 3a | Ordinary business income (enter losses in Part III) | **3a** | |
| b | Net rental real estate income (enter losses in Part III) | **3b** | |
| c | Other net rental income (enter losses in Part III) | **3c** | |
| d | Interest income | **3d** 149. | |
| e | Ordinary dividends | **3e** | |
| f | Royalties | **3f** | |
| g | Net capital gains (enter losses in Part III) | **3g** | |
| h | Net section 1231 gain (enter losses in Part III) | **3h** | |
| i | Other income (enter losses in Part III) | **3i** | |
| j | Excess depletion adjustment | **3j** | |
| k | Tax-exempt income | **3k** | |
| l | Recapture of business credits | **3l** | |
| m | Other items that increase stock basis | **3m** | |
| 4 | Add lines 3a through 3m | **4** | 149. |
| 5 | Stock basis before distributions. Add lines 1, 2, and 4 | **5** | 1,623. |
| 6 | Distributions (excluding dividend distributions) | **6** | |

> **Note:** If line 6 is larger than line 5, subtract line 5 from line 6 and report the result as a capital gain on Form 8949 and Schedule D. See instructions.

| | | | |
|---|---|---|---:|
| 7 | Stock basis after distributions. Subtract line 6 from line 5. If the result is zero or less, enter -0-, skip lines 8 through 14, and enter -0- on line 15 | **7** | 1,623. |
| 8a | Nondeductible expenses | **8a** | |
| b | Depletion for oil and gas | **8b** | |
| c | Business credits (sections 50(c)(1) and (5)) | **8c** | |
| 9 | Add lines 8a through 8c | **9** | |
| 10 | Stock basis before loss and deduction items. Subtract line 9 from line 7. If the result is zero or less, enter -0-, skip lines 11 through 14, and enter -0- on line 15 | **10** | 1,623. |
| 11 | Allowable loss and deduction items. Enter the amount from line 47, column (c) | **11** | 0. |
| 12 | Debt basis restoration (see net increase in instructions for line 23) | **12** | 0. |
| 13 | Other items that decrease stock basis | **13** | |
| 14 | Add lines 11, 12, and 13 | **14** | 0. |
| 15 | **Stock basis at the end of the corporation's tax year.** Subtract line 14 from line 10. If the result is zero or less, enter -0- | **15** | 1,623. |

### Part II  Shareholder Debt Basis

#### Section A—Amount of Debt (If more than three debts, see instructions.)

| Description | (a) Debt 1 ☐ Formal note ☐ Open account | (b) Debt 2 ☐ Formal note ☐ Open account | (c) Debt 3 ☐ Formal note ☐ Open account | (d) Total |
|---|---|---|---|---|
| 16 Loan balance at the beginning of the corporation's tax year | | | | |
| 17 Additional loans (see instructions) | | | | |
| 18 Loan balance before repayment. Add lines 16 and 17 | | | | |
| 19 Principal portion of debt repayment (this line doesn't include interest) | | | | |
| 20 Loan balance at the end of the corporation's tax year. Subtract line 19 from line 18 | | | | |

For Paperwork Reduction Act Notice, see separate instructions.    BAA    REV 07/23/23 PRO    Form **7203** (Rev. 12-2022)

**Debtor 2004 - 0033**

Form 7203 (Rev. 12-2022)    Page **2**

## Part II    Shareholder Debt Basis *(continued)*

### Section B—Adjustments to Debt Basis

| Description | (a) Debt 1 | (b) Debt 2 | (c) Debt 3 | (d) Total |
|---|---|---|---|---|
| 21 Debt basis at the beginning of the corporation's tax year | | | | |
| 22 Enter the amount, if any, from line 17 | | | | |
| 23 Debt basis restoration (see instructions) | | | | 0. |
| 24 Debt basis before repayment. Add lines 21, 22, and 23 | | | | |
| 25 Divide line 24 by line 18 | | | | |
| 26 Nontaxable debt repayment. Multiply line 25 by line 19 | | | | |
| 27 Debt basis before nondeductible expenses and losses. Subtract line 26 from line 24 | | | | |
| 28 Nondeductible expenses and oil and gas depletion deductions in excess of stock basis | | | | 0. |
| 29 Debt basis before losses and deductions. Subtract line 28 from line 27. If the result is zero or less, enter -0- | | | | |
| 30 Allowable losses in excess of stock basis. Enter the amount from line 47, column (d) | | | | 0. |
| 31 **Debt basis at the end of the corporation's tax year.** Subtract line 30 from line 29. If the result is zero or less, enter -0- | | | | |

### Section C—Gain on Loan Repayment

| | | | | |
|---|---|---|---|---|
| 32 Repayment. Enter the amount from line 19 | | | | |
| 33 Nontaxable repayments. Enter the amount from line 26 | | | | |
| 34 **Reportable gain.** Subtract line 33 from line 32 | | | | |

## Part III    Shareholder Allowable Loss and Deduction Items

| Description | (a) Current year losses and deductions | (b) Carryover amounts (column (e)) from the previous year | (c) Allowable loss from stock basis | (d) Allowable loss from debt basis | (e) Carryover amounts |
|---|---|---|---|---|---|
| 35 Ordinary business loss | | 0. | 0. | | 0. |
| 36 Net rental real estate loss | | 0. | 0. | | 0. |
| 37 Other net rental loss | | 0. | 0. | | 0. |
| 38 Net capital loss | | 0. | 0. | | 0. |
| 39 Net section 1231 loss | | 0. | 0. | | 0. |
| 40 Other loss | | 0. | 0. | | 0. |
| 41 Section 179 deductions | | 0. | 0. | | 0. |
| 42 Charitable contributions | | 0. | 0. | | 0. |
| 43 Investment interest expense | | 0. | 0. | | 0. |
| 44 Section 59(e)(2) expenditures | | 0. | 0. | | 0. |
| 45 Other deductions | | 0. | 0. | | 0. |
| 46 Foreign taxes paid or accrued | | 0. | 0. | | 0. |
| 47 **Total loss.** Add lines 35 through 46 for each column. Enter the total loss in column (c) on line 11 and enter the total loss in column (d) on line 30 | 0. | | 0. | 0. | 0. |

BAA    REV 07/23/23 PRO    Form **7203** (Rev. 12-2022)

**Debtor 2004 - 0034**

Form **8582**

Department of the Treasury
Internal Revenue Service

## Passive Activity Loss Limitations

See separate instructions.
Attach to Form 1040, 1040-SR, or 1041.
Go to *www.irs.gov/Form8582* for instructions and the latest information.

OMB No. 1545-1008

**2022**

Attachment
Sequence No. **858**

Name(s) shown on return

Alan C Redmond & Shannon Kroemmelbein

Identifying number

| **Part I** | **2022 Passive Activity Loss** |
|---|---|

**Caution:** Complete Parts IV and V before completing Part I.

**Rental Real Estate Activities With Active Participation** (For the definition of active participation, see *Special Allowance for Rental Real Estate Activities* in the instructions.)

| | | | |
|---|---|---|---|
| 1a | Activities with net income (enter the amount from Part IV, column (a)) . . . | **1a** | 56,616. |
| b | Activities with net loss (enter the amount from Part IV, column (b)) . . . . . | **1b** ( | 0. ) |
| c | Prior years' unallowed losses (enter the amount from Part IV, column (c)) . . | **1c** ( | ) |
| d | Combine lines 1a, 1b, and 1c . . . . . . . . . . . . . . . . . . . | **1d** | 56,616. |

**All Other Passive Activities**

| | | | |
|---|---|---|---|
| 2a | Activities with net income (enter the amount from Part V, column (a)) . . . | **2a** | 1,340. |
| b | Activities with net loss (enter the amount from Part V, column (b)) . . . . . | **2b** ( | 0. ) |
| c | Prior years' unallowed losses (enter the amount from Part V, column (c)) . . | **2c** ( | ) |
| d | Combine lines 2a, 2b, and 2c . . . . . . . . . . . . . . . . . . | **2d** | 1,340. |
| 3 | Combine lines 1d and 2d. If this line is zero or more, stop here and include this form with your return; all losses are allowed, including any prior year unallowed losses entered on line 1c or 2c. Report the losses on the forms and schedules normally used . . . . . . . . . . . . . . . | **3** | 57,956. |

If line 3 is a loss and:
- Line 1d is a loss, go to Part II.
- Line 2d is a loss (and line 1d is zero or more), skip Part II and go to line 10.

**Caution:** If your filing status is married filing separately and you lived with your spouse at any time during the year, **do not** complete Part II. Instead, go to line 10.

| **Part II** | **Special Allowance for Rental Real Estate Activities With Active Participation** |
|---|---|

**Note:** Enter all numbers in Part II as positive amounts. See instructions for an example.

| | | | | |
|---|---|---|---|---|
| 4 | Enter the **smaller** of the loss on line 1d or the loss on line 3 . . . . . . . . . . | | **4** | |
| 5 | Enter $150,000. If married filing separately, see instructions . . . . . . | **5** | | |
| 6 | Enter modified adjusted gross income, but not less than zero. See instructions | **6** | | |
| | **Note:** If line 6 is greater than or equal to line 5, skip lines 7 and 8 and enter -0- on line 9. Otherwise, go to line 7. | | | |
| 7 | Subtract line 6 from line 5 . . . . . . . . . . | **7** | | |
| 8 | Multiply line 7 by 50% (0.50). **Do not** enter more than $25,000. If married filing separately, see instructions | | **8** | |
| 9 | Enter the **smaller** of line 4 or line 8 . . . . . . . . . . . . . . . . . . . | | **9** | 0. |

| **Part III** | **Total Losses Allowed** |
|---|---|

| | | | |
|---|---|---|---|
| 10 | Add the income, if any, on lines 1a and 2a and enter the total . . . . . . . . . . | **10** | |
| 11 | **Total losses allowed from all passive activities for 2022.** Add lines 9 and 10. See instructions to find out how to report the losses on your tax return . . . . . . . . . . . . . . . . . . | **11** | |

| **Part IV** | **Complete This Part Before Part I, Lines 1a, 1b, and 1c.** See instructions. |
|---|---|

| Name of activity | Current year | | Prior years | Overall gain or loss | |
|---|---|---|---|---|---|
| | **(a)** Net income (line 1a) | **(b)** Net loss (line 1b) | **(c)** Unallowed loss (line 1c) | **(d)** Gain | **(e)** Loss |
| 8 Morgan Drive | 56,616. | 0. | | 56,616. | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **Total.** Enter on Part I, lines 1a, 1b, and 1c | 56,616. | 0. | | | |

For Paperwork Reduction Act Notice, see instructions.    BAA    REV 07/23/23 PRO    Form **8582** (2022)

**Debtor 2004 - 0035**

Form 8582 (2022)

Page **2**

## Part V — Complete This Part Before Part I, Lines 2a, 2b, and 2c. See instructions.

| Name of activity | Current year | | Prior years | Overall gain or loss | |
|---|---|---|---|---|---|
| | (a) Net income (line 2a) | (b) Net loss (line 2b) | (c) Unallowed loss (line 2c) | (d) Gain | (e) Loss |
| Digital Bridge Network Corporation | 1,340. | 0. | | 1,340. | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **Total.** Enter on Part I, lines 2a, 2b, and 2c | 1,340. | 0. | | | |

## Part VI — Use This Part if an Amount Is Shown on Part II, Line 9. See instructions.

| Name of activity | Form or schedule and line number to be reported on (see instructions) | (a) Loss | (b) Ratio | (c) Special allowance | (d) Subtract column (c) from column (a). |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **Total** . . . . . . . . . . . . . . . . . . . . . | | | 1.00 | | |

## Part VII — Allocation of Unallowed Losses. See instructions.

| Name of activity | Form or schedule and line number to be reported on (see instructions) | (a) Loss | (b) Ratio | (c) Unallowed loss |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Total** . . . . . . . . . . . . . . . . . . . . | | | 1.00 | |

## Part VIII — Allowed Losses. See instructions.

| Name of activity | Form or schedule and line number to be reported on (see instructions) | (a) Loss | (b) Unallowed loss | (c) Allowed loss |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Total** . . . . . . . . . . . . . . . . . . . . . | | | | |

REV 07/23/23 PRO

Form **8582** (2022)

**Debtor 2004 - 0036**

Alan C Redmond & Shannon Kroemmelbein ▇▇▇▇▇ 1

# Additional Information From 2022 Federal Tax Return

## Schedule 1: Additional Income and Adjustments to Income
Line 8a                                                    **Explanation Statement**

| Net Operating Loss Carryforward |
| --- |
| NOL Carryforward from 2021 |

## Schedule C (Commissions): Profit or Loss from Business
Ln 16b: Other Interest                                     **Itemization Statement**

| Description | Amount |
| --- | --- |
| Credit Card Interest | 3,712. |
| Total | 3,712. |

## Schedule E: Supplemental Income and Loss
Line 19 Other Expenses: Property (1)                       **Continuation Statement**

| Expense Description | Amount |
| --- | --- |
| Bank Charges | 2,926. |
| Computer Expenses | 0. |
| Security | 0. |
| License | 50. |
| Total | 2,976. |

## Schedule E: Supplemental Income and Loss
Line 19 Other Expenses: Property (2)                       **Continuation Statement**

| Expense Description | Amount |
| --- | --- |
| Bank Fees | 1,954. |
| Licenses and Permits | 12. |
| Total | 1,966. |

## Schedule E: Supplemental Income and Loss
Line 28: Income or Loss from Partnership and S corporations   **Continuation Statement**

| L27T | Name | Code | Foreign | EIN | Basis Comp | Not At Risk | Passive Loss Allowed Amt | Passive Income Amt | Nonpassive Loss Amt | Sec 179 Expense Dedn Amt | Nonpassive Income Amt |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| D | National Brokers of America Inc | S | | 46-2170162 | | | | | | | 0. |
| E | Digital Bridge Network Corporation | S | | 87-1434775 | | | | 1,340. | | | |
| | Total | | | | | | | 1,340. | | | 0. |

**Debtor 2004 - 0037**

Alan C Redmond & Shannon Kroemmelbein                                   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                    2

**Form 8995: QB Income Deduction Simplified Computation**
**Business Information**                                                            Continuation Statement

| Trade, Business, or Aggregation Name | Taxpayer Identification Number | Qualified business income or (loss) |
|---|---|---|
| Alan C Redmond | ███████████ | 56,616. |
| Seguro Medico LLC | 84-4516926 | -804,270. |
| Shannon Kroemmelbein | ███████████ | 145,002. |
| Digital Bridge Network Corporation | 87-1434775 | 1,340. |

**Debtor 2004 - 0038**

# Exhibit 6

# Exhibit 6

B2540 (Form 2540 – Subpoena for Rule 2004 Examination) (12/15)

# UNITED STATES BANKRUPTCY COURT

___Eastern_____ District of __Pennsylvania_____

In re _Alan Christopher Redmond_____          Case No._24-13093-PMM_____
                    Debtor

                                                       Chapter __11_____

## SUBPOENA FOR RULE 2004 EXAMINATION

To:  __Shannon Kroemmelbein_____

                    *(Name of person to whom the subpoena is directed)*

☒ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at an examination under Rule 2004, Federal Rules of Bankruptcy Procedure.  A copy of the court order authorizing the examination is attached.

| PLACE  Cornerstone Law Firm, LLC<br>8500 Allentown Pike, STE 3<br>Blandon, PA 19510 | DATE AND TIME<br><br>April 4, 2025 at 9:00AM |
|---|---|

This examination is conditioned that you obey the Court's Order at ECF No. 289 and produce all responsive materials within 30 days of such Order

The examination will be recorded by this method: __Court Reporter_____

☐ *Production:* You, or your representatives, must also bring with you to the examination the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

        The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: __3/24/25__

                    CLERK OF COURT

                                        OR

_____          __/s/ Joel A. Ready, Esq.____
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, email address, and telephone number of the attorney representing Jason Scott Jordan, Cornerstone Law Firm, LLC, and Ethan Shalter who issues or requests this subpoena, is: Joel A. Ready, Esquire
                                        8500 Allentown Pike, STE 3
                                        Blandon, PA 19510
                                        joel@cornerstonelaw.us
                                        610-926-7875

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed.  Fed. R. Civ. P. 45(a)(4).

# CORNERSTONE
# LAW ▦ FIRM

8500 Allentown Pike, Suite 3, Blandon, PA 19510
Ph. 610.926.7875

5911

FLEETWOOD BANK

60-1159/313

03/24/2025

PAY TO THE
ORDER OF     Shannon Kroemmelbein                                    $  **57.69

Fifty-seven and 69/100*********************************************************************************** ' DOLLARS

Shannon Kroemmelbein

RUB RED IMAGE
FADES WITH HEAT

AUTHORIZED SIGNATURE

MEMO:     Witness/Mileage Fees

⑈005911⑈ ⑆031311593⑆    0100312834⑈

# Exhibit 7

# Exhibit 7

| | |
|---|---|
| **From:** | Joel A. Ready, Esq. |
| **Sent:** | Thursday, April 3, 2025 3:29 PM |
| **To:** | William Rush |
| **Cc:** | Valeria Amato |
| **Subject:** | RE: Krommelbein |

OK. Just to confirm, I understand you have told me she will not appear tomorrow and I will cancel our court reporter.

I understand you have a medical issue, but I need the subpoenaed documents, which are now overdue. Can you advise when they will be ready?

Joel Ready

**From:** William Rush <wrush@rushlawberks.com>
**Sent:** Thursday, April 3, 2025 3:26 PM
**To:** Joel A. Ready, Esq. <joel@cornerstonelaw.us>
**Subject:** Re: Krommelbein

I have to be there due to other actions and investigations involving this client and the others (minus CM Smith). I do not have anyone to cover for me.

If insurance approves, surgery is next Friday. If they don't, I get at least a very significant series of injections which makes me good the end of the following week.

**Very Truly Yours,**


**William Rush, Esq.**
**PA - NY - NJ - DC**

**RUSH LAW GROUP, LLC**
**38 North Sixth Street, PO Box 758**
**Reading, PA 19603-0758**
**P. 610-413-5337**
**F. 610-927-6219**

This e-mail and any files transmitted with it are confidential attorney-client communication or may otherwise be privileged or confidential and are intended solely for the individual or entity to whom they are addressed. If you are not the intended recipient, please do not read, copy, or retransmit this communication but destroy it immediately. Any unauthorized dissemination, distribution, or copying of this communication is strictly prohibited.

Should this email contain statements made in compromise negotiations relating to litigation or potential litigation, or statements that could be interpreted as being made in said course, it is the intent of the drafter that said statements were made with the intention of falling under the protections of Pa.R.E. 408 and F.R.E. 408.

1

**From:** Joel A. Ready, Esq. <joel@cornerstonelaw.us>
**Sent:** Thursday, April 3, 2025 3:22 PM
**To:** William Rush <wrush@rushlawberks.com>
**Cc:** Valeria Amato <Valeria@cornerstonelaw.us>
**Subject:** RE: Krommelbein

Bill:

I'm sorry to hear that, and I wish you the best on your medical matter. Can you clarify, given the time of day, whether Ms. Kroemmelbein is appearing without you tomorrow? Under bankruptcy law, you don't need to be present with Ms. Kroemmelbein during the examination. (See *In re* Washington Mut., Inc., 408 B.R. 45, 49 (Bankr. D. Del. 2009)).

Please confirm whether she is appearing tomorrow.

Joel Ready

**From:** William Rush <wrush@rushlawberks.com>
**Sent:** Thursday, April 3, 2025 2:51 PM
**To:** Joel A. Ready, Esq. <joel@cornerstonelaw.us>
**Subject:** Re: Krommelbein

The news was not good,

**Very Truly Yours,**


**William Rush, Esq.**
**PA - NY - NJ - DC**

**RUSH LAW GROUP, LLC**
**38 North Sixth Street, PO Box 758**
**Reading, PA 19603-0758**
**P. 610-413-5337**
**F. 610-927-6219**

This e-mail and any files transmitted with it are confidential attorney-client communication or may otherwise be privileged or confidential and are intended solely for the individual or entity to whom they are addressed. If you are not the intended recipient, please do not read, copy, or retransmit this communication but destroy it immediately. Any unauthorized dissemination, distribution, or copying of this communication is strictly prohibited.

Should this email contain statements made in compromise negotiations relating to litigation or potential litigation, or statements that could be interpreted as being made in said course, it is the intent of the drafter that said statements were made with the intention of falling under the protections of Pa.R.E. 408 and F.R.E. 408.

**From:** Joel A. Ready, Esq. <joel@cornerstonelaw.us>
**Sent:** Thursday, April 3, 2025 9:34 AM
**To:** William Rush <wrush@rushlawberks.com>
**Cc:** Valeria Amato <Valeria@cornerstonelaw.us>
**Subject:** RE: Krommelbein

Dear Mr. Rush:

Given the Court's Order, I'm assuming that you are prepared to go forward tomorrow. I need all documents responsive to our subpoena by 2:00pm today so that I can prepare for tomorrow's deposition. Please confirm by noon that Ms. Krommelbein is prepared to attend tomorrow.

Sincerely,

Joel Ready

---

**From:** Joel A. Ready, Esq.
**Sent:** Wednesday, April 2, 2025 4:48 PM
**To:** William Rush <wrush@rushlawberks.com>
**Cc:** Valeria Amato <Valeria@cornerstonelaw.us>
**Subject:** Krommelbein

Dear Mr. Rush:

Can you clarify whether you are intending to produce your client on Friday for a deposition? Your motion to quash does not mention the deposition. Please let me know ASAP so I can cancel the Court reporter if your client is not appearing.

Joel Ready

3