IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :        Chapter 11
                                          :
ALAN CHRISTOPHER REDMOND,                 :        Bankruptcy No. 24-13093-PMM
                                          :
        Debtor.                           :

**CERTIFICATE OF SERVICE**

I, Valeria Amato, Paralegal, hereby certify that I caused a true and correct copy of the documents described below to be served upon all counsel of record alerted by the ECF system and to the addressee listed below via first-class mail postage prepaid on the date indicated below.

*Document(s) served:*

- Jason Scott Jordan, Cornerstone Law Firm, LLC, and Ethan Shalter's Expedited Motion to Compel Compliance with Rule 2004 Orders and for Other Relief, together with a Proposed Order, a Proposed Order for Expedited Hearing, and Exhibits.

*Addressee served via first-class mail; postage prepaid:*

Katherine Downing, Esquire
918 Morgantown Road
Reading, PA 19607

DATE: <u>April 14, 2025</u>                    By: *Valeria Amato*
                                                   Valeria Amato
                                                   *Paralegal*