IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| ALAN CHRISTOPHER REDMOND, | : | Bankruptcy No. 24-13093-PMM |
| | : | |
| Debtor. | : | |

### SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Valeria Amato, Paralegal, hereby certify that I caused a true and correct copy of the documents described below to be served upon all counsel of record alerted by the ECF system and to the addressee listed below via e-mail and first-class mail postage prepaid on the date indicated below.

***Document(s) served:***

- Jason Scott Jordan, Cornerstone Law Firm, LLC, and Ethan Shalter's Expedited Motion to Compel Compliance with Rule 2004 Orders and for Other Relief, together with a Proposed Order, a Proposed Order for Expedited Hearing, and Exhibits.

***Addressee served via e-mail and first-class mail; postage prepaid:***

Katherine Downing, Esquire
918 Morgantown Road
Reading, PA 19607
kdowninglaw2016@gmail.com

DATE: <u>April 14, 2025</u>

By: _Valeria Amato_
Valeria Amato
*Paralegal*