**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ALAN CHRISTOPHER REDMOND | Bankruptcy No. 24-13093-PMM |
| | Involuntary Chapter 11 |

## ORDER FOR EXPEDITED HEARING

**AND NOW**, upon consideration of the Expedited Motion to Compel Compliance with Rule 2004 Orders and for Other Relief ("the Motion"), and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby **ORDERED** that:

1. The request for an expedited hearing is **GRANTED**.

2. A hearing to consider the Motion shall be held on _____Tuesday, April 22_____**, 2025,**

   **at** _11:00 a.m.___**, in the United States Bankruptcy Court, Gateway Building, Fourth Floor Courtroom, 201 Penn St., Reading, Pennsylvania, 19601**.

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4. The Movant(s) shall serve the Motion and this Order on the U.S. Trustee, the case Trustee (if any), the individual Respondent(s) (if any), all secured creditors and all priority creditors by overnight mail, facsimile transmission or e-mail transmission no later than 5:00 p.m. on or

   before_April 18, 2025_____. Service under this Paragraph is effective if made to each party identified above through the court's CM/ECF system.

5. The Movant(s) shall serve this Order and a Notice of the Motion in conformity with Local Bankruptcy Form 9014-3 on all other parties in interest, including creditors, by regular mail

   no later than 5:00 p.m. on _April 18, 2025_____.

6. The Movant shall file a Certification of Service as required by Local Rule 9014-4.

**Date:** April 15, 2025

_____

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**