## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

*In re:*

                    **Chapter 11**

**ALAN CHRISTOPHER REDMOND,**

        **Debtor.**               **Case No. 24-13093 (PMM)**

### CERTIFICATION OF SERVICE

I, Nicole M. Nigrelli, Esquire certify that on April 17, 2025, I did cause a true and correct copy of the *Objection of Debtor to Expedited Motion to Compel Compliance with Rule 2004 Orders* to be served on the parties listed on the Mailing List, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated, and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

1. *Objection of Debtor to Expedited Motion to Compel Compliance with Rule 2004 Orders*

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

                                  **CIARDI CIARDI & ASTIN**

By:    */s/ Nicole M. Nigrelli*
          Nicole M. Nigrelli, Esquire
          1905 Spruce Street
          Philadelphia, PA  19103
          T (215) 557-3550
          F (215) 557-3551
          nnigrelli@ciardilaw.com

| Name and Address | Relationship of Party | Mode of Service |
|---|---|---|
| Rachel Wolf<br>Samantha Lieb<br>**Office of US Trustee**<br>One Newark Center, Ste 2100<br>Newark, NJ 07102 | **Office of the United States Trustee** | Via CM/ECF |
| Alan C. Redmond<br>2005 Regency Drive<br>Wyomissing, PA 19610 | **Debtor** | Via U.S. First Class Mail |
| **World Business Lenders, LLC WBL SPO I, LLC & WBL SPO III, LLC**<br>c/o Jessica Gulash, Esquire<br>Lundy, Beldecos & Milby, P.C.<br>450 N. Narberth Avenue<br>Narberth, PA 19072 | **World Business Lenders, LLC WBL SPO I, LLC & WBL SPO III, LLC** | Via CM/ECF |
| **Producer Advance LLC**<br>c/o Angelina E Lim, Esquire<br>Johnson Pope Bokor Ruppel & Burns, LLP<br>400 North Ashley Drive, Ste 3100<br>Tampa, Fl 33602 | **Producer Advance LLC** | Via CM/ECF |
| **C. Malcolm Smith, III**<br>c/o Matthew G. Brushwood, Esquire<br>Barley Snyder<br>2755 Century Blvd<br>Wyomissing, PA 19610 | **C. Malcolm Smith, III** | Via CM/ECF |
| **Bene Market**<br>c/o Norman Valz<br>Norman M. Valz & Associates<br>441 Irvington Road<br>Drexel Hill, PA 19026 | **Bene Market** | Via CM/ECF |
| **US-SBA**<br>c/o Joseph St. Joseph, Esquire<br>US Attorney Office<br>615 Chestnut Street, Ste 1250<br>Philadelphia, PA 19106 | **US-SBA** | Via CM/ECF |
| **Commonwealth of PA Dept of Revenue**<br>Office of Attorney General<br>c/o Brenda S. Bishop, Esquire<br>15th Floor Strawberry Square<br>4th & Walnut Streets<br>Harrisburg, PA 17120 | **Commonwealth of PA Dept of Revenue** | Via CM/ECF |

| Name and Address | Relationship of Party | Mode of Service |
|---|---|---|
| **William Rush**<br>Rush Law Group<br>38 N. 6th Street<br>PO Box 0758<br>Reading, PA  19601 | C. Malcolm Smith Co PC | Via CM/ECF |
| **Petitioning Creditors**<br>Ethan Shalter & Jason Scott Jordan<br>Cornerstone Law Firm<br>c/o Joel A. Ready, Esquire<br>8500 Allentown Pike, Ste 3<br>Blandon, PA  19510 | **Petitioning Creditors** | Via CM/ECF |
| **Santander Consumer USA**<br>c/o William E. Craig, Esquire<br>Eisenberg Gold & Agrawal, P.C.<br>1040 Kings Hwy N #200<br>Cherry Hill, NJ 08034 | **Santander Consumer USA** | Via CM/ECF |
| **AWIS**<br>c/o Justin J. Boron, Esquire<br>Freeman Mathis & Gary, LLP<br>1600 Market Street, Suite 1210<br>Philadelphia, PA 19103 | **AWIS** | Via CM/ECF |
| **The Corporation Trust Company**<br>c/o Daniel M. Pereira, Esquire<br>Stradley, Ronon, Stevens & Young, LLP<br>2005 Market Street, Suite 2600<br>Philadelphia, PA 19103 | **The Corporation Trust Company** | Via CM/ECF |