**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

*In re:*

                                   **Chapter 11**

**ALAN CHRISTOPHER REDMOND,**

                **Debtor.**                    **Case No. 24-13093 (PMM)**

### PROPOSED ORDER

AND NOW, this _____ day of _____, 2025, upon consideration of William R.A. Rush and RUSH LAW GROUP, LLC's Motion to Withdraw as Counsel for Shannon Kroemmelbein, Arthur Walsh, Jr. and Seguro Medico, LLC, it is hereby ORDERED that said Motion is hereby GRANTED.

It is further ORDERED that Shannon Kroemmelbein, Arthur Walsh, Jr. and Seguro Medico, LLC shall have _____ days to obtain new counsel and respond through such counsel to Attorney Reedy's discovery requested.

SO ORDERED.

                                  BY THE COURT,

                              By:       _____

                                               , J.

1