**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **ALAN CHRISTOPHER REDMOND,** | : | |
| | : | **Bky. No. 24-13093-PMM** |
| | : | |
| **Debtor.** | : | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**CERTIFICATION OF SERVICE**

I, Valeria Amato, Paralegal, hereby certify that on April 21, 2025, I caused a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Jason Scott Jordan, Cornerstone Law Firm, LLC, and Ethan Shalter's Expedited Motion to Compel Compliance with Rule 2004 Orders and for Other Relief, together with a Proposed Order, a Proposed Order for Expedited Hearing, Exhibits, Certificate of Service, and Supplemental Certificate of Service – *Document Nos. 341-343*

- Order for Expedited Hearing – *Document No. 344*

I certify under penalty of perjury that the above document(s) were sent using the mode of service indicated.

DATE: <u>April 21, 2025</u>                                  By: _____
                                                                              Valeria Amato
                                                                              *Paralegal*

1

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Nicole Marie Nigrelli, Esq.
Albert Anthony Ciardi III, Esq.
Daniel Siedman, Esq.
1905 Spruce Street
Philadelphia, PA 19103
Counsel for Debtor
 Via:      **CM/ECF**          **1st Class Mail**          Certified Mail          **e-mail: Nnigrelli@ciardilaw.com**
                                                                                  **aciardi@ciardilaw.com**
                                                                                  **dsiedman@ciardilaw.com**


John Schanne, Esq.
Office of the United States Trustee
Robert NC Nix, Sr. Federal Building
900 Market Street, STE 320
Philadelphia, PA 19107
On behalf of U.S. Trustee
 Via:      **CM/ECF**          **1st Class Mail**          Certified Mail          **e-mail:John.schanne@usdoj.gov**

All Web Leads
9004 Anderson Mill Road
Unit A
Austin, TX 78729
 Via:      CM/ECF          **1st Class Mail**          Certified Mail          e-mail:

American Workers Insurance Services Inc.
c/o Justin J. Boron, Esquire
Freeman Mathis & Gary, LLP
1600 Market St, Suite 1210
Philadelphia, PA 19103
 Via:      **CM/ECF**          **1st Class Mail**          Certified Mail          **e-mail: jboron@fmglaw.com**

Bene Market, LLC
c/o Norman M. Valz, Esq.
441 Irvington Road
Drexel Hill, PA 19026
 Via:      **CM/ECF**          **1st Class Mail**          Certified Mail          **e-mail: nvalz@msn.com**

Berks County Tax Claim Bureau
c/o Socrates J. Georgeadis, Esq.
633 Court Ste #2B
Reading, PA 19601
 Via:      CM/ECF          **1st Class Mail**          Certified Mail          **e-mail: sgeorgeadis@berkspa.gov**

Cardflex Inc.
c/o Global Legal Law Firm
322 Encinitas Blvd., STE 200
Encinitas, CA 92024
Via:　　CM/ECF　　**1st Class Mail**　　Certified Mail　　**e-mail: jhuber@attorneygl.com**

Complete Business Solutions Group Inc.
c/o John W. Kettering, Esquire
7 West State Street
Sharon, PA 16146
Via:　　CM/ECF　　**1st Class Mail**　　Certified Mail　　**e-mail: jk@pietragallo.com**

Complete Business Solutions Group Inc.
20 N. 3rd Street
Philadelphia, PA 19106
Via:　　CM/ECF　　**1st Class Mail**　　Certified Mail
**e-mail: receiver@parfundingreceivership.com**

Duane Morris LLP
30 S. 17th Street
Philadelphia, PA 19103
Via:　　CM/ECF　　**1st Class Mail**　　Certified Mail　　e-mail:

Holly Smith Miller, Esquire
Gellert Seitz Busenkell & Brown, LLC
901 Market Street, Suite 3020
Philadelphia, PA 19107
Via:　　CM/ECF　　**1st Class Mail**　　Certified Mail　　**e-mail: hsmiller@gsbblaw.com**

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346
Via:　　CM/ECF　　**1st Class Mail**　　Certified Mail　　**e-mail: pamela.e.hackley2@irs.gov**

Matthew Murray
2005 Regency Drive
Reading, PA 19610
Via:　　CM/ECF　　**1st Class Mail**　　Certified Mail　　e-mail:

Mercedes Benz of West Chester
1260 Wilmington Pike
West Chester, PA 19382
Via:　　CM/ECF　　**1st Class Mail**　　Certified Mail　　e-mail:

National Brokers of America, Inc.
c/o David P. Heim, Esq
1524 Locust Street
Philadelphia, PA 19102
Via:　　CM/ECF　　**1st Class Mail**　　Certified Mail　　**e-mail: dheim@bochettoandlentz.com**

Pennsylvania Department of Revenue
Brenda Sue Bishop
Office of Attorney General
15th Floor, Strawberry Square
Harrisburg, PA 17120
Via:     **CM/ECF**     **1st Class Mail**     Certified Mail     **e-mail: bbishop@attorneygeneral.gov**

Pennsylvania UC Tax Services
UC Tax Review Office
Labor & Industry Building
651 Boas Street, Suite 1113
Harrisburg, PA 17121
Via:     CM/ECF     **1st Class Mail**     Certified Mail     e-mail:

Producer Advance LLC
c/o Angelina E. Lim, Esq.
Johnson Pope
400 N. Ashley Drive, STE 3100
Tampa, FL 33602
Via:     CM/ECF     **1st Class Mail**     Certified Mail     **e-mail: angelinal@jpfirm.com**

Rush Law Group LLC
C/o William R. A. Rush, Esquire
38 N. 6th Street
Reading, PA 19601
Via:     **CM/ECF**     **1st Class Mail**     Certified Mail     **e-mail:wrush@rushlawberks.com**

Santander Bank
2220 State Hill Road
Reading, PA 19610
Via:     CM/ECF     **1st Class Mail**     Certified Mail

Santander Consumer USA Inc.
P.O. Box 961245
Fort Worth, TX 76161
Via:     CM/ECF     **1st Class Mail**     Certified Mail
**e-mail: BK_POCTeam@santanderconsumerusa.com**

Santander Consumer USA Inc.
c/o William E. Craig, Esquire
Eisenberg Gold & Agrawal, P.C.
1040 Kings Hwy N #200
Cherry Hill Township, NJ 08034
Via:     **CM/ECF**     **1st Class Mail**     Certified Mail     **e-mail: wcraig@egalawfirm.com**

U.S. Small Business Administration
c/o Anthony St. Joseph, Assistant U.S. Attorney
Eastern District of Pennsylvania

4

615 Chestnut Street, STE 1250
Philadelphia, PA 19106
Via:        **CM/ECF**        **1st Class Mail**        Certified Mail        **e-mail: Anthony.stjoseph@usdoj.gov**

U.S. Department of Labor
c/o Kyle Stelmack, Esquire
1835 Market Street
Mail stop SOL /22
Philadelphia PA, 19103-2968
Via:        CM/ECF        **1st Class Mail**        Certified Mail        **e-mail: stelmack.kyle.d@dol.gov**

Verizon
c/o American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118
Via:        CM/ECF        **1st Class Mail**        Certified Mail        **e-mail: POC_AIS@aisinfo.com**

Verizon
PO Box 15124
Albany, NY 12212-5124
Via:        CM/ECF        **1st Class Mail**        Certified Mail        e-mail:

WBL SPO II LLC
c/o Jessica M. Gulash, Esquire
450 N. Narberth Ave., STE 200
Narberth, PA 19072
Via:        **CM/ECF**        **1st Class Mail**        Certified Mail        **e-mail: jgulash@lbmlaw.com**

William R. A. Rush, Esq.
Counsel for: Seguro Medico, LLC, Shannon Kroemmelbein, Stephanie Farris Miller, Arthur Walsh, Jr., C. Malcolm Smith, III, individually, and Noman M. Valz, Esquire
38 N. 6th Street
Reading, PA 19601
Via:        CM/ECF        **X 1st Class Mail**        Certified Mail        **e-mail:wrush@rushlawberks.com**

Brandon C. Pack, Esq.
Counsel for: C. Malcolm Smith, III, individually, and C. Malcolm Smith & Company, P.C.
Barley Snyder
2755 Century Blvd.
Wyomissing, PA 19610
Via:        CM/ECF        **X 1st Class Mail**        Certified Mail        **e-mail: bpack@barley.com**

The Corporation Trust Company
c/o Daniel M. Pereira, Esq.
Stradley, Ronon, Stevens & Young, LLP
2005 Market Street, STE 2600
Philadelphia, PA 19103
Via:        **CM/ECF**        **X 1st Class Mail**        Certified Mail        **e-mail: dpereira@stradley.com**

5

Katherine Downing, Esq.
918 Morgantown Road
Reading, PA  19607
Via:      CM/ECF      X **1st Class Mail**      Certified Mail
**e-mail: kdowninglaw2016@gmail.com**