**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:  :  **Chapter 11**

**Alan Christopher Redmond,**  :

Debtor.  :  **Case No. 24-13093 (PMM)**

## ORDER

**AND NOW**, upon consideration of the Motion to Withdraw as Attorney (doc. #348, the "Motion") filed by William R.A. Rush, Esq. ("Counsel");

AND Counsel representing third parties Shannon Kroemmelbein, Arthur Walsh, Jr., Seguro Medico, LLC, Stephanie Farris Miller, C. Malcolm Smith & Company, P.C., C. Malcolm Smith, III, and Norman Valz;

AND Counsel's employment not being approved by the Court, see 11 U.S.C. §327;

AND Counsel's withdrawal not needing approval by the Court, see L.B.R. 2091-1;

It is therefore hereby **ordered** that:

1) The Motion is **denied as moot**; and

2) Joel A. Ready, Esq., counsel for third parties Cornerstone Law Firm, Jason Scott Jordan, and Ethan Shalter, may contact Counsel's clients directly.

Dated: 4/22/25

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge