**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **Alan Christopher Redmond,** | : | |
| **Debtor.** | : | **Case No. 24-13093 (PMM)** |

## <u>ORDER</u>

**AND NOW**, upon consideration of the Motion to Compel Compliance with Rule 2004

Orders filed by Cornerstone Law Firm, Jason Scott Jordan, and Ethan Shalter (doc. #341, the

"Motion");

And for the reasons stated at the hearing with regard to the Motion, held and concluded

on April 22, 2025:

It is hereby **ordered** that:

1)   The Motion is **granted** in part and **denied** in part;

2)   The Motion is **granted** with regard to the following parties: Shannon

Kroemmelbein, Seguro Medico, LLC, Arthur W. Walsh, Jr., Stephanie Farris Miller,

C. Malcolm Smith & Company, P.C., C. Malcolm Smith, III, Norman Valz

(collectively, the "Relevant Parties");

a.   The Relevant Parties must each comply with the terms set forth in the

Order Granting the Amended Motion to Compel Rule 2004 Examination (doc.

#289), as set forth below;

b.   The Relevant Parties must each produce all documents requested in their

respective subpoenas **on or before May 2, 2025 at 5:00 p.m.**;

c.   The Relevant Parties must each submit to a Rule 2004 examination

pursuant to the terms of their respective subpoenas; each examination must take place **on or before May 6, 2025 at 5:00 p.m.**;

    d.    Failure of any of the Relevant Parties to comply with the terms and deadlines specified above - and upon certification by the movants of such noncompliance- shall result in **sanctions in the amount of $500.00** per each day of non-compliance (not including weekends) per each of the Relevant Parties (payable by cashier's check to counsel for the movants);

3)    The Motion is **denied without prejudice** with regard to Katherine Downing, Esquire; and

4)    The Motion is **denied** with regard to the Debtor.

Dated: 4/22/25

_Patricia M. Mayer_

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge