**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In Re:** | **Chapter 11** |
| **Alan Christopher Redmond** | |
| **Debtor** | **Bankruptcy Case No. 24- 13093** |

**STIPULATION FOR EXTENSION OF TIME**
**TO FILE ADVERSARY PROCEEDING**

Creditor American Workers Insurance Services, Inc. ("AWIS") and Debtor Alan Chrisopher Redmond previously filed a Stipulation for Extension of Time to File Adversary Proceeding (Doc 220) to and including February 18, 2025, which was approved by the Court (Doc 228), a Stipulation for Extension of Time to File Adversary Proceeding (Doc 281) to and including February 21, 2025, which was approved by the Court (Doc 285), a Stipulation for Extension of Time to File Adversary Proceeding (Doc 287) to and including March 7, 2025, which was approved by the Court (Doc 295), a Stipulation for Extension of Time to File Adversary Proceeding (Doc 297) to and including March 21, 2025, which was approved by the Court (Doc 298), a Stipulation for Extension of Time to File Adversary Proceeding (Doc 307) to and including April 4, 2025, which was approved by the Court (Doc 308), and a Stipulation for Extension of Time to File Adversary Proceeding (Doc 332) to and including April 25, 2025, which was approved by the Court (Doc 335). It is stipulated by undersigned counsel, subject to the Court's approval, that the time for AWIS to file an adversary proceeding in this matter shall be extended to and including **May 30, 2025**.

Date: April 23, 2025

/s/Nicole M. Nigrelli                     /s/ Justin J. Boron
Nicole M. Nigrelli, Esq.                  Justin J. Boron (324797)
Ciardi Ciardi & Astin                     Freeman Mathis & Gary, LLP
1905 Spruce Street                        1600 Market Street, Suite 1210
Philadelphia, PA 19103                    Philadelphia, PA 19103
*Counsel for Debtor*                      *Counsel for AWIS*