### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In Re:** | **Chapter 11** |
| **Alan Christopher Redmond** | |
| **Debtor** | **Bankruptcy Case No. 24- 13093** |

### ORDER GRANTING STIPULATION FOR EXTENSION OF TIME
### TO FILE ADVERSARY PROCEEDING

The Stipulation for Extension of Time to File Adversary Proceeding filed by Creditor American Workers Insurance Services, Inc. ("AWIS") and Debtor Alan Chrisopher Redmond extending the time for AWIS to file an adversary proceeding in this matter to and including **May 30, 2025** is GRANTED.

**IT IS SO ORDERED.**

BY THE COURT

Dated:  _____, 2025

_____
Hon. Patricia M. Mayer
U.S. Bankruptcy Judge