United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                    Case No. 24-13093-pmm

Alan Christopher Redmond                                                  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 23, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2025:**

**Recip ID**    **Recipient Name and Address**
db    + Alan Christopher Redmond, 2 High Road, Wyomissing, PA 19610-2500

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2025        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2025 at the address(es) listed below:**

**Name**    **Email Address**

ANTHONY ST. JOSEPH

    on behalf of Plaintiff United States Small Business Administration Anthony.Stjoseph@usdoj.gov Mardella.Suarez@usdoj.gov,CaseView.ECF@usdoj.gov

ANTHONY ST. JOSEPH

    on behalf of Creditor United States of America on behalf of SBA anthony.stjoseph@usdoj.gov Mardella.Suarez@usdoj.gov,CaseView.ECF@usdoj.gov

Albert Anthony Ciardi, III

    on behalf of Defendant Alan Christopher Redmond aciardi@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Albert Anthony Ciardi, III

    on behalf of Debtor Alan Christopher Redmond aciardi@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

BRENDA SUE BISHOP

    on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue bbishop@attorneygeneral.gov

DANIEL MICHAEL PEREIRA

District/off: 0313-4                         User: admin                                  Page 2 of 3

Date Rcvd: Apr 23, 2025                       Form ID: pdf900                             Total Noticed: 1

on behalf of Interested Party THE CORPORATION TRUST COMPANY dpereira@stradley.com

DANIEL S. SIEDMAN

on behalf of Debtor Alan Christopher Redmond dsiedman@ciardilaw.com  dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

JESSICA M. GULASH

on behalf of Creditor WBL SPO I  LLC jgulash@lbmlaw.com

JESSICA M. GULASH

on behalf of Creditor World Business Lenders  LLC jgulash@lbmlaw.com

JESSICA M. GULASH

on behalf of Creditor WBL SPO II  LLC jgulash@lbmlaw.com

JOEL A. READY

on behalf of Petitioning Creditor Cornerstone Law Firm  LLC joel@cornerstonelaw.us, valeria@cornerstonelaw.us

JOEL A. READY

on behalf of Plaintiff Jason Scott Jordan joel@cornerstonelaw.us  valeria@cornerstonelaw.us

JOEL A. READY

on behalf of Attorney Joel A. Ready joel@cornerstonelaw.us  valeria@cornerstonelaw.us

JOEL A. READY

on behalf of Petitioning Creditor Ethan Shalter joel@cornerstonelaw.us  valeria@cornerstonelaw.us

JOEL A. READY

on behalf of Petitioning Creditor Jason Scott Jordan joel@cornerstonelaw.us  valeria@cornerstonelaw.us

JOHN HENRY SCHANNE

on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov

JUSTIN BORON

on behalf of Creditor American Workers Insurance Services  Inc. jboron@fmglaw.com,
rmacdonald@fmglaw.com;jwoods@spencerfane.com;jtankersley@spencerfane.com

KEVIN P. CALLAHAN

on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

MATTHEW GREGORY BRUSHWOOD

on behalf of C. Malcolm Smith  III mbrushwood@barley.com,
jrachor@barley.com;cbrelje@barley.com;tshober@barley.com;dkline@barley.com;ageoghegan@barley.com

NICOLE MARIE NIGRELLI

on behalf of Debtor Alan Christopher Redmond nnigrelli@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

NICOLE MARIE NIGRELLI

on behalf of Defendant Alan Christopher Redmond nnigrelli@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

NORMAN M. VALZ

on behalf of 3rd Pty Defendant Bene Market nvalz@msn.com

NORMAN M. VALZ

on behalf of Norman M. Valz nvalz@msn.com

RACHEL WOLF

on behalf of U.S. Trustee United States Trustee rachel.wolf@usdoj.gov

SAMANTHA LIEB

on behalf of U.S. Trustee United States Trustee samantha.lieb2@usdoj.gov

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG

on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com
mortoncraigecf@gmail.com;alapinski@egalawfirm.com

WILLIAM R.A. RUSH

on behalf of C. Malcolm Smith  III wrush@rushlawberks.com

WILLIAM R.A. RUSH

on behalf of Seguro Medico  LLC wrush@rushlawberks.com

WILLIAM R.A. RUSH

on behalf of Arthur W. Walsh  Jr. wrush@rushlawberks.com

WILLIAM R.A. RUSH

on behalf of Stephanie Miller wrush@rushlawberks.com

WILLIAM R.A. RUSH

on behalf of Accountant C. Malcom Smith Co. P.C. wrush@rushlawberks.com

District/off: 0313-4                    User: admin                                    Page 3 of 3
Date Rcvd: Apr 23, 2025                 Form ID: pdf900                                 Total Noticed: 1

WILLIAM R.A. RUSH
                    on behalf of Shannon Kroemmelbein wrush@rushlawberks.com


TOTAL: 33

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In re:**                                          :      **Chapter 11**

**Alan Christopher Redmond,**                       :

        **Debtor.**                                 :      **Case No. 24-13093 (PMM)**

_____

## ORDER

**AND NOW**, upon consideration of the Motion to Compel Compliance with Rule 2004

Orders filed by Cornerstone Law Firm, Jason Scott Jordan, and Ethan Shalter (doc. #341, the

"Motion");

And for the reasons stated at the hearing with regard to the Motion, held and concluded

on April 22, 2025:

It is hereby **ordered** that:

1)      The Motion is **granted** in part and **denied** in part;

2)      The Motion is **granted** with regard to the following parties: Shannon

        Kroemmelbein, Seguro Medico, LLC, Arthur W. Walsh, Jr., Stephanie Farris Miller,

        C. Malcolm Smith & Company, P.C., C. Malcolm Smith, III, Norman Valz

        (collectively, the "Relevant Parties");

        a.      The Relevant Parties must each comply with the terms set forth in the

                Order Granting the Amended Motion to Compel Rule 2004 Examination (doc.

                #289), as set forth below;

        b.      The Relevant Parties must each produce all documents requested in their

                respective subpoenas **on or before May 2, 2025 at 5:00 p.m.**;

        c.      The Relevant Parties must each submit to a Rule 2004 examination

pursuant to the terms of their respective subpoenas; each examination must take place **on or before May 6, 2025 at 5:00 p.m.**;

  d.  Failure of any of the Relevant Parties to comply with the terms and deadlines specified above - and upon certification by the movants of such noncompliance- shall result in **sanctions in the amount of $500.00** per each day of non-compliance (not including weekends) per each of the Relevant Parties (payable by cashier's check to counsel for the movants);

3) The Motion is **denied without prejudice** with regard to Katherine Downing, Esquire; and

4) The Motion is **denied** with regard to the Debtor.

Dated: 4/22/25

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge