United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                          Case No. 24-13093-pmm

Alan Christopher Redmond                                                         Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Apr 25, 2025 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Alan Christopher Redmond, 2 High Road, Wyomissing, PA 19610-2500 |
| cr | + American Workers Insurance Services, Inc., c/o FREEMAN MATHIS & GARY, LLP, 1600 Market Street, Suite 1210, Philadelphia, PA 19103-7206 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2025                    Signature:                    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANTHONY ST. JOSEPH | on behalf of Plaintiff United States Small Business Administration Anthony.Stjoseph@usdoj.gov Mardella.Suarez@usdoj.gov,CaseView.ECF@usdoj.gov |
| ANTHONY ST. JOSEPH | on behalf of Creditor United States of America on behalf of SBA anthony.stjoseph@usdoj.gov Mardella.Suarez@usdoj.gov,CaseView.ECF@usdoj.gov |
| Albert Anthony Ciardi, III | on behalf of Defendant Alan Christopher Redmond aciardi@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Albert Anthony Ciardi, III | on behalf of Debtor Alan Christopher Redmond aciardi@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| BRENDA SUE BISHOP | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue bbishop@attorneygeneral.gov |

District/off: 0313-4                          User: admin                                    Page 2 of 3

Date Rcvd: Apr 25, 2025                    Form ID: pdf900                              Total Noticed: 2

DANIEL MICHAEL PEREIRA
    on behalf of Interested Party THE CORPORATION TRUST COMPANY dpereira@stradley.com

DANIEL S. SIEDMAN
    on behalf of Debtor Alan Christopher Redmond dsiedman@ciardilaw.com  dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

JESSICA M. GULASH
    on behalf of Creditor WBL SPO I  LLC jgulash@lbmlaw.com

JESSICA M. GULASH
    on behalf of Creditor World Business Lenders  LLC jgulash@lbmlaw.com

JESSICA M. GULASH
    on behalf of Creditor WBL SPO II  LLC jgulash@lbmlaw.com

JOEL A. READY
    on behalf of Petitioning Creditor Cornerstone Law Firm  LLC joel@cornerstonelaw.us, valeria@cornerstonelaw.us

JOEL A. READY
    on behalf of Plaintiff Jason Scott Jordan joel@cornerstonelaw.us  valeria@cornerstonelaw.us

JOEL A. READY
    on behalf of Attorney Joel A. Ready joel@cornerstonelaw.us  valeria@cornerstonelaw.us

JOEL A. READY
    on behalf of Petitioning Creditor Ethan Shalter joel@cornerstonelaw.us  valeria@cornerstonelaw.us

JOEL A. READY
    on behalf of Petitioning Creditor Jason Scott Jordan joel@cornerstonelaw.us  valeria@cornerstonelaw.us

JOHN HENRY SCHANNE
    on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov

JUSTIN BORON
    on behalf of Creditor American Workers Insurance Services  Inc. jboron@fmglaw.com,
    rmacdonald@fmglaw.com;jwoods@spencerfane.com;jtankersley@spencerfane.com

KEVIN P. CALLAHAN
    on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

MATTHEW GREGORY BRUSHWOOD
    on behalf of C. Malcolm Smith  III mbrushwood@barley.com,
    jrachor@barley.com;cbrelje@barley.com;tshober@barley.com;dkline@barley.com;ageoghegan@barley.com

NICOLE MARIE NIGRELLI
    on behalf of Defendant Alan Christopher Redmond nnigrelli@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

NICOLE MARIE NIGRELLI
    on behalf of Debtor Alan Christopher Redmond nnigrelli@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

NORMAN M. VALZ
    on behalf of 3rd Pty Defendant Bene Market nvalz@msn.com

NORMAN M. VALZ
    on behalf of Norman M. Valz nvalz@msn.com

RACHEL WOLF
    on behalf of U.S. Trustee United States Trustee rachel.wolf@usdoj.gov

SAMANTHA LIEB
    on behalf of U.S. Trustee United States Trustee samantha.lieb2@usdoj.gov

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com
    mortoncraigecf@gmail.com;alapinski@egalawfirm.com

WILLIAM R.A. RUSH
    on behalf of C. Malcolm Smith  III wrush@rushlawberks.com

WILLIAM R.A. RUSH
    on behalf of Seguro Medico  LLC wrush@rushlawberks.com

WILLIAM R.A. RUSH
    on behalf of Arthur W. Walsh  Jr. wrush@rushlawberks.com

WILLIAM R.A. RUSH
    on behalf of Accountant C. Malcom Smith Co. P.C. wrush@rushlawberks.com

WILLIAM R.A. RUSH
    on behalf of Shannon Kroemmelbein wrush@rushlawberks.com

District/off: 0313-4
Date Rcvd: Apr 25, 2025

User: admin
Form ID: pdf900

Page 3 of 3
Total Noticed: 2

WILLIAM R.A. RUSH

on behalf of Stephanie Miller wrush@rushlawberks.com

TOTAL: 33

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In Re:** | **Chapter 11** |
| **Alan Christopher Redmond** | |
| **Debtor** | **Bankruptcy Case No. 24- 13093** |

**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME
TO FILE ADVERSARY PROCEEDING**

The Stipulation for Extension of Time to File Adversary Proceeding filed by Creditor American Workers Insurance Services, Inc. ("AWIS") and Debtor Alan Chrisopher Redmond extending the time for AWIS to file an adversary proceeding in this matter to and including **May 30, 2025** is GRANTED.

**IT IS SO ORDERED.**

BY THE COURT

Dated: ___**April 25**, 2025

_Patricia M. Mayer_
_____
Hon. Patricia M. Mayer
U.S. Bankruptcy Judge