**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | : |
| | : **CHAPTER 11** |
| **ALAN CHRISTOPHER REDMOND,** | : |
| | : **BANKRUPTCY NO. 24-13093pmm** |
| Debtor. | : |
| | : **Related DN 310, 311** |

**PRAECIPE TO WITHDRAWAL THE FIRST AMENDED PLAN OF**
**REORGANIZATION PROPOSED BY**
**ALAN CHRISTOPHER REDMOND DEBTOR-IN-POSSESSION**

**TO THE CLERK OF COURT,**

Kindly withdraw the First Amended Plan filed by the Debtor, Alan Christopher

Redmond, Debtor-In-Possession on March 25, 2025, at Document Number 310 and Docket

Number 311 in the above-referenced matter.

**CIARDI CIARDI & ASTIN**

Dated: May 1, 2025          By:    */s/ Nicole M. Nigrelli, Esquire*
                                      Albert A. Ciardi, III, Esquire
                                      Nicole M. Nigrelli, Esquire
                                      1905 Spruce Street
                                      Philadelphia, PA 19103
                                      T (215) 557-3550
                                      F (215) 557-3551
                                      aciardi@ciardilaw.com
                                      nnigrelli@ciardilaw.com
                                      Counsel to the Debtor