## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : CHAPTER 11 |
| ALAN CHRISTOPHER REDMOND, | : |
| | : BANKRUPTCY NO. 24-13093pmm |
| Debtor. | : |
| | : Related DN 312, 313 |

## PRAECIPE TO WITHDRAWAL THE FIRST AMENDED DISCLOSURE STATEMENT PROPOSED BY ALAN CHRISTOPHER REDMOND DEBTOR-IN-POSSESSION

**TO THE CLERK OF COURT,**

Kindly withdraw the First Amended Disclosure Statement filed by the Debtor, Alan Christopher Redmond, Debtor-In-Possession on March 25, 2025, at Document Number 312 and Docket Number 313 in the above-referenced matter.

CIARDI CIARDI & ASTIN

Dated: May 1, 2025

By: _/s/Nicole M. Nigrelli, Esquire_
Albert A. Ciardi, III, Esquire
Nicole M. Nigrelli, Esquire
1905 Spruce Street
Philadelphia, PA 19103
T (215) 557-3550
F (215) 557-3551
aciardi@ciardilaw.com
nnigrelli@ciardilaw.com
Counsel to the Debtor