# UNITED STATES BANKRUPTCY COURT

Eastern   DISTRICT OF   Philadelphia

Berks County, PA

In Re. Alan C. Redmond

§
§
§
§

Debtor(s)

Case No.   24-13093

☐ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 02/28/2025

Petition Date: 09/03/2024

Months Pending: 6

Industry Classification: | 0 | 0 | 0 | 0 |

Reporting Method:        Accrual Basis ○        Cash Basis ◉

Debtor's Full-Time Employees (current):        0

Debtor's Full-Time Employees (as of date of order for relief):        0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒ Statement of cash receipts and disbursements
☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

Alan C. Redmond
Signature of Responsible Party

Alan C. Redmond
Printed Name of Responsible Party

03/26/2025
Date

2 High Road, Wyomissing, PA  19610
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name  Alan C. Redmond                                        Case No.  24-13093

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $7,300 | |
| b. Total receipts (net of transfers between accounts) | $0 | $12,060 |
| c. Total disbursements (net of transfers between accounts) | $1,799 | $6,559 |
| d. Cash balance end of month (a+b-c) | $5,501 | |
| e. Disbursements made by third party for the benefit of the estate | $517 | $22,121 |
| f. Total disbursements for quarterly fee calculation (c+e) | $2,316 | $28,680 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory  (Book ○   Market ○   Other ◉   (attach explanation)) | $0 |
| d. Total current assets | $0 |
| e. Total assets | $0 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $0 |
| k. Prepetition secured debt | $0 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $0 |
| n. Total liabilities (debt) (j+k+l+m) | $0 |
| o. Ending equity/net worth (e-n) | $0 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $0 | $7,705 |

UST Form 11-MOR (12/01/2021)

Debtor's Name Alan C. Redmond                                                                Case No. 24-13093

| Part 5: | Professional Fees and Expenses | | | | | |
|---|---|---|---|---|---|---|
| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | C. Malcolm Smith & Co, PC | Financial Professional | $0 | $0 | $0 | $0 |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name  Alan C. Redmond                                                    Case No.  24-13093

| | | | | | | |
|---|---|---|---|---|---|---|
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxvii | | | | | | |

UST Form 11-MOR (12/01/2021)                    4

Debtor's Name  Alan C. Redmond                                                    Case No.  24-13093

| | | | | | | |
|---|---|---|---|---|---|---|
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Ciardi, Ciardi & Astin | Lead Counsel | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |

UST Form 11-MOR (12/01/2021)                         5

Debtor's Name  Alan C. Redmond                                          Case No.  24-13093

| | | | | | | |
|---|---|---|---|---|---|---|
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |

UST Form 11-MOR (12/01/2021)                                6

Debtor's Name  Alan C. Redmond                                            Case No.  24-13093

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

UST Form 11-MOR (12/01/2021)                              7

Debtor's Name  Alan C. Redmond                                                        Case No.  24-13093

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | $0 | $0 | $0 | $0 |

| **Part 6:  Postpetition Taxes** | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $4,000 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $0 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a. Were any payments made on prepetition debt?  (if yes, see Instructions)   Yes ○  No ●

b. Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)   Yes ○  No ●

c. Were any payments made to or on behalf of insiders?   Yes ●  No ○

d. Are you current on postpetition tax return filings?   Yes ○  No ●

e. Are you current on postpetition estimated tax payments?   Yes ○  No ●

f. Were all trust fund taxes remitted on a current basis?   Yes ●  No ○

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)   Yes ○  No ●

h. Were all payments made to or on behalf of professionals approved by the court?   Yes ●  No ○  N/A ○

i. Do you have:   Worker's compensation insurance?   Yes ○  No ●

   If yes, are your premiums current?   Yes ○  No ○  N/A ●  (if no, see Instructions)

   Casualty/property insurance?   Yes ●  No ○

   If yes, are your premiums current?   Yes ●  No ○  N/A ○  (if no, see Instructions)

   General liability insurance?   Yes ○  No ●

   If yes, are your premiums current?   Yes ○  No ○  N/A ●  (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?   Yes ○  No ●

k. Has a disclosure statement been filed with the court?   Yes ○  No ●

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ●  No ○

UST Form 11-MOR (12/01/2021)                                    8

Debtor's Name  Alan C. Redmond                                                    Case No.  24-13093

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $2,316 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $2,316 |
| j. | Difference between total income and total expenses (d-i) | $-2,316 |
| k. | List the total amount of all postpetition debts that are past due | $47,428 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◉ No ○ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○ No ◉ N/A ○ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**

Alan C. Redmond
_____
Signature of Responsible Party

Debtor
_____
Title

Alan C. Redmond
_____
Printed Name of Responsible Party

03/26/2025
_____
Date

Debtor's Name  Alan C. Redmond                                          Case No.  24-13093



PageOnePartOne



PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Debtor's Name  Alan C. Redmond                                        Case No.  24-13093



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name  Alan C. Redmond                                                    Case No.  24-13093



PageThree



PageFour

# Wells Fargo Clear Access Banking℠

March 7, 2025 ■ Page 1 of 6



ALAN C REDMOND
DEBTOR IN POSSESSION
CH11 CASE #24-13093 (EPA)
2 HIGH RD
WYOMISSING PA 19610-2500

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-TO-WELLS**  (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR  97228-6995

---

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our
company and look forward to continuing to serve you with your financial needs.

---

**Other Wells Fargo Benefits**

**This tax season, don't get scammed by an IRS impersonator.**

Scammers are impersonating the Internal Revenue Service to steal your identity and convince you to send them money.

Know that the IRS will not:
- Initiate contact with you or request sensitive information by email, text, or social media.
- Demand immediate payment or offer to assist you with receiving a payment.
- Threaten to immediately have you arrested, deported, or revoke your driver's license for not paying.
- Ask you to pay your taxes using a gift or prepaid card, cryptocurrency, or wire transfer.

**If you do get an unexpected call from the IRS, hang up right away,** and do not provide any additional information, even if the caller
already has the last four digits of your Social Security number.

Remember, if you do owe taxes, the IRS will contact you by mail before attempting to call you.

Learn more at wellsfargo.com/spottaxscams

March 7, 2025 ■ Page 2 of 6



## Statement period activity summary

| | |
|---|---|
| Beginning balance on 2/10 | $0.00 |
| Deposits/Additions | 7,300.05 |
| Withdrawals/Subtractions | - 2,028.99 |
| **Ending balance on 3/7** | **$5,271.06** |

Account number:  **6256456465  (primary account)**

**ALAN C REDMOND**
**DEBTOR IN POSSESSION**
**CH11 CASE #24-13093 (EPA)**

*Pennsylvania account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 031000503

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 2/10 | | eDeposit IN Branch 02/10/25 05:05:13 PM 1700 Lancaster Ave Shillington PA | 7,300.05 | | 7,300.05 |
| 2/18 | | Purchase authorized on 02/15 Sunoco Reading Reading PA P000000287236460 Card 3427 | | 33.31 | 7,266.74 |
| 2/24 | | Purchase authorized on 02/21 Circle Medical Car Circlemedical CA S585052516631386 Card 3427 | | 100.00 | |
| 2/24 | | Purchase authorized on 02/21 Food Shop Sinking Sprin PA S585052575095312 Card 3427 | | 30.11 | |
| 2/24 | | Purchase authorized on 02/22 Comcast Three Rive 800-266-2278 PA S305053653538671 Card 3427 | | 565.58 | |
| 2/24 | | Purchase authorized on 02/22 Comcast Three Rive 800-266-2278 PA S385053654377777 Card 3427 | | 552.17 | |
| 2/24 | | Purchase authorized on 02/22 Grubhub*Redrobin Grubhub.Com NY S305053684660221 Card 3427 | | 160.00 | |
| 2/24 | | Purchase authorized on 02/23 Walgreens #15937 Reading PA S385054613683463 Card 3427 | | 10.00 | 5,848.88 |
| 2/25 | | Purchase authorized on 02/23 Redners Qk Shp #45 West Lawn PA S385054628268317 Card 3427 | | 28.00 | |
| 2/25 | | Purchase authorized on 02/23 Redners Qk Shp #45 West Lawn PA S305054626166955 Card 3427 | | 86.95 | |
| 2/25 | | Purchase authorized on 02/23 Grubhub*Dunkin Grubhub.Com NY S585054656214072 Card 3427 | | 50.00 | 5,683.93 |
| 2/27 | | Purchase authorized on 02/25 Redners Qk Shp #45 West Lawn PA S385056537514098 Card 3427 | | 45.23 | |
| 2/27 | | Purchase authorized on 02/25 Temu US 302-4806118 MA S465057116568338 Card 3427 | | 137.75 | 5,500.95 |
| 3/3 | | Recurring Payment authorized on 02/28 Aidocmaker.Com Aidocmaker.CO CA S585060193116845 Card 3427 | | 49.00 | |
| 3/3 | | Purchase authorized on 03/01 Sunoco Reading Reading PA S385060629866010 Card 3427 | | 26.48 | 5,425.47 |
| 3/6 | | Purchase authorized on 03/04 Redners Qk Shp #45 West Lawn PA S385063608768821 Card 3427 | | 27.93 | |
| 3/6 | | Recurring Payment authorized on 03/05 Softgen Ai WWW.Softgen.A TX S305065253738061 Card 3427 | | 100.00 | 5,297.54 |
| 3/7 | | Purchase authorized on 03/07 Sunoco Reading Reading PA P000000574812289 Card 3427 | | 26.48 | 5,271.06 |
| **Totals** | | | **$7,300.05** | **$2,028.99** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| | | |
|---|---|---|
| Fee period 02/10/2025 - 03/07/2025 | Standard monthly service fee $5.00 | You paid $0.00 |

March 7, 2025 ■ Page 3 of 6



### Monthly service fee summary (continued)

We waived the fee this fee period to allow you to meet one of the options to avoid the monthly service fee.  Your fee waiver is about to expire. You will need to meet one of the options to avoid the monthly service fee.

| How to avoid the monthly service fee<br>Have any **ONE** of the following each fee period | Minimum required | This fee period |
|---|---|---|
| • Age of primary account owner | 13 - 24 | ☐ |
| • Account is linked to a Wells Fargo Campus ATM Card or Campus Debit Card | 1 | 0 ☐ |

RD/RD

 # IMPORTANT ACCOUNT INFORMATION

Effective June 4, 2025, we are updating the following sections of the "Availability of Funds Policy" in our Deposit Account Agreement:

The "Longer delays may apply" section is deleted and replaced with the following:

In some cases, we will not make the first $400 of a business day's check deposits available to you on the day we receive the deposits. Further, in some cases, we will not make all the funds that you deposit by check available to you on the first business day after the day of your deposit.

Depending on the type of check that you deposit, funds may not be available until the second business day after the day of your deposit. The first $275 of your deposit, however, may be available on the first business day after the day of your deposit.

Except as otherwise explained in this paragraph, if we are not going to make all funds from your deposit available on the business day of deposit or the first business day after the day of deposit, we will notify you at the time you make your deposit. We will also tell you when the funds will be available. If your deposit is not made directly to a Wells Fargo employee, or if we decide to take this action after you have left the premises, we will mail you the notice by the first business day after we receive your deposit.

If you need the funds from a deposit right away, you should ask us when the funds will be available.

In addition, funds you deposit by check may be delayed for a longer period under the following circumstances:

- We believe a check you deposit will not be paid
- You deposit checks totaling more than $6,725 on any one day
- You redeposit a check that has been returned unpaid
- You have overdrawn your account repeatedly in the last six months
- There is an emergency, such as failure of computer or communications equipment

We will notify you if we delay your ability to withdraw funds for any of these reasons, and we will tell you when the funds will be available. The funds will generally be available no later than the seventh business day after the day of your deposit.

The "Special rules for new accounts" section is deleted and replaced with the following:

**If you are a new customer, the following special rules apply during the first 30 days your account is open.** Incoming wire transfers, electronic direct deposits, and cash deposited at a teller window and at a Wells Fargo ATM will be available on the day we receive the deposit. Funds from your check deposits will be available on the business day after the day we receive the deposits; no funds from a business day's check deposits are available on the day we receive the deposits.

If we delay the availability of your deposit the following special rules may apply:

**- The first $6,725** of a day's total deposits of cashier's, certified, teller's, traveler's, and federal, state, and local government checks, and U.S. Postal Service money orders made payable to you will be available on the first business day after the day of your deposit, if your deposit meets certain conditions. For example, the checks must be payable to you. If your deposit of these checks (other than U.S. Treasury checks) is not made in person to one of our employees, the first $6,725 may not be available until the second business day after the day of your deposit.

**- The excess over $6,725** and funds from all other check deposits will be available no later than the seventh business day after the day of your deposit. The first $275 of a day's total deposit of funds from all other check deposits, however, may be available on the first business day after the day of your deposit.

We will notify you if we delay your ability to withdraw funds and we will tell you when the funds will be available.

Effective May 15, 2025, the section of the Deposit Account Agreement titled "Availability of Funds Policy," subsection "Your ability to withdraw funds," is deleted and replaced with the following:



Our policy is to make funds from your check deposits to your checking or savings account (in this policy, each account) available to you on the first business day after the day we receive your deposits. Incoming wire transfers, electronic direct deposits, cash deposited at a teller window and at a Wells Fargo ATM, and the first $400 of a day's check deposits at a teller window, at a Wells Fargo ATM, and with the Wells Fargo Mobile Banking app will be available on the day we receive the deposits. Certain electronic credit transfers, such as those through card networks or funds transfer systems, will generally be available on the day we receive the transfer. Once they are available, you can withdraw the funds in cash and we will use the funds to pay checks and other items presented for payment and applicable fees that you have incurred.

Effective May 15, 2025, the section of the Deposit Account Agreement titled "Fund Transfer Disclosures-General," subsection "ACH transactions," is deleted and replaced with the following:

These additional terms apply to payments to or from your account that you transmit through an ACH:
- Your rights as to payments to or from your account will be based on the laws governing your account.
- When we credit your account for an ACH payment, the payment is provisional until we receive final settlement through a Federal Reserve Bank or otherwise receive payment.
- If we don't receive final settlement or payment, we're entitled to a refund from you for the amount credited to your account and the sender of the payment will not be considered to have made the payment to you.
- For ACH debit entries that debit your non-Wells Fargo account and credit your Wells Fargo account, Wells Fargo Bank generally holds those funds for 3-4 business days to make sure that the funds will not be returned unpaid before we credit your Wells Fargo account. Longer holds may apply, or we may return the funds to the sending bank and not make the funds available to your Wells Fargo Account, if we - in our sole discretion - believe the transfer is irregular or suspicious.
- Any Originating Depository Financial Institution (ODFI) may initiate, pursuant to ACH Operating Rules, ACH debit entries to your account for presentment or re-presentment of items you write or authorize.

---

**Other Wells Fargo Benefits**

**Help take control of your finances with a Wells Fargo personal loan.**
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.
**Get started at wellsfargo.com/personalloan.**

March 7, 2025 ■ Page 5 of 6



## Important Information You Should Know

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts**

Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **If your account has a negative balance:**

Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

■ **In case of errors or questions about your electronic transfers:**

Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■ **In case of errors or questions about other transactions (that are not electronic transfers):**

Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

■ **Early Pay Day information**

With Early Pay Day, we may make funds from certain eligible direct deposits available for your use up to two days before we receive the funds from your payor. The Bank does not guarantee that any direct deposits will be made available before the date scheduled by the payor, and early availability of funds may vary between direct deposits from the same payor. When funds are made available early, this will be reflected in your account's available balance. Direct deposits made available early with Early Pay Day will not increase your account's ending daily balance, and will not count towards applicable options to avoid your account's monthly service fee, until the deposit posts to your account and is no longer pending (e.g., the pay date scheduled by your payor). Determinations about whether we will authorize and pay transactions and assess overdraft fees are based on an account's available balance. For example, using funds added to your available balance by Early Pay Day may lead to a negative ending daily balance showing on your account and statement while your available balance remains positive and no overdraft fees or returned items result. For interest-bearing accounts, interest on your incoming direct deposit will begin accruing on the business day we receive credit for the deposit from your payor's bank. For additional information about Early Pay Day, please refer to your Deposit Account Agreement.

March 7, 2025 ■ Page 6 of 6



## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

### ENTER

**A.** The ending balance
shown on your statement.. . . . . . . . . . . . . .    $_____

### ADD

**B.** Any deposits listed in your                    $_____
register or transfers into                            $_____
your account which are not                            $_____
shown on your statement.              + $_____
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL  $_____

### CALCULATE THE SUBTOTAL

(Add Parts A and B)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL  $_____

### SUBTRACT

**C.** The total outstanding checks and
withdrawals from the chart above. . . . . . . . - $_____

### CALCULATE THE ENDING BALANCE

(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register. . . . . . . . . . . . . . . . . . . . .    $_____

| Number | Items outstanding | Amount |
|--------|-------------------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| | Total $ | |

**To download and print additional Account Balance Calculation Worksheets (PDF), enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.**

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801



**Alan C. Redmond Bankruptcy**

| Third Party Payment Schedule | SCH J | JAN 25 | payee | Feb 25 | payee |
|---|---|---|---|---|---|
| Telephone/cable | 405 | 217 | Third party/Shannon | | Third party/Shannon |
| Food, housekeeping, supplies | 1,250 | 642 | Third Party/Shannon | | Third Party/Shannon |
| Childcard, Education | 7,500 | - | Alan paid | - | Alan paid |
| Personal Care/Medical/Clothing | 700 | 350 | Third Party/Shannon | | Third Party/Shannon |
| Transportation (Gas, Maintenance, Bus, Train | 250 | 152 | Third party/ Shannon | | Third party/ Shannon |
| Entertainment, Recreation, Books | 500 | - | | - | |
| vehicle insurance | 585 | 217 | Third party/ Shannon | 217 | Third party/ Shannon |
| Vehicle Insurance - escalade | 585 | 119 | Third party/ Shannon | 119 | Third party/ Shannon |
| Self Employment Tax | 2,000 | - | NOT PAID | - | NOT PAID |
| Car Payment for Vehicle 1 - ESCALADE | 964 | - | NOT PAID | - | NOT PAID |
| Car Payment 4 - mercedes S580 | 1,911 | - | NOT PAID | - | NOT PAID |
| Child Support | 5,000 | - | NOT PAID | - | NOT PAID |
| Homeowner, Renter, Insurance | 165 | 181 | Third Party/Shannon | 181 | Third Party/Shannon |
| Home Maintenance, Repair, and Upkeep | 250 | 125 | Third Party/Shannon | | Third Party/Shannon |
| | 22,064.89 | 2,003 | | 517 | |
| **Cumulative Quartely Total** | | 2,003 | | 2,521 | |
| **Cumulative Total** | | 21,604 | | 22,121 | |

| Schedule of Unpaid Debts | SCH J | JAN 25 | payee | Feb 25 | payee |
|---|---|---|---|---|---|
| Self Employment Tax | 2,000 | - | Not owed | - | Not owed |
| Child Support | 5,000 | 5,000 | NOT PAID | 5,000 | NOT PAID |
| Car Payment for Vehicle 1 - ESCALADE | 964 | 964 | NOT PAID | 964 | NOT PAID |
| Car Payment 4 - mercedes S580 | 1,911 | 1,911 | NOT PAID | 1,911 | NOT PAID |
| | | 7,875 | | 7,875 | |
| **Cumulative Total** | | 39,553 | | 47,428 | |

**Alan C. Redmond Bankruptcy**

| Third Party Payment Schedule | SCH J | Sep 24 | OCT 24 | payee | NOV 24 | payee | DEC 24 | payee | JAN 25 | payee |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | (Sept and Oct / | | | | |
| Telephone/cable | 405 | 205 | - | Third Party/Shannon | 497 | Shannon | 233 | Third party/shanon | 217 | Third party/Shannon |
| Food, housekeeping, supplies | 1,250 | 625 | 625 | Third Party/Shannon | 505 | Third Party/Shannon | 656 | Third Party/Shannon | 642 | Third Party/Shannon |
| Childcard, Education | 7,500 | 3,303 | 3,303 | Third Party/Shannon | 728 | Third Party/Shannon | 728 | Third Party/Shannon | - | Alan paid |
| Personal Care/Medical/Clothing | 700 | 350 | 350 | Third Party/Shannon | 350 | Third Party/Shannon | 350 | Third Party/Shannon | 350 | Third Party/Shannon |
| Transportation (Gas, Maintenance, Bus, Train | 250 | 102 | 102 | Third party/ Shannon | 132 | Third party/ Shannon | 76 | Third party/ Shannon | 152 | Third party/ Shannon |
| Entertainment, Recreation, Books | 500 | - | - | | - | | - | | - | |
| vehicle insurance | 585 | 217 | 217 | Third party/ Shannon | 217 | Third party/ Shannon | 217 | Third party/ Shannon | 217 | Third party/ Shannon |
| Vehicle Insurance - escalade | 585 | 119 | 119 | Third party/ Shannon | 119 | Third party/ Shannon | 119 | Third party/ Shannon | 119 | Third party/ Shannon |
| Self Employment Tax | 2,000 | - | - | NOT PAID | - | NOT PAID | - | NOT PAID | - | NOT PAID |
| Car Payment for Vehicle 1 - ESCALADE | 964 | - | - | NOT PAID | - | NOT PAID | - | NOT PAID | - | NOT PAID |
| Car Payment 4 - mercedes S580 | 1,911 | 1,911 | 1,911 | Third Party/Shannon | - | NOT PAID | - | NOT PAID | - | NOT PAID |
| Child Support | 5,000 | - | - | NOT PAID | - | NOT PAID | - | NOT PAID | - | NOT PAID |
| Homeowner, Renter, Insurance | 165 | 177 | 177 | Third Party/Shannon | 181 | Third Party/Shannon | 181 | Third Party/Shannon | 181 | Third Party/Shannon |
| Home Maintenance, Repair, and Upkeep | 250 | 125 | 125 | Third Party/Shannon | 125 | Third Party/Shannon | 125 | Third Party/Shannon | 125 | Third Party/Shannon |
| | 22,064.89 | 7,134 | 6,929 | | 2,853 | | 2,685 | | 2,003 | |
| **Cumulative Total** | | | 14,063 | | 16,916 | | 19,601 | | 21,604 | |

| Schedule of Unpaid Debts | SCH J | Sep 24 | OCT 24 | payee | NOV 24 | payee | DEC 24 | payee | JAN 25 | payee |
|---|---|---|---|---|---|---|---|---|---|---|
| Self Employment Tax | 2,000 | 2,000 | 2,000 | NOT PAID | - | Not Owed | - | Not Owed | - | Not owed |
| Child Support | 5,000 | 5,000 | 5,000 | NOT PAID | 5,000 | NOT PAID | 5,000 | NOT PAID | 5,000 | NOT PAID |
| Car Payment for Vehicle 1 - ESCALADE | 964 | 964 | 964 | NOT PAID | 964 | NOT PAID | 964 | NOT PAID | 964 | NOT PAID |
| Car Payment 4 - mercedes S580 | 1,911 | - | - | NOT PAID | 1,911 | NOT PAID | 1,911 | NOT PAID | 1,911 | NOT PAID |
| | | 7,964 | 7,964 | | 7,875 | | 7,875 | | 7,875 | |
| **Cumulative Total** | | | 15,928 | | 23,803 | | 31,678 | | 39,553 | |

| US Bankruptcy Court Report | | | | | |
| Debtor:  Alan C. Redmond  Case No. 24-13093 | | | | | |
| Schedule of Cash Receipts and Disbursements | | | | | |
| | | | | | |
| **Cash Receipts** | | | | | |
| **Payee** | **Date** | **Memo** | **Category** | **Amount** | **Transfers** |
| Shannon Kroemmelbein | 10/21/24 | Cash advance to open DIP account | loan | 60.00 | |
| Seguro Medico, LLC | 12/23/24 | Consulting Fee | Income - consulting | 8,000.00 | |
| Matthew Murray | 12/23/24 | November Rent Regency Drive | Income - rent | 4,000.00 | |
| Alan Redmond | 02/10/24 | Bank check to open new DIP Account | Transfer | | 7,300.05 |
| | | | | | |
| | | | | | |
| **Total** | | | | **12,060.00** | **7,300.05** |
| | | | | | |
| **Cash Disbursements** | | | | | |
| **Payee** | **Date** | **Memo** | **Category** | **Amount** | **Amount** |
| Deluxe Checks | 11/05/24 | DIP account checks | Office supplies | 29.95 | |
| US Court | 12/24/24 | Quarterly Chapter 11 Fee | Fees | 250.00 | |
| M&T Bank | 12/30/24 | Overdraft Fee | Bank Fee | 15.00 | |
| PP&L | 01/02/25 | 2 High Road | Electric | 1,410.00 | |
| Elite Fuel Services | 01/02/25 | 2 High Road | Heating Fuel | 1,600.00 | |
| LAM LLC | 01/05/25 | Sophia's Daycare | Child Care | 1,455.00 | |
| Alan Redmond | 01/13/25 | Bank check to open new DIP | Transfer | | 7,300.05 |
| Sunoco | 02/18/25 | Gas | Auto | 33.31 | |
| Circle Medical Care | 02/24/25 | Doctor | Medical | 100.00 | |
| Food Shop | 02/24/25 | Food | Food | 30.11 | |
| Comcast | 02/24/25 | Cable/phone/internet - Regency Drive | Utility | 565.58 | |
| | 02/24/25 | Cable/phone/internet - 2 High Road | Utility | 552.17 | |
| Grubhub | 02/24/25 | Food | Food | 160.00 | |
| Walgreens | 02/24/25 | Prescription | Medical | 10.00 | |
| Redners Quik Shop | 02/25/25 | Food | Food | 28.00 | |
| Redners Quik Shop | 02/25/25 | Gas | Auto | 86.95 | |
| Grubhub | 02/25/25 | Food | Food | 50.00 | |
| Redners Quik Shop | 02/27/25 | Food | Food | 45.23 | |
| Temu US | 02/27/25 | Child birthday gift | Gift | 137.75 | |
| | | | | | |
| **Total** | | | | **6,559.05** | **7,300.05** |
| | | | | | |
| **Balance** | | | | **5,500.95** | **-** |

US Bankruptcy Court Report
Debtor: Alan C. Redmond  Case No. 24-13093
Schedule of Cash Receipts and Disbursements

| Alan Redmond Sole Proprietor Income Statement - December 2024 | | | | |
|---|---|---|---|---|
| | | | Current Month | Y-T-D |
| Income/Sales | | | $       - | $    8,000 |
| Expenses | | | | |
| Bank Fee | | | - | 15 |
| Fees and licenses | | | | 250 |
| Office expense | | | - | 30 |
| Total Expenses | | | - | 295 |
| | | | | |
| Net Income (Loss) | | | - | 7,705 |