**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ALAN CHRISTOPHER REDMOND | Bankruptcy No. 24-13093-PMM |
| | Involuntary Chapter 11 |

**PRAECIPE TO WITHDRAW ECF NOS. 247, 248, AND 249**

TO THE CLERK OF COURT:

Kindly withdraw without prejudice the motions at ECF Nos. 247 (Motion for Sanctions),

248 (Motion for a Case Management Order), and 249 (Notice of Motion for Case Management

Order) by Moving Creditors, Jason Scott Jordan, Cornerstone Law Firm, LLC, and Ethan Shalter.

Respectfully submitted,

**CORNERSTONE LAW FIRM, LLC**

Dated: May 21, 2025            By:     /s/ Joel A. Ready
                                                Joel A. Ready, Esquire
                                                PA Attorney I.D. # 321966
                                                Benjamin J. Lewis, Esquire
                                                PA Attorney I.D. # 313733
                                                8500 Allentown Pike, Suite 3
                                                Blandon, PA 19510
                                                (610) 926-7875

1