

8500 Allentown Pike, Suite 3
Blandon, PA 19510

May 21, 2025

**VIA Electronic Case Filing**
Honorable Patricia M. Mayer
United States Bankruptcy Court
for the Eastern District of Pennsylvania
The Gateway Building
201 Penn Street, 4th Floor
Reading, PA 19601

> **Re:    Request to Cancel (or Alternatively, for a Continuance of) the May 27th
> Hearing and to Schedule a Discovery Compliance Hearing
> *In re* Alan Christopher Redmond, Case No. 24-13093-PMM**

Your Honor,

The Court has a hearing scheduled for Tuesday, May 27, 2025 at 11 a.m. for the matters at ECF Nos. 126, 247, and 248.

Contemporaneously with this letter, my clients have withdrawn without prejudice the matters at ECF Nos. 247, 248, and 249. Our objections to the Debtor's claimed exemptions (ECF No. 126) was something the Court wanted to hold off on ruling upon until a future time relative to any plan confirmation. But as the Court knows, the Debtor has withdrawn his proposed plan of reorganization and disclosure statement. [ECF Nos. 358, 359].

I would ask that the Court cancel the May 27th hearing, and schedule a new hearing towards the last week of June, or early July, relative to the outstanding Rule 2004 discovery, so that the Court may ascertain any compliance with the Court's Order at ECF No. 352 relative to the nonparty witnesses and whether any additional or further relief is warranted. Alternatively, we request a continuance of the May 27th hearing. At the new hearing, the Court may add the objections to Debtor's claimed exemptions, ECF No. 126, if desired.

As of now, only the Debtor, Norman Valz, Esquire, and Katherine Downing, Esquire have participated in Rule 2004 examinations. I do not regard Attorney Valz as having fully complied with the Court's order relative to the production of documents, where he withheld W2 and 1099 forms during the period of time the Court ordered him to produce and which may induce my clients to seek additional relief from the Court.

I have contacted Arthur W. Walsh, Jr. and requested a new date for his examination and renewed our request for production of documents. I have not yet served a new Rule 2004 examination notice.

I have been contacted by Susanna M. Fultz, Esquire, who entered her appearance on May 19, 2025, for the accountant and accounting firm, C. Malcolm Smith, III and C. Malcolm Smith & Company, P.C. [ECF No. 362]. We can notify the Court at a later date if C. Malcolm Smith, III and C. Malcolm Smith & Company, P.C. will comply with the Court's orders.

I think that, by the last week of June or early July, we may have a better picture of which nonparties have complied with discovery and which have disobeyed the Court's orders and require additional supervision by the Court. With that date scheduled, I will additionally by then determine if my clients need to seek additional relief from the Court.

I have availability for a new hearing in the week of June 26th and afterwards, and I am attached for other hearings and depositions prior to June 26th. I'm thankful for the Court's time and attention in this case.

Sincerely,

By: _Joel A. Ready_

Joel A. Ready, Esquire

---

Joel A. Ready, Esquire
8500 Allentown Pike, Suite 3 | Blandon, Pennsylvania 19510
*phone* 610.926.7875 | *fax* 484.930.0054 | joel@cornerstonelaw.us