NICOLE M. NIGRELLI, ESQUIRE
NNIGRELLI@CIARDILAW.COM

# CIARDI CIARDI & ASTIN

1905 Spruce Street
Philadelphia, PA 19103
Phone: 215-557-3550 x 115
Fax: 215-557-3551

May 21, 2025

***Via Electronic Case Filing***
Honorable Patricia M. Mayer
United States Bankruptcy Court
   For the Eastern District of Pennsylvania
The Gateway Building
201 Penn Street, 4th Floor
Reading, PA 19601

     ***Re:*** ***In re Alan Christopher Redmond, Case No. 24-13093 (PMM)***

Dear Judge Mayer,

     As you are aware, Ciardi, Ciardi & Astin represents Alan Christopher Redmond (the "Debtor") in the above-referenced bankruptcy proceeding.   I am writing with respect to the hearings scheduled for May 27, 2025 and Mr. Ready's request to adjourn his objection to the Debtor's exemption (the "Exemption Objection") until June 26, 2025. The Debtor is agreeable to adjourning the Exemption Objection to June 26, 2025. Moreover, the Debtor is requesting that the Court hold a status on that day as well so we can update all parties on the status of the bankruptcy.

     Respectfully submitted,

     ***/s/ Nicole M. Nigrelli***
     Nicole M. Nigrelli, Esquire

NMN/dt

cc:   Albert A. Ciardi, III, Esquire (via email aciardi@ciardilaw.com)
       Samantha Lieb, Esquire (via email samantha.lieb2@usdoj.gov)
       Rachel Wolf, Esquire (via email Rachel.wolf@usdoj.gov)
       Frederic Baker, Esquire (via email frederic.j.baker@usdoj.gov
       John Schanne, Esquire (via email John.Schanne@usdoj.gov)
       Joel Ready, Esquire (via email joel@cornerstonelaw.us)
       *ECF* service list

**PHILADELPHIA**
1905 Spruce Street
Philadelphia, PA 19103
Phone: (215) 557-3550
Fax: (215) 557-3551

**WILMINGTON**
1204 North King Street
Wilmington, DE 19801
Phone: (302) 658-1100
Fax: (302) 658-1300

**NEW JERSEY**
52 Haddonfield-Berlin Road
Suite 1000
Cherry Hill, NJ 08034
Phone: (856) 368-2001
Fax: (856) 368-2002