**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **Alan Christopher Redmond,** | : | |
| **Debtor.** | : | **Case No. 24-13093 (PMM)** |

### ORDER

 **AND NOW** it is hereby **ordered** that a hearing with regard to the Objection to Debtor's Claim of Exemptions Filed by J. Ready on behalf of Cornerstone Law Firm, LLC, Jason Scott Jordan, Ethan Shalter (doc. #126) is scheduled for **Thursday, June 24, 2025 at 11:00 a.m.** in the United States Bankruptcy Court, Gateway Building, Fourth Floor Courtroom, 201 Penn St., Reading, PA 19601.

Dated: 5/22/25

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge