United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-13093-pmm |
| Alan Christopher Redmond | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: May 22, 2025 | Form ID: pdf900 | Total Noticed: 20 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alan Christopher Redmond, 2 High Road, Wyomissing, PA 19610-2500 |
| aty | + | ANGELINA ENGENG LIM, 400 North Ashley Drive, ste 3100, Tampa, FL 33602-4337 |
| aty | + | Joel A. Ready, Cornerstone Law Firm, LLC, 8500 Allentown Pike, Suite 3, Blandon, PA 19510 UNITED STATES OF AMERICA 19510-9101 |
| cr | + | American Workers Insurance Services, Inc., c/o FREEMAN MATHIS & GARY, LLP, 1600 Market Street, Suite 1210, Philadelphia, PA 19103-7206 |
| NONE | + | Arthur W. Walsh, Jr., c/o Rush Law Group, 38 N. 6th St., Reading, PA 19601, UNITED STATES 19601-3523 |
| 3pd | + | Bene Market, c/o Norman Valz, 441 Irvington Road, Drexel Hill, PA 19026-1320 |
| acc | + | C. Malcom Smith Co. P.C., 3020 Penn Avenue, West Lawn, Pa 19609-1443 |
| ptcrd | + | Cornerstone Law Firm, LLC, 8500 Allentown Pike, Ste 3, Blandon, PA 19510-9101 |
| ptcrd | + | Ethan Shalter, 1360 Philip Ave, Birdsboro, PA 19508-8860 |
| ptcrd | + | Jason Scott Jordan, 10802 Northwest 56th Ct, Coral Springs, FL 33076-3103 |
| NONE | + | Norman M. Valz, Norman M. Valz & Associates, P.C., 441 Irvington Road, DREXEL HILL, PA 19026, UNITED STATES 19026-1320 |
| cr | + | Producer Advance, LLC, Attn: Robert Axenrod, 4850 T-Rez Ave, Suite 101, Boca Raton, FL 33431-4496 |
| NONE | + | Shannon Kroemmelbein, c/o Rush Law Group, 38 N. 6th Street, Reading, PA 19601, UNITED STATES 19601-3523 |
| NONE | + | Stephanie Miller, c/o Rush Law Group, LLC, 38 N. 6th St, Reading, PA 19601, UNITED STATES 19601-3523 |
| intp | + | THE CORPORATION TRUST COMPANY, c/o Stradley, Ronon, Stevens & Young LLP, 2005 Market Street, Suite 2600, Philadelphia, PA 19103-7018 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 23 2025 00:32:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| smg | + | Email/Text: taxclaim@countyofberks.com | May 23 2025 00:32:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 23 2025 00:33:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 23 2025 00:33:00 | Commonwealth of Pennsylvania Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: bk@szjlaw.com | May 23 2025 00:32:00 | Santander Consumer USA Inc., 2860 Patton rd, Roseville, MN 55113-1100 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

District/off: 0313-4        User: admin        Page 2 of 3

Date Rcvd: May 22, 2025        Form ID: pdf900        Total Noticed: 20

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2025        Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| ANTHONY ST. JOSEPH | on behalf of Creditor United States of America on behalf of SBA anthony.stjoseph@usdoj.gov Mardella.Suarez@usdoj.gov,CaseView.ECF@usdoj.gov |
| ANTHONY ST. JOSEPH | on behalf of Plaintiff United States Small Business Administration Anthony.Stjoseph@usdoj.gov Mardella.Suarez@usdoj.gov,CaseView.ECF@usdoj.gov |
| Albert Anthony Ciardi, III | on behalf of Debtor Alan Christopher Redmond aciardi@ciardilaw.com sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Albert Anthony Ciardi, III | on behalf of Defendant Alan Christopher Redmond aciardi@ciardilaw.com sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| BRENDA SUE BISHOP | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue bbishop@attorneygeneral.gov |
| DANIEL MICHAEL PEREIRA | on behalf of Interested Party THE CORPORATION TRUST COMPANY dpereira@stradley.com |
| DANIEL S. SIEDMAN | on behalf of Debtor Alan Christopher Redmond dsiedman@ciardilaw.com dtorres@ciardilaw.com;sfrizlen@ciardilaw.com |
| JESSICA M. GULASH | on behalf of Creditor WBL SPO I LLC jgulash@lbmlaw.com |
| JESSICA M. GULASH | on behalf of Creditor World Business Lenders LLC jgulash@lbmlaw.com |
| JESSICA M. GULASH | on behalf of Creditor WBL SPO II LLC jgulash@lbmlaw.com |
| JOEL A. READY | on behalf of Petitioning Creditor Jason Scott Jordan joel@cornerstonelaw.us valeria@cornerstonelaw.us |
| JOEL A. READY | on behalf of Petitioning Creditor Cornerstone Law Firm LLC joel@cornerstonelaw.us, valeria@cornerstonelaw.us |
| JOEL A. READY | on behalf of Plaintiff Jason Scott Jordan joel@cornerstonelaw.us valeria@cornerstonelaw.us |
| JOEL A. READY | on behalf of Attorney Joel A. Ready joel@cornerstonelaw.us valeria@cornerstonelaw.us |
| JOEL A. READY | on behalf of Petitioning Creditor Ethan Shalter joel@cornerstonelaw.us valeria@cornerstonelaw.us |
| JOHN HENRY SCHANNE | on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov |
| JUSTIN BORON | on behalf of Creditor American Workers Insurance Services Inc. jboron@fmglaw.com, rmacdonald@fmglaw.com;jwoods@spencerfane.com;jtankersley@spencerfane.com |
| KEVIN P. CALLAHAN | |

District/off: 0313-4                    User: admin                              Page 3 of 3
Date Rcvd: May 22, 2025                 Form ID: pdf900                     Total Noticed: 20

        on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

MATTHEW GREGORY BRUSHWOOD
        on behalf of C. Malcolm Smith  III mbrushwood@barley.com,
        jrachor@barley.com;cbrelje@barley.com;tshober@barley.com;dkline@barley.com;ageoghegan@barley.com

NICOLE MARIE NIGRELLI
        on behalf of Defendant Alan Christopher Redmond nnigrelli@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

NICOLE MARIE NIGRELLI
        on behalf of Debtor Alan Christopher Redmond nnigrelli@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

NORMAN M. VALZ
        on behalf of Norman M. Valz nvalz@msn.com

NORMAN M. VALZ
        on behalf of 3rd Pty Defendant Bene Market nvalz@msn.com

RACHEL WOLF
        on behalf of U.S. Trustee United States Trustee rachel.wolf@usdoj.gov

SAMANTHA LIEB
        on behalf of U.S. Trustee United States Trustee samantha.lieb2@usdoj.gov

SUSANNA M. FULTZ
        on behalf of C. Malcolm Smith  III sfultz@barley.com

SUSANNA M. FULTZ
        on behalf of Accountant C. Malcom Smith Co. P.C. sfultz@barley.com

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
        on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com
        mortoncraigecf@gmail.com;alapinski@egalawfirm.com

WILLIAM R.A. RUSH
        on behalf of Stephanie Miller wrush@rushlawberks.com

WILLIAM R.A. RUSH
        on behalf of C. Malcolm Smith  III wrush@rushlawberks.com

WILLIAM R.A. RUSH
        on behalf of Seguro Medico  LLC wrush@rushlawberks.com

WILLIAM R.A. RUSH
        on behalf of Arthur W. Walsh  Jr. wrush@rushlawberks.com

WILLIAM R.A. RUSH
        on behalf of Accountant C. Malcom Smith Co. P.C. wrush@rushlawberks.com

WILLIAM R.A. RUSH
        on behalf of Shannon Kroemmelbein wrush@rushlawberks.com


TOTAL: 35

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **Alan Christopher Redmond,** | : | |
| **Debtor.** | : | **Case No. 24-13093 (PMM)** |

_____

## <u>ORDER</u>

AND NOW it is hereby **ordered** that a hearing with regard to the Objection to Debtor's

Claim of Exemptions Filed by J. Ready on behalf of Cornerstone Law Firm, LLC, Jason Scott

Jordan, Ethan Shalter (doc. #126) is scheduled for **Thursday, June 24, 2025 at 11:00 a.m.** in the

United States Bankruptcy Court, Gateway Building, Fourth Floor Courtroom, 201 Penn St.,

Reading, PA 19601.

Dated: 5/22/25

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge