**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>ALAN CHRISTOPHER REDMOND,<br><br>Debtor. | Chapter 11<br><br>Case No. 24-13093 (PMM) |

**NOTICE OF APPEARANCE**

TO:    The Clerk of the Court and all parties of record.

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel on behalf of World Business Lenders, LLC; WBL SPO I, LLC; and WBL SPO II, LLC, creditors and parties-in-interest in the above-captioned case, and pursuant to Fed. R. Bankr. P. 2002 requests that all notices and papers given or required to be given in this case, be served upon the undersigned as follows:

> Melissa N. Licker, Esq.
> Hinshaw & Culbertson, LLP
> 800 Third Avenue, 13th Floor
> New York, New York 10022
> T: 212-471-6200
> mlicker@hinshawlaw.com

Dated: May 29, 2025

**HINSHAW & CULBERTSON, LLP**

*/s/ Melissa N. Licker*
Melissa N. Licker, Esq.
800 Third Avenue, 13th Floor
New York, New York 10022
T: 212-471-6200
E-mail: mlicker@hinshawlaw.com
*Attorneys for Creditors/Parties in Interest,*
*World Business Lenders, LLC,*
*WBL SPO I, LLC, and WBL SPO II, LLC*

1087088\324927188.v1