**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | : |
| | : **CHAPTER 11** |
| **ALAN CHRISTOPHER REDMOND,** | : |
| | : |
| **Debtor.** | : **Bankruptcy No. 24-13093 (PMM)** |
| | : |

**FIRST INTERIM APPLICATION FOR COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES OF CIARDI CIARDI & ASTIN,**
**COUNSEL TO THE DEBTOR, FOR THE PERIOD OF**
**OCTOBER 1, 2024 THROUGH APRIL 30, 2025**

Ciardi Ciardi & Astin, in accordance with F.R.B.P. 2016, applies under § 330 of the

Bankruptcy Code for an award of compensation and reimbursement of actual, necessary expenses

and represents:

**Part A Preliminary Statement**

1.      Applicant is counsel to the Debtor pursuant to Court Order.

2.      All services rendered and expenses incurred for which compensation or

reimbursement is requested were performed or incurred for or on behalf of the Debtor.

3.      The services described in this Application are actual, necessary services and

the compensation requested for those services is reasonable.

4.      The expenses described in this Application are actual, necessary expenses.

**Part B General Information**

1.   Period: October 1, 2024 through April 30, 2025

Final Application          _____
Interim Application          X

|  | Requested |
|---|---|
| Fees | $267,212.50 |
| Expenses | $5,180.50 |
| Total | $272,393.00 |

2. General Information
   a. Date Case filed: September 3, 2024* (filed as an involuntary chapter 11)

   b. Date application to approve employment filed: September 13, 2024

   c. Date employment approved: October 1, 2024

   d. First date services rendered in this case: October 1, 2024 (for this Application)

   e. Compensation is under §330: _____X_____ Yes _____ No
      If other statutory basis, specify: § _____

   f. Any fees awarded will be paid from the estate:
      __X__ Yes _____ No
      If no, state the source of payment of any fee that is awarded.

   g. This application is for a period of less than 120 days after the filing of the case or less than 120 days after the end of the period of the last application.
      _____ Yes __X__ No

3. Prior Applications: n/a

|          | Requested | Allowed | Paid | Due |
|----------|-----------|---------|------|-----|
| Fees     |           |         |      |     |
| Expenses |           |         |      |     |

4. Attorneys Billing for Current Period

| Name | Hours | Billing Rate | Total |
|------|-------|--------------|-------|
| Albert A. Ciardi, III | 146.4 | $575.00/$625.00 | $88,380.00 |
| Nicole M. Nigrelli | 278 | $525.00 | $146,337.50 |
| Jennifer C. McEntee | 46.7 | $425.00/$475.00 | $21,227.50 |
| Daniel S. Siedman | 29.7 | $375.00/$450.00 | $11,227.50 |
| **TOTAL:** | **501.60** | | **$267,212.50** |

Paralegals Billing for Current Period: n/a

| Name | Hours | Billing Rate | Total |
|------|-------|--------------|-------|
|      |       | $            | $     |
| TOTAL: |     |              | $     |

Billing Rates

5.   a.

Are any of the billing rates different than the billing rates set forth in your last application?

__X__ Yes            _____ No

b.

If yes, indicate whose billing rates are different and explain why?
The Firms rates increased as set forth above in January of 2025

## Part C Billing Summary

1.     **Description of Services.** Provide adequate detail appropriate for the amount of time billed and the nature and variety of the services rendered.

2.     **Detail of Hours Expended.** Set forth in list form or attach a list that shows the name of the professional or paraprofessional, date, activity, and time expended. The list may be organized in either of two ways.

(a)  By each professional or paraprofessional in chronological order for the application period; or

(b)  By day in chronological order showing all professionals or paraprofessionals that billed time on a particular day during the application period.

See attached Exhibit "A".

*   *   *   *   *

1.     **Summary of Services by Category**

The services rendered by Applicant during the Application Period can be grouped into the categories set forth below.  The attorneys and paraprofessionals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category in Exhibit "A" attached hereto.

**Business Operation (PA3)**

Fees:   $3,197.50            Total Time:  6.4

This category includes review of and rendering advice on the Debtor's business operations, including, but not limited to, day-to-day issues, schedules and questions regarding Debtor's interests

and daily life as a Chapter 11 debtor.  This category also includes services rendered related to review of monthly and quarterly reporting.

**Case Administration (PA4)**

Fees:  $38,855.00    Total Time: 77.80

This category represents time spent working through debtor-in-possession bank account issues, reviewing monthly operating reports, preparing for the IDI and 341 meetings, and review/preparation of the Debtor's Schedules and Amended Schedules.

**Claims Administration and Objections (PA5)**

Fees:  $5,750.00    Total time:   12.4

This category represents time spent reviewing proofs of claims filed in this case and determining whether or not an objection will be required.

**Fee/Employment Applications (PA7)**

Fees:  $4,072.50    Total time:   8.3

This category represents time spent drafting the retention of Ciardi Ciard & Astin as Counsel for the Debtor, an Application to Employ an Accountant and review of other potential professional applications.

**Fee/Employment Objections (PA8)**

Fees:  $7,350.00    Total time:   14.2

This category represents time spent resolving and/or litigation objections to applications to employ filed by creditors and/or Office of the United States Trustee.

**Litigation (PA10)**

Fees:  $81,370.00      Total time:   151.90

This category represents time spent and services rendered litigating as to the prior judgment obtained by Cornerstone Law and Jason Scott Jordan, providing analysis and counsel to the Debtor, defending discovery matters and 2004 issues with creditors and litigating two (2) adversary matters and other issues all related to the Petitioning Creditors.

**Meeting of Creditors (PA11)**

Fees:  $2,107.50      Total time:  4.9

This category represents time spent preparing the client for the Section 341 Meeting of Creditors, attending the Section 341 Meeting of Creditors, and any follow-up.

**Plan & Disclosure Statement (PA12)**

Fees:  $48,290.00      Total Time: 89.3

This category represents time spent drafting a plan of reorganization, disclosure statement, negotiating with creditors and any amendments to the Plan / DS.

**Motions for Relief  (PA13)**

Fees:  $630.00      Total Time:   1.2

This category represents time researching possible stay violations.

**Tax Issues (PA20)**

Fees:  $157.50      Total time:   .3

This category represents time spent reviewing possible issues with Department of Revenue and IRS.

## Legal Research (PA22)

Fees:  $6,975.00        Total time:   12

This category represents time spent researching issues involving the adversary filed by the Petition Creditors, summary judgment and other legal issues involving the Debtor.

## Motion Practice (PA23)

Fees:  $50,482.50        Total time: 94.3

This category includes the research, analysis, drafting and filing of various motions on behalf of the Debtor.  This category also includes the drafting of responsive pleadings, after review and discussion with the Debtor, to pleadings filed by creditors of the Debtor, parties in interest, or the Office of the United States Trustee.  Specifically, the Debtor responded an *ad nauseum* amount of motions filed by the Petitioning Creditors.

## Attend Hearings (PA24)

Fees:  $17,975.00        Total time: 29

This category represents time spent preparing for, traveling and attending hearings on motions filed by or against the Debtor.

2.    **Detail of Hours Expended.**  Attached hereto as Exhibit A are the time entries broken down by date, task and attorney.

### Part D Expense Summary

Set forth in list form or attach a list that shows the type of expenses for which reimbursement is sought. For each type of expense either

(a)  state the amount of the expense that is calculated using the applicant's in-house actual cost or the actual amount billed by a Fourth party provider, or

(b)  explain how the amount of the expense is calculated:

Faxes = $1.00 per page
Copies = $0.10 per page

See attached Exhibit "B".

**WHEREFORE**, Applicant requests an award of **$267,212.50** in compensation and

**$5,180.50** in reimbursement of actual, necessary expenses for a total award of **$272,393.00** for the

first interim period of October 1, 2024 through April 30, 2024

Dated: May 27, 2025                                 CIARDI CIARDI & ASTIN

*/s/ Albert A. Ciardi, III*
Albert A. Ciardi, III, Esquire
1905 Spruce Street
Philadelphia, PA 19103
Telephone: (215) 557-3550
Facsimile: (215) 557-3551
*Counsel for the Debtor*