**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | : |
| | : **CHAPTER 11** |
| **ALAN CHRISTOPHER REDMOND,** | : |
| | : |
| Debtor. | : **Bankruptcy No. 24-13093 (PMM)** |
| | : |

**NOTICE OF FIRST INTERIM APPLICATION FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES OF COUNSEL TO THE DEBTOR**

TO:   THE UNITED STATES TRUSTEE, RULE 2002 PARTIES, ALL CREDITORS  AND
PARTIES IN INTEREST, NOTICE IS GIVEN THAT:

1.      A First Interim Application for Compensation and Reimbursement of Expenses of Counsel to the Debtor has been filed in the amount of $267,212.50 for services rendered as counsel for the Debtor and $5,180.50 for reimbursement of expenses for the time period of October 1, 2024 through April 30, 2025.

2.      Your Applicant has not made any previous applications for compensation.

3.      Any Creditor or party in interest may file an answer, objection or other responsive pleading with the Clerk of the United States Bankruptcy Court for the Eastern District of Pennsylvania, located at The Gateway Building, 201 Penn Street, 4th Floor, Reading, PA 19601, and serve a copy on counsel whose name and address appear below on or before fourteen (14) days from the date of this Notice.

4.      Any creditor or party in interest may request a hearing in writing stating the reasons why a hearing is necessary.  Such a request should be filed and served as provided in the preceding paragraph.

5.      In the absence of any of the foregoing answer, objection, responsive pleading or request for a hearing, counsel shall certify to the Court within fourteen (14) days from the date of this Notice, the absence of such filing and request approval of the fee application.

Dated: May 27, 2025                                CIARDI CIARDI & ASTIN

                                                  */s/ Albert A. Ciardi, III*
                                                  Albert A. Ciardi, III, Esquire
                                                  Daniel Siedman, Esquire
                                                  1905 Spruce Street
                                                  Philadelphia, PA 19103
                                                  Telephone: (215) 557-3550
                                                  ***Counsel for the Debtor***