**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | : |
| | : **CHAPTER 11** |
| **ALAN CHRISTOPHER REDMOND,** | : |
| | : |
| Debtor. | : **Bankruptcy No. 24-13093 (PMM)** |
| | : |

## ORDER

**AND NOW**, this _____ day of _____, 2025, upon consideration of the First Interim Application for Compensation and Reimbursement of Expenses of Ciardi Ciardi & Astin, Counsel to the Debtor, for the Period of October 1, 2024 through April 30, 2025 (the "Application"), it is hereby

**ORDERED** that Application is **APPROVED**; and it is further

**ORDERED** that the Debtor is authorized to compensate Ciardi Ciardi & Astin in the amount of **$267,212.50** for services rendered as counsel for the Debtor and **$5,180.50** for reimbursement of expenses for the period of October 1, 2024 through April 30, 2025, for a total due in the amount of **$272,393.00** (the "Fees and Expenses").

**BY THE COURT:**

_____

HONORABLE PATRICIA M. MAYER
U.S. BANKRUPTCY COURT