IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :
                                          : CHAPTER 11
ALAN CHRISTOPHER REDMOND,                 :
                                          :
            Debtor.                       : Bankruptcy No. 24-13093 (PMM)
                                          :

COMMONWEALTH OF PENNSYLVANIA    :
                                :  SS
COUNTY OF PHILADELPHIA          :

## AFFIDAVIT

The undersigned hereby swears and affirms pursuant to 28 U.S.C. §1746 that the following information is true and correct to the best of the undersigned's knowledge, information and belief:

The undersigned, is a partner with the firm of Ciardi Ciardi & Astin, the Applicant named in the foregoing *First Interim Application for Compensation and Reimbursement of Expenses of Ciardi Ciardi & Astin*, Counsel to the Debtor, for the Period of October1, 2024 through April 30, 2025 (the "Application");

The facts set forth in the Application are true and correct to the best of the undersigned's information, knowledge and belief; and

The Applicant has no agreement, directly or indirectly, and no understanding exists in any form or guise with any person for a division of the compensation herein requested.

CIARDI CIARDI & ASTIN

Albert A. Ciardi, III, Esquire
1905 Spruce Street
Philadelphia, PA 19103
(215) 557-3550 telephone
(215) 557-3551 facsimile

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 27th DAY
OF _May_____, 2025

_____
NOTARY PUBLIC

Commonwealth of Pennsylvania - Notary Seal
STEPHANIE FRIZLEN - Notary Public
Montgomery County
My Commission Expires April 10, 2027
Commission Number 1347451