**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

*In re:*

                                  **Chapter 11**

**ALAN CHRISTOPHER REDMOND,**

           **Debtor.**                **Case No. 24-13093 (PMM)**

### CERTIFICATION OF SERVICE

I, Albert A. Ciardi, III, Esquire certify that on May 29, 2025, I did cause a true and correct copy of the *Notice Application __and__ First Interim Application for Compensation and Reimbursement of Expenses of Ciardi Ciardi & Astin to the Debtor, for the Period of October 1, 2024 through April 20, 2025* to be served on the parties listed on the Mailing List, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated, and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

1. *Notice Application; __and__,*
2. *First Interim Application for Compensation and Reimbursement of Expenses of Ciardi Ciardi & Astin to the Debtor, for the Period of October 1, 2024 through April 20, 2025*

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

                                   **CIARDI CIARDI & ASTIN**

By:    */s/ Albert A. Ciardi, III*
         Albert A. Ciardi, III, Esquire
         1905 Spruce Street
         Philadelphia, PA 19103
         T (215) 557-3550
         F (215) 557-3551
         aciardi@ciardilaw.com

| Name and Address | Relationship of Party | Mode of Service |
|---|---|---|
| Rachel Wolf<br>Samantha Lieb<br>**Office of US Trustee**<br>One Newark Center, Ste 2100<br>Newark, NJ 07102 | **Office of the United States Trustee** | Via CM/ECF and U.S. First Class Mail |
| Alan C. Redmond<br>2005 Regency Drive<br>Wyomissing, PA 19610 | **Debtor** | Via U.S. First Class Mail |
| **Jessica Gulash, Esquire**<br>Lundy, Beldecos & Milby, P.C.<br>450 N. Narberth Avenue<br>Narberth, PA 19072 | **World Business Lenders, LLC WBL SPO I, LLC & WBL SPO III, LLC** | Via CM/ECF and U.S. First Class Mail |
| **Melissa N. Licker, Esq.**<br>Hinshaw & Culbertson, LLP<br>800 Third Avenue, 13th Floor<br>New York, New York 10022 | **World Business Lenders, LLC; WBL SPO I, LLC; and WBL SPO II, LLC** | Via CM/ECF and U.S. First Class Mail |
| **Producer Advance LLC**<br>c/o Angelina E Lim, Esquire<br>Johnson Pope Bokor Ruppel & Burns, LLP<br>400 North Ashley Drive, Ste 3100<br>Tampa, Fl 33602 | **Producer Advance LLC** | Via CM/ECF and U.S. First Class Mail |
| **US-SBA**<br>c/o Anthony St. Joseph, Esquire<br>US Attorney Office<br>615 Chestnut Street, Ste 1250<br>Philadelphia, PA 19106 | **US-SBA** | Via CM/ECF and U.S. First Class Mail |
| **Commonwealth of PA Dept of Revenue**<br>Office of Attorney General<br>c/o Brenda S. Bishop, Esquire<br>15th Floor Strawberry Square<br>4th & Walnut Streets<br>Harrisburg, PA 17120 | **Commonwealth of PA Dept of Revenue** | Via CM/ECF and U.S. First Class Mail |
| **Petitioning Creditors**<br>Ethan Shalter & Jason Scott Jordan<br>Cornerstone Law Firm<br>c/o Joel A. Ready, Esquire<br>8500 Allentown Pike, Ste 3<br>Blandon, PA 19510 | **Petitioning Creditors** | Via CM/ECF and U.S. First Class Mail |