# Exhibit "B"

# Expenses

# Expense Recoveries

Status: Billable - All
Amounts exclude tax
Matter: 6951-001

Date Range : 01/01/2024 and 04/30/2025

| Date | Transaction No. | Matter | Client | Status | Description | Staff | Qty | Amount |
|---|---|---|---|---|---|---|---|---|
| 10/04/2024 | 5330 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Copying | DT | 13.00 | $1.30 |
| 10/10/2024 | 5344 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Copying | DT | 4.00 | $0.40 |
| 10/10/2024 | 5349 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Copying | DT | 66.00 | $6.60 |
| 10/10/2024 | 5363 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Postage | DT | 1.00 | $0.68 |
| 10/22/2024 | 5380 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Veritext Inv # 7788299 | BB | 1.00 | $1,260.85 |
| 10/28/2024 | 5382 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Veritext invoice #7806601 | BB | 1.00 | $1,935.40 |
| 10/29/2024 | 5444 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Copying | DT | 89.00 | $8.90 |
| 10/29/2024 | 5445 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Copying | DT | 330.00 | $33.00 |
| 10/29/2024 | 5453 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Postage | DT | 33.00 | $39.26 |
| 10/30/2024 | 5492 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | AT&T fee regarding the subpoena of texts. | DT | 1.00 | $70.00 |
| 11/06/2024 | 5480 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Copying | DT | 184.00 | $18.40 |
| 11/08/2024 | 5488 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Court fee to file Amended Schedule D and Amended Schedule EF | DT | 2.00 | $68.00 |
| 11/08/2024 | 5496 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Copying | DT | 196.00 | $19.60 |
| 11/08/2024 | 5499 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Copying | DT | 109.00 | $10.90 |
| 11/12/2024 | 5489 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | NMN travel to Reading PA Bankruptcy Court, parking | BB | 1.00 | $136.97 |
| 11/20/2024 | 5564 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Copying | DT | 1.00 | $0.10 |

Case 24-13093-pmm   Doc 375   Filed 05/30/25   Entered 05/30/25 12:01:53   Desc Main Document   Page 2 of 6

| Date | Transaction No. | Matter | Client | Status | Description | Staff | Qty | Amount |
|---|---|---|---|---|---|---|---|---|
| 11/21/2024 | 5537 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Copying | DT | 29.00 | $2.90 |
| 12/06/2024 | 5611 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Copying | DT | 6.00 | $0.60 |
| 12/09/2024 | 5616 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Copying | DT | 182.00 | $18.20 |
| 12/11/2024 | 5593 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Copying | DT | 166.00 | $16.60 |
| 12/18/2024 | 5626 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Copying | DT | 3.00 | $0.30 |
| 12/19/2024 | 5632 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Copying | DT | 15.00 | $1.50 |
| 12/20/2024 | 5633 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Copying | DT | 449.00 | $44.90 |
| 12/20/2024 | 5638 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Copying | DT | 632.00 | $63.20 |
| 12/20/2024 | 5657 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Postage | DT | 6.00 | $5.8 |
| 12/20/2024 | 5658 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Postage | DT | 30.00 | $29.1 |
| 12/23/2024 | 5642 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Copying | DT | 51.00 | $5.10 |
| 12/24/2024 | 5645 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Copying | DT | 16.00 | $1.6 |
| 12/26/2024 | 5739 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Copying | DT | 20.00 | $2.0 |
| 12/27/2024 | 5742 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Copying | DT | 18.00 | $1.80 |
| 12/28/2024 | 5666 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | transcript of the 341 meeting of creditors held on November 22, 2024 | DT | 1.00 | $615.00 |
| 12/30/2024 | 5750 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Copying | DT | 636.00 | $63.60 |
| 12/30/2024 | 5838 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Postage | DT | 30.00 | $20.70 |
| 12/31/2024 | 5755 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Copying | DT | 43.00 | $4.30 |
| 01/02/2025 | 5719 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Copying | DT | 18.00 | $1.80 |
| 01/06/2025 | 5726 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Copying | DT | 24.00 | $2.40 |
| 01/09/2025 | 5729 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Copying | DT | 121.00 | $12.10 |

Case 24-13093-pmm   Doc 375   Filed 05/30/25   Entered 05/30/25 12:01:53   Desc Main Document   Page 3 of 6

| Date | Transaction No. | Matter | Client | Status | Description | Staff | Qty | Amount |
|---|---|---|---|---|---|---|---|---|
| 01/10/2025 | 5735 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Copying | DT | 24.00 | $2.40 |
| 01/13/2025 | 5760 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Copying | DT | 257.00 | $25.70 |
| 01/13/2025 | 5845 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Postage | DT | 54.00 | $37.26 |
| 01/13/2025 | 5846 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Postage | DT | 68.00 | $65.96 |
| 01/16/2025 | 5769 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Copying | DT | 4.00 | $0.40 |
| 01/17/2025 | 5847 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Postage | DT | 1.00 | $0.69 |
| 01/17/2025 | 5961 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Copying | DT | 24.00 | $2.40 |
| 01/21/2025 | 5965 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Copying | DT | 163.00 | $16.30 |
| 01/22/2025 | 5969 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Copying | DT | 144.00 | $14.4 |
| 01/22/2025 | 5971 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Copying | DT | 344.00 | $34.4 |
| 01/23/2025 | 5852 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Postage | DT | 43.00 | $29.67 |
| 01/23/2025 | 5973 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Copying | DT | 19.00 | $1.9 |
| 01/24/2025 | 5854 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Postage | DT | 43.00 | $29.67 |
| 01/24/2025 | 5978 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Copying | DT | 232.00 | $23.20 |
| 01/27/2025 | 5713 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Postage | DT | 43.00 | $29.67 |
| 01/28/2025 | 5945 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Copying | DT | 123.00 | $12.30 |
| 01/30/2025 | 5791 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Copying | DT | 148.00 | $14.80 |
| 01/30/2025 | 5796 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Copying | DT | 126.00 | $12.60 |
| 02/03/2025 | 5801 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Copying | DT | 78.00 | $7.80 |
| 02/03/2025 | 5802 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Copying | DT | 450.00 | $45.00 |
| 02/03/2025 | 5803 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Copying | DT | 600.00 | $60.00 |

Case 24-13093-pmm   Doc 375   Filed 05/30/25   Entered 05/30/25 12:01:53   Desc Main Document   Page 4 of 60

| Date | Transaction No. | Matter | Client | Status | Description | Staff | Qty | Amount |
|---|---|---|---|---|---|---|---|---|
| 02/03/2025 | 5804 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Copying | DT | 540.00 | $54.00 |
| 02/05/2025 | 5812 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Copying | DT | 10.00 | $1.00 |
| 02/10/2025 | 5829 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Copying | DT | 86.00 | $8.60 |
| 02/10/2025 | 5837 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Postage | DT | 1.00 | $2.87 |
| 02/11/2025 | 5831 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Copying | DT | 68.00 | $6.80 |
| 02/19/2025 | 5875 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Copying | DT | 22.00 | $2.20 |
| 02/24/2025 | 5905 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Copying | DT | 101.00 | $10.10 |
| 03/11/2025 | 6016 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Copying | DT | 115.00 | $11.50 |
| 03/17/2025 | 6037 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Copying | DT | 10.00 | $1.00 |
| 03/18/2025 | 6077 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Copying | DT | 4.00 | $0.40 |
| 03/20/2025 | 6084 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Copying | DT | 4.00 | $0.40 |
| 03/25/2025 | 6098 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Copying | DT | 26.00 | $2.60 |
| 03/25/2025 | 6104 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Copying | DT | 382.00 | $38.20 |
| 03/25/2025 | 6137 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Postage | DT | 2.00 | $1.38 |
| 03/26/2025 | 6114 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Copying | DT | 45.00 | $4.50 |
| 03/26/2025 | 6140 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Postage | DT | 2.00 | $1.94 |
| 03/28/2025 | 6119 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Copying | DT | 16.00 | $1.60 |
| 03/28/2025 | 6124 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Copying | DT | 83.00 | $8.30 |
| 03/31/2025 | 6131 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Copying | DT | 2.00 | $0.20 |
| 04/01/2025 | 6237 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Copying | DT | 10.00 | $1.00 |
| 04/11/2025 | 6186 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Copying | DT | 4.00 | $0.40 |

Case 24-13093-pmm  Doc 375  Filed 05/30/25  Entered 05/30/25 12:01:53  Desc Main Document  Page 5 of 6

| Date | Transaction No. | Matter | Client | Status | Description | Staff | Qty | Amount |
|---|---|---|---|---|---|---|---|---|
| 04/14/2025 | 6187 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Copying | DT | 6.00 | $0.60 |
| 04/14/2025 | 6191 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Copying | DT | 152.00 | $15.20 |
| 04/17/2025 | 6247 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Postage | DT | 1.00 | $0.69 |
| 04/25/2025 | 6233 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Copying | DT | 43.00 | $4.30 |
| 04/29/2025 | 6263 | 6951-001 | Alan C. Redmond | Billable - Next Invoice | Copying | DT | 103.00 | $10.30 |
| | | | | | | **Total:** | | **$5,180.50** |