**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **ALAN CHRISTOPHER REDMOND** | **Bky. No. 24-13093 (PMM)** |
| **Debtors.** | |

## <u>WITHDRAWAL OF APPEARANCE</u>

PLEASE TAKE NOTICE that the undersigned withdraws her appearance for World Business Lenders, LLC; WBL SPO I, LLC; and WBL SPO II, LLC, creditors and parties-in-interest in the above-captioned case.

**LUNDY, BELDECOS & MILBY, P.C.**

Date: 5/29/2025          By: */s/ Jessica M. Gulash*
**JESSICA M. GULASH, ESQUIRE**
PA ID # 208463
450 N. Narberth Avenue, Suite 200
Narberth, PA 19072
(610) 668-0772
jgulash@lbmlaw.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **ALAN CHRISTOPHER REDMOND** | **Bky. No. 24-13093 (PMM)** |
| **Debtors.** | |

## CERTIFICATE OF SERVICE

I, Jessica M. Gulash, Esquire, certify that on the date below I caused a true and correct copy of the foregoing Entry of Appearance and Demand for Service of Papers on the following parties via ECF:

Joel A. Ready, Esquire
Cornerstone Law Firm, LLC
8500 Allentown Pike, Suite 3
Blandon, PA 19510
*Attorney for Petitioning Creditors*

**LUNDY, BELDECOS & MILBY, P.C.**

Date:  9/11/2024          By:   */s/ Jessica M. Gulash*

**JESSICA M. GULASH, ESQUIRE**
PA ID # 208463
450 N. Narberth Avenue, Suite 200
Narberth, PA 19072
(610) 668-0772
jgulash@lbmlaw.com