| IN THE UNITED STATES BANKRUPTCY COURT<br>FOR THE EASTERN DISTRICT OF PENNSYLVANIA | | |
|---|---|---|
| *In re*:<br><br>Alan Christopher Redmond,<br><br>Debtor | :<br>:<br>:<br>:<br>: | Chapter 11<br><br>Bankruptcy No. 24-13093(PMM) |
| Jason Scott Jordan,<br><br>Plaintiff,<br><br>v.<br><br>Alan Christopher Redmond,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Adversary No. 24-0145(PMM) |
| United States Small Business Administration,<br><br>Plaintiff,<br><br>v.<br><br>Aland Christopher Redmond,<br><br>Defendant | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Adversary No. 25-00119(PMM) |

## ORDER

**AND NOW** this      day of           , 2025, upon consideration of the Motion of Ciardi Ciardi & Astin ("Ciardi") for Entry of an Order Authorizing the Withdrawal of Ciardi as counsel for Debtor and Request for a Stay of all Deadlines for Sixty (60) Days (the "Motion) filed in the above captioned bankruptcy proceedings, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Ciardi Ciardi & Astin is removed as counsel for the Debtor in the above captioned bankruptcy proceedings; and

**ORDERED** that all deadlines are stayed for sixty (60) days to permit the Debtor

time to obtain new counsel.

BY THE COURT

_____

United States Bankruptcy Judge
The Honorable Patricia M. Mayer