Albert A. Ciardi, III, Esquire
Nicole M. Nigrelli, Esquire
CIARDI CIARDI & ASTIN
1905 Spruce Street
Philadelphia, PA  19103
(215) 557-3550
Attorneys for the Debtor
aciardi@ciardilaw.com
nnigrelli@ciardilaw.com

| **IN THE UNITED STATES BANKRUPTCY COURT**<br>**FOR THE EASTERN DISTRICT OF PENNSYLVANIA** | | |
|---|---|---|
| *In re*:<br><br>**Alan Christopher Redmond,**<br><br>Debtor | :<br>:<br>:<br>:<br>: | **Chapter 11**<br><br>**Bankruptcy No. 24-13093(PMM)** |
| **Jason Scott Jordan,**<br><br>Plaintiff,<br><br>v.<br><br>**Alan Christopher Redmond,**<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **Adversary No. 24-0145(PMM)** |
| **United States Small Business Administration,**<br><br>Plaintiff,<br><br>v.<br><br>**Aland Christopher Redmond,**<br><br>Defendant | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **Adversary No. 25-00119(PMM)** |

## AMENDED NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

Ciardi Ciardi & Astin has filed a *MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR AND REQUEST FOR ALL DEADLINES TO BE STAYED FOR SIXTY (60) DAYS* (the "Motion") with the Court.

1.     **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have any attorney, you may wish to consult an attorney.)

2.     If you do not want the Court to grant the relief sought in this Motion, or if you want the Court to consider your views on the Motion, then on or before **July 1, 2025**,

you or your attorney must file a response to the Motion.

3.     A hearing on the Motion is scheduled to be held on **July 8, 2025, at 11:00 a.m.** via Zoom (see link below).   Unless the Court orders otherwise, the hearing on this contested matter will be an evidentiary hearing.  Here is the zoom link for the hearing:

https://www.zoomgov.com/j/1601990221?pwd=LdbM0lD9rQxcgN0Fzg5Fc8LnsewlOa.1
**Meeting ID:  160 199 0221**
**Passcode: 605517**

4.     If you do not file a response to the Motion, the Court may cancel the hearing and enter an order granting the relief requested in the Motion.

5.     You may contact the Bankruptcy Clerk's Office for Reading cases at 610-208-5040, to find out whether the hearing has been cancelled because no one filed a response.

6.     If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this notice.

## *FILING INSTRUCTIONS*

1.  If you are required to file documents electronically by Local Bankruptcy Rule 5005-2, you must file your response electronically.

2.  If you are not required to file electronically, you must file your response at the address listed below:

    United States Bankruptcy Court
    for the Eastern District of Pennsylvania
    Attn:  Clerk's Office
    Robert N.C. Nix, Sr., Federal Courthouse
    900 Market Street, Suite 204
    Philadelphia, PA  19107

3.  If you mail your response to the Bankruptcy Court Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

4.  On the same day that you file or mail your response to the Motion, you must mail or deliver a copy of the response to the Movant's attorney listed below:

    Albert A. Ciardi, III, Esquire
    Nicole M. Nigrelli, Esquire
    CIARDI CIARDI & ASTIN
    1905 Spruce Street
    Philadelphia, PA  19103
    Telephone: 215-557-3550
    Telecopier: 215-557-3551
    aciardi@ciardilaw.com
    nnigrelli@ciardilaw.com

**CIARDI CIARDI & ASTIN**

Dated: June.10, 2025            By:    */s/ Albert A. Ciardi, III*
                                        Albert A. Ciardi, III, Esquire
                                        Nicole M. Nigrelli, Esquire
                                        1905 Spruce Street
                                        Philadelphia, PA 19103
                                        Telephone: 215-557-3550
                                        Facsimile: 215-557-3551