IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| ALAN CHRISTOPHER REDMOND, | : | Bankruptcy No. 24-13093-PMM |
| | : | |
| Debtor. | : | |

**CERTIFICATE OF SERVICE**

I, Valeria Amato, Paralegal, hereby certify that on June 12, 2025 I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

***Document(s) served:***

- Jason Scott Jordan, Cornerstone Law Firm, LLC, and Ethan Shalter's Response in Opposition to First Interim Application of Ciardi Ciardi & Astin, Counsel to the Debtor, for the Period of October 1, 2024 through April 30, 2025, together with a Proposed Order, and Exhibits.

DATE: June 12, 2025

By: *Valeria Amato*
Valeria Amato
*Paralegal*

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Nicole Marie Nigrelli, Esq.
Counsel for Debtor
Via:    **CM/ECF**    1st Class Mail    Certified Mail    **e-mail Nnigrelli@ciardilaw.com**

Albert Anthony Ciardi III, Esq.
Counsel for Debtor
Via:    **CM/ECF**    1st Class Mail    Certified Mail    **e-mail:aciardi@ciardilaw.com**

Daniel Siedman, Esq.
Counsel for Debtor
Via:    **CM/ECF**    1st Class Mail    Certified Mail    **e-mail:dsiedman@ciardilaw.com**

Rachel Wolf
On behalf of U.S. Trustee
Via:    **CM/ECF**    1st Class Mail    Certified Mail    **e-mail:rachel.wolf@usdoj.gov**

Samantha Lieb
On behalf of U.S. Trustee
Via:    **CM/ECF**    1st Class Mail    Certified Mail    **e-mail:samantha.lieb2@usdoj.gov**

All Web Leads
9004 Anderson Mill Road
Unit A
Austin, TX 78729
Via:    CM/ECF    **1st Class Mail**    Certified Mail    e-mail:

American Workers Insurance Services Inc.
c/o Justin J. Boron, Esquire
Freeman Mathis & Gary, LLP
1600 Market Street, Suite 1210
Philadelphia, PA 19103
Via:    CM/ECF    **1st Class Mail**    Certified Mail    e-mail:

Bene Market, LLC
c/o Norman M. Valz, Esq.
441 Irvington Road
Drexel Hill, PA 19026
Via:    CM/ECF    **1st Class Mail**    Certified Mail    e-mail:

Berks County Tax Claim Bureau
c/o Socrates J. Georgeadis, Esq.
Nicole E. Blanding
633 Court Street
Reading, PA 19601
Via:    CM/ECF    **1st Class Mail**    Certified Mail    e-mail:

Bochetto & Lentz, P.C.
1524 Locust St.
Philadelphia, PA 19102
Via:     CM/ECF     **1st Class Mail**     Certified Mail     e-mail:

C. Malcolm Smith, P.C.
c/o Susanna M. Fultz, Esq
Matthew G. Brushwood, Esq.
2755 Century Blvd.
Wyomissing, PA 19610
Via:     CM/ECF     **1st Class Mail**     Certified Mail     e-mail:

Cardflex Inc.
2195 American Ave, #A
Costa Mesa, CA 92627
Via:     CM/ECF     **1st Class Mail**     Certified Mail     e-mail:

Complete Business Solutions Group Inc.
c/o John W. Kettering, Esquire
Pietragallo Gordon Alfano Bosick & Raspanti, LLP
7 W. State St., STE 100
Sharon, PA 16146
Via:     CM/ECF     **1st Class Mail**     Certified Mail     e-mail:

Complete Business Solutions Group Inc., d/b/a PAR Funding
141 N. 2nd St.
Philadelphia, PA 19103
Via:     CM/ECF     **1st Class Mail**     Certified Mail     e-mail:

Duane Morris LLP
30 S. 17th Street
Philadelphia, PA 19103
Via:     CM/ECF     **1st Class Mail**     Certified Mail     e-mail:

Holly Smith Miller, Esquire
Gellert Seitz Busenkell & Brown, LLC
901 Market Street, Suite 3020
Philadelphia, PA 19107
Via:     CM/ECF     **1st Class Mail**     Certified Mail     e-mail:

Internal Revenue Service
600 Arch Street
Philadelphia, PA 19106
Via:     CM/ECF     **1st Class Mail**     Certified Mail     e-mail:

Matthew Murray
2005 Regency Drive
Reading, PA 19610
Via:     CM/ECF     **1st Class Mail**     Certified Mail     e-mail:

Mercedes Benz of West Chester
1260 Wilmington Pike
West Chester, PA 19382
Via:     CM/ECF     **1st Class Mail**     Certified Mail     e-mail:

National Brokers of America, Inc.
354 Penn Street
Reading, PA 19062
Via:     CM/ECF     **1st Class Mail**     Certified Mail     e-mail:

Pennsylvania Department of Revenue
Department 280946
Attn: Bankruptcy Division
Harrisburg, PA 17128-0946
Via:     CM/ECF     **1st Class Mail**     Certified Mail     e-mail:

Commonwealth of PA Department of Revenue
Office of Attorney General
c/o Brenda Bishop, Esquire
15th FL Strawberry Square
4th & Walnut Streets
Harrisburg, PA 17120
Via:     CM/ECF     **1st Class Mail**     Certified Mail     e-mail:

Office of Attorney General
c/o Carol E. Momjian, Esq.
21 S. 12th St., 3rd FL
Philadelphia, PA 19107
Via:     CM/ECF     **1st Class Mail**     Certified Mail     e-mail:

Pennsylvania UC Tax Services
UC Tax Review Office
Labor & Industry Building
651 Boas Street, Suite 1113
Harrisburg, PA 17121
Via:     CM/ECF     **1st Class Mail**     Certified Mail     e-mail:

Office of Tax & Revenue
Office of the Chief Financial Officer
1101 4th Street, SW – Suite W270
Washington, DC 20024
Via:     CM/ECF     **1st Class Mail**     Certified Mail     e-mail:

SEC
One Penn Center
1617 JFK Blvd., STE 520
Philadelphia, PA 19103
Via:     CM/ECF     **1st Class Mail**     Certified Mail     e-mail:

PA Dept of Labor and Industry – UCTS
c/o Carla Arias, Joseph Kots
Bankruptcy & Compliance Unit
625 Cherry St., Room 203
Reading, PA 19602-1152
Via:       CM/ECF       **1st Class Mail**       Certified Mail       e-mail:

Producer Advance LLC
1625 S. Congress Ave, Suite 200
Delray Beach, FL 33445
Via:       CM/ECF       **1st Class Mail**       Certified Mail       e-mail:

Producer Advance LLC
c/o Angelina E. Lim, Esq.
Johnson Pope Bokor Ruppel & Burns, LLP
400 N. Ashley Drive, STE 3100
Tampa, FL 33602
Via:       CM/ECF       **1st Class Mail**       Certified Mail       e-mail:

William Rush, Esq.
Rush Law Group LLC
38 N. 6th Street
Reading, PA 19601
Via:       CM/ECF       **1st Class Mail**       Certified Mail       e-mail:

Santander Bank
2220 State Hill Road
Reading, PA 19610
Via:       CM/ECF       **1st Class Mail**       Certified Mail       e-mail:

Santander Bank
601 Penn St., #1050
Reading, PA 19601
Via:       CM/ECF       **1st Class Mail**       Certified Mail       e-mail:

Santander Consumer Usa Inc.
P.O. Box 961245
Fort Worth, TX 76161
Via:       CM/ECF       **1st Class Mail**       Certified Mail       e-mail:

Santander Consumer USA Inc.
c/o William E. Craig, Esquire
Eisenberg Gold & Agrawal, P.C.
1040 Kings Hwy N #200
Cherry Hill, NJ 08034
Via:       CM/ECF       **1st Class Mail**       Certified Mail       e-mail:

U.S. Small Business Association
c/o Anthony St. Joseph, Esq.
US Attorney Office
615 Chestnut Street, STE 1250
Philadelphia, PA 19106
Via:       CM/ECF      **1st Class Mail**       Certified Mail       e-mail:

Small Business Association
14925 Kingsport Road
Fort Worth, TX 76155-2243
Via:       CM/ECF      **1st Class Mail**       Certified Mail       e-mail:

U.S. Department of Labor
c/o Kyle Stelmack, Esquire
1835 Market Street
Mail stop SOL /22
Philadelphia PA, 19103-2968
Via:       CM/ECF      **1st Class Mail**       Certified Mail       e-mail:

United States Trustee
Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
Via:       **CM/ECF**      **1st Class Mail**       Certified Mail       e-mail:

Verizon
c/o American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118
Via:       CM/ECF      **1st Class Mail**       Certified Mail       e-mail:

Verizon
PO Box 15124
Albany, NY 12212-5124
Via:       CM/ECF      **1st Class Mail**       Certified Mail       e-mail:

World Business Lenders, LLC; WBL SPO I, LLC; and WBL SPO II, LLC
c/o Jessica Gulash, Esquire
Lundy, Beldecos & Milby, P.C.
450 N. Narberth Ave., Suite 200
Narberth, PA 19072
Via:       CM/ECF      **1st Class Mail**       Certified Mail       e-mail:

World Business Lenders, LLC; WBL SPO I, LLC; and WBL SPO II, LLC
c/o Melissa N. Licker, Esquire
Hinshaw & Culbertson, LLP
800 Third Avenue, 13th FL
New York, NY 10022
Via:       CM/ECF      **1st Class Mail**       Certified Mail       e-mail:

David P. Heim, Esquire
Bochetto & Lentz, P.C.
1524 Locust Street
Philadelphia, PA 19102
Via:      CM/ECF      X **1st Class Mail**      Certified Mail      e-mail:

Seguro Medico, LLC
The Corporation Trust Co.
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801
Via:      CM/ECF      X **1st Class Mail**      Certified Mail      e-mail:

The Corporation Trust Company
c/o Daniel M. Pereira, Esq.
Stradley, Ronon, Stevens & Young, LLP
2005 Market Street, STE 2600
Philadelphia, PA 19103
Via:      CM/ECF      X **1st Class Mail**      Certified Mail      e-mail:

Seguro Medico, LLC
2706 Philmay Terrace
Reading, PA 19606
Via:      CM/ECF      X **1st Class Mail**      Certified Mail      e-mail: