*Form 167* (1/25)–doc 386 – 384

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Alan Christopher Redmond | ) | Case No. 24–13093–pmm |
| | ) | |
| | ) | |
| Debtor(s). | ) | Chapter: 11 |
| | ) | |
| | ) | |

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Patricia M. Mayer , United States Bankruptcy Judge to consider:

Opposition Response to Application for Compensation filed by Debtor Alan Christopher Redmond Filed by
Cornerstone Law Firm, LLC, Jason Scott Jordan, Ethan Shalter

on: 7/8/25

at: 11:00 AM

in: 201 Penn Street, 4th Floor, Reading, PA 19601

Date: June 13, 2025

For The Court

Timothy B. McGrath
Clerk of Court