# Exhibit A

# Exhibit A



**Streamline Your Success.**

Our tailored **Cash Management** solutions help optimize your cash flows.

## CASH MGMT CHECKING - XXXXXXXXX145

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 08/31/2024 | **Beginning Balance** | **$6,112.64** |
| | 19 Credit(s) This Period | $393,943.97 |
| | 82 Debit(s) This Period | $399,970.48 |
| 09/30/2024 | **Ending Balance** | **$86.13** |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| **08/31/2024** | **Beginning Balance** | | | **$6,112.64** |
| 09/03/2024 | Recur Payment 09/01 CA G.CO/HELPPAY# GOOGLE * CLOUD W S SEQ# 080274 6373 | $10.52 | | $6,102.12 |
| 09/03/2024 | Signature POS Debit 08/30 MO NIPR.COM NIPR* Z8T5C3YJQ SEQ# 097047 6373 | $40.60 | | $6,061.52 |
| 09/03/2024 | Recur Payment 09/01 CA HTTPSRENDER.C RENDER.COM SEQ# 092528 6373 | $60.00 | | $6,001.52 |
| 09/03/2024 | Recur Payment 09/02 DE HTTPSGETLINER LINER INC. SEQ# 012037 6373 | $85.99 | | $5,915.53 |
| 09/03/2024 | Signature POS Debit 08/30 FL 877-5240265 MVQ* Gallagher A IT SEQ# 022899 6373 | $539.17 | | $5,376.36 |
| 09/03/2024 | Signature POS Debit 08/31 PA 800-266-2278 COMCAST THREE R S SEQ# 042416 6373 | $618.95 | | $4,757.41 |
| 09/03/2024 | Signature POS Debit 08/30 MO NIPR.COM NIPR* WP4VD145D SEQ# 080824 6373 | $1,189.20 | | $3,568.21 |
| 09/03/2024 | Signature POS Debit 08/30 CA 562-7069575 MEDIAALPHA SEQ# 071698 6373 | $3,076.93 | | $491.28 |
| 09/03/2024 | 701123926 ONLINE TRANSFER TO CASH MGMT CHECKING XXXXXX1983 on 9/01/24 at 9:37 | $150.00 | | $341.28 |
| 09/03/2024 | TOWNSHIPOFSPRING UTILITY DD 01-240631023-00 | $393.97 | | -$52.69 |
| 09/03/2024 | The Wyndcroft Sc FACTS 000000217772751 | $5,150.00 | | -$5,202.69 |
| 09/03/2024 | The Wyndcroft Sc RETRY PYMT 000000217772750 | $5,150.00 | | -$10,352.69 |
| 09/04/2024 | Incoming Wire Transfer ABN NETWORK LLC 509705496 | | $60,000.00 | $49,647.31 |
| 09/04/2024 | RETURNED ITEM, INSUFFICIENT FUNDS, TOWNSHIPOFSPRING UTILITY DD 01-240631023-0 | | $393.97 | $50,041.28 |
| 09/04/2024 | RETURNED ITEM, INSUFFICIENT FUNDS, The Wyndcroft Sc FACTS 000000217772751 | | $5,150.00 | $55,191.28 |
| 09/04/2024 | RETURNED ITEM, INSUFFICIENT FUNDS, The Wyndcroft Sc RETRY PYMT 00000021777275 | | $5,150.00 | $60,341.28 |
| 09/04/2024 | NSF FEE CHARGE | $120.00 | | $60,221.28 |

SEGURO MEDICO LLC                    XXXXXXXXX145        Statement Ending 09/30/2024                    Page 4 of 6

## CASH MGMT CHECKING - XXXXXXXXX145 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 09/04/2024 | Outgoing Wire Transfer Bochetto & Lentz PC | $23,853.78 | | $36,367.50 |
| 09/05/2024 | 700629409 ONLINE TRANSFER FROM CASH MGMT CHECKIN XXXXXX474 on 9/05/24 at 11:17 | | $7,000.00 | $43,367.50 |
| 09/05/2024 | Recur Payment 09/05 CA CUPERTINO APPLE COM BILL US SEQ# 238972 6373 | $13.77 | | $43,353.73 |
| 09/05/2024 | Signature POS Debit 09/05 TX 800-4625842 Indeed Jobs SEQ# 038102 6373 | $393.29 | | $42,960.44 |
| 09/05/2024 | 700613683 ONLINE TRANSFER TO CASH MGMT CHECKING XXXXXX8170 on 9/05/24 at 10:14 | $33,000.00 | | $9,960.44 |
| 09/05/2024 | Outgoing Wire Transfer All Web Leads Inc | $8,000.00 | | $1,960.44 |
| 09/06/2024 | C Malcolm Smith seguro wee Seguro | $3,000.00 | | -$1,039.56 |
| 09/09/2024 | 701037104 ONLINE TRANSFER FROM CASH MGMT CHECKIN XXXXXX8170 on 9/07/24 at 13:10 | | $1,000.00 | -$39.56 |
| 09/09/2024 | 701035149 ONLINE TRANSFER FROM CASH MGMT CHECKIN XXXXXX8170 on 9/07/24 at 13:09 | | $5,000.00 | $4,960.44 |
| 09/09/2024 | 701189036 ONLINE TRANSFER FROM CASH MGMT CHECKIN XXXXXX8170 on 9/09/24 at 0:34 | | $95,700.00 | $100,660.44 |
| 09/09/2024 | Incoming Wire Transfer ABN NETWORK LLC 510423970 | | $28,000.00 | $128,660.44 |
| 09/09/2024 | Pinned POS Debit 09/07 CA CUPERTINO APPLE COM BILL SEQ# 886231 6373 | $10.59 | | $128,649.85 |
| 09/09/2024 | Pinned POS Debit 09/08 PA READING SQ * WAYNE FISHE SEQ# 024797 6373 | $495.00 | | $128,154.85 |
| 09/09/2024 | Recur Payment 09/08 DE 800-3799973 DOCUSIGN INC. SEQ# 070103 6373 | $21.20 | | $128,133.65 |
| 09/09/2024 | Signature POS Debit 09/07 CA 855-973-1040 DD * DOORDASH CO ON SEQ# 084416 6373 | $29.11 | | $128,104.54 |
| 09/09/2024 | Recur Payment 09/08 DE WILMINGTON DOCUSIGN INC. SEQ# 006303 6373 | $47.70 | | $128,056.84 |
| 09/09/2024 | Signature POS Debit 09/07 PA 610-774-5151 PPL ELECTRIC UT IE SEQ# 033613 6373 | $226.06 | | $127,830.78 |
| 09/09/2024 | Signature POS Debit 09/07 PA 610-774-5151 PPL ELECTRIC UT IE SEQ# 038497 6373 | $415.11 | | $127,415.67 |
| 09/09/2024 | NSF FEE CHARGE | $40.00 | | $127,375.67 |
| 09/09/2024 | Outgoing Wire Transfer Rush Law Group | $6,000.00 | | $121,375.67 |
| 09/09/2024 | Outgoing Wire Transfer Shannon Kroemmelbein | $37,000.00 | | $84,375.67 |
| 09/10/2024 | Incoming Wire Transfer ABN NETWORK LLC 510623310 | | $20,000.00 | $104,375.67 |
| 09/10/2024 | Recur Payment 09/09 CA 866-712-7753 APPLE.COM/BILL SEQ# 066913 6373 | $31.79 | | $104,343.88 |
| 09/10/2024 | Recur Payment 09/09 AZ HTTP://WWW.PH REPUBLIC SERVIC RA SEQ# 038480 6373 | $114.88 | | $104,229.00 |
| 09/10/2024 | Signature POS Debit 09/10 TX 800-4625842 Indeed 97455537 SEQ# 070602 6373 | $424.00 | | $103,805.00 |
| 09/10/2024 | Signature POS Debit 09/09 PA 800-266-2278 COMCAST THREE R S SEQ# 093118 6373 | $500.00 | | $103,305.00 |
| 09/10/2024 | Acct Fund 09/10 CA OAKLAND CASH APP* HEIDI MM SEQ# 953709 6373 | $1,225.00 | | $102,080.00 |
| 09/10/2024 | 700261381 ONLINE TRANSFER TO CASH MGMT CHECKING XXXXXX8170 on 9/10/24 at 9:51 | $5,500.00 | | $96,580.00 |
| 09/10/2024 | The Wyndcroft Sc RETURN FEE 000000218692448 | $20.00 | | $96,560.00 |
| 09/10/2024 | Outgoing Wire Transfer NuBridge commercial Lending svp | $10,500.00 | | $86,060.00 |
| 09/10/2024 | Outgoing Wire Transfer BERKS TAX COLLECTION COMMITTEE DBA | $50,000.00 | | $36,060.00 |
| 09/11/2024 | Incoming Wire Transfer ABN NETWORK LLC 510798820 | | $85,000.00 | $121,060.00 |
| 09/11/2024 | Signature POS Debit 09/10 CA 562-7069575 MEDIAALPHA SEQ# 086274 6373 | $1,025.65 | | $120,034.35 |
| 09/11/2024 | Signature POS Debit 09/10 CA 562-7069575 MEDIAALPHA SEQ# 086220 6373 | $1,025.65 | | $119,008.70 |
| 09/11/2024 | Signature POS Debit 09/10 CA 562-7069575 MEDIAALPHA | $1,025.65 | | $117,983.05 |

| SEGURO MEDICO LLC | XXXXXXXXX145 | Statement Ending 09/30/2024 | Page 5 of 6 |
|---|---|---|---|

## CASH MGMT CHECKING - XXXXXXXXX145 (continued)

### Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| | SEQ# 086287 6373 | | | |
| 09/11/2024 | Signature POS Debit 09/10 CA 562-7069575 MEDIAALPHA SEQ# 086074 6373 | $3,076.93 | | $114,906.12 |
| 09/11/2024 | Signature POS Debit 09/10 CA 562-7069575 MEDIAALPHA SEQ# 086150 6373 | $5,128.21 | | $109,777.91 |
| 09/11/2024 | 700493129 ONLINE TRANSFER TO CASH MGMT CHECKING XXXXXX1983 on 9/11/24 at 12:05 | $5,000.00 | | $104,777.91 |
| 09/11/2024 | 700479213 ONLINE TRANSFER TO CASH MGMT CHECKING XXXXXX8170 on 9/11/24 at 11:09 | $6,000.00 | | $98,777.91 |
| 09/11/2024 | 700483753 ONLINE TRANSFER TO CASH MGMT CHECKING XXXXXX8170 on 9/11/24 at 11:27 | $7,000.00 | | $91,777.91 |
| 09/11/2024 | Outgoing Wire Transfer All Web Leads Inc | $8,000.00 | | $83,777.91 |
| 09/11/2024 | Outgoing Wire Transfer Ciardi Ciardi & Astin | $10,000.00 | | $73,777.91 |
| 09/11/2024 | Outgoing Wire Transfer Majestic Financial Holdings, llc | $10,000.00 | | $63,777.91 |
| 09/12/2024 | 700711854 ONLINE TRANSFER FROM CASH MGMT CHECKIN XXXXXX474 on 9/12/24 at 13:39 | | $10,000.00 | $73,777.91 |
| 09/12/2024 | Recur Payment 09/12 CA SANTA MONICA HULU SEQ# 174382 6373 | $19.07 | | $73,758.84 |
| 09/12/2024 | Recur Payment 09/12 CA CIRCLEMEDICAL CIRCLE MEDICAL SEQ# 052345 6373 | $100.00 | | $73,658.84 |
| 09/12/2024 | Recur Payment 09/11 CA TWILIO.COM TWILIO INC SEQ# 070580 6373 | $500.00 | | $73,158.84 |
| 09/12/2024 | Signature POS Debit 09/11 CA 562-7069575 MEDIAALPHA SEQ# 096387 6373 | $2,051.29 | | $71,107.55 |
| 09/12/2024 | Signature POS Debit 09/11 CA 562-7069575 MEDIAALPHA SEQ# 096464 6373 | $2,051.29 | | $69,056.26 |
| 09/12/2024 | 700655093 ONLINE TRANSFER TO CASH MGMT CHECKING XXXXXX1983 on 9/12/24 at 9:40 | $5,000.00 | | $64,056.26 |
| 09/12/2024 | 700633649 ONLINE TRANSFER TO CASH MGMT CHECKING XXXXXX8170 on 9/12/24 at 8:11 | $16,000.00 | | $48,056.26 |
| 09/12/2024 | 700700613 ONLINE TRANSFER TO CASH MGMT CHECKING XXXXXX474 on 9/12/24 at 12:39 | $37,500.00 | | $10,556.26 |
| 09/13/2024 | Pinned POS Debit 09/13 CA CUPERTINO APPLE COM BILL SEQ# 288111 6373 | $5.29 | | $10,550.97 |
| 09/13/2024 | Signature POS Debit 09/12 WA AMZN.COM/BILL Amazon.com* K91D 3 SEQ# 072708 6373 | $264.35 | | $10,286.62 |
| 09/13/2024 | 700845593 ONLINE TRANSFER TO CASH MGMT CHECKING XXXXXX1983 on 9/13/24 at 8:38 | $5,000.00 | | $5,286.62 |
| 09/13/2024 | C Malcolm Smith seguro wee Seguro | $3,000.00 | | $2,286.62 |
| 09/16/2024 | Pinned POS Debit 09/14 CA CUPERTINO APPLE COM BILL SEQ# 226904 6373 | $0.99 | | $2,285.63 |
| 09/16/2024 | Recur Payment 09/13 CA 866-712-7753 APPLE.COM/BILL SEQ# 027251 6373 | $10.59 | | $2,275.04 |
| 09/16/2024 | Signature POS Debit 09/15 CA 866-712-7753 APPLE.COM/BILL SEQ# 068258 6373 | $84.79 | | $2,190.25 |
| 09/16/2024 | Recur Payment 09/14 CA CIRCLEMEDICAL CIRCLE MEDICAL SEQ# 027946 6373 | $100.00 | | $2,090.25 |
| 09/16/2024 | The Wyndcroft Sc RETRY PYMT 000000219066319 | $5,150.00 | | -$3,059.75 |
| 09/17/2024 | Incoming Wire Transfer ABN NETWORK LLC 511634008 | | $23,000.00 | $19,940.25 |
| 09/17/2024 | RETURNED ITEM, INSUFFICIENT FUNDS, The Wyndcroft Sc RETRY PYMT 00000021906631 | | $5,150.00 | $25,090.25 |
| 09/17/2024 | Analysis Charges August 2024 | $561.44 | | $24,528.81 |
| 09/17/2024 | NSF FEE CHARGE | $40.00 | | $24,488.81 |
| 09/18/2024 | Signature POS Debit 09/18 TX 800-4625842 Indeed Jobs SEQ# 057702 6373 | $530.05 | | $23,958.76 |
| 09/18/2024 | 700540896 ONLINE TRANSFER TO CASH MGMT CHECKING XXXXXX8170 on 9/18/24 at 12:42 | $17,000.00 | | $6,958.76 |
| 09/19/2024 | Incoming Wire Transfer ABN NETWORK LLC 511949544 | | $23,000.00 | $29,958.76 |

| SEGURO MEDICO LLC | XXXXXXXXX145 | Statement Ending 10/31/2024 | Page 3 of 14 |
|---|---|---|---|



 

Visit www.midpennbank.com to learn more.

## CASH MGMT CHECKING - XXXXXXXXX145

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 10/01/2024 | **Beginning Balance** | **$86.13** |
| | 44 Credit(s) This Period | $587,840.81 |
| | 246 Debit(s) This Period | $584,792.98 |
| 10/31/2024 | **Ending Balance** | **$3,133.96** |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| **10/01/2024** | **Beginning Balance** | | | **$86.13** |
| 10/01/2024 | 700113577 ONLINE TRANSFER FROM CASH MGMT CHECKIN XXXXXX8170 on 9/30/24 at 19:54 | | $20,000.00 | $20,086.13 |
| 10/01/2024 | 700197966 ONLINE TRANSFER TO CASH MGMT CHECKING XXXXXX1983 on 10/01/24 at 8:35 | $1,500.00 | | $18,586.13 |
| 10/01/2024 | 700261384 ONLINE TRANSFER TO CASH MGMT CHECKING XXXXXX8170 on 10/01/24 at 8:36 | $17,900.00 | | $686.13 |
| 10/01/2024 | TOWNSHIPOFSPRING UTILITY DD 01-240631023-00 | $595.56 | | $90.57 |
| 10/02/2024 | 700425728 ONLINE TRANSFER FROM CASH MGMT CHECKIN XXXXXX8170 on 10/01/24 at 21:44 | | $45,000.00 | $45,090.57 |
| 10/02/2024 | 700431586 ONLINE TRANSFER TO CASH MGMT CHECKING XXXXXX1983 on 10/02/24 at 8:43 | $1,100.00 | | $43,990.57 |
| 10/02/2024 | 700522991 ONLINE TRANSFER TO CASH MGMT CHECKING XXXXXX1983 on 10/02/24 at 14:12 | $5,000.00 | | $38,990.57 |
| 10/02/2024 | 700593619 ONLINE TRANSFER TO CASH MGMT CHECKING XXXXXX1983 on 10/02/24 at 14:44 | $7,000.00 | | $31,990.57 |
| 10/02/2024 | 700495546 ONLINE TRANSFER TO CASH MGMT CHECKING XXXXXX8170 on 10/02/24 at 8:42 | $25,000.00 | | $6,990.57 |
| 10/03/2024 | 700808819 ONLINE TRANSFER TO CASH MGMT CHECKING XXXXXX1983 on 10/03/24 at 12:52 | $5,000.00 | | $1,990.57 |
| 10/04/2024 | 701050283 ONLINE TRANSFER FROM CASH MGMT CHECKIN XXXXXX8170 on 10/04/24 at 14:32 | | $63,000.00 | $64,990.57 |
| 10/04/2024 | 700828585 ONLINE TRANSFER TO CASH MGMT CHECKING XXXXXX8170 on 10/03/24 at 20:19 | $1,500.00 | | $63,490.57 |
| 10/04/2024 | C Malcolm Smith seguro wee Seguro | $3,000.00 | | $60,490.57 |
| 10/04/2024 | Outgoing Wire Transfer Shannon Kroemmelbein | $60,000.00 | | $490.57 |
| 10/07/2024 | Incoming Wire Transfer ABN NETWORK LLC 514909956 | | $15,000.00 | $15,490.57 |
| 10/07/2024 | Pinned POS Debit 10/04 PA READING SUNOCO READING SEQ# 262119 3077 | $40.87 | | $15,449.70 |
| 10/07/2024 | Signature POS Debit 10/05 PA WYOMISSING WAWA 8124 | $13.30 | | $15,436.40 |

SEGURO MEDICO LLC                    XXXXXXXXX145        Statement Ending 10/31/2024                    Page 4 of 14

## CASH MGMT CHECKING - XXXXXXXXX145 (continued)

**Account Activity (continued)**

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| | SEQ# 039564 3077 | | | |
| 10/07/2024 | Signature POS Debit 10/05 PA WYOMISSING LUXE CAR WASH SEQ# 084182 3077 | $24.00 | | $15,412.40 |
| 10/07/2024 | Signature POS Debit 10/05 PA WYOMISSING SUNOCO 80015341 SEQ# 083682 3077 | $49.79 | | $15,362.61 |
| 10/07/2024 | Signature POS Debit 10/05 PA SHILLINGTON RITE AID 00290 SEQ# 074157 3077 | $51.99 | | $15,310.62 |
| 10/07/2024 | Signature POS Debit 10/05 PA WEST LAWN REDNERS QK SHP SEQ# 080423 3077 | $70.00 | | $15,240.62 |
| 10/07/2024 | 700094110 ONLINE TRANSFER TO CASH MGMT CHECKING XXXXXX8170 on 10/07/24 at 11:01 | $5,100.00 | | $10,140.62 |
| 10/08/2024 | Incoming Wire Transfer ABN NETWORK LLC 515161728 | | $35,000.00 | $45,140.62 |
| 10/08/2024 | Signature POS Debit 10/07 MO NIPR.COM NIPR* SDXR5GMGX SEQ# 034057 3077 | $190.60 | | $44,950.02 |
| 10/08/2024 | Signature POS Debit 10/07 MO NIPR.COM NIPR* 2QLZMWKMC SEQ# 085637 3077 | $819.20 | | $44,130.82 |
| 10/08/2024 | Signature POS Debit 10/07 CA 562-7069575 MEDIAALPHA SEQ# 059046 3077 | $2,564.11 | | $41,566.71 |
| 10/08/2024 | 700411234 ONLINE TRANSFER TO CASH MGMT CHECKING XXXXXX8170 on 10/08/24 at 16:50 | $10,000.00 | | $31,566.71 |
| 10/08/2024 | 700415420 ONLINE TRANSFER TO CASH MGMT CHECKING XXXXXX8170 on 10/08/24 at 17:27 | $11,000.00 | | $20,566.71 |
| 10/08/2024 | Outgoing Wire Transfer NuBridge commercial Lending svp | $10,518.00 | | $10,048.71 |
| 10/09/2024 | 700555433 ONLINE TRANSFER FROM CASH MGMT CHECKIN XXXXXX8170 on 10/09/24 at 11:04 | | $500.00 | $10,548.71 |
| 10/09/2024 | 700536130 ONLINE TRANSFER FROM CASH MGMT CHECKIN XXXXXX8170 on 10/09/24 at 9:59 | | $1,000.00 | $11,548.71 |
| 10/09/2024 | 700577045 ONLINE TRANSFER FROM CASH MGMT CHECKIN XXXXXX8170 on 10/09/24 at 12:19 | | $1,000.00 | $12,548.71 |
| 10/09/2024 | 700598595 ONLINE TRANSFER FROM CASH MGMT CHECKIN XXXXXX8170 on 10/09/24 at 13:45 | | $1,000.00 | $13,548.71 |
| 10/09/2024 | 700594473 ONLINE TRANSFER FROM CASH MGMT CHECKIN XXXXXX8170 on 10/09/24 at 13:42 | | $2,000.00 | $15,548.71 |
| 10/09/2024 | 700594850 ONLINE TRANSFER FROM CASH MGMT CHECKIN XXXXXX8170 on 10/09/24 at 13:44 | | $2,000.00 | $17,548.71 |
| 10/09/2024 | 700604877 ONLINE TRANSFER FROM CASH MGMT CHECKIN XXXXXX8170 on 10/09/24 at 14:24 | | $8,000.00 | $25,548.71 |
| 10/09/2024 | 700568884 ONLINE TRANSFER FROM CASH MGMT CHECKIN XXXXXX8170 on 10/09/24 at 11:45 | | $25,000.00 | $50,548.71 |
| 10/09/2024 | Recur Payment 10/08 CA G.CO/HELPPAY# GOOGLE * CLOUD G F SEQ# 094577 3077 | $11.34 | | $50,537.37 |
| 10/09/2024 | Signature POS Debit 10/08 CA G.CO/HELPPAY# GOOGLE * CLOUD K 6 SEQ# 094576 3077 | $11.34 | | $50,526.03 |
| 10/09/2024 | Recur Payment 10/08 CA TWILIO.COM TWILIO INC SEQ# 028315 3077 | $300.00 | | $50,226.03 |
| 10/09/2024 | Signature POS Debit 10/08 CA 562-7069575 MEDIAALPHA SEQ# 069583 3077 | $1,025.65 | | $49,200.38 |
| 10/09/2024 | Signature POS Debit 10/08 CA 562-7069575 MEDIAALPHA SEQ# 069602 3077 | $1,025.65 | | $48,174.73 |
| 10/09/2024 | Signature POS Debit 10/08 CA 562-7069575 MEDIAALPHA SEQ# 069496 3077 | $2,564.11 | | $45,610.62 |
| 10/09/2024 | Signature POS Debit 10/08 CA 562-7069575 MEDIAALPHA SEQ# 069176 3077 | $4,697.44 | | $40,913.18 |
| 10/09/2024 | Outgoing Wire Transfer Ciardi Ciardi & Astin | $25,000.00 | | $15,913.18 |
| 10/10/2024 | 700770968 ONLINE TRANSFER FROM CASH MGMT CHECKIN XXXXXX8170 on 10/10/24 at 11:18 | | $15,000.00 | $30,913.18 |
| 10/10/2024 | Recur Payment 10/09 CA TWILIO.COM TWILIO INC SEQ# 063005 3077 | $100.00 | | $30,813.18 |
| 10/10/2024 | Recur Payment 10/09 CA TWILIO.COM TWILIO INC SEQ# 079321 3077 | $200.00 | | $30,613.18 |