United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                Case No. 24-13093-pmm

Alan Christopher Redmond                                                                Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 13, 2025 | Form ID: 167 | Total Noticed: 6 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alan Christopher Redmond, 2 High Road, Wyomissing, PA 19610-2500 |
| aty | + | Joel A. Ready, Cornerstone Law Firm, LLC, 8500 Allentown Pike, Suite 3, Blandon, PA 19510 UNITED STATES OF AMERICA 19510-9101 |
| NONE | + | Ciardi Ciardi & Astin, 1905 Spruce Street, Phila, PA 19103-5732 |
| ptcrd | + | Cornerstone Law Firm, LLC, 8500 Allentown Pike, Ste 3, Blandon, PA 19510-9101 |
| ptcrd | + | Ethan Shalter, 1360 Philip Ave, Birdsboro, PA 19508-8860 |
| ptcrd | + | Jason Scott Jordan, 10802 Northwest 56th Ct, Coral Springs, FL 33076-3103 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2025          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANTHONY ST. JOSEPH | on behalf of Creditor United States of America on behalf of SBA anthony.stjoseph@usdoj.gov Mardella.Suarez@usdoj.gov,CaseView.ECF@usdoj.gov |
| ANTHONY ST. JOSEPH | on behalf of Plaintiff United States Small Business Administration Anthony.Stjoseph@usdoj.gov Mardella.Suarez@usdoj.gov,CaseView.ECF@usdoj.gov |
| Albert Anthony Ciardi, III | on behalf of Defendant Alan Christopher Redmond aciardi@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |

District/off: 0313-4      User: admin      Page 2 of 3

Date Rcvd: Jun 13, 2025      Form ID: 167      Total Noticed: 6

Albert Anthony Ciardi, III
on behalf of Ciardi Ciardi & Astin aciardi@ciardilaw.com sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Albert Anthony Ciardi, III
on behalf of Debtor Alan Christopher Redmond aciardi@ciardilaw.com sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

BRENDA SUE BISHOP
on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue bbishop@attorneygeneral.gov

DANIEL MICHAEL PEREIRA
on behalf of Interested Party THE CORPORATION TRUST COMPANY dpereira@stradley.com

DANIEL S. SIEDMAN
on behalf of Debtor Alan Christopher Redmond dsiedman@ciardilaw.com dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

FRED W. HOENSCH
on behalf of Creditor WBL SPO II LLC fhoensch@hinshawlaw.com, NYCDocket@hinshawlaw.com

FRED W. HOENSCH
on behalf of Creditor World Business Lenders LLC fhoensch@hinshawlaw.com, NYCDocket@hinshawlaw.com

FRED W. HOENSCH
on behalf of Creditor WBL SPO I LLC fhoensch@hinshawlaw.com, NYCDocket@hinshawlaw.com

JOEL A. READY
on behalf of Petitioning Creditor Jason Scott Jordan joel@cornerstonelaw.us valeria@cornerstonelaw.us

JOEL A. READY
on behalf of Petitioning Creditor Cornerstone Law Firm LLC joel@cornerstonelaw.us, valeria@cornerstonelaw.us

JOEL A. READY
on behalf of Plaintiff Jason Scott Jordan joel@cornerstonelaw.us valeria@cornerstonelaw.us

JOEL A. READY
on behalf of Attorney Joel A. Ready joel@cornerstonelaw.us valeria@cornerstonelaw.us

JOEL A. READY
on behalf of Petitioning Creditor Ethan Shalter joel@cornerstonelaw.us valeria@cornerstonelaw.us

JOHN HENRY SCHANNE
on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov

JUSTIN BORON
on behalf of Creditor American Workers Insurance Services Inc. jboron@fmglaw.com,
rmacdonald@fmglaw.com;jwoods@spencerfane.com;jtankersley@spencerfane.com

KEVIN P. CALLAHAN
on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

MATTHEW GREGORY BRUSHWOOD
on behalf of C. Malcolm Smith III mbrushwood@barley.com,
jrachor@barley.com;cbrelje@barley.com;tshober@barley.com;dkline@barley.com;ageoghegan@barley.com

NICOLE MARIE NIGRELLI
on behalf of Defendant Alan Christopher Redmond nnigrelli@ciardilaw.com sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

NICOLE MARIE NIGRELLI
on behalf of Debtor Alan Christopher Redmond nnigrelli@ciardilaw.com sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

NORMAN M. VALZ
on behalf of Norman M. Valz nvalz@msn.com

NORMAN M. VALZ
on behalf of 3rd Pty Defendant Bene Market nvalz@msn.com

RACHEL WOLF
on behalf of U.S. Trustee United States Trustee rachel.wolf@usdoj.gov

SAMANTHA LIEB
on behalf of U.S. Trustee United States Trustee samantha.lieb2@usdoj.gov

SUSANNA M. FULTZ
on behalf of C. Malcolm Smith III sfultz@barley.com

SUSANNA M. FULTZ
on behalf of Accountant C. Malcom Smith Co. P.C. sfultz@barley.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com
mortoncraigecf@gmail.com;alapinski@egalawfirm.com

District/off: 0313-4                                 User: admin                                       Page 3 of 3
Date Rcvd: Jun 13, 2025                              Form ID: 167                                 Total Noticed: 6

WILLIAM R.A. RUSH

on behalf of C. Malcolm Smith  III wrush@rushlawberks.com

WILLIAM R.A. RUSH

on behalf of Seguro Medico  LLC wrush@rushlawberks.com

WILLIAM R.A. RUSH

on behalf of Arthur W. Walsh  Jr. wrush@rushlawberks.com

WILLIAM R.A. RUSH

on behalf of Accountant C. Malcom Smith Co. P.C. wrush@rushlawberks.com

WILLIAM R.A. RUSH

on behalf of Shannon Kroemmelbein wrush@rushlawberks.com

WILLIAM R.A. RUSH

on behalf of Stephanie Miller wrush@rushlawberks.com


TOTAL: 36

*Form 167* (1/25)–doc 386 – 384

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Alan Christopher Redmond | ) | Case No. 24–13093–pmm |
| | ) | |
| | ) | |
|    Debtor(s). | ) | Chapter: 11 |
| | ) | |
| | ) | |

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Patricia M. Mayer , United States Bankruptcy Judge to consider:

Opposition Response to Application for Compensation filed by Debtor Alan Christopher Redmond Filed by
Cornerstone Law Firm, LLC, Jason Scott Jordan, Ethan Shalter

on: 7/8/25

at: 11:00 AM

in: 201 Penn Street, 4th Floor, Reading, PA 19601

Date: June 13, 2025

For The Court

Timothy B. McGrath
Clerk of Court