# Exhibit 1

| Date | Activity Code | Description | Attorney | Hrs/Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/08/2024 | PA10 | Email to Bill Rush Re: Alan Redmond Bankruptcy/ App to employ special counsel | NN | 0.10 | $525.00 | $52.50 |
| 10/08/2024 | PA10 | Email from sender William Rush Re: Re: Alan Redmond Bankruptcy/ App to employ special counsel | NN | 0.10 | $525.00 | $52.50 |
| 10/08/2024 | PA7 | Draft proposed order approving app to retain special counsel- Rush Law Group | NN | 0.30 | $525.00 | $157.50 |
| 10/09/2024 | PA7 | Draft Application to Retain Special Counsel- Rush Law Group | NN | 0.60 | $525.00 | $315.00 |
| 10/09/2024 | PA7 | Draft declaration of W Rush in Support of Application | NN | 0.30 | $525.00 | $157.50 |
| 10/09/2024 | PA7 | Email to Bill Rush Re: A. Redmond- App for special counsel | NN | 0.10 | $525.00 | $52.50 |
| 10/15/2024 | PA7 | Review and revise App to Retain Special Counsel Rush Law Group | NN | 0.20 | $525.00 | $105.00 |
| 10/15/2024 | PA7 | Review and revise Declaration of W Rush in Support of Application_ | NN | 0.20 | $525.00 | $105.00 |
| 10/15/2024 | | Review and Revise Proposed Order Special Counsel Rush Law Group | NN | 0.10 | $525.00 | $52.50 |
| 10/15/2024 | PA7 | Email to Bill Rush Re: ARC Realty, LLC - special counsel Application | NN | 0.10 | $525.00 | $52.50 |
| 10/16/2024 | PA7 | Email from sender William Rush Re: Re: ARC Realty, LLC - special counsel Application | NN | 0.10 | $525.00 | $52.50 |
| 10/16/2024 | PA7 | Draft email to W Rush re missing information | NN | 0.20 | $525.00 | $105.00 |
| 10/21/2024 | PA7 | Email from sender William Rush Re: Re: ARC Realty, LLC - special counsel Application | NN | 0.10 | $525.00 | $52.50 |
| 10/21/2024 | PA7 | Email from sender Xxena Rush Re: ARC Realty, LLC - special counsel Application | NN | 0.10 | $525.00 | $52.50 |
| 10/21/2024 | PA7 | Email from sender William Rush Re: Re: ARC Realty, LLC - special counsel Application | NN | 0.10 | $525.00 | $52.50 |
| 10/28/2024 | PA7 | Review of Signed App to Retain Rush and Prepare App to Retain Special Counsel for Filing | DS | 0.40 | $375.00 | $150.00 |
| 10/29/2024 | PA7 | Prepare and File App to Employ Rush | DS | 0.30 | $375.00 | $112.50 |
| 10/29/2024 | PA7 | Review and prepare App to employ special counsel for filing re Rush law group | NN | 0.10 | $525.00 | $52.50 |
| 11/06/2024 | PA8 | Review proposed order- objection to app to employ Rush Law | NN | 0.20 | $525.00 | $105.00 |
| 11/06/2024 | PA8 | Ex A- objection to app to employ Rush law | NN | 0.80 | $525.00 | $420.00 |
| 11/06/2024 | PA8 | Read objection to app to employ Rush as special counsel (.50)/ review exhibit (.20)/ review proposed order(.10) | NN | 0.80 | $525.00 | $420.00 |
| 11/06/2024 | PA8 | Email from sender William Rush Re: Re: Ch-11 24-13093-pmm Response - Alan Christopher R | NN | 0.10 | $525.00 | $52.50 |
| 11/07/2024 | PA8 | Review notice of hearing re app to employ special counsel | NN | 0.10 | $525.00 | $52.50 |
| 11/07/2024 | PA8 | Draft correspondence to B Rush and a Redmond re hearing on App to employ B Rush | NN | 0.10 | $525.00 | $52.50 |

| Date | Code | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/07/2024 | PA8 | Email from sender William Rush Re: Re: Ch-11 24-13093-pmm Hearing (Bk) Set - Alan Christopher R | NN | 0.10 | $525.00 | $52.50 |
| 11/07/2024 | PA8 | Email to William Rush; Albert A. Ciardi III; Alan Redmond Re: RE: Ch-11 24-13093-pmm Hearing (Bk) Set - Alan Christopher R | NN | 0.10 | $525.00 | $52.50 |
| 11/07/2024 | PA8 | Email from sender William Rush Re: Re: Ch-11 24-13093-pmm Hearing (Bk) Set - Alan Christopher R | NN | 0.10 | $525.00 | $52.50 |
| 11/07/2024 | PA8 | Email to William Rush; Albert A. Ciardi III; Alan Redmond Re: RE: Ch-11 24-13093-pmm Hearing (Bk) Set - Alan Christopher R | NN | 0.10 | $525.00 | $52.50 |
| 11/07/2024 | PA8 | Email from sender William Rush Re: Re: Ch-11 24-13093-pmm Response - Alan Christopher R | NN | 0.10 | $525.00 | $52.50 |
| 11/07/2024 | PA8 | Review of Objection to Rush Application | DS | 0.20 | $375.00 | $75.00 |
| 11/07/2024 | PA8 | Review of Correspondences from B. Rush and A. Redmond re Obj to Application to Rush | DS | 0.30 | $375.00 | $112.50 |
| 11/07/2024 | PA8 | Email from sender William Rush Re: Re: Ch-11 24-13093-pmm Hearing (Bk) Set - Alan Christopher R | NN | 0.10 | $525.00 | $52.50 |
| 11/07/2024 | PA4 | Email to William Rush; Albert A. Ciardi III; Alan Redmond Re: RE: Ch-11 24-13093-pmm Hearing (Bk) Set - Alan Christopher R | NN | 0.10 | $525.00 | $52.50 |
| 11/08/2024 | PA8 | Email from sender Callahan, Kevin P. (USTP) Re: Alan Redmond 24-13093 application to employ special counsel | NN | 0.10 | $525.00 | $52.50 |
| 11/08/2024 | PA8 | Email to Callahan, Kevin P. (USTP) Re: RE: Alan Redmond 24-13093 application to employ special counsel | NN | 0.10 | $525.00 | $52.50 |
| 11/19/2024 | PA8 | Review supplemental affidavit from sender William Rush Re: App to employ Rush law group | NN | 0.10 | $525.00 | $52.50 |
| 11/19/2024 | PA8 | Email to William Rush; Albert A. Ciardi III; Alan Redmond Re: Supplemental Declaration- W Rush | NN | 0.10 | $525.00 | $52.50 |
| 11/19/2024 | PA8 | Draft  Supplemental Declaration of W Rush in Support of Application | NN | 0.80 | $525.00 | $420.00 |
| 11/19/2024 | PA8 | Email to William Rush; Alan Redmond Re: SUPPLEMENTAL Declaration | NN | 0.10 | $525.00 | $52.50 |
| 11/19/2024 | PA8 | AMENDED Proposed Order Special Counsel Rush Law Group | NN | 0.10 | $525.00 | $52.50 |
| 11/19/2024 | PA8 | Email to Kevin Callahan Re: App to retain Rush law group- Alan C. Redmond | NN | 0.10 | $525.00 | $52.50 |
| 11/19/2024 | PA8 | Email from sender William Rush Re: Re: SUPPLEMENTAL Declaration | NN | 0.10 | $525.00 | $52.50 |
| 11/19/2024 | PA8 | Draft email to William Rush Re: Re: SUPPLEMENTAL Declaration | NN | 0.10 | $525.00 | $52.50 |
| 11/19/2024 | PA8 | Review of revised Deceleration | DS | 0.20 | $375.00 | $75.00 |
| 11/20/2024 | PA23 | Review Notice of Hearing on App to Employ | NN | 0.10 | $525.00 | $52.50 |
| 11/22/2024 | PA8 | Telephone call from B rush re  app to retain special counsel | NN | 0.20 | $525.00 | $105.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/25/2024 | PA8 | Draft correspondence to K Callahan and J Schanne re amended proposed order on app to retain- W Rush | NN | 0.10 | $525.00 | $52.50 |
| 11/25/2024 | PA8 | Email from sender Callahan, Kevin P. (USTP) Re: FW: App to retain Rush law group- Alan C. Redmond | NN | 0.10 | $525.00 | $52.50 |
| 11/25/2024 | PA8 | Email to Callahan, Kevin P. (USTP); Dorene Torres Re: RE: App to retain Rush law group- Alan C. Redmond | NN | 0.10 | $525.00 | $52.50 |
| 11/25/2024 | PA8 | Email from sender Callahan, Kevin P. (USTP) Re: FW: App to retain Rush law group- Alan C. Redmond | NN | 0.10 | $525.00 | $52.50 |
| 11/25/2024 | PA8 | Email to Bill Rush; Alan Redmond Re: RE: App to retain Rush law group- Alan C. Redmond | NN | 0.10 | $525.00 | $52.50 |
| 11/25/2024 | PA8 | Email from sender William Rush Re: Re: App to retain Rush law group- Alan C. Redmond | NN | 0.10 | $525.00 | $52.50 |
| 11/26/2024 | PA8 | Attend hearing on objection to app to employ special counsel B Rush | NN | 4.90 | $525.00 | $2,572.50 |
| 11/26/2024 | PA8 | Telephone call to W Rush re hearing on app to employ Rush Law Group | NN | 0.20 | $525.00 | $105.00 |
| 11/26/2024 | PA3 | Review of hearing w/ NMN re App to Employ | DS | 0.20 | $375.00 | $75.00 |
| 11/26/2024 | PA10 | Email from sender William Rush Re: litigation | NN | 0.10 | $525.00 | $52.50 |
| 11/26/2024 | PA8 | Draft Second Supplemental Declaration of W Rush in Support of Application | NN | 0.40 | $525.00 | $210.00 |
| 11/26/2024 | PA8 | Email to Bill Rush; Alan Redmond Re: Alan C. Redmond - Second Supplemental Declaration | NN | 0.10 | $525.00 | $52.50 |
| 11/26/2024 | PA8 | Email to William Rush; Albert A. Ciardi III; Alan Redmond Re: Additional disclosures | NN | 0.10 | $525.00 | $52.50 |
| 11/27/2024 | PA10 | Email from sender William Rush Re: Re: Additional disclosures | NN | 0.10 | $525.00 | $52.50 |
| 12/02/2024 | PA8 | Email to Bill Rush Re: FW: Alan C. Redmond - Second Supplemental Declaration | NN | 0.10 | $525.00 | $52.50 |
| 12/03/2024 | PA8 | Review notice from the Court re  Hearing Continued (Bk) -app to employ Rush Law | NN | 0.10 | $525.00 | $52.50 |
| 12/03/2024 | PA8 | Email to wrush@rushlawberks.com Re: FW: Ch-11 24-13093-pmm CHAP - Hearing Continued (Bk) - Alan Christopher R | NN | 0.10 | $525.00 | $52.50 |
| 12/04/2024 | PA5 | Email to Al Ciardi; Alan Redmond; Bill Rush Re: Alan C. Redmond - IRS proof of claim | NN | 0.10 | $525.00 | $52.50 |
| 12/06/2024 | PA7 | Review email  and attachment from sender William Rush Re: Re: Alan C. Redmond - Second Supplemental Declaration | NN | 0.20 | $525.00 | $105.00 |
| 12/06/2024 | PA7 | Email to William Rush; Alan Redmond; Dorene Torres Re: RE: Alan C. Redmond - Second Supplemental Declaration | NN | 0.10 | $525.00 | $52.50 |
| 12/18/2024 | PA8 | Telephone call from B Rush re special counsel app | NN | 0.30 | $525.00 | $157.50 |
| 12/18/2024 | PA8 | Email from sender William Rush Re: Re: Alan Redmond 24-13093pmm Special counsel application and supplements | NN | 0.10 | $525.00 | $52.50 |

| 12/19/2024 | PA7 | Draft Praecipe to Withdraw App to Retain Special Counsel Rush Law Group | NN | 0.10 | $525.00 | $52.50 |
|---|---|---|---|---|---|---|
| | | | | | Total | $8,632.50 |
| | | | NN total: | 15.30 | $8,032.50 | |
| | | | DS total: | 1.60 | $600.00 | |

16.90