# Exhibit 2

| Date | Activity Code | Description | Attorney | Hrs/Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/03/2024 | PA3 | call with client re plan | AC | 1.00 | $575.00 | $575.00 |
| 10/15/2024 | PA12 | Start Draft Plan | DS | 2.00 | $375.00 | $750.00 |
| 10/15/2024 | PA12 | call with A Redmond re plan and CBSG | AC | 0.70 | $575.00 | $402.50 |
| 10/16/2024 | PA12 | review corr from client re plan | AC | 0.40 | $575.00 | $230.00 |
| 10/17/2024 | PA10 | call with client re plan | AC | 0.40 | $575.00 | $230.00 |
| 10/17/2024 | PA10 | call with J Kettering re plan | AC | 0.50 | $575.00 | $287.50 |
| 10/17/2024 | PA12 | Start Drafting Plan / Discussion with ACIII | DS | 0.50 | $375.00 | $187.50 |
| 10/18/2024 | PA12 | Continue to Draft Plan | DS | 0.50 | $375.00 | $187.50 |
| 11/05/2024 | PA12 | call with A Redmond re plan | AC | 0.40 | $575.00 | $230.00 |
| 11/05/2024 | | corr with J Kettering re plan | AC | 0.30 | $575.00 | $172.50 |
| 11/15/2024 | PA12 | Research re plan support agreements-compliance | NN | 1.10 | $525.00 | $577.50 |
| 11/18/2024 | PA12 | Draft plan revisions | AC | 1.00 | $575.00 | $575.00 |
| 11/20/2024 | PA10 | corr with CBSG counsel re resolution and plan support agreement | AC | 0.50 | $575.00 | $287.50 |
| 11/22/2024 | PA12 | Meet with A Redmond re case/plan | NN | 1.70 | $525.00 | $892.50 |
| 12/02/2024 | PA12 | Draft plan support agreement | NN | 0.50 | $525.00 | $262.50 |
| 12/02/2024 | PA12 | Draft plan support agreement | NN | 3.50 | $525.00 | $1,837.50 |
| 12/02/2024 | PA12 | Email to Al Ciardi Re: Alan C. Redmond -plan support agreement | NN | 0.10 | $525.00 | $52.50 |
| 12/02/2024 | PA12 | Revise plan support agreement | NN | 0.60 | $525.00 | $315.00 |
| 12/02/2024 | PA12 | review and revise plan support agreement | AC | 2.00 | $575.00 | $1,150.00 |
| 12/03/2024 | PA12 | Email to Alan Redmond Re: Alan C. Redmond -Plan Support agreement | NN | 0.10 | $525.00 | $52.50 |
| 12/05/2024 | PA4 | Email to alanredmond23@gmail.com; Albert A. Ciardi III; Daniel Siedman; John Sardella Re: FILED Amended Schedules and SOFA and Plan Support Agreement | NN | 0.10 | $525.00 | $52.50 |
| 12/06/2024 | PA12 | Telephone call with A Redmond re schedules and plan support agreement | NN | 0.70 | $525.00 | $367.50 |
| 12/09/2024 | PA12 | call with A Redmond re plan | AC | 0.40 | $575.00 | $230.00 |
| 12/10/2024 | PA12 | Draft  Plan of Reorganization- A Redmond | NN | 2.00 | $525.00 | $1,050.00 |
| 12/15/2024 | PA12 | review and revise Plan of Reorganization | AC | 2.50 | $575.00 | $1,437.50 |
| 12/15/2024 | PA12 | call with client re plan | AC | 0.50 | $575.00 | $287.50 |
| 12/16/2024 | PA12 | Email from sender John W. Kettering Re: RE: Alan C. Redmond - PSA | NN | 0.10 | $525.00 | $52.50 |
| 12/18/2024 | PA12 | Draft Proposed Order- Motion to Approve DS | NN | 0.30 | $525.00 | $157.50 |
| 12/18/2024 | PA12 | Draft Motion to Approve DS | NN | 0.50 | $525.00 | $262.50 |
| 12/18/2024 | PA12 | Draft NOM- Motion to Approve DS | NN | 0.10 | $525.00 | $52.50 |
| 12/20/2024 | PA12 | Telephone call from A Redmond re plan | NN | 0.20 | $525.00 | $105.00 |
| 12/23/2024 | PA12 | Draft Disclosure Statement- A Redmond | NN | 1.10 | $525.00 | $577.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/24/2024 | PA12 | Email to Alan Redmond Re: Alan C. Redmond - Plan and DS | NN | 0.20 | $525.00 | $105.00 |
| 12/24/2024 | PA12 | Email from sender alanredmond23@gmail.com Re: Re: Alan C. Redmond - Plan and DS | NN | 0.10 | $525.00 | $52.50 |
| 12/26/2024 | PA12 | Email from sender alanredmond23@gmail.com Re: RE: Alan C. Redmond - Plan and DS | NN | 0.10 | $525.00 | $52.50 |
| 12/26/2024 | PA12 | Email to alanredmond23@gmail.com; Albert A. Ciardi III Re: RE: Alan C. Redmond - Plan and DS | NN | 0.10 | $525.00 | $52.50 |
| 12/28/2024 | PA12 | Email from sender John W. Kettering Re: Re: Alan C. Redmond - PSA | NN | 0.10 | $525.00 | $52.50 |
| 01/03/2025 | PA12 | Email from sender John W. Kettering Re: Re: Alan C. Redmond - PSA | NN | 0.10 | $525.00 | $52.50 |
| 01/05/2025 | PA12 | Draft correspondence to B Rush re summary- DS | NN | 0.10 | $525.00 | $52.50 |
| 01/06/2025 | PA4 | Telephone call from A Redmond re Plan | NN | 0.20 | $525.00 | $105.00 |
| 01/07/2025 | PA12 | Revise Disclosure Statement- A Redmond | NN | 1.20 | $525.00 | $630.00 |
| 01/09/2025 | PA12 | Email from sender John W. Kettering Re: RE: Alan C. Redmond - PSA | NN | 0.10 | $525.00 | $52.50 |
| 01/11/2025 | PA12 | review corr from J kettering re plan | AC | 0.40 | $575.00 | $230.00 |
| 01/11/2025 | PA3 | Email from sender Albert A. Ciardi III Re: FW: Alan C. Redmond - PSA | NN | 0.10 | $525.00 | $52.50 |
| 01/12/2025 | PA3 | Email from sender alanredmond23@gmail.com Re: Re: FW: Alan C. Redmond - PSA | NN | 0.10 | $525.00 | $52.50 |
| 01/16/2025 | PA12 | Review and revise First Plan of Reorganization- A Redmond | NN | 0.30 | $525.00 | $157.50 |
| 01/16/2025 | PA12 | Revise Disclosure Statement- A Redmond | NN | 0.20 | $525.00 | $105.00 |
| 01/16/2025 | PA12 | Email to Alan Redmond Re: Alan C. Redmond - Plan and Disclosure Statement | NN | 0.10 | $525.00 | $52.50 |
| 01/16/2025 | PA12 | Email to Alan Redmond Re: Alan C. Redmond - Plan and Disclosure Statement- UPDATED | NN | 0.10 | $525.00 | $52.50 |
| 01/16/2025 | PA12 | Conference call with A Redmond and ACIII re Plan and DS/ DIP Account | NN | 0.20 | $525.00 | $105.00 |
| 01/16/2025 | PA12 | review and revise plan | AC | 3.00 | $575.00 | $1,725.00 |
| 01/20/2025 | PA12 | call with client on plan and discovery | AC | 2.00 | $575.00 | $1,150.00 |
| 01/21/2025 | PA12 | Email to Alan Redmond Re: Alan C. Redmond - Plan- signature needed | NN | 0.10 | $525.00 | $52.50 |
| 01/21/2025 | PA12 | Review and revise Motion to Approve DS/ prepare for filing | NN | 0.20 | $525.00 | $105.00 |
| 01/21/2025 | PA12 | Review and revise Proposed Order- Motion to Approve DS | NN | 0.10 | $525.00 | $52.50 |
| 01/21/2025 | PA12 | Email to Alan Redmond Re: Alan C. Redmond - Plan and Disclosure statement- signature needed | NN | 0.10 | $525.00 | $52.50 |

| 01/21/2025 | PA12 | Email from sender alanredmond23@gmail.com Re: Re: Alan C. Redmond - Plan and Disclosure Statement- UPDATED | NN | 0.10 | $525.00 | $52.50 |
| 01/21/2025 | PA12 | Email to StJoseph, Anthony (USAPAE) Re: Redmond/ plan and DS | NN | 0.10 | $525.00 | $52.50 |
| 01/21/2025 | PA12 | Email from sender alanredmond23@gmail.com Re: Further questions- plan | NN | 0.10 | $525.00 | $52.50 |
| 01/21/2025 | PA12 | prepare plan and Disclosure statement for filing | NN | 0.50 | $525.00 | $262.50 |
| 01/22/2025 | PA12 | Telephone call to A Redmond re plan questions | NN | 0.80 | $525.00 | $420.00 |
| 01/22/2025 | PA12 | Email to Alan Redmond Re: Plan and DS- signatures | NN | 0.10 | $525.00 | $52.50 |
| 01/27/2025 | PA12 | Confer with ACIII re disclosure statement/ additional information | NN | 0.30 | $525.00 | $157.50 |
| 01/27/2025 | PA12 | call with A Redmond re plan | AC | 1.00 | $625.00 | $625.00 |
| 01/28/2025 | PA12 | Telephone call from A Redmond re MOR/DIP Account/ Plan | NN | 0.50 | $525.00 | $262.50 |
| 01/28/2025 | NJM | Email to JGulash@LBMlaw.com Re: Alan C. Redmond-Plan | NN | 0.10 | $525.00 | $52.50 |
| 01/28/2025 | PA12 | Email from sender Jessica M. Gulash Re: Re: Alan C. Redmond-Plan | NN | 0.10 | $525.00 | $52.50 |
| 01/28/2025 | PA12 | Conference call with ACIII and A Redmond re plan and DS | NN | 0.90 | $525.00 | $472.50 |
| 01/29/2025 | PA12 | Telephone call from J Gulash re WBL/ plan | NN | 0.30 | $525.00 | $157.50 |
| 01/29/2025 | PA12 | Email to Alan Redmond; William Rush Re: Redmond- Plan/ WBL | NN | 0.20 | $525.00 | $105.00 |
| 02/10/2025 | PA12 | Telephone call from B Bishop re plan and disclosure statement | NN | 0.70 | $525.00 | $367.50 |
| 02/13/2025 | PA12 | Email from sender Jessica M. Gulash Re: RE: Alan C. Redmond-Plan | NN | 0.10 | $525.00 | $52.50 |
| 02/13/2025 | PA12 | Email to bbishop@attorneygeneral.gov Re: Alan Redmond- Plan | NN | 0.10 | $525.00 | $52.50 |
| 02/13/2025 | PA12 | Email to Kevin Callahan; John.Schanne@usdoj.gov Re: Redmond plan and DS | NN | 0.10 | $525.00 | $52.50 |
| 02/13/2025 | PA12 | Email from sender Bishop, Brenda Re: RE: [ EXTERNAL ] Alan Redmond- Plan | NN | 0.10 | $525.00 | $52.50 |
| 02/13/2025 | PA12 | Email to Jessica M. Gulash Re: RE: Alan C. Redmond-Plan | NN | 0.10 | $525.00 | $52.50 |
| 02/16/2025 | PA12 | Email from sender Bishop, Brenda Re: Alan Redmond- Plan/Disclosure issues | NN | 0.10 | $525.00 | $52.50 |
| 02/16/2025 | PA12 | review PA DOR plan issues | AC | 0.40 | $625.00 | $250.00 |
| 02/17/2025 | PA12 | Email from sender Malcolm Smith Re: RE: Alan Redmond- Plan/Disclosure issues- PA DOR | NN | 0.10 | $525.00 | $52.50 |
| 02/17/2025 | PA20 | Email to Malcolm Smith Re: RE: Alan Redmond- Plan/Disclosure issues- PA DOR | NN | 0.10 | $525.00 | $52.50 |
| 02/18/2025 | PA12 | Email to Bishop, Brenda Re: RE: Alan Redmond- Plan/Disclosure issues | NN | 0.30 | $525.00 | $157.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 02/18/2025 | PA12 | Email from sender Jessica M. Gulash Re: RE: Alan C. Redmond-Plan | NN | 0.10 | $525.00 | $52.50 |
| 02/18/2025 | PA12 | Email to Jessica M. Gulash Re: RE: Alan C. Redmond-Plan | NN | 0.10 | $525.00 | $52.50 |
| 02/18/2025 | PA12 | Email from sender Jessica M. Gulash Re: RE: Alan C. Redmond-Plan | NN | 0.10 | $525.00 | $52.50 |
| 02/18/2025 | PA12 | Email from sender Jessica M. Gulash Re: RE: Alan C. Redmond-Plan | NN | 0.10 | $525.00 | $52.50 |
| 02/18/2025 | PA12 | Email to Al Ciardi; Alan Redmond Re: FW: Alan C. Redmond-Plan- wbl | NN | 0.10 | $525.00 | $52.50 |
| 02/18/2025 | PA12 | Review Opposition of Jordan, Cornerstone and Shalter to Disclosure statement | NN | 0.30 | $525.00 | $157.50 |
| 02/18/2025 | PA12 | Review Ex A- Opposition of Jordan, Cornerstone and Shalter to Disclosure | NN | 0.20 | $525.00 | $105.00 |
| 02/19/2025 | PA12 | Email from sender Jessica M. Gulash Re: RE: Alan C. Redmond-Plan | NN | 0.10 | $525.00 | $52.50 |
| 02/19/2025 | PA12 | Draft email to Jessica M. Gulash Re: RE: Alan C. Redmond-Plan | NN | 0.10 | $525.00 | $52.50 |
| 02/19/2025 | PA12 | Email to Jessica M. Gulash Re: RE: Alan C. Redmond-Plan | NN | 0.10 | $525.00 | $52.50 |
| 02/19/2025 | PA12 | Telephone call from A Redmond re disclosure statement | NN | 0.20 | $525.00 | $105.00 |
| 02/24/2025 | PA12 | Draft email to J Schanne re disclosure statement | NN | 0.10 | $525.00 | $52.50 |
| 02/24/2025 | PA12 | Email from sender Schanne, John (USTP) Re: Re: Redmond plan and DS | NN | 0.10 | $525.00 | $52.50 |
| 02/24/2025 | PA12 | Telephone call from J Schanne re plan confirmation | NN | 0.60 | $525.00 | $315.00 |
| 02/24/2025 | PA12 | Email to Al Ciardi Re: Redmond- DS hearing/ amendments to plan and DS | NN | 0.20 | $525.00 | $105.00 |
| 02/24/2025 | PA12 | Email to Jessica M. Gulash Re: RE: Alan C. Redmond-Plan/ WBL | NN | 0.20 | $525.00 | $105.00 |
| 02/24/2025 | PA12 | Draft correspondence to B Bishop re Pa Dept of labor treatment in plan | NN | 0.10 | $525.00 | $52.50 |
| 02/24/2025 | PA12 | Email from sender Jessica M. Gulash Re: RE: Alan C. Redmond-Plan/ WBL | NN | 0.10 | $525.00 | $52.50 |
| 02/24/2025 | PA12 | Draft First Amended Disclosure Statement- A Redmond | NN | 0.70 | $525.00 | $367.50 |
| 02/24/2025 | PA12 | Telephone call from B Bishop re Pa Dept of Revenue treatment in Plan | NN | 0.50 | $525.00 | $262.50 |
| 02/24/2025 | PA12 | prepare for Ds and Plan hearings | AC | 2.00 | $625.00 | $1,250.00 |
| 02/25/2025 | PA24 | travel to and from and attend DS hearings | AC | 6.00 | $625.00 | $3,750.00 |
| 02/26/2025 | PA12 | Further revisions to the First Amended Disclosure Statement per PA DOR | NN | 0.60 | $525.00 | $315.00 |
| 02/26/2025 | PA12 | Email to bbishop@attorneygeneral.gov Re: Alan C. Redmond - DS | NN | 0.10 | $525.00 | $52.50 |
| 02/26/2025 | PA12 | review email from Albert A. Ciardi III Re: Redmond- DS | NN | 0.10 | $525.00 | $52.50 |
| 02/26/2025 | PA12 | Email to Albert A. Ciardi III Re: RE: Redmond- DS | NN | 0.10 | $525.00 | $52.50 |
| 02/26/2025 | PA12 | Email to Alan Redmond Re: Redmond- Disclosure Statement and Plan- Information/ Documents needed | NN | 0.20 | $525.00 | $105.00 |

| 02/26/2025 | PA12 | Email from sender Bishop, Brenda Re: RE: [ EXTERNAL ] Alan C. Redmond - DS | NN | 0.10 | $525.00 | $52.50 |
|---|---|---|---|---|---|---|
| 02/26/2025 | PA12 | Email to Bishop, Brenda Re: RE: [ EXTERNAL ] Alan C. Redmond - DS | NN | 0.10 | $525.00 | $52.50 |
| 02/27/2025 | PA12 | review disclosure statement revisions | AC | 1.00 | $625.00 | $625.00 |
| 02/27/2025 | PA12 | Email from sender alanredmond23@gmail.com Re: Re: Redmond- Disclosure Statement and Plan- Information/ Documents needed | NN | 0.10 | $525.00 | $52.50 |
| 02/27/2025 | PA12 | Revise First Amended Disclosure Statement re comments from DS hearing | NN | 1.00 | $525.00 | $525.00 |
| 02/27/2025 | PA12 | Telephone call to A Redmond re plan and DS | NN | 0.90 | $525.00 | $472.50 |
| 02/27/2025 | PA12 | Confer with ACIII re changes to DS | NN | 0.40 | $525.00 | $210.00 |
| 02/27/2025 | PA12 | Draft liquidation analysis | NN | 0.70 | $525.00 | $367.50 |
| 02/27/2025 | PA12 | Ex. B and C- Liquidation Analysis- Amended DS | NN | 0.10 | $525.00 | $52.50 |
| 02/27/2025 | PA12 | Revise Ex. B and C- Liquidation Analysis- Amended DS | NN | 0.50 | $525.00 | $262.50 |
| 02/27/2025 | PA12 | Draft correspondence to A Redmond re liquidation analysis | NN | 0.10 | $525.00 | $52.50 |
| 02/28/2025 | PA12 | Email to Albert A. Ciardi III; Alan Redmond Re: AWIS- Plan | NN | 0.10 | $525.00 | $52.50 |
| 02/28/2025 | PA12 | Email from sender Albert A. Ciardi III Re: RE: AWIS- Plan | NN | 0.10 | $525.00 | $52.50 |
| 02/28/2025 | PA12 | Email from sender alanredmond23@gmail.com Re: RE: AWIS- Plan | NN | 0.10 | $525.00 | $52.50 |
| 03/01/2025 | PA12 | review and revise DS and LA | AC | 1.00 | $625.00 | $625.00 |
| 03/01/2025 | PA12 | Review revised  Ex B and Ex C- Liquidation | NN | 0.20 | $525.00 | $105.00 |
| 03/03/2025 | PA12 | Further Revise First Amended Disclosure Statement- A Redmond | NN | 0.30 | $525.00 | $157.50 |
| 03/03/2025 | PA12 | Email to Alan Redmond Re: Redmond- Plan and Disclosure statement | NN | 0.10 | $525.00 | $52.50 |
| 03/03/2025 | PA12 | Review and revise Ex. B and C- Liquidation Analysis- Amended DS | NN | 0.20 | $525.00 | $105.00 |
| 03/03/2025 | PA12 | Email to Albert A. Ciardi III Re: RE: Alan C. Redmond - Ex B and Ex C- Liquidation | NN | 0.10 | $525.00 | $52.50 |
| 03/03/2025 | PA12 | Email from sender alanredmond23@gmail.com Re: RE: Alan C. Redmond - Ex B and Ex C- Liquidation | NN | 0.10 | $525.00 | $52.50 |
| 03/03/2025 | PA10 | Draft correspondence to J Tankersly re plan-AWIS | NN | 0.10 | $525.00 | $52.50 |
| 03/04/2025 | PA12 | Email from sender Albert A. Ciardi III to A Redmond Re: RE: In re: Alan Christopher Redmond, Docket No. 24-13093-PMM- plan | NN | 0.10 | $525.00 | $52.50 |
| 03/04/2025 | PA12 | Telephone call from A Redmond re plan | NN | 1.80 | $525.00 | $945.00 |

| 03/04/2025 | PA12 | Email from sender alanredmond23@gmail.com Re: WBL - plan | NN | 0.20 | $525.00 | $105.00 |
|---|---|---|---|---|---|---|
| 03/04/2025 | PA10 | Telephone call from N Valz re department of labor case | NN | 0.20 | $525.00 | $105.00 |
| 03/04/2025 | PA10 | revise DS and Liquidation analysis | AC | 2.00 | $625.00 | $1,250.00 |
| 03/05/2025 | PA12 | Confer with ACIII  RE: plan/ DOL | NN | 0.20 | $525.00 | $105.00 |
| 03/05/2025 | PA12 | Email from sender William Rush Re: plan/ DOL | NN | 0.10 | $525.00 | $52.50 |
| 03/05/2025 | PA12 | Email from sender NORMAN VALZ Re: plan/ DOL | NN | 0.10 | $525.00 | $52.50 |
| 03/05/2025 | PA12 | Email to NORMAN VALZ; William Rush; Albert A. Ciardi III; alanredmond23@gmail.com Re: RE: In re: Alan Christopher Redmond, Docket No. 24-13093-PMM | NN | 0.10 | $525.00 | $52.50 |
| 03/05/2025 | PA12 | Draft correspondence to N Valz, B Rush, M Smith and A Redmond re DOL/ plan | NN | 0.10 | $525.00 | $52.50 |
| 03/05/2025 | PA12 | Email to Jessica M. Gulash Re: RE: Alan C. Redmond- WBL- plan treatment | NN | 0.30 | $525.00 | $157.50 |
| 03/05/2025 | PA12 | Email to Alan Redmond Re: AWIS/ plan | NN | 0.10 | $525.00 | $52.50 |
| 03/06/2025 | PA12 | Email from sender Jessica M. Gulash Re: RE: Alan C. Redmond- WBL- plan treatment | NN | 0.10 | $525.00 | $52.50 |
| 03/10/2025 | PA12 | Telephone call from A Redmond replan/ aWIS | NN | 0.20 | $525.00 | $105.00 |
| 03/11/2025 | PA12 | Telephone call from A Redmond re plan and DS | NN | 0.80 | $525.00 | $420.00 |
| 03/11/2025 | PA12 | Email to Jessica M. Gulash Re: RE: Alan C. Redmond- WBL- plan treatment | NN | 0.10 | $525.00 | $52.50 |
| 03/11/2025 | PA12 | Email from sender Jessica M. Gulash Re: RE: Alan C. Redmond- WBL- plan treatment | NN | 0.10 | $525.00 | $52.50 |
| 03/11/2025 | PA12 | Email from sender Jessica M. Gulash Re: RE: Alan C. Redmond- WBL- plan treatment | NN | 0.10 | $525.00 | $52.50 |
| 03/12/2025 | PA12 | Email to A Redmond re email from WBL plan treatment | NN | 0.10 | $525.00 | $52.50 |
| 03/12/2025 | PA12 | Further revisions to the First Amended Disclosure Statement- A Redmond | NN | 0.50 | $525.00 | $262.50 |
| 03/12/2025 | PA12 | prepare exhibits to First Amended Disclosure statement | NN | 0.40 | $525.00 | $210.00 |
| 03/12/2025 | PA12 | Telephone call to A Redmond re conference call to discuss DS | NN | 0.10 | $525.00 | $52.50 |
| 03/12/2025 | PA10 | Email from sender William Rush Re: Re: FW: Alan C. Redmond- WBL- plan treatment | NN | 0.10 | $525.00 | $52.50 |
| 03/12/2025 | PA12 | Email to Jessica M. Gulash Re: RE: Alan C. Redmond- WBL- plan treatment | NN | 0.10 | $525.00 | $52.50 |
| 03/12/2025 | PA12 | Conference call with A Redmond and ACIII re revised plan | NN | 0.90 | $525.00 | $472.50 |

| 03/13/2025 | PA12 | Further revisions to the first Amended Disclosure Statement- A Redmond | NN | 0.50 | $525.00 | $262.50 |
|---|---|---|---|---|---|---|
| 03/13/2025 | PA12 | Email to Al Ciardi; Alan Redmond; Dorene Torres Re: REDMOND- DISCLOSURE STATEMENT- UPDATED | NN | 0.20 | $525.00 | $105.00 |
| 03/13/2025 | PA12 | Ex. B and C- Liquidation Analysis- Amended DS 3 13 25 | NN | 0.10 | $525.00 | $52.50 |
| 03/13/2025 | PA12 | Email to Al Ciardi Re: Alan C. Redmond -updated liquidation analysis with new mortgage value- WBL | NN | 0.10 | $525.00 | $52.50 |
| 03/13/2025 | PA12 | Revise Ex. B and C- Liquidation Analysis- Amended DS 3 13 25 | NN | 0.30 | $525.00 | $157.50 |
| 03/13/2025 | PA12 | Further revisions first Amended Disclosure Statement | NN | 0.10 | $525.00 | $52.50 |
| 03/13/2025 | PA12 | Email from sender alanredmond23@gmail.com Re: Re: REDMOND- DISCLOSURE STATEMENT- UPDATED | NN | 0.10 | $525.00 | $52.50 |
| 03/13/2025 | PA12 | Email from sender alanredmond23@gmail.com Re: RE: REDMOND- DISCLOSURE STATEMENT- UPDATED | NN | 0.10 | $525.00 | $52.50 |
| 03/13/2025 | PA12 | Email to alanredmond23@gmail.com; Albert A. Ciardi III Re: RE: REDMOND- DISCLOSURE STATEMENT- UPDATED | NN | 0.10 | $525.00 | $52.50 |
| 03/13/2025 | PA12 | Draft First Amended Plan of Reorganization- A Redmond 3 13 25 | NN | 0.90 | $525.00 | $472.50 |
| 03/13/2025 | PA12 | Email to Alan Redmond Re: Alan C. Redmond - First Amended DS and Plan- Due TODAY | NN | 0.10 | $525.00 | $52.50 |
| 03/13/2025 | PA12 | Revise First Amended Disclosure Statement- per comments from A Redmond | NN | 0.20 | $525.00 | $105.00 |
| 03/13/2025 | PA12 | Revise First Amended Disclosure Statement per  A Redmond comments | NN | 0.40 | $525.00 | $210.00 |
| 03/13/2025 | PA12 | Revise First Amended Plan of Reorganization per comments from  A Redmond | NN | 0.30 | $525.00 | $157.50 |
| 03/13/2025 | PA12 | Email to Alan Redmond Re: Alan C. Redmond - REVISED Docs | NN | 0.10 | $525.00 | $52.50 |
| 03/13/2025 | PA12 | Telephone call from A Redmond re questions about plan and DS | NN | 1.00 | $525.00 | $525.00 |
| 03/13/2025 | PA12 | Confer with ACIII re filing of plan and DS/ issues | NN | 0.20 | $525.00 | $105.00 |
| 03/13/2025 | PA12 | Conference call with A Redmond and ACIII re plan terms | NN | 0.40 | $525.00 | $210.00 |
| 03/13/2025 | PA12 | Draft correspondence to G Bochetto, D Heim, W Rush, A Redmond and ACIII re: disclosure statement and plan | NN | 0.10 | $525.00 | $52.50 |
| 03/13/2025 | PA12 | revisions to Plan and DS | AC | 1.00 | $625.00 | $625.00 |
| 03/17/2025 | PA12 | Email to David Heim; George Bochetto; Bill Rush Re: RE:  Alan C. Redmond - Disclosure Statement and Plan | NN | 0.10 | $525.00 | $52.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 03/17/2025 | PA12 | Draft correspondence to S Roman re adjournment of disclosure statement hearing | NN | 0.10 | $525.00 | $52.50 |
| 03/17/2025 | PA10 | Email to Sara Roman Re: RE: 24-13093-pmm Alan Christopher Redmond- Adjournment of the Disclosure statement hearing | NN | 0.10 | $525.00 | $52.50 |
| 03/17/2025 | PA12 | Email from sender Joel A. Ready, Esq. Re: Re: 24-13093-pmm Alan Christopher Redmond- Adjournment of the Disclosure statement hearing | NN | 0.10 | $525.00 | $52.50 |
| 03/17/2025 | PA10 | Email to Joel A. Ready, Esq. Re: RE: 24-13093-pmm Alan Christopher Redmond- Adjournment of the Disclosure statement hearing | NN | 0.10 | $525.00 | $52.50 |
| 03/17/2025 | PA12 | Email from sender Bishop, Brenda Re: RE: [ EXTERNAL ] Re: 24-13093-pmm Alan Christopher Redmond- Adjournment of the Disclosure statement hearing | NN | 0.10 | $525.00 | $52.50 |
| 03/17/2025 | PA12 | Email to Bishop, Brenda; 'Joel A. Ready, Esq.'; StJoseph, Anthony (USAPAE); 'Sara Roman' Re: RE: [ EXTERNAL ] Re: 24-13093-pmm Alan Christopher Redmond- Adjournment of the Disclosure statement hearing | NN | 0.10 | $525.00 | $52.50 |
| 03/17/2025 | PA12 | Email from sender Sara Roman Re: RE: 24-13093-pmm Alan Christopher Redmond- Adjournment of the Disclosure statement hearing | NN | 0.10 | $525.00 | $52.50 |
| 03/17/2025 | PA12 | Email from sender Jessica M. Gulash Re: RE: 24-13093-pmm Alan Christopher Redmond- Adjournment of the Disclosure statement hearing | NN | 0.10 | $525.00 | $52.50 |
| 03/17/2025 | PA12 | Email from sender David Heim Re: Re: Alan C. Redmond - Disclosure Statement and Plan | NN | 0.10 | $525.00 | $52.50 |
| 03/17/2025 | PA12 | Email from sender alanredmond23@gmail.com Re: Re: Alan C. Redmond - Disclosure Statement and Plan | NN | 0.10 | $525.00 | $52.50 |
| 03/17/2025 | PA23 | Review correspondence from S Roman re adjourning hearings | NN | 0.10 | $525.00 | $52.50 |
| 03/17/2025 | PA23 | Email to Sara Roman; Joel A. Ready, Esq.; anthony.stjoseph_usdoj.gov Re: RE: 24-13093-pmm Alan Christopher Redmond- Adjournment of the Disclosure statement hearing | NN | 0.10 | $525.00 | $52.50 |
| 03/17/2025 | PA12 | Further revisions to First Amended Plan of Reorganization- A Redmond | NN | 0.10 | $525.00 | $52.50 |
| 03/17/2025 | PA12 | Further revisions to  First Amended Disclosure Statement- A Redmond | NN | 0.10 | $525.00 | $52.50 |
| 03/17/2025 | PA12 | Email from sender Albert A. Ciardi III Re: RE: Alan C. Redmond - Disclosure Statement and Plan | NN | 0.10 | $525.00 | $52.50 |

| 03/17/2025 | PA12 | Email to Albert A. Ciardi III; alanredmond23@gmail.com; David Heim Re: RE: Alan C. Redmond - Disclosure Statement and Plan | NN | 0.10 | $525.00 | $52.50 |
|---|---|---|---|---|---|---|
| 03/17/2025 | PA12 | review updated liquidation analysis | AC | 1.00 | $625.00 | $625.00 |
| 03/17/2025 | PA12 | Email from sender Schanne, John (USTP) Re: Redmond, Case No. 24-13093-pmm, Hearing Tomorrow | NN | 0.10 | $525.00 | $52.50 |
| 03/17/2025 | PA12 | Email to Schanne, John (USTP) Re:Disclosure statement hearing | NN | 0.10 | $525.00 | $52.50 |
| 03/18/2025 | PA12 | Email to Albert A. Ciardi III; alanredmond23@gmail.com; David Heim Re: RE: Alan C. Redmond - Disclosure Statement and Plan | NN | 0.10 | $525.00 | $52.50 |
| 03/18/2025 | PA12 | Email from sender alanredmond23@gmail.com Re: RE: Alan C. Redmond - Disclosure Statement and Plan | NN | 0.10 | $525.00 | $52.50 |
| 03/18/2025 | PA12 | Email from sender William Rush Re: Re: Alan C. Redmond - Disclosure Statement and Plan | NN | 0.10 | $525.00 | $52.50 |
| 03/18/2025 | PA12 | Email from sender William Rush Re: Re: Alan C. Redmond - Disclosure Statement and Plan | NN | 0.10 | $525.00 | $52.50 |
| 03/18/2025 | PA12 | Email to William Rush; William M. McSwain Re: RE: Alan C. Redmond - Disclosure Statement and Plan | NN | 0.10 | $525.00 | $52.50 |
| 03/18/2025 | PA12 | Draft correspondence to B Rush re criminal attorney/ comments to DS and plan | NN | 0.10 | $525.00 | $52.50 |
| 03/18/2025 | PA12 | Email from sender McSwain, William M. Re: RE: Alan C. Redmond - Disclosure Statement and Plan | NN | 0.10 | $525.00 | $52.50 |
| 03/18/2025 | PA12 | Email to McSwain, William M. Re: RE: Alan C. Redmond - Disclosure Statement and Plan | NN | 0.10 | $525.00 | $52.50 |
| 03/18/2025 | PA12 | Email to McSwain, William M. Re: Alan C. Redmond - bankruptcy- First Amended Disclosure Statement/ First Amended Plan of Reorganization | NN | 0.10 | $525.00 | $52.50 |
| 03/18/2025 | PA12 | call with clients re DS revisions | AC | 0.50 | $625.00 | $312.50 |
| 03/19/2025 | PA12 | Email to Al Ciardi; Alan Redmond Re: Disclosure Statement and Plan | NN | 0.10 | $525.00 | $52.50 |
| 03/20/2025 | PA12 | Telephone call from A Redmond re revised disclosure statement | NN | 0.10 | $525.00 | $52.50 |
| 03/21/2025 | PA12 | Review correspondence from A Redmond re change to plan treatment | NN | 0.10 | $525.00 | $52.50 |
| 03/24/2025 | PA12 | Revise First Amended Disclosure Statement re further comments from A Redmond | NN | 0.60 | $525.00 | $315.00 |
| 03/24/2025 | PA12 | Further Revise  First Amended Plan of Reorganization per comments from A Redmond | NN | 0.60 | $525.00 | $315.00 |

| 03/24/2025 | PA12 | Email to Bill Rush; McSwain, William M.; Alan Redmond Re: Alan C. Redmond - Fist Amended Plan and Disclosure Statement | NN | 0.10 | $525.00 | $52.50 |
|---|---|---|---|---|---|---|
| 03/24/2025 | PA12 | Confer with ACIII re revisions to plan and DS | NN | 0.30 | $525.00 | $157.50 |
| 03/25/2025 | PA12 | Telephone call from A Redmond re changes to DS | NN | 0.70 | $525.00 | $367.50 |
| 03/25/2025 | PA12 | Prepare for filing re  First Amended Disclosure Statement- A Redmond 3 25 25 | NN | 0.30 | $525.00 | $157.50 |
| 03/25/2025 | PA12 | Prepare for filing re First Amended Plan of Reorganization- A Redmond 3 25 25 | NN | 0.20 | $525.00 | $105.00 |
| 03/25/2025 | PA12 | Email to bbishop@attorneygeneral.gov Re: Alan C. Redmond -plan and Disclosure Statement | NN | 0.10 | $525.00 | $52.50 |
| 03/25/2025 | PA12 | Email from sender Bishop, Brenda Re: RE: [ EXTERNAL ] Alan C. Redmond - plan and Disclosure Statement | NN | 0.10 | $525.00 | $52.50 |
| 03/26/2025 | PA12 | Email to Alan Redmond Re: Redmond- disclosure statement | NN | 0.20 | $525.00 | $105.00 |
| 03/26/2025 | PA12 | Telephone call from F baker re disclosure statement | NN | 0.30 | $525.00 | $157.50 |
| 03/27/2025 | PA12 | Email to Alan Redmond Re: Redmond- Ex. D- Disclosure Statement/ Consulting agreement dated 11-1-24 | NN | 0.10 | $525.00 | $52.50 |
| 03/28/2025 | PA12 | Email to Alan Redmond Re: Redmond- Disclosure Statement- EX. D | NN | 0.10 | $525.00 | $52.50 |
| 03/28/2025 | PA12 | Draft correspondence to F Baker re adjournment of DS | NN | 0.20 | $525.00 | $105.00 |
| 03/28/2025 | PA10 | Email from sender StJoseph, Anthony (USAPAE) Re: RE: 24-13093-pmm Alan Christopher Redmond- Adjournment of the Disclosure statement hearing | NN | 0.10 | $525.00 | $52.50 |
| 03/28/2025 | PA3 | Email to Al Ciardi Re: Redmond- plan and MORS | NN | 0.10 | $525.00 | $52.50 |
| 03/31/2025 | PA12 | Email from sender alanredmond23@gmail.com Re: RE: plan | NN | 0.10 | $525.00 | $52.50 |
| 03/31/2025 | PA12 | Email to Albert A. Ciardi III; 'Alan C. Redmond (Debtor)' Re: RE: plan- Exhibit D | NN | 0.10 | $525.00 | $52.50 |
| 03/31/2025 | PA12 | Further revisions to First Amended Disclosure Statement- A Redmond re Creditors' statement in opposition | NN | 0.20 | $525.00 | $105.00 |
| 03/31/2025 | PA12 | Read objection to DS and plan | NN | 0.70 | $525.00 | $367.50 |
| 03/31/2025 | PA12 | Email to Al Ciardi Re: Redmond- Disclosure Statement 14.2- added requirement for debtor to file post confirmation reports | NN | 0.10 | $525.00 | $52.50 |
| 03/31/2025 | PA12 | call with client and NN on DS | AC | 1.00 | $625.00 | $625.00 |
| 03/31/2025 | PA23 | prepare for hearings on DS and other matters | AC | 2.00 | $625.00 | $1,250.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 03/31/2025 | PA12 | Further revisions to First  Amended Disclosure Statement re requirement to file  post confirmation quarterly reports | NN | 0.20 | $525.00 | $105.00 |
| 04/01/2025 | PA12 | Email to Frederic J. Baker (frederic.j.baker@usdoj.gov) Re: Redmond- Disclosure Statement hearing | NN | 0.10 | $525.00 | $52.50 |
| 04/01/2025 | PA12 | Review, Prepare and file Supplemental Exhibit D to First DS | DS | 0.30 | $450.00 | $135.00 |
| 04/01/2025 | PA12 | Draft correspondence to necessary parties with Exhibit "D" | DS | 0.20 | $450.00 | $90.00 |
| 04/01/2025 | PA23 | Email from sender Joel A. Ready, Esq. Re: Redmond - Addendum Page | NN | 0.10 | $525.00 | $52.50 |
| 04/01/2025 | PA12 | Read statement from Cornerstone and Jordan re attachment to Disclosure statement | NN | 0.10 | $525.00 | $52.50 |
| 04/01/2025 | PA12 | Revise Second  Amended Disclosure Statement- A Redmond | NN | 0.30 | $525.00 | $157.50 |
| 04/01/2025 | PA12 | Review multiple communications re exhibit to disclosure statement | NN | 0.30 | $525.00 | $157.50 |
| 04/01/2025 | PA12 | Email from sender StJoseph, Anthony (USAPAE) Re: RE: In re Alan Redmond - Case No. 24-13093 (PMM) - Supplemental Exhibit D to the First Amended Disclosure Statement of the Debtor | NN | 0.10 | $525.00 | $52.50 |
| 04/01/2025 | PA12 | Draft further revisions to  Second Amended Disclosure Statement re per judges comments | NN | 0.30 | $525.00 | $157.50 |
| 04/01/2025 | PA12 | Draft further revisions to Second Amended Plan of Reorganization- | NN | 0.20 | $525.00 | $105.00 |
| 04/01/2025 | PA12 | prepare exhibits for second amended DS | NN | 0.10 | $525.00 | $52.50 |
| 04/01/2025 | PA12 | Email to Al Ciardi Re: Alan C. Redmond - BLACKLINE- Second Amended DS/ BLACKLINE Second Amended Plan | NN | 0.10 | $525.00 | $52.50 |
| 04/01/2025 | PA12 | Conference call with A Redmond and A Ciardi re hearing on Disclosure statement | NN | 0.70 | $525.00 | $367.50 |
| 04/01/2025 | PA24 | travel to and from and attend hearing on DS approval | AC | 5.50 | $625.00 | $3,437.50 |
| 04/02/2025 | PA12 | call with client to discuss escrow and letter on DS | AC | 0.50 | $625.00 | $312.50 |
| 04/03/2025 | PA12 | review of discovery issues and plan revisions | AC | 0.50 | $625.00 | $312.50 |
| 04/07/2025 | PA12 | Draft email to A Redmond re seconded amend plan and DS | NN | 0.10 | $525.00 | $52.50 |
| 04/09/2025 | | call with client re plan | AC | 0.80 | $625.00 | $500.00 |
| 04/11/2025 | PA12 | Draft letter to Judge P Mayer 4. 11.25 re plan and disclosure statement | NN | 0.30 | $525.00 | $157.50 |
| 04/11/2025 | PA12 | Email from sender Albert A. Ciardi III Re: RE: plan | NN | 0.10 | $525.00 | $52.50 |
| 04/18/2025 | PA12 | corr with client re open issues and plan | AC | 0.40 | $625.00 | $250.00 |
| 04/21/2025 | PA12 | Email from sender Albert A. Ciardi III Re: RE: plan | NN | 0.10 | $525.00 | $52.50 |

| 04/21/2025 | PA12 | Email from sender Alan Redmond Re: Re: plan | NN | 0.10 | $525.00 | $52.50 |
|---|---|---|---|---|---|---|
| 04/30/2025 | PA12 | Email to A Redmond Re: REDMOND - Withdrawal of plan and Disclosure statement | NN | 0.10 | $525.00 | $52.50 |
| 4/30/2025 | PA4 | Draft praecipe to withdraw 2nd Amended Plan | NN | 0.20 | $525.00 | $105.00 |
| | | | Total | 103.40 | | $57,257.50 |