*Form 167* (1/25)–doc 392 – 391

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>   Alan Christopher Redmond | ) | Case No. 24–13093–pmm |
| | ) | |
| | ) | |
|    Debtor(s). | ) | Chapter: 11 |
| | ) | |
| | ) | |

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Patricia M. Mayer , United States Bankruptcy Judge to consider:

Objection to Application for Compensation filed by Debtor Alan Christopher Redmond Filed by United States Trustee.

on: 7/8/25

at: 11:00 AM

in: HRG will be held via Video Hearing, Parties will be notified for connection, For questions, please contact the court

Date: June 23, 2025

For The Court

Timothy B. McGrath
Clerk of Court