**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| | § | |
| ALAN CHRISTOPHER REDMOND, | § | CASE NO. 24-13093 (PMM) |
| | § | |
| DEBTOR. | § | |
| | § | |
| | § | |

**CERTIFICATION OF SERVICE**

I, Hannah Deininger, certify that on June 23, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Objection of the United States Trustee for First Interim Application for Compensation for Services Rendered and Reimbursement of Expenses for the Period From October 1, 2024 Through April 30, 2025.

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: <u>June 23, 2025</u>

By: <u>/s/ *Hannah Deininger*</u>
Paralegal Specialist
Office of The United States Trustee
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
Phone: 202.280.8512
Hannah.Deininger@usdoj.gov

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Albert Anthony Ciardi, III
**Ciardi Ciardi & Astin**
1905 Spruce Street
Philadelphia, PA 19103
**Email**: aciardi@ciardilaw.com
**Debtor**
**Via:**     **X CM/ECF  X 1st Class Mail**     ___ **Certified Mail  X e-mail** ___ **Other**

DANIEL S. SIEDMAN
**Ciardi Ciardi & Astin**
1905 Spruce Street
Philadelphia, PA 19103
215-557-3550
**Email:** dsiedman@ciardilaw.com
**Via:**     **X CM/ECF  X 1st Class Mail**     ___ **Certified Mail  X e-mail** ___ **Other:**

BRENDA SUE BISHOP
Commonwealth of Pennsylvania
Office of Attorney General
15th Fl. Strawberry Square
Harrisburg, PA 17120-0001
**Email:** bbishop@attorneygeneral.gov
**Via:**     **X CM/ECF  X 1st Class Mail**     ___ **Certified Mail  X e-mail** ___ **Other:**

American Workers Insurance Services, Inc.
c/o JUSTIN BORON, Esquire
**FREEMAN MATHIS & GARY LLP**
1600 Market Street, Suite 1210
Philadelphia, PA 19103-7206
**Email:** jboron@fmglaw.com
**Via:**     **X CM/ECF  X 1st Class Mail**     ___ **Certified Mail  X e-mail** ___ **Other:**

MATTHEW GREGORY BRUSHWOOD
**Barley Snyder, LLP**
2755 Century Boulevard
Wyomissing, PA 19610-3346
**Email:** mbrushwood@barley.com
**Via:**     **X CM/ECF  X 1st Class Mail**     ___ **Certified Mail  X e-mail** ___ **Other:**

WILLIAM EDWARD CRAIG
**Eisenberg Gold & Agrawal, P.C.**
1040 Kings Hwy N #200
Cherry Hill, NJ 08034-1925
**Email**: wcraig@egalawfirm.com
**Via:**     **X CM/ECF  X 1st Class Mail**     ___ **Certified Mail  X e-mail** ___ **Other:**

SUSANNA M. FULTZ
**Barley Snyder, LLP**
2755 Century Boulevard
Wyomissing, PA 19610-3346
**Email:** sfultz@barley.com
**Via:**     **X CM/ECF  X 1st Class Mail**     ___ **Certified Mail  X e-mail** ___ **Other:**

FRED W. HOENSCH
**World Business Lenders,LLC**,
111 Wood Avenue South
Iselin, New Jersey 08830-2700
**Email:** fhoensch@hinshawlaw.com, NYCDocket@hinshawlaw.com
**Via:**   **X CM/ECF  X 1st Class Mail**   ___ **Certified Mail  X e-mail** ___ **Other:**

NICOLE MARIE NIGRELLI
**Ciardi Ciardi & Astin**
1905 Spruce Street
Philadelphia, PA 19103
**Email:** nnigrelli@ciardilaw.com,

**Via:**   **X CM/ECF  X 1st Class Mail**   ___ **Certified Mail  X e-mail** ___ **Other:**

The Corporation Trust Company
c/o DANIEL MICHAEL PEREIRA
**Stradley, Ronon, Stevens & Young, LLP**
2005 Market Street, Suite 2600
Philadelphia, PA 19103-709
**Email:**  dpereira@stradley.com
**Via:**   **X CM/ECF  X 1st Class Mail**   ___ **Certified Mail  X e-mail** ___ **Other:**

JOEL A. READY
**Cornerstone Law Firm, LLC**
8500 Allentown Pike
Ste 3
Blandon, PA 19510-9101
**Email:** joel@cornerstonelaw.us
**Via:**   **X CM/ECF  X 1st Class Mail**   ___ **Certified Mail  X e-mail** ___ **Other:**

Rush Law Group
WILLIAM R.A. RUSH
38 N. 6th Street
Reading, Pa 19601-3523
**Email:** rush@rushlawberks.com
**Via:**   **X CM/ECF  X 1st Class Mail**   ___ **Certified Mail  X e-mail** ___ **Other:**

JOHN HENRY SCHANNE
**U.S. Trustee United States Trustee**
**Email:** John.Schanne@usdoj.gov
**Via:**   **X CM/ECF  _1st Class Mail**   ___ **Certified Mail  X e-mail** ___ **Other:**

U.S. Attorneys Office
Eastern District of Pennsylvania
ANTHONY ST. JOSEPH
615 Chestnut Street, Ste. 1250
Philadelphia, PA 19106-4404
**Email:** anthony.stjoseph@usdoj.gov

**Via:**   **X CM/ECF  X 1st Class Mail**   ___ **Certified Mail  X e-mail** ___ **Other:**

NORMAN M. VALZ
**BENE MARKET**
441 Irvington Road
Drexel Hill, PA 19026-1320
**Email:** nvalz@msn.com
**Via:**   **X CM/ECF  X 1st Class Mail**   ___ **Certified Mail  X e-mail** ___ **Other:**

RACHEL WOLF on behalf of U.S. Trustee United States Trustee
**Email:** rachel.wolf@usdoj.gov
**Via:**     <u>X</u> **CM/ECF** __ **1st Class Mail**     ___ **Certified Mail** <u>X</u> **e-mail** ___ **Other:**


**END OF DOCUMENT**