United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 24-13093-pmm

Alan Christopher Redmond                                                    Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 23, 2025 | Form ID: 167 | Total Noticed: 18 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alan Christopher Redmond, 2 High Road, Wyomissing, PA 19610-2500 |
| aty | + | ANGELINA ENGENG LIM, 400 North Ashley Drive, ste 3100, Tampa, FL 33602-4337 |
| aty | + | Joel A. Ready, Cornerstone Law Firm, LLC, 8500 Allentown Pike, Suite 3, Blandon, PA 19510 UNITED STATES OF AMERICA 19510-9101 |
| cr | + | American Workers Insurance Services, Inc., c/o FREEMAN MATHIS & GARY, LLP, 1600 Market Street, Suite 1210, Philadelphia, PA 19103-7206 |
| NONE | + | Arthur W. Walsh, Jr., c/o Rush Law Group, 38 N. 6th St., Reading, PA 19601, UNITED STATES 19601-3523 |
| 3pd | + | Bene Market, c/o Norman Valz, 441 Irvington Road, Drexel Hill, PA 19026-1320 |
| acc | + | C. Malcom Smith Co. P.C., 3020 Penn Avenue, West Lawn, Pa 19609-1443 |
| NONE | + | Ciardi Ciardi & Astin, 1905 Spruce Street, Phila, PA 19103-5732 |
| ptcrd | + | Cornerstone Law Firm, LLC, 8500 Allentown Pike, Ste 3, Blandon, PA 19510-9101 |
| ptcrd | + | Ethan Shalter, 1360 Philip Ave, Birdsboro, PA 19508-8860 |
| ptcrd | + | Jason Scott Jordan, 10802 Northwest 56th Ct, Coral Springs, FL 33076-3103 |
| NONE | + | Norman M. Valz, Norman M. Valz & Associates, P.C., 441 Irvington Road, DREXEL HILL, PA 19026, UNITED STATES 19026-1320 |
| cr | + | Producer Advance, LLC, Attn: Robert Axenrod, 4850 T-Rez Ave, Suite 101, Boca Raton, FL 33431-4496 |
| NONE | + | Shannon Kroemmelbein, c/o Rush Law Group, 38 N. 6th Street, Reading, PA 19601, UNITED STATES 19601-3523 |
| NONE | + | Stephanie Miller, c/o Rush Law Group, LLC, 38 N. 6th St, Reading, PA 19601, UNITED STATES 19601-3523 |
| intp | + | THE CORPORATION TRUST COMPANY, c/o Stradley, Ronon, Stevens & Young LLP, 2005 Market Street, Suite 2600, Philadelphia, PA 19103-7018 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 24 2025 00:27:00 | Commonwealth of Pennsylvania Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: bk@szjlaw.com | Jun 24 2025 00:27:00 | Santander Consumer USA Inc., 2860 Patton rd, Roseville, MN 55113-1100 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 3 |
| Date Rcvd: Jun 23, 2025 | Form ID: 167 | Total Noticed: 18 |

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2025                      Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2025 at the address(es) listed below:**

**Name**                         **Email Address**

ANTHONY ST. JOSEPH

on behalf of Creditor United States of America on behalf of SBA anthony.stjoseph@usdoj.gov
Mardella.Suarez@usdoj.gov,CaseView.ECF@usdoj.gov

ANTHONY ST. JOSEPH

on behalf of Plaintiff United States Small Business Administration Anthony.Stjoseph@usdoj.gov
Mardella.Suarez@usdoj.gov,CaseView.ECF@usdoj.gov

Albert Anthony Ciardi, III

on behalf of Ciardi Ciardi & Astin aciardi@ciardilaw.com sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Albert Anthony Ciardi, III

on behalf of Debtor Alan Christopher Redmond aciardi@ciardilaw.com sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Albert Anthony Ciardi, III

on behalf of Defendant Alan Christopher Redmond aciardi@ciardilaw.com sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

BRENDA SUE BISHOP

on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue bbishop@attorneygeneral.gov

DANIEL MICHAEL PEREIRA

on behalf of Interested Party THE CORPORATION TRUST COMPANY dpereira@stradley.com

DANIEL S. SIEDMAN

on behalf of Debtor Alan Christopher Redmond dsiedman@ciardilaw.com dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

FRED W. HOENSCH

on behalf of Creditor WBL SPO II LLC fhoensch@hinshawlaw.com, NYCDocket@hinshawlaw.com

FRED W. HOENSCH

on behalf of Creditor World Business Lenders LLC fhoensch@hinshawlaw.com, NYCDocket@hinshawlaw.com

FRED W. HOENSCH

on behalf of Creditor WBL SPO I LLC fhoensch@hinshawlaw.com, NYCDocket@hinshawlaw.com

JOEL A. READY

on behalf of Petitioning Creditor Jason Scott Jordan joel@cornerstonelaw.us valeria@cornerstonelaw.us

JOEL A. READY

on behalf of Petitioning Creditor Cornerstone Law Firm LLC joel@cornerstonelaw.us, valeria@cornerstonelaw.us

JOEL A. READY

on behalf of Plaintiff Jason Scott Jordan joel@cornerstonelaw.us valeria@cornerstonelaw.us

JOEL A. READY

on behalf of Attorney Joel A. Ready joel@cornerstonelaw.us valeria@cornerstonelaw.us

JOEL A. READY

on behalf of Petitioning Creditor Ethan Shalter joel@cornerstonelaw.us valeria@cornerstonelaw.us

JOHN HENRY SCHANNE

on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov

JUSTIN BORON

on behalf of Creditor American Workers Insurance Services Inc. jboron@fmglaw.com,
rmacdonald@fmglaw.com;jwoods@spencerfane.com;jtankersley@spencerfane.com

KEVIN P. CALLAHAN

on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

MATTHEW GREGORY BRUSHWOOD

on behalf of C. Malcolm Smith III mbrushwood@barley.com,
jrachor@barley.com;cbrelje@barley.com;tshober@barley.com;dkline@barley.com;ageoghegan@barley.com

NICOLE MARIE NIGRELLI

on behalf of Defendant Alan Christopher Redmond nnigrelli@ciardilaw.com sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 23, 2025 | Form ID: 167 | Total Noticed: 18 |

**NICOLE MARIE NIGRELLI**
on behalf of Debtor Alan Christopher Redmond nnigrelli@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

**NORMAN M. VALZ**
on behalf of Norman M. Valz nvalz@msn.com

**NORMAN M. VALZ**
on behalf of 3rd Pty Defendant Bene Market nvalz@msn.com

**RACHEL WOLF**
on behalf of U.S. Trustee United States Trustee rachel.wolf@usdoj.gov

**SAMANTHA LIEB**
on behalf of U.S. Trustee United States Trustee samantha.lieb2@usdoj.gov

**SUSANNA M. FULTZ**
on behalf of C. Malcolm Smith  III sfultz@barley.com

**SUSANNA M. FULTZ**
on behalf of Accountant C. Malcom Smith Co. P.C. sfultz@barley.com

**United States Trustee**
USTPRegion03.PH.ECF@usdoj.gov

**WILLIAM EDWARD CRAIG**
on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com
mortoncraigecf@gmail.com;alapinski@egalawfirm.com

**WILLIAM R.A. RUSH**
on behalf of Stephanie Miller wrush@rushlawberks.com

**WILLIAM R.A. RUSH**
on behalf of C. Malcolm Smith  III wrush@rushlawberks.com

**WILLIAM R.A. RUSH**
on behalf of Seguro Medico  LLC wrush@rushlawberks.com

**WILLIAM R.A. RUSH**
on behalf of Arthur W. Walsh  Jr. wrush@rushlawberks.com

**WILLIAM R.A. RUSH**
on behalf of Accountant C. Malcom Smith Co. P.C. wrush@rushlawberks.com

**WILLIAM R.A. RUSH**
on behalf of Shannon Kroemmelbein wrush@rushlawberks.com

TOTAL: 36

*Form 167* (1/25)–doc 392 – 391

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    )
    Alan Christopher Redmond                )        Case No. 24–13093–pmm
                                        )
                                        )
    Debtor(s).                          )        Chapter: 11
                                        )
                                        )

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Patricia M. Mayer , United States Bankruptcy Judge to consider:

Objection to Application for Compensation filed by Debtor Alan Christopher Redmond Filed by United States
Trustee.

on: 7/8/25

at: 11:00 AM

in: HRG will be held via Video Hearing, Parties will be notified for connection, For questions, please contact the
court

Date: June 23, 2025                              For The Court

                                                Timothy B. McGrath
                                              Clerk of Court