**THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Alan Christopher Redmond | : | Chapter 11 |
| Debtor | : | Case No.  24-13093-pmm |
| | : | |

_____

<u>ENTRY OF APPEARANCE AND REQUEST FOR NOTICES
PURSUANT TO FED. R. BANKR. P. 2002</u>

TO THE COURT:

Kindly enter my appearance on behalf of Carolyn Redmond in the above-captioned

matter.  Pursuant to Bankruptcy Rule 2002, all notices and pleadings should be forward to

the address set forth below:

Joseph Quinn, Esquire
Ross, Quinn & Ploppert, P.C.
192 S Hanover Street, Suite 101
Pottstown, PA 19464
courtnotices@rqplaw.com


**ROSS, QUINN & PLOPPERT, P.C.**

By:  _____
Joseph Quinn, Esquire
Attorney I.D. No. 307467
192 S. Hanover Street, Suite 101
Pottstown, PA 19464
T: 610.323.5300
F: 610.323.6081
JQuinn@rqplaw.com

Date:  <u>June 25, 2025</u>