United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 24-13093-pmm

Alan Christopher Redmond                                                                  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 08, 2025 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alan Christopher Redmond, 2 High Road, Wyomissing, PA 19610-2500 |
| NONE | + | Ciardi Ciardi & Astin, 1905 Spruce Street, Phila, PA 19103-5732 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2025                    Signature:                    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANTHONY ST. JOSEPH | on behalf of Plaintiff United States Small Business Administration Anthony.Stjoseph@usdoj.gov Mardella.Suarez@usdoj.gov,CaseView.ECF@usdoj.gov |
| ANTHONY ST. JOSEPH | on behalf of Creditor United States of America on behalf of SBA anthony.stjoseph@usdoj.gov Mardella.Suarez@usdoj.gov,CaseView.ECF@usdoj.gov |
| Albert Anthony Ciardi, III | on behalf of Defendant Alan Christopher Redmond aciardi@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Albert Anthony Ciardi, III | on behalf of Ciardi Ciardi & Astin aciardi@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Albert Anthony Ciardi, III | on behalf of Debtor Alan Christopher Redmond aciardi@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |

District/off: 0313-4  User: admin  Page 2 of 3

Date Rcvd: Jul 08, 2025  Form ID: pdf900  Total Noticed: 2

BRENDA SUE BISHOP
on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue bbishop@attorneygeneral.gov

DANIEL MICHAEL PEREIRA
on behalf of Interested Party THE CORPORATION TRUST COMPANY dpereira@stradley.com

DANIEL S. SIEDMAN
on behalf of Debtor Alan Christopher Redmond dsiedman@ciardilaw.com  dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

FRED W. HOENSCH
on behalf of Creditor WBL SPO II  LLC fhoensch@hinshawlaw.com, NYCDocket@hinshawlaw.com

FRED W. HOENSCH
on behalf of Creditor World Business Lenders  LLC fhoensch@hinshawlaw.com, NYCDocket@hinshawlaw.com

FRED W. HOENSCH
on behalf of Creditor WBL SPO I  LLC fhoensch@hinshawlaw.com, NYCDocket@hinshawlaw.com

JOEL A. READY
on behalf of Petitioning Creditor Cornerstone Law Firm  LLC joel@cornerstonelaw.us, valeria@cornerstonelaw.us

JOEL A. READY
on behalf of Plaintiff Jason Scott Jordan joel@cornerstonelaw.us  valeria@cornerstonelaw.us

JOEL A. READY
on behalf of Attorney Joel A. Ready joel@cornerstonelaw.us  valeria@cornerstonelaw.us

JOEL A. READY
on behalf of Petitioning Creditor Ethan Shalter joel@cornerstonelaw.us  valeria@cornerstonelaw.us

JOEL A. READY
on behalf of Petitioning Creditor Jason Scott Jordan joel@cornerstonelaw.us  valeria@cornerstonelaw.us

JOHN HENRY SCHANNE
on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov

JOSEPH L QUINN
on behalf of Carolyn Redmond CourtNotices@rqplaw.com

JUSTIN BORON
on behalf of Creditor American Workers Insurance Services  Inc. jboron@fmglaw.com,
rmacdonald@fmglaw.com;jwoods@spencerfane.com;jtankersley@spencerfane.com

KEVIN P. CALLAHAN
on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

MATTHEW GREGORY BRUSHWOOD
on behalf of C. Malcolm Smith  III mbrushwood@barley.com,
jrachor@barley.com;cbrelje@barley.com;tshober@barley.com;dkline@barley.com;ageoghegan@barley.com

NICOLE MARIE NIGRELLI
on behalf of Defendant Alan Christopher Redmond nnigrelli@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

NICOLE MARIE NIGRELLI
on behalf of Debtor Alan Christopher Redmond nnigrelli@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

NORMAN M. VALZ
on behalf of Norman M. Valz nvalz@msn.com

NORMAN M. VALZ
on behalf of 3rd Pty Defendant Bene Market nvalz@msn.com

RACHEL WOLF
on behalf of U.S. Trustee United States Trustee rachel.wolf@usdoj.gov

SAMANTHA LIEB
on behalf of U.S. Trustee United States Trustee samantha.lieb2@usdoj.gov

SUSANNA M. FULTZ
on behalf of Accountant C. Malcom Smith Co. P.C. sfultz@barley.com

SUSANNA M. FULTZ
on behalf of C. Malcolm Smith  III sfultz@barley.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com
mortoncraigecf@gmail.com;alapinski@egalawfirm.com

WILLIAM R.A. RUSH
on behalf of C. Malcolm Smith  III wrush@rushlawberks.com

District/off: 0313-4                          User: admin                                    Page 3 of 3
Date Rcvd: Jul 08, 2025                       Form ID: pdf900                                 Total Noticed: 2

WILLIAM R.A. RUSH
        on behalf of Seguro Medico  LLC wrush@rushlawberks.com

WILLIAM R.A. RUSH
        on behalf of Arthur W. Walsh  Jr. wrush@rushlawberks.com

WILLIAM R.A. RUSH
        on behalf of Accountant C. Malcom Smith Co. P.C. wrush@rushlawberks.com

WILLIAM R.A. RUSH
        on behalf of Shannon Kroemmelbein wrush@rushlawberks.com

WILLIAM R.A. RUSH
        on behalf of Stephanie Miller wrush@rushlawberks.com


TOTAL: 37

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | : |
| | : **CHAPTER 11** |
| **ALAN CHRISTOPHER REDMOND,** | : |
| | : |
| Debtor. | : **Bankruptcy No. 24-13093 (PMM)** |
| | : |

## ORDER

**AND NOW**, this __8th__ day of __July_____, 2025, upon consideration of the First Interim Application for Compensation and Reimbursement of Expenses of Ciardi Ciardi & Astin, Counsel to the Debtor, for the Period of October 1, 2024 through April 30, 2025 (the "Application"), it is hereby

**ORDERED** that Application is **APPROVED**; and it is further

**ORDERED** that the Debtor is authorized to compensate Ciardi Ciardi & Astin in the amount of **$267,212.50** for services rendered as counsel for the Debtor and **$5,180.50** for reimbursement of expenses for the period of October 1, 2024 through April 30, 2025, for a total due in the amount of **$272,393.00** (the "Fees and Expenses").

**BY THE COURT:**

*Patricia M. Mayer*

HONORABLE PATRICIA M. MAYER
U.S. BANKRUPTCY COURT