UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Alan Christopher Redmond,            :        Chapter 11
                    Debtor                   :        No. : 24-13093-pmm

**CERTIFICATION OF SERVICE**

I, Joseph Quinn, Esquire, attorney for Debtor, certify that on July 11, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Motion for Relief and Exhibits

- Notice of Motion

- Proposed Order


I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date:  July 11, 2025            By:     */s/ Joseph Quinn*_____
                                        Joseph Quinn, Esquire
                                        Attorney I.D. No. 307467
                                        **ROSS, QUINN & PLOPPERT, P.C.**
                                        192 S. Hanover Street, Suite 101
                                        Pottstown, PA 19464
                                        T: 610.323.5300
                                        JQuinn@rqplaw.com

_____

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to next page if necessary.)

Brenda Sue Bishop, Esquire
bbishop@attorneygeneral.gov
Commonwealth of Pennsylvania Department of Revenue
Attorney
Via:    ☒ CM/ECF    ☐1st Class Mail        ☐Certified Mail        ☐e-mail:
        ☐Other:

Office of the United States Trustee
USTPRegion03.PH.ECF@usdoj.gov
United States Trustee
Via:    ☒ CM/ECF    ☐1st Class Mail      ☐Certified Mail      ☐e-mail:
          ☐Other:


Justin Boron, Esquire
jboron@fmglaw.com, rmacdonald@fmglaw.com; jwoods@spencerfane.com;
jtankersley@spencerfane.com
American Workers Insurance Services, Inc.
Creditor
Via:    ☒ CM/ECF    ☐1st Class Mail      ☐Certified Mail      ☐e-mail:
          ☐Other:


Matthew Gregory Brushwood, Esquire
mbrushwood@barley.com, jrachor@barley.com; cbrelje@barley.com; tshober@barley.com;
dkline@barley.com; ageoghegan@barley.com
on behalf of C. Malcolm Smith, III
Attorney
Via:    ☒ CM/ECF    ☐1st Class Mail      ☐Certified Mail      ☐e-mail:
          ☐Other:


Kevin P. Callahan, Esquire
kevin.p.callahan@usdoj.gov
on behalf of U.S. Trustee United States Trustee
Via:    ☒ CM/ECF    ☐1st Class Mail      ☐Certified Mail      ☐e-mail:
          ☐Other:


William Edward Craig, Esquire
wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com
Santander Consumer USA Inc.
Attorney
Via:    ☒ CM/ECF    ☐1st Class Mail      ☐Certified Mail      ☐e-mail:
          ☐Other:


Albert Anthony Ciardi, III, Esquire
aciardi@ciardilaw.com, sfrizlen@ciardilaw.com; dtorres@ciardilaw.com
for Debtor/Defendant Alan Christopher Redmond
Attorney
Via:    ☒ CM/ECF    ☐1st Class Mail      ☐Certified Mail      ☐e-mail:
          ☐Other:

Suzanna M. Fultz, Esquire
sfultz@barley.com
on behalf of C. Malcolm Smith, III, Accountant C. Malcolm Smith Co. P.C.
Attorney
Via:    ☒ CM/ECF    ☐1ˢᵗ Class Mail    ☐Certified Mail    ☐e-mail:
        ☐Other:


Fred W. Hoensch, Esquire
fhoensch@hinshawlaw.com, NYCDocket@hinshawlaw.com
on behalf of WBL SPO I, LLC, WBL SPO II, LLC, World Business Lenders, LLC
Attorney
Via:    ☒ CM/ECF    ☐1ˢᵗ Class Mail    ☐Certified Mail    ☐e-mail:
        ☐Other:


Samantha Lieb, Esquire
samantha.lieb2@usdoj.gov
on behalf of U.S. Trustee United States Trustee
Attorney
Via:    ☒ CM/ECF    ☐1ˢᵗ Class Mail    ☐Certified Mail    ☐e-mail:
        ☐Other:


Nicole Marie Nigrelli, Esquire
nnigrelli@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com
on behalf of Debtor/Defendant Alan Christopher Redmond
Attorney
Via:    ☒ CM/ECF    ☐1ˢᵗ Class Mail    ☐Certified Mail    ☐e-mail:
        ☐Other:


Daniel Michael Pereira, Esquire
dpereira@stradley.com
on behalf of Interested Party The Corporation Trust Company
Attorney
Via:    ☒ CM/ECF    ☐1ˢᵗ Class Mail    ☐Certified Mail    ☐e-mail:
        ☐Other:


Joel A. Ready, Esquire
joel@cornerstonelaw.us, valeria@cornerstonelaw.us
on behalf of Attorney Joel A. Ready, Petitioning Creditor Cornerstone Law Firm, LLC,
Petitioning Creditor Ethan Shalter, Petitioning Creditor Jason Scott Jordan,
Plaintiff Jason Scott Jordan
Attorney
Via:    ☒ CM/ECF    ☐1ˢᵗ Class Mail    ☐Certified Mail    ☐e-mail:
        ☐Other:

3

William R.A. Rush, Esquire
wrush@rushlawberks.com
on behalf of Seguro Medico, LLC, Arthur W. Walsh, Jr., C. Malcolm Smith, III, Shannon
Kroemmelbein, Stephanie Miller, Accountant C. Malcom Smith Co. P.C.
Attorney
Via:   ☒ CM/ECF   ☐1st Class Mail      ☐Certified Mail      ☐e-mail:
         ☐Other:

John Henry Schanne, Esquire
John.Schanne@usdoj.gov
on behalf of U.S. Trustee United States Trustee
Attorney
Via:   ☒ CM/ECF   ☐1st Class Mail      ☐Certified Mail      ☐e-mail:
         ☐Other:

Daniel S. Siedman, Esquire
dsiedman@ciardilaw.com, dtorres@ciardilaw.com; sfrizlen@ciardilaw.com
on behalf of Debtor Alan Christopher Redmond
Attorney
Via:   ☒ CM/ECF   ☐1st Class Mail      ☐Certified Mail      ☐e-mail:
         ☐Other:

Anthony St. Joseph, Esquire
anthony.stjoseph@usdoj.gov, Mardella.Suarez@usdoj.gov, CaseView.ECF@usdoj.gov
on behalf of Creditor United States of America on behalf of SBA, Plaintiff United States Small
Business Administration
Attorney
Via:   ☒ CM/ECF   ☐1st Class Mail      ☐Certified Mail      ☐e-mail:
         ☐Other:

Norman M. Valz, Esquire
nvalz@msn.com
on behalf of Norman M. Valz, 3rd Pty Defendant Bene Market
Attorney
Via:   ☒ CM/ECF   ☐1st Class Mail      ☐Certified Mail      ☐e-mail:
         ☐Other:

Rachel Wolf, Esquire
rachel.wolf@usdoj.gov
on behalf of U.S. Trustee United States Trustee
Attorney
Via:   ☒ CM/ECF   ☐1st Class Mail      ☐Certified Mail      ☐e-mail:
         ☐Other:

Alan Christopher Redmond
2 High Road
Wyomissing, PA 19610
Debtor
Via:     ☐ CM/ECF    ☒1ˢᵗ Class Mail      ☐Certified Mail      ☐e-mail:
         ☐Other: