**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **Alan Christopher Redmond,** | : | |
| **Debtor.** | : | **Case No. 24-13093 (PMM)** |

## ORDER

**AND NOW**, it is hereby **ordered** that a hearing with regard to the Debtor's Motion to

Approve Disclosure Statement (doc. #223) is scheduled for **Tuesday, August 19, 2025 at 11:00**

**a.m.** in the United States Bankruptcy Court, Gateway Building, Fourth Floor Courtroom, 201

Penn St., Reading, PA 19601.

Dated: 7/15/25

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge