**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **Alan Christopher Redmond,** | : | |
| **Debtor.** | : | **Case No. 24-13093 (PMM)** |

### ORDER

AND NOW, upon consideration of the Motion to Withdraw as Attorney (doc. #379, the "Motion");

It is hereby ORDERED that:

1)    The Motion is **granted**;

2)    Ciardi, Ciardi & Astin is removed as counsel for the Debtor; and

3)    The instant Chapter 11 case is stayed until **August 8, 2025** to allow the Debtor to obtain new counsel.

Dated: 7/15/25

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge