UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :
Alan Christopher Redmond                            :        Chapter 13
     Debtor                :        No. : 24-13093-pmm
                                                    :
Carolyn Redmond                                     :
     Movant,               :
 vs                                             :
                                                    :
Alan Christopher Redmond                            :
     Respondent,           :

## CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1. That I am the attorney for Carolyn Redmond, Movant in the above-captioned matter.

2. That a Motion for Relief was filed with the Court on July 11, 2025.

3. That a copy of the Motion for Relief, along with a Notice of Motion, were served on parties in interest on July 11, 2025.

4. That a certificate of service was filed with the court on July 11, 2025 declaring timely service.

5. A response to the Motion was due on or before July 25, 2025.

6. No response to said Motion has been received as of July 28, 2025.

**ROSS, QUINN & PLOPPERT, P.C.**

By: */s/ Joseph Quinn*
 Joseph Quinn, Esquire
 Attorney I.D. 307467
 Ross, Quinn & Ploppert, P.C.
 192 S. Hanover Street, Suite 101
 Pottstown, PA  19464
 Ph: (610) 323-5300
 F:  (610) 323-6081

Dated: July 28, 2025