UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Alan Christopher Redmond | : | Chapter 13 |
| Debtor | : | No. : 24-13093-pmm |
| | : | |
| Carolyn Redmond | : | |
| Movant, | : | |
| vs | : | |
| | : | |
| Alan Christopher Redmond | : | |
| Respondent, | : | |

## **ORDER**

**AND NOW**, upon consideration of the Motions to Authorize Filing of Replacement

Redacted Documents (**Motion for Relief filed July 11, 2025**) filed by Carolyn Redmond;

**AND**, the Court concluding that the subject Exhibit "B" of the Motion for Relief filed

July 11, 2025 fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED.**

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to **Exhibit "B" of the
   Motion for Relief filed on July 11, 2025 forthwith.**

3. Movant shall filed redacted copies of the document identified in Paragraph 2
   above **on or before August 1, 2025.**

BY THE COURT:

*Patricia M. Mayer*

Dated: **July 29, 2025**

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE