# Exhibit "B"



# Court of Common Pleas of Berks County

**Twenty Third Judicial District of Pennsylvania**
**Domestic Relations Section**
633 Court Street, 6th Floor, Reading, PA 19601-4316
(610)478-2900  Fax: (610)478-6585 or (610)478-6583

**Tracy Brown,** *Director*
**Laura Schlegel,** *Deputy Director*

RE: Carolyn Redmond v. Alan Redmond                    May 8, 2025

██████████████████████

     Docket No: 25DR00324

Dear Ms. Redmond –

Enclosed with this letter is the Order Registering the above-captioned support case in the Court of Common Pleas of Berks County. Effective this date, the Berks County Domestic Relations Section (DRS) will now be the office responsible for all filings and modification proceedings in this case. Additionally, our compliance unit will ensure that the order of support is enforced. However, our office is aware of the pendency of a bankruptcy action in which Mr. Redmond is the debtor. Consequently, the automatic stay imposed by the U.S. Bankruptcy Code significantly limits the enforcement remedies that may be pursued pending the bankruptcy action. No contempt conferences or hearings will be scheduled, nor will a bench warrant or the freezing of bank accounts be obtained by this office.

Mr. Redmond will be notified of the registration of this case and our knowledge of his pending bankruptcy case. You will be copied on that letter. Mr. Redmond will also be informed that a domestic relations support obligation entered by order of court is a priority obligation under the Bankruptcy Code and is non-dischargeable. He must remain current with the monthly support obligation in order to avoid certain enforcement actions that may be pursued by the DRS, which include the suspension of his passport, driver's license, and professional, occupational, and recreational licenses. He may be reported to the consumer reporting agencies. His state and federal tax refunds may also be intercepted.

Please note these limited actions that will be taken by our office. Should you wish to seek further actions, you will need to file your requests with our docket division and proceed before the court.

Kindly sent –

*[signature]*

Pam DeMartino, Esq., IV-D Attorney
Berks County Domestic Relations Section
Services Center, 6th Floor
633 Court Street
Reading, PA 19601
Phone: 610-478-2900  ext. 5935    Fax: 610-478-6585
pamelademartino@pacses.com

CC: Enrico Pagnanelli, Esq.

*Visit us at www.berkspa.gov/departments/dro*

## In the Court of Common Pleas of BERKS County, Pennsylvania
### DOMESTIC RELATIONS SECTION



| | | |
|---|---|---|
| CAROLYN REDMOND | ) | Docket Number:    25DR00324 |
| Plaintiff | ) | |
| vs. | ) | |
| | ) | PACSES Case Number: ███ |
| ALAN REDMOND | ) | |
| Defendant | ) | |

### ORDER OF REGISTRATION AND CONFIRMATION

**AND NOW,** on this 8TH DAY OF MAY, 2025 **IT IS HEREBY ORDERED** that Foreign Support Order Number 2016-DR-00901 issued by the MONTGOMERY County Court in the state of PENNSYLVANIA, whereby the Defendant has been directed to pay $5,000.00 per MONTH for ███████

which became effective JUNE 1, 2018, and in which there are arrears of $40,714.73 as of MAY 8, 2025, is hereby registered and confirmed by the Court of BERKS County.

Payments must be made by check or money order. All checks and money orders must be made payable to Pa SCDU and mailed to:

> Pennsylvania SCDU
> P.O. Box 69110
> Harrisburg, PA
> 17106-9110

Defendant is required to notify the Berks County, PA Domestic Relations Section in person or in writing, within 7 days of any change of address or employer.



BY THE COURT:

_____
                              JUDGE



Service Type M

Form IF-508 12/16
Worker ID 06320