United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                    Case No. 24-13093-pmm

Alan Christopher Redmond                                                   Chapter 11

   Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 30, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol       Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2025:**

**Recip ID              Recipient Name and Address**
db            +  Alan Christopher Redmond, 2 High Road, Wyomissing, PA 19610-2500

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2025                          Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2025 at the address(es) listed below:

**Name                          Email Address**

ANTHONY ST. JOSEPH
                              on behalf of Plaintiff United States Small Business Administration Anthony.Stjoseph@usdoj.gov
                              Mardella.Suarez@usdoj.gov,CaseView.ECF@usdoj.gov

ANTHONY ST. JOSEPH
                              on behalf of Creditor United States of America on behalf of SBA anthony.stjoseph@usdoj.gov
                              Mardella.Suarez@usdoj.gov,CaseView.ECF@usdoj.gov

Albert Anthony Ciardi, III
                              on behalf of Defendant Alan Christopher Redmond aciardi@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Albert Anthony Ciardi, III
                              on behalf of Ciardi Ciardi & Astin aciardi@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

BRENDA SUE BISHOP
                              on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue bbishop@attorneygeneral.gov

DANIEL MICHAEL PEREIRA

District/off: 0313-4                                    User: admin                                    Page 2 of 3

Date Rcvd: Jul 30, 2025                              Form ID: pdf900                               Total Noticed: 1

on behalf of Interested Party THE CORPORATION TRUST COMPANY dpereira@stradley.com

DANIEL S. SIEDMAN

on behalf of Debtor Alan Christopher Redmond dsiedman@ciardilaw.com  dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

FRED W. HOENSCH

on behalf of Creditor World Business Lenders  LLC fhoensch@hinshawlaw.com, NYCDocket@hinshawlaw.com

FRED W. HOENSCH

on behalf of Creditor WBL SPO I  LLC fhoensch@hinshawlaw.com, NYCDocket@hinshawlaw.com

FRED W. HOENSCH

on behalf of Creditor WBL SPO II  LLC fhoensch@hinshawlaw.com, NYCDocket@hinshawlaw.com

JOEL A. READY

on behalf of Petitioning Creditor Cornerstone Law Firm  LLC joel@cornerstonelaw.us, valeria@cornerstonelaw.us

JOEL A. READY

on behalf of Plaintiff Jason Scott Jordan joel@cornerstonelaw.us  valeria@cornerstonelaw.us

JOEL A. READY

on behalf of Attorney Joel A. Ready joel@cornerstonelaw.us  valeria@cornerstonelaw.us

JOEL A. READY

on behalf of Petitioning Creditor Ethan Shalter joel@cornerstonelaw.us  valeria@cornerstonelaw.us

JOEL A. READY

on behalf of Petitioning Creditor Jason Scott Jordan joel@cornerstonelaw.us  valeria@cornerstonelaw.us

JOHN HENRY SCHANNE

on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov

JOSEPH L QUINN

on behalf of Carolyn Redmond CourtNotices@rqplaw.com

JUSTIN BORON

on behalf of Creditor American Workers Insurance Services  Inc. jboron@fmglaw.com,
rmacdonald@fmglaw.com;jwoods@spencerfane.com;jtankersley@spencerfane.com

KEVIN P. CALLAHAN

on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

MATTHEW GREGORY BRUSHWOOD

on behalf of C. Malcolm Smith  III mbrushwood@barley.com,
jrachor@barley.com;cbrelje@barley.com;tshober@barley.com;dkline@barley.com;ageoghegan@barley.com

NICOLE MARIE NIGRELLI

on behalf of Defendant Alan Christopher Redmond nnigrelli@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

NICOLE MARIE NIGRELLI

on behalf of Debtor Alan Christopher Redmond nnigrelli@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

NORMAN M. VALZ

on behalf of 3rd Pty Defendant Bene Market nvalz@msn.com

NORMAN M. VALZ

on behalf of Norman M. Valz nvalz@msn.com

RACHEL WOLF

on behalf of U.S. Trustee United States Trustee rachel.wolf@usdoj.gov

SAMANTHA LIEB

on behalf of U.S. Trustee United States Trustee samantha.lieb2@usdoj.gov

SUSANNA M. FULTZ

on behalf of Accountant C. Malcom Smith Co. P.C. sfultz@barley.com

SUSANNA M. FULTZ

on behalf of C. Malcolm Smith  III sfultz@barley.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG

on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com
mortoncraigecf@gmail.com;alapinski@egalawfirm.com

WILLIAM R.A. RUSH

on behalf of C. Malcolm Smith  III wrush@rushlawberks.com

WILLIAM R.A. RUSH

on behalf of Seguro Medico  LLC wrush@rushlawberks.com

District/off: 0313-4                     User: admin                          Page 3 of 3

Date Rcvd: Jul 30, 2025                  Form ID: pdf900                       Total Noticed: 1

WILLIAM R.A. RUSH
        on behalf of Arthur W. Walsh  Jr. wrush@rushlawberks.com

WILLIAM R.A. RUSH
        on behalf of Stephanie Miller wrush@rushlawberks.com

WILLIAM R.A. RUSH
        on behalf of Accountant C. Malcom Smith Co. P.C. wrush@rushlawberks.com

WILLIAM R.A. RUSH
        on behalf of Shannon Kroemmelbein wrush@rushlawberks.com


TOTAL: 36

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Alan Christopher Redmond | : | Chapter 13 |
| Debtor | : | No. : 24-13093-pmm |
| | : | |
| Carolyn Redmond | : | |
| Movant, | : | |
| vs | : | |
| | : | |
| Alan Christopher Redmond | : | |
| Respondent, | : | |

### ORDER

**AND NOW**, upon consideration of the Motions to Authorize Filing of Replacement

Redacted Documents (**Motion for Relief filed July 11, 2025**) filed by Carolyn Redmond;

**AND**, the Court concluding that the subject Exhibit "B" of the Motion for Relief filed

July 11, 2025 fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED.**

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to **Exhibit "B" of the Motion for Relief filed on July 11, 2025 forthwith.**

3. Movant shall filed redacted copies of the document identified in Paragraph 2 above **on or before August 1, 2025**.

BY THE COURT:

Dated: __**July 29, 2025**__

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE