**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ALAN CHRISTOPHER REDMOND | Bankruptcy No. 24-13093-PMM<br><br>Involuntary Chapter 11 |

**JASON SCOTT JORDAN, CORNERSTONE LAW FIRM, LLC, AND ETHAN SHALTER'S RESPONSE TO SECOND MOTION OF UNITED STATES TRUSTEE TO DISMISS OR CONVERT TO CHAPTER 7**

Petitioning Creditors, Jason Scott Jordan, Cornerstone Law Firm, LLC, and Ethan Shalter hereby file this response to the Second Motion of the U.S. Trustee at ECF No. 397 to dismiss or convert to Chapter 7 (the "Second Motion"); and submits the following:

Petitioning Creditors have no opposition to conversion to an involuntary Chapter 7 proceeding. However, we respectfully object to any dismissal of this case. Any dismissal would only *reward* any misconduct or noncompliance by the Debtor, effectively giving him a veto over the Court's Order for Relief. Such a mechanical application of Section 1112 of the Code, like its counterpart in other chapters, would "open up the bankruptcy courts to a myriad of potential abuses." Molitor v. Eidson (*In re* Molitor), 76 F.3d 218, 221 (8th Cir. 1996) (affirming bankruptcy court's decision to convert to Chapter 7 and deny the debtor's motion to dismiss). That policy is shown where Section 1112(a)(2) disallows the Debtor from seeking conversion on his own motion if the petition was involuntary. Where this Debtor has transferred nearly all his assets into the name of his wife, Shannon Kroemmelbein, any action by the Court, which creates the outcome where the Debtor may continue his pattern of paying the creditors he likes and refusing to pay the creditors he dislikes, is clearly not in the best interests of all creditors. There are assets here which can be clawed back by a Chapter 7 Trustee.

1

Moreover, given Debtor's criminal action in the U.S. District Court at Case No. 5:24-CR-00376, putting the Debtor out of possession of the estate through an involuntary Chapter 7 proceeding appears to be a suitable alternative to dismissal which furthers the best interests of creditors.

**WHEREFORE**, based on the foregoing, the Court should enter an order, granting the U.S. Trustee's motion in part as to conversion to Chapter 7, and denying the motion to the extent it requests dismissal, and such other relief as the Court deems necessary, just, or appropriate.

Respectfully submitted,

**CORNERSTONE LAW FIRM, LLC**

Dated: August 5, 2025            By:    /s/ Joel A. Ready
                                        Joel A. Ready, Esquire
                                        PA Attorney I.D. # 321966
                                        8500 Allentown Pike, Suite 3
                                        Blandon, PA 19510
                                        (610) 926-7875

2