**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| In re: | : | INVOLUNTARY CHAPTER 11 |
|  | : |  |
| ALAN CHRISTOPHER REDMOND, | : |  |
|  | : | CASE NO. 24-13093 (PMM) |
| Debtor. | : |  |
|  | : |  |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICE**

TO THE CLERK IN CHARGE OF BANKRUPTCY OPERATIONS:

Kindly enter the appearance of Walter Weir, Jr., Esquire of Weir LLP as counsel of record for Nonparty Shannon Kroemmelbein, in the above-captioned bankruptcy case and enter same on the official mailing matrix.

Pursuant to Bankruptcy Rule 2002, please provide all notices given, or required to be given in this case, by the Court and/or any party to Weir LLP at the address set forth below.

This request for notice includes all notices, orders, applications, motions, complaints or other pleadings, whether formal or informal, written or oral, made by mail, courier service, hand delivery, telephone, email or fax.

WEIR LLP

By: */s/ Walter Weir, Jr.*
 Walter Weir, Jr., Esquire
 1339 Chestnut Street, Suite 500
 Philadelphia, PA 19107
 P: (215) 665-8181
 F: (215) 665-8464
 wweir@weirlawllp.com
 *Counsel to Nonparty Shannon Kroemmelbein*

Dated: August 12, 2025

787172-1

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : INVOLUNTARY CHAPTER 11 |
| | : |
| ALAN CHRISTOPHER REDMOND, | : |
| | : CASE NO. 24-13093 (PMM) |
| Debtor. | : |
| | : |

## <u>CERTIFICATE OF SERVICE</u>

I, Walter Weir, Jr., hereby certify that on August 12, 2025, a true and correct copy of the

foregoing Entry of Appearance and Request for Notice was served upon all parties registered via

the Court's CM/ECF notification system.

WEIR LLP

*/s/ Walter Weir, Jr.*
Walter Weir, Jr., Esquire

787172-1