**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| In re: | : | INVOLUNTARY CHAPTER 11 |
|  | : |  |
| ALAN CHRISTOPHER REDMOND, | : |  |
|  | : | CASE NO. 24-13093 (PMM) |
| Debtor. | : |  |
|  | : |  |

## ORDER

**AND NOW,** on this _____ day of _____, 2025, upon consideration of the Motion to Vacate Sanctions and Discovery Orders submitted by Shannon Kroemmelbein, and any opposition thereto, the Motion is **GRANTED**, and the Orders of February 24, 2025 (ECF No. 289) and April 22, 2025 (ECF No. 352) as to Shannon Kroemmelbein are hereby **VACATED**.

BY THE COURT:

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge