**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : INVOLUNTARY CHAPTER 11 |
| ALAN CHRISTOPHER REDMOND, | : |
| Debtor. | : CASE NO. 24-13093 (PMM) |

## CERTIFICATE OF SERVICE

I, Walter Weir, Jr., Esquire, hereby certify that a true and correct copy of the foregoing

Motion to Vacate Sanctions and Discovery Orders was served electronically upon all parties

registered via the Court's CM/ECF System.

Dated:  August 12, 2025

_____
Walter Weir, Jr., Esquire