**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| In re: | : INVOLUNTARY CHAPTER 11 |
| ALAN CHRISTOPHER REDMOND, | : |
| Debtor. | : CASE NO. 24-13093 (PMM) |

**CERTIFICATE OF SERVICE**

I, Walter Weir, Jr., Esquire, hereby certify that a true and correct copy of the foregoing Amended Notice of Hearing to the Motion to Vacate Sanctions and Discovery Orders (Dkt. 419) was served electronically upon all parties registered via the Court's CM/ECF System.

Dated:  August 14, 2025

_____
Walter Weir, Jr., Esquire