**THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Alan Christopher Redmond,  :  Chapter 11
            Debtor  :  Case No.  24-13093-pmm
                                  :

## <u>ORDER GRANTING RELIEF FROM THE AUTOMATIC BANKRUPTCY STAY TO ALLOW  CAROLYN REDMOND TO ENFORCE A CHILD SUPORT ORDER AGAINST ALAN CHRISTOPHER REDMOND</u>

AND NOW, upon consideration of the motion by Carolyn Redmond for relief pursuant to

11 U.S.C. §362 and Fed. R. Bankr. P. 4001(a)(1), and after hearing, if any, it is hereby

**ORDERED:**

Carolyn Redmond shall be immediately entitled to enforce the child support order against Alan

Christopher Redmond ("Debtor") in the Berks County Court of Common Pleas and through

Berks County Domestic Relations, including but not limited to garnishment of Debtor's income

and levy of Debtor's assets.

It is further **ORDERED** that relief from the automatic stay shall be immediately
effective and the stay imposed by Fed.R.Bankr.Proc. 4001(a)(4) is waived.

BY THE COURT:

*Patricia M. Mayer*

_____
PATRICIA MAYER
U.S. BANKRUPTCY JUDGE

**Date: August 19, 2025**