United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                          Case No. 24-13093-pmm

Alan Christopher Redmond                                        Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 19, 2025 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Alan Christopher Redmond, 2 High Road, Wyomissing, PA 19610-2500 |
| NONE | + Carolyn Redmond, 4104 Diamond Place, Royersford, PA 19468-2280 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2025           Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANTHONY ST. JOSEPH | on behalf of Plaintiff United States Small Business Administration Anthony.Stjoseph@usdoj.gov Mardella.Suarez@usdoj.gov,CaseView.ECF@usdoj.gov |
| ANTHONY ST. JOSEPH | on behalf of Creditor United States of America on behalf of SBA anthony.stjoseph@usdoj.gov Mardella.Suarez@usdoj.gov,CaseView.ECF@usdoj.gov |
| Albert Anthony Ciardi, III | on behalf of Defendant Alan Christopher Redmond aciardi@ciardilaw.com sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Albert Anthony Ciardi, III | on behalf of Ciardi Ciardi & Astin aciardi@ciardilaw.com sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| BRENDA SUE BISHOP | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue bbishop@attorneygeneral.gov |

District/off: 0313-4                                    User: admin                                    Page 2 of 3

Date Rcvd: Aug 19, 2025                            Form ID: pdf900                            Total Noticed: 2

BRUCE LEE CASTOR, JR.
on behalf of Stephanie Miller bcastor@mtvlaw.com

DANIEL MICHAEL PEREIRA
on behalf of Interested Party THE CORPORATION TRUST COMPANY dpereira@stradley.com

DANIEL S. SIEDMAN
on behalf of Debtor Alan Christopher Redmond dsiedman@ciardilaw.com  dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

FRED W. HOENSCH
on behalf of Creditor WBL SPO II  LLC fhoensch@hinshawlaw.com, NYCDocket@hinshawlaw.com

FRED W. HOENSCH
on behalf of Creditor World Business Lenders  LLC fhoensch@hinshawlaw.com, NYCDocket@hinshawlaw.com

FRED W. HOENSCH
on behalf of Creditor WBL SPO I  LLC fhoensch@hinshawlaw.com, NYCDocket@hinshawlaw.com

JOEL A. READY
on behalf of Petitioning Creditor Cornerstone Law Firm  LLC joel@cornerstonelaw.us, valeria@cornerstonelaw.us

JOEL A. READY
on behalf of Plaintiff Jason Scott Jordan joel@cornerstonelaw.us  valeria@cornerstonelaw.us

JOEL A. READY
on behalf of Attorney Joel A. Ready joel@cornerstonelaw.us  valeria@cornerstonelaw.us

JOEL A. READY
on behalf of Petitioning Creditor Ethan Shalter joel@cornerstonelaw.us  valeria@cornerstonelaw.us

JOEL A. READY
on behalf of Petitioning Creditor Jason Scott Jordan joel@cornerstonelaw.us  valeria@cornerstonelaw.us

JOHN HENRY SCHANNE
on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov

JOSEPH L QUINN
on behalf of Carolyn Redmond CourtNotices@rqplaw.com

JUSTIN BORON
on behalf of Creditor American Workers Insurance Services  Inc. jboron@fmglaw.com,
rmacdonald@fmglaw.com;jwoods@spencerfane.com;jtankersley@spencerfane.com

KEVIN P. CALLAHAN
on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

MATTHEW GREGORY BRUSHWOOD
on behalf of C. Malcolm Smith  III mbrushwood@barley.com,
jrachor@barley.com;cbrelje@barley.com;tshober@barley.com;dkline@barley.com;ageoghegan@barley.com

NICOLE MARIE NIGRELLI
on behalf of Defendant Alan Christopher Redmond nnigrelli@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

NICOLE MARIE NIGRELLI
on behalf of Debtor Alan Christopher Redmond nnigrelli@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

NORMAN M. VALZ
on behalf of 3rd Pty Defendant Bene Market nvalz@msn.com

NORMAN M. VALZ
on behalf of Norman M. Valz nvalz@msn.com

RACHEL WOLF
on behalf of U.S. Trustee United States Trustee rachel.wolf@usdoj.gov

SAMANTHA LIEB
on behalf of U.S. Trustee United States Trustee samantha.lieb2@usdoj.gov

SUSANNA M. FULTZ
on behalf of Accountant C. Malcom Smith Co. P.C. sfultz@barley.com

SUSANNA M. FULTZ
on behalf of C. Malcolm Smith  III sfultz@barley.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WALTER WEIR, JR.
on behalf of Shannon Kroemmelbein wweir@weirlawllp.com  smorris@weirpartners.com

WILLIAM EDWARD CRAIG
on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com
mortoncraigecf@gmail.com;alapinski@egalawfirm.com

District/off: 0313-4        User: admin        Page 3 of 3

Date Rcvd: Aug 19, 2025        Form ID: pdf900        Total Noticed: 2

WILLIAM R.A. RUSH

on behalf of C. Malcolm Smith  III wrush@rushlawberks.com

WILLIAM R.A. RUSH

on behalf of Seguro Medico  LLC wrush@rushlawberks.com

WILLIAM R.A. RUSH

on behalf of Arthur W. Walsh  Jr. wrush@rushlawberks.com

WILLIAM R.A. RUSH

on behalf of Accountant C. Malcom Smith Co. P.C. wrush@rushlawberks.com

WILLIAM R.A. RUSH

on behalf of Shannon Kroemmelbein wrush@rushlawberks.com

WILLIAM R.A. RUSH

on behalf of Stephanie Miller wrush@rushlawberks.com


TOTAL: 38

**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Alan Christopher Redmond,       :       Chapter 11
               Debtor       :       Case No.  24-13093-pmm
                            :

## ORDER GRANTING RELIEF FROM THE AUTOMATIC BANKRUPTCY STAY TO ALLOW  CAROLYN REDMOND TO ENFORCE A CHILD SUPORT ORDER AGAINST ALAN CHRISTOPHER REDMOND

AND NOW, upon consideration of the motion by Carolyn Redmond for relief pursuant to

11 U.S.C. §362 and Fed. R. Bankr. P. 4001(a)(1), and after hearing, if any, it is hereby

**ORDERED:**

Carolyn Redmond shall be immediately entitled to enforce the child support order against Alan

Christopher Redmond ("Debtor") in the Berks County Court of Common Pleas and through

Berks County Domestic Relations, including but not limited to garnishment of Debtor's income

and levy of Debtor's assets.

It is further **ORDERED** that relief from the automatic stay shall be immediately
effective and the stay imposed by Fed.R.Bankr.Proc. 4001(a)(4) is waived.

BY THE COURT:

_Patricia M. Mayer_

_____
PATRICIA MAYER
U.S. BANKRUPTCY JUDGE

**Date: August 19, 2025**