IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 11
:
ALAN CHRISTOPHER REDMOND, : Bankruptcy No. 24-13093-PMM
:
Debtor. :

**CERTIFICATE OF SERVICE**

I, Valeria Amato, Paralegal, hereby certify that on September 3, 2025 I did cause a true
and correct copy of the documents described below to be served on all parties registered with the
Clerk to receive electronic notice via the CM/ECF system, as well as to the parties listed below
via e-mail:

***Document(s) served:***

- Jason Scott Jordan, Cornerstone Law Firm, LLC, and Ethan Shalter's Response in
  Opposition to Stephanie Miller's Motion to Lift Sanctions and Requesting Relief from
  Back Sanctions, together with Exhibits.

***Parties served via e-mail:***

| | |
|---|---|
| Stephanie Miller<br>c/o Bruce Castor, Esq.<br>bcastor@mtvlaw.com | Samantha Lieb, Esq.<br>samantha.lieb2@usdoj.gov |
| Stephanie Miller<br>c/o Timothy Possenti Esq.<br>tpossenti@mtvlaw.com | Rachel Wolf Esq.<br>rachel.wolf@usdoj.gov |

DATE: September 3, 2025                    By: _Valeria Amato_
                                               Valeria Amato
                                               *Paralegal*