**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| In Re:<br>    ALAN CHRISTOPHER REDMOND<br>        Debtor(s)<br>    ATHENE ANNUITY AND LIFE<br>COMPANY<br>        Movant<br>v.<br>    ALAN CHRISTOPHER REDMOND<br>        Debtor(s)<br>    SHANNON KROEMMELBEIN<br>        Co-Debtor<br>        Respondent(s) | Chapter 11<br><br>Case Number: 24-13093-pmm |

## ORDER

AND NOW, upon the motion of Athene Annuity and Life Company, and upon the failure of Debtor to file an Answer or otherwise plead as directed by the Court (and/or after hearing held and consideration of all evidence, arguments and briefs of Counsel), it is ORDERED AND DECREED that Movant, Athene Annuity and Life Company (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 and §1301 to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"):  2 HIGH RD, WYOMISSING, PA 19610.

It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

BY THE COURT:

_____

UNITED STATES BANKRUPTCY JUDGE