**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| In Re:<br><br>ALAN CHRISTOPHER REDMOND<br>    Debtor(s)<br>ATHENE ANNUITY AND LIFE<br>COMPANY<br>    Movant<br>v.<br>ALAN CHRISTOPHER REDMOND<br>    Debtor(s)<br>SHANNON KROEMMELBEIN<br>    Co-Debtor<br>    Respondent(s) | Chapter 11<br><br>Case Number: 24-13093-pmm |

<u>**CERTIFICATE OF SERVICE**</u>

I, the undersigned, hereby certify that a true and correct copy of the within Motion for Relief From Automatic Stay Under 11 USC and §1301, together with Order, Notice and this Certificate, was sent to the Debtor(s), Counsel and the Trustee and all other required parties via first class mail and/or ECF on the date set forth below.

Alan Christopher Redmond
2 High Road
Wyomissing, PA 19610
*Debtor*

Shannon Kroemmelbein
2 High Rd
Wyomissing, PA 19610

Walter Weir Jr., Esq.
The Widener Building
1339 Chestnut St.
Suite 500
Philadelphia, PA 19107
(215) 665-8181
*Attorney for Shannon Kroemmelbein*

Office of the U.S. Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
*U.S. Trustee*

Stern & Eisenberg, PC

<u>*By: /s/ Daniel P. Jones*</u>
Daniel P. Jones
Bar Number: 321876
Email: djones@sterneisenberg.com

Date: September 8, 2025