## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## READING DIVISION

| | |
|---|---|
| In Re:<br><br>ALAN CHRISTOPHER REDMOND<br>    Debtor(s)<br>ATHENE ANNUITY AND LIFE COMPANY<br>    Movant<br>v.<br>ALAN CHRISTOPHER REDMOND<br>    Debtor(s)<br>SHANNON KROEMMELBEIN<br>    Co-Debtor<br>    Respondent(s) | Chapter 11<br><br>Case Number: 24-13093-pmm |

## NOTICE OF MOTION, RESPONSE DEADLINE
## AND HEARING DATE

Athene Annuity and Life Company has filed with the Court a Motion for Relief from the Automatic Stay under 11 USC §362(d) and §1301 in order to proceed with its rights under non-bankruptcy law with regard to the Property, located at 2 High Rd, Wyomissing, PA 19610.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1.      If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before September 22, 2025, you or your attorney must do all of the following:

(a) file an answer explaining your position with the Clerk's Office located at:

Clerk of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

| In Philadelphia: | In Reading: |
|---|---|
| 900 Market Street, Suite 400<br>Philadelphia, PA 19107-4299 | U.S. Bankruptcy Court, Clerks Office<br>The Gateway Building<br>201 Penn Street, Suite 103<br>Reading, PA 19601 |

If you mail your answer to the Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b) mail a copy to movant's attorney:

Daniel P. Jones
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Telephone: (215) 572-8111
Facsimile: (215) 572-5025
djones@sterneisenberg.com

2.      If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in this motion.

3.      A hearing on the motion is scheduled to be held before the Honorable Patricia M. Mayer on *** at September 30, 2025, in 10:00AM, United States Bankruptcy Court, The Gateway Building, 201 Penn Street, 4th Floor, Reading, PA 19601.

4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.      You may contact the Bankruptcy Clerk's office for Philadelphia cases at (215) 408-2800 and for Reading cases at (610) 208-5040 to find out whether the hearing has been canceled because no one filed an answer.

STERN & EISENBERG, PC

By: /s/ Daniel P. Jones
Daniel P. Jones
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
Bar Number: 321876
Email: djones@sterneisenberg.com

Date: September 8, 2025