*Form 167* (1/25)–doc 433 – 421

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          )
   Alan Christopher Redmond                      )           Case No. 24–13093–pmm
                      )
                      )
   Debtor(s).                                   )           Chapter: 11
                      )
                      )

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Patricia M. Mayer , United States Bankruptcy Judge to consider:

Motion For Sanctions To Be Lifted and Requesting Relief From Bank Sanctions Filed by Stephanie Miller
Represented by BRUCE LEE CASTOR JR.

on: 9/23/25

at: 11:00 AM

in: 201 Penn Street, 4th Floor, Reading, PA 19601

Date: September 9, 2025                                      For The Court

                                          Mohung Wong
                                          Clerk of Court