United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-13093-pmm |
| Alan Christopher Redmond | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 09, 2025 | Form ID: 167 | Total Noticed: 20 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alan Christopher Redmond, 2 High Road, Wyomissing, PA 19610-2500 |
| aty | + | ANGELINA ENGENG LIM, 400 North Ashley Drive, ste 3100, Tampa, FL 33602-4337 |
| aty | + | Joel A. Ready, Cornerstone Law Firm, LLC, 8500 Allentown Pike, Suite 3, Blandon, PA 19510 UNITED STATES OF AMERICA 19510-9101 |
| cr | + | American Workers Insurance Services, Inc., c/o FREEMAN MATHIS & GARY, LLP, 1600 Market Street, Suite 1210, Philadelphia, PA 19103-7206 |
| NONE | + | Arthur W. Walsh, Jr., c/o Rush Law Group, 38 N. 6th St., Reading, PA 19601, UNITED STATES 19601-3523 |
| 3pd | + | Bene Market, c/o Norman Valz, 441 Irvington Road, Drexel Hill, PA 19026-1320 |
| acc | + | C. Malcom Smith Co. P.C., 3020 Penn Avenue, West Lawn, Pa 19609-1443 |
| NONE | + | Carolyn Redmond, 4104 Diamond Place, Royersford, PA 19468-2280 |
| NONE | + | Ciardi Ciardi & Astin, 1905 Spruce Street, Phila, PA 19103-5732 |
| ptcrd | + | Cornerstone Law Firm, LLC, 8500 Allentown Pike, Ste 3, Blandon, PA 19510-9101 |
| ptcrd | + | Ethan Shalter, 1360 Philip Ave, Birdsboro, PA 19508-8860 |
| ptcrd | + | Jason Scott Jordan, 10802 Northwest 56th Ct, Coral Springs, FL 33076-3103 |
| NONE | + | Norman M. Valz, Norman M. Valz & Associates, P.C., 441 Irvington Road, DREXEL HILL, PA 19026, UNITED STATES 19026-1320 |
| cr | + | Producer Advance, LLC, Attn: Robert Axenrod, 4850 T-Rez Ave, Suite 101, Boca Raton, FL 33431-4496 |
| NONE | + | Shannon Kroemmelbein, c/o Rush Law Group, 38 N. 6th Street, Reading, PA 19601, UNITED STATES 19601-3523 |
| NONE | + | Stephanie Miller, c/o Rush Law Group, LLC, 38 N. 6th St, Reading, PA 19601, UNITED STATES 19601-3523 |
| intp | + | THE CORPORATION TRUST COMPANY, c/o Stradley, Ronon, Stevens & Young LLP, 2005 Market Street, Suite 2600, Philadelphia, PA 19103-7018 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Sep 10 2025 00:35:24 | Athene Annuity and Life Company, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| cr | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 10 2025 00:40:00 | Commonwealth of Pennsylvania Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: bk@szjlaw.com | Sep 10 2025 00:40:00 | Santander Consumer USA Inc., 2860 Patton rd, Roseville, MN 55113-1100 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 09, 2025 | Form ID: 167 | Total Noticed: 20 |

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2025                                Signature:           /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANTHONY ST. JOSEPH | on behalf of Creditor United States of America on behalf of SBA anthony.stjoseph@usdoj.gov Mardella.Suarez@usdoj.gov,CaseView.ECF@usdoj.gov |
| ANTHONY ST. JOSEPH | on behalf of Plaintiff United States Small Business Administration Anthony.Stjoseph@usdoj.gov Mardella.Suarez@usdoj.gov,CaseView.ECF@usdoj.gov |
| Albert Anthony Ciardi, III | on behalf of Ciardi Ciardi & Astin aciardi@ciardilaw.com sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Albert Anthony Ciardi, III | on behalf of Defendant Alan Christopher Redmond aciardi@ciardilaw.com sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| BRENDA SUE BISHOP | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue bbishop@attorneygeneral.gov |
| BRUCE LEE CASTOR, JR. | on behalf of Stephanie Miller bcastor@mtvlaw.com |
| DANIEL MICHAEL PEREIRA | on behalf of Interested Party THE CORPORATION TRUST COMPANY dpereira@stradley.com |
| DANIEL P. JONES | on behalf of Creditor Athene Annuity and Life Company djones@sterneisenberg.com bkecf@sterneisenberg.com |
| DANIEL S. SIEDMAN | on behalf of Debtor Alan Christopher Redmond dsiedman@ciardilaw.com dtorres@ciardilaw.com;sfrizlen@ciardilaw.com |
| FRED W. HOENSCH | on behalf of Creditor WBL SPO II  LLC fhoensch@hinshawlaw.com, NYCDocket@hinshawlaw.com |
| FRED W. HOENSCH | on behalf of Creditor World Business Lenders  LLC fhoensch@hinshawlaw.com, NYCDocket@hinshawlaw.com |
| FRED W. HOENSCH | on behalf of Creditor WBL SPO I  LLC fhoensch@hinshawlaw.com, NYCDocket@hinshawlaw.com |
| JOEL A. READY | on behalf of Petitioning Creditor Jason Scott Jordan joel@cornerstonelaw.us valeria@cornerstonelaw.us |
| JOEL A. READY | on behalf of Petitioning Creditor Cornerstone Law Firm  LLC joel@cornerstonelaw.us, valeria@cornerstonelaw.us |
| JOEL A. READY | on behalf of Plaintiff Jason Scott Jordan joel@cornerstonelaw.us valeria@cornerstonelaw.us |
| JOEL A. READY | on behalf of Attorney Joel A. Ready joel@cornerstonelaw.us valeria@cornerstonelaw.us |
| JOEL A. READY | on behalf of Petitioning Creditor Ethan Shalter joel@cornerstonelaw.us valeria@cornerstonelaw.us |
| JOHN HENRY SCHANNE | on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov |
| JOSEPH L QUINN | |

District/off: 0313-4 — User: admin — Page 3 of 3

Date Rcvd: Sep 09, 2025 — Form ID: 167 — Total Noticed: 20

on behalf of Carolyn Redmond CourtNotices@rqplaw.com

JUSTIN BORON

on behalf of Creditor American Workers Insurance Services  Inc. jboron@fmglaw.com,
rmacdonald@fmglaw.com;jwoods@spencerfane.com;jtankersley@spencerfane.com

KEVIN P. CALLAHAN

on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

MATTHEW GREGORY BRUSHWOOD

on behalf of C. Malcolm Smith  III mbrushwood@barley.com,
jrachor@barley.com;cbrelje@barley.com;tshober@barley.com;dkline@barley.com;ageoghegan@barley.com

NICOLE MARIE NIGRELLI

on behalf of Defendant Alan Christopher Redmond nnigrelli@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

NICOLE MARIE NIGRELLI

on behalf of Debtor Alan Christopher Redmond nnigrelli@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

NORMAN M. VALZ

on behalf of Norman M. Valz nvalz@msn.com

NORMAN M. VALZ

on behalf of 3rd Pty Defendant Bene Market nvalz@msn.com

RACHEL WOLF

on behalf of U.S. Trustee United States Trustee rachel.wolf@usdoj.gov

SAMANTHA LIEB

on behalf of U.S. Trustee United States Trustee samantha.lieb2@usdoj.gov

STEVEN K. EISENBERG

on behalf of Creditor Athene Annuity and Life Company seisenberg@sterneisenberg.com  bkecf@sterneisenberg.com

SUSANNA M. FULTZ

on behalf of C. Malcolm Smith  III sfultz@barley.com

SUSANNA M. FULTZ

on behalf of Accountant C. Malcom Smith Co. P.C. sfultz@barley.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

WALTER WEIR, JR.

on behalf of Shannon Kroemmelbein wweir@weirlawllp.com  smorris@weirpartners.com

WILLIAM EDWARD CRAIG

on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com
mortoncraigecf@gmail.com;alapinski@egalawfirm.com

WILLIAM R.A. RUSH

on behalf of Stephanie Miller wrush@rushlawberks.com

WILLIAM R.A. RUSH

on behalf of C. Malcolm Smith  III wrush@rushlawberks.com

WILLIAM R.A. RUSH

on behalf of Seguro Medico  LLC wrush@rushlawberks.com

WILLIAM R.A. RUSH

on behalf of Arthur W. Walsh  Jr. wrush@rushlawberks.com

WILLIAM R.A. RUSH

on behalf of Accountant C. Malcom Smith Co. P.C. wrush@rushlawberks.com

WILLIAM R.A. RUSH

on behalf of Shannon Kroemmelbein wrush@rushlawberks.com

TOTAL: 40

*Form 167* (1/25)–doc 433 – 421

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                      )
    Alan Christopher Redmond                )          Case No. 24–13093–pmm
                                            )
                                            )
    Debtor(s).                              )          Chapter: 11
                                            )
                                            )

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Patricia M. Mayer , United States Bankruptcy Judge to consider:

Motion For Sanctions To Be Lifted and Requesting Relief From Bank Sanctions Filed by Stephanie Miller
Represented by BRUCE LEE CASTOR JR.

on: 9/23/25

at: 11:00 AM

in: 201 Penn Street, 4th Floor, Reading, PA 19601

Date: September 9, 2025                                      For The Court

                                                            Mohung Wong
                                                            Clerk of Court