**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ALAN CHRISTOPHER REDMOND | Bankruptcy No. 24-13093-PMM |
| | Involuntary Chapter 11 |

**ORDER**

AND NOW, this _____ day of the month of _____, 2025, upon consideration

of Athene Annuity and Life Company's Motion for Relief from Automatic Stay [ECF No. 431]

and the Response in Opposition and cross-motion by Jason Scott Jordan, Cornerstone Law Firm,

LLC, and Ethan Shalter, IT IS HEREBY ORDERED as follows:

(1)     Athene Annuity and Life Company's Motion is DENIED.

(2)     The Petitioning Creditors' Cross-Motion is GRANTED. Athene Annuity and Life

Company shall comply, without objections, with the subpoena for documents propounded on it by

the Petitioning Creditors or else sanctions will be imposed.

BY THE COURT

By:     _____
Hon. Patricia M. Mayer, *J.*