IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :         Chapter 11
                                                :
ALAN CHRISTOPHER REDMOND,                       :         Bankruptcy No. 24-13093-PMM
                                                :
            Debtor.                             :

## CERTIFICATE OF SERVICE

I, Valeria Amato, Paralegal, hereby certify that on September 16, 2025 I did cause a true and correct copy of the documents described below to be served on all parties registered with the Clerk to receive electronic notice via the CM/ECF system, as well as to the parties listed below via e-mail:

***Document(s) served:***

- Jason Scott Jordan, Cornerstone Law Firm, LLC, and Ethan Shalter's Response in Opposition to Athene Annuity and Life Company's Motion for Relief from Automatic Stay and Cross-Motion to Compel Subpoena to Produce Documents
- Notice of the foregoing

***Parties served via e-mail:***

Shannon Kroemmelbein
c/o Walter Weir, Jr., Esquire
wweir@weirlawllp.com

Athene Annuity and Life Company
c/o Daniel P. Jones, Esquire
djones@sterneisenberg.com

Samantha Lieb, Esq.
samantha.lieb2@usdoj.gov

Rachel Wolf Esq.
rachel.wolf@usdoj.gov

DATE: September 16, 2025

By: _Valeria Amato_
    Valeria Amato
    *Paralegal*