**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ALAN CHRISTOPHER REDMOND | Bankruptcy No. 24-13093-PMM |
| | Involuntary Chapter 11 |

**ORDER**

AND NOW, this _____ day of the month of _____, 2025, upon consideration of Shannon Kroemmelbein's Motion to Vacate Sanctions and Discovery Orders [ECF No. 419] and the Response in Opposition and cross-motion by Jason Scott Jordan, Cornerstone Law Firm, LLC, and Ethan Shalter, IT IS HEREBY ORDERED as follows:

(1)     Shannon Kroemmelbein's Motion is DENIED and she is ordered to immediately comply with all prior orders of this Court directed to her, and no

(2)     The Cross-Motion by the Petitioning Creditors is GRANTED. Shannon Kroemmelbein is liable for all sanctions accrued to date which the Court imposed by Order filed April 22, 2025 at ECF No. 352, which sanctions continue for each day she continues noncompliance.

(3)     Shannon Kroemmelbein has waived her Fifth Amendment privilege against self-incrimination as applied to the Rule 2004 subpoena for documents at ECF No. 210-3 by the Petitioning Creditors and the privilege was otherwise inapplicable as a matter of law.

(4)     Shannon Kroemmelbein may not assert a blanket objection under the Fifth Amendment to a Rule 2004 examination and, based on her open court admissions, she has waived her Fifth Amendment privilege to a Rule 2004 examination in respect of all questions relating to her involvement with Seguro Medico, LLC, all businesses identified in the Rule 2004 subpoena, her involvement with Mid Penn Bank, and her employment in public education.

(5)     Petitioning Creditors may move for a hearing to assess sanctions on Shannon Kroemmelbein which have accrued following the entry of this Order.

BY THE COURT

By:     _____

Hon. Patricia M. Mayer, *J.*