**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: ALAN CHRISTOPHER REDMOND | Bankruptcy No. 24-13093-PMM |
|---|---|
| | Involuntary Chapter 11 |

**NOTICE OF PETITIONING CREDITORS' CROSS-MOTION TO COMPEL**
**SUBPOENA TO PRODUCE DOCUMENTS ON**
**ATHENE ANNUITY AND LIFE COMPANY**

1.      NOTICE IS HEREBY GIVEN to the Debtor, the U.S. Trustee, their attorneys, and to other interested parties that, subject to a forthcoming continuance by the Court, on September 30, 2025 at 10:00 a.m., in Courtroom 4th Floor, United States Bankruptcy Court, Reading Office, 201 Penn Street, Suite 103, Reading, PA 19601, the Petitioning Creditors in the above-captioned matter will apply to this Court for an Order compelling Athene Annuity and Life Company to obey a subpoena for production of documents.

2.      **Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).

3.      This Cross-Motion is being heard on REGULAR NOTICE pursuant to Local Bankruptcy Rule 9013-1. If you wish to oppose this Motion, you must file a written response to this Motion with the Bankruptcy Court and serve a copy of it upon undersigned counsel at the address set forth above before the above hearing and appear at the hearing on this Motion.

4.      You may contact the Bankruptcy Clerk's office to obtain a copy of an approved court form for use in preparing your response, or you may prepare your response using the format required by Local Bankruptcy Rule 1002-1.

5.      If you fail to fail to file a response to the Motion or fail to appear at the hearing, the Court

may treat such failure as a waiver of your right to oppose the Motion and may grant the requested

relief.

Respectfully submitted,

**CORNERSTONE LAW FIRM, LLC**

Dated: September 16, 2025          By:     /s/ Joel A. Ready
                                           Joel A. Ready, Esquire
                                           PA Attorney I.D. # 321966
                                           Benjamin J. Lewis, Esquire
                                           PA Attorney I.D. # 313733
                                           8500 Allentown Pike, Suite 3
                                           Blandon, PA 19510
                                           (610) 926-7875