IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :        Chapter 11
                                          :
ALAN CHRISTOPHER REDMOND,                 :        Bankruptcy No. 24-13093-PMM
                                          :
            Debtor.                       :

### CERTIFICATE OF SERVICE

I, Valeria Amato, Paralegal, hereby certify that on September 16, 2025 I did cause a true and correct copy of the documents described below to be served on all parties registered with the Clerk to receive electronic notice via the CM/ECF system, as well as to the parties listed below via e-mail:

***Document(s) served:***

- Amended Notice of Petitioning Creditors' Cross-Motion to Compel Shannon Kroemmelbein

***Parties served via e-mail:***

| | |
|---|---|
| Shannon Kroemmelbein c/o Walter Weir, Jr., Esquire wweir@weirlawllp.com | Samantha Lieb, Esq. samantha.lieb2@usdoj.gov |
| | Rachel Wolf Esq. rachel.wolf@usdoj.gov |

DATE: September 16, 2025                    By: *Valeria Amato*
                                           Valeria Amato
                                           *Paralegal*