**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ALAN CHRISTOPHER REDMOND | Bankruptcy No. 24-13093-PMM |
| | Involuntary Chapter 11 |

**2ND AMENDED NOTICE OF PETITIONING CREDITORS 'RESPONSE IN OPPOSITION TO SHANNON KROEMMELBEIN'S MOTION TO VACATE SANCTION AND DISCOVERY ORDERS AND CROSS-MOTION TO COMPEL SHANNON KROEMMELBEIN [1]**

1.    NOTICE IS HEREBY GIVEN to the Debtor, the U.S. Trustee, their attorneys, and to other interested parties that, subject to a forthcoming continuance by the Court, on September 23, 2025 at 11:00 a.m., in Courtroom 4th Floor, United States Bankruptcy Court, Reading Office, 201 Penn Street, Suite 103, Reading, PA 19601, the Petitioning Creditors in the above-captioned matter will apply to this Court for an Order, compelling Shannon Kroemmelbein to comply with all prior orders applicable to her and that she is liable for all sanctions accrued to date and which continue to accrue for each day of her continued noncompliance after the Court ruled on her Fifth Amendment objections, and holding that Shannon Kroemmelbein waived her Fifth Amendment privilege as to the Rule 2004 subpoena propounded by the Petitioning Creditors and as to a Rule 2004 examination in respect of her involvement with Seguro Medico, all businesses identified in the Rule 2004 subpoena, her involvement with Mid Penn Bank, and her employment in public education.

2.    **Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you

---

[1] This amends ECF No. 439 and is related to ECF No. 437

1

may wish to consult an attorney).

3.       This Cross-Motion is being heard on REGULAR NOTICE pursuant to Local Bankruptcy Rule 9013-1. If you wish to oppose this Motion, you must file a written response to this Motion with the Bankruptcy Court and serve a copy of it upon undersigned counsel at the address set forth above before the above hearing and appear at the hearing on this Motion.

4.       You may contact the Bankruptcy Clerk's office to obtain a copy of an approved court form for use in preparing your response, or you may prepare your response using the format required by Local Bankruptcy Rule 1002-1.

5.       If you fail to fail to file a response to the Motion or fail to appear at the hearing, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

Respectfully submitted,

**CORNERSTONE LAW FIRM, LLC**

Dated: September 19, 2025          By:     /s/ Joel A. Ready

Joel A. Ready, Esquire
PA Attorney I.D. # 321966
Benjamin J. Lewis, Esquire
PA Attorney I.D. # 313733
8500 Allentown Pike, Suite 3
Blandon, PA 19510
(610) 926-7875

2