IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| ALAN CHRISTOPHER REDMOND, | : | Bankruptcy No. 24-13093-PMM |
| | : | |
| Debtor. | : | |

**CERTIFICATE OF SERVICE**

I, Valeria Amato, Paralegal, hereby certify that on September 19, 2025 I did cause a true and correct copy of the documents described below to be served on all parties registered with the Clerk to receive electronic notice via the CM/ECF system, as well as to the parties listed below via e-mail:

***Document(s) served:***

- 2nd Amended Notice of Petitioning Creditors 'Response in Opposition to Shannon Kroemmelbein's Motion to Vacate Sanction and Discovery Orders and Cross-Motion to Compel Shannon Kroemmelbein

***Parties served via e-mail:***

Shannon Kroemmelbein
c/o Walter Weir, Jr., Esquire
wweir@weirlawllp.com

Samantha Lieb, Esq.
samantha.lieb2@usdoj.gov

Rachel Wolf Esq.
rachel.wolf@usdoj.gov

DATE: September 19, 2025

By: _Valeria Amato_
    Valeria Amato
    *Paralegal*