# EXHIBIT B

LAW OFFICES



# WEIR LLP

A Pennsylvania Limited Liability Partnership

The Widener Building, Fifth Floor
1339 Chestnut Street, Philadelphia Pennsylvania, 19107

WEIRLAWLLP.COM

Walter Weir, Jr.
Member of PA, DC and NJ Bars

Direct Dial (215) 241-7751
E-mail: wweir@weirlawllp.com

July 24, 2025

VIA ELECTRONIC MAIL – *joel@cornerstonelaw.us*
Joel A. Ready, Esquire
Cornerstone Law
8500 Allentown Pike, Suite 3
Blandon, PA 19510

**Re:   Shannon Kroemmelbein – Rule 2004 Examination**

Dear Joel:

As a follow up to our telephone call last week, I am confirming, as you requested, that if Shannon Kroemmelbein appears for her 2004 Examination she will take the Fifth Amendment as to all questions asked of her and to all document requests contained in your subpoena.

I apologize that it took me so long to get to the bottom of this, but there is a long and complicated history to this, not only to the civil matter, but more importantly, to the criminal case.

I still have to address the court orders that are outstanding against Shannon and, unless we can reach an agreement, I will have to move to vacate all of these orders based not only on her Fifth Amendment rights, but on the conflict that her former lawyer had in mis-advising her about what was going on in this matter. To that end, I ask that you get back to me no later than Wednesday of this week as to whether you will agree to vacate these contempt orders. Of course, I remain willing to produce her in your office, but she will exercise her rights under the Fifth Amendment.

I look forward to hearing from you.

Sincerely yours,

Walter Weir, Jr.

WWJR/slm
785697-1

PENNSYLVANIA   ∞   NEW JERSEY   ∞   DELAWARE   ∞   NEW YORK