# EXHIBIT C



**From:** Joel A. Ready, Esq. <joel@cornerstonelaw.us>
**Sent:** Monday, July 28, 2025 4:38 PM
**To:** Weir, Walter <wweir@weirlawllp.com>
**Cc:** Valeria Amato <Valeria@cornerstonelaw.us>
**Subject:** [EXTERNAL] RE: 2025.07.28 Ltr to Joel Ready_ Esq. Re_2004 Exam(785697.1)

**This Message originated outside your organization.**

Dear Walter,

Your letter is received and acknowledged. I cannot agree to vacate sanctions, but I understand you will file a motion with the Court regarding the same.

Sincerely,

Joel Ready

**From:** Weir, Walter <wweir@weirlawllp.com>
**Sent:** Monday, July 28, 2025 3:54 PM
**To:** Joel A. Ready, Esq. <joel@cornerstonelaw.us>
**Subject:** 2025.07.28 Ltr to Joel Ready_ Esq. Re_2004 Exam(785697.1)

Joel – Please see the attached letter.

Walter Weir, Jr., Managing Partner

## WEIR LLP

Pennsylvania ∞ New Jersey ∞ Delaware ∞ New York

Fifth Floor, The Widener Building, One South Penn Square, Philadelphia, PA 19107
Phone & Fax: (215) 241-7751 **|** Email: wweir@weirlawllp.com **|** website: www.weirlawllp.com

This electronic message transmission contains information from the law firm of Weir LLP, which may be confidential or protected by the attorney-client privilege and/or the work product doctrine. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the content of this information is strictly prohibited. If you have received this communication in error, please notify us immediately by email and delete the original message. Thank you.