LAW OFFICES

# WEIR LLP

A Pennsylvania Limited Liability Partnership

The Widener Building, Fifth Floor
1339 Chestnut Street, Philadelphia Pennsylvania, 19107

WEIRLAWLLP.COM

Walter Weir, Jr.                                                   Direct Dial (215) 241-7751
Member of PA, DC and NJ Bars                                      E-mail: wweir@weirlawllp.com

September 22, 2025

<u>VIA ECF</u>

Honorable Patricia M. Mayer
United States Bankruptcy Court for the
Eastern District of Pennsylvania
The Gateway Building
201 Penn Street, 4th Floor
Reading, PA 19601

> **Re:**   ***In re Alan Christopher Redmond***
> **Case No. 24-13093-PMM (Bankr. EDPA)**

Dear Judge Mayer:

This office is counsel to nonparty Shannon Kroemmelbein in the above-captioned matter.

We are in receipt of Debtor's *pro se* motion to continue tomorrow morning's hearing. It is our understanding that Debtor will be filing the motion tonight via the Court's drop box and will be providing a courtesy copy to chambers in the morning.

Ms. Kroemmelbein joins in Debtor's request. We are in the process of preparing a response to Petitioning Creditors' substantial opposition to Ms. Krommelbein's motion to vacate sanction and discovery orders and cross-motion to compel (ECF No. 437), and believe a short continuance will allow us to complete and file our response. Our response will benefit the Court and the parties as it will elucidate the difficult constitutional arguments presented in the motion and cross-motion.

We appreciate the Court's consideration of the joint request for a continuance.

Respectfully,

Walter Weir, Jr.

WWJr/dvd
cc:    All counsel of record (via ECF)
       Mr. Alan C. Redmond (via e-mail)

PENNSYLVANIA   ∞   NEW JERSEY   ∞   DELAWARE   ∞   NEW YORK