United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-13093-pmm |
| Alan Christopher Redmond | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 5 |
| Date Rcvd: Sep 24, 2025 | Form ID: 309A | Total Noticed: 55 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alan Christopher Redmond, 2 High Road, Wyomissing, PA 19610-2500 |
| aty | + | JOHN HENRY SCHANNE, DOJ-Ust, Office of The United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320 Philadelphia, PA 19107-4202 |
| aty | + | KEVIN P. CALLAHAN, DOJ-Ust, Robert N.C. Nix Federal Building, 900 Market Street, Ste. 320 Philadelphia, PA 19107-4202 |
| aty | + | NICOLE MARIE NIGRELLI, Ciardi Ciardi & Astin, 1905 Spruce Street, Philadelphia, PA 19103-5732 |
| aty | + | NORMAN M. VALZ, Norman M. Valz & Associates, P.C., 441 Irvington Road, Drexel Hill, PA 19026-1320 |
| aty | + | RACHEL WOLF, DOJ-Ust, One Newark Center, Ste 2100, Newark, NJ 07102-5235 |
| aty | + | SAMANTHA LIEB, DOJ-Ust, One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 3pd | + | Bene Market, c/o Norman Valz, 441 Irvington Road, Drexel Hill, PA 19026-1320 |
| 14927553 | + | All Web Leads, 7300 Rm 2222, Bldg 2 ste 100, Austin, TX 78730-3233 |
| 14927552 | + | American Workers, Insurance Services Inc., 2305 Ridge Road Unit 205, Rockwall TX 75087-5163 |
| 14933454 | + | American Workers Ins Services, Inc., 2305 Ridge Rd, Unit 205, Rockwall, TX 75087-5163 |
| 14933456 | + | Bochetto Lentz, 1524 Locust Street, Philadelphia, PA 19102-4401 |
| 14927549 | + | Cardflex Inc., 2195 American AVe, #A, Costa Mesa, CA 92627-3922 |
| 14974908 | + | Cardflex, Inc. d/b/a Cliq, c/o Global Legal Law Firm, 322 Encinitas Blvd, Ste 200, Encinitas, CA 92024-3780 |
| 15023371 | + | Carolyn Redmond, 4104 Diamond Place, Royersford, PA 19468-2280 |
| 14927546 | + | Complete Business, Solutions Group Inc., dba PAR Funding, 141 N. 2nd Street, Philadelphia Pa 19106-2009 |
| 14968192 | + | Complete Business Solutions Group Inc./Receiver, 20 N. 3rd Street, Philadelphia, PA 19106-2118 |
| 14927545 | + | Cornerstone Law Firm, c/o Joel A. Ready, Equire, 8500 Allentown Pike, Suite 3, Blandon, PA 19510-9101 |
| 14958292 | + | Cornerstone Law Firm, LLC, 8500 Allentown Pike, Suite 3, Blandon, PA 19510-9101 |
| 14960707 | + | Ethan Shalter, c/o Cornerstone Law Firm, LLC, 8500 Allentown Pike, Suite 3, Blandon, PA 19510-9101 |
| 14945323 | + | Holly Smith Miller, Esq., Gellert Scali Busenkell & Brown, LLC, 901 Market Street, Suite 3020, Philadelphia, PA 19107-3133 |
| 14958294 | + | Jason Scott Jordan, c/o Cornerstone Law Firm, LLC, 8500 Allentown Pike, Suite 3, Blandon, PA 19510-9101 |
| 14927544 | + | Jason Scott Jordan, c/o Joel A. Ready, Esquire, Cornerstone Law Firm, LLC, 8500 Allentown Pike, Suite 3, Blandon, PA 19510-9101 |
| 14945362 | + | Matthew Murrary, 2005 Regency Drive, Reading, PA 19610-2712 |
| 14945363 | + | Mercedes Benz of West Chester, 1260 Wilmington Pike, West Chester, PA 19382-8429 |
| 14945364 | + | National Brokers of America, Inc., 354 Penn Street, Reading, PA 19602-1010 |
| 14927558 | | Pennsylvania Dept of Revenue, 11th Floor, Strawberry Square, Harrisburg, Pennsylvania |
| 14933463 | | Pennsylvania Dept of Revenue, Strawberry Square, 11th Floor, Harrisburg, PA 17101 |
| 14933464 | + | Pennsylvania UC Tax Services, Labor & Industry Bldg, 651 Boas Street, Ste 1113, Harrisburg, PA 17121-0751 |
| 14927557 | + | Pennsylvania UC Tax Services, ste 1113, Labor & Industry Building, 651 Boas Street, Harrisburg, Pa 17121-0751 |
| 14927551 | #+ | Producer Advance LLC, 1625 S. Congress Avenue, Ste 200B, Delray Beach FL 33445-6304 |
| 14982866 | + | Producer Advance, LLC, Angelina E. Lim, Esq., Johnson Pope, 400 N. Ashley Drive, Suite 3100, Tampa, FL 33602-4337 |
| 14979812 | + | Robert T Williamson, U.S. Small Business Administration, Phil, 660 American Avenue, Suite 301, King of Prussia, PA 19406-4032 |
| 14927556 | + | Rush Law Group LLC, 38 N. 6th Street, Reading, Pa 19601-3523 |
| 14927554 | + | Santander Bank, 2220 State Hill Road, Reading, PA 19610-1904 |
| 14933468 | + | Seguro Medico, LLC, 2706 Philmay Terrace, Reading, PA 19606-2220 |
| 14927548 | + | U.S. Department of Labor, 1835 Market Street, Mail stop SOL /22, Philadelphia Pa 19103-2914 |
| 14979813 | + | U.S. Small Business Administration, U.S. Small Business Administration - Phi, 660 American Avenue, Suite 301, King of Prussia, PA 19406-4032 |
| 14933469 | + | US Dept of Labor, 1835 Market Street, Mailstop SOL/22, Philadelphia, PA 19103-2968 |

| District/off: 0313-4 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Sep 24, 2025 | Form ID: 309A | Total Noticed: 55 |

14927547    +   WBL SPO II LLC, 150 Clearbrook Road, Ste 125, Elmsford NY 10523-1147

TOTAL: 40

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: dsiedman@ciardilaw.com | Sep 25 2025 00:15:00 | DANIEL S. SIEDMAN, Ciardi Ciardi & Astin, 1905 Spruce Street, Philadelphia, PA 19103 |
| tr | + | EDI: QLEFELDMAN.COM | Sep 25 2025 04:12:00 | LYNN E. FELDMAN, Lynn E. Feldman, Trustee, 2310 Walbert Ave, Ste 103, Allentown, PA 18104-1360 |
| smg | + | Email/Text: taxclaim@countyofberks.com | Sep 25 2025 00:15:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 25 2025 00:16:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Sep 25 2025 00:16:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| 14923063 | + | Email/Text: taxclaim@countyofberks.com | Sep 25 2025 00:15:00 | Berks County Tax Claim Bureau, 633 Court Street 2nd Floor, Reading, PA 19601-3552 |
| 14927559 | + | Email/Text: taxclaim@countyofberks.com | Sep 25 2025 00:15:00 | Berks County Tax Claim Bureau, 633 Court Ste #2B, Reading, Pa 19601-4300 |
| 14933455 | + | Email/Text: taxclaim@countyofberks.com | Sep 25 2025 00:15:00 | Berks County Tax Claim Bureau, 633 Court Street # 2B, Reading, PA 19601-4300 |
| 14927555 | ^ | MEBN | Sep 25 2025 00:11:56 | Duane Morris LLP, 30 S. 17th Street, Philadelphia Pa 19103-4196 |
| 14927550 | + | EDI: IRS.COM | Sep 25 2025 04:12:00 | Internal Revenue Service, 600 Arch Street, Philadelphia Pa 19106-1695 |
| 14936172 | | EDI: PENNDEPTREV | Sep 25 2025 04:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14933962 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 25 2025 00:16:00 | SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 14945357 | + | Email/Text: PDELINQ@sba.gov | Sep 25 2025 00:16:00 | Small Business Association, 14925 Kingsport Road, Fort Worth, TX 76155-2243 |
| 14941426 | + | EDI: AIS.COM | Sep 25 2025 04:12:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14945361 | | EDI: VERIZONCOMB.COM | Sep 25 2025 04:12:00 | Verizon, PO Box 15124, Albany, NY 12212-5124 |

TOTAL: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14933459 | | Cornerstone Law Firm |
| 14933462 | | Jason Scott Jordan |
| 14933467 | | Santander Bank |
| 14933453 | *+ | All Web Leads, 7300 Rm 2222, Bldg 2 Suite 100, Austin, TX 78730-3233 |
| 14933457 | *+ | Cardflex, Inc., 2195 American Ave #A, Costa Mesa, CA 92627-3922 |
| 14933458 | *+ | Complete Business Solutions Group, Inc, dba PAR Funding, 141 N. 2nd Street, Philadelphia, PA 19106-2009 |
| 14933460 | *+ | Duane Morris LLP, 30 S. 17th Street, Philadelphia, PA 19103-4196 |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 5 |
| Date Rcvd: Sep 24, 2025 | Form ID: 309A | Total Noticed: 55 |

| | | |
|---|---|---|
| 14933461 | *+ | Internal Revenue Service, 600 Arch Street, Philadelphia, PA 19106-1695 |
| 14933465 | *+ | Producer Advance, LLC, 1625 S. Congress Avenue, Suite 200B, Delray Beach, FL 33445-6304 |
| 14933466 | *+ | Rush Law Group, LLC, 38 N. 6th Street, Reading, PA 19601-3523 |
| 14933470 | *+ | WBL SPO II, LLC, 150 Clearbrook Road, Suite 125, Elmsford, NY 10523-1147 |
| 14945360 | ##+ | Bene Market, LLC, 8 Morgan Drive, Reading, PA 19608-1753 |

TOTAL: 3 Undeliverable, 8 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2025          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANTHONY ST. JOSEPH | on behalf of Creditor United States of America on behalf of SBA anthony.stjoseph@usdoj.gov Mardella.Suarez@usdoj.gov,CaseView.ECF@usdoj.gov |
| ANTHONY ST. JOSEPH | on behalf of Plaintiff United States Small Business Administration Anthony.Stjoseph@usdoj.gov Mardella.Suarez@usdoj.gov,CaseView.ECF@usdoj.gov |
| Albert Anthony Ciardi, III | on behalf of Ciardi Ciardi & Astin aciardi@ciardilaw.com sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Albert Anthony Ciardi, III | on behalf of Defendant Alan Christopher Redmond aciardi@ciardilaw.com sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| BRENDA SUE BISHOP | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue bbishop@attorneygeneral.gov |
| BRUCE LEE CASTOR, JR. | on behalf of Stephanie Miller bcastor@mtvlaw.com |
| DANIEL MICHAEL PEREIRA | on behalf of Interested Party THE CORPORATION TRUST COMPANY dpereira@stradley.com |
| DANIEL P. JONES | on behalf of Creditor Athene Annuity and Life Company djones@sterneisenberg.com bkecf@sterneisenberg.com |
| DANIEL S. SIEDMAN | on behalf of Debtor Alan Christopher Redmond dsiedman@ciardilaw.com dtorres@ciardilaw.com;sfrizlen@ciardilaw.com |
| FRED W. HOENSCH | on behalf of Creditor WBL SPO I LLC fhoensch@hinshawlaw.com, NYCDocket@hinshawlaw.com |
| FRED W. HOENSCH | on behalf of Creditor WBL SPO II LLC fhoensch@hinshawlaw.com, NYCDocket@hinshawlaw.com |
| FRED W. HOENSCH | on behalf of Creditor World Business Lenders LLC fhoensch@hinshawlaw.com, NYCDocket@hinshawlaw.com |
| JOEL A. READY | on behalf of Petitioning Creditor Ethan Shalter joel@cornerstonelaw.us valeria@cornerstonelaw.us |
| JOEL A. READY | on behalf of Petitioning Creditor Jason Scott Jordan joel@cornerstonelaw.us valeria@cornerstonelaw.us |

District/off: 0313-4

User: admin

Page 4 of 5

Date Rcvd: Sep 24, 2025

Form ID: 309A

Total Noticed: 55

JOEL A. READY

on behalf of Petitioning Creditor Cornerstone Law Firm  LLC joel@cornerstonelaw.us, valeria@cornerstonelaw.us

JOEL A. READY

on behalf of Plaintiff Jason Scott Jordan joel@cornerstonelaw.us  valeria@cornerstonelaw.us

JOEL A. READY

on behalf of Attorney Joel A. Ready joel@cornerstonelaw.us  valeria@cornerstonelaw.us

JOHN HENRY SCHANNE

on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov

JOSEPH L QUINN

on behalf of Carolyn Redmond CourtNotices@rqplaw.com

JUSTIN BORON

on behalf of Creditor American Workers Insurance Services  Inc. jboron@fmglaw.com,
rmacdonald@fmglaw.com;jwoods@spencerfane.com;jtankersley@spencerfane.com

KEVIN P. CALLAHAN

on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

LYNN E. FELDMAN

trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com

MATTHEW GREGORY BRUSHWOOD

on behalf of C. Malcolm Smith  III mbrushwood@barley.com,
jrachor@barley.com;cbrelje@barley.com;tshober@barley.com;dkline@barley.com;ageoghegan@barley.com

NICOLE MARIE NIGRELLI

on behalf of Debtor Alan Christopher Redmond nnigrelli@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

NICOLE MARIE NIGRELLI

on behalf of Defendant Alan Christopher Redmond nnigrelli@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

NORMAN M. VALZ

on behalf of Norman M. Valz nvalz@msn.com

NORMAN M. VALZ

on behalf of 3rd Pty Defendant Bene Market nvalz@msn.com

RACHEL WOLF

on behalf of U.S. Trustee United States Trustee rachel.wolf@usdoj.gov

SAMANTHA LIEB

on behalf of U.S. Trustee United States Trustee samantha.lieb2@usdoj.gov

STEVEN K. EISENBERG

on behalf of Creditor Athene Annuity and Life Company seisenberg@sterneisenberg.com  bkecf@sterneisenberg.com

SUSANNA M. FULTZ

on behalf of C. Malcolm Smith  III sfultz@barley.com

SUSANNA M. FULTZ

on behalf of Accountant C. Malcom Smith Co. P.C. sfultz@barley.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

WALTER WEIR, JR.

on behalf of Shannon Kroemmelbein wweir@weirlawllp.com  smorris@weirpartners.com

WILLIAM EDWARD CRAIG

on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com
mortoncraigecf@gmail.com;alapinski@egalawfirm.com

WILLIAM R.A. RUSH

on behalf of Accountant C. Malcom Smith Co. P.C. wrush@rushlawberks.com

WILLIAM R.A. RUSH

on behalf of Shannon Kroemmelbein wrush@rushlawberks.com

WILLIAM R.A. RUSH

on behalf of Stephanie Miller wrush@rushlawberks.com

WILLIAM R.A. RUSH

on behalf of C. Malcolm Smith  III wrush@rushlawberks.com

WILLIAM R.A. RUSH

on behalf of Seguro Medico  LLC wrush@rushlawberks.com

WILLIAM R.A. RUSH

on behalf of Arthur W. Walsh  Jr. wrush@rushlawberks.com

District/off: 0313-4                          User: admin                                    Page 5 of 5
Date Rcvd: Sep 24, 2025                       Form ID: 309A                                   Total Noticed: 55
TOTAL: 41

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | **Alan Christopher Redmond**<br>First Name   Middle Name   Last Name | Social Security number or ITIN:  _ _ _ _<br>EIN:  _ _ – _ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN:  _ _ _ _<br>EIN:  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court:   Eastern District of Pennsylvania | | Date case filed in chapter:   11   9/3/24 |
| Case number:   24–13093–pmm | | Date case converted to chapter:   7   9/23/25 |

## Official Form 309A (For Individuals or Joint Debtors)
# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   10/20
**\*\*Debtor's Photo ID & Social Security Card must be presented to the Trustee prior to the 341 meeting.\*\***

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Alan Christopher Redmond | | |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 2 High Road<br>Wyomissing, PA 19610 | | |
| 4. | **Debtor's attorney**<br>Name and address | DANIEL S. SIEDMAN<br>Ciardi Ciardi & Astin<br>1905 Spruce Street<br>Philadelphia, PA 19103 | | Contact phone 215–557–3550<br><br>Email:  dsiedman@ciardilaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | LYNN E. FELDMAN<br>Lynn E. Feldman, Trustee<br>2310 Walbert Ave<br>Ste 103<br>Allentown, PA 18104 | | Contact phone 610–530–9285<br><br>Email:  trustee.feldman@rcn.com |

**For more information, see page 2 >**

Debtor  **Alan Christopher Redmond**                                    Case number **24–13093–pmm**

| 6. **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | United States Bankruptcy Court<br>Office of the Clerk, Gateway Building<br>201 Penn Street, 1st Floor<br>Reading, PA 19601 | Hours open:<br>Philadelphia Office –– 9:00 A.M. to 4:00 P.M; Reading Office –– 9:00 A.M. to 4:00 P.M.<br><br>Contact phone (610)2085040<br><br>Date: 9/24/25 |
|---|---|---|
| 7. **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 29, 2025 at 09:20 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **The meeting is by Zoom. Go to Zoom.us, Click on JOIN or call 1 (267) 635–2246, Enter Meeting ID 338 913 1039, and Passcode 3443449121**<br><br>For additional meeting info. go to https://www.justice.gov/ust/moc |
| 8. **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 12/29/25** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov . If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                    page **2**