**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| In Re:<br>     ALAN CHRISTOPHER REDMOND<br>          Debtor(s)<br>ATHENE ANNUITY AND LIFE<br>COMPANY<br>          Movant<br>v.<br>ALAN CHRISTOPHER REDMOND<br>          Debtor(s)<br>SHANNON KROEMMELBEIN<br>          Co-Debtor<br>          Respondent(s) | Chapter 11<br><br>Case Number: 24-13093-pmm |

**ORDER**

AND NOW, upon the motion of Athene Annuity and Life Company, and upon the failure of Debtor to file an Answer or otherwise plead as directed by the Court (and/or after hearing held and consideration of all evidence, arguments and briefs of Counsel), it is ORDERED AND DECREED that Movant, Athene Annuity and Life Company (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 ~~and §1301~~ to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"):  2 HIGH RD, WYOMISSING, PA 19610.

~~It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.~~

BY THE COURT:

*Patricia M. Mayer*

Hon. Patricia M. Mayer
United States Bankruptcy Judge

**Date: September 30, 2025**