# EXHIBIT "A"

LAW OFFICES



# WEIR LLP

A Pennsylvania Limited Liability Partnership

The Widener Building, Fifth Floor
1339 Chestnut Street, Philadelphia Pennsylvania, 19107

WEIRLAWLLP.COM

Walter Weir, Jr.
Member of PA, DC and NJ Bars

Direct Dial (215) 241-7751
E-mail: wweir@weirlawllp.com

October 3, 2025

VIA ELECTRONIC MAIL – *joel@cornerstonelaw.us*

Joel A. Ready, Esquire
Cornerstone Law
8500 Allentown Pike, Suite 3
Blandon, PA 19510

**Re:    Shannon Kroemmelbein – Subpoena duces tecum**

Dear Joel:

I am writing to respond to the document requests provided in your subpoena dated January 7, 2025.  Without waiving any applicable privilege, we will produce the following documents as indicated.  If any documents are being withheld, we will provide a privilege log.  Unless otherwise stated, each response below reflects a reasonable search for documents within Ms. Kroemmelbein's possession, custody, or control. Where she states, "After a reasonable inquiry" Ms. Kroemmelbein does not have documents responsive to this request within her possession, custody, or control.

RESPONSES

1.    Your original birth certificate, including any amendments to the same.

RESPONSE:  Ms. Kroemmelbein will produce a copy of her original birth certificate for inspection subject to a confidentiality agreement.

2.    Your Social Security card.

RESPONSE: Ms. Kroemmelbein will produce a copy of her Social Security Card for inspection subject to a confidentiality agreement.

3.    All your active driver's licenses in any jurisdiction.

RESPONSE:  Ms. Kroemmelbein will produce a copy of her active Pennsylvania driver's license for inspection subject to a confidentiality agreement.

4.    All your passports.

PENNSYLVANIA   ∞   NEW JERSEY   ∞   DELAWARE   ∞   NEW YORK

WEIR LLP

Joel A. Ready, Esquire
October 3, 2025
Page 2

RESPONSE: Ms. Kroemmelbein will produce a copy of her passport make the original available for inspection subject to a confidentiality agreement.

5.      All of your federal income tax returns, with all schedules, including Form W2s and 1099s, for the years 2014 through the most recent filing.

RESPONSE:  Ms. Kroemmelbein will produce all tax filings in her possession subject to a confidentiality agreement.

6.      Your most recent curriculum vitae or professional resume to the extent they exist.

RESPONSE:  Ms. Kroemmelbein will produce the requested document to the extent one exists.

7.      All curriculum vitae and professional resume you have used within five years before September 3, 2024.

RESPONSE: Ms. Kroemmelbein will produce the requested documents to the extent they exist.

8.      All contracts between you and the Pottstown School District.

RESPONSE:  Ms. Kroemmelbein will produce the requested documents.

9.      All documents evidencing the policy of Pottstown School District regarding outside employment and which is in effect during your period of employment with Pottstown School District.

RESPONSE: After a reasonable inquiry, Ms. Kroemmelbein does not have documents responsive to this request within her possession, custody, or control.

10.      All contracts between you and the Bucks County Intermediate Unit.

RESPONSE: After a reasonable inquiry, Ms. Kroemmelbein does not have documents responsive to this request within her possession, custody, or control.

11.      Any document evidencing the policy of Bucks County Intermediate Unit regarding outside employment and which was in effect during your period of employment with the Bucks County Intermediate Unit.

RESPONSE: After a reasonable inquiry, Ms. Kroemmelbein does not have documents responsive to this request within her possession, custody, or control.

**WEIR LLP**

Joel A. Ready, Esquire
October 3, 2025
Page 3

12.     Any document evidencing the date of your resignation from employment with the Bucks County Intermediate Unit.

RESPONSE: After a reasonable inquiry, Ms. Kroemmelbein does not have documents responsive to this request within her possession, custody, or control.

13.     All invoices you received for any debt within one year before September 3, 2024.

RESPONSE: Ms. Kroemmelbein will produce any documents that are in her possession to the extent they exist.

14.     All documents evidencing payments made by you within one year before September 3, 2024.

RESPONSE:   After a reasonable inquiry, Ms. Kroemmelbein does not have documents responsive to this request within her possession, custody, or control.

15.     All documents evidencing payments made on your behalf by Alan Christopher Redmond, and within one year before September 3, 2024.

RESPONSE: Ms. Kroemmelbein will produce those documents that are in her possession to the extent they exist.

16.     All documents evidencing payments made on your behalf, by any person other than Alan Christopher Redmond, and within one year before September 3, 2024.

RESPONSE:   After a reasonable inquiry, Ms. Kroemmelbein does not have documents responsive to this request within her possession, custody, or control.

17.     All documents evidencing transfer of your assets, valued at $1,000.00 or more, within five years before September 3, 2024.

RESPONSE: After a reasonable inquiry, Ms. Kroemmelbein does not have documents responsive to this request within her possession, custody, or control.

18.     All documents evidencing transfer of assets (1) regardless of the title of those assets, (2) caused by, or requested by, you, (3) valued at $1,000.00 or more, and (4) within five years before September 3, 2024.

RESPONSE: After a reasonable inquiry, Ms. Kroemmelbein does not have documents responsive to this request within her possession, custody, or control.

19.     All monthly statements for all your accounts at Mid Penn Bank since 2014 to the

WEIR LLP

Joel A. Ready, Esquire
October 3, 2025
Page 4

present.

RESPONSE: After a reasonable inquiry, Ms. Kroemmelbein does not have documents responsive to this request within her possession, custody, or control.

20.    All monthly statements for all your accounts which you cause, or permit, to be used by Alan Christopher Redmond and beginning five years before September 3, 2024 to the present.

RESPONSE: After a reasonable inquiry, Ms. Kroemmelbein does not have documents responsive to this request within her possession, custody, or control.

21.    All monthly statements for any account (1) within your possession or control, regardless of how the account is titled, and (2) five years before September 3, 2024.

RESPONSE: After a reasonable inquiry, Ms. Kroemmelbein does not have documents responsive to this request within her possession, custody, or control.

22.    All powers of attorney and proxy instruments that you signed at any time within five years before September 3, 2024.

RESPONSE: After a reasonable inquiry, Ms. Kroemmelbein does not have documents responsive to this request within her possession, custody, or control.

23.    All leases that you have signed at any time within five years before September 3, 2024.

RESPONSE: To the extent any such documents exist, they will be produced.

24.    All deeds to all real property located anywhere in the world and recorded during the years 2014 through the present, and which are titled in your name or titled in the name of a business entity (or nonprofit entity) in which you have an ownership interest, or membership interest, or managerial authority or control, in whole or in part.

RESPONSE: To the extent any such documents are in her possession, they will be produced.

25.    All unrecorded deeds to real property located anywhere in the world and which are titled in your name or titled in your name or titled in the name of a business entity (or nonprofit entity) in which you have an ownership interest, or membership interest, or managerial authority or control, in whole or in part.

RESPONSE: To the extent any such documents are in her possession, they will be produced.

WEIR LLP

Joel A. Ready, Esquire
October 3, 2025
Page 5

26.     All contracts between you and Alan Christopher Redmond.

RESPONSE: After a reasonable inquiry, Ms. Kroemmelbein does not have documents responsive to this request within her possession, custody, or control.

27.     All contracts between you and any relative, former spouse, or insider of Alan Christopher Redmond.

RESPONSE: After a reasonable inquiry, Ms. Kroemmelbein does not have documents responsive to this request within her possession, custody, or control.

28.     All contracts between you and any creditor of Alan Christopher Redmond.

RESPONSE: After a reasonable inquiry, Ms. Kroemmelbein does not have documents responsive to this request within her possession, custody, or control.

29.     All contracts between you and any of your relatives, former spouses, or insiders.

RESPONSE: After a reasonable inquiry, Ms. Kroemmelbein does not have documents responsive to this request within her possession, custody, or control.

30.     All contracts between you and any current or former joint account holder, including Gaia Gebbia.

RESPONSE: After a reasonable inquiry, Ms. Kroemmelbein does not have documents responsive to this request within her possession, custody, or control.

31.     All contracts between you and any of the following entities, or between you and any current or former owner, or current or former member, of the following entities:

a.     Alan Redmond Charitable Foundation
b.     ARC Realty, LLC
c.     Bene Market, LLC
d.     Benefits Now, LLC
e.     The Leads House, LLC
f.     National Brokers of America, Inc.
g.     NextGen Leads, LLC
h.     Phase I Technology, LLC
i.     Q H Quick Health
j.     The Redmond Group, LLC
k.     Redmond Group Investments, LLC
l.     Redmond Holdings, Inc.

WEIR LLP

Joel A. Ready, Esquire
October 3, 2025
Page 6

|  | m. | Redmond Holdings 2, Inc. |
|---|---|---|
|  | n. | Redmond Holdings, LLC |
|  | o. | Redmond Investments, LLC |
|  | p. | Redmond Marketing, LLC |
|  | q. | Saoirse, LLC |
|  | r. | Saoirse Enterprise, LLC |
|  | s. | Saoirse Holdings, Inc. |
|  | t. | Seguro Medico, LLC |
|  | u. | U.S. Consolidation |
|  | v. | U.S. Trifecta Limited Liability Company |

RESPONSE: After a reasonable inquiry, Ms. Kroemmelbein does not have documents responsive to this request within her possession, custody, or control.

32.    All federal income tax returns, with all schedules, filed for all business entities in which you currently or previously had a relationship of any kind, including (but not limited to) the following:

|  | a. | ABN Health |
|---|---|---|
|  | b. | ABN Network, LLC |
|  | c. | Alan Redmond Charitable Foundation |
|  | d. | ARC Realty, LLC |
|  | e. | ARC Realty 1, LLC |
|  | f. | Bene Market, LLC |
|  | g. | Benefits Now, LLC |
|  | h. | The Leads House, LLC |
|  | i. | National Brokers of America, Inc. |
|  | j. | NextGen Leads, LLC |
|  | k. | Phase 1 Technology, LLC |
|  | l. | Q H Quick Health |
|  | m. | The Redmond Group, LLC |
|  | n. | Redmon Group Investments, LLC |
|  | o. | Redmond Holdings, Inc. |
|  | p. | Redmond Holdings 2, Inc. |
|  | q. | Redmond Holdings, LLC |
|  | r. | Redmond Investments, LLC |
|  | s. | Redmond Marketing, LLC |
|  | t. | Saoirse, LLC |
|  | u. | Saoirse, LLP |
|  | v. | Saoirse Enterprise, LLC |
|  | w. | Saoirse Holdings, Inc. |
|  | x. | Seguro Medico, LLC |

WEIR LLP

Joel A. Ready, Esquire
October 3, 2025
Page 7

      y.      The Turner House of Reading, LLC
      z.      Two High Properties, LLC
      aa.     U.S. Consolidation
      bb.     U.S. Trifecta Limited Liability Company

RESPONSE:  After a reasonable inquiry, Ms. Kroemmelbein does not have documents responsive to this request within her possession, custody, or control.

33.     All contracts between you and each and every one of the following persons:

      a.      Teresa Ammon
      b.      Heather Briscoe
      c.      Lindsey K. Briscoe
      d.      Katherine Downing
      e.      Stephanie Miller
      f.      Gaia Gebbia
      g.      Seni Sok
      h.      Arthur W. Walsh, Jr.
      i.      Norman M. Valz

RESPONSE: After a reasonable inquiry, Ms. Kroemmelbein does not have documents responsive to this request within her possession, custody, or control.

34.     All contracts in your possession, or control, where any of the following persons are a party (even if you are not a party):

      a.      Teresa Ammon
      b.      Heather Briscoe
      c.      Lindsey K. Briscoe
      d.      Katherine Downing
      e.      Stephanie Miller
      f.      Gaia Gebbia
      g.      Seni Sok
      h.      Arthur W. Walsh, Jr.
      i.      Norman M. Valz

RESPONSE: After a reasonable inquiry, Ms. Kroemmelbein does not have documents responsive to this request within her possession, custody, or control.

35.     All contracts between you and NP, Inc. and with any owner or inside of NP, Inc.

RESPONSE: After a reasonable inquiry, Ms. Kroemmelbein does not have documents responsive to this request within her possession, custody, or control.

WEIR LLP

Joel A. Ready, Esquire
October 3, 2025
Page 8

36.     All applications for a mortgage, with all supporting documentation relating to personal wealth and ownership of assets, that you submitted to NP, Inc. or any of its managers, servicers, affiliates, or subsidiaries.

RESPONSE: After a reasonable inquiry, Ms. Kroemmelbein does not have documents responsive to this request within her possession, custody, or control.

37.     All contracts between you and each of your creditors

RESPONSE: After a reasonable inquiry, Ms. Kroemmelbein does not have documents responsive to this request within her possession, custody, or control.

38.     All applications for loans, with all supporting documentation relating to personal wealth and ownership of assets, that you submitted to World Business Lenders, LLC and its affiliates or subsidiaries, including WBL SPO I, LLC and WBL SPO II, LLC. I do not have those records available.

RESPONSE: After a reasonable inquiry, Ms. Kroemmelbein does not have documents responsive to this request within her possession, custody, or control.

39.     All trust agreements, or trust indentures, in which you are a trustee or a beneficiary.

RESPONSE: After a reasonable inquiry, Ms. Kroemmelbein does not have documents responsive to this request within her possession, custody, or control.

40.     All trust agreements, or trust indentures, in which any of your relatives are a trustee or a beneficiary.

RESPONSE: After a reasonable inquiry, Ms. Kroemmelbein does not have documents responsive to this request within her possession, custody, or control.

41.     All organizational documents, bylaws and operating agreements for any business entity (or nonprofit entity) in which you have an ownership interest, membership interest, managerial authority, or control, or which you filed with a government agency on behalf of another person.

RESPONSE:  After a reasonable inquiry, Ms. Kroemmelbein does not have documents responsive to this request within her possession, custody, or control.

42.     All written contracts in which you were a party in your personal capacity and which you signed at any time during the past 10 years, including bank service agreements, accounting services, employment contracts, promissory notes, mortgages, escrow, brokerage, personal

WEIR LLP

Joel A. Ready, Esquire
October 3, 2025
Page 9

guarantees, suretyship agreements, and attorney-client agreements

RESPONSE: To the extent any such documents exist, Ms. Kroemmelbein will produce them.

43.     Your written budget for personal and household expenses.

RESPONSE:  To the extent any such documents exist, Ms. Kroemmelbein will produce them.

44.     All Uniform Commercial Code filings, in any jurisdiction, which list you as a creditor or debtor.

RESPONSE: After a reasonable inquiry, Ms. Kroemmelbein does not have documents responsive to this request within her possession, custody, or control.

45.     Certificates of title in your name as to any motor vehicle, mobile home, aircraft, or watercraft.

RESPONSE: To the extent any such documents exist, Ms. Kroemmelbein will produce them.

46.     Documents evidencing your title in personal property acquired prior to your marriage to Alan Christopher Redmond and which is valued in excess of $1,000.00.

RESPONSE: To the extent any such documents exist, Ms. Kroemmelbein will produce them.

47.     All contracts between you and any of the following persons:

    a.     Rosewood Custom Cabinetry, LLC
    b.     Stone Arch Associates, LLC
    c.     Willow Tree Remodeling, LLC
    d.     Any creditor of each of the foregoing persons.

RESPONSE: After a reasonable inquiry, Ms. Kroemmelbein does not have documents responsive to this request within her possession, custody, or control.

The production of any documents containing personal identifiable information including, without limitation, Social Security numbers, driver's license numbers, passport numbers, dates of birth, financial account numbers, home addresses, and dependent/child names—will be designated Confidential and, where appropriate, Attorneys' Eyes Only. All such materials shall be used solely for this proceeding, stored securely, not disclosed to non-authorized persons, and returned or destroyed at the conclusion of the matter. We may redact personal identifiable information to last four digits (SSN/account numbers) and to month/year (DOB).  The parties

WEIR LLP

Joel A. Ready, Esquire
October 3, 2025
Page 10

agree that any disclosure of privileged or work-product material, whether inadvertent or otherwise, shall not constitute a waiver.  Upon written notice of a claw-back request, the recipient shall promptly sequester or destroy the specified material and any copies, pending resolution of any challenge.

    Please confirm your agreement to the terms in the immediately preceding paragraph.

    We anticipate being able to produce document within the next two weeks.

                              Sincerely yours,

                              Walter Weir, Jr.

WWJR/slm