**CERTIFICATE OF SERVICE**

I certify that on October 7, 2025, I served the foregoing Notice of Appeal, Emergency Motion for Stay Pending Appeal, and Proposed Order by electronic mail upon the following:

United States Trustee (Region 3 – Philadelphia)

USTPRegion03.PH.ECF@usdoj.gov

Joel A. Ready, Esq., Cornerstone Law

joel@cornerstonelaw.us

Walter W. Weir, Esq.

Anthony St. Joseph, Esq., U.S. Small Business Administration

anthony.stjoseph@usdoj.gov

William C. Rush, Esq.

wrush@rushlawberks.com

John Henry Schanne

John.Schane@usdoj.gov

/s/ Alan Christopher Redmond

Alan Christopher Redmond

2 High Road

Wyomissing, PA 19610

814-440-9068. alanredmond23@gmail.com