**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : Chapter |
| ALAN CHRISTOPHER REDMOND, | : |
| | : Case No. 24-13093 (PMM) |
| Debtor. | : |
| | : Hon. Patricia M. Mayer |
| | : |
| | : |

**[PROPOSED] ORDER GRANTING STAY PENDING APPEAL AND**

**TEMPORARY ADMINISTRATIVE STAY**

AND NOW, this __7th__ day of October, 2025, upon consideration of the Emergency Motion for

Stay Pending Appeal filed by Alan Christopher Redmond (pro se), it is ORDERED:

1. The Order entered September 23, 2025 (Doc. 448) converting this case from Chapter 11 to

   Chapter 7 is STAYED pending resolution of the appeal in the United States District Court

   for the Eastern District of Pennsylvania.

2. A temporary administrative stay is GRANTED effective immediately and shall remain in

   effect until the Court rules on the stay pending appeal.

3. The Chapter 7 Trustee shall take no actions that irreversibly dispose of estate assets,

   including sales, assignments, transfers, or contract rejections, absent further Order.

BY THE COURT:

_____

Honorable Patricia M. Mayer

United States Bankruptcy Judge