IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>ALAN CHRISTOPHER REDMOND | Bankruptcy No. 24-13093-PMM<br><br>Involuntary Chapter 11 |

## PRAECIPE FOR ENTRY OF APPEARANCE

TO: U.S. Bankruptcy Court Clerk

Kindly enter my appearance *pro se*, in the above case and I hereby designate the following address where all papers, process and notices may be served.

Alan C. Redmond
2 High Road
Wyomissing, PA 19610
alanredmond23@gmail.com

Respectfully submitted,

By:     **/s/ Alan C. Redmond**
         Alan C. Redmond
         2 High Road
         Wyomissing, PA 19610

Date: 10/27/2025