UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : Chapter 7 (converted from 11) |
| ALAN CHRISTOPHER REDMOND, | : |
| | : Case No. 24-13093 (PMM) |
| Debtor. | : |
| | : Hon. Patricia M. Mayer |
| | : |
| | : |

## NOTICE OF APPEAL (PRO SE)

Notice is hereby given that Alan Christopher Redmond, Debtor and Appellant pro se,

appeals to the United States District Court for the Eastern District of Pennsylvania from the

Order entered September 23, 2025 (Doc. No. 448) by the Honorable Patricia M. Mayer,

converting this case from Chapter 11 to Chapter 7.

Appellant elects review by the United States District Court.

**Dated: October 7, 2025**

/s/ Alan Christopher Redmond

2 High Road

Wyomissing, PA 19610

814-440-9068

AlanRedmond23@gmail.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| Alan Christopher Redmond | § § | Case No.  24-13093 (PMM) |
| Debtor. | § § § | The Honorable Patricia M. Mayer |

**ORDER CONVERTING CASE TO CHAPTER 7**

Upon the *Motion of the United States Trustee to Dismiss Debtor's Case or Convert to Chapter 7 Pursuant to 11 U.S.C. § 1112(b)* (the "Motion"), and the Court having considered the Motion, all related filings and the record as a whole, and this Court possessing jurisdiction over this matter and venue being proper, and notice of the Motion having been sufficient and no further notice is required, and upon the record herein, and after due deliberation thereon, and good and sufficient cause appearing therefore; it is hereby:

ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion is GRANTED.

2. The Debtor's chapter 11 bankruptcy case is hereby converted to a case under chapter 7 of the Bankruptcy Code.

3. Within thirty (30) days of the date of this Order, or on or before the meeting of creditors scheduled in the converted chapter 7 case, the Debtor shall file a schedule of current income, current expenditures, all monthly operating reports, and the statement of intentions, if applicable, required by 11 U.S.C. § 521.

4. The Debtor shall file all applicable statements, schedules, and reports in a timely manner pursuant to Fed. R. Bankr. P. 1019.

5.      The Debtor shall turn over to the chapter 7 trustee all records and property of the estate

under its custody and control, as required by Fed. R. Bankr. P. 1019(4)

6.      This Court shall retain jurisdiction to hear and determine all matters arising from or

related to the implementation and enforcement of this Order.


Dated: **September 23, 2025**

_Patricia M. Mayer_

_____
The Honorable Patricia M. Mayer
United States Bankruptcy Judge