*Form 256* (3/23)–doc 462 – 457

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Alan Christopher Redmond | ) | Case No. 24–13093–pmm |
| | ) | |
| | ) | |
|    Debtor(s). | ) | Chapter: 7 |
| | ) | |
| | ) | |

## Certificate of Service

The Clerk hereby certifies that a true and correct copy of the attached document Doc.# [457] Notice of Appeal as served on October 8, 2025 to the below parties by the method indicated:

| Party | Method of Service |
|---|---|
| Judge Patricia M. Mayer | Email |
| Office of the United States Trustee | CM/ECF |
| Case Trustee: LYNN E. FELDMAN | CM/ECF |
| U.S. District Court | Email |
| Debtor: Alan Christopher Redmond | Regular mail through the BNC |
| Other Parties: | Email or CM/ECF |

Joel A. Ready Esq Counsel for Cornerstone Law: Walter Weir Jr, Esq Counsel for S. Kroemmelbein: Anthony St. Joseph Esquire Counsel for U.S. Small Business Administration: William C. Rush Esq : Samantha Lieb U.S. Trustee: John Schanne U.S. Trustee

Date: October 8, 2025

For The Court

Mohung Wong
Clerk of Court