*Form PL239 (03/22)*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          )
   Alan Christopher Redmond                    )        Case No. 24−13093−pmm
                                                )
                                                )
   Debtor(s).                                 )        Chapter: 7
                                                )
                                                )        Civil Case Number.

### Transmission of Documents to the U.S. District Court

To Clerk of Court, U.S. District Court:

   We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

☑ Certificate of appeal from order entered September 23, 2025 and Dated September 23, 2025 by the Honorable Patricia M. Mayer

   Notice of appeal filing fee ☐ paid   ☑ not paid   *Emergency Motion to Stay Pending Appeal pending in U.S. BKY. Court.

☐ Designation of Record on Appeal Filed
☐ Designation of Record on Appeal Not Filed

☐ Supplemental certificate of appeal

☐ Motion for leave to appeal filed
☐ Answer to motion filed

☐ Proposed findings of fact and conclusions of law entered by the Honorable Patricia M. Mayer
☐ Report and recommendation entered by the Honorable Patricia M. Mayer
☐ Other

   Kindly acknowledge receipt on the copy of the letter provided.

Date: October 8, 2025                          For The Court

                                               Mohung Wong
                                               Clerk of Court

_____

Received Above material or record tile this day: _____
Civil Action No. _____          Signature: _____
Miscellaneous No._____          Date: _____
Assigned to Judge _____