**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 7** |
| **Alan Christopher Redmond,** | : | |
| **Debtor.** | : | **Case No. 24-13093 (PMM)** |

## ORDER

     **AND NOW,** upon consideration of the *pro se* Debtor's Emergency Motion To Stay Pending Appeal (doc. #459, the "Motion");

     AND the Motion seeking to maintain the *status quo* until the Debtor's appeal of the Order Converting this Case to Chapter 7 is determined, <u>see</u> doc. #'s 448, 457;

     BUT the movant having failed to demonstrate a likely success on the merits of the appeal;

     It is therefore hereby ORDERED that the Motion is **denied**.

Dated: 10/8/25

*Patricia M. Mayer*

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge