**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| In re: | : | INVOLUNTARY CHAPTER 11 |
|  | : |  |
| ALAN CHRISTOPHER REDMOND, | : |  |
|  | : | CASE NO. 24-13093 (PMM) |
| Debtor. | : |  |
|  | : |  |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

TO THE CLERK IN CHARGE OF BANKRUPTCY OPERATIONS:

Kindly enter the appearance of David V. Dzara, Esquire of Weir LLP as counsel of record for Nonparty Shannon Kroemmelbein, in the above-captioned bankruptcy case and enter same on the official mailing matrix.

Pursuant to Bankruptcy Rule 2002, please provide all notices given, or required to be given in this case, by the Court and/or any party to Weir LLP at the address set forth below.

This request for notice includes all notices, orders, applications, motions, complaints or other pleadings, whether formal or informal, written or oral, made by mail, courier service, hand delivery, telephone, email or fax.

WEIR LLP

By: */s/ David V. Dzara*
Walter Weir, Jr., Esquire
David V. Dzara, Esquire
1339 Chestnut Street, Suite 500
Philadelphia, PA 19107
P:  (215) 665-8181
F:  (215) 665-8464
wweir@weirlawllp.com
ddzara@weirlawllp.com
*Counsel to Nonparty Shannon Kroemmelbein*

Dated: October 9, 2025

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| In re: | : | INVOLUNTARY CHAPTER 11 |
|  | : |  |
| ALAN CHRISTOPHER REDMOND, | : |  |
|  | : | CASE NO. 24-13093 (PMM) |
| Debtor. | : |  |
|  | : |  |

**CERTIFICATE OF SERVICE**

I, David V. Dzara, Esq., hereby certify that on October 9, 2025, a true and correct copy of the foregoing Entry of Appearance and Request for Notice was served upon all parties registered via the Court's CM/ECF notification system.

WEIR LLP

*/s/ David V. Dzara*
David V. Dzara, Esquire