*Form PL239 (03/22)*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Alan Christopher Redmond )      Case No. 24−13093−pmm
)
)
   Debtor(s). )      Chapter: 7
)
)       Civil Case Number.

### Transmission of Documents to the U.S. District Court

To Clerk of Court, U.S. District Court:

    We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

☑ Certificate of appeal from order entered September 23, 2025 and Dated September 23, 2025 by the Honorable Patricia M. Mayer

    Notice of appeal filing fee ☐ paid    ☑ not paid    *Emergency Motion to Stay Pending Appeal pending in U.S. BKY. Court.

☐ Designation of Record on Appeal Filed
☐ Designation of Record on Appeal Not Filed

☐ Supplemental certificate of appeal

☐ Motion for leave to appeal filed
☐ Answer to motion filed

☐ Proposed findings of fact and conclusions of law entered by the Honorable Patricia M. Mayer
☐ Report and recommendation entered by the Honorable Patricia M. Mayer
☐ Other

    Kindly acknowledge receipt on the copy of the letter provided.

Date: October 8, 2025

              For The Court

              Mohung Wong
              Clerk of Court

---

Received Above material or record tile this day: 10/08/2025 _____   *Nicole Durso*
Civil Action No. 25cv4712 _____    Signature: _____
Miscellaneous No._____    Date: 10/09/2025 _____
Assigned to Judge Leeson _____