*Form PL239 (03/22)*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|   Alan Christopher Redmond | ) | Case No. 24−13093−pmm |
| | ) | |
| | ) | |
|     Debtor(s). | ) | Chapter: 7 |
| | ) | |
| | ) | Civil Case Number. |

### Amended Transmission of Documents to the U.S. District Court

To Clerk of Court, U.S. District Court:

We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

☑ Certificate of appeal from order entered September 23, 2025 and Dated September 23, 2025 by the Honorable Patricia M. Mayer

Notice of appeal filing fee ☑ paid        ☐ not paid

☐ Designation of Record on Appeal Filed
☐ Designation of Record on Appeal Not Filed

☐ Supplemental certificate of appeal

☐ Motion for leave to appeal filed
☐ Answer to motion filed

☐ Proposed findings of fact and conclusions of law entered by the Honorable Patricia M. Mayer
☐ Report and recommendation entered by the Honorable Patricia M. Mayer
☒ Other    See Order Denying Motion to Stay Pending Appeal.

Kindly acknowledge receipt on the copy of the letter provided.

Date: October 9, 2025

For The Court

Mohung Wong
Clerk of Court

---

Received Above material or record tile this day: _10/09/2025_____

Civil Action No. _25cv4712_____        Signature: *Nicole Durso*

Miscellaneous No._____        Date: _10/09/2025_____

Assigned to Judge ____Leeson_____