United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Alan Christopher Redmond

     Debtor

Case No. 24-13093-pmm

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Oct 08, 2025 | Form ID: 256 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Alan Christopher Redmond, 2 High Road, Wyomissing, PA 19610-2500 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: taxclaim@countyofberks.com | Oct 09 2025 00:16:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 09 2025 00:16:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2025        Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANTHONY ST. JOSEPH | on behalf of Plaintiff United States Small Business Administration Anthony.Stjoseph@usdoj.gov Mardella.Suarez@usdoj.gov,CaseView.ECF@usdoj.gov |
| ANTHONY ST. JOSEPH | on behalf of Creditor United States of America on behalf of SBA anthony.stjoseph@usdoj.gov |

District/off: 0313-4      User: admin      Page 2 of 3

Date Rcvd: Oct 08, 2025      Form ID: 256      Total Noticed: 3

Mardella.Suarez@usdoj.gov,CaseView.ECF@usdoj.gov

Albert Anthony Ciardi, III

on behalf of Defendant Alan Christopher Redmond aciardi@ciardilaw.com sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Albert Anthony Ciardi, III

on behalf of Ciardi Ciardi & Astin aciardi@ciardilaw.com sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

BRENDA SUE BISHOP

on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue bbishop@attorneygeneral.gov

BRUCE LEE CASTOR, JR.

on behalf of Stephanie Miller bcastor@mtvlaw.com

DANIEL MICHAEL PEREIRA

on behalf of Interested Party THE CORPORATION TRUST COMPANY dpereira@stradley.com

DANIEL P. JONES

on behalf of Creditor Athene Annuity and Life Company djones@sterneisenberg.com bkecf@sterneisenberg.com

FRED W. HOENSCH

on behalf of Creditor WBL SPO II LLC fhoensch@hinshawlaw.com, NYCDocket@hinshawlaw.com

FRED W. HOENSCH

on behalf of Creditor World Business Lenders LLC fhoensch@hinshawlaw.com, NYCDocket@hinshawlaw.com

FRED W. HOENSCH

on behalf of Creditor WBL SPO I LLC fhoensch@hinshawlaw.com, NYCDocket@hinshawlaw.com

JOEL A. READY

on behalf of Petitioning Creditor Cornerstone Law Firm LLC joel@cornerstonelaw.us, valeria@cornerstonelaw.us

JOEL A. READY

on behalf of Plaintiff Jason Scott Jordan joel@cornerstonelaw.us valeria@cornerstonelaw.us

JOEL A. READY

on behalf of Attorney Joel A. Ready joel@cornerstonelaw.us valeria@cornerstonelaw.us

JOEL A. READY

on behalf of Petitioning Creditor Ethan Shalter joel@cornerstonelaw.us valeria@cornerstonelaw.us

JOEL A. READY

on behalf of Petitioning Creditor Jason Scott Jordan joel@cornerstonelaw.us valeria@cornerstonelaw.us

JOHN HENRY SCHANNE

on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov

JOSEPH L QUINN

on behalf of Carolyn Redmond CourtNotices@rqplaw.com

JUSTIN BORON

on behalf of Creditor American Workers Insurance Services Inc. jboron@fmglaw.com, rmacdonald@fmglaw.com;jwoods@spencerfane.com;jtankersley@spencerfane.com

KEVIN P. CALLAHAN

on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

LYNN E. FELDMAN

trustee.feldman@rcn.com lfeldman@ecf.axosfs.com

MATTHEW GREGORY BRUSHWOOD

on behalf of C. Malcolm Smith III mbrushwood@barley.com, jrachor@barley.com;cbrelje@barley.com;tshober@barley.com;dkline@barley.com;ageoghegan@barley.com

NICOLE MARIE NIGRELLI

on behalf of Defendant Alan Christopher Redmond nnigrelli@ciardilaw.com sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

NORMAN M. VALZ

on behalf of Norman M. Valz nvalz@msn.com

NORMAN M. VALZ

on behalf of 3rd Pty Defendant Bene Market nvalz@msn.com

RACHEL WOLF

on behalf of U.S. Trustee United States Trustee rachel.wolf@usdoj.gov

SAMANTHA LIEB

on behalf of U.S. Trustee United States Trustee samantha.lieb2@usdoj.gov

STEVEN K. EISENBERG

on behalf of Creditor Athene Annuity and Life Company seisenberg@sterneisenberg.com bkecf@sterneisenberg.com

SUSANNA M. FULTZ

District/off: 0313-4                                    User: admin                                         Page 3 of 3
Date Rcvd: Oct 08, 2025                                 Form ID: 256                                     Total Noticed: 3

on behalf of C. Malcolm Smith  III sfultz@barley.com

SUSANNA M. FULTZ

on behalf of Accountant C. Malcom Smith Co. P.C. sfultz@barley.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

WALTER WEIR, JR.

on behalf of Shannon Kroemmelbein wweir@weirlawllp.com  smorris@weirlawllp.com

WILLIAM EDWARD CRAIG

on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com
mortoncraigecf@gmail.com;alapinski@egalawfirm.com

WILLIAM R.A. RUSH

on behalf of C. Malcolm Smith  III wrush@rushlawberks.com

WILLIAM R.A. RUSH

on behalf of Seguro Medico  LLC wrush@rushlawberks.com

WILLIAM R.A. RUSH

on behalf of Arthur W. Walsh  Jr. wrush@rushlawberks.com

WILLIAM R.A. RUSH

on behalf of Accountant C. Malcom Smith Co. P.C. wrush@rushlawberks.com

WILLIAM R.A. RUSH

on behalf of Shannon Kroemmelbein wrush@rushlawberks.com

WILLIAM R.A. RUSH

on behalf of Stephanie Miller wrush@rushlawberks.com


TOTAL: 39

*Form 256* (3/23)–doc 462 – 457

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|     Alan Christopher Redmond | ) | Case No. 24–13093–pmm |
| | ) | |
| | ) | |
|     Debtor(s). | ) | Chapter: 7 |
| | ) | |
| | ) | |

## Certificate of Service

    The Clerk hereby certifies that a true and correct copy of the attached document Doc.# [457] Notice of Appeal as served on October 8, 2025 to the below parties by the method indicated:

| Party | Method of Service |
|---|---|
| Judge Patricia M. Mayer | Email |
| Office of the United States Trustee | CM/ECF |
| Case Trustee: LYNN E. FELDMAN | CM/ECF |
| U.S. District Court | Email |
| Debtor: Alan Christopher Redmond | Regular mail through the BNC |
| Other Parties: | Email or CM/ECF |

Joel A. Ready Esq Counsel for Cornerstone Law: Walter Weir Jr, Esq
Counsel for S. Kroemmelbein: Anthony St. Joseph Esquire Counsel for
U.S. Small Business Administration: William C. Rush Esq : Samantha
Lieb U.S. Trustee: John Schanne U.S. Trustee

Date: October 8, 2025

For The Court

Mohung Wong
Clerk of Court