United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 24-13093-pmm

Alan Christopher Redmond                                                  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 08, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2025:**

**Recip ID**                    **Recipient Name and Address**
db                    +  Alan Christopher Redmond, 2 High Road, Wyomissing, PA 19610-2500

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2025                          Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2025 at the address(es) listed below:**

**Name**                    **Email Address**

ANTHONY ST. JOSEPH
    on behalf of Plaintiff United States Small Business Administration Anthony.Stjoseph@usdoj.gov Mardella.Suarez@usdoj.gov,CaseView.ECF@usdoj.gov

ANTHONY ST. JOSEPH
    on behalf of Creditor United States of America on behalf of SBA anthony.stjoseph@usdoj.gov Mardella.Suarez@usdoj.gov,CaseView.ECF@usdoj.gov

Albert Anthony Ciardi, III
    on behalf of Defendant Alan Christopher Redmond aciardi@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Albert Anthony Ciardi, III
    on behalf of Ciardi Ciardi & Astin aciardi@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

BRENDA SUE BISHOP
    on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue bbishop@attorneygeneral.gov

District/off: 0313-4        User: admin        Page 2 of 3

Date Rcvd: Oct 08, 2025        Form ID: pdf900        Total Noticed: 1

BRUCE LEE CASTOR, JR.
on behalf of Stephanie Miller bcastor@mtvlaw.com

DANIEL MICHAEL PEREIRA
on behalf of Interested Party THE CORPORATION TRUST COMPANY dpereira@stradley.com

DANIEL P. JONES
on behalf of Creditor Athene Annuity and Life Company djones@sterneisenberg.com bkecf@sterneisenberg.com

FRED W. HOENSCH
on behalf of Creditor WBL SPO II LLC fhoensch@hinshawlaw.com, NYCDocket@hinshawlaw.com

FRED W. HOENSCH
on behalf of Creditor World Business Lenders LLC fhoensch@hinshawlaw.com, NYCDocket@hinshawlaw.com

FRED W. HOENSCH
on behalf of Creditor WBL SPO I LLC fhoensch@hinshawlaw.com, NYCDocket@hinshawlaw.com

JOEL A. READY
on behalf of Petitioning Creditor Cornerstone Law Firm LLC joel@cornerstonelaw.us, valeria@cornerstonelaw.us

JOEL A. READY
on behalf of Plaintiff Jason Scott Jordan joel@cornerstonelaw.us valeria@cornerstonelaw.us

JOEL A. READY
on behalf of Attorney Joel A. Ready joel@cornerstonelaw.us valeria@cornerstonelaw.us

JOEL A. READY
on behalf of Petitioning Creditor Ethan Shalter joel@cornerstonelaw.us valeria@cornerstonelaw.us

JOEL A. READY
on behalf of Petitioning Creditor Jason Scott Jordan joel@cornerstonelaw.us valeria@cornerstonelaw.us

JOHN HENRY SCHANNE
on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov

JOSEPH L QUINN
on behalf of Carolyn Redmond CourtNotices@rqplaw.com

JUSTIN BORON
on behalf of Creditor American Workers Insurance Services Inc. jboron@fmglaw.com, rmacdonald@fmglaw.com;jwoods@spencerfane.com;jtankersley@spencerfane.com

KEVIN P. CALLAHAN
on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

LYNN E. FELDMAN
trustee.feldman@rcn.com lfeldman@ecf.axosfs.com

MATTHEW GREGORY BRUSHWOOD
on behalf of C. Malcolm Smith III mbrushwood@barley.com, jrachor@barley.com;cbrelje@barley.com;tshober@barley.com;dkline@barley.com;ageoghegan@barley.com

NICOLE MARIE NIGRELLI
on behalf of Defendant Alan Christopher Redmond nnigrelli@ciardilaw.com sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

NORMAN M. VALZ
on behalf of 3rd Pty Defendant Bene Market nvalz@msn.com

NORMAN M. VALZ
on behalf of Norman M. Valz nvalz@msn.com

RACHEL WOLF
on behalf of U.S. Trustee United States Trustee rachel.wolf@usdoj.gov

SAMANTHA LIEB
on behalf of U.S. Trustee United States Trustee samantha.lieb2@usdoj.gov

STEVEN K. EISENBERG
on behalf of Creditor Athene Annuity and Life Company seisenberg@sterneisenberg.com bkecf@sterneisenberg.com

SUSANNA M. FULTZ
on behalf of Accountant C. Malcom Smith Co. P.C. sfultz@barley.com

SUSANNA M. FULTZ
on behalf of C. Malcolm Smith III sfultz@barley.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WALTER WEIR, JR.
on behalf of Shannon Kroemmelbein wweir@weirlawllp.com smorris@weirlawllp.com

District/off: 0313-4 · User: admin · Page 3 of 3
Date Rcvd: Oct 08, 2025 · Form ID: pdf900 · Total Noticed: 1

WILLIAM EDWARD CRAIG
on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com
mortoncraigecf@gmail.com;alapinski@egalawfirm.com

WILLIAM R.A. RUSH
on behalf of C. Malcolm Smith III wrush@rushlawberks.com

WILLIAM R.A. RUSH
on behalf of Seguro Medico LLC wrush@rushlawberks.com

WILLIAM R.A. RUSH
on behalf of Stephanie Miller wrush@rushlawberks.com

WILLIAM R.A. RUSH
on behalf of Arthur W. Walsh Jr. wrush@rushlawberks.com

WILLIAM R.A. RUSH
on behalf of Accountant C. Malcom Smith Co. P.C. wrush@rushlawberks.com

WILLIAM R.A. RUSH
on behalf of Shannon Kroemmelbein wrush@rushlawberks.com


TOTAL: 39

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                    :    **Chapter 7**

**Alan Christopher Redmond,**              :

              Debtor.                      :    **Case No. 24-13093 (PMM)**

_____

### ORDER

AND NOW, upon consideration of the *pro se* Debtor's Emergency Motion To Stay

Pending Appeal (doc. #459, the "Motion");

AND the Motion seeking to maintain the *status quo* until the Debtor's appeal of the

Order Converting this Case to Chapter 7 is determined, see doc. #'s 448, 457;

BUT the movant having failed to demonstrate a likely success on the merits of the

appeal;

It is therefore hereby ORDERED that the Motion is **denied**.


Dated: 10/8/25

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge