**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| In re: | : | INVOLUNTARY CHAPTER 11 |
|  | : |  |
| ALAN CHRISTOPHER REDMOND, | : |  |
|  | : | CASE NO. 24-13093 (PMM) |
| Debtor. | : |  |
|  | : |  |

## ORDER

**AND NOW,** on this <u>21st</u> day of <u>October</u>, 2025, upon

consideration of the Motion to Vacate Sanctions and Discovery Orders submitted by Shannon

Kroemmelbein, and any opposition thereto, the Motion is **GRANTED**, and the Orders of February

24, 2025 (ECF No. 289) and April 22, 2025 (ECF No. 352) as to Shannon Kroemmelbein are

hereby **VACATED**.

A separate Order to Show Cause shall be entered to consider the imposition of
sanctions on Attorney William Rush for contempt of the Court's Orders dated 2/24/25 and 4/22/25 .

BY THE COURT:

_Patricia M. Mayer_

Hon. Patricia M. Mayer
United States Bankruptcy Judge