**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: ALAN CHRISTOPHER REDMOND     :

    :   **Bankruptcy no. 24-13093**

    :

    :   **Involuntary Chapter 11**

    :

## ORDER

AND NOW, this 21st day of October, 2025, it is hereby ORDERED and

DECREED as follows:

1. Sanctions imposed upon petitioner, Stephanie Miller, by Order dated April 22, 2025, shall

   terminate effective July 9, 2025, as she is in compliance with the Rule 2004 examination

   order.

2. The sanctions that accrued against Stephanie Miller from April 22, 2025 until July 9, 2025

   (57 business days at $500/day) are hereby remitted and set at $0.00.

3. A separate Order to Show Cause shall be scheduled to consider the imposition of

   sanctions against Attorney William Rush with respect to the April 22, 2025 Order.

**BY THE COURT:**

*Patricia M. Mayer*

_____

                                       **J.**