*Form PL239 (03/22)*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              )
    Alan Christopher Redmond                    )              Case No. 24−13093−pmm
                                               )
                                               )
    Debtor(s).                                 )              Chapter: 7
                                               )
                                               )              Civil Case Number.

### Amended Transmission of Documents to the U.S. District Court

To Clerk of Court, U.S. District Court:

We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

☑ Certificate of appeal from order entered September 23, 2025 and Dated September 23, 2025 by the Honorable Patricia M. Mayer

Notice of appeal filing fee ☑ paid     ☐ not paid

☐ Designation of Record on Appeal Filed
☐ Designation of Record on Appeal Not Filed

☐ Supplemental certificate of appeal

☐ Motion for leave to appeal filed
☐ Answer to motion filed

☐ Proposed findings of fact and conclusions of law entered by the Honorable Patricia M. Mayer
☐ Report and recommendation entered by the Honorable Patricia M. Mayer
☒ Other     See Order Denying Motion to Stay Pending Appeal.

Kindly acknowledge receipt on the copy of the letter provided.

Date: October 9, 2025                               For The Court

                                               Mohung Wong
                                               Clerk of Court

_____

Received Above material or record tile this day: October 9, 2025
Civil     Action     No.     5:25-cv-5957          Signature: /s/ *Steve Tomas*
Miscellaneous     No._____            Date: 10-9-25
Assigned to Judge Joseph F. Leeson, Jr.