**IN THE UNITED STATES BANRKUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| Alan Christopher Redmond, | § | Case No. 24-13093 (PMM) |
| | § | |
| Debtor. | § | The Honorable Patricia M. Mayer |

**UNITED STATES TRUSTEE'S MOTION TO STAY DEADLINES TO
DESIGNATE ADDITIONAL ITEMS FOR RECORD ON APPEAL AND ORDER
TRANSCRIPTS, AND TO STAY TRANSMISSION OF THE RECORD ON APPEAL**

Andrew R. Vara, the United States Trustee for Region 3 ("United States Trustee"), under

Fed. R. Bankr. P. 9013, and under all other applicable statutes and rules, files this *Motion to Stay*

*Deadlines to Designate Additional Items for Record on Appeal and Order Transcripts, and to Stay*

*Transmission of the Record on Appeal* ("Motion") and in support states as follows:

1.      At the end of the day on September 30, 2025, the appropriations act that had been

funding the Department of Justice expired and appropriations to the Department lapsed.   The

Department does not know when funding will be restored by Congress.

2.      Absent an appropriation or continuing resolution, Department of Justice attorneys

and employees, including the United States Trustee and his staff, are prohibited from working,

even on a voluntary basis, except in very limited circumstances, including "emergencies involving

the safety of human life or the protection of property."  31 U.S.C. § 1342.

3.      Undersigned counsel for the Department of Justice, through the United States

Trustee, therefore requests, in connection with the appeal captioned *Redmond v. Jordan*, et. al.,

Case No. 5:25-cv-05957-JFL, now pending in the United States District Court for the Eastern

District of Pennsylvania (the "Appeal"), a stay of:  (i) his deadline under Fed. R. Bankr. P.

8009(a)(2) to file and serve on the appellant a designation of additional items to be included in the

1

record on appeal, (ii) his deadline under Fed. R. Bankr. P. 8009(b)(3) to order a transcript of any additional parts of the proceeding he considers necessary for the appeal, and (iii) transmission of the record on appeal by the clerk to the United States District Court for the Eastern District of Pennsylvania, until Congress has restored appropriations to the Department.

4.      If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department, including the United States Trustee Program.  The United States Trustee requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations – i.e., each deadline would be extended by the total number of days of the lapse in appropriations.

5.      Counsel for the United States Trustee contacted: (i) Mr. Redmond (the appellant), and (ii) counsel for Jason Scott Jordan, Cornerstone Law Firm, LLC, and Ethan Shalter (the other appellees) on October 21 and 22, 2025, respectively, seeking those parties' position on this Motion. All parties have authorized counsel for the United States Trustee to state that they have no objection to this Motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the United States Trustee hereby moves for a stay of:  (i) his deadline under Fed. R. Bankr. P. 8009(a)(2) to file and serve on the appellant a designation of additional items to be included in the record on appeal, (ii) his deadline under Fed. R. Bankr. P. 8009(b)(3) to order a transcript of any additional parts of the proceeding he considers necessary for the appeal, and (iii) transmission of the record on appeal by the clerk to the District Court for the Eastern District of Pennsylvania, until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Respectfully submitted,

ANDREW R. VARA
United States Trustee for Region 3

October 22, 2025

By: *Malcolm M. Bates*
      MALCOLM M. BATES
      Trial Attorney

RAMONA D. ELLIOTT
Deputy Director/General Counsel
BETH A. LEVENE
Associate General Counsel (Detail)
ANDREW W. BEYER
Trial Attorney

Department of Justice
Executive Office for
 United States Trustees
441 G Street, NW, Suite 6150
Washington, DC 20530
Tel.: (202) 307-1399
andrew.w.beyer@usdoj.gov

ANDREW R. VARA
United States Trustee for Region 3
FREDERIC J. BAKER
Assistant United States Trustee
MALCOLM M. BATES
Trial Attorney

Department of Justice
Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA  19107
Tel: (215) 597-4411
malcolm.m.bates@usdoj.gov

3

**CERTIFICATION OF COUNSEL**
**PURSUANT TO E.D. PA. L.B.R. 8013-1(c)**

I certify that on October 21, 2025, I emailed the Appellant, Alan C. Redmond, requesting his consent to stay the Appeal until Congress has restored appropriations to the Department of Justice.

I further certify that Mr. Redmond responded with an email on October 21, 2025 stating that he consented to the requested stay.

I further certify that on October 22, 2025, I emailed Joel A. Ready, counsel for Appellees Jason Scott Jordan, Cornerstone Law Firm, LLC, and Ethan Shalter, requesting the Appellees' consent to stay the Appeal until Congress has restored appropriations to the Department of Justice.

I further certify that Appellees, through their counsel, responded with an email on October 22, 2025 stating that the Appellees had no objection to the requested stay.

Dated: October 22, 2025

By:   *Malcolm M. Bates*
MALCOLM M. BATES
Trial Attorney

## CERTIFICATE OF SERVICE

I certify that on October 22, 2025, I caused the foregoing Motion to be served via the CM/ECF Electronic Filing system on all parties and on the following parties via the indicated method:

| | |
|---|---|
| Alan Christopher Redmond<br>2 High Road<br>Wyomissing, PA 19610<br>(Appellant *pro se*)<br>*via U.S. Mail, postage prepaid* | Joel A. Ready<br>Cornerstone Law Firm LLC<br>8500 Allentown Pike, Suite 3<br>Blandon, PA 19510<br>Joel@cornerstonelaw.us<br>(Counsel for Appellees Jason Scott Jordan, Cornerstone Law Firm, LLC, and Ethan Shalter)<br>*via U.S. Mail, postage prepaid* |

*Malcolm M. Bates*
MALCOLM M. BATES
Trial Attorney