*Form PL239 (03/22)*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Alan Christopher Redmond | ) | Case No. 24–13093–pmm |
| | ) | |
| | ) | |
| Debtor(s). | ) | Chapter: 7 |
| | ) | |
| | ) | Civil Case Number. 25–5957 |

## Transmission of Documents to the U.S. District Court

To Clerk of Court, U.S. District Court:

We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

☐ Certificate of appeal from order entered by the Honorable Patricia M. Mayer

Notice of appeal filing fee ☐ paid ☐ not paid

☐ Designation of Record on Appeal Filed
☐ Designation of Record on Appeal Not Filed

☐ Supplemental certificate of appeal

☐ Motion for leave to appeal filed
☐ Answer to motion filed

☐ Proposed findings of fact and conclusions of law entered by the Honorable Patricia M. Mayer
☐ Report and recommendation entered by the Honorable Patricia M. Mayer
☑ Other U.S. Trustee Motion to Stay Deadline to Designate Additional Items on Record of Appea

Kindly acknowledge receipt on the copy of the letter provided.

Date: October 24, 2025

For The Court

Mohung Wong
Clerk of Court

_____

Received Above material or record tile this day: _____
Civil Action No. _____                     Signature: _____
Miscellaneous No._____                    Date: _____
Assigned to Judge _____