*Form PL239 (03/22)*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Alan Christopher Redmond | ) | Case No. 24–13093–pmm |
| | ) | |
| | ) | |
|    Debtor(s). | ) | Chapter: 7 |
| | ) | |
| | ) | Civil Case Number. 25–5957 |

### Transmission of Documents to the U.S. District Court

To Clerk of Court, U.S. District Court:

   We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

☐ Certificate of appeal from order entered by the Honorable Patricia M. Mayer

Notice of appeal filing fee ☐ paid ☐ not paid

☐ Designation of Record on Appeal Filed
☐ Designation of Record on Appeal Not Filed

☐ Supplemental certificate of appeal

☐ Motion for leave to appeal filed
☐ Answer to motion filed

☐ Proposed findings of fact and conclusions of law entered by the Honorable Patricia M. Mayer
☐ Report and recommendation entered by the Honorable Patricia M. Mayer
☑ Other U.S. Trustee Motion to Stay Deadline to Designate Additional Items on Record of Appea

   Kindly acknowledge receipt on the copy of the letter provided.

Date: October 24, 2025

For The Court

Mohung Wong
Clerk of Court

_____

Received Above material or record tile this day: October 24, 2025
Civil Action No. 5:25-cv-5957          Signature: /s/ *Steve Tomas*
  Miscellaneous    No._____         Date: 10/24/25
Assigned to Judge Joseph F. Leeson, Jr.