**IN THE UNITED STATES BANRKUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | § § § | Chapter 7 |
| Alan Christopher Redmond, | § § | Case No. 24-13093 (PMM) |
| Debtor. | § § | The Honorable Patricia M. Mayer |

**ORDER GRANTING UNITED STATES TRUSTEE'S MOTION**
**TO STAY DEADLINES TO DESIGNATE ADDITIONAL ITEMS**
**FOR RECORD ON APPEAL AND ORDER TRANSCRIPTS,**
**AND TO STAY TRANSMISSION OF THE RECORD ON APPEAL**

Upon the *United States Trustee's Motion to Stay Deadlines to Designate Additional Items for Record on Appeal and Order Transcripts, and to Stay Transmission of the Record on Appeal* [D.I. 484] (the "Motion")[1]; and the Court having considered the Motion, all related filings and the record as a whole; and this Court possessing jurisdiction over this matter and venue being proper; and notice of the Motion having been sufficient and no further notice being required; and the Court noting the consent of the other parties in the Appeal to the relief requested in the Motion; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby:

ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion is GRANTED as set forth herein.

2. Until funding is restored to the United States Department of Justice, and Department attorneys are permitted to resume their usual civil litigation functions, the following

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

matters in the above-captioned case are hereby stayed: (i) the deadline, under Fed. R. Bankr. P. 8002(a)(2), for the United States Trustee to file and serve on the appellant a designation of additional items to be included in the record on appeal; (ii) the deadline, under Fed. R. Bankr. P. 8009(b)(3), for the United States Trustee to order a transcript of any additional parts of the proceeding he considers necessary for the Appeal; and (iii) the transmission of the record on appeal by the clerk to the United States District Court for the Eastern District of Pennsylvania.

3.      Following restoration by Congress of funding to the Department, including the United States Trustee Program, counsel for the United States Trustee is directed to file a notice on the docket of same within a reasonable period of time. The notice shall include the total number of days in duration of the lapse in appropriations to the Department. All current deadlines in the above-captioned case as of the date of this Order related to the Appeal shall be extended commensurate with the duration of the lapse in appropriations as reflected in the notice.

4.      The Court shall retain jurisdiction over all matters arising from or related to the interpretation or implementation of this Order.

Dated: _____

_____
The Honorable Patricia M. Mayer
United States Bankruptcy Judge