*Form PL239 (03/22)*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    )
    Alan Christopher Redmond                  )          Case No. 24–13093–pmm
                                             )
                                             )
    Debtor(s).                               )          Chapter: 7
                                             )
                                             )          Civil Case Number. 25–5957

## Transmission of Documents to the U.S. District Court

To Clerk of Court, U.S. District Court:

We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

☐ Certificate of appeal from order entered by the Honorable Patricia M. Mayer

Notice of appeal filing fee ☐ paid          ☐ not paid

☐ Designation of Record on Appeal Filed
☐ Designation of Record on Appeal Not Filed

☐ Supplemental certificate of appeal

☐ Motion for leave to appeal filed
☐ Answer to motion filed

☐ Proposed findings of fact and conclusions of law entered by the Honorable Patricia M. Mayer
☐ Report and recommendation entered by the Honorable Patricia M. Mayer
☑ Other Order Granting U.S. Trustee Motion to Stay Deadlines to Designate Items

Kindly acknowledge receipt on the copy of the letter provided.

Date: October 28, 2025                          For The Court

                                                   Mohung Wong
                                                   Clerk of Court

_____

Received Above material or record tile this day: _____
Civil Action No. _____          Signature: _____
Miscellaneous No._____          Date: _____
Assigned to Judge _____

**NoAutoDisch, RELIEF_ENTERED, 727OBJ, APPEAL, CONVERTED**

# U.S. Bankruptcy Court
## Eastern District of Pennsylvania (Reading)
### Bankruptcy Petition #: 24−13093−pmm

|  |  |
|---|---|
| *Assigned to:* Judge Patricia M. Mayer | *Date filed:* 09/03/2024 |
| Chapter 7 | *Date converted:* 09/23/2025 |
| Previous chapter 11 | *341 meeting:* 10/29/2025 |
| Original chapter 11 | *Deadline for filing claims (govt.):* 03/03/2025 |
| Involuntary | *Deadline for objecting to discharge:* 12/29/2025 |
| No asset | *Deadline for financial mgmt. course:* 12/29/2025 |

| | |
|---|---|
| *Debtor*<br>**Alan Christopher Redmond**<br>2 High Road<br>Wyomissing, PA 19610<br>BERKS−PA | represented by **Alan Christopher Redmond**<br>PRO SE<br><br>**Albert Anthony Ciardi, III**<br>Ciardi Ciardi & Astin<br>1905 Spruce Street<br>Philadelphia, PA 19103<br>215−557−3550<br>Fax : 215−557−3551<br>Email: aciardi@ciardilaw.com<br>*TERMINATED: 07/15/2025*<br><br>**NICOLE MARIE NIGRELLI**<br>(See above for address)<br>*TERMINATED: 07/15/2025*<br><br>**DANIEL S. SIEDMAN**<br>(See above for address)<br>*TERMINATED: 07/15/2025* |
| *Petitioning Creditor*<br>**Jason Scott Jordan**<br>10802 Northwest 56th Ct<br>Coral Springs, FL 33046 | represented by **JOEL A. READY**<br>Cornerstone Law Firm, LLC<br>8500 Allentown Pike<br>Suite 3<br>Blandon, PA 19510<br>610−926−7875<br>Email: joel@cornerstonelaw.us |
| *Petitioning Creditor*<br>**Cornerstone Law Firm, LLC**<br>8500 Allentown Pike, Ste 3<br>Blandon, PA 19510 | represented by **JOEL A. READY**<br>(See above for address) |
| *Petitioning Creditor*<br>**Ethan Shalter**<br>1360 Philip Ave<br>Birdsboro, PA 19508 | represented by **JOEL A. READY**<br>(See above for address) |
| *Trustee*<br>**LYNN E. FELDMAN**<br>Lynn E. Feldman, Trustee | |

1

2310 Walbert Ave
Ste 103
Allentown, PA 18104
610–530–9285

*U.S. Trustee*
**United States Trustee**
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
(215)597–4411

represented by **MALCOLM M. BATES**
DOJ–Ust
844 King Street
Suite 2207
Wilmington, DE 19801
302–573–6491
Fax : 302–573–6497
Email: mbates@duanemorris.com

**KEVIN P. CALLAHAN**
DOJ–Ust
Robert N.C. Nix Federal Building
900 Market Street
Ste. 320
Philadelphia, PA 19107
215–597–4411
Email: kevin.p.callahan@usdoj.gov

**SAMANTHA LIEB**
DOJ–Ust
One Newark Center
Suite 2100
Newark, NJ 07102
202–604–2499
Email: samantha.lieb2@usdoj.gov

**JOHN HENRY SCHANNE**
DOJ–Ust
Office of The United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
202–934–4154
Email: John.Schanne@usdoj.gov

**RACHEL WOLF**
DOJ–Ust
One Newark Center
Ste 2100
Newark, NJ 07102
973–645–3014
Email: rachel.wolf@usdoj.gov

*3rd Pty Defendant*
**Bene Market**
c/o Norman Valz
441 Irvington Road
Drexel Hill, PA 19026
215–756–2424

represented by **NORMAN M. VALZ**
Norman M. Valz & Associates, P.C.
441 Irvington Road
Drexel Hill, PA 19026
215–756–2424
Fax : 215–827–5758
Email: nvalz@msn.com

| Filing Date | # | | Docket Text |
|---|---|---|---|
| 10/27/2025 | | 491 | Order Granting Motion To Stay (Related Doc # 484) (AC) (Entered: 10/27/2025) |

2

**IN THE UNITED STATES BANRKUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| In re: | § | Chapter 7 |
|  | § |  |
| Alan Christopher Redmond, | § | Case No. 24-13093 (PMM) |
|  | § |  |
| Debtor. | § | The Honorable Patricia M. Mayer |

**ORDER GRANTING UNITED STATES TRUSTEE'S MOTION
TO STAY DEADLINES TO DESIGNATE ADDITIONAL ITEMS
FOR RECORD ON APPEAL AND ORDER TRANSCRIPTS,
AND TO STAY TRANSMISSION OF THE RECORD ON APPEAL**

Upon the *United States Trustee's Motion to Stay Deadlines to Designate Additional Items for Record on Appeal and Order Transcripts, and to Stay Transmission of the Record on Appeal* [D.I. 484] (the "Motion")[1]; and the Court having considered the Motion, all related filings and the record as a whole; and this Court possessing jurisdiction over this matter and venue being proper; and notice of the Motion having been sufficient and no further notice being required; and the Court noting the consent of the other parties in the Appeal to the relief requested in the Motion; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby:

ORDERED, ADJUDGED AND DECREED THAT:

1.      The Motion is GRANTED as set forth herein.

2.      Until funding is restored to the United States Department of Justice, and Department attorneys are permitted to resume their usual civil litigation functions, the following

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

3

matters in the above-captioned case are hereby stayed: (i) the deadline, under Fed. R. Bankr. P. 8002(a)(2), for the United States Trustee to file and serve on the appellant a designation of additional items to be included in the record on appeal; (ii) the deadline, under Fed. R. Bankr. P. 8009(b)(3), for the United States Trustee to order a transcript of any additional parts of the proceeding he considers necessary for the Appeal; and (iii) the transmission of the record on appeal by the clerk to the United States District Court for the Eastern District of Pennsylvania.

3.      Following restoration by Congress of funding to the Department, including the United States Trustee Program, counsel for the United States Trustee is directed to file a notice on the docket of same within a reasonable period of time. The notice shall include the total number of days in duration of the lapse in appropriations to the Department. All current deadlines in the above-captioned case as of the date of this Order related to the Appeal shall be extended commensurate with the duration of the lapse in appropriations as reflected in the notice.

4.      The Court shall retain jurisdiction over all matters arising from or related to the interpretation or implementation of this Order.

Dated: __**October 27, 2025**__

_Patricia M. Mayer_
_____
The Honorable Patricia M. Mayer
United States Bankruptcy Judge

2