United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                          Case No. 24-13093-pmm

Alan Christopher Redmond                                                         Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 27, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2025:**

**Recip ID            Recipient Name and Address**
db                + Alan Christopher Redmond, 2 High Road, Wyomissing, PA 19610-2500

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2025                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANTHONY ST. JOSEPH | on behalf of Plaintiff United States Small Business Administration Anthony.Stjoseph@usdoj.gov Mardella.Suarez@usdoj.gov,CaseView.ECF@usdoj.gov |
| ANTHONY ST. JOSEPH | on behalf of Creditor United States of America on behalf of SBA anthony.stjoseph@usdoj.gov Mardella.Suarez@usdoj.gov,CaseView.ECF@usdoj.gov |
| Albert Anthony Ciardi, III | on behalf of Defendant Alan Christopher Redmond aciardi@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Albert Anthony Ciardi, III | on behalf of Ciardi Ciardi & Astin aciardi@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| BRENDA SUE BISHOP | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue bbishop@attorneygeneral.gov |

District/off: 0313-4    User: admin    Page 2 of 3

Date Rcvd: Oct 27, 2025    Form ID: pdf900    Total Noticed: 1

BRUCE LEE CASTOR, JR.
on behalf of Stephanie Miller bcastor@mtvlaw.com

DANIEL MICHAEL PEREIRA
on behalf of Interested Party THE CORPORATION TRUST COMPANY dpereira@stradley.com

DANIEL P. JONES
on behalf of Creditor Athene Annuity and Life Company djones@sterneisenberg.com  bkecf@sterneisenberg.com

DAVID V. DZARA
on behalf of Shannon Kroemmelbein ddzara@weirlawllp.com  lobrien@weirpartners.com

FRED W. HOENSCH
on behalf of Creditor WBL SPO II  LLC fhoensch@hinshawlaw.com, NYCDocket@hinshawlaw.com

FRED W. HOENSCH
on behalf of Creditor World Business Lenders  LLC fhoensch@hinshawlaw.com, NYCDocket@hinshawlaw.com

FRED W. HOENSCH
on behalf of Creditor WBL SPO I  LLC fhoensch@hinshawlaw.com, NYCDocket@hinshawlaw.com

JOEL A. READY
on behalf of Petitioning Creditor Cornerstone Law Firm  LLC joel@cornerstonelaw.us, valeria@cornerstonelaw.us

JOEL A. READY
on behalf of Plaintiff Jason Scott Jordan joel@cornerstonelaw.us  valeria@cornerstonelaw.us

JOEL A. READY
on behalf of Attorney Joel A. Ready joel@cornerstonelaw.us  valeria@cornerstonelaw.us

JOEL A. READY
on behalf of Petitioning Creditor Ethan Shalter joel@cornerstonelaw.us  valeria@cornerstonelaw.us

JOEL A. READY
on behalf of Petitioning Creditor Jason Scott Jordan joel@cornerstonelaw.us  valeria@cornerstonelaw.us

JOHN HENRY SCHANNE
on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov

JOSEPH L QUINN
on behalf of Carolyn Redmond CourtNotices@rqplaw.com

JUSTIN BORON
on behalf of Creditor American Workers Insurance Services  Inc. jboron@fmglaw.com,
rmacdonald@fmglaw.com;jwoods@spencerfane.com;jtankersley@spencerfane.com

KEVIN P. CALLAHAN
on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

LYNN E. FELDMAN
trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com

MALCOLM M. BATES
on behalf of U.S. Trustee United States Trustee mbates@duanemorris.com

MATTHEW GREGORY BRUSHWOOD
on behalf of C. Malcolm Smith  III mbrushwood@barley.com,
jrachor@barley.com;cbrelje@barley.com;tshober@barley.com;dkline@barley.com;ageoghegan@barley.com

NICOLE MARIE NIGRELLI
on behalf of Defendant Alan Christopher Redmond nnigrelli@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

NORMAN M. VALZ
on behalf of 3rd Pty Defendant Bene Market nvalz@msn.com

NORMAN M. VALZ
on behalf of Norman M. Valz nvalz@msn.com

RACHEL WOLF
on behalf of U.S. Trustee United States Trustee rachel.wolf@usdoj.gov

SAMANTHA LIEB
on behalf of U.S. Trustee United States Trustee samantha.lieb2@usdoj.gov

STEVEN K. EISENBERG
on behalf of Creditor Athene Annuity and Life Company seisenberg@sterneisenberg.com  bkecf@sterneisenberg.com

SUSANNA M. FULTZ
on behalf of Accountant C. Malcom Smith Co. P.C. sfultz@barley.com

SUSANNA M. FULTZ
on behalf of C. Malcolm Smith  III sfultz@barley.com

District/off: 0313-4

User: admin

Page 3 of 3

Date Rcvd: Oct 27, 2025

Form ID: pdf900

Total Noticed: 1

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

WALTER WEIR, JR.

on behalf of Shannon Kroemmelbein wweir@weirlawllp.com  smorris@weirlawllp.com

WILLIAM EDWARD CRAIG

on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com
mortoncraigecf@gmail.com;alapinski@egalawfirm.com

WILLIAM R.A. RUSH

on behalf of C. Malcolm Smith  III wrush@rushlawberks.com

WILLIAM R.A. RUSH

on behalf of Seguro Medico  LLC wrush@rushlawberks.com

WILLIAM R.A. RUSH

on behalf of Stephanie Miller wrush@rushlawberks.com

WILLIAM R.A. RUSH

on behalf of Arthur W. Walsh  Jr. wrush@rushlawberks.com

WILLIAM R.A. RUSH

on behalf of Accountant C. Malcom Smith Co. P.C. wrush@rushlawberks.com

WILLIAM R.A. RUSH

on behalf of Shannon Kroemmelbein wrush@rushlawberks.com


TOTAL: 41

**IN THE UNITED STATES BANRKUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| Alan Christopher Redmond, | § | Case No. 24-13093 (PMM) |
| | § | |
| Debtor. | § | The Honorable Patricia M. Mayer |

**ORDER GRANTING UNITED STATES TRUSTEE'S MOTION
TO STAY DEADLINES TO DESIGNATE ADDITIONAL ITEMS
FOR RECORD ON APPEAL AND ORDER TRANSCRIPTS,
<u>AND TO STAY TRANSMISSION OF THE RECORD ON APPEAL</u>**

Upon the *United States Trustee's Motion to Stay Deadlines to Designate Additional Items for Record on Appeal and Order Transcripts, and to Stay Transmission of the Record on Appeal* [D.I. 484] (the "<u>Motion</u>")[1]; and the Court having considered the Motion, all related filings and the record as a whole; and this Court possessing jurisdiction over this matter and venue being proper; and notice of the Motion having been sufficient and no further notice being required; and the Court noting the consent of the other parties in the Appeal to the relief requested in the Motion; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby:

ORDERED, ADJUDGED AND DECREED THAT:

1.      The Motion is GRANTED as set forth herein.

2.      Until funding is restored to the United States Department of Justice, and Department attorneys are permitted to resume their usual civil litigation functions, the following

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

matters in the above-captioned case are hereby stayed: (i) the deadline, under Fed. R. Bankr. P. 8002(a)(2), for the United States Trustee to file and serve on the appellant a designation of additional items to be included in the record on appeal; (ii) the deadline, under Fed. R. Bankr. P. 8009(b)(3), for the United States Trustee to order a transcript of any additional parts of the proceeding he considers necessary for the Appeal; and (iii) the transmission of the record on appeal by the clerk to the United States District Court for the Eastern District of Pennsylvania.

3.      Following restoration by Congress of funding to the Department, including the United States Trustee Program, counsel for the United States Trustee is directed to file a notice on the docket of same within a reasonable period of time. The notice shall include the total number of days in duration of the lapse in appropriations to the Department. All current deadlines in the above-captioned case as of the date of this Order related to the Appeal shall be extended commensurate with the duration of the lapse in appropriations as reflected in the notice.

4.      The Court shall retain jurisdiction over all matters arising from or related to the interpretation or implementation of this Order.

Dated: **October 27, 2025**

_Patricia M. Mayer_
The Honorable Patricia M. Mayer
United States Bankruptcy Judge

2