**IN THE UNITED STATES BANRKUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| | § | |
| In re: | § | Chapter 7 |
| | § | |
| Alan Christopher Redmond, | § | Case No. 24-13093 (PMM) |
| | § | |
| Debtor. | § | The Honorable Patricia M. Mayer |

**UNITED STATES TRUSTEE'S NOTICE OF RESTORATION OF FUNDING
TO THE DEPARTMENT OF JUSTICE AND END OF GOVERNMENT SHUTDOWN**

**PLEASE TAKE NOTICE** that, on October 22, 2025, Andrew R. Vara, the United States Trustee for Region 3 (the "U.S. Trustee"), filed his *Motion to Stay Deadlines to Designate Additional Items for Record on Appeal and Order Transcripts, and to Stay Transmission of the Record on Appeal* [D.I. 484] (the "Stay Motion");

**PLEASE TAKE FURTHER NOTICE** that, by and through the Stay Motion, and as described in more detail therein, the U.S. Trustee sought a stay of certain appellate deadlines in connection with the appeal captioned *Redmond v. Jordan*, et. al., Case No. 5:25-cv-05957-JFL now pending in the United States District Court for the Eastern District of Pennsylvania (the "Appeal") until Congress restored funding to the Department of Justice and Department attorneys were permitted to resume their usual civil litigation functions;

**PLEASE TAKE FURTHER NOTICE** that, on October 27, 2025, this Court entered its *Order Granting United States Trustee's Motion to Stay Deadlines to Designate Additional Items for Record on Appeal and Order Transcripts, and to Stay Transmission of the Record on Appeal* [D.I. 491] (the "Stay Order") granting the Stay Motion and staying certain appellate deadlines as described in more detail therein;

**PLEASE TAKE FURTHER NOTICE** that the Order provides in relevant part as follows:

1

> Following restoration by Congress of funding to the Department, including the United States Trustee Program, counsel for the United States Trustee is directed to file a notice on the docket of same within a reasonable period of time. The notice shall include the total number of days in duration of the lapse in appropriations to the Department. All current deadlines in the above-captioned case as of the date of this Order related to the Appeal shall be extended commensurate with the duration of the lapse in appropriations as reflected in the notice.

*Id.* at ¶ 3;

**PLEASE TAKE FURTHER NOTICE** that, on November 12, 2025, the President of the United States signed into law the *Continuing Appropriations, Agriculture, Legislative Branch, Military Construction and Veterans Affairs, and Extensions Act, 2026*, H.R. 5371, 119th Cong. (2025) (the "Act"), which, among other things, restores funding to the Department of Justice through January 30, 2026;

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Paragraph 3 of the Order, the U.S. Trustee hereby notifies the Court that (a) funding has been restored to the Department pursuant to and in accordance with the Act, and (b) the lapse in appropriations to the Department lasted for 43 days.

[*Remainder of Page Intentionally Left Blank*]

Respectfully submitted,

ANDREW R. VARA
United States Trustee for Region 3

November 13, 2025

By: *Malcolm M. Bates*
　　　MALCOLM M. BATES
　　　Trial Attorney

RAMONA D. ELLIOTT                    ANDREW R. VARA
Deputy Director/General Counsel      United States Trustee for Region 3
BETH A. LEVENE                       FREDERIC J. BAKER
Associate General Counsel (Detail)   Assistant United States Trustee
ANDREW W. BEYER                      MALCOLM M. BATES
Trial Attorney                       Trial Attorney

Department of Justice                Department of Justice
Executive Office for                 Office of the United States Trustee
 United States Trustees              Robert N.C. Nix Federal Building
441 G Street, NW, Suite 6150         900 Market Street, Suite 320
Washington, DC 20530                 Philadelphia, PA  19107
Tel.:  (202) 307-1399                Tel:  (215) 597-4411
andrew.w.beyer@usdoj.gov             malcolm.m.bates@usdoj.gov

3

## <u>CERTIFICATE OF SERVICE</u>

I certify that on November 13, 2025, I caused the foregoing Notice to be served via the

CM/ECF Electronic Filing system on all parties and on the following parties via the indicated

method:

| | |
|---|---|
| Alan Christopher Redmond<br>2 High Road<br>Wyomissing, PA 19610<br>(Appellant *pro se*)<br>*via email* | Joel A. Ready<br>Cornerstone Law Firm LLC<br>8500 Allentown Pike, Suite 3<br>Blandon, PA 19510<br>Joel@cornerstonelaw.us<br>(Counsel for Appellees Jason Scott Jordan, Cornerstone Law Firm, LLC, and Ethan Shalter)<br>*via email* |

*Malcolm M. Bates*
MALCOLM M. BATES
Trial Attorney