*Form PL239 (03/22)*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                                )
   Alan Christopher Redmond                        )       Case No. 24–13093–pmm
                                          )
                                          )
   Debtor(s).                                               )       Chapter: 7
                                          )
                                          )       Civil Case Number. 25–5957

## <u>Transmission of Documents to the U.S. District Court</u>

To Clerk of Court, U.S. District Court:

     We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

☐  Certificate of appeal from order entered by the Honorable Patricia M. Mayer

Notice of appeal filing fee ☐ paid          ☐ not paid

☐  Designation of Record on Appeal Filed
☑  Designation of Record on Appeal Not Filed

☐  Supplemental certificate of appeal

☐  Motion for leave to appeal filed
☐  Answer to motion filed

☐  Proposed findings of fact and conclusions of law entered by the Honorable Patricia M. Mayer
☐  Report and recommendation entered by the Honorable Patricia M. Mayer
☑  Other Status Report

     Kindly acknowledge receipt on the copy of the letter provided.

Date: November 19, 2025                                    For The Court

                                                      Mohung Wong
                                                      Clerk of Court

_____

Received Above material or record tile this day: _____
Civil Action No. _____                    Signature: _____
Miscellaneous No._____                    Date: _____
Assigned to Judge _____