*Form PL239 (03/22)*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Alan Christopher Redmond | ) | Case No. 24–13093–pmm |
| | ) | |
| | ) | |
| Debtor(s). | ) | Chapter: 7 |
| | ) | |
| | ) | Civil Case Number. 25–5957 |

## Transmission of Documents to the U.S. District Court

To Clerk of Court, U.S. District Court:

We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

☐ Certificate of appeal from order entered by the Honorable Patricia M. Mayer

Notice of appeal filing fee ☐ paid        ☐ not paid

☐ Designation of Record on Appeal Filed
☑ Designation of Record on Appeal Not Filed

☐ Supplemental certificate of appeal

☐ Motion for leave to appeal filed
☐ Answer to motion filed

☐ Proposed findings of fact and conclusions of law entered by the Honorable Patricia M. Mayer
☐ Report and recommendation entered by the Honorable Patricia M. Mayer
☑ Other Status Report

Kindly acknowledge receipt on the copy of the letter provided.

Date: November 19, 2025                                 For The Court

                                                        Mohung Wong
                                                        Clerk of Court

---

Received Above material or record tile this day: November 19, 2025
Civil Action No. _25-cv-5957                    Signature: _/s/ *Steve Tomas*
  Miscellaneous    No._____          Date: 11/19/25
Assigned to Judge Joseph F. Leeson, Jr.