IN THE UNITED STATES BANKRUPTCY COURT **FILED**
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>ALAN CHRISTOPHER REDMOND | 2025 DEC -8 PH 4: 23<br><br>Bankruptcy No. 24-13093-PMM<br>U.S. BANKRUPTCY COURT<br><br>Involuntary Chapter 11 |

## PRAECIPE FOR ENTRY OF APPEARANCE

TO: U.S. Bankruptcy Court Clerk

     Kindly enter my appearance for William R.A. Rush, Esq., in the above case and I hereby designate the following address where all papers, process and notices may be served.

Matthew Kopecki, Esquire
1118 Penn Ave.
Reading, PA 19610
Matt@bentley-law.com

Respectfully submitted,

**BENTLEY, KOPECKI, SMITH, P.C.**

Date: 12/08/2025

By:   **/s/ Matthew Kopecki**
Matthew Kopecki, Esquire
Attorney I.D. No. 209446
1118 Penn Ave.
Reading, PA 19610