FILED

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br>ALAN CHRISTOPHER REDMOND | Bankruptcy No. 24-13093-PMM<br><br>Involuntary Chapter 11 |
|---|---|

## PETITION/APPLICATION FOR CONTINUANCE OF
## RULE RETURNABLE HEARING

AND NOW COMES, William R.A. Rush, Esq., by and through his counsel, Bentley,

Kopecki, Smith, P.C., and hereby moves This Honorable Court for a continuance of the Rule

Returnable Hearing Scheduled for Tuesday, December 9, 2025, and in support thereof avers as

follows:

1.  Mr. Rush has retained this office to represent him in this Honorable Court's Rule to Show

Cause hearing.

2.  This office was only retained after numerous efforts by Mr. Rush to retain bankruptcy and

ethics counsel. Such efforts failed before Mr. Rush contacted our firm.

3.  There is good cause for This Honorable Court to permit a continuance in this matter.

4.  This office is unavailable on December 9, 2025 due to prior court obligations and due to

personal matters.

5.  Further, this office wishes to retain the services of Brenna H. Mendelsohn, Esq. as a

consultant for the intricacies of bankruptcy rules as they may apply to this matter. Attorney

Mendelsohn is not available to serve as such on December 9, 2025.

6.  Further, Mr. Rush has provided numerous documents in response to this Honorable

Court's rule for the undersigned to review. This office requires time to not only go through the

documentation, but also requires time to subpoena witnesses and documents, as well as obtain transcripts and take the time to review the same.

7. The seriousness of the allegations against Mr. Rush require a thorough examination and collection of evidence, as well as a careful presentation to This Honorable Court.

8. There is no prejudice to This Honorable Court, no prejudice to any Parties, and no prejudice to the bankruptcy action itself.

9. There is substantial prejudice to Mr. Rush if he is forced to represent himself at this hearing without the evidence and preparation necessary for such a proceeding.

10. Further, there may be prejudice to Ms. Miller and Ms. Kroemmelbein if the materials are not carefully reviewed to eliminate any unnecessary disclosure of attorney-client privileged material, particularly where the accusations of Ms. Miller and Ms. Kroemmelbein, by their nature, represent a waiver of Attorney-Client privilege.

11. The undersigned has unavoidable conflict on the date scheduled for the hearing.

12. Critical evidence and testimony is required in order to proceed with the hearing and to address the serious allegations in This Honorable Court's Rule.

13. Additionally, considering the breadth of This Honorable Court's Rule, expert testimony may be required.

14. Mr. Rush's numerous attempts to obtain counsel in this matter, as well as his consultation with numerous attorneys before retaining this office and the need for significant evidence and testimony, as well as the undersigned's unavailability at the hearing, represent exceptional and emergent circumstances for which Mr. Rush will be significantly prejudiced if the request is denied.

15. Mr. Rush will not have counsel present if this Motion/Application is denied, despite his numerous efforts to retain the same.

16. Additionally, one of the undersigned's family members is experiencing and acute medical emergency, Counsel is working on setting up hospice care, however, this has not yet been confirmed, as such, Counsel is required to attend to said family member on a daily basis to assure his comfort and safety.

WHEREFORE, the undersigned respectfully requests that This Honorable Court continue the Show Cause hearing for a period of ninety (90) days.

Respectfully submitted,

BENTLEY, KOPECKI, SMITH, P.C.

By: _____

Date: 12/08/2025

Matthew Kopecki, Esquire
Attorney I.D. No. 209446
1118 Penn Ave.
Reading, PA 19610