## IN THE UNITED STATES BANKRUPTCY COURT   FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Alan Christopher Redmond                    Chapter 7

      Debtor(s)                                 Bankruptcy No.  24-13093-PMM

## NOTICE OF DEFICIENCY

PLEASE TAKE NOTE:

The above referenced Debtor has failed to appear at three (3) scheduled §341 Meeting of Creditors on 10/19/25, 12/17/25, and 1/28/26.

DATED this 29th day of January, 2026.

ANDREW R. VARA
 United States Trustee for Regions 3 and 9


By: */s/ Maria Borgesi*
   Maria Borgesi
   Paralegal