## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re: Alan Christopher Redmond**                     **Chapter 7**

     **Debtor(s)**                                    **Bankruptcy No.  24-13093-PMM**

### O R D E R

AND NOW, this ____ day of _____, 2026, the Court having conducted a hearing with respect to its previous Order to Show Cause Why Case Should Not Be Dismissed in the above-captioned Chapter 7 case, it is hereby

ORDERED that the Debtor is directed to appear and provide testimony at the rescheduled Section 341(a) Meeting of Creditors before the **Chapter 7 trustee Lynn Feldman on _____, 2026 at _____ a.m. by Zoom.us - Feldman: Meeting ID 338 913 1039, Passcode 3443449121, Phone 1 (267) 635-2246.**  Counsel for the debtor(s) shall provide notice of this rescheduled Meeting of Creditors to all creditors and parties in interest.  This will be the final rescheduling of the Meeting of Creditors; and it is further

ORDERED that a continued hearing on the Court's Order to Show Cause shall be held on _____**, 2026 at 11:00 a.m.**, United States Bankruptcy Court, 4th floor Courtroom, 201 Penn Street, Reading, Pennsylvania 19601 for the purpose of determining whether the debtor complied with the terms of this Order and whether the Court should dismiss the case.

And it is further ORDERED (nunc pro tunc, if applicable) that the time period under Bankruptcy Rules 4004(a) and 4007(b) and (c) to object to discharge and the time period under Bankruptcy Rule 1017(e) to move for dismissal (or conversion) is hereby extended to 60 days after the date on which the meeting of creditors is actually conducted (or upon the filing and service of interrogatory responses or the conclusion of any dispute over interrogatory responses).

 

                                      _____
                                        HONORABLE PATRICIA M. MAYER
                                        United States Bankruptcy Judge

cc:    Counsel for debtor(s)
        Debtor(s)
        Chapter 7 trustee
        United States Trustee