## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  **Alan Christopher Redmond,**       :       **Chapter 7**

                                                    :

                                                    :       **Case No. 24-13093 (PMM)**

                                                    :

**Debtor.**                                         :

### ORDER TO SHOW CAUSE

**AND NOW,** this bankruptcy case having been converted on September 23, 2025;

AND the Debtor having failed to appear at three (3) scheduled §341 meetings, see doc. no. 508;

It is hereby **ORDERED**, that the Debtor **SHALL APPEAR** for a hearing on **Tuesday, February 24, 2026 at 11:00 a.m. in the United States Bankruptcy Court, Gateway Building, Fourth Floor Courtroom, 201 Penn St., Reading, Pennsylvania, 19601** and show cause why this case should not be dismissed for failure to appear at any of the §341 meetings.

Failure to appear for the hearing may result in **dismissal** of this case without further notice or hearing.

**Date:  1/30/26**

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

Copy to:

Alan Christopher Redmond
2005 Regency Drive
Wyomissing, PA 19610