UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :          Chapter 11
                                                :
ALAN CHRISTOPHER REDMOND,                       :          No. 24-13093
            Debtor                              :

**ENTRY OF APPEARANCE AND REQUEST
FOR SERVICE OF PAPERS, RECEIPT OF
NOTICES, AND INCLUSION ON NOTICE LIST**

TO THE CLERK OF THE BANKRUPTCY COURT:

PLEASE TAKE NOTICE that the undersigned law firm is counsel for a party in interest in the above-captioned case, and, pursuant to Bankruptcy Rules 2002 and 9007, our client respectfully requests that all notices given or required to be given in this case and in any adversary proceedings by the Court, the Debtors, any Creditors' Committee, any Trustee, the United States Trustee, any Trustee subsequently appointed, and/or any other party in interest in this case be given to our client and the undersigned counsel at the addresses and to the persons, telephone numbers and telecopier set forth below. This request includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statement of affairs, operating reports, plans of reorganization, and disclosure statements, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, delivery service, telephone, telegraph, telex, telecopier, or otherwise:

C. Malcolm Smith Co., P.C.                      Attorney and Address
C. Malcolm Smith, III                           Kevin A. Moore, Esquire
3020 Penn Avenue                                Barley Snyder, LLP
West Lawn, PA  19609                            2755 Century Boulevard
                                                Wyomissing, PA 19610
                                                Telephone No: (610) 372-3500
                                                Email Address: kmoore@barley.com

PLEASE TAKE FURTHER NOTICE that client intends that neither this notice of appearance nor any later appearance, pleading, claim or suit shall waive (i) client's rights to have orders in non-core matters entered only after de novo review by a District Judge, (ii) client's right

11383340.1

to trial by jury in any proceeding so triable in this case or any other cases, controversies or proceedings related to this case, (iii) client's right to have the District Court withdraw the reference in any matter subject to mandatory or discretional withdrawal, (iv) client's right to have the Bankruptcy Court and the District Court abstain in any matter subject to mandatory or discretionary abstention or (v) any other rights, claims, actions, defenses, set-offs or recoupments to which client is or may be entitled under agreements or in law or in equity, all of which rights, claims, actions, defenses, set-offs and recoupments client expressly reserves.

DATED: February 17, 2026

By: */s/ Kevin A. Moore* _____
Kevin A. Moore, Esquire
Attorney I.D. #75068
Barley Snyder LLP
2755 Century Boulevard
Wyomissing, PA 19610
(610) 372-3500

I hereby certify that copies of this Entry of Appearance were served February 17, 2026 by ECF notice (electronically) upon:

**Debtor's Attorney**
Albert Anthony Ciardi, III, Esquire
Nicole Marie Nigrelli, Esquire
Daniel S. Siedman, Esquire
Ciardi Ciardi & Astin
1905 Spruce Street
Philadelphia, PA 19103

David P. Heim, Esquire
Bochetto & Lentz, P.C.
1524 Locust Street
Philadelphia, PA 19102

**U.S. Trustee**
Office of United States Trustee
Kevin P. Callahan, Esquire
John Henry Schanne, Esquire
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Petitioning Creditors**, Cornerstone Law Firm, LLC, Ethan Shalter, and Jason Scott Jordan, upon Joel A. Ready, Esquire at joel@cornerstonelaw.us, valeria@cornerstonelaw.us

**Third Party Defendant**, Bene Market, upon Norman M. Valz, Esquire at nvalz@msn.com

11383340.1

We hereby certify that copies of this Entry of Appearance were served by U.S. First Class Mail, postage prepaid, upon the following entities on the date hereof:

**<u>Debtor</u>**
Alan Christopher Redmond
2005 Regency Drive
Wyomissing, PA 19610

11383340.1