# EXHIBIT A

{01286051 }

**From:** William Rush [mailto:wrush@rushlawberks.com]
**Sent:** 03/04/2025 10:12 AM
**To:** Malcolm Smith <cmsmith@cmscpa.com>
**Subject:** Re: What is this?

Nothing for you to concern yourself with. The long answer supports that short answer.

**Very Truly Yours,**

**William Rush, Esq.**
 **PA - NY - NJ - DC**

**RUSH LAW GROUP, LLC**
**38 North Sixth Street, PO Box 758**
**Reading, PA 19603-0758**
**P. 610-413-5337**
**F. 610-927-6219**

This e-mail and any files transmitted with it are confidential attorney-client communication or may otherwise be privileged or confidential and are intended solely for the individual or entity to whom they are addressed. If you are not the intended recipient, please do not read, copy, or retransmit this communication but destroy it immediately. Any unauthorized dissemination, distribution, or copying of this communication is strictly prohibited.

Should this email contain statements made in compromise negotiations relating to litigation or potential litigation, or statements that could be interpreted as being made in said course, it is the intent of the drafter that said statements were made with the intention of falling under the protections of Pa.R.E. 408 and F.R.E. 408.

**From:** Malcolm Smith <cmsmith@cmscpa.com>
**Sent:** Friday, February 28, 2025 3:00 PM
**To:** William Rush <wrush@rushlawberks.com>
**Subject:** What is this?

Hi Bill,

What is this?  What must I do?

Thank you
Malcolm

**C. Malcolm Smith, III, CPA, CITP**
**Partner**

1

**C. Malcolm Smith & Company, P.C.**
**3020 Penn Avenue**
**West Lawn, PA 19609**
610-375-6330 Phone
610-375-6367 Fax
www.cmscpa.com
NOTICE OF CONFIDENTIALITY AND PRIVILEGED INFORMATION This e-mail contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the individual(s) named above. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone at (610) 375-6330 or by reply e-mail. You should then destroy any hard or electronic copies which remain in your possession. Thank you.