# EXHIBIT B

{01286051 }

**From:** William Rush [mailto:wrush@rushlawberks.com]
**Sent:** 05/03/2025 11:11 AM
**To:** Malcolm Smith <cmsmith@cmscpa.com>
**Subject:** Re: Subpoena to appear May 7th

Initially, the judge did quash it. She changed her mind and re-ordered them. Then, she removed me as an attorney from the case for reasons I am unclear of, although in your case and Stephanie Miller's case it appears I was removed because you already had counsel entered on your respective behalves.

So the examinations are to happen and the documents are to be produced, but I will get them delayed for you.

**Very Truly Yours,**


**William Rush, Esq.**
**PA - NY - NJ - DC**

**RUSH LAW GROUP, LLC**
**38 North Sixth Street, PO Box 758**
**Reading, PA 19603-0758**
**P. 610-413-5337**
**F. 610-927-6219**

This e-mail and any files transmitted with it are confidential attorney-client communication or may otherwise be privileged or confidential and are intended solely for the individual or entity to whom they are addressed. If you are not the intended recipient, please do not read, copy, or retransmit this communication but destroy it immediately. Any unauthorized dissemination, distribution, or copying of this communication is strictly prohibited.

Should this email contain statements made in compromise negotiations relating to litigation or potential litigation, or statements that could be interpreted as being made in said course, it is the intent of the drafter that said statements were made with the intention of falling under the protections of Pa.R.E. 408 and F.R.E. 408.

---

**From:** Malcolm Smith <cmsmith@cmscpa.com>
**Sent:** Friday, May 2, 2025 3:04 PM
**To:** William Rush <wrush@rushlawberks.com>
**Subject:** RE: Subpoena to appear May 7th

May 15 . But why are we doing this? I thought this was squashed?

**From:** William Rush [mailto:wrush@rushlawberks.com]
**Sent:** 05/02/2025 2:02 PM
**To:** Malcolm Smith <cmsmith@cmscpa.com>
**Subject:** Re: Subpoena to appear May 7th

I'll get it moved. When do you return?

Get Outlook for iOS

**From:** Malcolm Smith <cmsmith@cmscpa.com>
**Sent:** Friday, May 2, 2025 12:52:52 PM
**To:** William Rush <wrush@rushlawberks.com>
**Subject:** Subpoena to appear May 7th

Bill,

Today, I received a Subpoena to appear on May 7th . I will be in Florida on 5/7.
I need to hear from you on this today please.

Thank you
Malcolm

**C. Malcolm Smith, III, CPA, CITP**
**Partner**
**C. Malcolm Smith & Company, P.C.**
**3020 Penn Avenue**
**West Lawn, PA 19609**
610-375-6330 Phone
610-375-6367 Fax
www.cmscpa.com
NOTICE OF CONFIDENTIALITY AND PRIVILEGED INFORMATION This e-mail contains
PRIVILEGED and CONFIDENTIAL information intended only for the use of the individual(s)
named above. If you are not the intended recipient of this e-mail, or the employee or agent
responsible for delivering it to the intended recipient, you are hereby notified that any
dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in
error, please immediately notify us by telephone at (610) 375-6330 or by reply e-mail. You
should then destroy any hard or electronic copies which remain in your possession. Thank you.

Malcolm

**From:** Copier@cmscpa.com [mailto:Copier@cmscpa.com]
**Sent:** 05/02/2025 12:49 PM

2

**To:** Malcolm Smith <cmsmith@cmscpa.com>
**Subject:** Message from KM_C360i

INFORMATION CONTAINED IN THIS EMAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS EMAIL, DO NOT READ, DISTRIBUTE OR REPRODUCE THIS TRANSMISSION (INCLUDING ANY ATTACHMENTS). IF YOU HAVE RECEIVED THIS EMAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE OR EMAIL REPLY.

INFORMATION CONTAINED IN THIS EMAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS EMAIL, DO NOT READ, DISTRIBUTE OR REPRODUCE THIS TRANSMISSION (INCLUDING ANY ATTACHMENTS). IF YOU HAVE RECEIVED THIS EMAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE OR EMAIL REPLY.

INFORMATION CONTAINED IN THIS EMAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS EMAIL, DO NOT READ, DISTRIBUTE OR REPRODUCE THIS TRANSMISSION (INCLUDING ANY ATTACHMENTS). IF YOU HAVE RECEIVED THIS EMAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE OR EMAIL REPLY.