IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN
DISTRICT OF PENNSYLVANIA

**IN RE: ALAN CHRISTOPHER REDMOND**     :

                                    :     Bankruptcy no. 24-13093

                                      :

                                      :     Involuntary Chapter 11

                                      :

                                      :

<u>CERTIFICATE OF SERVICE</u>

I, Kevin A. Moore, Esquire, do hereby certify that a true and correct copy of the Defendant's Motion to Lift Sanctions has been served upon the following persons in accordance with the Pennsylvania Rules of Civil Procedure:

JOEL A. READY
    Cornerstone Law Firm, LLC
    8500 Allentown Pike
    Suite 3
    Blandon, PA 19510
    610-926-7875
    joel@cornerstonelaw.us

WILLIAM R.A. RUSH
    Rush Law Group
    38 N. 6th Street
    P.O. Box 0758
    Reading, PA 19601
    610 413 5337
    wrush@rushlawberks.com

JOHN HENRY SCHANNE
    DOJ-Ust
    Office of The United States Trustee
    Robert N.C. Nix Federal Building
    900 Market Street, Suite 320
    Philadelphia, PA 19107
    202-934-4154
    John.Schanne@usdoj.gov

13588911.1

BARLEY SNYDER, LLP

Dated: February 17, 2026      By: */s/ Kevin A. Moore* _____

Kevin A. Moore, Esquire
Attorney I.D. No. 75068
2755 Century Blvd
Wyomissing, PA 19610
610-370-8110
kmoore@barley.com
*Attorneys for C. Malcolm Smith III & C. Malcolm Smith Company, P.C.*

13588911.1