IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA


**IN RE: ALAN CHRISTOPHER REDMOND**          :

                                             :          Bankruptcy no. 24-13093

                                             :

                                             :          Involuntary Chapter 11

                                             :

                                             :
**NOTICE OF MOTION, RESPONSE DEADLINE
AND IN-PERSON HEARING DATE**


**PETITIONER C. MALCOLM SMITH III and C. MALCOLM SMITH & COMPANY,
P.C.'S**  have filed a Motion To Lift Sanctions And Requesting Relief From Back Sanctions.


1. **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney).**

2. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the Motion, then on or before **March 13, 2026 you or your attorney must file a response to the Motion**.  (*see Instructions on next page*).

3. **A hearing on the Motion** is scheduled to be held on **March 24, 2026 at 11:00AM** before the **Honorable *Patricia M. Mayer* at the United States Bankruptcy Court, 201 Penn Street,  Suite 103, Reading, PA  19601.**  Unless the court orders otherwise, the hearing on this contested matter will be an **evidentiary hearing**.  Requests for participation other than in person must be made pursuant to Local Bankruptcy Rule 9076-1.

4. **If you do not file a response to the Motion,** the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office for Philadelphia cases at (215) 408-2800 and for Reading cases at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response.

6. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.


13934315.1

**Filing Instructions**

7.   If you are required to file documents electronically by Local Bankruptcy Rule 5005-2, you must file your response electronically.

8.   If you are not required to file electronically, you must file your response at:

United States Bankruptcy Court
Eastern District of Pennsylvania
201 Penn Street, Suite 103
Reading, PA  19601

9.   If you mail your response to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

10.   On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the Movant's attorney:

Kevin A. Moore, Esquire
Barley Snyder
Attorney I.D. No. 75068
2755 Century Blvd
Wyomissing, PA 19610
610-370-8110
Facsimile:  (610) 372-8671
kmoore@barley.com

Date: February 20, 2026

13934315.1