# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE: ALAN CHRISTOPHER REDMOND**            :

:            Bankruptcy no. 24-13093

:            Involuntary Chapter 11

:

:

## CERTIFICATE OF SERVICE

I, Kevin A. Moore, Esquire, do hereby certify that a true and correct copy of NOTICE OF

MOTION, RESPONSE DEADLINE AND IN-PERSON HEARING DATE has been served

upon the following persons in accordance with the Pennsylvania Rules of Civil Procedure:

JOEL A. READY
Cornerstone Law Firm, LLC 8500 Allentown Pike
Suite 3
Blandon, PA 19510
610-926-7875
joel@cornerstonelaw.us

WILLIAM R.A. RUSH
Rush Law Group 38 N. 6th Street
P.O. Box 0758
Reading, PA 19601
610 413 5337
wrush@rushlawberks.com

JOHN HENRY SCHANNE
DOJ-Ust
Office of The United States Trustee Robert N.C. Nix Federal Building 900 Market Street, Suite 320
Philadelphia, PA 19107
202-934-4154
John.Schanne@usdoj.gov

13934315.1

BARLEY SNYDER, LLP


Dated: February 23, 2026                    By: */s/ Kevin A. Moore* _____
                                                 Kevin A. Moore, Esquire
                                                 Attorney I.D. No. 75068
                                                 2755 Century Blvd
                                                 Wyomissing, PA 19610
                                                 610-370-8110
                                                 kmoore@barley.com
                                                 *Attorneys for C. Malcolm Smith III & C.*
                                                 *Malcolm Smith Company, P.C.*

13934315.1