# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:
**ALAN CHRISTOPHER REDMOND,**
  Debtor.

Chapter 7
**Case No. 24-13093 (PMM)**
Hon. Patricia M. Mayer

## PROPOSED ORDER DISCHARGING ORDER TO SHOW CAUSE
## AND GRANTING RELATED RELIEF

AND NOW, this _____ day of _____, 2026, upon consideration of the Response of Alan Christopher Redmond, Debtor, to Order to Show Cause [Doc. 509], the Declaration of Shannon Kroemmelbein, the exhibits attached thereto, and the record as a whole, it is hereby **ORDERED** that:

1.    The Order to Show Cause entered January 30, 2026 [Doc. 509] is hereby **DISCHARGED.**

2.    This case shall **NOT** be dismissed.

3.    Trustee Lynn E. Feldman is directed to produce the complete Zoom attendance log for the October 29, 2025 and December 17, 2025 Section 341(a) Meetings of Creditors (Meeting ID 338 913 1039) within seven (7) days of the date of this Order.

4.    A rescheduled Section 341(a) Meeting of Creditors shall be conducted within thirty (30) days of the date of this Order, with notice to the Debtor by first-class mail at 2 High Road, Wyomissing, PA 19610.

5.    All deadlines under Rules 4004(a), 4007(b), 4007(c), and 1017(e) are extended to sixty (60) days following conclusion of the rescheduled Section 341(a) Meeting.

6.    The Court retains jurisdiction over all matters arising from or related to the interpretation or implementation of this Order.

_____
The Honorable Patricia M. Mayer
United States Bankruptcy Judge

Date: _____