## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  **Alan Christopher Redmond,**    :    **Chapter 7**

                                     :

                                     :    **Case No. 24-13093 (PMM)**

                                     :

     **Debtor.**    :

## ORDER

**AND NOW,** a hearing with regard to the Court's Order to Show Cause (doc. #509) having been held on February 24, 2026;

It is hereby **ORDERED**, that :

1) The Debtor **must appear** for his continued §341 meeting of creditors on **Monday, March 16, 2026 at 02:00 PM** at Zoom.us - Feldman: Meeting ID 338 913 1039, Passcode 3443449121; and

2) The Show Cause hearing is continued to **Tuesday, March 17, 2026 at 11:00 a.m.** in the United States Bankruptcy Court, Gateway Building, Fourth Floor Courtroom, 201 Penn St., Reading, Pennsylvania, 19601. The Debtor **shall appear** for the continued hearing.

Failure to comply with the terms of this Order may result in **dismissal** of this case without further notice or hearing.

**Date:  2/24/26**

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

Copy to:

Alan Christopher Redmond
2005 Regency Drive
Wyomissing, PA 19610