## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| : | |
| : | Case No. 25-5957 |
| IN RE: ALAN CHRISTOPHER : | |
| REDMOND : | Bankruptcy No. 24-13093 |

### ORDER

AND NOW, this 27th day of January, 2026 upon consideration of the notice from the Bankruptcy Court, *see* ECF No. 11, and it appearing to this Court that the Appellant in the above-captioned case has not complied with Rule 8009 of the Rules of Bankruptcy Procedure and has failed to file with the Bankruptcy Court a designation of contents for inclusion in the record on appeal and statement of issues to be presented on the appeal, it is hereby **ORDERED THAT**: this appeal is **DISMISSED**, the matter is **REMANDED** to the Clerk of the United States Bankruptcy Court for the Eastern District of Pennsylvania, and the above-captioned action is **CLOSED**.

BY THE COURT:

/s/ Joseph F. Leeson, Jr.
_____
JOSEPH F. LEESON, JR.
United States District Judge