UNITED STATES DISTRICT COURT
Eastern District of Pennsylvania
United States Courthouse
601 Market Street, Room 2609
Philadelphia, PA   19106-1797

George Wylesol
Clerk of Court

Clerk's Office
215-597-7704

Mohung Wong
Clerk
U.S. Bankruptcy Court
900 Market Street
Suite 400
Philadelphia,  PA   19107-4299

IN RE:   Alan Christiopher Redmond

CA No.   25-5957
Bky. No. 24-13093-pmm

Dear Mr. Wong:

Enclosed herewith is an electronic copy of the Order remanding and/or returning your record, which was filed in this office on 1/15/26 .

Kindly acknowledge receipt on the copy of letter provided. Please return to InterdistrictTransfer_PAED@paed.uscourts.gov

Sincerely,

George Wylesol
Clerk of Court

By: /s/ Dennis Taylor
Dennis Taylor, Deputy Clerk

Received above record this 27th day of Feb. 2026

_____
(Signature)