United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                          Case No. 24-13093-pmm

Alan Christopher Redmond                                                         Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Feb 25, 2026 | Form ID: pdf900 | Total Noticed: 24 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Alan Christopher Redmond, 2005 Regency Drive, Wyomissing, PA 19610-2712 |
| aty | + | ANGELINA ENGENG LIM, 400 North Ashley Drive, ste 3100, Tampa, FL 33602-4337 |
| aty | + | Joel A. Ready, Cornerstone Law Firm, LLC, 8500 Allentown Pike, Suite 3, Blandon, PA 19510 UNITED STATES OF AMERICA 19510-9101 |
| aty | + | MATTHEW KOPECKI, Bentley, Kopecki, Smith, P.C., 1118 Penn Ave., Reading, PA 19610-2034 |
| cr | + | American Workers Insurance Services, Inc., c/o FREEMAN MATHIS & GARY, LLP, 1600 Market Street, Suite 1210, Philadelphia, PA 19103-7206 |
| NONE | + | Arthur W. Walsh, Jr., c/o Rush Law Group, 38 N. 6th St., Reading, PA 19601, UNITED STATES 19601-3523 |
| cr | + | Bene Market, c/o Norman Valz, 441 Irvington Road, Drexel Hill, PA 19026-1320 |
| acc | + | C. Malcom Smith Co. P.C., 3020 Penn Avenue, West Lawn, Pa 19609-1443 |
| NONE | + | Carolyn Redmond, 4104 Diamond Place, Royersford, PA 19468-2280 |
| NONE | + | Ciardi Ciardi & Astin, 1905 Spruce Street, Phila, PA 19103-5732 |
| ptcrd | + | Cornerstone Law Firm, LLC, 8500 Allentown Pike, Ste 3, Blandon, PA 19510-9101 |
| ptcrd | + | Ethan Shalter, 1360 Philip Ave, Birdsboro, PA 19508-8860 |
| ptcrd | + | Jason Scott Jordan, 10802 Northwest 56th Ct, Coral Springs, FL 33076-3103 |
| NONE | + | Norman M. Valz, Norman M. Valz & Associates, P.C., 441 Irvington Road, DREXEL HILL, PA 19026, UNITED STATES 19026-1320 |
| cr | + | Producer Advance, LLC, Attn: Robert Axenrod, 4850 T-Rex Ave, Suite 101, Boca Raton, FL 33431-4496 |
| NONE | + | Shannon Kroemmelbein, c/o Rush Law Group, 38 N. 6th Street, Reading, PA 19601, UNITED STATES 19601-3523 |
| NONE | + | Stephanie Miller, c/o Rush Law Group, LLC, 38 N. 6th St, Reading, PA 19601, UNITED STATES 19601-3523 |
| intp | + | THE CORPORATION TRUST COMPANY, c/o Stradley, Ronon, Stevens & Young LLP, 2005 Market Street, Suite 2600, Philadelphia, PA 19103-7018 |
| cr | + | William R.A. Rush, Rush Law Group, LLC, 38 North 6th Street, Reading, PA 19601-3523 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Feb 26 2026 00:28:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 26 2026 00:29:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | ^ | MEBN | Feb 26 2026 00:23:46 | Athene Annuity and Life Company, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| cr | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 26 2026 00:29:00 | Commonwealth of Pennsylvania Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: bk@szjlaw.com | Feb 26 2026 00:28:00 | Santander Consumer USA Inc., 2860 Patton rd, Roseville, MN 55113-1100 |

TOTAL: 5

| District/off: 0313-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 25, 2026 | Form ID: pdf900 | Total Noticed: 24 |

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2026                Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANTHONY ST. JOSEPH | on behalf of Creditor United States of America on behalf of SBA anthony.stjoseph@usdoj.gov Mardella.Suarez@usdoj.gov,CaseView.ECF@usdoj.gov |
| ANTHONY ST. JOSEPH | on behalf of Plaintiff United States Small Business Administration Anthony.Stjoseph@usdoj.gov Mardella.Suarez@usdoj.gov,CaseView.ECF@usdoj.gov |
| Albert Anthony Ciardi, III | on behalf of Ciardi Ciardi & Astin aciardi@ciardilaw.com sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Albert Anthony Ciardi, III | on behalf of Defendant Alan Christopher Redmond aciardi@ciardilaw.com sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| BRENDA SUE BISHOP | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue bbishop@attorneygeneral.gov |
| BRUCE LEE CASTOR, JR. | on behalf of Stephanie Miller bcastor@mtvlaw.com |
| DANIEL MICHAEL PEREIRA | on behalf of Interested Party THE CORPORATION TRUST COMPANY dpereira@stradley.com |
| DANIEL P. JONES | on behalf of Creditor Athene Annuity and Life Company djones@sterneisenberg.com bkecf@sterneisenberg.com |
| DAVID V. DZARA | on behalf of Shannon Kroemmelbein ddzara@weirlawllp.com lobrien@weirpartners.com |
| FRED W. HOENSCH | on behalf of Creditor WBL SPO II  LLC fhoensch@hinshawlaw.com, NYCDocket@hinshawlaw.com |
| FRED W. HOENSCH | on behalf of Creditor World Business Lenders  LLC fhoensch@hinshawlaw.com, NYCDocket@hinshawlaw.com |
| FRED W. HOENSCH | on behalf of Creditor WBL SPO I  LLC fhoensch@hinshawlaw.com, NYCDocket@hinshawlaw.com |
| JOEL A. READY | on behalf of Petitioning Creditor Jason Scott Jordan joel@cornerstonelaw.us valeria@cornerstonelaw.us |
| JOEL A. READY | on behalf of Petitioning Creditor Cornerstone Law Firm  LLC joel@cornerstonelaw.us, valeria@cornerstonelaw.us |
| JOEL A. READY | on behalf of Plaintiff Jason Scott Jordan joel@cornerstonelaw.us valeria@cornerstonelaw.us |

District/off: 0313-4                          User: admin                                Page 3 of 4
Date Rcvd: Feb 25, 2026                       Form ID: pdf900                            Total Noticed: 24

JOEL A. READY
                    on behalf of Attorney Joel A. Ready joel@cornerstonelaw.us  valeria@cornerstonelaw.us

JOEL A. READY
                    on behalf of Petitioning Creditor Ethan Shalter joel@cornerstonelaw.us  valeria@cornerstonelaw.us

JOHN HENRY SCHANNE
                    on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov

JOSEPH L QUINN
                    on behalf of Carolyn Redmond CourtNotices@rqplaw.com

JUSTIN BORON
                    on behalf of Creditor American Workers Insurance Services  Inc. jboron@fmglaw.com,
                    rmacdonald@fmglaw.com;jwoods@spencerfane.com;jtankersley@spencerfane.com

KEVIN A. MOORE
                    on behalf of Accountant C. Malcom Smith Co. P.C. kmoore@barley.com  adaniels@barley.com;rheller@barley.com

KEVIN P. CALLAHAN
                    on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

LYNN E. FELDMAN
                    trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com

MALCOLM M. BATES
                    on behalf of U.S. Trustee United States Trustee mbates@duanemorris.com

MATTHEW GREGORY BRUSHWOOD
                    on behalf of C. Malcolm Smith  III mbrushwood@barley.com,
                    jrachor@barley.com;cbrelje@barley.com;tshober@barley.com;dkline@barley.com;ageoghegan@barley.com

NICOLE MARIE NIGRELLI
                    on behalf of Defendant Alan Christopher Redmond nnigrelli@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

NORMAN M. VALZ
                    on behalf of Norman M. Valz nvalz@msn.com

NORMAN M. VALZ
                    on behalf of Creditor Bene Market nvalz@msn.com

RACHEL WOLF
                    on behalf of U.S. Trustee United States Trustee rachel.wolf@usdoj.gov

SAMANTHA LIEB
                    on behalf of U.S. Trustee United States Trustee samantha.lieb2@usdoj.gov

STEVEN K. EISENBERG
                    on behalf of Creditor Athene Annuity and Life Company seisenberg@sterneisenberg.com  bkecf@sterneisenberg.com

SUSANNA M. FULTZ
                    on behalf of C. Malcolm Smith  III sfultz@barley.com

SUSANNA M. FULTZ
                    on behalf of Accountant C. Malcom Smith Co. P.C. sfultz@barley.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov

WALTER WEIR, JR.
                    on behalf of Shannon Kroemmelbein wweir@weirlawllp.com  smorris@weirlawllp.com

WILLIAM EDWARD CRAIG
                    on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com
                    mortoncraigecf@gmail.com;alapinski@egalawfirm.com

WILLIAM R.A. RUSH
                    on behalf of Stephanie Miller wrush@rushlawberks.com

WILLIAM R.A. RUSH
                    on behalf of C. Malcolm Smith  III wrush@rushlawberks.com

WILLIAM R.A. RUSH
                    on behalf of Seguro Medico  LLC wrush@rushlawberks.com

WILLIAM R.A. RUSH
                    on behalf of Arthur W. Walsh  Jr. wrush@rushlawberks.com

WILLIAM R.A. RUSH
                    on behalf of Accountant C. Malcom Smith Co. P.C. wrush@rushlawberks.com

WILLIAM R.A. RUSH
                    on behalf of Shannon Kroemmelbein wrush@rushlawberks.com

District/off: 0313-4                    User: admin                              Page 4 of 4
Date Rcvd: Feb 25, 2026                 Form ID: pdf900                          Total Noticed: 24
TOTAL: 42

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **In re: Alan Christopher Redmond,** | : | **Chapter 7** |
|  | : |  |
|  | : | **Case No. 24-13093 (PMM)** |
|  | : |  |
| **Debtor.** | : |  |

### ORDER

**AND NOW,** a hearing with regard to the Court's Order to Show Cause (doc. #509) having been held on February 24, 2026;

It is hereby **ORDERED**, that :

1) The Debtor **must appear** for his continued §341 meeting of creditors on **Monday, March 16, 2026 at 02:00 PM** at Zoom.us - Feldman: Meeting ID 338 913 1039, Passcode 3443449121; and

2) The Show Cause hearing is continued to **Tuesday, March 17, 2026 at 11:00 a.m.** in the United States Bankruptcy Court, Gateway Building, Fourth Floor Courtroom, 201 Penn St., Reading, Pennsylvania, 19601. The Debtor **shall appear** for the continued hearing.

Failure to comply with the terms of this Order may result in **dismissal** of this case without further notice or hearing.

**Date:  2/24/26**

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

Copy to:

Alan Christopher Redmond
2005 Regency Drive
Wyomissing, PA 19610