# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF PENNSYLVANIA

In re:

ALAN CHRISTOPHER REDMOND,

    Debtor.

**Case No. 4:24-bk-13093-PMM**

Chapter 7

Hon. Patricia M. Mayer

## MOTION OF DEBTOR, PRO SE, FOR LEAVE TO REGISTER AS A CM/ECF FILING USER AND TO FILE DOCUMENTS ELECTRONICALLY

Alan Christopher Redmond, the Debtor in the above-captioned Chapter 7 bankruptcy case, appearing pro se, respectfully moves this Court for an Order permitting the Debtor to register as a CM/ECF Filing User and to file documents electronically in this case and in the related adversary proceeding, AP No. 25-00254. In support thereof, the Debtor states as follows:

## BACKGROUND

1.     On September 3, 2024, an involuntary petition for relief under Chapter 11 of the Bankruptcy Code was filed against the Debtor in this Court. The case was subsequently converted to Chapter 7 on September 23, 2025. The case was assigned Case No. 4:24-bk-13093-PMM and is pending before the Honorable Patricia M. Mayer.

2. The Debtor is not represented by counsel and is proceeding pro se in both the main bankruptcy case and the related adversary proceeding, AP No. 25-00254.

3. The Debtor has an active PACER account, is capable of preparing documents in PDF format, and has reliable internet access and computing resources.

## JUSTIFICATION FOR ELECTRONIC FILING ACCESS

4. The volume and complexity of filings in this case warrant electronic filing access. The main case docket currently contains over 500 entries, and the adversary proceeding is actively contested.

5. The 341 meeting of creditors has been continued multiple times, requiring responsive filings on compressed timelines.

6. The Debtor has served an FRBP 9011 Safe Harbor Notice on the Chapter 7 Trustee's counsel, which imposes a 21-day cure period with time-sensitive filing requirements.

7.     The Debtor is simultaneously involved in concurrent federal and state proceedings in this District and in Berks County, Pennsylvania, which create significant scheduling constraints on in-person courthouse visits.

8. Electronic filing will ensure timely compliance with court deadlines, reduce administrative burden on the Clerk's Office, and facilitate efficient case administration.

## LEGAL BASIS

9. EDPA Local Bankruptcy Rule 5005-1 governs electronic filing in bankruptcy proceedings in this District. The rule contemplates that parties may file documents electronically through the CM/ECF system.

10. EDPA Local Civil Rule 5.1.2(3)(b), incorporated by reference through Local Bankruptcy Rule 1001-1, provides that a pro se party may request leave of court to file documents electronically.

11. Courts in this District and others have routinely granted pro se parties electronic filing access where, as here, the party demonstrates the ability to comply with ECF requirements and where electronic filing would promote efficient case administration. See EDPA Administrative Procedures for Filing, Signing, and Verifying Documents by Electronic Means, Section II(A) (permitting any party to file electronically with leave of court).

**DEBTOR'S COMPLIANCE COMMITMENTS**

12. If granted electronic filing access, the Debtor will:

(a) Comply with all applicable Local Rules, Standing Orders, and CM/ECF policies and procedures;

(b) Protect login credentials and ensure that filings are made only by the Debtor personally;

(c) File documents in proper PDF format;

(d) Comply with all privacy and redaction requirements under Fed. R. Bankr. P. 9037; and

(e) Maintain an active PACER account in good standing.

**WHEREFORE**

The Debtor respectfully requests that the Court enter the attached Proposed Order:

(a) Authorizing the Debtor to register as a CM/ECF Filing User for Case No. 4:24-bk-13093-PMM and Adversary Proceeding No. 25-00254;

(b) Directing the Clerk of Court to provide the Debtor with the necessary instructions and credentials for electronic filing; and

(c) Granting such other and further relief as is just and proper.

Respectfully submitted,

Date: March 9, 2026

/s/ Alan Christopher Redmond

Alan Christopher Redmond, Pro Se Debtor

2 High Road

Wyomissing, PA 19610

(814) 440-9068

alanredmond23@gmail.com

# PROPOSED ORDER

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF PENNSYLVANIA

In re:

ALAN CHRISTOPHER REDMOND,

    Debtor.

**Case No. 4:24-bk-13093-PMM**

Chapter 7

## ORDER

AND NOW, this ___ day of _____, 2026, upon consideration of the Motion of Alan

Christopher Redmond, the Debtor, pro se, for leave to register as a CM/ECF Filing User and to

file documents electronically in this case and in Adversary Proceeding No. 25-00254, IT IS

HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court is DIRECTED to provide the Debtor with

the necessary instructions and access to register as a CM/ECF Filing User in Case No. 4:24-

bk-13093-PMM and Adversary Proceeding No. 25-00254, subject to compliance with all

applicable Local Rules, Standing Orders, and CM/ECF policies and procedures governing

electronic filing.

IT IS FURTHER ORDERED that the Debtor shall comply with all privacy and redaction requirements under Fed. R. Bankr. P. 9037.

BY THE COURT:

_____

HON. PATRICIA M. MAYER

United States Bankruptcy Judge

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2026, the foregoing Motion and Proposed Order were filed electronically or served by first-class mail upon the following parties:

1. Office of the United States Trustee, Region 3

   833 Chestnut Street, Suite 500

   Philadelphia, PA 19107

2. Lynn E. Feldman, Chapter 7 Trustee

   2310 Walbert Avenue, Suite 103

Allentown, PA 18104

lynn@feldmanlawofficespc.com

3. All parties on the Court's service list for Case No. 4:24-bk-13093-PMM

4. All parties on the Court's service list for Adversary Proceeding No. 25-00254

Service was made by first-class U.S. Mail, postage prepaid, unless electronic service is available through CM/ECF.

/s/ Alan Christopher Redmond

Alan Christopher Redmond, Pro Se Debtor

2 High Road

Wyomissing, PA 19610

(814) 440-9068

alanredmond23@gmail.com