**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 7** |
| **Alan Christopher Redmond,** | : | |
| **Debtor.** | : | **Case No. 24-13093 (PMM)** |

## <u>ORDER DENYING MOTION</u>

    **AND NOW**, upon consideration of the Debtor's Motion to Disqualify Attorney Matthew Kopecki From Representing William R.A. Rush (doc. #523, the "Motion");

    AND a hearing with regard to the Motion having been held on March 10, 2026;

    AND movant having failed to appear in order to prosecute the Motion;

    It is therefore hereby **ordered** that the Motion is **denied**.

Dated: 3/10/26

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge

Copy to
Alan Christopher Redmond
2005 Regency Drive
Wyomissing, PA 19610