**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 7** |
| | : | |
| **Alan Christopher Redmond,** | : | **Case No.   24-13093 (PMM)** |
| | : | |
| **Debtor.** | : | |

**ORDER DENYING MOTION**

**AND NOW**, upon consideration of the Debtor's Motion for Leave to Register as a

CM/ECF Filer (doc. #524, the "Motion");

AND the relief sought not being available to *pro se* debtors;

It is hereby **ordered** that the Motion is **denied**.

Dated: 3/10/26

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge

Copy to:
Alan Christopher Redmond
2005 Regency Drive
Wyomissing, PA 19610