**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 4:24-bk-13093-PMM |
| ALAN CHRISTOPHER REDMOND, | Chapter 7 |
| Debtor. | Hon. Patricia M. Mayer |

**ORDER GRANTING DEBTOR'S MOTION TO STRIKE OBJECTION TO EXEMPTIONS**

AND NOW, this _____ day of _____, 2026, upon consideration of the Debtor's Motion to Strike Objection to Exemptions (Doc. 126) and Memorandum in Support, and for the reasons set forth therein, it is hereby ORDERED as follows:

1. The Debtor's Motion to Strike is GRANTED.

2. The Objection to Debtor's Claim of Exemptions filed at Doc. 126 by Cornerstone Law Firm, LLC, Jason Scott Jordan, and Ethan Shalter, through counsel Joel A. Ready, is hereby STRICKEN for lack of standing.

3. All exemptions claimed by the Debtor on Schedule C are SUSTAINED.

4. The hearing on the Objection to Exemptions previously scheduled for _____ is VACATED.

5. The Debtor shall serve a copy of this Order on all parties in interest within three (3) business days.

**BY THE COURT:**

_____
**HON. PATRICIA M. MAYER**
United States Bankruptcy Judge