## CERTIFICATE OF SERVICE

I, Alan Christopher Redmond, hereby certify that on March 17, 2026, a true and correct copy of the foregoing was served by hand delivery to the Clerk of Court for filing, and by first-class United States mail, postage prepaid, to:

Joel A. Ready, Esquire
Cornerstone Law Firm, LLC
8500 Allentown Pike, Suite 3
Blandon, PA 19510

Lynn E. Feldman, Chapter 7 Trustee
221 N. Cedar Crest Blvd.
Allentown, PA 18104

Office of the United States Trustee
Robert N.C. Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Alan Christopher Redmond, Debtor, Pro Se**