**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | **Case No. 4:24-bk-13093-PMM** |
| **ALAN CHRISTOPHER REDMOND,** | **Chapter 7** |
| Debtor. | **Hon. Patricia M. Mayer** |

**ORDER GRANTING DEBTOR'S EMERGENCY MOTION TO CONTINUE**

AND NOW, this _____ day of _____, 2026, upon consideration of the Debtor's Emergency Motion to Continue Hearing on Objection to Exemptions (Doc. 126/514), and good cause having been shown, it is hereby ORDERED as follows:

1. The Debtor's Emergency Motion to Continue is GRANTED.

2. The hearing on the Objection to Debtor's Claim of Exemptions (Doc. 126) is CONTINUED and shall be rescheduled for _____ at _____ in Courtroom _____, United States Bankruptcy Court, Gateway Building, 201 Penn Street, Reading, Pennsylvania 19601.

3. The Debtor shall have sixty (60) days from the date of this Order to retain counsel or prepare a pro se defense to the Objection.

4. The Debtor shall serve a copy of this Order on all parties in interest within three (3) business days.

**BY THE COURT:**

_____
**HON. PATRICIA M. MAYER**
United States Bankruptcy Judge