## CERTIFICATE OF SERVICE

I, Alan Christopher Redmond, hereby certify that on March 17, 2026, a true and correct copy of the foregoing Emergency Motion to Continue was served via the Court's CM/ECF electronic filing system upon the following parties:

Joel A. Ready, Esquire
Cornerstone Law Firm, LLC
725 Skippack Pike, Suite 337
Blue Bell, PA 19422
joel@cornerstonelaw.us

Lynn E. Feldman, Esquire
Chapter 7 Trustee
2310 Walbert Avenue, Suite 103
Allentown, PA 18104
lynn@feldmanlawofficespc.com

Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

_____
**Alan Christopher Redmond, Debtor, Pro Se**