**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ALAN CHRISTOPHER REDMOND | Bankruptcy No. 24-13093-PMM<br><br>Involuntary Chapter 11 |

**ORDER**

AND NOW, this ___17th___ day of the month of ___March___, 2025, upon consideration of Jason Scott Jordan's Objections to Property Claimed as Exempt by the Debtor under 11 U.S.C. § 522, and having afforded the Debtor and parties-in-interest an opportunity to be heard, it is ORDERED and DECREED as follows:

(1)     The objection under 11 U.S.C. § 522(d)(1) to the $27,900.00 exemption on the real property at 2005 Regency Drive, Reading, PA 19610, is SUSTAINED WITH PREJUDICE.

(2)     The objection under 11 U.S.C. § 522(d)(2) to the 2021 Mercedes Benz S580 and 2017 Cadillac Escalade is SUSTAINED WITHOUT PREJUDICE of the Debtor to amend by specifying only one vehicle and at the statutory limit.

(3)     ~~The objection under 11 U.S.C. § 522(d)(3) to the $10,000.00 in Household Furniture and $1,000.00 in Miscellaneous Electronic Devices, all situated at 2005 Regency Drive, Reading, PA 19610, is SUSTAINED WITH PREJUDICE.~~

(4)     ~~The objection under 11 U.S.C. § 522(d)(4) to the $10,000.00 Cartier Watch is SUSTAINED WITHOUT PREJUDICE of the Debtor to amend by specifying the statutory limit.~~

~~BE IT FURTHER ORDERED that any equity in any property claimed as exempt by the Debtor, over and above any statutory limits under 11 U.S.C. § 522(d), be preserved for the benefit of the creditors of this estate.~~

BY THE COURT

By: _____

Hon. Patricia M. Mayer, *J.*

**Date: March 17, 2026**