**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 7** |
| **Alan Christopher Redmond,** | : | |
| **Debtor.** | : | **Case No. 24-13093 (PMM)** |

## ORDER

**AND NOW,** upon consideration of the *pro se* Debtor's Motion to Strike Objection to Exemptions (doc. #538, the "Motion");

AND the movant having failed to appear at the hearing in order to prosecute the Motion;

AND the movant having failed to notice and serve the Motion in conformity with the Local Rules;

It is therefore hereby ORDERED that the Motion is **denied**.

Dated: 3/18/26

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge

Copy to:
Alan Christopher Redmond
2005 Regency Drive
Wyomissing, PA 19610