**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 7** |
| **Alan Christopher Redmond,** | : | |
| **Debtor.** | : | **Case No. 24-13093 (PMM)** |

## ORDER

     **AND NOW,** upon consideration of the *pro se* Debtor's Emergency Motion to Continue Hearing on Objection to Exemption (doc. #539, the "Motion");

     AND the movant having failed to follow the procedure for obtaining an expedited hearing, <u>see</u> L.R. 5070;

     AND the movant having failed to notice and serve the Motion in conformity with the Local Rules;

     It is therefore hereby ORDERED that the Motion is **denied**.

Dated: 3/18/26

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge

Copy to:
Alan Christopher Redmond
2005 Regency Drive
Wyomissing, PA 19610