United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                 Case No. 24-13093-pmm

Alan Christopher Redmond                                                Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 17, 2026 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#        Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Alan Christopher Redmond, 2005 Regency Drive, Wyomissing, PA 19610-2712 |
| ptcrd | + | Jason Scott Jordan, 10802 Northwest 56th Ct, Coral Springs, FL 33076-3103 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANTHONY ST. JOSEPH | on behalf of Plaintiff United States Small Business Administration Anthony.Stjoseph@usdoj.gov Mardella.Suarez@usdoj.gov,CaseView.ECF@usdoj.gov |
| ANTHONY ST. JOSEPH | on behalf of Creditor United States of America on behalf of SBA anthony.stjoseph@usdoj.gov Mardella.Suarez@usdoj.gov,CaseView.ECF@usdoj.gov |
| Albert Anthony Ciardi, III | on behalf of Defendant Alan Christopher Redmond aciardi@ciardilaw.com sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Albert Anthony Ciardi, III | on behalf of Ciardi Ciardi & Astin aciardi@ciardilaw.com sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |

District/off: 0313-4 | User: admin | Page 2 of 3
Date Rcvd: Mar 17, 2026 | Form ID: pdf900 | Total Noticed: 2

BRENDA SUE BISHOP
on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue bbishop@attorneygeneral.gov

BRUCE LEE CASTOR, JR.
on behalf of Stephanie Miller bcastor@mtvlaw.com

DANIEL MICHAEL PEREIRA
on behalf of Interested Party THE CORPORATION TRUST COMPANY dpereira@stradley.com

DANIEL P. JONES
on behalf of Creditor Athene Annuity and Life Company djones@sterneisenberg.com  bkecf@sterneisenberg.com

DAVID V. DZARA
on behalf of Shannon Kroemmelbein ddzara@weirlawllp.com  lobrien@weirpartners.com

FRED W. HOENSCH
on behalf of Creditor WBL SPO II  LLC fhoensch@hinshawlaw.com, NYCDocket@hinshawlaw.com

FRED W. HOENSCH
on behalf of Creditor World Business Lenders  LLC fhoensch@hinshawlaw.com, NYCDocket@hinshawlaw.com

FRED W. HOENSCH
on behalf of Creditor WBL SPO I  LLC fhoensch@hinshawlaw.com, NYCDocket@hinshawlaw.com

JOEL A. READY
on behalf of Petitioning Creditor Cornerstone Law Firm  LLC joel@cornerstonelaw.us, valeria@cornerstonelaw.us

JOEL A. READY
on behalf of Plaintiff Jason Scott Jordan joel@cornerstonelaw.us  valeria@cornerstonelaw.us

JOEL A. READY
on behalf of Attorney Joel A. Ready joel@cornerstonelaw.us  valeria@cornerstonelaw.us

JOEL A. READY
on behalf of Petitioning Creditor Ethan Shalter joel@cornerstonelaw.us  valeria@cornerstonelaw.us

JOEL A. READY
on behalf of Petitioning Creditor Jason Scott Jordan joel@cornerstonelaw.us  valeria@cornerstonelaw.us

JOHN HENRY SCHANNE
on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov

JOSEPH L QUINN
on behalf of Carolyn Redmond CourtNotices@rqplaw.com

JUSTIN BORON
on behalf of Creditor American Workers Insurance Services  Inc. jboron@fmglaw.com,
rmacdonald@fmglaw.com;jwoods@spencerfane.com;jtankersley@spencerfane.com

KEVIN A. MOORE
on behalf of Accountant C. Malcom Smith Co. P.C. kmoore@barley.com  adaniels@barley.com;rheller@barley.com

KEVIN P. CALLAHAN
on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

LYNN E. FELDMAN
trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com

MALCOLM M. BATES
on behalf of U.S. Trustee United States Trustee malcolm.bates@blankrome.com

MATTHEW GREGORY BRUSHWOOD
on behalf of C. Malcolm Smith  III mbrushwood@barley.com,
jrachor@barley.com;cbrelje@barley.com;tshober@barley.com;dkline@barley.com;ageoghegan@barley.com

NICOLE MARIE NIGRELLI
on behalf of Defendant Alan Christopher Redmond nnigrelli@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

NORMAN M. VALZ
on behalf of Norman M. Valz nvalz@msn.com

NORMAN M. VALZ
on behalf of Creditor Bene Market nvalz@msn.com

RACHEL WOLF
on behalf of U.S. Trustee United States Trustee rachel.wolf@usdoj.gov

SAMANTHA LIEB
on behalf of U.S. Trustee United States Trustee samantha.lieb2@usdoj.gov

STEVEN K. EISENBERG
on behalf of Creditor Athene Annuity and Life Company seisenberg@sterneisenberg.com  bkecf@sterneisenberg.com

District/off: 0313-4                   User: admin                                   Page 3 of 3
Date Rcvd: Mar 17, 2026                Form ID: pdf900                               Total Noticed: 2

SUSANNA M. FULTZ
                   on behalf of Accountant C. Malcom Smith Co. P.C. sfultz@barley.com

SUSANNA M. FULTZ
                   on behalf of C. Malcolm Smith  III sfultz@barley.com

United States Trustee
                   USTPRegion03.PH.ECF@usdoj.gov

WALTER WEIR, JR.
                   on behalf of Shannon Kroemmelbein wweir@weirlawllp.com  smorris@weirlawllp.com

WILLIAM EDWARD CRAIG
                   on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com
                   mortoncraigecf@gmail.com;alapinski@egalawfirm.com

WILLIAM R.A. RUSH
                   on behalf of C. Malcolm Smith  III wrush@rushlawberks.com

WILLIAM R.A. RUSH
                   on behalf of Seguro Medico  LLC wrush@rushlawberks.com

WILLIAM R.A. RUSH
                   on behalf of Arthur W. Walsh  Jr. wrush@rushlawberks.com

WILLIAM R.A. RUSH
                   on behalf of Accountant C. Malcom Smith Co. P.C. wrush@rushlawberks.com

WILLIAM R.A. RUSH
                   on behalf of Stephanie Miller wrush@rushlawberks.com

WILLIAM R.A. RUSH
                   on behalf of Shannon Kroemmelbein wrush@rushlawberks.com


TOTAL: 42

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ALAN CHRISTOPHER REDMOND | Bankruptcy No. 24-13093-PMM |
| | Involuntary Chapter 11 |

**ORDER**

AND NOW, this __17th__ day of the month of __March__, 2025, upon consideration of Jason Scott Jordan's Objections to Property Claimed as Exempt by the Debtor under 11 U.S.C. § 522, and having afforded the Debtor and parties-in-interest an opportunity to be heard, it is ORDERED and DECREED as follows:

(1)    The objection under 11 U.S.C. § 522(d)(1) to the $27,900.00 exemption on the real property at 2005 Regency Drive, Reading, PA 19610, is SUSTAINED WITH PREJUDICE.

(2)    The objection under 11 U.S.C. § 522(d)(2) to the 2021 Mercedes Benz S580 and 2017 Cadillac Escalade is SUSTAINED WITHOUT PREJUDICE of the Debtor to amend by specifying only one vehicle and at the statutory limit.

(3)    ~~The objection under 11 U.S.C. § 522(d)(3) to the $10,000.00 in Household Furniture and $1,000.00 in Miscellaneous Electronic Devices, all situated at 2005 Regency Drive, Reading, PA 19610, is SUSTAINED WITH PREJUDICE.~~

(4)    ~~The objection under 11 U.S.C. § 522(d)(4) to the $10,000.00 Cartier Watch is SUSTAINED WITHOUT PREJUDICE of the Debtor to amend by specifying the statutory limit.~~

~~BE IT FURTHER ORDERED that any equity in any property claimed as exempt by the Debtor, over and above any statutory limits under 11 U.S.C. § 522(d), be preserved for the benefit of the creditors of this estate.~~

BY THE COURT

By: _____

Hon. Patricia M. Mayer, *J.*

**Date: March 17, 2026**