United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                              Case No. 24-13093-pmm

Alan Christopher Redmond                                                          Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                          User: admin                                Page 1 of 3

Date Rcvd: Mar 18, 2026                  Form ID: pdf900                        Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Alan Christopher Redmond, 2005 Regency Drive, Wyomissing, PA 19610-2712 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2026                          Signature:             /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANTHONY ST. JOSEPH | on behalf of Plaintiff United States Small Business Administration Anthony.Stjoseph@usdoj.gov Mardella.Suarez@usdoj.gov,CaseView.ECF@usdoj.gov |
| ANTHONY ST. JOSEPH | on behalf of Creditor United States of America on behalf of SBA anthony.stjoseph@usdoj.gov Mardella.Suarez@usdoj.gov,CaseView.ECF@usdoj.gov |
| Albert Anthony Ciardi, III | on behalf of Defendant Alan Christopher Redmond aciardi@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Albert Anthony Ciardi, III | on behalf of Ciardi Ciardi & Astin aciardi@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |

District/off: 0313-4        User: admin        Page 2 of 3

Date Rcvd: Mar 18, 2026        Form ID: pdf900        Total Noticed: 1

BRENDA SUE BISHOP
     on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue bbishop@attorneygeneral.gov

BRUCE LEE CASTOR, JR.
     on behalf of Stephanie Miller bcastor@mtvlaw.com

DANIEL MICHAEL PEREIRA
     on behalf of Interested Party THE CORPORATION TRUST COMPANY dpereira@stradley.com

DANIEL P. JONES
     on behalf of Creditor Athene Annuity and Life Company djones@sterneisenberg.com  bkecf@sterneisenberg.com

DAVID V. DZARA
     on behalf of Shannon Kroemmelbein ddzara@weirlawllp.com  lobrien@weirpartners.com

FRED W. HOENSCH
     on behalf of Creditor WBL SPO II  LLC fhoensch@hinshawlaw.com, NYCDocket@hinshawlaw.com

FRED W. HOENSCH
     on behalf of Creditor World Business Lenders  LLC fhoensch@hinshawlaw.com, NYCDocket@hinshawlaw.com

FRED W. HOENSCH
     on behalf of Creditor WBL SPO I  LLC fhoensch@hinshawlaw.com, NYCDocket@hinshawlaw.com

JOEL A. READY
     on behalf of Petitioning Creditor Cornerstone Law Firm  LLC joel@cornerstonelaw.us, valeria@cornerstonelaw.us

JOEL A. READY
     on behalf of Plaintiff Jason Scott Jordan joel@cornerstonelaw.us  valeria@cornerstonelaw.us

JOEL A. READY
     on behalf of Attorney Joel A. Ready joel@cornerstonelaw.us  valeria@cornerstonelaw.us

JOEL A. READY
     on behalf of Petitioning Creditor Ethan Shalter joel@cornerstonelaw.us  valeria@cornerstonelaw.us

JOEL A. READY
     on behalf of Petitioning Creditor Jason Scott Jordan joel@cornerstonelaw.us  valeria@cornerstonelaw.us

JOHN HENRY SCHANNE
     on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov

JOSEPH L QUINN
     on behalf of Carolyn Redmond CourtNotices@rqplaw.com

JUSTIN BORON
     on behalf of Creditor American Workers Insurance Services  Inc. jboron@fmglaw.com,
     rmacdonald@fmglaw.com;jwoods@spencerfane.com;jtankersley@spencerfane.com

KEVIN A. MOORE
     on behalf of Accountant C. Malcom Smith Co. P.C. kmoore@barley.com  adaniels@barley.com;rheller@barley.com

KEVIN P. CALLAHAN
     on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

LYNN E. FELDMAN
     trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com

MALCOLM M. BATES
     on behalf of U.S. Trustee United States Trustee malcolm.bates@blankrome.com

MATTHEW GREGORY BRUSHWOOD
     on behalf of C. Malcolm Smith  III mbrushwood@barley.com,
     jrachor@barley.com;cbrelje@barley.com;tshober@barley.com;dkline@barley.com;ageoghegan@barley.com

NICOLE MARIE NIGRELLI
     on behalf of Defendant Alan Christopher Redmond nnigrelli@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

NORMAN M. VALZ
     on behalf of Creditor Bene Market nvalz@msn.com

NORMAN M. VALZ
     on behalf of Norman M. Valz nvalz@msn.com

RACHEL WOLF
     on behalf of U.S. Trustee United States Trustee rachel.wolf@usdoj.gov

SAMANTHA LIEB
     on behalf of U.S. Trustee United States Trustee samantha.lieb2@usdoj.gov

STEVEN K. EISENBERG
     on behalf of Creditor Athene Annuity and Life Company seisenberg@sterneisenberg.com  bkecf@sterneisenberg.com

District/off: 0313-4                          User: admin                                Page 3 of 3
Date Rcvd: Mar 18, 2026                       Form ID: pdf900                            Total Noticed: 1

SUSANNA M. FULTZ

      on behalf of Accountant C. Malcom Smith Co. P.C. sfultz@barley.com

SUSANNA M. FULTZ

      on behalf of C. Malcolm Smith  III sfultz@barley.com

United States Trustee

      USTPRegion03.PH.ECF@usdoj.gov

WALTER WEIR, JR.

      on behalf of Shannon Kroemmelbein wweir@weirlawllp.com  smorris@weirlawllp.com

WILLIAM EDWARD CRAIG

      on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com
mortoncraigecf@gmail.com;alapinski@egalawfirm.com

WILLIAM R.A. RUSH

      on behalf of C. Malcolm Smith  III wrush@rushlawberks.com

WILLIAM R.A. RUSH

      on behalf of Seguro Medico  LLC wrush@rushlawberks.com

WILLIAM R.A. RUSH

      on behalf of Stephanie Miller wrush@rushlawberks.com

WILLIAM R.A. RUSH

      on behalf of Arthur W. Walsh  Jr. wrush@rushlawberks.com

WILLIAM R.A. RUSH

      on behalf of Accountant C. Malcom Smith Co. P.C. wrush@rushlawberks.com

WILLIAM R.A. RUSH

      on behalf of Shannon Kroemmelbein wrush@rushlawberks.com


TOTAL: 42

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 7** |
| **Alan Christopher Redmond,** | : | |
| **Debtor.** | : | **Case No. 24-13093 (PMM)** |

_____

### ORDER

**AND NOW,** upon consideration of the *pro se* Debtor's Motion to Strike Objection to

Exemptions (doc. #538, the "Motion");

AND the movant having failed to appear at the hearing in order to prosecute the Motion;

AND the movant having failed to notice and serve the Motion in conformity with the

Local Rules;

It is therefore hereby ORDERED that the Motion is **denied**.


Dated: 3/18/26

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge

Copy to:
Alan Christopher Redmond
2005 Regency Drive
Wyomissing, PA 19610