IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN
DISTRICT OF PENNSYLVANIA

**IN RE: ALAN CHRISTOPHER REDMOND** :

                                     :       Bankruptcy no. 24-13093

                                     :

                                     :       Involuntary Chapter 11

                                     :

                                     :

## ORDER

AND NOW, this _____ day of _____, 2026, upon consideration of the

Motion to Lift Sanctions and requesting Relief from Back Sanctions filed by Petitioners, C.

Malcolm Smith III and C. Malcolm Smith & Company, on February 17, 2026 at Docket #512,

it is hereby ORDERED and DECREED as follows:

1. Sanctions imposed upon Petitioners, C. Malcolm Smith III and C. Malcolm Smith &
   Company, by Order dated April 22, 2025, shall terminate effective June 19, 2025, as
   Petitioners complied with the Rule 2004 examination Order.

2. The sanctions that accrued against C. Malcolm Smith III and C. Malcolm Smith &
   Company from May 2, 2025 until June 19, 2025 (37 business days at $500/day) are
   hereby vacated.

3. Sanctions in the amount of $18,500.00 are hereby imposed upon William R. A. Rush, Esquire
   and Rush Law Group.

                                       BY THE COURT:

_____

                                             J.

14040182.1