IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ALAN CHRISTOPHER REDMOND   :
           :   Bankruptcy no. 24-13093-pmm
           :
           :   Involuntary Chapter 11

**CERTIFICATION OF NO RESPONSE TO MOTION TO LIFT SANCTIONS AND REQUESTING RELIEF FROM BACK SANCTIONS FILED BY C. MALCOLM SMITH, III and C. MALCOLM SMITH & COMPANY, P.C.**

The undersigned hereby certifies that on February 17, 2026 copies of Motion to Lift Sanctions and requesting Relief from Back Sanctions filed to Docket #512 were served on the Respondent.

The undersigned further certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the Motion.  The undersigned has reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the Motion appears thereon.

The undersigned requests that the proposed Order submitted to the Court be entered.

          BARLEY SNYDER, LLP

Dated:  3/23/2026

     By:  */s/ Kevin A. Moore* _____
        Kevin A. Moore, Esquire
        Attorney I.D. No. 75068
        2755 Century Blvd
        Wyomissing, PA 19610
        610-370-8110
        kmoore@barley.com
        *Attorneys for C. Malcolm Smith III & C. Malcolm Smith Company, P.C.*

1

14040109.1