IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>ALAN CHRISTOPHER REDMOND | Bankruptcy No. 24-13093-PMM<br><br>Involuntary Chapter 11 |

### RESPONSE TO DOCKETED FILINGS 512, 513, 548 AND 549 BY WILLIAM R.A. RUSH, ESQ.

This filing is in response to docketed filings 512, 513, 548 and 549 by William R.A. Rush Esquire.

1.  Docket entry 512 is a Motion by a Petitioner to lift sanctions imposed against C. Malcolm Smith.

2.  While Docket entry 512 mentions numerous allegations regarding the undersigned's errors, it was not read as directed to the undersigned, but rather to This Honorable Court because nowhere therein does it request that the Court redirect or impose those sanctions on the undersigned. Rather, it requests they be imposed upon the responsible actor.

3.  To an extent any response was required by the undersigned to Docket Entry 512, the undersigned has been intending, and does intend, to appear before the Court on March 24, 2026 at 11:00 a.m. to, as he has prior, show cause as to why the sanctions should be lifted without any imposition thereof as against him.

Respectfully submitted,

**RUSH LAW GROUP, LLC**

Date: March 23, 2026

By:     **/s/ William R. A. Rush**
William R. A. Rush, Esquire
Attorney I.D. No. 209596
38 N. 6th Street, P.O. Box 758
Reading, PA 19603-758