IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN
DISTRICT OF PENNSYLVANIA

**IN RE: ALAN CHRISTOPHER REDMOND**  :

　　　　　　　　　　　　　　　　　　: 　　Bankruptcy no. 24-13093

　　　　　　　　　　　　　　　　　　:

　　　　　　　　　　　　　　　　　　: 　　Involuntary Chapter 11

　　　　　　　　　　　　　　　　　　:

　　　　　　　　　　　　　　　　　　:

## ORDER

AND NOW, this _24th_ day of _March_ , 2026, upon consideration of the

Motion to Lift Sanctions and requesting Relief from Back Sanctions filed by Petitioners, C.

Malcolm Smith III and C. Malcolm Smith & Company, on February 17, 2026 at Docket #512,

it is hereby ORDERED and DECREED as follows:

1. Sanctions imposed upon Petitioners, C. Malcolm Smith III and C. Malcolm Smith &

   Company, by Order dated April 22, 2025, shall terminate effective June 19, 2025, as

   Petitioners complied with the Rule 2004 examination Order.

2. The sanctions that accrued against C. Malcolm Smith III and C. Malcolm Smith &

   Company from May 2, 2025 until June 19, 2025 (37 business days at $500/day) are

   hereby vacated.

3. Sanctions in the amount of $_5,000.00_ are hereby imposed upon William R. A. Rush,

   Esquire and Rush Law Group, as reimbursement to Petitioners for its attorney fees and costs

   associated with compliance with this Court's April 22, 2025 Order.

BY THE COURT:

_Patricia M. Mayer_
　　　　　　　　　　　　　　　　　　　J.