United States Bankruptcy Court

Eastern District of Pennsylvania

In re:
Case No. 24-13093-pmm

Alan Christopher Redmond
Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Mar 24, 2026 | Form ID: pdf900 | Total Noticed: 24 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Alan Christopher Redmond, 2005 Regency Drive, Wyomissing, PA 19610-2712 |
| aty | + | ANGELINA ENGENG LIM, 400 North Ashley Drive, ste 3100, Tampa, FL 33602-4337 |
| aty | + | Joel A. Ready, Cornerstone Law Firm, LLC, 8500 Allentown Pike, Suite 3, Blandon, PA 19510 UNITED STATES OF AMERICA 19510-9101 |
| aty | + | MATTHEW KOPECKI, Bentley, Kopecki, Smith, P.C., 1118 Penn Ave., Reading, PA 19610-2034 |
| cr | + | American Workers Insurance Services, Inc., c/o FREEMAN MATHIS & GARY, LLP, 1600 Market Street, Suite 1210, Philadelphia, PA 19103-7206 |
| NONE | + | Arthur W. Walsh, Jr., c/o Rush Law Group, 38 N. 6th St., Reading, PA 19601, UNITED STATES 19601-3523 |
| cr | + | Bene Market, c/o Norman Valz, 441 Irvington Road, Drexel Hill, PA 19026-1320 |
| acc | + | C. Malcom Smith Co. P.C., 3020 Penn Avenue, West Lawn, Pa 19609-1443 |
| NONE | + | Carolyn Redmond, 4104 Diamond Place, Royersford, PA 19468-2280 |
| NONE | + | Ciardi Ciardi & Astin, 1905 Spruce Street, Phila, PA 19103-5732 |
| ptcrd | + | Cornerstone Law Firm, LLC, 8500 Allentown Pike, Ste 3, Blandon, PA 19510-9101 |
| ptcrd | + | Ethan Shalter, 1360 Philip Ave, Birdsboro, PA 19508-8860 |
| ptcrd | + | Jason Scott Jordan, 10802 Northwest 56th Ct, Coral Springs, FL 33076-3103 |
| NONE | + | Norman M. Valz, Norman M. Valz & Associates, P.C., 441 Irvington Road, DREXEL HILL, PA 19026, UNITED STATES 19026-1320 |
| cr | + | Producer Advance, LLC, Attn: Robert Axenrod, 4850 T-Rez Ave, Suite 101, Boca Raton, FL 33431-4496 |
| NONE | + | Shannon Kroemmelbein, c/o Rush Law Group, 38 N. 6th Street, Reading, PA 19601, UNITED STATES 19601-3523 |
| NONE | + | Stephanie Miller, c/o Rush Law Group, LLC, 38 N. 6th St, Reading, PA 19601, UNITED STATES 19601-3523 |
| intp | + | THE CORPORATION TRUST COMPANY, c/o Stradley, Ronon, Stevens & Young LLP, 2005 Market Street, Suite 2600, Philadelphia, PA 19103-7018 |
| cr | + | William R.A. Rush, Rush Law Group, LLC, 38 North 6th Street, Reading, PA 19601-3523 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Mar 25 2026 01:52:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 25 2026 01:52:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | ^ | MEBN | Mar 25 2026 01:50:39 | Athene Annuity and Life Company, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| cr | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 25 2026 01:52:00 | Commonwealth of Pennsylvania Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: bk@szjlaw.com | Mar 25 2026 01:52:00 | Santander Consumer USA Inc., 2860 Patton rd, Roseville, MN 55113-1100 |

TOTAL: 5

| District/off: 0313-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 24, 2026 | Form ID: pdf900 | Total Noticed: 24 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANTHONY ST. JOSEPH | on behalf of Creditor United States of America on behalf of SBA anthony.stjoseph@usdoj.gov Mardella.Suarez@usdoj.gov,CaseView.ECF@usdoj.gov |
| ANTHONY ST. JOSEPH | on behalf of Plaintiff United States Small Business Administration Anthony.Stjoseph@usdoj.gov Mardella.Suarez@usdoj.gov,CaseView.ECF@usdoj.gov |
| Albert Anthony Ciardi, III | on behalf of Ciardi Ciardi & Astin aciardi@ciardilaw.com sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Albert Anthony Ciardi, III | on behalf of Defendant Alan Christopher Redmond aciardi@ciardilaw.com sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| BRENDA SUE BISHOP | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue bbishop@attorneygeneral.gov |
| BRUCE LEE CASTOR, JR. | on behalf of Stephanie Miller bcastor@mtvlaw.com |
| DANIEL MICHAEL PEREIRA | on behalf of Interested Party THE CORPORATION TRUST COMPANY dpereira@stradley.com |
| DANIEL P. JONES | on behalf of Creditor Athene Annuity and Life Company djones@sterneisenberg.com bkecf@sterneisenberg.com |
| DAVID V. DZARA | on behalf of Shannon Kroemmelbein ddzara@weirlawllp.com lobrien@weirpartners.com |
| FRED W. HOENSCH | on behalf of Creditor WBL SPO II  LLC fhoensch@hinshawlaw.com, NYCDocket@hinshawlaw.com |
| FRED W. HOENSCH | on behalf of Creditor World Business Lenders  LLC fhoensch@hinshawlaw.com, NYCDocket@hinshawlaw.com |
| FRED W. HOENSCH | on behalf of Creditor WBL SPO I  LLC fhoensch@hinshawlaw.com, NYCDocket@hinshawlaw.com |
| JOEL A. READY | on behalf of Petitioning Creditor Jason Scott Jordan joel@cornerstonelaw.us valeria@cornerstonelaw.us |
| JOEL A. READY | on behalf of Petitioning Creditor Cornerstone Law Firm  LLC joel@cornerstonelaw.us, valeria@cornerstonelaw.us |
| JOEL A. READY | on behalf of Plaintiff Jason Scott Jordan joel@cornerstonelaw.us valeria@cornerstonelaw.us |

District/off: 0313-4           User: admin           Page 3 of 4

Date Rcvd: Mar 24, 2026           Form ID: pdf900           Total Noticed: 24

JOEL A. READY

on behalf of Attorney Joel A. Ready joel@cornerstonelaw.us  valeria@cornerstonelaw.us

JOEL A. READY

on behalf of Petitioning Creditor Ethan Shalter joel@cornerstonelaw.us  valeria@cornerstonelaw.us

JOHN HENRY SCHANNE

on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov

JOSEPH L QUINN

on behalf of Carolyn Redmond CourtNotices@rqplaw.com

JUSTIN BORON

on behalf of Creditor American Workers Insurance Services  Inc. jboron@fmglaw.com,
rmacdonald@fmglaw.com;jwoods@spencerfane.com;jtankersley@spencerfane.com

KEVIN A. MOORE

on behalf of Accountant C. Malcom Smith Co. P.C. kmoore@barley.com  adaniels@barley.com;rheller@barley.com

KEVIN P. CALLAHAN

on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

LYNN E. FELDMAN

trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com

MALCOLM M. BATES

on behalf of U.S. Trustee United States Trustee malcolm.bates@blankrome.com

MATTHEW GREGORY BRUSHWOOD

on behalf of C. Malcolm Smith  III mbrushwood@barley.com,
jrachor@barley.com;cbrelje@barley.com;tshober@barley.com;dkline@barley.com;ageoghegan@barley.com

NICOLE MARIE NIGRELLI

on behalf of Defendant Alan Christopher Redmond nnigrelli@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

NORMAN M. VALZ

on behalf of Norman M. Valz nvalz@msn.com

NORMAN M. VALZ

on behalf of Creditor Bene Market nvalz@msn.com

RACHEL WOLF

on behalf of U.S. Trustee United States Trustee rachel.wolf@usdoj.gov

SAMANTHA LIEB

on behalf of U.S. Trustee United States Trustee samantha.lieb2@usdoj.gov

STEVEN K. EISENBERG

on behalf of Creditor Athene Annuity and Life Company seisenberg@sterneisenberg.com  bkecf@sterneisenberg.com

SUSANNA M. FULTZ

on behalf of C. Malcolm Smith  III sfultz@barley.com

SUSANNA M. FULTZ

on behalf of Accountant C. Malcom Smith Co. P.C. sfultz@barley.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

WALTER WEIR, JR.

on behalf of Shannon Kroemmelbein wweir@weirlawllp.com  smorris@weirlawllp.com

WILLIAM EDWARD CRAIG

on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com
mortoncraigecf@gmail.com;alapinski@egalawfirm.com

WILLIAM R.A. RUSH

on behalf of Stephanie Miller wrush@rushlawberks.com

WILLIAM R.A. RUSH

on behalf of Creditor William R.A. Rush wrush@rushlawberks.com

WILLIAM R.A. RUSH

on behalf of C. Malcolm Smith  III wrush@rushlawberks.com

WILLIAM R.A. RUSH

on behalf of Seguro Medico  LLC wrush@rushlawberks.com

WILLIAM R.A. RUSH

on behalf of Arthur W. Walsh  Jr. wrush@rushlawberks.com

WILLIAM R.A. RUSH

on behalf of Accountant C. Malcom Smith Co. P.C. wrush@rushlawberks.com

District/off: 0313-4                          User: admin                                      Page 4 of 4
Date Rcvd: Mar 24, 2026                       Form ID: pdf900                                   Total Noticed: 24

WILLIAM R.A. RUSH
      on behalf of Shannon Kroemmelbein wrush@rushlawberks.com

TOTAL: 43

IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN
DISTRICT OF PENNSYLVANIA

**IN RE: ALAN CHRISTOPHER REDMOND**   :

:   Bankruptcy no. 24-13093

:

:   Involuntary Chapter 11

:

:

## ORDER

AND NOW, this 24th day of March , 2026, upon consideration of the

Motion to Lift Sanctions and requesting Relief from Back Sanctions filed by Petitioners, C.

Malcolm Smith III and C. Malcolm Smith & Company, on February 17, 2026 at Docket #512,

it is hereby ORDERED and DECREED as follows:

1. Sanctions imposed upon Petitioners, C. Malcolm Smith III and C. Malcolm Smith &

   Company, by Order dated April 22, 2025, shall terminate effective June 19, 2025, as

   Petitioners complied with the Rule 2004 examination Order.

2. The sanctions that accrued against C. Malcolm Smith III and C. Malcolm Smith &

   Company from May 2, 2025 until June 19, 2025 (37 business days at $500/day) are

   hereby vacated.

3. Sanctions in the amount of $5,000.00 are hereby imposed upon William R. A. Rush,

   Esquire and Rush Law Group, as reimbursement to Petitioners for its attorney fees and costs

   associated with compliance with this Court's April 22, 2025 Order.

BY THE COURT:

_Patricia M. Mayer_
_____ J.