# Exhibit A

# Exhibit A

# J e f f   M a r t i n

610.207.8474 – jmartin@c21gold.com

## I t ' s   A l l   A b o u t   C o m m i t m e n t

**Education:**

Shippensburg University Degree – BS Marketing – 1998

**Experience:**

Real Estate Agent – Century 21 1998-present (27 years)

- Consistently ranked in the top 1% of Century 21 agents in the USA over the last decade.
- Top 10 of 30K Agents in the State of PA for Century 21 – last 10 years
- Centurion Award – 14 years - A National prestigious recognition given to top-performing real estate agents and teams within the CENTURY 21 system, acknowledging their exceptional sales achievements and commitment to excellence.
- Represented sellers and buyers, as well as Real Estate Owned (REO), investors and estates, in over 1,000 closed transactions.
- $190,000,000 in lifetime home sales.
- Customer base is more than 80% referrals and repeat clients.
- Performed 1250+ Customized Market Analysis during career – via data collection, market analysis, property condition analysis to advise clients on how to maximize the value of their real estate transaction.

**Certifications:**

- ABR – Accredited Buyer Representative
- CDPE – Certified Distressed Property Expert
- CNE – Certified Negotiation Expert
- CPS – Certified Probate Specialist
- CFSP – Certified Full-Service Professional
- Green – Green Resource Council

**Memberships:**

- National Association of Realtors
- Reading Berks Association of Realtors
- Buffini & Company Referral Network
- Greater Reading Chamber Alliance
- Alpha Kappa Psi - Professional Business Fraternity

**Continued Education:**

- Full time Business Coach through Buffini & Company since 2012
- Yearly training courses on various facets of Real Estate.
- Monthly networking meetings with fellow agents and business partners.

# 2005 Regency Drive

March 13, 2025

**Jeffrey Martin**
Real Estate Salesperson
RS219358L PA
(610) 779-2500
jmartin@c21gold.com



CENTURY 21.
Gold

© 2025 Century 21 Real Estate LLC. CENTURY 21®, the CENTURY 21 Logo and C21® are registered service marks owned by Century 21 Real Estate LLC. Century 21 Real Estate LLC fully supports the principles of the Fair Housing Act. Each office is independently owned and operated. Each independent sales associate and broker is responsible for the specific customized content of this presentation.

# JEFF MARTIN

*It's All About Commitment*

Cell: 610-207-8474 | Direct: 610-898-6215

E-mail: jmartin@c21gold.com | Web site: www.JeffMartinsMarket.com

March 10, 2025

Re: 2005 Regency Dr. Wyomissing, Pa. 19610 Market Evaluation

To Whom it May Concern

The following report is a customized market evaluation of the subject property. The evaluation is based on the property information available, the current real estate market conditions and the most recent sales of comparable homes in the same area as the subject. The property information was obtained from previous listings of the property while on the market for sale and for rent from January 2020 through November of 2022 with a focus on the listing information provided during 2022. Per the Multiple Listing Service (MLS) the property was rented in December of 2022 for $3900 a month. There is no additional property information available since this last rental listing and we have not been provided with physical access to the interior of the property to help generate this report.

The current market conditions have been established from the data obtained from the MLS and other resources over the last two years.Homes values have risen at a rapid pace over the last eight years. However, the rate increase over the last two years has slowed substantially but still positive. The slowing home price appreciation is due to several factors, most notably higher mortgage rates since 2023 that are almost double what they were compared to the previous ten years. Homeowners are staying in the current home longer due to Covid 19, rising rates, and other factors thus limiting the supply of homes for sale which has in turn kept home prices on the rise for more than a decade.

The home sales in this report were obtained from the MLS system. These closed sales have all settled within the past year, located less than two miles from the subject property and are all in the Wyomissing School District.The following report identifies the specific details of the subject property and the most recent home sales.The estimated range of value of the subject property can be found on page 22. The most recent listing of the subject property is attached along with the property history and local Berks County market statistics. Should you have any questions or need further information please let us know.

Sincerely,

Jeff Martin



Gold
Each Office Independently Owned and Operated.
610-779-2500
925 Berkshire Blvd., Suite 100
Wyomissing, PA 19610



 

★

| Beds | Bath | SQFT* | Lot Size |
|------|------|-------|----------|
| 4 | 4 | 5,108 | 0.32 Acres |

## Listing Detail

**SQFT Details** Above Fin. 5,108 | Below Fin. 2,000 | **Total SQFT 7,108**

**Property Type** Single-Family

**Year Built** 1995

**County** Berks

**Tax Amount** $24,092

**Tax Year** 2025

**Parcel #** 96-4396-14-32-2819

**Subdivision** Inner Circle

**Building Style** Traditional

## Features

**Floors** Carpet, Tile/Brick

**Garage** 3, Attached

**Parking** Driveway

**Kitchen** Full, Custom

**Basement** Full, Finished, Wet Bar, Theater Room, Workout Room

**Roof** Architectural

**Heat/AC** 2 Zone Gas Hot Water / Central Air

**Fuel** Gas, Electric

**Fireplace** 1

**Pool** None

**Exterior** Brick

**Bathroom Details** Full Bath 3, Half Bath 1

*SQFT = Above Grade Finished Square Feet

© 2025 Century 21 Real Estate LLC. CENTURY 21®, the CENTURY 21 Logo and C21® are registered service marks owned by Century 21 Real Estate LLC. Century 21 Real Estate LLC fully supports the principles of the Fair Housing Act. Each office is independently owned and operated. Each independent sales associate and broker is responsible for the specific customized content of this presentation.

Jeffrey Martin | (610) 779-2500 | jmartin@c21gold.com

# Listing Location Map



**Sold Properties**

© 2025 Century 21 Real Estate LLC. CENTURY 21®, the CENTURY 21 Logo and C21® are registered service marks owned by Century 21 Real Estate LLC. Century 21 Real Estate LLC fully supports the principles of the Fair Housing Act. Each office is independently owned and operated. Each independent sales associate and broker is responsible for the specific customized content of this presentation.

Jeffrey Martin | (610) 779-2500 | jmartin@c21gold.com

CENTURY21
Gold

**Listing Location Map**

| | | Address | Price | Beds | Baths | Days | SQFT* | $/SQFT |
|---|---|---|---|---|---|---|---|---|
| ★ | | | | 4 | 4 | – | 5,108 | - |
| 1. | | 337 Greenbriar Road Reading, PA 19610 | $1,050,000 | 5 | 5 | 724 | 5,101 | $206 |
| 2. | | 8 Trent Place Wyomissing, PA 19610 | $924,500 | 4 | 5 | 89 | 3,728 | $248 |
| 3. | | 1713 Meadowlark Road Wyomissing, PA 19610 | $900,000 | 5 | 5 | 187 | 4,710 | $191 |
| 4. | | 1504 Old Mill Road Wyomissing, PA 19610 | $890,000 | 5 | 7 | 119 | 6,130 | $145 |
| 5. | | 320 Wyomissing Boulevard Reading, PA 19610 | $850,000 | 4 | 4 | 45 | 3,566 | $238 |
| 6. | | 1851 Lincoln Avenue Wyomissing, PA 19610 | $800,000 | 5 | 3 | 546 | 3,097 | $258 |

*SQFT = Above Grade Finished Square Feet

© 2025 Century 21 Real Estate LLC. CENTURY 21®, the CENTURY 21 Logo and C21® are registered service marks owned by Century 21 Real Estate LLC. Century 21 Real Estate LLC fully supports the principles of the Fair Housing Act. Each office is independently owned and operated. Each independent sales associate and broker is responsible for the specific customized content of this presentation.

**Jeffrey Martin | (610) 779-2500 | jmartin@c21gold.com**



| Beds | Bath | SQFT* | Lot Size |
|------|------|-------|----------|
| 5 | 5 | 5,101 | 0.44 Acres |

## SOLD

## $1,050,000

**List Price:** $1,150,000

**Days:** 724

**Sold Date:** 06/03/2024

**Original List Price:** $1,200,000

**Original Sold Price:** $1,050,000

**% of List Price:** 91%

**$/SQFT:** $206

**Listing Courtesy of:** BRIGHT MLS

*SQFT = Above Grade Finished Square Feet

# Comparable #1

337 Greenbriar Road, Reading, PA 19610

## Listing Detail

**Property Type:** Residential

**Building Style:** Traditional

**Lot Dimensions:** 0.00 X 0.00

**Year Built:** 1993

**County:** Berks County

**Tax Amount:** $22,241

**Tax Year:** 2023

**SQFT Details:** Above Fin. 5,101 Below Fin. 1,050 **Total SQFT 6,151**

**MLS #:** PABK2015014

**MLS Area:** WYOMISSING BORO (10296)

**Subdivision:** INNER CIRCLE

**School District:** Wyomissing Area

## Features

**Basement:** Full, Partially Finished

**Garage:** 6

**Fireplace:** Gas/Propane

**Heat:** Forced Air, Central A/C

**Fuel:** Natural Gas

**Floors:** Hardwood, Carpet, Tile/Brick

**Roof:** Architectural Shingle

**Exterior:** Brick

**Pool:** In Ground, Heated

**Bathroom Details:** Full Bath 4, Half Bath 1

**Senior Community:** No

© 2025 Century 21 Real Estate LLC. CENTURY 21®, the CENTURY 21 Logo and C21® are registered service marks owned by Century 21 Real Estate LLC. Century 21 Real Estate LLC fully supports the principles of the Fair Housing Act. Each office is independently owned and operated. Each independent sales associate and broker is responsible for the specific customized content of this presentation.



| Beds | Bath | SQFT* | Lot Size |
|---|---|---|---|
| 5 | 5 | 5,101 | 0.44 Acres |

## SOLD

## $1,050,000

**List Price:** $1,150,000

**Days:** 724

**Sold Date:** 06/03/2024

**Original List Price:** $1,200,000

**Original Sold Price:** $1,050,000

**% of List Price:** 91%

**$/SQFT:** $206

**Listing Courtesy of:** BRIGHT MLS

*SQFT = Above Grade Finished Square Feet

# Comparable #1

337 Greenbriar Road, Reading, PA 19610

## Remarks

A rare find in the ideal location. This home is being offered for the first time by the original owners. Gracious living in over 5,000 sq. ft. All brick construction. Custom features are found everywhere in this home. Custom kitchen with subzero refrigerator, gas downdraft cooktop, wall oven with microwave/convection oven. Incredible master suite with separate sitting room/den and unbelievable custom master bathroom. The second floor includes two additional bedrooms, a full bathroom and an exercise loft. The main level is simply spacious. Large formal living room, dining room, kitchen complete with island work space and breakfast bar, and a large dramatic vaulted family room with breakfast area and French doors flowing to the outside entertaining areas. The first floor includes a bedroom, office and an additional full bathroom. A partially finished lower level includes a wonderful family room and a 5th bedroom, plus another full bathroom. Outside living space is equally as impressive. The property features a formal garden with tranquil pond and fountain, along with a large brick patio, and heated inground swimming pool. The property also includes a two story carriage house with a lower level that includes a large covered porch for entertaining plus an oversized storage/garden workshop space. The upper level of this building boasts garage space for up to 3 vehicles. Coupled with the oversized 3 car garage that is attached to the home, this property is perfect for the automotive enthusiast!

© 2025 Century 21 Real Estate LLC. CENTURY 21®, the CENTURY 21 Logo and C21® are registered service marks owned by Century 21 Real Estate LLC. Century 21 Real Estate LLC fully supports the principles of the Fair Housing Act. Each office is independently owned and operated. Each independent sales associate and broker is responsible for the specific customized content of this presentation.

**Jeffrey Martin | (610) 779-2500 | jmartin@c21gold.com**



| Beds | Bath | SQFT* | Lot Size |
|------|------|-------|----------|
| 4 | 5 | 3,728 | 0.49 Acres |

## SOLD

## $924,500

**List Price:** $924,500

**Days:** 89

**Sold Date:** 05/10/2024

**Original List Price:** $949,500

**Original Sold Price:** $924,500

**% of List Price:** 100%

**$/SQFT:** $248

**Listing Courtesy of:** BRIGHT MLS

*SQFT = Above Grade Finished Square Feet

# Comparable #2
8 Trent Place, Wyomissing, PA 19610

## Listing Detail

**Property Type:** Residential

**Building Style:** Transitional

**Lot Dimensions:** 0.00 X 0.00

**Year Built:** 1980

**County:** Berks County

**Tax Amount:** $14,549

**Tax Year:** 2023

**SQFT Details:** Above Fin. 3,728 Below Fin. 920 **Total SQFT 4,648**

**MLS #:** PABK2038098

**MLS Area:** WYOMISSING BORO (10296)

**Subdivision:** NONE AVAILABLE

**School District:** Wyomissing Area

## Features

**Basement:** Full, Fully Finished

**Garage:** 2

**Fireplace:** Wood, Mantel(s), Gas/ Propane

**Heat:** Zoned, Forced Air, Central A/C

**Fuel:** Natural Gas

**Floors:** Wood, Carpet, Ceramic Tile

**Roof:** Shingle, Pitched

**Exterior:** Cement Siding

**Bathroom Details:** Full Bath 3, Half Bath 2

**Senior Community:** No

© 2025 Century 21 Real Estate LLC. CENTURY 21®, the CENTURY 21 Logo and C21® are registered service marks owned by Century 21 Real Estate LLC. Century 21 Real Estate LLC fully supports the principles of the Fair Housing Act. Each office is independently owned and operated. Each independent sales associate and broker is responsible for the specific customized content of this presentation.



| Beds | Bath | SQFT* | Lot Size |
|------|------|-------|----------|
| 4 | 5 | 3,728 | 0.49 Acres |

## SOLD

### $924,500

**List Price:** $924,500

**Days:** 89

**Sold Date:** 05/10/2024

**Original List Price:** $949,500

**Original Sold Price:** $924,500

**% of List Price:** 100%

**$/SQFT:** $248

**Listing Courtesy of:** BRIGHT MLS

*SQFT = Above Grade Finished Square Feet

# Comparable #2

8 Trent Place, Wyomissing, PA 19610

## Remarks

Situated in the heart of Wyomissing Borough, is this beautiful 4 bedroom, 3 full and 2 half bath 2-story on almost ½ acre on a private, tree lined cul-de-sac. A lovely, covered front porch greets you along with an open, large foyer which leads into the formal living room with a dramatic cathedral ceiling, stained hardwood flooring and a brick fireplace flanked by beautiful built-ins to display all of your favorite knick-knacks, as well as sliders that lead out to the large stone paver patio. A very spacious, open family room holds the second fireplace surrounded by an accent wall, chair rail and crown molding and access to the dining room with lots of windows for tons of natural light. The chef's kitchen will be a delight to cook in with a large center island with seating, double wall oven, upgraded countertops, cathedral ceiling, vegetable sink, tons of cabinets for storage, pantry and lovely built-in bench seating surrounded by windows. A large, main floor bedroom and full bath with stall shower, a half bath and a convenient main floor laundry room finish off this level. Upstairs, you will find a very spacious primary bedroom ensuite with a large tile surround shower and double bowl granite vanity and two very large walk-in closets (walk in closet used to be a bedroom and can be converted back to a bedroom ). There are two additional spacious bedrooms and a large hall bath. The daylight, walk-out lower level offers additional living space with a large rec room (currently set up as a gym) with access to the side patio, a wet bar area and additional rec room with endless possibilities and a powder room. The exterior grounds are professionally hardscaped and landscaped with a firepit, hot tub and large grilling station, for endless hours of entertainment. Additional features include the 2-car, oversized attached garage, large driveway for plenty of parking, maintenance free James Hardie cement board siding, hi-efficiency gas HVAC, large and easily assessable attic space for additional storage and outdoor storage shed. This is the one you need to see!

© 2025 Century 21 Real Estate LLC. CENTURY 21®, the CENTURY 21 Logo and C21® are registered service marks owned by Century 21 Real Estate LLC. Century 21 Real Estate LLC fully supports the principles of the Fair Housing Act. Each office is independently owned and operated. Each independent sales associate and broker is responsible for the specific customized content of this presentation.

Jeffrey Martin | (610) 779-2500 | jmartin@c21gold.com

CENTURY 21
Gold



| Beds | Bath | SQFT* | Lot Size |
|---|---|---|---|
| 5 | 5 | 4,710 | 0.69 Acres |

## SOLD

## $900,000

**List Price:** $998,000

**Days:** 187

**Sold Date:** 04/30/2024

**Original List Price:** $1,100,000

**Original Sold Price:** $900,000

**% of List Price:** 90%

**$/SQFT:** $191

**Listing Courtesy of:** BRIGHT MLS

*SQFT = Above Grade Finished Square Feet

# Comparable #3
1713 Meadowlark Road, Wyomissing, PA 19610

## Listing Detail

**Property Type:** Residential

**Building Style:** Traditional

**Lot Dimensions:** 0.00 X 0.00

**Year Built:** 1980

**County:** Berks County

**Tax Amount:** $14,717

**Tax Year:** 2022

**SQFT Details:** Above Fin. 4,710 Below Fin. 2,038 **Total SQFT 6,748**

**MLS #:** PABK2031438

**MLS Area:** WYOMISSING BORO (10296)

**Subdivision:** BIRDLAND

**School District:** Wyomissing Area

## Features

**Basement:** Full, Fully Finished

**Garage:** 4

**Fireplace:** Wood, Gas/Propane

**Heat:** Forced Air, Central A/C

**Fuel:** Natural Gas

**Floors:** Hardwood, Carpet

**Exterior:** Frame, Masonry

**Bathroom Details:** Full Bath 4, Half Bath 1

**Senior Community:** No

© 2025 Century 21 Real Estate LLC. CENTURY 21®, the CENTURY 21 Logo and C21® are registered service marks owned by Century 21 Real Estate LLC. Century 21 Real Estate LLC fully supports the principles of the Fair Housing Act. Each office is independently owned and operated. Each independent sales associate and broker is responsible for the specific customized content of this presentation.



| Beds | Bath | SQFT* | Lot Size |
|------|------|-------|----------|
| 5 | 5 | 4,710 | 0.69 Acres |

## SOLD

### $900,000

**List Price:** $998,000

**Days:** 187

**Sold Date:** 04/30/2024

**Original List Price:** $1,100,000

**Original Sold Price:** $900,000

**% of List Price:** 90%

**$/SQFT:** $191

**Listing Courtesy of:** BRIGHT MLS

*SQFT = Above Grade Finished Square Feet

## Comparable #3
1713 Meadowlark Road, Wyomissing, PA 19610

### Remarks

Located on a scenic tree lined street in Wyomissing's coveted Birdlandneighborhood, this home is perfect for a growing family. From the time you walk inthrough the custom portico covered front entry you will notice the attention todetail put into this Ward Hayes built home. You will be sure to appreciate the manyamenities this classic home has to offer including: hardwood flooring throughout themain level, designer lighting fixtures and wall sconces, Hunter Douglass silhouettesheer shade blinds on all Anderson tilt windows with integral mullions, custom builtin dry bar with quartz countertop and 2 wine/beer fridges, the kitchen/great roomwith semi-custom Candlelight kitchen cabinetry, granite countertops and fullbacksplash, expansive center island granite countertop and seating for 6, custompantry with build in shelves, Dacor dual fuel 48 range, Dacor warming drawer, builtin Miele coffee maker system, built-in custom bookshelves in the great room, crownmolding throughout the main floor, custom built in closets in all the bedrooms, rearstair entrance to the bonus room/office, custom 6 x 6 Kohler shower in the ensuitewith custom vanity and marble top. There are 2 fireplaces, one wood burning andone gas/wood burning. In the finished lower level you will enjoy the home theatrewith 7 speaker surround system and 120 projector screen and all AV equipmentand theater drapes, and full bath perfect for Sunday Game Day or Family Movienights.The expanded garage has room for 4 cars, understairs storage and rear accessdoors. Step outside to enjoy the expansive full blue stone/granite patio, stone sittingwall, integral lighting, and natural gas pipe line for your grill. The expansivecompletely fenced in back yard is professionally landscaped with mature plantings,Hydrangea, Leyland Cypress, and PineThis home is ideal for hosting large parties, holiday entertaining with family andfriends, and building cherished memories.Please access the features page in the documents section along with the floor plan.Internal

© 2025 Century 21 Real Estate LLC. CENTURY 21®, the CENTURY 21 Logo and C21® are registered service marks owned by Century 21 Real Estate LLC. Century 21 Real Estate LLC fully supports the principles of the Fair Housing Act. Each office is independently owned and operated. Each independent sales associate and broker is responsible for the specific customized content of this presentation.



| Beds | Bath | SQFT* | Lot Size |
|------|------|-------|----------|
| 5 | 7 | 6,130 | 0.55 Acres |

## SOLD

## $890,000

**List Price:** $899,900

**Days:** 119

**Sold Date:** 06/12/2024

**Original List Price:** $899,900

**Original Sold Price:** $890,000

**% of List Price:** 99%

**$/SQFT:** $145

**Listing Courtesy of:** BRIGHT MLS

*SQFT = Above Grade Finished Square Feet

# Comparable #4

1504 Old Mill Road, Wyomissing, PA 19610

## Listing Detail

**Property Type:** Residential

**Building Style:** Traditional

**Lot Dimensions:** 0.00 X 0.00

**Year Built:** 1971

**County:** Berks County

**Tax Amount:** $21,387

**Tax Year:** 2023

**SQFT Details:** Above Fin. 6,130 Below Fin. 1,749 **Total SQFT 7,879**

**MLS #:** PABK2034058

**MLS Area:** WYOMISSING BORO (10296)

**Subdivision:** BIRDLAND

**School District:** Wyomissing Area

## Features

**Basement:** Full, Walkout Stairs, Heated, Fully Finished, Garage Access

**Garage:** 4

**Parking:** Paved Driveway

**Fireplace:** Marble, Stone, Wood, Mantel(s)

**Heat:** Forced Air, Central A/C

**Fuel:** Natural Gas

**Floors:** Marble, Carpet, Ceramic Tile

**Roof:** Shingle, Pitched, Architectural Shingle

**Exterior:** Brick, Copper Plumbing

**Pool:** In Ground, Fenced, Pool/Spa Combo

**Bathroom Details:** Full Bath 5, Half Bath 2

**Senior Community:** No

© 2025 Century 21 Real Estate LLC. CENTURY 21®, the CENTURY 21 Logo and C21® are registered service marks owned by Century 21 Real Estate LLC. Century 21 Real Estate LLC fully supports the principles of the Fair Housing Act. Each office is independently owned and operated. Each independent sales associate and broker is responsible for the specific customized content of this presentation.

Jeffrey Martin | (610) 779-2500 | jmartin@c21gold.com



| Beds | Bath | SQFT* | Lot Size |
|------|------|-------|----------|
| 5 | 7 | 6,130 | 0.55 Acres |

## SOLD

## $890,000

**List Price:** $899,900

**Days:** 119

**Sold Date:** 06/12/2024

**Original List Price:** $899,900

**Original Sold Price:** $890,000

**% of List Price:** 99%

**$/SQFT:** $145

**Listing Courtesy of:** BRIGHT MLS

*SQFT = Above Grade Finished Square Feet

# Comparable #4
1504 Old Mill Road, Wyomissing, PA 19610

## Remarks

Uniquely Special Wyomissing OfferingLocated in the heart of the highly-desired Birdland neighborhood is a truly special home, bursting with one-of-a-kind features, including custom faux paint finishes, ambiance lighting, Pella windows, and solid wood doors throughout.Through the beautiful, columned covered front entry with double doors, you're greeted by an ornate, curved staircase, marble tile flooring, massive front windows, and a vaulted ceiling in the foyer.The living room's focal point is a wood-burning fireplace with custom French scalloped mantle, Russo Italian marble surround, and hearth with illuminated, built-in casework, as well as the coffered ceiling and true hardwood floors that match the elegant dining room. There, French door sliders reveal curved walls with a corner window and a crystal chandelier.A cathedral ceiling with exposed beams highlights the awesome family room, complemented by a beautiful, floor-to-ceiling stone fireplace flanked by Schubert built-ins. Large Pella windows to the backyard with matching French doors that lead to the back patio.The kitchen is a country chef's dream, equipped with a massive, granite island with sink, sub-zero fridge and separate freezer, double wall oven, commercial Viking range with hood, tiled mural cooktop, double bowl sink, stained glass appliance garage, Maple cabinetry, French Quarry tile floors, corner built-ins, walk-in pantry, and breakfast bar.Entertaining is easy thanks to a bright and open breakfast room with stunning turret wood ceiling, extensive ornate windows, archway to the neighboring family room, and Butler's pantry with wet bar/sink, casework, and ice maker, plus full main level bathroom off the pool and patio. The neighboring, private office makes work enjoyable, featuring a cathedral ceiling, built-in shelving, and two corner windows.The 2nd level is reserved for the Master Suite, boasting a huge walk-in closet with built-ins and a window, a private deck with French doors, a luxury bathroom with marble double vanity and makeup area, stall tile shower, and soaking tub with marble surround, a sizable nursery/sitting room with skylight and laundry chute, and an office/5th bedroom option that enjoys two large picture windows, recessed lighting, and walk-up to floored attic.On the 3rd level, you'll find a Princess Suite with a cathedral ceiling and skylight, walk-in closet, floor-to-ceiling window and built-ins, and an en-suite BA with tile shower and floors. Two additional bedrooms each feature French door closets with easy access to two full bathrooms with tile flooring; one with double vanity and oversized soaking tub/shower and the other with step-in shower and vanity with tile top.The awesome lower level is the perfect space for both adults and kids alike with a massive stone, wood-burning fireplace, full wet bar, powder room, and bonus/exercise room for work or play, plus stair access to the oversized, 4-car garage with high ceilings and built-in cabinets.The backyard is made for outdoor living with a large, 2-level flagstone patio surrounding the in-ground pool and separate spa, plus a built-in grill, outdoor audio, unique cedar arbor, Palm tree, and large side yard.

© 2025 Century 21 Real Estate LLC. CENTURY 21®, the CENTURY 21 Logo and C21® are registered service marks owned by Century 21 Real Estate LLC. Century 21 Real Estate LLC fully supports the principles of the Fair Housing Act. Each office is independently owned and operated. Each independent sales associate and broker is responsible for the specific customized content of this presentation.

CENTURY 21
Gold

**Listing Overview**



| Beds | Bath | SQFT* | Lot Size |
|------|------|-------|----------|
| 4 | 4 | 3,566 | 0.28 Acres |

## SOLD

### $850,000

**List Price:** $925,000

**Days:** 45

**Sold Date:** 08/09/2024

**Original List Price:** $925,000

**Original Sold Price:** $850,000

**% of List Price:** 92%

**$/SQFT:** $238

**Listing Courtesy of:** BRIGHT MLS

*SQFT = Above Grade Finished Square Feet

# Comparable #5

320 Wyomissing Boulevard, Reading, PA 19610

## Listing Detail

**Property Type:** Residential

**Building Style:** Traditional

**Lot Dimensions:** 0.00 X 0.00

**Year Built:** 1940

**County:** Berks County

**Tax Amount:** $17,588

**Tax Year:** 2023

**SQFT Details:** Above Fin. 3,566 **Total SQFT 3,566**

**MLS #:** PABK2043244

**MLS Area:** WYOMISSING BORO (10296)

**Subdivision:** WYOMISSING

**School District:** Wyomissing Area

**Elementary School:** West Reading

**High School:** Wyomissing Area

## Features

**Basement:** Workshop, Poured Concrete, Partially Finished, Improved, Heated, Full

**Garage:** 2

**Parking:** Paved Driveway

**Fireplace:** Wood, Stone, Mantel(s), Brick

**Heat:** Hot Water, Central A/C

**Fuel:** Natural Gas

**Floors:** Hardwood, Tile/Brick, Stone

**Roof:** Architectural Shingle

**Exterior:** Stone

**Bathroom Details:** Full Bath 3, Half Bath 1

**Senior Community:** No

© 2025 Century 21 Real Estate LLC. CENTURY 21®, the CENTURY 21 Logo and C21® are registered service marks owned by Century 21 Real Estate LLC. Century 21 Real Estate LLC fully supports the principles of the Fair Housing Act. Each office is independently owned and operated. Each independent sales associate and broker is responsible for the specific customized content of this presentation.

**Jeffrey Martin | (610) 779-2500 | jmartin@c21gold.com**

| Beds | Bath | SQFT* | Lot Size |
|------|------|-------|----------|
| 4 | 4 | 3,566 | 0.28 Acres |

## SOLD

### $850,000

**List Price:** $925,000

**Days:** 45

**Sold Date:** 08/09/2024

**Original List Price:** $925,000

**Original Sold Price:** $850,000

**% of List Price:** 92%

**$/SQFT:** $238

**Listing Courtesy of:** BRIGHT MLS

*SQFT = Above Grade Finished Square Feet

# Comparable #5
## 320 Wyomissing Boulevard, Reading, PA 19610

### Remarks

Stately, Old Wyomissing, Stone home. This home and property personifies what makes Wyomissing architecture and the community special! Located just off of theWyomissing & Reading Boulevards circle, everything the Boro has to offer is within walking distance or a short drive - Schools, Places of Worship, Library, Tennis Courts,Wyomissing Pool, Wyomissing Park System, Hospital, Shopping and the great dining, shopping & events in West Reading!The main entrance level features a center hall with gorgeous staircase, formal living room with wood burning brick fireplace and decorative trim that opens to side-covered, private patio; formal dining room with built-in corner cabinets; updated kitchen with beautiful tiled backsplash; den with dry-bar and a full bath making thisspace easily transformed into a 1st floor bedroom! There is an addition powder room with original mosaic tile and an enclosed breezeway to the 2 car attached garage.Up the formal staircase and shy of the 2nd floor, is a spectacular bedroom/office/den that feature a stone fireplace and knotty pine panelling! A few steps upward, you will find the main bedroom suite offering the owner a true retreat - huge bedroom, custom walk-in wardrobe, custom bath with jetted soaking tub anda glass enclosed shower! There are 2 other large bedrooms on this level that share the 3rd full bath with its original tile. A special feature of this level is the original hall cedar linen closet - this is a must see!The lower level of the home is partially finished - a large separate room is currently being used as a craft-room; the main area can be used as another family room, play space, exercise room, etc... There is also the laundry and spacious mechanical/worksop on this level.The exterior of the home offers mature landscape, a cover flagstone patio and a 2nd flagstone patio that can host large gatherings.This is a must-see home for the discriminating buyer and those who love Wyomissing!

© 2025 Century 21 Real Estate LLC. CENTURY 21®, the CENTURY 21 Logo and C21® are registered service marks owned by Century 21 Real Estate LLC. Century 21 Real Estate LLC fully supports the principles of the Fair Housing Act. Each office is independently owned and operated. Each independent sales associate and broker is responsible for the specific customized content of this presentation.



| Beds | Bath | SQFT* | Lot Size |
|------|------|-------|----------|
| 5 | 3 | 3,097 | 0.26 Acres |

## SOLD

## $800,000

**List Price:** $799,900

**Days:** 546

**Sold Date:** 04/02/2024

**Original List Price:** $779,900

**Original Sold Price:** $800,000

**% of List Price:** 100%

**$/SQFT:** $258

**Listing Courtesy of:** BRIGHT MLS

*SQFT = Above Grade Finished Square Feet

# Comparable #6

1851 Lincoln Avenue, Wyomissing, PA 19610

## Listing Detail

**Property Type:** Residential

**Building Style:** Traditional

**Lot Dimensions:** 0.00 X 0.00

**Year Built:** 0

**County:** Berks County

**Tax Amount:** $2,068

**Tax Year:** 2023

**SQFT Details:** Above Fin. 3,097 Above Unfin. 450 Below Unfin. 1,350 **Total SQFT 4,897**

**MLS #:** PABK2017100

**MLS Area:** WYOMISSING BORO (10296)

**Subdivision:** NONE AVAILABLE

**School District:** Wyomissing Area

## Features

**Basement:** Unfinished

**Heat:** 90% Forced Air, Central A/C

**Fuel:** Natural Gas

**Floors:** Carpet, Engineered Wood, Tile/Brick

**Roof:** Architectural Shingle

**Exterior:** Stone, Frame, Asphalt, Batts Insulation, Vinyl Siding, Blown-In Insulation

**Bathroom Details:** Full Bath 3

**Senior Community:** No

## Remarks

A remarkable and exceedingly rare opportunity beckons for those seeking to acquire a newly constructed residence in the picturesque enclave of Wyomissing, where architectural splendor, opulent living, and serene serenity converge in perfect harmony. This distinguished home, encompassing five bedrooms, three full baths, and an expansive 3,097 square feet of exquisitely planned space, is poised to be a paragon of impeccable craftsmanship, meticulously assembled with the finest materials and enhancements that epitomize modern luxury.Approaching the grand entryway, one is greeted by a magnificent double front door, a symphony of aesthetics that ushers guests into a resplendent foyer. Here, a majestic two-story stained staircase unfurls, leading to an open passageway that seamlessly connects the dining room, kitchen, and family room. The main level is adorned with stunning wide-plank ceramic tiles, meticulously crafted to mimic the warmth and allure of hardwood floors, creating a visual and tactile feast for the senses.An impressively spacious formal dining room, an extension of the foyer, is adorned with an architectural tray ceiling and a chandelier that casts an enchanting glow over elegant gatherings. Adjacent, the

© 2025 Century 21 Real Estate LLC. CENTURY 21®, the CENTURY 21 Logo and C21® are registered service marks owned by Century 21 Real Estate LLC. Century 21 Real Estate LLC fully supports the principles of the Fair Housing Act. Each office is independently owned and operated. Each independent sales associate and broker is responsible for the specific customized content of this presentation.

Jeffrey Martin | (610) 779-2500 | jmartin@c21gold.com



| Beds | Bath | SQFT* | Lot Size |
|------|------|-------|----------|
| 5 | 3 | 3,097 | 0.26 Acres |

## SOLD

# $800,000

**List Price:** $799,900

**Days:** 546

**Sold Date:** 04/02/2024

**Original List Price:** $779,900

**Original Sold Price:** $800,000

**% of List Price:** 100%

**$/SQFT:** $258

**Listing Courtesy of:** BRIGHT MLS

*SQFT = Above Grade Finished Square Feet

# Comparable #6
## 1851 Lincoln Avenue, Wyomissing, PA 19610

kitchen stands as a chef's sanctuary, replete with granite countertops, an expansive center island, a formidable 36 gas range boasting six burners, and custom kitchen cabinetry adorned with undermount LED lighting and a tasteful tiled backsplash. The island harbors a built-in microwave, while the farm-style sink with a custom faucet beckons culinary inspiration. Oversized 6 ft x 8 ft sliding patio doors flood the space with natural light, creating an inviting ambiance.The generously appointed family room, an ideal space for both daily living and hosting, features a custom two-story floor-to-ceiling stone accent wall, embracing a 36" gas fireplace with a raised hearth and a natural stone mantel. Expansive windows usher in the ever-changing beauty of the outdoors, offering a picturesque backdrop for all seasons.The main level further boasts a first-floor bedroom, a welcoming haven for guests, complemented by a spacious full bath featuring a tastefully tiled shower with glass doors and a double vanity unit that harmoniously bridges traditional and modern design aesthetics.A study room on the main level provides a contemplative retreat, with its traditional single-door entry and expansive bay windows that frame captivating views of the outdoors.Completing the ensemble is a thoughtfully designed main level laundry room, featuring custom upper cabinetry and a cabinet sink, adding a touch of practical luxury to daily life.Ascending the staircase, adorned with stained wood and complemented by black wrought iron spindles, unveils a bridge crowned by a central arch, affording an overlook of the dramatic family room on one side and the magnificent foyer on the other. Passing through double doors, one is ushered into a sprawling master suite, occupying a substantial portion of the upper level. The suite is graced by his and hers walk-in master closets, meticulously crafted with custom built-in shelving, offering ample space for wardrobe organization.The master bath suite is a spa-like sanctuary, showcasing an exceptionally capacious walk-in shower featuring a 7 ft granite bench seat, dual shower heads for his and hers, a central rain shower head, and an elegant glass door. A grand standalone soaking tub, flanked by separate vanities for him and her, ensures that every moment spent here is an indulgent retreat.The upper level also boasts three additional bedrooms, each appointed with care, and a full bath featuring a beautifully tiled shower.The unfinished lower-level basement, sprawling over 1,350 square feet, invites creative possibilities. This space can be tailored to accommodate a kitchenette, a fitness center, a built-in sauna, or simply serve as additional living space for serene retreats and relaxat

© 2025 Century 21 Real Estate LLC. CENTURY 21®, the CENTURY 21 Logo and C21® are registered service marks owned by Century 21 Real Estate LLC. Century 21 Real Estate LLC fully supports the principles of the Fair Housing Act. Each office is independently owned and operated. Each independent sales associate and broker is responsible for the specific customized content of this presentation.

CENTURY 21 Gold

# Side by Side Comparisons

| | | 337 Greenbriar Road Reading, PA 19610 | 8 Trent Place Wyomissing, PA 19610 | 1713 Meadowlark Road Wyomissing, PA 19610 | 1504 Old Mill Road Wyomissing, PA 19610 | 320 Wyomissing Boulevard Reading, PA 19610 |
|---|---|---|---|---|---|---|
| Status | - | Sold | Sold | Sold | Sold | Sold |
| MLS # | - | PABK2015014 | PABK2038098 | PABK2031438 | PABK2034058 | PABK2043244 |
| Property Type | Single-Family | Residential | Residential | Residential | Residential | Residential |
| Bedrooms | 4 | 5 | 4 | 5 | 5 | 4 |
| Bathrooms | 4.00 | 5.00 | 5.00 | 5.00 | 7.00 | 4.00 |
| Bathroom Details | - Full Bath 3 - 1/2 Bath 1 | - Full Bath 4 - 1/2 Bath 1 | - Full Bath 3 - 1/2 Bath 2 | - Full Bath 4 - 1/2 Bath 1 | - Full Bath 5 - 1/2 Bath 2 | - Full Bath 3 - 1/2 Bath 1 |
| Sqft* | 5,108 | 5,101 | 3,728 | 4,710 | 6,130 | 3,566 |
| Living Area | - | 6,151 | 4,648 | 6,748 | 7,879 | 3,566 |
| Lot Acres | 0.32 Acres | 0.44 Acres | 0.49 Acres | 0.69 Acres | 0.55 Acres | 0.28 Acres |
| Year Built | 1995 | 1993 | 1980 | 1980 | 1971 | 1940 |
| Days on Market | - | 724 | 89 | 187 | 119 | 45 |
| List Price | - | $1,150,000 | $924,500 | $998,000 | $899,900 | $925,000 |
| Sold Date | - | 06/03/2024 | 05/10/2024 | 04/30/2024 | 06/12/2024 | 08/09/2024 |
| Original List Price | - | $1,200,000 | $949,500 | $1,100,000 | $899,900 | $925,000 |
| Pre-Adjusted Price | - | $1,050,000 | $924,500 | $900,000 | $890,000 | $850,000 |
| Sold Price | - | $1,050,000 | $924,500 | $900,000 | $890,000 | $850,000 |
| % Of List Price | - | 91% | 100% | 90% | 99% | 92% |
| $/SqFt | - | $206 | $248 | $191 | $145 | $238 |
| $/Lot Acre | $0.00 | $2,386,364 | $1,886,735 | $1,304,348 | $1,618,182 | $3,035,714 |
| Tax Amount | $24,092 | $22,241 | $14,549 | $14,717 | $21,387 | $17,588 |
| Tax Year | 2025 | 2023 | 2023 | 2022 | 2023 | 2023 |
| Building Style | Traditional | Traditional | Transitional | Traditional | Traditional | Traditional |
| Fireplace | 1 | Gas/Propane | Wood, Mantel(s), Gas/Propane | Wood, Gas/Propane | Marble, Stone, Wood, Mantel(s) | Wood, Stone, Mantel(s), Brick |
| Kitchen | Full, Custom | - | - | - | - | - |
| Basement | Full, Finished, Wet Bar, Theater Room, Workout Room | Full, Partially Finished | Full, Fully Finished | Full, Fully Finished | Full, Walkout Stairs, Heated, Fully Finished, Garage Access | Workshop, Poured Concrete, Partially Finished, Improved, Heated, Full |
| Garage | 3, Attached | 6 | 2 | 4 | 4 | 2 |
| Parking | Driveway | - | - | - | Paved Driveway | Paved Driveway |
| Floors | Carpet, Tile/Brick | Hardwood, Carpet, Tile/Brick | Wood, Carpet, Ceramic Tile | Hardwood, Carpet | Marble, Carpet, Ceramic Tile | Hardwood, Tile/ Brick, Stone |
| Heat/AC | 2 Zone Gas Hot Water / Central Air | Forced Air, Central A/C | Zoned, Forced Air, Central A/C | Forced Air, Central A/C | Forced Air, Central A/C | Hot Water, Central A/C |
| Fuel | Gas, Electric | Natural Gas | Natural Gas | Natural Gas | Natural Gas | Natural Gas |

© 2025 Century 21 Real Estate LLC. CENTURY 21®, the CENTURY 21 Logo and C21® are registered service marks owned by Century 21 Real Estate LLC. Century 21 Real Estate LLC fully supports the principles of the Fair Housing Act. Each office is independently owned and operated. Each independent sales associate and broker is responsible for the specific customized content of this presentation.

Jeffrey Martin | (610) 779-2500 | jmartin@c21gold.com

CENTURY 21 Gold

Side by Side Comparisons

|  | | 337 Greenbriar Road<br>Reading, PA 19610 | 8 Trent Place<br>Wyomissing, PA 19610 | 1713 Meadowlark Road<br>Wyomissing, PA 19610 | 1504 Old Mill Road<br>Wyomissing, PA 19610 | 320 Wyomissing Boulevard<br>Reading, PA 19610 |
|---|---|---|---|---|---|---|
| Exterior | Brick | Brick | Cement Siding | Frame, Masonry | Brick, Copper Plumbing | Stone |
| Roof | Architectural | Architectural Shingle | Shingle, Pitched | - | Shingle, Pitched, Architectural Shingle | Architectural Shingle |
| Pool | None | In Ground, Heated | - | - | In Ground, Fenced, Pool/Spa Combo | - |
| County | Berks | Berks County | Berks County | Berks County | Berks County | Berks County |
| Subdivision | Inner Circle | INNER CIRCLE | NONE AVAILABLE | BIRDLAND | BIRDLAND | WYOMISSING |
| School District | - | Wyomissing Area | Wyomissing Area | Wyomissing Area | Wyomissing Area | Wyomissing Area |
| Elementary School | - | - | - | - | - | West Reading |
| High School | - | - | - | - | - | Wyomissing Area |

*SQFT = Above Grade Finished Square Feet

© 2025 Century 21 Real Estate LLC. CENTURY 21®, the CENTURY 21 Logo and C21® are registered service marks owned by Century 21 Real Estate LLC. Century 21 Real Estate LLC fully supports the principles of the Fair Housing Act. Each office is independently owned and operated. Each independent sales associate and broker is responsible for the specific customized content of this presentation.

Jeffrey Martin | (610) 779-2500 | jmartin@c21gold.com

**CENTURY 21** Gold

**Side by Side Comparisons**

1851 Lincoln Avenue
Wyomissing, PA 19610

| | | |
|---|---|---|
| Status | - | Sold |
| MLS # | - | PABK2017100 |
| Property Type | Single-Family | Residential |
| Bedrooms | 4 | 5 |
| Bathrooms | 4.00 | 3.00 |
| Bathroom Details | - Full Bath 3<br>- 1/2 Bath 1 | - Full Bath 3 |
| Sqft* | 5,108 | 3,097 |
| Living Area | - | 3,097 |
| Lot Acres | 0.32 Acres | 0.26 Acres |
| Year Built | 1995 | 0 |
| Days on Market | - | 546 |
| List Price | - | $799,900 |
| Sold Date | - | 04/02/2024 |
| Original List Price | - | $779,900 |
| Pre-Adjusted Price | - | $800,000 |
| Sold Price | - | $800,000 |
| % Of List Price | - | 100% |
| $/SqFt | - | $258 |
| $/Lot Acre | $0.00 | $3,076,923 |
| Tax Amount | $24,092 | $2,068 |
| Tax Year | 2025 | 2023 |
| Building Style | Traditional | Traditional |
| Fireplace | 1 | - |
| Kitchen | Full, Custom | - |
| Basement | Full, Finished, Wet Bar, Theater Room, Workout Room | Unfinished |
| Garage | 3, Attached | - |
| Parking | Driveway | - |
| Floors | Carpet, Tile/Brick | Carpet, Engineered Wood, Tile/Brick |
| Heat/AC | 2 Zone Gas Hot Water / Central Air | 90% Forced Air, Central A/C |
| Fuel | Gas, Electric | Natural Gas |

© 2025 Century 21 Real Estate LLC. CENTURY 21®, the CENTURY 21 Logo and C21® are registered service marks owned by Century 21 Real Estate LLC. Century 21 Real Estate LLC fully supports the principles of the Fair Housing Act. Each office is independently owned and operated. Each independent sales associate and broker is responsible for the specific customized content of this presentation.

**Jeffrey Martin | (610) 779-2500 | jmartin@c21gold.com**

|  |  | 1851 Lincoln Avenue Wyomissing, PA 19610 |
|---|---|---|
| Exterior | Brick | Stone, Frame, Asphalt, Batts Insulation, Vinyl Siding, Blown-In Insulation |
| Roof | Architectural | Architectural Shingle |
| Pool | None | - |
| County | Berks | Berks County |
| Subdivision | Inner Circle | NONE AVAILABLE |
| School District | - | Wyomissing Area |
| Elementary School | - | - |
| High School | - | - |

*SQFT = Above Grade Finished Square Feet

© 2025 Century 21 Real Estate LLC. CENTURY 21®, the CENTURY 21 Logo and C21® are registered service marks owned by Century 21 Real Estate LLC. Century 21 Real Estate LLC fully supports the principles of the Fair Housing Act. Each office is independently owned and operated. Each independent sales associate and broker is responsible for the specific customized content of this presentation.

Jeffrey Martin | (610) 779-2500 | jmartin@c21gold.com

CENTURY
Gold

**Status Comparisons**

| | | Bed | Bath | SqFt* | Lot Acres | List Price | $/SqFt | Sale Price | % List $ | Days |
|---|---|---|---|---|---|---|---|---|---|---|
| ★ | Subject Property | 4 | 4 | 5,108 | 0.32 | | - | - | - | |

| Sold Properties | Bed | Bath | SqFt* | Lot Acres | List Price | $/SqFt | Sale Price | % List $ | Days |
|---|---|---|---|---|---|---|---|---|---|
| 1. 337 Greenbriar Road, Reading, PA 19610 | 5 | 5 | 5,101 | 0.44 | $1,150,000 | $206 | $1,050,000 | 91% | 724 |
| 2. 8 Trent Place, Wyomissing, PA 19610 | 4 | 5 | 3,728 | 0.49 | $924,500 | $248 | $924,500 | 100% | 89 |
| 3. 1713 Meadowlark Road, Wyomissing, PA 19610 | 5 | 5 | 4,710 | 0.69 | $998,000 | $191 | $900,000 | 90% | 187 |
| 4. 1504 Old Mill Road, Wyomissing, PA 19610 | 5 | 7 | 6,130 | 0.55 | $899,900 | $145 | $890,000 | 99% | 119 |
| 5. 320 Wyomissing Boulevard, Reading, PA 19610 | 4 | 4 | 3,566 | 0.28 | $925,000 | $238 | $850,000 | 92% | 45 |
| 6. 1851 Lincoln Avenue, Wyomissing, PA 19610 | 5 | 3 | 3,097 | 0.26 | $799,900 | $258 | $800,000 | 100% | 546 |

*SQFT = Above Grade Finished Square Feet

Provided by Your Brokerage. All information provided is deemed reliable but is not guaranteed and should be independently verified.



★

## Approximate Market Value

### $850,000 - $925,000

## Price Based on Average Sales

| | |
|---|---:|
| Average Price of Sold Comparable Properties | **$902,417** |

## Price Based on Square Footage

| | |
|---|---:|
| Average $/SqFt of Sold Comparable Properties | **$214.46** |
| Above Grade Finished Square Footage of Subject Property | **5,108** |
| Price based on square footage of Subject Property | **$1,095,476** |

© 2025 Century 21 Real Estate LLC. CENTURY 21®, the CENTURY 21 Logo and C21® are registered service marks owned by Century 21 Real Estate LLC. Century 21 Real Estate LLC fully supports the principles of the Fair Housing Act. Each office is independently owned and operated. Each independent sales associate and broker is responsible for the specific customized content of this presentation.



**Jeff Martin**
Century 21 Gold
Office Ph: (610) 779-2500
Cell: (610) 207-8474
jmartin@c21gold.com

# Agent Full

| **2005 Regency Dr, Wyomissing, PA 19610** | **Expired** | **Residential** | **$850,000** |
|---|---|---|---|





| | | | |
|---|---|---|---|
| MLS #: | PABK2018710 | Beds: | 4 |
| Tax ID #: | 96-4396-14-32-2819 | Baths: | 3 / 1 |
| Ownership Interest: | Fee Simple | Above Grade Fin SQFT: | 5,108 / Assessor |
| Structure Type: | Detached | Assessor AbvGrd Fin SQFT: | 5,108 |
| Levels/Stories: | 2 | Price / Sq Ft: | 166.41 |
| Waterfront: | No | Year Built: | 1995 |
| Garage: | Yes | Style: | Traditional |
| | | Central Air: | Yes |
| | | Basement: | Yes |

## Location

| | | | |
|---|---|---|---|
| County: | Berks, PA | School District: | Wyomissing Area |
| MLS Area: | Wyomissing Boro - Berks County (10296) | | |
| Subdiv / Neigh: | INNER CIRCLE | | |

## Taxes and Assessment

| | | | |
|---|---|---|---|
| Tax Annual Amt / Year: | $22,413 / 2022 | Tax Assessed Value: | $494,200 / 2022 |
| School Tax: | $16,405 | Imprv. Assessed Value: | $423,800 |
| County Tax: | $3,784 / Annually | Land Assessed Value: | $70,400 |
| City/Town Tax: | $2,224 / Annually | Block/Lot: | 32 / 2819 |
| Zoning: | R1 | | |

## Rooms

| | | | | Bed | Bath |
|---|---|---|---|---|---|
| Primary Bedroom: | Upper 1 | 14 x 30 | Main | | 1 Half |
| Bedroom 2: | Upper 1 | 20 x 14 | Upper 1 | 4 | 3 Full |
| Bedroom 3: | Upper 1 | 16 x 14 | | | |
| Bedroom 4: | Upper 1 | 15 x 11 | | | |
| Kitchen: | Main | 15 x 14 | | | |
| Dining Room: | Main | 17 x 13 | | | |
| Family Room: | Main | 20 x 21 | | | |
| Other: | Main | 14 x 13 | | | |
| Other: | Main | 15 x 21 | | | |
| Other: | Lower 1 | 34 x 37 | | | |
| Other: | Lower 1 | 23 x 16 | | | |

## Building Info

| | | | |
|---|---|---|---|
| Above Grade Fin SQFT: | 5,108 / Assessor | Construction Materials: | Brick |
| Below Grade Fin SQFT: | 2,000 / Estimated | Flooring Type: | Carpet, Tile/Brick |
| Total Below Grade SQFT: | 2,000 / Estimated | | |
| Total Fin SQFT: | 7,108 / Estimated | | |
| Total SQFT: | 7,108 / Estimated | | |
| Wall & Ceiling Types: | Cathedral Ceilings | | |
| Foundation Details: | Other | | |
| Basement Type: | Full, Fully Finished | | |

## Lot

| | | | |
|---|---|---|---|
| Lot Acres / SQFT: | 0.32a / 13939sf / Assessor | Lot Size Dimensions: | 0.00 x 0.00 |
| | | Lot Features: | Level |

## Parking

| | | |
|---|---|---|
| Attached Garage - # of Spaces | 3 | Features: Attached Garage, Garage - Side Entry |
| **Total Parking Spaces** | **3** | |

## Interior Features

| | |
|---|---|
| Interior Features: | Attic/House Fan, Bar, Elevator, Kitchen - Eat-In, Primary Bath(s), WhirlPool/HotTub; Fireplace(s): 1; Compactor, Dishwasher, Disposal, Dryer, Freezer, Microwave, Range Hood, Refrigerator; Accessibility Features: None; Security System; Main Floor Laundry |

## Exterior Features

| | |
|---|---|
| Exterior Features: | Sidewalks, Street Lights; Pool: No Pool |

## Utilities

| | |
|---|---|
| Utilities: | Cable TV; Central A/C; Cooling Fuel: Electric; Electric Service: 200+ Amp Service; Heating: Forced Air; Heating Fuel: Natural Gas; Hot Water: Natural Gas; Water Source: Public; Sewer: Public Sewer |

## Remarks

| | |
|---|---|
| Agent: | Proof of funds or pre-approval needed prior to all showings. |
| Public: | Spectacular all brick in Wyomissing! With 4 bedrooms, 3 and one half baths, and over 7,000 s.f. of living space you will find exceptional quality throughout! The exquisite marble foyer with stunning crystal chandelier welcomes you to this grand home. There is a beautiful sunken living room and an office both with hardwood floors. The home also includes a fully equipped custom kitchen, formal dining room with crystal chandelier, a huge family room with lots of built-ins and a 3 level elevator which goes from the lower level to the 2nd floor. The second floor boasts a huge master suite and beautiful master bath plus 3 more bedrooms and 2 full baths. The lower level is over 2000 sq ft and is included in the total square footage of the home. The finished lower level features tile floors, a tray ceiling, and a built-in wet bar with wine refrigerator. A fully equipped theater room with 9 seats, projector and screen are all included and there is a workout room too! Other features include a 2 zone heating and air conditioning system, newer roof, professionally landscaped private back yard, and a 3 car garage. All this is nestled in the Inner Circle of Wyomissing. |

## Listing Office

| | | |
|---|---|---|
| Listing Agent: | Lisa Tiger (3119154) (Lic# RS209642L) | (610) 207-6186 |
| Listing Agent Email: | ltiger@c21gold.com | |
| Responsible Broker: | Wink Dietrich (3198028) (Lic# RM046663A-PA) | |
| Listing Office: | Century 21 Gold (C21GLDEX) (Lic# RB049840C) | |
| | 925 Berkshire Blvd Ste 100, Reading, PA 19610 | |
| Office Phone: | (610) 779-2500 | Office Fax: (610) 779-7538 |
| Office Email: | office@c21gold.com | |

## Directions

422 to Clayton Ave, turn onto Clayton Ave, turn Right on Reading Blvd, Left on Logan, Right on Regency, home is on the Right

## Historical Compensation

| | | | |
|---|---|---|---|
| Buyer Agency Comp: | 2.5% Of Gross | Sub Agency Comp: | 0% Of Gross |
| Transaction Broker: | 0% Of Gross | Dual/Var Comm: | No |

## Listing Details

| | | | |
|---|---|---|---|
| Original Price: | $850,000 | Owner Name: | Alan C Redmond |
| Vacation Rental: | No | DOM / CDOM: | 11 / 140 |
| Listing Agrmnt Type: | Exclusive Right | Original MLS Name: | BRIGHT |
| Prospects Excluded: | No | Off Market Date: | 01/30/23 |
| Listing Service Type: | Full Service | Expiration Date: | 01/30/23 |
| Dual Agency: | Yes | Lease Considered: | Yes |
| Sale Type: | Standard | Home Warranty: | No |
| Listing Term Begins: | 07/12/2022 | Seller Concessions: | |
| Listing Entry Date: | 07/12/2022 | | |
| Possession: | 0-30 Days CD | | |
| Acceptable Financing: | Cash, Conventional, FHA | | |
| Federal Flood Zone: | No | | |
| Disclosures: | None | | |

© BRIGHT MLS -  Content is reliable but not guaranteed and should be independently verified (e.g., measurements may not be exact; visuals may be modified; school boundaries should be confirmed by school/district). Any offer of compensation is for MLS subscribers subject to Bright MLS policies and applicable agreements with other MLSs. Copyright 2025. Created: 03/11/2025 02:49 PM



**2005 Regency Dr, Wyomissing, PA 19610**                                    **Wyomissing Boro - Berks County (10296)**

## Property History

| Source | Category | Status | Date | Price | Owner |
|---|---|---|---|---|---|
| Public Records | | Record Date | 06/18/2019 | $1 | Alan C Redmond |
| Public Records | | Record Date | 05/01/2019 | $860,000 | |
| Public Records | | Record Date | 09/11/2003 | $675,000 | Salvatore Anzalone & Ann Judy |
| Public Records | | Record Date | 08/01/2003 | $675,000 | |
| Public Records | | Record Date | 01/13/1993 | $217,500 | Rick L & Bonita S Gaughan |

## MLS History Details

| Listing Info | | Change Type | Change Date | Price |
|---|---|---|---|---|
| MLS#: | PABK2023970 | Final Closed Price | 12/16/22 | $3,900 |
| Prop. Type: | Residential Lease | Closed | 12/16/22 | |
| DOM / CDOM: | 8 / 8 | Temporary Off Market | 11/22/22 | |
| Listing Office: | Century 21 Gold | New Active | 11/15/22 | $4,000 |
| | | New Listing | 11/15/22 | |
| MLS#: | PABK2018710 | Expired | 01/30/23 | |
| Prop. Type: | Residential | Temporary Off Market | 10/27/22 | |
| DOM / CDOM: | 11 / 140 | Back to Active | 10/26/22 | |
| Listing Office: | Century 21 Gold | Pending | 09/07/22 | |
| | | Active Under Contract | 07/20/22 | |
| | | New Active | 07/12/22 | $850,000 |
| | | New Listing | 07/12/22 | |
| MLS#: | PABK2013492 | Canceled | 07/12/22 | |
| Prop. Type: | Residential | Temporary Off Market | 05/19/22 | |
| DOM / CDOM: | 56 / 140 | New Active | 03/25/22 | $850,000 |
| Listing Office: | Century 21 Gold | New Listing | 03/25/22 | |
| MLS#: | PABK2000225 | Canceled | 03/25/22 | |
| Prop. Type: | Residential | New Active | 01/11/22 | |
| DOM / CDOM: | 74 / 140 | Temporary Off Market | 10/27/21 | $850,000 |
| Listing Office: | Century 21 Gold | Coming Soon | 10/08/21 | |
| | | New Listing | 10/08/21 | |
| MLS#: | PABK362166 | Canceled | 01/11/21 | |
| Prop. Type: | Residential | Price Decrease | 09/24/20 | $825,000 |
| DOM / CDOM: | 154 / 154 | New Active | 08/11/20 | $889,000 |
| Listing Office: | Century 21 Gold | New Listing | 08/11/20 | |
| MLS#: | PABK360794 | Canceled | 01/11/21 | |
| Prop. Type: | Residential Lease | Price Increase | 07/17/20 | $5,000 |
| DOM / CDOM: | 180 / 180 | | | |

| | | | | |
|---|---|---|---|---|
| Listing Office: | Century 21 Gold | New Active | 07/16/20 | $4,500 |
| | | New Listing | 07/16/20 | |

| | | | | |
|---|---|---|---|---|
| MLS#: | PABK354640 | Canceled | 03/23/20 | |
| Prop. Type: | Residential Lease | New Active | 02/20/20 | $4,500 |
| DOM / CDOM: | 33 / 33 | New Listing | 02/20/20 | |
| Listing Office: | Century 21 Gold | | | |

| | | | | |
|---|---|---|---|---|
| MLS#: | PABK352870 | Canceled | 03/23/20 | |
| Prop. Type: | Residential | New Active | 01/14/20 | |
| DOM / CDOM: | 70 / 70 | New Listing | 01/14/20 | $890,000 |
| Listing Office: | Century 21 Gold | | | |

| | | | | |
|---|---|---|---|---|
| MLS#: | 1003893677 | Final Closed Price | 05/11/16 | $5,500 |
| Prop. Type: | Residential Lease | Closed | 05/11/16 | |
| DOM / CDOM: | 14 / 14 | New Listing | 04/28/16 | $5,500 |
| Listing Office: | Century 21 Gold | | | |

| | | | | |
|---|---|---|---|---|
| MLS#: | 1007588232 | Canceled | 05/12/16 | |
| Prop. Type: | Residential | Back to Active | 04/11/16 | |
| DOM / CDOM: | 757 / 757 | Expired | 04/09/16 | |
| Listing Office: | Century 21 Gold | Price Decrease | 07/28/15 | $859,999 |
| | | Price Decrease | 07/27/14 | $889,900 |
| | | New Listing | 04/16/14 | $925,000 |

| | | | | |
|---|---|---|---|---|
| MLS#: | PABK351886 | Canceled | 02/14/14 | |
| Prop. Type: | Residential | New Active | 12/02/13 | |
| DOM / CDOM: | 76 / 171 | New Listing | 12/02/13 | $950,000 |
| Listing Office: | Century 21 Gold | | | |

| | | | | |
|---|---|---|---|---|
| MLS#: | 1009775932 | Canceled | 02/12/14 | |
| Prop. Type: | Residential | Price Decrease | 10/14/13 | $950,000 |
| DOM / CDOM: | 169 / 171 | New Listing | 08/28/13 | $995,000 |
| Listing Office: | Century 21 Gold | | | |

| | | | | |
|---|---|---|---|---|
| MLS#: | PABK156726 | Final Closed Price | 08/21/03 | $675,000 |
| Prop. Type: | Residential | Closed | 08/21/03 | |
| DOM / CDOM: | 510 / 510 | Pending | 08/11/03 | |
| Listing Office: | RE/MAX Of Reading | Price Decrease | 04/10/03 | $729,000 |
| | | New Listing | 03/20/02 | $769,000 |

| | | | | |
|---|---|---|---|---|
| MLS#: | PABK317704 | Canceled | 03/19/02 | |
| Prop. Type: | Residential | Price Decrease | 10/19/01 | $769,000 |
| DOM / CDOM: | 1 / 1 | New Listing | 02/28/01 | $819,000 |
| Listing Office: | RE/MAX Of Reading | | | |

| MLS#: | PABK314006 | Canceled | 07/22/99 | |
| Prop. Type: | Residential | New Listing | 06/04/99 | $825,000 |
| DOM / CDOM: | 1 / 1 | | | |
| Listing Office: | RE/MAX Of Reading | | | |

## Monthly Statistics for the Date Range Selected

**bright** MLS

Courtesy of: Jeff Martin Office: Century 21 Gold Phone: (610) 207-8474 Email: jmartin@c21gold.com Date of Report: 03/11/2025 02:41 PM EST

| Date | Units Listed | Listed Volume | Listed Median | EOM INV | MSI | Pended | Units Sold | Sold Volume | Sold Median | DOM | CDOM |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Dec 2022 | 232 | $60,639,599 | $239,900 | 366 | 1.2 | 231 | 345 | $90,632,381 | $240,000 | 21 | 21 |
| Nov 2022 | 324 | $89,363,103 | $229,900 | 409 | 1 | 322 | 317 | $87,485,050 | $241,000 | 20 | 21 |
| Oct 2022 | 429 | $116,686,622 | $230,000 | 469 | 1 | 358 | 411 | $111,117,397 | $230,000 | 20 | 21 |
| Sep 2022 | 444 | $121,539,390 | $229,900 | 463 | 0.9 | 367 | 477 | $125,082,007 | $235,500 | 14 | 16 |
| Aug 2022 | 506 | $138,274,943 | $225,000 | 464 | 1 | 470 | 488 | $136,143,556 | $243,250 | 16 | 16 |
| Jul 2022 | 541 | $153,617,468 | $239,900 | 448 | 0.9 | 442 | 488 | $128,403,650 | $227,500 | 13 | 15 |
| Jun 2022 | 591 | $161,290,084 | $230,000 | 390 | 1 | 471 | 495 | $140,983,603 | $250,000 | 13 | 13 |
| May 2022 | 523 | $145,587,203 | $225,000 | 311 | 0.7 | 451 | 404 | $106,243,075 | $235,000 | 18 | 20 |
| Apr 2022 | 530 | $150,655,262 | $239,900 | 294 | 0.8 | 446 | 418 | $105,547,333 | $232,500 | 19 | 20 |
| Mar 2022 | 507 | $135,097,931 | $229,900 | 255 | 0.9 | 480 | 381 | $96,088,618 | $235,000 | 24 | 27 |
| Feb 2022 | 356 | $91,918,392 | $229,900 | 270 | 0.7 | 342 | 286 | $71,539,038 | $220,500 | 28 | 29 |
| Jan 2022 | 319 | $80,774,433 | $219,000 | 293 | 0.6 | 318 | 372 | $90,799,844 | $224,750 | 25 | 31 |
| **Totals:** | **5,302** | **$1,445,444,430** | **$230,000** | | | | **4,882** | **$1,290,065,552** | **$235,000** | **19** | **20** |

| Report Summary* | Average Sold | Average Sold Price | Average Pended | Median Sold Price | Median Sold |
|---|---|---|---|---|---|
| January 2022 - December 2022 | 0 | $264,249 | 391.5 | $235,000 | 408 |

*Full Months(s) only

| Date | Current Inventory | Inventory Accumulation | $Volume | Average List Price | Median List Price | New Listings | New Under Contract |
|---|---|---|---|---|---|---|---|
| Current Month: Mar 2025 | 316 | 0 | $120,894,111 | $382,576 | $314,950 | 158 | 116 |
| Last Year: Mar 2024 | 309 | 0 | $120,889,901 | $391,229 | $315,000 | 402 | 359 |
| Last Month: Feb 2025 | 320 | 0 | $121,804,778 | $380,640 | $317,950 | 307 | 307 |

| Market Statistics Criteria Used | |
|---|---|
| Date Range: | January 2022 to December 2022 |
| Price Range: | |
| Property Type: | Residential |
| Area(s)/County(s): | County- All Berks County, PA |

© Copyright 2025 Bright MLS - Information Deemed Reliable but Not Guaranteed. Printed 03/11/2025 02:41 PM EST

## Monthly Statistics for the Date Range Selected

Courtesy of: Jeff Martin Office: Century 21 Gold Phone: (610) 207-8474 Email: jmartin@c21gold.com Date of Report: 03/11/2025 02:40 PM EST

**bright** MLS

| Date | Units Listed | Listed Volume | Listed Median | EOM INV | MSI | Pended | Units Sold | Sold Volume | Sold Median | DOM | CDOM |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Dec 2023 | 240 | $66,548,303 | $245,000 | 354 | 1.1 | 230 | 338 | $97,378,996 | $252,750 | 22 | 24 |
| Nov 2023 | 335 | $90,090,617 | $239,000 | 413 | 1.2 | 308 | 315 | $88,400,647 | $265,000 | 17 | 18 |
| Oct 2023 | 392 | $116,035,748 | $259,900 | 426 | 1.2 | 312 | 347 | $96,649,174 | $260,000 | 18 | 18 |
| Sep 2023 | 396 | $125,388,649 | $275,000 | 393 | 1 | 333 | 358 | $102,258,504 | $264,950 | 14 | 15 |
| Aug 2023 | 450 | $124,132,214 | $248,450 | 398 | 1.1 | 386 | 400 | $117,172,997 | $265,000 | 17 | 18 |
| Jul 2023 | 400 | $127,133,700 | $275,000 | 391 | 0.9 | 333 | 374 | $116,233,149 | $275,000 | 20 | 20 |
| Jun 2023 | 418 | $129,747,058 | $269,950 | 358 | 1 | 374 | 451 | $137,376,222 | $275,000 | 19 | 20 |
| May 2023 | 462 | $146,764,782 | $269,900 | 347 | 1.1 | 419 | 367 | $104,750,522 | $260,000 | 23 | 24 |
| Apr 2023 | 447 | $137,163,777 | $259,900 | 362 | 1.1 | 390 | 327 | $90,434,799 | $250,000 | 23 | 25 |
| Mar 2023 | 423 | $125,565,844 | $249,900 | 336 | 1.3 | 370 | 334 | $83,568,065 | $225,500 | 21 | 24 |
| Feb 2023 | 327 | $92,674,934 | $240,000 | 300 | 1.2 | 293 | 255 | $67,093,608 | $235,777 | 29 | 31 |
| Jan 2023 | 279 | $77,244,576 | $240,000 | 308 | 0.9 | 290 | 248 | $66,001,446 | $237,500 | 28 | 29 |
| **Totals:** | **4,569** | **$1,358,490,202** | **$255,000** | | | | **4,114** | **$1,167,318,129** | **$257,250** | **20** | **22** |

| Report Summary* | Average Sold | Average Sold Price | Average Pended | Median Sold Price | Median Sold |
|---|---|---|---|---|---|
| January 2023 - December 2023 | 0 | $283,743 | 336.5 | $257,250 | 343 |

*Full Months(s) only

| Date | Current Inventory | Inventory Accumulation | $Volume | Average List Price | Median List Price | New Listings | New Under Contract |
|---|---|---|---|---|---|---|---|
| Current Month: Mar 2025 | 316 | 0 | $120,894,111 | $382,576 | $314,950 | 158 | 116 |
| Last Year: Mar 2024 | 309 | 0 | $120,889,901 | $391,229 | $315,000 | 402 | 359 |
| Last Month: Feb 2025 | 320 | 0 | $121,804,778 | $380,640 | $317,950 | 307 | 307 |

| Market Statistics Criteria Used | |
|---|---|
| Date Range: | January 2023 to December 2023 |
| Price Range: | |
| Property Type: | Residential |
| Area(s)/County(s): | County- All Berks County, PA |

© Copyright 2025 Bright MLS - Information Deemed Reliable but Not Guaranteed. Printed 03/11/2025 02:40 PM EST

## Monthly Statistics for the Date Range Selected

**bright** MLS

Courtesy of: Jeff Martin Office: Century 21 Gold Phone: (610) 207-8474 Email: jmartin@c21gold.com Date of Report: 03/11/2025 02:40 PM EST

| Date | Units Listed | Listed Volume | Listed Median | EOM INV | MSI | Pended | Units Sold | Sold Volume | Sold Median | DOM | CDOM |
|------|------|------|------|------|------|------|------|------|------|------|------|
| Dec 2024 | 229 | $72,267,155 | $285,000 | 373 | 1.1 | 215 | 317 | $97,914,730 | $280,000 | 25 | 26 |
| Nov 2024 | 321 | $98,624,863 | $269,900 | 422 | 1.1 | 284 | 344 | $104,422,708 | $275,250 | 22 | 24 |
| Oct 2024 | 417 | $126,705,392 | $275,000 | 423 | 1.1 | 360 | 392 | $116,640,087 | $280,000 | 19 | 20 |
| Sep 2024 | 413 | $135,048,366 | $295,000 | 422 | 1 | 360 | 373 | $117,885,552 | $282,000 | 22 | 23 |
| Aug 2024 | 449 | $145,933,523 | $289,000 | 413 | 1 | 370 | 424 | $133,439,522 | $285,250 | 15 | 17 |
| Jul 2024 | 462 | $144,651,917 | $275,000 | 408 | 1.1 | 394 | 398 | $119,814,274 | $282,500 | 15 | 17 |
| Jun 2024 | 465 | $156,470,661 | $298,000 | 385 | 0.9 | 382 | 372 | $114,693,384 | $270,000 | 19 | 23 |
| May 2024 | 461 | $156,606,769 | $285,000 | 326 | 1 | 405 | 413 | $128,239,944 | $280,000 | 20 | 24 |
| Apr 2024 | 441 | $145,014,003 | $280,000 | 308 | 1 | 402 | 318 | $91,408,784 | $254,000 | 28 | 29 |
| Mar 2024 | 402 | $124,407,088 | $259,900 | 309 | 1.2 | 349 | 294 | $86,446,686 | $255,000 | 28 | 30 |
| Feb 2024 | 313 | $92,091,495 | $250,000 | 310 | 1.3 | 295 | 249 | $68,005,818 | $250,000 | 29 | 29 |
| Jan 2024 | 279 | $79,145,698 | $239,900 | 333 | 1 | 272 | 236 | $65,640,379 | $250,500 | 26 | 28 |
| Totals: | 4,652 | $1,476,966,930 | $275,000 | | | | 4,130 | $1,244,551,868 | $275,000 | 22 | 24 |

| Report Summary* | Average Sold | Average Sold Price | Average Pended | Median Sold Price | Median Sold |
|------|------|------|------|------|------|
| January 2024 - December 2024 | 364.5 | $301,344 | 340.7 | $275,000 | 358 |

*Full Months(s) only

| Date | Current Inventory | Inventory Accumulation | $Volume | Average List Price | Median List Price | New Listings | New Under Contract |
|------|------|------|------|------|------|------|------|
| Current Month: Mar 2025 | 316 | 0 | $120,894,111 | $382,576 | $314,950 | 158 | 116 |
| Last Year: Mar 2024 | 309 | 1.2 | $120,889,901 | $391,229 | $315,000 | 402 | 359 |
| Last Month: Feb 2025 | 320 | 0 | $121,804,778 | $380,640 | $317,950 | 307 | 307 |

| Market Statistics Criteria Used | |
|------|------|
| Date Range: | January 2024 to December 2024 |
| Price Range: | |
| Property Type: | Residential |
| Area(s)/County(s): | County- All Berks County, PA |

© Copyright 2025 Bright MLS - Information Deemed Reliable but Not Guaranteed. Printed 03/11/2025 02:40 PM EST

# Exhibit B

# Exhibit B

# C U R R I C U L U M   V I T A E

## STEVEN M. FRANK, CPA/ABV

### Present Position

13 Consulting LLC
56 Saddler Drive
Elverson, Pennsylvania 19520
Tel: 484-888-6526
steve@13consultingllc.com

Jan 2021 – Present    ***President*** – Providing accounting and financial consulting services, specializing in business valuations for closely held and family-owned businesses and forensic accounting and litigation support for businesses and individuals.

### Education

B.S. Accounting, summa cum laude graduate, York College of Pennsylvania, York, Pennsylvania

### Previous Employment

2018 – 2020    Lynch Financial, LLC, Manheim, Pennsylvania
*Director,* specializing in business valuations for closely held and family-owned businesses and litigation support for businesses and individuals.

2006 – 2017    RKL LLP, Wyomissing, Pennsylvania
*Manager, Business Consulting Services Group*, specializing in business valuations and litigation support for closely held and family-owned businesses.

### Professional and Civic Associations and Designations

Certified Public Accountant (CPA) – Commonwealth of Pennsylvania, 2008
Accredited in Business Valuation (ABV) – American Institute of Certified Public Accountants, 2009
Member – American Institute of Certified Public Accountants (AICPA)
Member – Pennsylvania Institute of Certified Public Accountants (PICPA)

### Selected Recent Continuing Professional Education Courses

Forensic Accounting: When the Office is a Crime Scene, *CPA Crossings, LLC*
Mail Fraud and Wire Fraud: Why Business Owners Go To Prison, *CPA Crossings, LLC*
Fraud & Embezzlement: Case Studies from the Trenches, *CPA Crossings, LLC*
2022 Hitchner's Annual New Year BV Update, *Valuation Products and Services LLC (VPS)*
The Best Federal Tax Update Course, *Surgent CPE*
2021 PICPA Transaction Advisory Services Conference, *PICPA*
Valuation in Divorce Litigation, *VPS*
Financial, Retirement, Tax, and Valuation Issues in Divorce, *California Society of CPAs (CA CPAs)*
Business Succession Planning and Exit Strategies, *CA CPAs*
2020 Financial, Retirement, Tax and Valuation Issues in Divorce, *CA CPAs*
2020 Family Law Cash Flow and Business Valuation Conference, *CA CPAs*
Elements of Writing Litigation Reports
2019 PICPA Valuation & Forensic Accounting Conference, *PICPA*
2018 PICPA Valuation & Forensic Accounting Conference, *PICPA*
Navigating the Family Law Minefield, *AICPA*
Small Business Divorce Valuations, *VPS*
Double Dipping: Income, Assets, and Double Counting in Divorce, *BVR*
Defending Valuation Reports Before the IRS, *VPS*
How to Determine, Support, and Testify on Personal Goodwill in Divorce, *VPS*
Divorce Valuations, *The Financial Consulting Group, LLC*

## Litigation Support Experience

- **Family Law/Divorce**
  - Calculations of income available for child and spousal support.
  - Valuation of marital and non-marital portion of assets, including business valuation.
  - Other divorce consulting and financial services.

- **Business Law**
  - Business valuation services.
  - Business interruption/lost earnings damage calculations.
  - Forensic analysis.

- **Personal Injury Law**
  - Calculation of lost earnings/damages.

## Selected Case/Forensic Involvement

*Healthcare Intelligence and Analytics, LLC v. Black*
State of Virginia – 2025/24
Forensic investigation report preparation (@ 13)

*Farber v. Farber*
York County Court of Common Pleas – 2024/23
Business valuation, divorce consulting, and jointly appointed financial forensic expert, including testimony (@ 13)
Sierra Lyles, Esquire & Robert Buzzendore, Esquire

*Donovan v. Donovan*
Cumberland County Court of Common Pleas – 2023
Business valuation and divorce consulting for settlement purposes (@ 13)
Anthony Hoover, Esquire

*Bower v. Bower*
Berks County Court of Common Pleas – 2023
Divorce consulting, review of financial discovery information for settlement purposes (@ 13)
Priscilla Natale, Esquire

*O'Neill v. Murphy*
Berks County Court of Common Pleas – 2023
Divorce consulting, review of financial discovery information for testimony at Master hearing (@ 13)
Kenneth Myers, Esquire

*Roseberry et. al v. Liberty Mutual Insurance Co.*
Berks County Court of Common Pleas – 2022
Economic damages report to measure the loss of business income and cash flow, preparation for financial expert testimony services, review of financial discovery information (@ 13)
Joel A. Ready, Esquire

*Schwegmann v. Schwegmann*
Berks County Court of Common Pleas – 2022
Divorce consulting, review of financial discovery information (@ 13)
Kenneth Myers, Esquire

**Selected Case Involvement (continued)**

*Gilmore v. Gilmore*
Lehigh County Court of Common Pleas – 2022/21
Divorce consulting, review of financial discovery information, preparation of lifestyle analysis report, and financial expert testimony services for Master support hearing (@ 13)
Priscilla Natale, Esquire

*Goerner v. Goerner*
Lancaster County Court of Common Pleas – 2022/21
Divorce consulting (@ 13)
Matthew Setley, Esquire

*Menkins v. Menkins*
Berks County Court of Common Pleas – 2021
Divorce consulting and financial expert services for Master support hearing (@ 13)
Matthew Setley, Esquire

*Speakman v, Speakman*
Berks County Court of Common Pleas – 2021/20
Business valuation and divorce consulting for settlement conference (@ Lynch Financial)
Nicole Plank, Esquire

*Blecker v. Blecker*
Berks County Court of Common Pleas – 2019/18
Divorce consulting and financial expert services (@ Lynch Financial)
Matthew Setley, Esquire

*Kuruvilla v. Kuruvilla*
Berks County Court of Common Pleas – 2017
Valuation of marital portion of retirement, forensic services (@ RKL)
Kelly Kline, Esquire

*Kisla v. Kisla*
Berks County Court of Common Pleas – 2017/16
Business valuation and financial expert for settlement conference (@ RKL)
Jill Scheidt, Esquire

*Ziolkowski v. Ziolkowski*
Berks County Court of Common Pleas – 2016/15
Calculation of income available for support and financial expert for settlement conference (@ RKL)
Frederick Mogel, Esquire

*McCreesh v. McCreesh*
Berks County Court of Common Pleas – 2015/14/13
Preparation of lifestyle analysis for Master support hearing (@ RKL)
Jill Scheidt, Esquire

*Melissa McElroy*
Berks County Court of Common Pleas – 2014/13/12
Calculation of lost earnings from personal injury (@ RKL)
Ronald Cirba, Esquire

*JMH v. Bozzuto Construction, Inc.*
Berks County Court of Common Pleas – 2012/11/10
Calculation of lost earnings/damages from business interruption (@ RKL)
Stacey Scrivani, Esquire



**Steven M. Frank, CPA/ABV**
President

March 28, 2025

Joel A. Ready, Esq.
Cornerstone Law Firm
8500 Allentown Pike, Suite 3
Blandon, PA 19560

**In Re: Alan Christopher Redmond, Case No. 24-13093**

Dear Attorney Ready:

In accordance with our engagement arrangements dated March 10, 2025, 13 Consulting LLC has performed a preliminary indication of the fair market value of a 50% ownership interest in ARC Realty, LLC (ARC or the Company) on a non-marketable, non-controlling interest basis (the Subject Interest) as of October 2, 2024. This letter is to be used only as of October 2, 2024, by you and the Court System, and is not valid as of any other date.

As part of our preliminary engagement, we reviewed the following Court documents:

- Transcript of the Debtor's Section 341 Examination, dated November 22, 2024.
- Debtor's schedules filed on the docket at ECF Nos. 117, 152, and 180.
- First Amended Disclosure Statement Related to the First Amended Plan of Reorganization Proposed by Alan Christopher Redmond as a Debtor-in-Possession, dated March 25, 2025.

We prepare our valuation engagements in conformity with the Statement of Standards for Valuation Services No. 1 (SSVS) of the American Institute of Certified Public Accountants. Per SSVS, we must consider the three traditional approaches used to value an interest in an entity: the asset-based approach, the income approach, and the market approach. **We were unable to fully comply with SSVS for this engagement due to the lack of adequate information provided. We will need the following information in order to prepare a valuation engagement resulting in a conclusion of value:**

- In considering the asset approach, we must have recent fair market value appraisals of the underlying properties, 1198 Reading Blvd and 8 Morgan Drive, as well as a Company balance sheet as of October 2, 2024 listing the respective assets and liabilities of the Company.

- In considering the income approach, we require (at a minimum) Company financial statements and tax returns for 2022 and 2023, and for the nine months ending September 30, 2024. We will also consider information obtained from the necessary appraisal reports referred to above, including, but not limited to, vacancy rates, fair market rental rates, expense ratios, and capitalization rates.

- For a real estate holding company like ARC, we would generally reject the market approach, as the overall value of the Company is best derived from the income-producing ability and values of its underlying assets.

---

56 Saddler Drive        Elverson, Pennsylvania 19520        484-888-6526        www.13consultingllc.com

- ii -

Our analysis was based on the premise that the Company will continue to operate as an ongoing enterprise and this engagement used "fair market value" as the standard of value.

Fair market value is defined in The International Glossary of Business Valuation Terms issued by the AICPA, the American Society of Appraisers, the Canadian Institute of Chartered Business Valuators, the National Association of Certified Valuation Analysts, and the Institute of Business Appraisers as:

*The price, expressed in terms of cash equivalents, at which property would change hands between a hypothetical willing and able buyer and a hypothetical willing and able seller, acting at arm's length in an open and unrestricted market, when neither is under compulsion to buy or sell and when both have reasonable knowledge of the relevant facts.*

Despite the roadblocks encountered, the following is our preliminary indication of value of ARC Realty, LLC:

### Fact Pattern

Debtor has a 50% ownership interest in ARC Realty, LLC (ARC), a real estate holding company.

Debtor's Disclosure Statement shows the value of his 50% interest at $50,000.

### Underlying Assets in ARC Realty, LLC

#### 1198 Reading Blvd, Wyomissing, PA 19610

10,665 square foot residential property with 9 bedrooms and 8/9 bathrooms per MLS.

ARC purchased for $1,500,000 on May 29/June 4, 2020.
A mortgage of $1,120,000 was recorded on the property with WBL on April 27, 2021.
Debtor claims a mortgage held by WBL in the amount of $1,367,605.27, but that cannot be corroborated without a loan statement from WBL as of the valuation date.

Without a recent appraisal, we assume a $1,900,000 price is reasonable.
We also assumed a 15% discount for lack of marketability (DLOM), capturing the estimated time and cost to convert the property to cash.  Since the property is assumed to sell at what was paid for it, there is no built-in tax gain, as there is no capital gain or depreciation to recapture.

| | | | | |
|---|---|---:|---|---:|
| Estimated FMV of Property | | $ 1,900,000 | | |
| Less: DLOM | 15% | (285,000) | | |
| Cash Equivalent Value of Property in ARC | | $ 1,615,000 | $ | 1,615,000 |

- iii -

**8 Morgan Drive, Sinking Spring, PA 19608**

Two-story office building with attached warehouse space.
The total square footage of the building is 8,641 (7,736 sf office & 905 sf warehouse)
ARC purchased for $1,075,000 on March 2, 2022.
A mortgage of $840,000 was recorded on the property with NuBridge on August 29, 2023.
Debtor claims a mortgage held by NuBridge Capital in the amount of $1,035,000, but that cannot be corroborated without a loan statement from WBL as of the valuation date.

Property currently for sale for $1,035,000, per listing by NAI Keystone.

Without a recent appraisal, we assume a $1,035,000 price and a 15% DLOM, capturing the estimated time and cost to convert the property to cash. There is no built-in tax gain, as the property is assumed to sell at a price less than what it paid to purchase. However, depreciation recapture as a rental may be necessary.

| | | | | |
|---|---|---|---|---|
| Estimated FMV of Property | | $ 1,035,000 | | |
| Less: DLOM | 15% | (155,250) | | |
| Cash Equivalent Value of Property in ARC | | $ 879,750 | $ | 879,750 |

**Preliminary Value Estimate**

| | | |
|---|---|---|
| Estimated Value of 1198 Reading Blvd | $ | 1,615,000 |
| Estimated Value of 8 Morgan Dr | $ | 879,750 |
| Total Property Asset Value in ARC | $ | 2,494,750 |
| Subtract: Mortgage on 1198 Reading Blvd | | (1,120,000) |
| Subtract: Mortgage on 8 Morgan Drive | | (840,000) |
| Adjusted Book Value of ARC, Rounded | $ | 535,000 |
| Times: Interest Owned by Debtor | | 50% |
| Value of a 50% Ownership Interest on a Marketable, Controlling Interest Basis | $ | 267,500 |
| Less: Combined DLOM & Discount for Lack of Control 20% | $ | (53,500) |
| **Estimated Value of a 50% Ownership Interest in ARC on a Non-Marketable, Non-Controlling Interest Basis, Rounded** | **$** | **214,000** |

- iv -

Based on our limited value analysis as described in this letter, which is based on incomplete information as of the valuation date, the preliminary indication of the fair market value of a 50% ownership interest in ARC on a marketable, controlling interest basis was $267,500.  We applied a combined 20% discount for lack of marketability and lack of control to this value.  Therefore, the preliminary indication of the fair market value of a 50% ownership interest in ARC Realty, LLC on a non-marketable, non-controlling interest was:

# $214,000

The approaches and methodologies used in our work did not comprise an examination or any attest service in accordance with generally accepted accounting principles, the objective of which is an expression of an opinion regarding the fair presentation of financial statements or other financial information, whether historical or prospective, presented in accordance with generally accepted accounting principles or auditing standards.

We express no opinion and accept no responsibility for the accuracy and completeness of the financial information (audited, reviewed, compiled, internal, prospective or tax returns), or other data provided to us by others, and we have not verified such information unless specifically stated in this report.  We assume that the financial and other information provided to us is accurate and complete, and we have relied upon this information in performing our calculation.  However, as stated throughout this letter, the information provided to us was inadequate to provide a valuation engagement and conclusion of value.

We appreciate this opportunity to be of service to you.  If you have any questions regarding our report or require additional information pertaining to the analysis, please do not hesitate to contact me.

Sincerely yours,

13 CONSULTING LLC

Steven M. Frank, CPA/ABV
President

---

56 Saddler Drive        Elverson, Pennsylvania 19520        484-888-6526        www.13consultingllc.com

# APPENDIX A

## ASSUMPTIONS AND LIMITING CONDITIONS

This calculation report has been made subject to the following general assumptions and limiting conditions:

1. The calculated value arrived at herein is valid only for the stated purpose as of the valuation date.

2. Financial statements and other related information provided by the Company or its representatives, in the course of this engagement, have been accepted without any verification as fully and correctly reflecting the Company's business conditions and operating results for the respective periods, except as noted herein.  13 Consulting LLC has not audited, reviewed, or compiled the financial information provided to us and, accordingly, we express no audit opinion or any other form of assurance on this information.

3. Public information and industry statistical information have been obtained from sources we believe to be reliable.  However, we make no representations as to the accuracy or completeness of such information and have performed no procedures to corroborate the information.

4. We do not provide assurance on the achievability of results forecasted by the Company because events and circumstances frequently do not occur as expected; differences between actual and expected results may be material; and achievement of the forecasted results is dependent on actions, plans, and assumptions of management.

5. The calculated value arrived at herein is based on the assumption that the current level of management expertise and effectiveness would continue to be maintained, and that the character and integrity of the enterprise through any sale, reorganization, exchange, or diminution of the owners' participation would not be materially or significantly changed.

6. The report and the calculated value arrived at herein are for the exclusive use of our client for the sole and specific purposes as noted herein.  They may not be used for any other purpose or by any other party for any purpose.  Furthermore, the report and calculated value are not intended by the author and should not be construed by the reader to be investment advice in any manner whatsoever.  The stated valuation represents the considered calculated value of 13 Consulting LLC, based on information furnished to them by the Company and other sources.

7. Neither all nor any part of the contents of this report (especially the calculated value, the identity of any valuation specialist(s), or the firm with which such valuation specialists are connected or any reference to any of their professional designations) should be disseminated to the public through advertising media, public relations, news media, sales media, mail, direct transmittal, or any other means of communication without the prior written consent and approval of 13 Consulting LLC.

8. Future services regarding the subject matter of this report, including, but not limited to testimony or attendance in court, shall not be required of 13 Consulting LLC unless previous arrangements have been made in writing.

---

9. 13 Consulting LLC is not an environmental consultant or auditor, and it takes no responsibility for any actual or potential environmental liabilities.  Any person entitled to rely upon this report, wishing to know whether such liabilities exist, or the scope and their effect on the value of the property, is encouraged to obtain a professional environmental assessment.  13 Consulting LLC does not conduct or provide environmental assessments and has not performed one for the subject property.

10. 13 Consulting LLC has not determined independently whether the Company is subject to any present or future liability relating to environmental matters (including, but not limited to CERCLA/Superfund liability) nor the scope of any such liabilities.  13 Consulting LLC's valuation takes no such liabilities into account, except as they have been reported to 13 Consulting LLC by the Company or by an environmental consultant working for the Company, and then only to the extent that the liability was reported to us in an actual or estimated dollar amount.  Such matters, if any, are noted in the report.  To the extent such information has been reported to us, 13 Consulting LLC has relied on it without verification and offers no warranty or representation as to its accuracy or completeness.

11. 13 Consulting LLC has not made a specific compliance survey or analysis of the subject property to determine whether it is subject to, or in compliance with, the Americans Disabilities Act of 1990, and this valuation does not consider the effect, if any, of noncompliance.

12. No change of any item in this report shall be made by anyone other than 13 Consulting LLC, and we shall have no responsibility for any such unauthorized change.

13. Unless otherwise stated, no effort has been made to determine the possible effect, if any, on the subject business due to future Federal, state, or local legislation, including any environmental or ecological matters or interpretations thereof.

14. If prospective financial information approved by management has been used in our work, we have not examined or compiled the prospective financial information and therefore, do not express an audit opinion or any other form of assurance on the prospective financial information or the related assumptions.  Events and circumstances frequently do not occur as expected and there will usually be differences between prospective financial information and actual results, and those differences may be material.

15. We have conducted interviews with the current management of the Company concerning the past, present, and prospective operating results of the Company.

16. Except as noted, we have relied upon the representations of the owners, management and other third parties concerning the value and useful condition of all equipment, real estate, investments used in the business, and any other assets or liabilities, except as specifically stated to the contrary in this report.  We have not attempted to confirm whether or not all assets of the business are free and clear of liens and encumbrances or that the entity has good title to all assets.

# APPENDIX B

## REPRESENTATION OF THE VALUATION ANALYST

I represent/certify that, to the best of my knowledge and belief:

1.  The statements of fact contained in this report are true and correct.

2.  The analyses and calculated value included in the valuation report are subject to the specified assumptions and limiting conditions, and they are my personal, impartial, independent, unbiased, objective professional analyses, opinions, and conclusions.

3.  I have no present or prospective/contemplated financial or other interest in the business or property that is the subject of this report, and I have no personal financial or other interest or bias with respect to the property or the parties involved.

4.  My engagement in this assignment was not contingent upon developing or reporting predetermined results.

5.  My compensation for completing this assignment is fee-based and is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the outcome of the valuation, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

6.  The economic and industry data included in the valuation report have been obtained from various printed or electronic reference sources that the valuation analyst believes to be reliable.  The valuation analyst has not performed any corroborating procedures to substantiate that data.

7.  My analyses, opinions, calculated value and this report were developed in conformity with the 2008 American Institute of Certified Public Accountants Statement on Standards for Valuation Services No. 1.

8.  The parties for which the information and use of the calculation report is restricted are identified; the calculation report is not intended to be and should not be used by anyone other than such parties.

9.  The valuation analyst has no obligation to update the report or the calculated value for information that comes to my attention after the date of the report.

10. This report and analysis were prepared under the direction of Steven M. Frank, CPA/ABV.  Mr. Frank is a Certified Public Accountant licensed in the Commonwealth of Pennsylvania and is Accredited in Business Valuation by the American Institute of Certified Public Accountants (AICPA). The AICPA has a mandatory recertification program for its members.  Steven M. Frank, CPA/ABV is in compliance with that program.

_____
Steven M. Frank, CPA/ABV

_____
_____

56 Saddler Drive        Elverson, Pennsylvania 19520                    484-888-6526
www.13consultingllc.com