IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| ALAN CHRISTOPHER REDMOND, | : | Bankruptcy No. 24-13093-PMM |
| | : | |
| Debtor. | : | |

### CERTIFICATE OF SERVICE

I, Esmy Huaroco-Sixtos, Paralegal, hereby certify that on April 15, 2026 I did cause a true and correct copy of the documents described below to be served on all parties registered with the Clerk to receive electronic notice via the CM/ECF system, as well as to the parties listed below via e-mail:

*Document(s) served:*

- Jason Scott Jordan, Cornerstone Law Firm, LLC, and Ethan Shalter's Objections to Interim Chapter 7 Trustee's Final Account and Report

*Parties served via e-mail:*

Lynn E. Feldman, Trustee
trustee.feldman@rcn.com

Samantha Lieb, Esq.
samantha.lieb2@usdoj.gov

Malcolm M. Bates
Malcolm.bates@blankrome.com

Rachel Wolf Esq.
rachel.wolf@usdoj.gov

*Parties served via U.S. Mail:*

Alan C. Redmond
2 High Rd.
Wyomissing, PA 19610

DATE: April 15, 2026

By: _____
Esmy Huaroco-Sixtos
*Paralegal*