IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **ALAN CHRISTOPHER REDMOND** | : | **BANKRUPTCY NO. 24-13093 (PMM)** |
| | : | |
| **Debtor** | : | |
| | : | |

**APPLICATION OF LYNN E. FELDMAN, CHAPTER 7
TRUSTEE, TO EMPLOY KARALIS PC AS COUNSEL**

COMES NOW, Lynn E. Feldman, Chapter 7 Trustee (the "Trustee") for the estate (the "Estate") of Alan Christopher Redmond (the "Debtor"), and respectfully represents as follows:

1.      On September 3, 2024, an Involuntary Petition was filed against the Debtor under Chapter 11 of the Bankruptcy Code (the "Bankruptcy Case").

2.      On September 23, 2025, the Bankruptcy Case was converted to Chapter 7 of the Bankruptcy Code.

3.      On September 24, 2025, the Trustee was appointed and is so acting.

4.      The Trustee has made a careful and diligent inquiry as to the qualifications and competence of Karalis PC ("KPC") and is advised that KPC, by reason of ability, integrity and professional experience, is capable of providing legal counsel to the Trustee.  Said KPC has no interest adverse to the Estate.

5.      To the best of the Trustee's knowledge, KPC has no connection with the Debtor, creditors or any other parties in interest, their respective attorneys or accountants pursuant to Bankruptcy Rule 2014.

6.      KPC's attorneys have represented numerous trustees in a variety of complex matters and are experienced in matters of this type.

7.      The Trustee has engaged the services of KPC as her counsel, subject to Court

approval.

8.   KPC will render all professional services which are allowed to be performed by counsel to the trustee pursuant to applicable bankruptcy law.

9.   Specifically, KPC will provide legal services to the Trustee concerning the following:

a.   All legal duties in connection to the Objection of Jason Scott Jordan, Cornerstone Law Firm, LLC and Ethan Shalter to the Trustee's Final Account and Report and

b.   All legal duties related to the administration of Estate assets.

10.   The hourly rates presently charged by the firm are as follows: Partners rates range from $575.00 to $735.00, of counsel rates are $625.00, Associates rates range from $300.00 to $350.00 per hour and Paralegal rates are $195.00 per hour. That being said, it is unlikely that KPC will request any fees for services provided or any reimbursement for costs incurred.

11.   The Trustee contends that KPC's employment is necessary and in the best interest of the Estate.

12.   The Trustee has determined that the services of KPC are needed and that the cost is warranted.

**WHEREFORE**, your Applicant prays for the employment of KPC as counsel to the Trustee at such compensation as the Court allows.

**CHAPTER 7 TRUSTEE FOR THE ESTATE OF ALAN CHRISTOPHER REDMOND**

/s/ Lynn E. Feldman
Lynn E. Feldman

Dated: April 20, 2026