**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **ALAN CHRISTOPHER REDMOND** | : | **BANKRUPTCY NO. 24-13093 (PMM)** |
| | : | |
| **Debtor** | : | |
| | : | |

**CERTIFICATION OF NO ANSWER, OBJECTION
OR OTHER RESPONSIVE PLEADING TO
APPLICATION OF LYNN E. FELDMAN, CHAPTER 7
TRUSTEE, TO EMPLOY KARALIS PC AS COUNSEL**

**TO:   THE HONORABLE PATRICIA M. MAYER,**
**United States Bankruptcy Judge**

I, Robert W. Seitzer, Esquire, of Karalis PC, hereby certify that on April 20, 2026 a copy

of the Application of Lynn E. Feldman, Chapter 7 Trustee, to Employ Karalis PC as Counsel (the

"Application") and Notice of Application and Response Deadline were served on the Office of the

U.S. Trustee, Debtor's counsel and Bankruptcy Rule 2002 Parties in the above-captioned

proceeding.  No creditor or party in interest has served or filed any answer, objection or other

responsive pleading to the Application and that the time for serving and filing any such answer,

objection or other responsive pleading has expired.

**WHEREFORE,** proposed counsel to the Trustee respectfully requests that the Application

be approved.

**Respectfully submitted,**

**KARALIS PC**

By:   /s/ Robert W. Seitzer
       ROBERT W. SEITZER
       1900 Spruce Street
       Philadelphia, PA 19103
       (215) 546-4500
       rseitzer@karalislaw.com
       *Proposed Counsel to the Trustee*

Dated: April 28, 2026