**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **ALAN CHRISTOPHER REDMOND** | : | **BANKRUPTCY NO. 24-13093 (PMM)** |
| | : | |
| **Debtor** | : | |
| | : | |

**CERTIFICATION OF SERVICE**

I, Robert W. Seitzer, Esquire, certify that on April 28, 2026, I did cause a true and correct copy of the document described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Certificate of No Objection, Answer or Other Responsive Pleading to the Application of Lynn E. Feldman, Chapter 7 Trustee, to Employ Karalis PC as Counsel.

I certify under penalty of perjury that the above document was sent using the mode of service indicated.

**KARALIS PC**

By:___/s/ Robert W. Seitzer_____
　　　ROBERT W. SEITZER
　　　*Proposed Counsel to the Trustee*

Dated: April 28, 2026

Mailing List Exhibit attached hereto:

**VIA ECF TRANSMISSION**

John Schanne, Esquire
Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
*Trial Counsel to the U.S. Trustee*

Malcolm M. Bates, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801
*Counsel to the U.S. Trustee*

Samantha Lieb, Esquire
Office of the United States Trustee
One Newark Center, Suite 2100
Newark, NJ 07102
*Counsel to the U.S. Trustee*

Rachel Wolf, Esquire
Office of the United States Trustee
One Newark Center, Suite 2100
Newark, NJ 07102
*Counsel to the U.S. Trustee*

Lynn E. Feldman, Trustee
2310 Walbert Ave., Suite 103
Allentown, PA 18104
*Chapter 7 Trustee*

Joel A. Ready, Esquire
Cornerstone Law Firm, LLC
8500 Allentown Pike, Suite 3
Blandon, PA 19510
*Counsel to Petitioning Creditors*

Brenda Sue Bishop, Esquire
PA Office of the Attorney General
Financial Enforcement Section
15th Floor, Strawberry Square
4th & Walnut Streets
Harrisburg, PA 17120
*Counsel to PA Dept. of Revenue*

Justin Boron, Esquire
Freeman Mathis & Gary LLP
1600 Market Street, Suite 1210
Philadelphia, PA 19103
*Counsel to American Workers Ins. Services, Inc.*

Matthew Gregory Brushwood, Esquire
Barley Snyder
2755 Century Blvd.
Wyomissing, PA 19610
*Counsel to C. Malcolm Smith, III*

Bruce Lee Castor, Jr., Esquire
van der Veen, O'Neill, Hartshorn and Levin
1219 Spruce Street
Philadelphia, PA 19107
*Counsel to Stephanie Miller*

William Edward Craig, Esquire
Eisenberg Gold and Agrawal PC
1040 Kings Hwy N #200
Cherry Hill, NJ 08034
*Counsel to Santander Consumer USA Inc.*

David V. Dzara, Esquire
Weir LLP
1339 Chestnut Street, Suite 500
Philadelphia, PA 19107
*Counsel to Shannon Kroemmelbein*

Steven K. Eisenberg, Esquire
1581 Main Street, Suite 200
Warrington, PA 18976
*Counsel to Athene Annuity and Life Company*

Susanna M. Fultz, Esquire
Barley Snyder
2755 Century Boulevard
Wyomissing, PA 19610
*Counsel to C. Malcolm Smith Co. P.C. and C. Malcolm Smith, III*

Fred W. Hoensch, Esquire
Hinshaw & Culbertson LLP
111 Wood Avenue South, Suite 210
Iselin, NJ 08830
*Counsel to WBL SPO I, LLC, WBL SPO II, LLC, World Business Lenders, LLC*

Daniel P. Jones, Esquire
Stern and Eisenberg PC
1581 Main Street, Suite 200
Warrington, PA 18976
*Counsel to Athene Annuity and Life Company*

Michael Kopecki, Esquire
Bentley, Kopecki, Smith, PC
1118 Penn Avenue
Reading, PA 19610
*Counsel to William R.A. Rush*

Angelina Engeng Lim, Esquire
400 North Ashley Drive, Suite 3100
Tampa, FL 33602
*Counsel to Producer Advance, LLC*

Kevin A. Moore, Esquire
Barley Snyder
2755 Century Blvd.
Wyomissing, PA 19610
*Counsel to C. Malcolm Smith Co. P.C.*

Daniel Michael Pereira, Esquire
Stradley Ronon Stevens & Young LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
*Counsel to The Corporation Trust Company*

Joseph L. Quinn, Esquire
Ross, Quinn & Ploppert, P.C.
192 S. Hanover Street, Suite 101
Pottstown, PA 19464
*Counsel to Carolyn Redmond*

William R.A. Rush, Esquire
Rush Law Group
38 N. 6th Street
P.O. Box 0758
Reading, PA 19601
*Counsel to C. Malcolm Smith Co. P.C.*

Anthony St. Joseph, Esquire
U.S. Attorneys Office EDPA
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
*Counsel to United State of America on behalf of SBA*

Norman M. Valz, Esquire
Norman M. Valz & Associates, P.C.
441 Irvington Road
Drexel Hill, PA 19026
*Counsel to Bene Market*

Walter Weir, Jr, Esquire
Weir LLP
1339 Chestnut Street, Suite 500
Philadelphia, PA 19107
*Counsel to Shannon Kroemmelbein*

**VIA U.S. FIRST CLASS MAIL**

Alan Christopher Redmond
2005 Regency Drive
Wyomissing, PA 19610
*Pro Se Debtor*