### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **ALAN CHRISTOPHER REDMOND** | : | **BANKRUPTCY NO. 24-13093 (PMM)** |
| | : | |
| **Debtor** | : | |
| | : | |

## ORDER

**AND NOW**, upon consideration of the Application of Lynn E. Feldman, Chapter 7 Trustee,

to Employ Karalis PC as Counsel, IT IS HEREBY

**ORDERED**, that Karalis PC is appointed as counsel to the Trustee.  Compensation shall

be allowed only after approval of an Application in procedural conformity with In Re Busy Beaver

Building Centers, Inc., 19 F. 3d 833 (3rd Cir. 1994).


**BY THE COURT**:

*Patricia M. Mayer*

Dated:  4/28/26

_____

PATRICIA M. MAYER,
U.S. BANKRUPTCY JUDGE