**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In re:**
|  |  |  |
|---|---|---|
|  | : | **Chapter 7** |
| **Alan Christopher Redmond,** | : |  |
|  |  |  |
| **Debtor.** | : | **Case No. 24-13093 (PMM)** |

### <u>ORDER</u>

**AND NOW** it is hereby **ordered** that a hearing with regard to the Objection to Chapter 7

Trustee's Report of No Distribution filed by Cornerstone Law Firm, LLC et al. (doc. #554) is

scheduled for **Tuesday, May 19, 2026 at 11:00 a.m.** in the United States Bankruptcy Court,

Gateway Building, Fourth Floor Courtroom, 201 Penn St., Reading, PA 19601.

Dated: 4/29/26

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge

Copy to:
Alan Christopher Redmond
2005 Regency Drive
Wyomissing, PA 19610