United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Alan Christopher Redmond

    Debtor

Case No. 24-13093-pmm

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Apr 28, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Alan Christopher Redmond, 2005 Regency Drive, Wyomissing, PA 19610-2712 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2026      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANTHONY ST. JOSEPH | on behalf of Creditor United States of America on behalf of SBA anthony.stjoseph@usdoj.gov Mardella.Suarez@usdoj.gov,CaseView.ECF@usdoj.gov |
| ANTHONY ST. JOSEPH | on behalf of Plaintiff United States Small Business Administration Anthony.Stjoseph@usdoj.gov Mardella.Suarez@usdoj.gov,CaseView.ECF@usdoj.gov |
| Albert Anthony Ciardi, III | on behalf of Ciardi Ciardi & Astin aciardi@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Albert Anthony Ciardi, III | on behalf of Defendant Alan Christopher Redmond aciardi@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| BRENDA SUE BISHOP | |

District/off: 0313-4  User: admin  Page 2 of 3
Date Rcvd: Apr 28, 2026  Form ID: pdf900  Total Noticed: 1

on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue bbishop@attorneygeneral.gov

BRUCE LEE CASTOR, JR.
on behalf of Stephanie Miller bcastor@mtvlaw.com

DANIEL MICHAEL PEREIRA
on behalf of Interested Party THE CORPORATION TRUST COMPANY dpereira@stradley.com

DANIEL P. JONES
on behalf of Creditor Athene Annuity and Life Company djones@sterneisenberg.com  bkecf@sterneisenberg.com

DAVID V. DZARA
on behalf of Shannon Kroemmelbein ddzara@weirlawllp.com  lobrien@weirpartners.com

FRED W. HOENSCH
on behalf of Creditor WBL SPO II  LLC fhoensch@hinshawlaw.com, NYCDocket@hinshawlaw.com

FRED W. HOENSCH
on behalf of Creditor WBL SPO I  LLC fhoensch@hinshawlaw.com, NYCDocket@hinshawlaw.com

FRED W. HOENSCH
on behalf of Creditor World Business Lenders  LLC fhoensch@hinshawlaw.com, NYCDocket@hinshawlaw.com

JOEL A. READY
on behalf of Attorney Joel A. Ready joel@cornerstonelaw.us  valeria@cornerstonelaw.us

JOEL A. READY
on behalf of Petitioning Creditor Jason Scott Jordan joel@cornerstonelaw.us  valeria@cornerstonelaw.us

JOEL A. READY
on behalf of Petitioning Creditor Cornerstone Law Firm  LLC joel@cornerstonelaw.us, valeria@cornerstonelaw.us

JOEL A. READY
on behalf of Plaintiff Jason Scott Jordan joel@cornerstonelaw.us  valeria@cornerstonelaw.us

JOEL A. READY
on behalf of Petitioning Creditor Ethan Shalter joel@cornerstonelaw.us  valeria@cornerstonelaw.us

JOHN HENRY SCHANNE
on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov

JOSEPH L QUINN
on behalf of Carolyn Redmond CourtNotices@rqplaw.com

JUSTIN BORON
on behalf of Creditor American Workers Insurance Services  Inc. jboron@fmglaw.com,
rmacdonald@fmglaw.com;jwoods@spencerfane.com;jtankersley@spencerfane.com

KEVIN A. MOORE
on behalf of Accountant C. Malcom Smith Co. P.C. kmoore@barley.com  adaniels@barley.com;rheller@barley.com

KEVIN P. CALLAHAN
on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

LYNN E. FELDMAN
trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com

MALCOLM M. BATES
on behalf of U.S. Trustee United States Trustee malcolm.bates@blankrome.com

MATTHEW GREGORY BRUSHWOOD
on behalf of C. Malcolm Smith  III mbrushwood@barley.com,
jrachor@barley.com;cbrelje@barley.com;tshober@barley.com;dkline@barley.com;ageoghegan@barley.com

NICOLE MARIE NIGRELLI
on behalf of Defendant Alan Christopher Redmond nnigrelli@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

NORMAN M. VALZ
on behalf of Norman M. Valz nvalz@msn.com

NORMAN M. VALZ
on behalf of Creditor Bene Market nvalz@msn.com

RACHEL WOLF
on behalf of U.S. Trustee United States Trustee rachel.wolf@usdoj.gov

ROBERT W. SEITZER
on behalf of Trustee LYNN E. FELDMAN rseitzer@karalislaw.com  jhysley@karalislaw.com;PA93@ecfcbis.com

SAMANTHA LIEB
on behalf of U.S. Trustee United States Trustee samantha.lieb2@usdoj.gov

STEVEN K. EISENBERG

District/off: 0313-4                          User: admin                          Page 3 of 3
Date Rcvd: Apr 28, 2026                      Form ID: pdf900                     Total Noticed: 1

                                         on behalf of Creditor Athene Annuity and Life Company seisenberg@sterneisenberg.com  bkecf@sterneisenberg.com

SUSANNA M. FULTZ

                                           on behalf of Accountant C. Malcom Smith Co. P.C. sfultz@barley.com

SUSANNA M. FULTZ

                                           on behalf of C. Malcolm Smith  III sfultz@barley.com

United States Trustee

                                           USTPRegion03.PH.ECF@usdoj.gov

WALTER WEIR, JR.

                                           on behalf of Shannon Kroemmelbein wweir@weirlawllp.com  smorris@weirlawllp.com

WILLIAM EDWARD CRAIG

                                           on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com
mortoncraigecf@gmail.com;alapinski@egalawfirm.com

WILLIAM R.A. RUSH

                                           on behalf of Seguro Medico  LLC wrush@rushlawberks.com

WILLIAM R.A. RUSH

                                           on behalf of C. Malcolm Smith  III wrush@rushlawberks.com

WILLIAM R.A. RUSH

                                           on behalf of Shannon Kroemmelbein wrush@rushlawberks.com

WILLIAM R.A. RUSH

                                           on behalf of Stephanie Miller wrush@rushlawberks.com

WILLIAM R.A. RUSH

                                           on behalf of Arthur W. Walsh  Jr. wrush@rushlawberks.com

WILLIAM R.A. RUSH

                                           on behalf of Accountant C. Malcom Smith Co. P.C. wrush@rushlawberks.com

WILLIAM R.A. RUSH

                                           on behalf of Creditor William R.A. Rush wrush@rushlawberks.com

TOTAL: 44

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | **CHAPTER 7** |
| | : | |
| **ALAN CHRISTOPHER REDMOND** | : | **BANKRUPTCY NO. 24-13093 (PMM)** |
| | : | |
| Debtor | : | |
| | : | |

**ORDER**

**AND NOW**, upon consideration of the Application of Lynn E. Feldman, Chapter 7 Trustee,

to Employ Karalis PC as Counsel, IT IS HEREBY

**ORDERED**, that Karalis PC is appointed as counsel to the Trustee. Compensation shall

be allowed only after approval of an Application in procedural conformity with In Re Busy Beaver

Building Centers, Inc., 19 F. 3d 833 (3rd Cir. 1994).

BY THE COURT:

*Patricia M. Mayer*

Dated: 4/28/26

PATRICIA M. MAYER,
U.S. BANKRUPTCY JUDGE