**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ALAN CHRISTOPHER REDMOND | Case No. 24-13093-PMM<br><br>Chapter 7 |

| | |
|---|---|
| IN RE: ALAN CHRISTOPHER REDMOND, Debtor<br><br>JASON SCOTT JORDAN, Plaintiff,<br><br>v.<br><br>ALAN CHRISTOPHER REDMOND, Defendant. | Case No. 24-13093-PMM<br><br>Chapter 7<br><br>Adv. Proc. No. 25-0254 (PMM) |

**ORDER TO SHOW CAUSE**

AND NOW, this _____ day of the month of May, 2026, upon consideration of Jason Scott Jordan's Motion to Hold Shannon Kroemmelbein in Contempt and for Other Relief, a rule to show cause is served on Shannon Kroemmelbein why such relief should not be granted, and on the Debtor, why the relief for a stay of pretrial deadlines at Adv. Proc. No. 25-0254 should not be granted. Rule returnable on or before May 15, 2026. IT IS SO ORDERED.

BY THE COURT

By: _____
Hon. Patricia M. Mayer, *J.*