**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ALAN CHRISTOPHER REDMOND | Case No. 24-13093-PMM<br><br>Chapter 7 |

| | |
|---|---|
| IN RE: ALAN CHRISTOPHER REDMOND, Debtor<br><br>JASON SCOTT JORDAN, Plaintiff,<br><br>v.<br><br>ALAN CHRISTOPHER REDMOND, Defendant. | Case No. 24-13093-PMM<br><br>Chapter 7<br><br>Adv. Proc. No. 25-0254 (PMM) |

**ORDER ON CONTEMPT AND SANCTIONS RELATIVE TO SHANNON
KROEMMELBEIN**

AND NOW, this _____ day of the month of _____, 2026, upon consideration

of Jason Scott Jordan's Motion to Hold Shannon Kroemmelbein in Contempt and for Other Relief,

and any response thereto, and having afforded the parties an opportunity to be heard and to present

evidence, IT IS HEREBY ORDERED as follows:

(1)     Shannon Kroemmelbein is found and held in contempt of the Court's Orders at ECF Nos.

289 and 352 for providing materially false information in response to a Rule 2004 subpoena that

the Court ordered her to answer and by aiding and abetting the Debtor in concealing material

information relative to their business concerns.

(2)     The Court's Order at ECF No. 480 is hereby VACATED, thereby reviving the Orders at

ECF Nos. 289 and 352 retroactively.

(3)     Shannon Kroemmelbein is ORDERED to correct her responses to the Rule 2004 subpoena

and to fully disclose all responsive material, including all federal tax returns, corporate formation documents, and bank records in connection with ABN Network, LLC and all other businesses or entities in which she has an ownership interest or control, and to appear for a Rule 2004 examination. It is held that Ms. Kroemmelbein has waived all Fifth Amendment objections to the extent of her open-court admissions that our Rule 2004 subpoena sought information about "companies in which Ms. Kroemmelbein has interests" and "is the passive owner" [ECF No. 321 ¶¶ 14, 24], and that she "is affiliated with Seguro Medico, LLC" [ECF No. 241 ¶ 3].

(4)     Counsel for Jason Scott Jordan shall submit an attorneys' fees affidavit within 14 days, which shall reflect all amounts incurred in conducting Rule 2004 discovery and related motions, and the Motion to Hold Shannon Kroemmelbein in Contempt and for Other Relief.

(5)     Shannon Kroemmelbein is hereby SANCTIONED as follows: In accordance with the Order of ECF No. 352, calculated as $500.00 per day from May 1, 2025 through the date that Kroemmelbein provides full and complete answers in obedience with this Order. Jordan's counsel shall praecipe for a final judgment once that occurs, and the Clerk shall enter judgment against Shannon Kroemmelbein and index the same with the District Court.

(6)     At Adv. Proc. No. 25-00254, all pretrial deadlines in the Order at ECF No. 5, inclusive of the deadline for fact discovery, are hereby stayed while discovery is ongoing.

BY THE COURT

By:     _____
Hon. Patricia M. Mayer, *J.*