**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ALAN CHRISTOPHER REDMOND | Case No. 24-13093-PMM<br><br>Chapter 7 |

| | |
|---|---|
| IN RE: ALAN CHRISTOPHER REDMOND, Debtor<br><br>JASON SCOTT JORDAN, Plaintiff,<br><br>v.<br><br>ALAN CHRISTOPHER REDMOND, Defendant. | Case No. 24-13093-PMM<br><br>Chapter 7<br><br>Adv. Proc. No. 25-0254 (PMM) |

**CERTIFICATE OF SERVICE**

I, Esmy Huaroco-Sixtos, Paralegal, hereby certify that on May 6, 2026 I did cause a true and correct copy of the documents described below to be served on all parties registered with the Clerk to receive electronic notice via the CM/ECF system, as well as to the parties listed below via e-mail:

***Document(s) served:***

- Jason Scott Jordan's Motion to Hold Shannon Kroemmelbein in Contempt and for Other Relief (*Document No. 561)*
- Exhibits (*Document No. 561-1*)
- Notice of Jason Scott Jordan's Motion to Hold Shannon Kroemmelbin in Contempt and for Other Relief (*Document No. 561-2*)
- Proposed Order to Show Cause (*Document No. 561-3*)
- Proposed Order on Contempt and Sanctions Relative to Shannon Kroemmelbein (*Document No. 561-4*)

*Parties served via e-mail:*

Lynn E. Feldman, Trustee
trustee.feldman@rcn.com

Shannon Kroemmelbein
c/o Walter Weir, Esquire
wweir@weirlawllp.com

DATE: <u>May 6, 2026</u>

By: _____

Esmy Huaroco-Sixtos
*Paralegal*