LAW OFFICES

# WEIR LLP

A Pennsylvania Limited Liability Partnership

The Widener Building, Fifth Floor
1339 Chestnut Street, Philadelphia Pennsylvania, 19107

WEIRLAWLLP.COM

Walter Weir, Jr.                                                                    Direct Dial (215) 241-7751
Member of PA, DC and NJ Bars                                          E-mail: wweir@weirlawllp.com

May 18, 2026

VIA ECF
AND ELECTRONIC MAIL - Sara_Roman@paeb.uscourts.gov

Honorable Patricia M. Mayer
United States Bankruptcy Court for the
Eastern District of Pennsylvania
The Gateway Building
201 Penn Street, 4th Floor
Reading, PA 19601

> **Re:** ***In re Alan Christopher Redmond***
> **Case No. 24-13093-PMM (Bankr. EDPA)**

Dear Judge Mayer:

In connection with the above-captioned Chapter 7 proceeding, Jason Scott Jordan and Cornerstone Law Firm, LLC filed a Motion to Hold non-party Shannon Kroemmelbein in Contempt and for Other Relief [Doc 561] (the "Motion"). A hearing on the Motion is scheduled to be heard before Your Honor tomorrow, May 19, 2026, at 11:00 AM.

The undersigned received a copy of the Motion via the Court's ECF system. Upon receipt of the Motion, I forwarded it to Ms. Kroemmelbein advising her of the filing. I have made it clear to Ms. Kroemmelbein that I did not represent her in connection with this pending Motion and that she needed to seek other counsel to represent her.

I previously entered my appearance for Ms. Kroemmelbein for the specific and limited purpose of filing a Motion to Vacate the Sanction and Discovery Orders of February 24, 2025, and April 22, 2025, as they related to a Rule 2004 examination of Ms. Kroemmelbein. After argument, the Court issued its Order dated October 21, 2025, vacating its February 24, 2025, and April 22, 2205 Orders as to Shannon Kroemmelbein and issuing a separate Order to Show Cause against attorney William Rush for contempt. The contempt against Attorney Rush has also been resolved by the Court.

The pending Motion addresses a separate matter of alleged fraud against Ms. Kroemmelbein. As previously stated, I have advised Ms. Kroemmelbein that I do not represent

PENNSYLVANIA    ∞    NEW JERSEY    ∞    DELAWARE    ∞    NEW YORK

WEIR LLP

Honorable Patricia M. Mayer
United States Bankruptcy Court for the
Eastern District of Pennsylvania
May 18, 2026
Page 2

her in this current matter and that, for several reasons, including potential conflicts, she must obtain new counsel.

Subsequently, I received an email and telephone call from Ms. Kroemmelbein this morning, asking again if I would represent her at tomorrow's hearing. I again advised her that I am unable to represent her with this pending Motion.

While I do not believe it is necessary for me to the withdrawal my appearance for Ms. Kroemmelbein as a non-party in this latest matter (as I have not entered my appearance), if the Court believes it necessary, I ask the Court continue tomorrow's hearing on the pending Motion for a period of at least thirty (30) days in order for me to file a motion to withdraw and for Ms. Kroemmelbein to either enter a *pro-se* appearance or to obtain new counsel.

We appreciate the Court's consideration of the foregoing request and will await Your Honor's response.

Respectfully,

Walter Weir, Jr.

WWJr/slm
817334-1
cc:     All counsel of record (via ECF)
        Ms. Shannon Kroemmelbein (via e-mail)