**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ALAN CHRISTOPHER REDMOND | Case No. 24-13093-PMM<br><br>Chapter 7 |

| | |
|---|---|
| IN RE: ALAN CHRISTOPHER REDMOND, Debtor<br><br>JASON SCOTT JORDAN, Plaintiff,<br><br>v.<br><br>ALAN CHRISTOPHER REDMOND, Defendant. | Case No. 24-13093-PMM<br><br>Chapter 7<br><br>Adv. Proc. No. 25-0254 (PMM) |

## PRAECIPE TO WITHDRAW DOCUMENTS

**TO THE CLERK OF COURT:**

Kindly withdraw without prejudice the filing at the above-referenced **Docket No. 24-13093 at ECF No. 567** (Motion for Continuance), **AND** the filing at the above-referenced **Docket No. 25-00254 at ECF No. 15** (Motion for Continuance). The same Motions will be refiled under the correct event on both referenced dockets.

Respectfully submitted,

**CORNERSTONE LAW FIRM, LLC**

Dated: June 17, 2026          By:     /s/ Joel A. Ready

Joel A. Ready, Esquire
PA Attorney I.D. # 321966
8500 Allentown Pike, Suite 3
Blandon, PA 19510
(610) 926-7875