IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 Bankruptcy |
| | : | |
| ALAN CHRISTOPHER REDMOND, | : | No. 24-13093-pmm |
| | : | |
| Debtor. | : | Electronically Filed Document |
| | : | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

TO: CLERK, UNITED STATES BANKRUPTCY COURT

PLEASE NOTE that pursuant to Bankruptcy Rule 9010(b), Jenna A. Ratica, as counsel for the Commonwealth of Pennsylvania, Department of Labor & Industry, Bureau of Labor Law Compliance, a party in interest within the intent of the United States Bankruptcy Code, and request, pursuant to Bankruptcy Rule 2002(g), that all notices, given or required to be given and all papers served or required to be served in the above-captioned case be given to and served upon the following at the office, address and telephone number set forth below, and that the person and address set forth below be added to the official address matrix in this proceeding by the Clerk of Court:

**JENNA ANNE RATICA**
**Assistant Counsel**
**Commonwealth of Pennsylvania**
**Department of Labor & Industry**

**Office of Chief Counsel**
**301 5th Avenue, Suite 230**
**Pittsburgh, PA 15222**
**jratica@pa.gov**

It is further requested that in furtherance of its right to be heard, as provided in 11 U.S.C. § 1109(b) of the Bankruptcy Code, and in addition to the notices referred to in Bankruptcy Rules 2002, 2015, 6007, 9007 and 9022, the above-designated person to be served, as stated above, with copies of all notices, correspondence, orders, applications, motions, petitions or pleadings, requests, complaints or demands, whether formal or informal, or any other documents filed with this Court that would affect, to any extent, the claims, rights or interests of Commonwealth of Pennsylvania, Department of Labor & Industry, Office of Chief Counsel.

Nothing in this pleading is intended to waive the Commonwealth of Pennsylvania's or its officials' immunity from suit in a Federal Court under the Eleventh Amendment of the United States Constitution.

Respectfully submitted,

*/S/ JENNA A. RATICA*
JENNA A. RATICA
ASSISTANT COUNSEL
PA SUPREME COURT ID: 326424

COMMONWEALTH OF PENNSYLVANIA
Department of Labor & Industry

Office of Chief Counsel
Safety & Labor-Management
Relations

301 5th Avenue, Suite 230
Pittsburgh, PA 15222
(412) 880-0305
jratica@pa.gov
*Counsel for Creditor Bureau of*
*Labor Law Compliance*

Date: July 8, 2026

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 Bankruptcy |
| | : | |
| ALAN CHRISTOPHER | : | No. 24-13093-pmm |
| REDMOND, | : | |
| Debtor. | : | Electronically Filed |
| | : | Document |

I, Jenna Anne Ratica, Assistant Counsel of the Commonwealth of

Pennsylvania, Department of Labor & Industry, Office of Chief Counsel,

hereby certify that on July 8, 2026, I caused to be served a true and correct

copy of the foregoing document titled ENTRY OF APPEARANCE FOR ALL

NOTICES to the following:

**<u>VIA ELECTRONIC FILING</u>**

**Alan Christopher Redmond**
2 High Road
Wyomissing, PA 19610
*Pro se Debtor*

**Cornerstone Law Firm, LLC**
8500 Allentown Pike, Ste 3
Blandon, PA 19510
*Petitioning Creditor*

**Ethan Shalter**
1360 Philip Ave
Birdsboro, PA 19508
*Petitioning Debtor*

**LYNN E. FELDMAN**
Lynn E. Feldman, Trustee
2310 Walbert Ave
Ste 103
Allentown, PA 18104
*Trustee*

**ROBERT W. SEITZER**

Karalis PC
1900 Spruce Street
Philadelphia, PA 19103
*Counsel for U.S. Trustee*

Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
*U.S. Trustee*

**MALCOLM M. BATES**
DOJ-Ust
844 King Street
Suite 2207
Wilmington, DE 19801
*Counsel for U.S. Trustee*

**KEVIN P. CALLAHAN**
DOJ-Ust
Robert N.C. Nix Federal Building
900 Market Street
Ste. 320
Philadelphia, PA 19107
*Counsel for U.S. Trustee*

**SAMANTHA LIEB**
DOJ-Ust
One Newark Center
Suite 2100
Newark, NJ 07102
*Counsel for U.S. Trustee*

**OHN HENRY SCHANNE**
DOJ-Ust
Office of The United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
*Counsel for U.S. Trustee*

**RACHEL WOLF**
DOJ-Ust
One Newark Center
Ste 2100
Newark, NJ 07102
*Counsel for U.S. Trustee*

_/s/ Jenna A. Ratica_
JENNA A. RATICA
Assistant Counsel