UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              :        Chapter 11
                                    :
ALAN CHRISTOPHER REDMOND,           :        No. 24-13093-PMM
                 Debtor             :

**WITHDRAWAL OF APPEARANCE**

TO THE CLERK, U.S. BANKRUPTCY COURT:

Kindly withdraw my appearance on behalf of C. Malcolm Smith, III and C. Malcolm Smith & Company, P.C.

July 15, 2026                 By: */s/ Susanna M. Fultz* _____
                                  Susanna M. Fultz, Esquire
                                  Attorney I.D. #314225
                                  Barley Snyder LLP
                                  2755 Century Boulevard
                                  Wyomissing, PA 19610
                                  (610) 372-3500

20056064.1