UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                :        Chapter 11
                                      :
ALAN CHRISTOPHER REDMOND,             :        No. 24-13093-PMM
          Debtor                      :

**WITHDRAWAL OF APPEARANCE**

TO THE CLERK, U.S. BANKRUPTCY COURT:

Kindly withdraw my appearance on behalf of C. Malcolm Smith, III and C. Malcolm Smith & Company, P.C.

DATED: July 15, 2026              By: */s/ Kevin A. Moore*
                                       Kevin A. Moore, Esquire
                                       Attorney I.D. #75068
                                       Barley Snyder LLP
                                       2755 Century Boulevard
                                       Wyomissing, PA 19610
                                       (610) 372-3500

20056064.1